# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| **ACLR, LLC** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 15-767 and 16-309 |
| | )         (Judge Campbell-Smith) |
| **THE UNITED STATES** | ) |
| | ) |
| Defendant | ) |
| | ) |

## PLAINTIFF ACLR, LLC'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

Now comes Plaintiff, ACLR, LLC ("ACLR"), through undersigned counsel and pursuant to Rule 56 of the Rules of the United States Court of Federal Claims, and respectfully moves the Court for an order granting partial summary judgment in its favor on its claims of breach of contract and breach of duty of good faith and fair dealing.

In support of this Motion, ACLR refers to, and incorporates herein by reference, the Proposed Findings of Uncontroverted Facts in Support of its Motion for Partial Summary Judgment, ACLR's Memorandum in Support of its Motion for Partial Summary Judgment, and the Appendix, which have contemporaneously been filed herewith.

Dated: April 26, 2018

                                                                                                                  DAVID, BRODY &
                                                                                                                  DONDERSHINE, LLP

_____/s/_____
Thomas K. David
John A. Bonello
12355 Sunrise Valley Drive
Suite 650
Reston, VA 20191
Phone:  703-264-2220
Fax: 703-264-2226
tdavid@dbd-law.com
jbonello@dbd-law.com

Attorneys for Plaintiff ACLR, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of April 2017, I caused a copy of the foregoing document to be emailed via the ECF system to the following:

Mark E. Porada<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
1100 L Street NW<br>
Room 11020<br>
Washington, DC 20005

_____/s/_____
Thomas K. David