# APPENDIX

| | |
|---|---|
| Exhibit 1 | Excerpts from the Deposition of Cynthia Moreno (A5- A20) |
| Exhibit 2 | Excerpts from the Deposition of Camille Brown (A21- A26) |
| Exhibit 3 | RFQ for Part D RAC (A27- A28) |
| Exhibit 4 | Statement of Objectives (A29- A40) |
| Exhibit 5 | ACLR Technical Proposal (A41- A97) |
| Exhibit 6 | Excerpts from CMS 30(b)(6) Deposition in ACLR I (A98- A154) |
| Exhibit 7 | Part D RAC Contract (A155- A227) |
| Exhibit 8 | Excerpts from the Deposition of Theresa Schultz (A228- 235) |
| Exhibit 9 | Excerpts from the Deposition of Nicole Hoey (A236- 245) |
| Exhibit 10 | Excerpts from the Deposition of Tanette Downs (A246- A261) |
| Exhibit 11 | Excerpts from the Deposition of Desiree Wheeler (A262- A272) |
| Exhibit 12 | July 8, 2011 CMS Emails (A273- A279) |
| Exhibit 13 | Excerpts from the Deposition of Marnie Dorsey (A280- A289) |
| Exhibit 14 | October 7, 2011 Authorization Decision (A290- A294) |
| Exhibit 15 | GAO Report, MEDICARE PART D: Changes Needed to Improve CMS's Recovery Audit Program Operations and Contractor Oversight (A295- A333) |
| Exhibit 16 | December 17, 2013 CMS Email (A334- A338) |
| Exhibit 17 | December 2014 Emails (A339- A342) |
| Exhibit 18 | Excerpts of Part III to OMB Circular A-123, Appendix C (A343- A349) |
| Exhibit 19 | CMS Part D RAC Overview (A350- A376) |
| Exhibit 20 | Affidavit of Christopher Mucke (A377- A385) |
| Exhibit 21 | Part D RAC Contract, OY1 SOW (A386- A427) |

Exhibit 22    Part D RAC Contract, OY2 SOW (A428- A469)

Exhibit 23    October 4, 2011 Email (A470- A471)

Exhibit 24    November 2011 Email Thread (A472- A476)

Exhibit 25    November 3, 2011 Email (A477- A486)

Exhibit 26    December 9, 2011 Email (A487- A508)

Exhibit 27    April 20, 2012 Email Approving Draft SOW (A509- A510)

Exhibit 28    Part D RAC Contract, Modification 3 (A511- A518)

Exhibit 29    PY 2007 Excluded Provider Audit Submission (A519- A529)

Exhibit 30    March 13, 2012 Email (A530- A531)

Exhibit 31    April 2012 Email Thread (A532- A536)

Exhibit 32    April 26, 2012 Letter Denying REA (A537- A538)

Exhibit 33    Part D RAC Contract, Modification 4 (A539- A544)

Exhibit 34    July 19, 2012 Email (A545- A548)

Exhibit 35    Process Delay Chart (A549- A550)

Exhibit 36    Part D RAC Contract, Modification 6 (A551- A556)

Exhibit 37    2013 Annual Report (A557- A566)

Exhibit 38    April 2013 Email Thread (A567-A569)

Exhibit 39     June 7, 2013 Email (A570- A571)

Exhibit 40    June 12, 2013 Email (A572- A573)

Exhibit 41    December 27, 2013 Email (A574- A575)

Exhibit 42    Audit Cycle Time Calendar (A576- A577)

Exhibit 43    November 17, 2013 Email (A578- A579)

Exhibit 44    November 22, 2013 Email (A580- A582)

| | |
|---|---|
| Exhibit 45 | May 28, 2014 Revised NAIRP Approval (A583- A584) |
| Exhibit 46 | May 6, 2014 Email (A585- A588) |
| Exhibit 47 | Request for Information Letter (A589- A592 |
| Exhibit 48 | June 2014 Email Thread (A593- A598) |
| Exhibit 49 | Excerpts from the Deposition of Sonja Brown (A599-A606) |
| Exhibit 50 | October 2014 Email Thread (A607- A611) |
| Exhibit 51 | Duplicate Payment Report (A612- A616) |
| Exhibit 52 | July 8, 2014 Email (A617- A618) |
| Exhibit 53 | October 1, 2014 CMS Email Extension (A619- A621) |
| Exhibit 54 | Part D RAC Contract, Modification 5 (A622- A629) |
| Exhibit 55 | Memorandum Appointing COR Brown (A630- A641) |
| Exhibit 56 | October 22, 2014 Email Regarding PDE Adjustments (A642- A643) |
| Exhibit 57 | December 24, 2014 Letter (A644- A650) |
| Exhibit 58 | January 8, 2015 Email (A651- A653) |
| Exhibit 59 | April 24, 2015 Email (A654- A658) |
| Exhibit 60 | December 11, 2014 Email Regarding Potential SOW Changes (A659- A661) |
| Exhibit 61 | ACLR Sales Tax NAIRP (A662- A670) |
| Exhibit 62 | CMS Denial of Sales Tax NAIRP (A671- A672) |
| Exhibit 63 | Excerpts from CMS 30(b)(6) Deposition in ACLR II (A673- A689) |
| Exhibit 64 | CMS Claim Denial (A690- A695) |
| Exhibit 65 | Excerpts from Deposition of Matthew Farabaugh as Corporate Representative for Health Integrity, LLC (A696- A700) |

| | |
|---|---|
| Exhibit 66 | Excerpts from the Deposition of Rosalind Abankwah (A701-A704) |
| Exhibit 67 | Excerpts from HHS 2010 Financial Report (A705- A709) |
| Exhibit 68 | Medicare Part C and D FY 2011 Payment Error Reporting, March 23, 2012 (A710- A720) |
| Exhibit 69 | Excerpts from HHS FY 2012 Agency Financial Report (A721- A723) |
| Exhibit 70 | September 29, 2014 Email (A724- A739) |
| Exhibit 71 | November 13, 2013 Email (A740- A742) |
| Exhibit 72 | Excerpts of 2007 Prescription Drug Event Data Training Participation Guide (A743- A745) |
| Exhibit 73 | Defendant's Responses to Plaintiff's First Set of Interrogatories (A746- A761) |
| Exhibit 74 | December 28, 2015 Email (A762- A768) |
| Exhibit 75 | Defendant's Response to Plaintiff's First Requests for Admissions (A769- A790) |