# **APPENDIX**

Exhibit 143    CMS Website Screen Shot (A793-794)

Exhibit 144    June 2012 Q&A for Medicare Part D Recovery Audit Contractor (RAC) Program 2007 (A795- A801)

Exhibit 145    Excerpts from Deposition of Matthew Farabaugh as Corporate Representative for Health Integrity, LLC (A802- A815)

Exhibit 146    Excerpts from CMS 30(b)(6) Deposition in ACLR II (A816- A827)

Exhibit 147    Excerpts from The Louisiana Pharmacy Benefits Services Manual (A828- A831)

Exhibit 148    Excerpts from the 30(b)(6) Deposition of Christopher Mucke in ACLR II (A832- A845)

Exhibit 149    Excerpts from the Expert Deposition of Christopher Mucke (A846- A850)

Exhibit 150    May 11, 2011 Email (A851- A852)

Exhibit 151    Contract Modification Summaries (A853- A855)

Exhibit 152    May 6, 2013 Email (A856- A858)

Exhibit 153    Excerpts from the Deposition of Tanette Downs (A859- A862)

Exhibit 154    Draft SOW Summary (A863- A864)

Exhibit 155    July 2, 2013 Email (A865- A867)

Exhibit 156    August 21, 2013 Email (A868- A869)

Exhibit 157    August 29, 2013 Email (A870- A871)

Exhibit 158    Excerpts from the Deposition of Christopher Martin Mendez as Corporate Representative for Livanta, LLC (A872- A876)

Exhibit 159    December 2011-January 2012 Email Exchange (A877- A884)

Exhibit 160    July 2, 2013, Medicare Part D RAC Data Validation Contractor (DVC) Statement of Work (A885- A909)

Exhibit 161    March 23, 2012 Email (A910- A911)

Exhibit 162   Part D RAC Contract, Modification 8 (A912- A913)

Exhibit 163   Excerpts from the 30 (b)(6) Deposition of Christopher Mucke in ACLR I (A914- A921)

Exhibit 164   Revised Duplicate Payment Decision Notice (A922- A924)

Exhibit 165   January 21, 2015 Email (A925- A927)

Exhibit 166   January 15, 2015 Email (A928- A938)

Exhibit 167   January 17, 2012 Email (A939- A941)

Exhibit 168   ACLR Response to DVC Duplicate Payment RFI Report (A942- A945)

Exhibit 169   Excerpts of 2011 Prescription Drug Event Participant Guide (A946- A953)

Exhibit 170   PY 2010-2012 Duplicate Payment Approved NAIRP (A954- A959)

Exhibit 171   October 29, 2010 Letter to Jessica Sanders (A960- A971)

Exhibit 172   Excerpts from the Deposition of Rosalind Abankwah (A972- A976)

Exhibit 173   NBI MEDIC's June 2015 Update for Deleted Prescription Drug Event Records for Louisiana Sales Tax Project (A977- A985)

Exhibit 174   ACLR Response to Duplicate Payment Questions (A986- A998)

Exhibit 175   Affidavit II of Christopher Mucke (A999- A1002)

Exhibit 176   June 19, 2013 Email (A1003- A1006)