# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| ACLR, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 15-767 and 16-309 |
| | )     (Judge Campbell-Smith) |
| THE UNITED STATES | ) |
| | ) |
| Defendant | ) |

## PLAINTIFF ACLR, LLC'S ADDENDUM TO *CHRISTIAN* DOCTRINE SUPPLEMENTAL BRIEF

In response to this Court's June 26, 2019 Order, Plaintiff ACLR, LLC ("ACLR") filed its Supplemental Brief on July 31, 2019 (Docket No. 69). Due to a clerical error/oversight, a copy of ACLR's Contract No. GS-23F-0074W (a.k.a., GSA Schedule Contract) was not attached thereto as an Exhibit. Hence, please find attached hereto a copy of ACLR's GSA Schedule Contract.

Dated:  August 23, 2019

DAVID, BRODY & DONDERSHINE, LLP

/s/ Thomas K. David
Thomas K. David
John A. Bonello
2100 Reston Parkway
Suite 370
Reston, VA 20191
Phone:  703-264-2220
Fax: 703-264-2226
tdavid@dbd-law.com
jbonello@dbd-law.com

Attorneys for Plaintiff ACLR, LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2019, I caused a copy of the foregoing document to be emailed via the ECF system to the following:

Adam E. Lyons<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
1100 L Street NW<br>
Room 11020<br>
Washington, DC 20005

/s/ Thomas K. David
Thomas K. David