# SOLICITATION/CONTRACT/ORDER

*Offeror to complete blocks 12, 17, 30, 30(a), 30(b) & 30(c)*

| | |
|---|---|
| 1. REQUISITION NUMBER | PAGE 1 OF 2 |
| N/A | |

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| GS-23F- | See Block 31C | N/A | FCXB-F4-020002-B | Refresh #9: 12/3/2009 |

| 7. FOR SOLICITATION INFORMATION CALL: | A. NAME | B. TELEPHONE NUMBER (No Collect Calls) | 8. OFFER DUE DATE/local time |
|---|---|---|---|
| | Stephen A. Smith, Contracting Officer | (703) 605-2844 | N/A |

9. ISSUED BY  CODE _____

General Services Administration
FAS – QSABB – Room 706
2200 Crystal Drive
Arlington, VA 22202

10. THIS ACQUISITION IS
- [ ] UNRESTRICTED
- [X] SET-ASIDE: ____ % FOR
  - [X] SMALL BUSINESS
  - [ ] HUBZONE SM. BUSINESS
  - [ ] 8(A)

NAICS:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[X] SEE SCHEDULE

12. DISCOUNT TERMS
N/A

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ  [ ] IFB  [X] RFP

15. DELIVER TO  CODE _____

To be shown on each order issued under this contract

16. ADMINISTERED BY  CODE _____

See Block 9

17a. CONTRACTOR/OFFEROR  CODE _____  FACILITY CODE _____

Corporate Tax Consultants, LLC d/b/a ACLR, LLC
550 Forest Avenue
Suite 15-2
Plymouth, MI 48170
DUNS No: 780272873
Telephone: (734) 207-0400

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY  CODE _____

See Block 15

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED:
[ ] SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Attached Pages. | | | | |
| | See Section B | | | | |
| | Financial and Business Solutions (FABS) Group 520, Part 1 | | | | |
| | Special Item Numbers: See Attached Pages. | | | | |
| | *(Attach Additional Sheet as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt.Use Only)
IDIQ

[X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA [X] ARE [ ] ARE NOT ATTACHED.

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.

28. [X] CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. [X] AWARD OF CONTRACT: REFERENCE Company Name. offer DATED XX/XX/XXXX ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: 520-9, 520-11

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) | 31c. DATE SIGNED |
|---|---|---|---|
| Christopher Mucke<br>Managing Principal | | Stephen A. Smith | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous Edition Is Not Usable

1

**STANDARD FORM 1449** (REV. 4/2002)
Prescribed by GSA • FAR (48 CFR) 53.212

1. Corporate Tax Consultants, LLC d/b/a ACLR, LLC Final Proposal Revision dated June 14, 2010, Parts I and II of solicitation FCXB-F4-02002-B (Refresh 11), and Vendor Response Document dated April , 2010 are hereby incorporated into this Contract.

2. Special Item Numbers (SINs) Awarded for Financial and Business Solutions.

520 9 Recovery Audit Services
520 11 Accounting

3. Contract Period: June 15, 2010 through June 14, 2015, with 3-five year option periods.

4. Awarded Pricing:

Base Period

| SINs | GSA Offsite Labor Category | Price Offered to GSA (incl IFF) |
|---|---|---|
| 520-9 520-11 | Managing Principal | $211.58 |
| 520-9 520-11 | Principal | $186.39 |
| 520-9 520-11 | Director | $161.20 |
| 520-9 520-11 | Sr. Manager | $151.13 |
| 520-9 520-11 | Manager | $100.75 |
| 520-9 520-11 | Senior Associate | $80.60 |
| 520-9 520-11 | Associate (Level 3) | $75.56 |
| 520-9 520-11 | Associate (Level 2) | $70.53 |
| 520-9 520-11 | Associate (Level 1) | $65.49 |
| 520-9 520-11 | Junior Associate | $60.45 |
| 520-9 520-11 | Administrative Supervisor | $53.40 |
| 520-9 520-11 | Administrative Assistant | $48.36 |
| 520-9 520-11 | Clerical Support | $38.29 |

**520-9 Recovery Audit Offsite Rate – 15% of amounts recovered**

Base Period

| SINs | GSA Onsite Labor Category | Price Offered to GSA (incl IFF) |
|---|---|---|
| 520-9 520-11 | Principal | $151.13 |
| 520-9 520-11 | Director | $136.01 |
| 520-9 520-11 | Sr. Manager | $120.90 |
| 520-9 520-11 | Manager | $90.68 |
| 520-9 520-11 | Senior Associate | $70.53 |
| 520-9 520-11 | Associate (Level 3) | $65.49 |
| 520-9 520-11 | Associate (Level 2) | $60.45 |
| 520-9 520-11 | Associate (Level 1) | $55.41 |
| 520-9 520-11 | Junior Associate | $50.38 |
| 520-9 520-11 | Administrative Supervisor | $45.34 |
| 520-9 520-11 | Administrative Assistant | $38.29 |
| 520-9 520-11 | Clerical Support | $28.21 |

Note: All rates are inclusive of the 0.75% Industrial Funding Fee.

5. In accordance with Clause I-FSS-969(b)(2), Economic Price Adjustment FSS Multiple Award Schedule (Jan 2002), for years 2-5 and years 6-20 (Option Periods), the index negotiated is a fixed 1.8%.

6. MINIMUM ORDER LIMITATION: $300

7. MAXIMUM ORDER: $1,000,000

8. The contractor does agree to voluntarily participate in the Recovery Purchasing Program as described in GSAR 552.238-80.

9. In accordance with Clause 552.238-75, Price Reduction Clause, the class of customer designated to fulfill the Price Reduction Clause is "All Commercial Customers."