| | | | | | |
|---|---|---|---|---|---|
| **SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS** *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | 1. REQUISITION NUMBER | | PAGE 1 OF |
| 2. CONTRACT NO. GS23F0074W | 3. AWARD/EFFECTIVE DATE Refer to 31c | 4. ORDER NUMBER | 5. SOLICITATION NUMBER FCXB-F4-020002-B -- REFRESH #11 | | 6. SOLICITATION ISSUE DATE 31 Mar 2010 |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME SERVICES CTR | | b. TELEPHONE NUMBER *(No collect calls)* | | 8. OFFER DUE DATE/ LOCAL TIME |

| 9. ISSUED BY  CODE | 10. THIS ACQUISITON IS  [X] UNRESTRICTED  [ ] SET ASIDE:   % FOR  [ ] SMALL BUSINESS  [ ] HUBZONE SMALL BUSINESS  [ ] 8(A)  NAICS:  SIZE STANDARD: | 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED  [X] SEE SCHEDULE | 12. DISCOUNT TERMS |
|---|---|---|---|
| SERVICES CTR  2200 CRYSTAL DR, RM 706  ARLINGTON, VA, 22202 | | [ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)  13b. RATING | |
| | | 14. METHOD OF SOLICITATION  [ ] RFQ   [ ] IFB   [X] RFP | |

| 15. DELIVER TO   CODE | 16. ADMINISTERED BY   CODE |
|---|---|
| ORDERING AGENCY | SEE BLOCK 9 |

| 17a. CONTRACTOR/OFFEROR  CODE   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY   CODE |
|---|---|
| ACLR, LLC  550 FOREST AVE STE 15-2  PLYMOUTH,MI,481703793 ,.  DUNs Number :780272873  TELEPHONE NO. | ORDERING AGENCY |
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  [ ] SEE ADDENDUM |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Financial and Business Solutions (FABS) | | | | |
| | *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|

| [X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA | [ ] ARE | [ ] ARE NOT ATTACHED |
|---|---|---|
| [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.  ADDENDA | [ ] ARE | [ ] ARE NOT ATTACHED |

| [ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN  N/A  COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | [ ] 29. AWARD OF CONTRACT: REF. _____ OFFER  DATED _____.  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*   30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*   31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION  
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 4/2002)  
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | LINES AWARDED<br>520 9<br>520 11 | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELPHONE NUMBER OF AUTHORZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 4/2002) **BACK**

```
List Of Contract Documents


File Label: Offer Responses
File Name: Offer.pdf   Created : 06/08/2010

File Label: Other (optional-offeror defined)
File Name: ACLR Vendor Response Document Updated 16Apr10.pdf   Created : 04/16/2010

File Label: Award Document
File Name: ACLR FPR_Response.pdf   Created : 06/16/2010
```