# In the United States Court of Federal Claims

No. 15-767C (consolidated with No. 16-309C)
(E-Filed: August 26, 2019)

| | |
|---|---|
| ACLR, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has before it plaintiff's addendum to <u>Christian</u> doctrine supplemental brief, filed August 23, 2019.  <u>See</u> ECF No. 71.  The filing was referred to the undersigned for a ruling, because plaintiff did not seek leave to file this document.  The purpose of plaintiff's most recent filing is to correct a filing error.  <u>See</u> ECF No. 71 at 1 ("Due to a clerical error/oversight, a copy of ACLR's Contract No. GS-23F-0074W (a.k.a., GSA Schedule Contract) was not attached [to ECF No. 69] as an Exhibit.").

The GSA Schedule Contract should have been filed along the plaintiff's <u>Christian</u> doctrine supplemental brief filed August 7, 2019, ECF No. 69.  <u>See</u> ECF No. 66 at 3 (order) ("Plaintiff shall attach a copy of **Contract No. GS-23F-0074W** as an exhibit to its opening brief.").  Because plaintiff's most recent filing corrects a filing error, plaintiff's addendum to <u>Christian</u> doctrine supplemental brief, filed August 23, 2019, ECF No. 71, is acceptable to the court.  Accordingly, the clerk's office shall **FILE** plaintiff's addendum to <u>Christian</u> doctrine supplemental brief, ECF No. 71, by leave of the court, as of the date it was submitted to the court.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith<br>
PATRICIA E. CAMPBELL-SMITH<br>
Judge