# **APPENDIX**

Exhibit 180    RAC "Hot" Items (A1020- A1023)

Exhibit 181    Excerpts from Deposition of Deirdre Reed (A1024- A1027)