# RAC "HOT" ITEMS

**Exhibit 180**



Division of Plan Oversight & Accountability
Part D RAC Weekly Updates
June 8, 2015

## RAC "HOT" ITEMS:

- ACLR submitted its rebuttal to the CPARS on 6/4/15.
- OAGM forwarded the SOW to OGC on 6/3/15. OGC is currently reviewing the SOW for final comments. OAGM also forwarded the technical criteria comments to CPI on 6/4/15. CPI is currently reviewing.
- The Duplicate Payment termination announcement letter was sent to plan sponsors on 6/4/15.
- OAGM decided not to move forward with the Termination for Convenience (T4C). Instead OAGM is determining if a formal response is also needed in addition to the TDL that was provided.
- OAGM provided a response to ACLR's claim on 6/5/15. The original claim was submitted March 12, 2015.

THIS WEEK'S MEETINGS:
- 6/2/15: Schedule Dug Refill Level 1 Appeals Discussion: This was an internal meeting to discuss SHS request to extend the appeal review period and the administrative error concerns.
- 6/3/15: Part D RAC Update: This was an internal meeting to discuss the Part D RAC activities and statuses.

DISCUSSION ITEMS:

- o **New Issues:**
  - o **Scheduled Drug Refill Errors(Non-LTC):**
    - o Appeal Results:
      - 2010: 43 out of 67 contracts appealed
      - 2011: 58 out of 74 contracts appealed
    - o SHS sent an email on 5/29/15 requesting until the end of July to complete the level 1 Appeals.

*INFORMATION NOT RELEASABLE TO THE PUBLIC UNLESS AUTHORIZED BY LAW: This information has not been publicly disclosed and may be privileged and confidential. It is for internal government use only and must not be disseminated, distributed, or copied to persons not authorized to receive the information. Unauthorized disclosure may result in prosecution to the full extent of the law.*



**Division of Plan Oversight & Accountability**
**Part D RAC Weekly Updates**
**June 8, 2015**

- o DPOA requested that SHS try to complete the appeal review within the 90 day review period.
- o The appeal package for CVS Health Corporation (S5601) arrived at SHS on 6/4/15.
- o SHS provided a memorandum outlining their concerns with identifying the potential administrative errors as improper refills.
    - DPOA reviewed the memo and requested that SHS remain independent when determining the appeal decision.

- **Duplicate Payment:**
    - o The Duplicate Payment Termination Letter was sent to plan sponsors on 6/4/15.
        - o SHS received undeliverable messages from four plans.
            - At least one contact from H2320, H4875, H5590, and S5857 received the termination memo, and no contact from H5932 received the memo.
            - OAGM decided not to proceed with the Duplicate Payment termination for convenience.
                - o OAGM is determining if a formal response is needed in addition to the previously submitted TDL.
    - o The Duplicate Payment PRIS notification has been disabled until further notice.
- **Scheduled Drug Refill Errors (Non LTC) CY 2012- 2013:**
    - o After ACLR has reconciled the PY13 PDE data, they will submit the Schedule Drug Refill Error audit issue.
- **Deceased Prescriber Study 8/2013 -12/2013**
    - o The DVC was tasked with a deceased prescriber study using PDE data from 8/2013 -12/2013 and using PECOS (8/2012-12/2012) to identify prescribers that have been deceased for at least one year.

- **Security Updates:**

*INFORMATION NOT RELEASABLE TO THE PUBLIC UNLESS AUTHORIZED BY LAW: This information has not been publicly disclosed and may be privileged and confidential. It is for internal government use only and must not be disseminated, distributed, or copied to persons not authorized to receive the information. Unauthorized disclosure may result in prosecution to the full extent of the law.*



Division of Plan Oversight & Accountability
Part D RAC Weekly Updates
June 8, 2015

- Livanta received the PY13 PDE data from OTS on 6/5/15.
- **PRIS Update:**
    - PRIS Release 3 may be on hold due to the ECM contract expiration in September.
        - PRIS DUA has been extended until 6/04/16.
    - One third testing for the Livanta MRIC connection to the PRIS application is scheduled for 06/08/2015.
    - APPS-PRIS Integration testing in Validation for the Offset process will take place in beginning 6/16/2015. A later date will be set to test the Credit process once CAS Severn has been tasked officially with an updated SOW.
        - OTS has uploaded the PRIS package in CAMS on 6/4/15. MPPG has also stated that until we have a credit piece they are willing to work with us to get any additional Credits processed after integration go live date of August 01, 2015.

- **OIG/GAO Update:**
    - None
- **Other:**
    - Rainmaker's was tasked with updating the Medicare Parts C and D RAC website and has provided their recommendations.
        - DPOA has reviewed the mock up documents and have provided comments.

*INFORMATION NOT RELEASABLE TO THE PUBLIC UNLESS AUTHORIZED BY LAW: This information has not been publicly disclosed and may be privileged and confidential. It is for internal government use only and must not be disseminated, distributed, or copied to persons not authorized to receive the information. Unauthorized disclosure may result in prosecution to the full extent of the law.*