# Excerpts from Deposition of Deirdre Reed

**Exhibit 181**



# COURT REPORTING

## Transcript of **Deirdre Reed**

Thursday, January 25, 2018

*ACLR v. The United States*

Alderson Court Reporting
1-800-FOR-DEPO (367-9976)
Info@AldersonReporting.com
www.AldersonReporting.com

Alderson Reference Number: 75883

```
 1                IN THE UNITED STATES COURT
 2                    OF FEDERAL CLAIMS
 3
 4    - - - - - - - - - - X
      ACLR, LLC,                      :
 5            Plaintiff,              :
                                      :     Civil Action No.
 6    -vs-                            :     15-767 and 16-309
                                      :
 7    THE UNITED STATES               :
              Defendant.              :
 8    - - - - - - - - - - X
 9
10
11
12              Deposition of DEIRDRE REED, taken
13        pursuant to Notice of Deposition, at the
14        office of Reed & Associates, CPAs, 6 Main
15        Street, Centerbrook, Connecticut, before
16        Deborah Beausoleil, a Notary Public in and
17        for the State of Connecticut, on Thursday,
18        January 25, 2018, at 10:30 a.m.
19
20
21
22
23
24
25
```

1   should be eliminated to limit the identification of

2   false positives."

3   Q    Now I am back to page 14 on the portion we

4   were looking at previously.

5        You stated that the potential duplicates are

6   often not supported by the documentation; is that

7   correct?

8   A    Are often supported as not being duplicate.

9   Not is not supported, no. It's the opposite

10  statement.

11  Q    Often supported as not being duplicate?

12  A    Correct.

13  Q    Was this determination based on your

14  experience with the Part D program?

15  A    Yes, in performing the one-third audits.

16  Q    And how does it relate to the one-third

17  audits?

18  A    Using a portion of the ACLR methodology,

19  which is the UEP methodology, we would identify

20  potential duplicates, present those to the plan

21  sponsor; they would provide supporting documentation

22  that we would review and determine that, in fact,

23  they were not duplicates based on that documentation.

24  Q    In your opinion, the UEP would not be a

25  proper audit methodology to determine duplicate