# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| **ACLR, LLC** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Nos. 15-767 and 16-309C** |
| ) | (Judge Campbell-Smith) |
| **THE UNITED STATES** ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF ACLR, LLC'S MOTION FOR SUMMARY JUDGEMENT

Now comes Plaintiff, ACLR, LLC ("ACLR"), through undersigned counsel, pursuant to Rule 56 of the Rules of the United States Court of Federal Claims and this Court's February 8, 2020 Scheduling Order, and respectfully moves the Court for an order granting summary judgment in its favor on its cost reimbursement claims.

In support of this Motion, ACLR refers to, and incorporates herein by reference, the Proposed Findings of Uncontroverted Facts in Support of its Motion for Summary Judgment, ACLR's Memorandum in Support of its Motion for Summary Judgment, and the Appendix, which have contemporaneously been filed herewith.

Dated: January 27, 2021

DAVID, BRODY &
DONDERSHINE, LLP


_____/s/_____
Thomas K. David

John A. Bonello
2100 Reston Parkway
Suite 370
Reston, VA 20191
Phone:  703-264-2220
Fax: 703-264-2226
tdavid@dbd-law.com
jbonello@dbd-law.com

Attorneys for Plaintiff ACLR, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27 day of January 2021, I caused a copy of the foregoing document to be emailed via the ECF system to the following:

> Joseph Pixley
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> P.O. Box 480
> Ben Franklin Station
> Washington, DC 20044

_____/s/_____
Thomas K. David