# EXHIBIT C

# MANAGING PRINCIPAL
# COST SUMMARY

ACLR, LLC v. USA
T4C Settlement Charges

Exhibit C
Managing Principal T4C Cost Summary

1 of 3

| Period | | Managing Principal | Estimated Hours | GSA Schedule Rates* | T4C Amounts | Exhibit | Page(s) |
|---|---|---|---|---|---|---|---|
| Begin | End | | | | | | |
| 01/13/11 | 01/31/11 | Christopher Mucke | 175.5 | 211.58 | 37,132 | Exhibit C | 2 |
| 02/01/11 | 02/28/11 | Christopher Mucke | 273.0 | 211.58 | 57,761 | Exhibit C | 2 |
| 03/01/11 | 03/31/11 | Christopher Mucke | 270.0 | 211.58 | 57,127 | Exhibit C | 2 |
| 04/01/11 | 04/30/11 | Christopher Mucke | 296.0 | 211.58 | 62,628 | Exhibit C | 2 |
| 05/01/11 | 05/31/11 | Christopher Mucke | 300.0 | 211.58 | 63,474 | Exhibit C | 2 |
| 06/01/11 | 06/16/11 | Christopher Mucke | 101.3 | 211.58 | 21,422 | Exhibit C | 2 |
| 06/17/11 | 06/30/11 | Christopher Mucke | 101.3 | 215.39 | 21,808 | Exhibit C | 2 |
| 07/01/11 | 07/31/11 | Christopher Mucke | 194.5 | 215.39 | 41,893 | Exhibit C | 2 |
| 08/01/11 | 08/31/11 | Christopher Mucke | 185.5 | 215.39 | 39,955 | Exhibit C | 2 |
| 09/01/11 | 09/30/11 | Christopher Mucke | 221.5 | 215.39 | 47,709 | Exhibit C | 2 |
| 10/01/11 | 10/31/11 | Christopher Mucke | 187.0 | 215.39 | 40,278 | Exhibit C | 2 |
| 11/01/11 | 11/30/11 | Christopher Mucke | 253.5 | 215.39 | 54,601 | Exhibit C | 3 |
| 12/01/11 | 12/31/11 | Christopher Mucke | 206.5 | 215.39 | 44,478 | Exhibit C | 3 |
| 01/01/12 | 01/31/12 | Christopher Mucke | 257.5 | 215.39 | 55,463 | Exhibit C | 3 |
| Totals | | | 3023 | | 645,730 | | |

*** GSA Schedule Rates are located in Exhibit C-1 at T4C001436**

ACLR, LLC v. USA
T4C Settlement Charges

Exhibit C
Managing Principal T4C Cost Summary
Previously Billed Hour Details

2 of 3

| Managing Principal Hours Billed on Similar Projects | | | | | | |
|---|---|---|---|---|---|---|
| Date | Type | Class | Account | Service | Account Type | Hours |
| 01/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 26.0 |
| 01/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 21.5 |
| 01/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 7.0 |
| 01/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 95.0 |
| 01/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 12.5 |
| 01/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Virginia | Income | 0.5 |
| 01/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 13.0 |
| 02/28/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 56.5 |
| 02/28/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 6.0 |
| 02/28/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 6.5 |
| 02/28/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 146.0 |
| 02/28/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 52.0 |
| 02/28/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Virginia | Income | 1.5 |
| 02/28/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 4.5 |
| 03/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 70.0 |
| 03/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 21.0 |
| 03/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 6.0 |
| 03/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 109.5 |
| 03/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 44.5 |
| 03/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 11.0 |
| 03/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | VDA Services | Income | 8.0 |
| 04/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 87.0 |
| 04/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 14.0 |
| 04/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 1.0 |
| 04/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 125.5 |
| 04/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 63.0 |
| 04/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Virginia | Income | 1.0 |
| 04/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 4.5 |
| 05/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 106.5 |
| 05/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 15.0 |
| 05/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 1.0 |
| 05/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 111.0 |
| 05/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 51.0 |
| 05/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Virginia | Income | 3.5 |
| 05/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 6.0 |
| 05/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | VDA Services | Income | 6.0 |
| 06/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 48.0 |
| 06/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 11.0 |
| 06/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 4.0 |
| 06/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 76.5 |
| 06/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 48.0 |
| 06/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Virginia | Income | 9.5 |
| 06/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 5.5 |
| 07/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 57.0 |
| 07/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 2.5 |
| 07/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 4.5 |
| 07/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 74.0 |
| 07/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 47.0 |
| 07/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Virginia | Income | 7.0 |
| 07/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 2.5 |
| 08/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 91.5 |
| 08/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 6.0 |
| 08/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 1.0 |
| 08/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 53.0 |
| 08/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 23.5 |
| 08/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Virginia | Income | 6.0 |
| 08/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 4.5 |
| 09/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 69.0 |
| 09/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 5.5 |
| 09/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Company Cars Project | Income | 2.5 |
| 09/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 91.5 |
| 09/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 48.0 |
| 09/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Virginia | Income | 1.5 |
| 09/30/09 | Invoice | Novi Mucke, Christopher | Professional Services | International Liaison Services | Income | 3.5 |
| 10/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Audit Management Services | Income | 49.0 |
| 10/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Bad Debt Project | Income | 2.5 |
| 10/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | Compliance Services | Income | 64.5 |
| 10/31/09 | Invoice | Novi Mucke, Christopher | Professional Services | GRT Misc | Income | 54.0 |

ACLR, LLC v. USA
T4C Settlement Charges

Exhibit C
Managing Principal T4C Cost Summary
Previously Billed Hour Details

3 of 3

| Managing Principal Hours Billed on Similar Projects | | | | | | |
|---|---|---|---|---|---|---|
| 10/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | GRT Virginia | Income | 10.0 |
| 10/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | International Liaison Services | Income | 2.5 |
| 10/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | VDA Services | Income | 4.5 |
| 11/30/09 | Invoice | Novi:Mucke, Christopher | Professional Services | Audit Management Services | Income | 124.5 |
| 11/30/09 | Invoice | Novi:Mucke, Christopher | Professional Services | Bad Debt Project | Income | 3.0 |
| 11/30/09 | Invoice | Novi:Mucke, Christopher | Professional Services | Company Cars Project | Income | 2.0 |
| 11/30/09 | Invoice | Novi:Mucke, Christopher | Professional Services | Compliance Services | Income | 63.5 |
| 11/30/09 | Invoice | Novi:Mucke, Christopher | Professional Services | GRT Misc | Income | 46.0 |
| 11/30/09 | Invoice | Novi:Mucke, Christopher | Professional Services | GRT Virginia | Income | 6.0 |
| 11/30/09 | Invoice | Novi:Mucke, Christopher | Professional Services | International Liaison Services | Income | 3.5 |
| 11/30/09 | Invoice | Novi:Mucke, Christopher | Professional Services | VDA Services | Income | 5.0 |
| 12/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | Audit Management Services | Income | 53.5 |
| 12/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | Bad Debt Project | Income | 7.5 |
| 12/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | Company Cars Project | Income | 1.0 |
| 12/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | Compliance Services | Income | 114.0 |
| 12/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | GRT Misc | Income | 21.0 |
| 12/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | GRT Virginia | Income | 0.5 |
| 12/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | International Liaison Services | Income | 5.5 |
| 12/31/09 | Invoice | Novi:Mucke, Christopher | Professional Services | VDA Services | Income | 3.5 |
| 01/31/10 | Invoice | Novi:Mucke, Christopher | Professional Services | Audit Management Services | Income | 78.5 |
| 01/31/10 | Invoice | Novi:Mucke, Christopher | Professional Services | Audit Support | Income | 4.0 |
| 01/31/10 | Invoice | Novi:Mucke, Christopher | Professional Services | Bad Debt Project | Income | 1.5 |
| 01/31/10 | Invoice | Novi:Mucke, Christopher | Professional Services | Compliance Services | Income | 47.5 |
| 01/31/10 | Invoice | Novi:Mucke, Christopher | Professional Services | GRT Misc | Income | 92.5 |
| 01/31/10 | Invoice | Novi:Mucke, Christopher | Professional Services | GRT Virginia | Income | 8.0 |
| 01/31/10 | Invoice | Novi:Mucke, Christopher | Professional Services | International Liaison Services | Income | 2.0 |
| 01/31/10 | Invoice | Novi:Mucke, Christopher | Professional Services | VDA Services | Income | 23.5 |
| Totals | | | | | | 3,023.0 |

# EXHIBIT C-1

# GSA Rate Schedule

# ACLR, LLC

## GENERAL SERVICES ADMINISTRATION
## FINANCIAL & BUSINESS SOLUTIONS

### GSA FEDERAL SUPPLY SERVICE
**Authorized Federal Supply Schedule Price List**

*SCHEDULE TITLE:*      FSC Group 520 - Financial Management & Audit Services

*SIN CODES:*      520-9 Recovery Audits
520-11 Accounting

*CONTRACT NUMBER:*      GS-23F-0074W

*CONTRACT TERM:*      June 17, 2010 - June 16, 2015

*CONTRACTOR:*      ACLR, LLC
550 Forest Avenue, Suite 15-2
Plymouth, MI 48375

*CONTACT:*      J.C. Fitch
W: 734.207.0403
F: 734.207.0410
jfitch@aclrsbs.com

*NEGOTIATOR:*      Christopher Mucke, CPA
W: 734.207.0404
F: 734.207.0410
cmucke@aclrsbs.com

*SET ASIDE:*      Small Business

*DATE:*      Current as of June 17, 2010.

*Company
Websites:*      www.aclrsbs.com (company website)
www.willyancey.com (resource website)

For more information on ordering from Federal Supply Schedules click on the FSS Schedules at fss.gsa.gov. On-line access to contract ordering information, terms and conditions, up-to-date pricing, and the option to create an electronic delivery order are available through GSA Advantage!, a menu driven database system. The INTERNET address for GSA Advantage! is: GSAAdvantage.gov.


**ACLR** *Strategic Business Solutions*

# CUSTOMER INFORMATION PAGE

| | | |
|---|---|---|
| 1a. | Awarded Special Item Numbers | 520-9, 520-11 |
| 1b. | Awarded Pricing | See Page 12 |
| 1c. | Labor Category Descriptions | See Page 6 |
| 2. | Maximum order: | $1,000,000 |
| 3. | Minimum order: | $100.00 |
| 4. | Geographic coverage | Domestic |
| 5. | Point(s) of Production | Plymouth, Wayne County, Michigan<br>Atlanta, Fulton County, Georgia |
| 6. | Discount from List Prices | Not Applicable |
| 7. | Quantity discounts: | Negotiated at task order level. |
| 8. | Prompt payment terms: | 1%, Net 15 |
| 9a. | Government Purchase Cards Below Micro-Purchase Threshold | Yes |
| 9b. | Government Purchase Cards Above Micro-Purchase Threshold | No |
| 10. | Foreign items: | Not Applicable |
| 11a. | Time of delivery: | Per Task Order |
| 11b. | Expedited delivery:<br>*Items available for expedited delivery are noted in this price list.* | Per Task Order |
| 11c. | Overnight and 2-day delivery: | Not Applicable |
| 11d. | Urgent requirements:<br>*In accordance with contract clause I-FSS-14-B ACLR, LLC will reply to any inquiry for accelerated delivery within 3 business days after receipt of inquiry. Any telephone inquiries will be confirmed by ACLR, LLC in writing.* | Contact POC |
| 12. | F.O.B. Point(s): | Destination |

2


**ACLR** *Strategic Business Solutions*

13a.   Ordering Address:

ACLR, LLC
550 Forest Avenue
Suite 15-2
Plymouth, MI 48375

13b.   Ordering procedures:
*For supplies and services, the ordering procedures, information on blanket purchase agreements (BPA's), and a sample BPA can be found at the GSA/FSS schedule homepage (fss.gsa.gov/schedules).*

14.    Payment address:

ACLR, LLC
550 Forest Avenue
Suite 15-2
Plymouth, MI 48375

15.    Warranty Provision:                                                   Not Applicable

16.    Export packing charges:                                           Not Applicable

17.    Terms & Conditions of Government Purchase Card Acceptance       Not Applicable

18.    Terms & Conditions of Rental Maintenance, and Repair           Not Applicable

19.    Terms & Conditions of Installation                             Not Applicable

20.    Terms & Conditions of Repair Parts                             Not Applicable

20a.   Terms & Conditions for Any Other Services                      Not Applicable

21.    List of Service & Distribution Points                          Not Applicable

22.    List of Participating Dealers                                  Not Applicable

23.    Preventative Maintenance                                       Not Applicable

24a.   Special Attributes                                             Not Applicable

24b.   Section 508 Compliance Information                             Not Applicable

25.    Data Universal Number System (DUNS) Number                     78-027-2873

26.    Central Contractor Registration Notification                  5QKV2
                                                                      Registered
                                                                      Valid - 05/20/2011

3


**ACLR** *Strategic Business Solutions*

*Letter from the Managing Principal:*

*ACLR, LLC is pleased to provide you with our capabilities and price list for the GSA Financial and Business Solutions Schedule.*

*The negative impact of the current economic environment has taken a toll on the budgets of government agencies and now, more than ever, it is important to maximize the value of each dollar expended.   Over the past several years, federal and state auditors have routinely demonstrated that 10 - 35 percent of government program expenditures were improperly paid. Recovering these amounts to replace budget deficits should be the top priority of all government agencies.*

*As a management consulting company, ACLR specializes in the identification and recovery of overpayments.   ACLR professionals are experts at reviewing, developing and implementing the internal controls necessary to mitigate and eliminate future improper payments.   In addition, our professionals are adept at developing and executing sampling methodologies designed to comply with the most rigorous of auditing programs as well as the Improper Payments Information Act of 2002.*

*We look forward to assisting you in achieving departmental goals and maximizing budgetary value.*

*Very truly yours,*

*Christopher A. Mucke, CPA*
*Managing Principal*

4


**ACLR** *Strategic Business Solutions*

# FIRM OVERVIEW

ACLR evolved from a large corporation centric accounting and indirect tax consulting service to a complete business solutions service provider designed to meet the needs of government, major publically owned corporations, and small privately owned businesses. Specializing in a wide range of business solutions from accounting, regulatory compliance, and management consulting, the extensive experience of ACLR professionals have translated into the identification, design, and implementation of best practices for numerous businesses including the retrieval of over $100 million in recoveries and cost reductions for our clients.

With a staff that includes some of the top consultants in the industry, ACLR is right sized to directly provide tax and management consulting services to any size business. The value of ACLR is our core business support structure and our ability to meet your cost needs with the added support of the best in industry.

# SERVICES

### SIN 520-9 - RECOVERY AUDITS:

ACLR audit recovery professionals are adept at identifying overpayment opportunities and obtaining the necessary evidence to ensure swift resolution of refund claims. Whether conducting a comprehensive review of supplier payments or sampling program purchases to ensure compliance with the Improper Payments Information Act of 2002 and the Recovery Auditing Act; ACLR's mission is to accurately quantify, verify, and recover improper payments through indepth analysis of contracts, contractual changes, and supplier invoices as required to meet our customer's needs. ACLR's charter is to ensure that all terms of the contract are followed throughout the duration of the contract and will locate, review, and verify source documentation for each transaction including bill reconciliation to total contract charges. ACLR has secured over $100 million in refunds for our clients and, in some instances, more than doubled refunds identified by our competition.

### 520-11 ACCOUNTING:

ACLR professionals are well versed in the use of numerous accounting systems utilized today and are adept at identifying information risk and areas for improvement. By performing baseline and on-going accounting system reviews and special studies to include design, development, operation and inspection of accounting requirements, installed systems, controls, and processes, ACLR professionals can provide management level evaluation and recommend needed changes to improve management data processing and control. ACLR professionals are also experienced in reviewing, analyzing, and summarizing clients' transactional data and are adept at resolving accounting issues, implementing process improvements, recommending and implementing

5

T4C01429



efficiency matrices, and providing related services to maintain and improve financial reporting operations.

6


**ACLR** *Strategic Business Solutions*

# LABOR CATEGORIES

**MANAGING PRINCIPAL:**

- ***General Education/Experience:*** Four-year degree in Accounting. Licensed CPA. Twenty plus years related field experience.

- ***Technical Experience:*** Managing Principal with over eight years experience leading a financial and office service's corporation. Over twenty years experience in major corporation financial reviews and detailed auditing successfully negotiating multi-million dollar recoveries. Extensive experience as an expert witness in various court cases related to auditing and associated statutory and regulatory compliance.

- ***Duties:*** Directly responsible for complete management of all contracts assigned to the business and ensuring high standards are achieved on all deliverables. Represents business by actively collaborating with prospective and existing clients by overseeing project management and providing technical input as required to meet and exceed contract requirements. Works directly with the complete management team to ensure client retention and a successful cost-wise relationship. Ensures that all staff personnel receive appropriate training and ongoing performance reviews to achieve maximum potential in the best interest of servicing client needs.

**PRINCIPAL:**

- ***General Education/Experience:*** Minimum of four-year degree in Accounting. Degree with ten to twelve plus years related field experience. Licensed CPA.

- ***Technical Experience:*** Minimum of eight years of executive experience in the private and/or public sector or in government. Exceptional experience in business financial systems, contract management, financial reviews, and audit recoveries.

- ***Duties:*** Provides the overall authority for the conduct of assigned contacting arrangements and is responsible for all work performed included in the review of task order planning, direct supervision of assigned personnel, and final review and completion of work tasking. Monitors the status of all contracts and is responsible for client communication, overall project management and the presentation of the final deliverables. Has full executive financial analysis capabilities to include accounting conformity, budget performance improvements, integrated budgets development and analysis, and forensic and recovery audits. May also work independently, or as part of team, in support of a wide-range of contract tasking to support the delivery order.

7

 **ACLR** *Strategic Business Solutions*

## DIRECTOR:

- ***General Education/Experience:*** Master's Degree or Bachelor's Degree and ten to twelve plus years related field experience.

- ***Technical Experience:*** Minimum of eight years of executive experience in the private and/or public sector or in government. Exceptional experience in business financial systems, contract management, financial reviews, and audit recoveries.

- ***Duties:*** Provides the overall authority for the conduct of assigned contacting arrangements and is responsible for all work performed included in the review of task order planning, direct supervision of assigned personnel, and final review and completion of work tasking. Monitors the status of all contracts and is responsible for client communication, overall project management and the presentation of the final deliverables. Has full executive financial analysis capabilities to include accounting conformity, budget performance improvements, integrated budgets development and analysis, and forensic and recovery audits. May also work independently, or as part of team, in support of a wide-range of contract tasking to support the delivery order.

## SENIOR MANAGER:

- ***General Education/Experience:*** Master's Degree and six years related field experience or Bachelor's Degree and seven years related field experience.

- ***Technical Experience:*** Concentrated experience in financial management with demonstrated management capability ability to supervise or lead financial management teams. Multifaceted executive experience in the field of financial management, business and contract accounts management, and forensic and recovery audits. Intricate experience throughout corporate budget analysis for statutory and regulatory compliance. Comprehensive knowledge of new and legacy accounting software applications.

- ***Duties:*** Performs direct daily oversight of all contract support operations including multiple projects and personnel at multiple locations. Provides corporate authority and responsibility to identify and commit resources needed to support all task orders. This position will also perform associated tasking of assigned Manager and Senior Associate personnel labor categories as required. May also work independently in support of a wide-range of contract tasking to support the delivery order.

8



**MANAGER:**

- ***General Education/Experience:*** Master's Degree and five years related field experience or Bachelor's Degree and six years related field experience.

- ***Technical Experience:*** Direct experience in financial management with demonstrated management capability ability to supervise or lead financial management teams. Executive experience in the field of financial management, business and contract accounts management, and forensic and recovery audits. In-depth working experience throughout corporate budget analysis for statutory and regulatory compliance. Comprehensive knowledge of new and legacy accounting software applications. May also work independently in support of a wide-range of contract tasking to support the delivery order.

- ***Duties:*** Provides direct daily contract support personnel management for one or more projects as required in support of delivery orders. The Manager will also perform associated tasking of assigned Senior Associate and Associate personnel labor category and has directional authority over all assigned.

**SENIOR ASSOCIATE:**

- ***General Education/Experience:*** Master's Degree and four years related field experience or Bachelor's Degree and five years related field experience.

- ***Technical Experience:*** Experience in the field of financial management, business and contract accounting management, and forensic and recovery audits. In-depth working experience throughout corporate budget analysis for statutory and regulatory compliance. Comprehensive knowledge of new and legacy accounting software applications.

- ***Duties:*** Provides complete financial analysis to include in-depth accounting conformity, complete budget performance improvements, and invoice to contract reviews for compliance. Conducts complete auditing of contract invoicing to include forensic and recovery audits to include reports development to support recoveries. Ensures direct compliance to various government directives, statutory and regulatory requirements, and contract deliverables. Has extensive experience in business operations throughout government and corporate entities. Works as part of a team, in support of a wide-range of contract tasking to support the delivery order.

9

T4C01433



**ASSOCIATE (LEVEL 1, 2, AND 3):**

- **General Education/Experience:**

    - Associate (Level 1): Bachelor's Degree and one year related field experience.
    - Associate (Level 2): Master's Degree and two years related field experience or Bachelor's Degree and three years related field experience.
    - Associate (Level 3): Master's Degree and three years related field experience or Bachelor's Degree and four years related field experience.

- **Technical Experience:** Corporate familiarity and working knowledge of integrated budgets to include direct experience in planning, formulation; and post analysis. Possesses direct experience in audit recovery and associated research to support forensic reviews. Has a direct working knowledge of task orders and associated contract deliverables.

- **Duties:** Provides direct financial analysis to include accounting conformity and performance improvements as required. Performs in-depth audit analysis and reports development for compliance to contract, statutory and regulatory requirements. Ensures compliance to various government directives with minimal direction and has direct experience in business operations. May also work independently, or as part of team, in support of a wide-range of contract tasking to support the delivery order.

**JUNIOR ASSOCIATE:**

- **General Education/Experience:** Bachelor's Degree or four years related field experience.

- **Technical Experience:** Basic education or experience in the field of financial management and auditing. Can have direct experience in budget and audit management and related research requirements in the field.

- **Duties:** Work in concert with other associates in the performance of financial management to include audit research, invoice and budget analysis, and required reports development. With minimal direction, ensures compliance to various government directives and has baseline knowledge of business operations.

10



## ADMINISTRATIVE SUPERVISOR:

- **General Education/Experience:** High School Diploma and six years of related field experience or Associate's degree and four years of related field experience.

- **Technical Experience:** Experience in direct supervision and management of administrative support personnel. In-depth business computer based software experience including innate ability to support final administrative review of all deliverables, complete business schedule management, inter-office training support for specific task order direction, payroll management, and financial research requirements. Experience with JFTR travel regulations and documentation.

- **Duties:** Directly supervises and manages all on-site and off-site administrative support personnel as required. Maintains direct control of executive level office functions, interpreting and processing all task requests ensuring appropriate staff assignment, implementing and maintaining tracking databases, and managing final review schedules. Proofs all outgoing deliverables for executive approval and summarizes incoming materials including required technical research to minimize senior staff review times. Provides direct management of all staff travel requirements maintaining schedules and ensuring JFTR requirements and associated task invoicing. Provides overall payroll management and reports processing for task invoicing. The Administrative Supervisor will also perform associated tasking of assigned Administrative Assistances and Clerical Support personnel labor categories as required.

## ADMINISTRATIVE ASSISTANT:

- **General Education/Experience:** High School Diploma and four years of related field experience or Associate's degree and two years of related field experience

- **Technical Experience:** Corporate knowledge in business computer software including experience in supporting administrative review of deliverables, business schedule updating and tracking, and monitoring associated task order requirements. Core experience in reports preparations, developing and finalizing correspondence, and complete database management. Experienced in scheduling travel and ensuring JFTR requirements.

- **Duties:** Performs administrative support including developing and processing correspondence, preparing reports and databases, and maintains office filing systems. Maintains complete office schedules, processes travel requirements and tracks task order deliverables providing complete contract management as required. Handles recurring office procedures including processing routine telephone requests, mail handling, and

11

 **ACLR** *Strategic Business Solutions*

general financial research as required. Can provide support of office payrolls and associated problem resolution. The Administrative Assistant will also perform associated tasking of assigned Clerical Support personnel labor category as required.

### CLERICAL SUPPORT:

- ***General Education/Experience:*** High School Diploma or equivalent. One to two years of related field experience.

- ***Technical Experience:*** Basic understanding of business computer based software to support word processing, spreadsheet development, and presentation support. Has experience in basic web research including basic financial research.

- ***Duties:*** Provides administrative support including typing correspondence and reports, updating databases, and maintaining office files. Supports recurring office procedures as directed including processing routine telephone requests, mail handling, appointment scheduling, report reviews, and general research in support of tasking. Assist other staff personnel in various administrative duties as assigned.

12



# LABOR RATES

### June 17, 2010 - June 16, 2015
### (Includes 0.74% IFF)

**OFFSITE LABOR RATES (BASE PERIOD; 1.8% ESCALATION):**

| Offsite Labor Category (SINs 520-9, 520-11) | June 17, 2010 - June 16, 2011 | June 17, 2011 - June 16, 2012 | June 17, 2012 - June 16, 2013 | June 17, 2013 - June 16, 2014 | June 17, 2014 - June 16, 2015 |
|---|---|---|---|---|---|
| Managing Principal | $211.58 | $215.39 | $219.27 | $223.21 | $227.23 |
| Principal | $186.39 | $189.75 | $193.16 | $196.64 | $200.18 |
| Director | $161.20 | $164.10 | $167.06 | $170.06 | $173.12 |
| Sr. Manager | $151.13 | $153.85 | $156.62 | $159.44 | $162.31 |
| Manager | $100.75 | $102.56 | $104.41 | $106.29 | $108.20 |
| Senior Associate | $80.60 | $82.05 | $83.53 | $85.03 | $86.56 |
| Associate (Level 3) | $75.56 | $76.92 | $78.30 | $79.71 | $81.15 |
| Associate (Level 2) | $70.53 | $71.80 | $73.09 | $74.41 | $75.75 |
| Associate (Level 1) | $65.49 | $66.67 | $67.87 | $69.09 | $70.33 |
| Junior Associate | $60.45 | $61.54 | $62.65 | $63.77 | $64.92 |
| Administrative Supervisor | $53.40 | $54.36 | $55.34 | $56.34 | $57.35 |
| Administrative Assistant | $48.36 | $49.23 | $50.12 | $51.02 | $51.94 |
| Clerical Support | $38.29 | $38.98 | $39.68 | $40.40 | $41.12 |

**ONSITE LABOR RATES (BASE PERIOD; 1.8% ESCALATION):**

| Offsite Labor Category (SINs 520-9, 520-11) | June 17, 2010 - June 16, 2011 | June 17, 2011 - June 16, 2012 | June 17, 2012 - June 16, 2013 | June 17, 2013 - June 16, 2014 | June 17, 2014 - June 16, 2015 |
|---|---|---|---|---|---|
| Principal | $151.13 | $153.85 | $156.62 | $159.44 | $162.31 |
| Director | $136.01 | $138.46 | $140.95 | $143.49 | $146.07 |
| Sr. Manager | $120.90 | $123.08 | $125.29 | $127.55 | $129.84 |
| Manager | $90.68 | $92.31 | $93.97 | $95.67 | $97.39 |
| Senior Associate | $70.53 | $71.80 | $73.09 | $74.41 | $75.75 |
| Associate (Level 3) | $65.49 | $66.67 | $67.87 | $69.09 | $70.33 |
| Associate (Level 2) | $60.45 | $61.54 | $62.65 | $63.77 | $64.92 |
| Associate (Level 1) | $55.41 | $56.41 | $57.42 | $58.46 | $59.51 |
| Junior Associate | $50.38 | $51.29 | $52.21 | $53.15 | $54.11 |
| Administrative Supervisor | $45.34 | $46.16 | $46.99 | $47.83 | $48.69 |
| Administrative Assistant | $38.29 | $38.98 | $39.68 | $40.40 | $41.12 |
| Clerical Support | $28.21 | $28.72 | $29.23 | $29.76 | $30.30 |

13

# EXHIBIT D

# LIVONIA OFFICE LEASE EXPENSES SUMMARY

ACLR, LLC v. USA                                   Exhibit D                                      1 of 4
T4C Settlement Charges                  Livonia Office T4C Cost Summary

| Livonia Office Lease Costs | | | | |
| Period | Office Rents | Electricity | Totals | Exhibit | Page(s) |
|---|---|---|---|---|---|
| 2011 | 72,379.96 | 6,061.82 | 78,441.78 | Exhibit D | 2 & 4 |
| 2012 | 79,709.44 | 15,009.94 | 94,719.38 | Exhibit D | 2 & 4 |
| 2013 | 52,342.78 | 7,491.98 | 59,834.76 | Exhibit D | 2 & 4 |
| 2014 | 8,729.72 | 4,242.71 | 12,972.43 | Exhibit D | 2 & 4 |
| 2015 | 26,364.60 | 1,712.90 | 28,077.50 | Exhibit D | 2 & 4 |
| 2016 | 19,460.49 | 2,269.46 | 21,729.95 | Exhibit D | 2/3 & 4 |
| Totals | 258,986.99 | 36,788.81 | 295,775.80 | | |

ACLR, LLC v. USA
T4C Settlement Charges

Exhibit D
Livonia Office Rent Payments

2 of 4

| T/A # | Type | Date | Num | Source Name | Account | Split | Debit | Document Location Exhibit A | Exhibit D-1 |
|---|---|---|---|---|---|---|---|---|---|
| 3,453 | Check | 05/05/11 | 1662 | SMC Investors, LLC | Livonia Office | PNC Checking | 24,894.00 | T4C00682 | T4C00911 |
| 3,459 | Check | 05/10/11 | 1665 | SMC Investors, LLC | Livonia Office | PNC Checking | 10,000.00 | T4C00682 | T4C00880 |
| 3,515 | Check | 06/14/11 | 1718 | SMC Investors, LLC | Livonia Office | PNC Checking | 24,894.00 | T4C00685 | T4C00911 |
| 3,738 | Check | 10/24/11 | 1812 | SMC Investors, LLC | Livonia Office | PNC Checking | 2,644.20 | T4C00699 | T4C00565 |
| 3,782 | Check | 11/28/11 | 1828 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,957.88 | T4C00705 | T4C00569 |
| 3,825 | Check | 12/27/11 | 1844 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00708 | T4C00571 |
| 3,873 | Check | 01/24/12 | 1861 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00708 | T4C00573 |
| 3,918 | Check | 02/24/12 | 1741 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00711 | T4C00574 |
| 3,938 | Check | 03/16/12 | 1755 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00713 | T4C00575 |
| 3,978 | Check | 04/17/12 | 1877 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00715 | T4C00576 |
| 3,999 | Check | 05/21/12 | 1889 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00718 | T4C00577 |
| 4,023 | Check | 06/26/12 | 1900 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00722 | T4C00578 |
| 4,042 | Check | 07/16/12 | 1905 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00723 | T4C00579 |
| 4,059 | Check | 08/17/12 | 1912 | SMC Investors, LLC | Livonia Office | PNC Checking | 4,989.88 | T4C00726 | T4C00580 |
| 4,090 | Check | 09/17/12 | 1925 | SMC Investors, LLC | Livonia Office | PNC Checking | 9,947.15 | T4C00728 | T4C00581 |
| 4,116 | Check | 10/23/12 | 1934 | SMC Investors, LLC | Livonia Office | PNC Checking | 9,947.75 | T4C00732 | T4C00582 |
| 4,143 | Check | 11/21/12 | 1947 | SMC Investors, LLC | Livonia Office | PNC Checking | 9,947.75 | T4C00736 | Missing |
| 4,172 | Check | 12/21/12 | 1959 | SMC Investors, LLC | Livonia Office | PNC Checking | 9,947.75 | T4C00742 | Missing |
| 4,231 | Check | 02/08/13 | 1974 | SMC Investors, LLC | Livonia Office | PNC Checking | 9,947.75 | T4C00744 | Missing |
| 4,269 | Check | 04/04/13 | 1993 | SMC Investors, LLC | Livonia Office | PNC Checking | 12,031.43 | T4C00750 | T4C00583 |
| 4,282 | Check | 04/16/13 | 2004 | WorkForce | Livonia Office | PNC Checking | 3,000.00 | T4C00750 | T4C00917 |
| 4,317 | Check | 04/30/13 | 2013 | SMC Investors, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00753 | T4C00584 |
| 4,382 | Check | 06/06/13 | 2029 | SMC Investors, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00756 | T4C00585 |
| 4,419 | Check | 06/27/13 | 2036 | WorkForce | Livonia Office | PNC Checking | 3,000.00 | T4C00756 | T4C00917 |
| 4,462 | Check | 07/30/13 | 2045 | SMC Investors, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00762 | Missing |
| 4,483 | Check | 08/27/13 | 2049 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00765 | T4C00586 |
| 4,496 | Check | 09/03/13 | 2053 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00765 | T4C00587 |
| 4,527 | Check | 10/01/13 | 2059 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00769 | T4C00588 |
| 4,528 | Check | 10/01/13 | 2060 | WorkForce | Livonia Office | PNC Checking | 3,000.00 | T4C00769 | T4C00917 |
| 4,551 | Check | 10/31/13 | 2065 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00771 | T4C00589 |
| 4,576 | Check | 11/26/13 | 2072 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 1,714.96 | T4C00775 | T4C00590 |
| 4,610 | Check | 12/26/13 | 2076 | WorkForce | Livonia Office | PNC Checking | 3,000.00 | T4C00775 | T4C00917 |
| 4,612 | Check | 12/26/13 | 2078 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00778 | T4C00592 |
| 4,636 | Check | 01/28/14 | 2081 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00781 | T4C00593 |
| 4,665 | Check | 02/27/14 | 2088 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00785 | T4C00594 |
| 4,712 | Check | 03/25/14 | 2100 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00785 | T4C00595 |
| 4,776 | Check | 04/28/14 | 2104 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00792 | T4C00597 |
| 4,797 | Deposit | 06/04/14 | | PNC Bank | Livonia Office | PNC Checking | -10,000.00 | T4C00792 | T4C00596 |
| 4,877 | Check | 08/28/14 | 2148 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00805 | T4C00598 |
| 4,910 | Check | 09/26/14 | 2153 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00808 | T4C00599 |
| 4,941 | Check | 10/28/14 | 2163 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00811 | T4C00600 |
| 4,985 | Check | 11/25/14 | 2177 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00814 | T4C00601 |
| 5,022 | Check | 12/31/14 | 2189 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00817 | T4C00602 |
| 5,059 | Check | 01/27/15 | 2200 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00821 | T4C00603 |
| 5,093 | Check | 02/24/15 | 2209 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00825 | T4C00604 |
| 5,125 | Check | 03/26/15 | 2213 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00829 | T4C00605 |
| 5,161 | Check | 04/30/15 | 2220 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00832 | T4C00606 |
| 5,188 | Check | 05/28/15 | 2226 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00835 | T4C00607 |
| 5,210 | Check | 06/30/15 | 2231 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,331.94 | T4C00838 | Missing |
| 5,224 | Check | 07/31/15 | 2233 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00841 | Missing |
| 5,229 | Check | 08/26/15 | 2237 | Universal Properties Three, LLC | Livonia Office | Missing | 2,081.08 | Missing | T4C00608 |
| 5,257 | Check | 09/29/15 | 2243 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,383.87 | T4C00845 | T4C00609 |
| 5,269 | Check | 10/26/15 | 2245 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,358.38 | T4C00845 | Missing |
| 5,281 | Check | 11/23/15 | 2248 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,385.48 | T4C00849 | T4C00610 |
| 5,295 | Check | 12/21/15 | 2251 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,337.37 | T4C00849 | Missing |
| 5,316 | Check | 01/26/16 | 2256 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00852 | T4C00611 |
| 5,328 | Check | 02/24/16 | 2260 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00855 | T4C00612 |
| 5,339 | Check | 03/29/16 | 2265 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00857 | T4C00613 |
| 5,376 | Check | 04/26/16 | 2271 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00860 | T4C00614 |
| 5,400 | Check | 05/24/16 | 2274 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,811.85 | T4C00860 | T4C00615 |
| 5,418 | Check | 06/21/16 | 2278 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00862 | T4C00616 |
| 5,446 | Check | 07/26/16 | 2285 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00866 | T4C00617 |
| 5,465 | Check | 08/29/16 | 2290 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00869 | T4C00618 |

ACLR, LLC v. USA
T4C Settlement Charges

Exhibit D
Livonia Office Rent Payments

3 of 4

| T/A # | Type | Date | Num | Source Name | Account | Split | Debit | Document Location | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Livonia Office Rental Payments** | | | | | |
| 5,496 | Check | 09/26/16 | 2294 | Universal Properties Three, LLC | Livonia Office | PNC Checking | 2,081.08 | T4C00872 | T4C00619 |
| Totals | | | | | | | 258,986.99 | | |

| T/A # | Type | Date | Num | Source Name | Account | Split | Debit | Document Location Exhibit A | Exhibit D-1 |
|---|---|---|---|---|---|---|---|---|---|
| 3,718 | Check | 10/17/11 | 1804 | SMC Investors, LLC | Electricity | PNC Checking | 3,785.66 | T4C00699 | T4C00620 |
| 3,765 | Check | 11/14/11 | 1821 | SMC Investors, LLC | Electricity | PNC Checking | 1,144.85 | T4C00702 | T4C00622 |
| 3,807 | Check | 12/15/11 | 1836 | SMC Investors, LLC | Electricity | PNC Checking | 1,131.31 | T4C00705 | T4C00624 |
| 3,865 | Check | 01/17/12 | 1859 | SMC Investors, LLC | Electricity | PNC Checking | 1,164.08 | T4C00708 | T4C00625 |
| 3,920 | Check | 02/28/12 | 1743 | SMC Investors, LLC | Electricity | PNC Checking | 1,266.68 | T4C00713 | T4C00626 |
| 3,940 | Check | 03/16/12 | 1757 | SMC Investors, LLC | Electricity | PNC Checking | 1,251.58 | T4C00713 | T4C00627 |
| 3,961 | Check | 04/03/12 | 1872 | SMC Investors, LLC | Electricity | PNC Checking | 1,257.36 | T4C00715 | T4C00628 |
| 3,995 | Check | 05/08/12 | 1883 | SMC Investors, LLC | Electricity | PNC Checking | 1,257.36 | T4C00718 | T4C00629 |
| 4,011 | Check | 06/06/12 | 1894 | SMC Investors, LLC | Electricity | PNC Checking | 1,266.89 | T4C00720 | T4C00630 |
| 4,046 | Check | 07/16/12 | 1909 | SMC Investors, LLC | Electricity | PNC Checking | 1,255.02 | T4C00723 | T4C00631 |
| 4,063 | Check | 08/31/12 | 1916 | SMC Investors, LLC | Electricity | PNC Checking | 1,266.89 | T4C00728 | T4C00632 |
| 4,064 | Check | 09/04/12 | 1917 | SMC Investors, LLC | Electricity | PNC Checking | 1,263.46 | T4C00728 | T4C00633 |
| 4,108 | Check | 10/08/12 | 1929 | SMC Investors, LLC | Electricity | PNC Checking | 1,265.46 | T4C00732 | T4C00634 |
| 4,134 | Check | 11/21/12 | 1942 | SMC Investors, LLC | Electricity | PNC Checking | 1,249.17 | T4C00736 | T4C00635 |
| 4,153 | Check | 12/10/12 | 1951 | SMC Investors, LLC | Electricity | PNC Checking | 1,245.99 | T4C00739 | T4C00636 |
| 4,186 | Check | 01/22/13 | 1964 | SMC Investors, LLC | Electricity | PNC Checking | 1,245.99 | T4C00742 | T4C00637 |
| 4,230 | Check | 02/08/13 | 1973 | SMC Investors, LLC | Electricity | PNC Checking | 1,235.18 | T4C00744 | T4C00638 |
| 4,263 | Check | 03/18/13 | 1990 | SMC Investors, LLC | Electricity | PNC Checking | 1,230.18 | T4C00747 | T4C00639 |
| 4,309 | Check | 04/18/13 | 2005 | SMC Investors, LLC | Electricity | PNC Checking | 1,255.29 | T4C00750 | T4C00640 |
| 4,351 | Check | 05/14/13 | 2018 | SMC Investors, LLC | Electricity | PNC Checking | 1,249.52 | T4C00753 | T4C00641 |
| 4,408 | Check | 06/18/13 | 2032 | SMC Investors, LLC | Electricity | PNC Checking | 1,275.82 | T4C00756 | T4C00642 |
| 4,659 | Check | 02/13/14 | 2087 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.23 | T4C00781 | T4C00643 |
| 4,708 | Check | 03/20/14 | 2099 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.23 | T4C00785 | T4C00644 |
| 4,775 | Check | 04/21/14 | 2103 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.23 | T4C00792 | T4C00645 |
| 4,777 | Check | 05/21/14 | 2105 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.23 | T4C00792 | T4C00646 |
| 4,809 | Check | 06/20/14 | 2129 | Universal Properties Three, LLC | Electricity | PNC Checking | 653.00 | T4C00795 | T4C00649 |
| 4,844 | Check | 07/14/14 | 2133 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.41 | T4C00799 | T4C00650 |
| 4,842 | Check | 08/04/14 | 2136 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.41 | T4C00802 | T4C00651 |
| 4,874 | Check | 08/28/14 | 2145 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.41 | T4C00805 | T4C00652 |
| 4,924 | Check | 10/07/14 | 2160 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.39 | T4C00808 | T4C00653 |
| 4,961 | Check | 11/11/14 | 2173 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.39 | T4C00811 | T4C00654 |
| 4,994 | Check | 12/04/14 | 2182 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.39 | T4C00814 | T4C00655 |
| 5,029 | Check | 12/31/14 | 2192 | Universal Properties Three, LLC | Electricity | PNC Checking | 326.39 | T4C00817 | T4C00656 |
| 5,060 | Check | 01/27/15 | 2201 | Universal Properties Three, LLC | Electricity | PNC Checking | 311.90 | T4C00821 | T4C00657 |
| 5,117 | Check | 03/17/15 | 2210 | Universal Properties Three, LLC | Electricity | PNC Checking | 311.90 | T4C00825 | T4C00658 |
| 5,156 | Check | 04/28/15 | 2217 | Universal Properties Three, LLC | Electricity | PNC Checking | 251.68 | T4C00832 | T4C00659 |
| 5,187 | Check | 05/28/15 | 2225 | Universal Properties Three, LLC | Electricity | PNC Checking | 237.86 | T4C00835 | T4C00660 |
| 5,223 | Check | 07/31/15 | 2232 | Universal Properties Three, LLC | Electricity | PNC Checking | 296.19 | T4C00841 | T4C00662 |
| 5,230 | Check | 08/26/15 | 2238 | Universal Properties Three, LLC | Electricity | PNC Checking | 303.37 | Missing | T4C00663 |
| 5,328 | Check | 02/24/16 | 2260 | Universal Properties Three, LLC | Electricity | PNC Checking | 250.49 | T4C00855 | T4C00668 |
| 5,339 | Check | 03/29/16 | 2265 | Universal Properties Three, LLC | Electricity | PNC Checking | 243.71 | T4C00857 | T4C00669 |
| 5,418 | Check | 06/21/16 | 2278 | Universal Properties Three, LLC | Electricity | PNC Checking | 241.19 | T4C00862 | T4C00674 |
| 5,446 | Check | 07/26/16 | 2285 | Universal Properties Three, LLC | Electricity | PNC Checking | 299.58 | T4C00866 | T4C00675 |
| 5,465 | Check | 08/29/16 | 2290 | Universal Properties Three, LLC | Electricity | PNC Checking | 294.62 | T4C00869 | T4C00676 |
| 5,496 | Check | 09/26/16 | 2294 | Universal Properties Three, LLC | Electricity | PNC Checking | 309.70 | T4C00872 | T4C00677 |
| 5,515 | Check | 10/27/16 | 1012 | Universal Properties Three, LLC | Electricity | Chase Checking | 308.28 | T4C00873 | T4C00678 |
| 5,522 | Check | 11/30/16 | 1015 | Universal Properties Three, LLC | Electricity | Chase Checking | 321.89 | T4C00877 | T4C00679 |
| Totals | | | | | | | 36,788.81 | | |