# EXHIBIT F

# GENERAL & ADMINISTRATIVE T4C COST SUMMARY

Case 1:15-cv-00767-PEC   Document 107-8   Filed 01/27/21   Page 2 of 5

ACLR, LLC v. USA  
T4C Settlement Charges

Exhibit F  
General Administrative T4C Cost Summary

1 of 4

| General & Administrative Expenses - Base Period | | | | | | |
|---|---|---|---|---|---|---|
| Mth | Equipment & Fixtures | IT Services | Misc G&A Exp | Professional Svcs | Travel | Totals |
| Feb | 167.21 | 1,085.00 | 4,388.93 | 0.00 | 20.00 | 5,661.14 |
| Mar | 48,549.33 | 27,562.07 | 11,002.89 | 2,890.00 | 3,347.13 | 93,351.42 |
| Apr | 50,000.00 | 25,480.00 | 817.13 | 0.00 | 4,165.00 | 80,462.13 |
| May | 1,960.88 | 18,937.63 | 5,139.58 | 6,500.00 | 5,145.77 | 37,683.86 |
| Jun | 51,196.31 | 3,789.42 | 3,774.56 | 8,249.00 | 14,094.62 | 81,103.91 |
| Jul | 5,190.19 | 42,736.83 | 1,116.66 | 0.00 | 0.00 | 49,043.68 |
| Aug | 2,361.94 | 5,650.31 | 5,520.07 | 186.00 | -150.00 | 13,568.32 |
| Sep | 11,917.19 | 8,978.86 | 1,529.13 | 0.00 | 2,942.98 | 25,368.16 |
| Oct | 6,897.31 | 17,141.01 | 1,621.65 | 5,600.00 | 860.69 | 32,120.66 |
| Nov | 52.94 | 10,390.68 | 3,580.06 | 56.00 | 110.83 | 14,190.51 |
| Dec | 0.00 | 9,110.78 | 2,582.28 | 15,399.00 | 1,297.34 | 28,389.40 |
| Jan | 105.88 | 40,658.51 | 3,861.65 | 0.00 | 0.00 | 44,626.04 |
| Totals | 178,399.18 | 211,521.10 | 44,934.59 | 38,880.00 | 31,834.36 | 505,569.23 |

ACLR, LLC v. USA  
T4C Settlement Charges  
Case 1:15-cv-00767-PEC   Document 107-8   Filed 01/27/21   Page 3 of 5  
Exhibit F  
G&A Payments  
2 of 4

| Trans # | Type | Date | Num | Name | Account | Type | Charge | Amount | Document Location | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Bank Statement | Invoice |
| 3,295 | Check | 02/01/11 | 1601 | Barnes, Kristen | Office Expense | Misc G&A Exp | PNC Checking | 4,246.27 | Missing | T4C00959 |
| 3,316 | Check | 02/14/11 | 1605 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 167.21 | Missing | T4C00964 |
| 3,334 | Check | 02/16/11 | 1607 | CCH | Subscriptions - Legal DB | Misc G&A Exp | PNC Checking | 78.39 | Missing | T4C00966 |
| 3,335 | Check | 02/16/11 | 1608 | CCH | Subscriptions - Legal DB | Misc G&A Exp | PNC Checking | 27.51 | Missing | T4C00967 |
| 3,338 | Check | 02/24/11 | 1611 | Dixon, Bruce | Transportation | Travel | PNC Checking | 20.00 | Missing | T4C00968 |
| 3,306 | Credit Card Charge | 02/26/11 | EFT | American Express | Information Technology | IT Services | PNC Checking | 1,085.00 | Missing | T4C00972-T4C00977 |
| | | | | American Express | Office Expense | Misc G&A Exp | | 23.02 | Missing | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 13.74 | Missing | |
| 3,285 | J/E | 03/01/11 | EFT | Statsoft | Computer Equipment | Equipment & Fixtures | PNC Lease | 15,015.00 | T4C01369 | T4C00978 |
| 3,285 | J/E | 03/01/11 | EFT | Millennium Solutions, Inc | Equipment Lease | Equipment & Fixtures | PNC Lease | 33,528.00 | T4C01369 | T4C00979 |
| 3,348 | Check | 03/02/11 | 1614 | Greensfelder, Hemker & Gale | Legal Fees | Professional Svcs | PNC Checking | 1,883.00 | T4C00009 | T4C00980 |
| 3,351 | Check | 03/08/11 | 1616 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 1,085.00 | T4C00009 | T4C00983 |
| 3,351 | Check | 03/08/11 | 1616 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 25,130.00 | T4C00009 | T4C00982 |
| 3,351 | Check | 03/08/11 | 1616 | Millennium Solutions, Inc | Internet Expense | IT Services | PNC Checking | 249.90 | T4C00009 | T4C00984 |
| 3,415 | Check | 04/08/11 | 1619 | WorkedSquared | Furniture & Fixtures | Equipment & Fixtures | PNC Checking | 40,000.00 | T4C00012 | T4C00985 |
| 3,363 | Check | 03/16/11 | 1642 | Miscellaneous | Office Expense | Misc G&A Exp | PNC Checking | 234.00 | T4C00009 | Missing |
| 3,373 | Credit Card Charge | 03/17/11 | EFT | American Express | Flight | Travel | PNC Checking | 1,849.60 | T4C00009 | T4C00992 |
| | | | | American Express | Information Technology | IT Services | | 1,097.17 | | |
| | | | | American Express | Lodging | Travel | | 586.32 | | |
| | | | | American Express | Meals & Entertainment | Travel | | 502.44 | | |
| | | | | American Express | Membership Dues | Misc G&A Exp | | 495.00 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 604.50 | | |
| | | | | American Express | Postage & Handling | Misc G&A Exp | | 248.43 | | |
| | | | | American Express | Subscriptions - Legal DB | Misc G&A Exp | | 3,960.00 | | |
| | | | | American Express | Telephone Expenses | Misc G&A Exp | | 460.96 | | |
| | | | | American Express | Transportation | Travel | | 408.77 | | |
| 3,364 | Check | 03/18/11 | 1643 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 6.33 | T4C00009 | T4C01015 |
| 3,372 | Check | 03/22/11 | 1644 | Miscellaneous | Office Expense | Misc G&A Exp | PNC Checking | 5,000.00 | T4C00009 | T4C01017 |
| 3,385 | Check | 03/29/11 | 1648 | Greensfelder, Hemker & Gale | Legal Fees | Professional Svcs | PNC Checking | 1,007.00 | T4C00012 | T4C01018 |
| 3,405 | Check | 04/05/11 | 1650 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 25,480.00 | T4C00012 | T4C01021 |
| 3,408 | Check | 04/06/11 | 1651 | Dixon, Bruce | Transportation | Travel | PNC Checking | 10.00 | T4C00015 | T4C01022 |
| 3,417 | Check | 04/11/11 | 1653 | CCH | Subscriptions - Legal DB | Misc G&A Exp | PNC Checking | 173.79 | T4C00012 | T4C01027 |
| 3,425 | Check | 04/15/11 | 1654 | Barnes, Jason D | Transportation | Travel | PNC Checking | 15.00 | T4C00012 | T4C01028 |
| 3,728 | General Journ | 06/17/11 | J/E | WorkedSquared | Furniture & Fixtures | Equipment & Fixtures | PNC Lease | 14,745.08 | T4C01369 | Missing |
| 3,423 | Credit Card Charge | 04/18/11 | EFT | American Express | Flight | Travel | PNC Checking | 2,519.60 | T4C00012 | T4C01030-T4C01046 |
| | | | | American Express | Lodging | Travel | | 91.32 | | |
| | | | | American Express | Meals & Entertainment | Travel | | 912.60 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 339.84 | | |
| | | | | American Express | Postage & Handling | Misc G&A Exp | | 131.63 | | |
| | | | | American Express | Telephone Expenses | Misc G&A Exp | | 171.87 | | |
| | | | | American Express | Transportation | Travel | | 573.95 | | |
| 3,431 | Check | 04/20/11 | 1623 | WorkedSquared | Furniture & Fixtures | Equipment & Fixtures | PNC Checking | 10,000.00 | T4C00012 | |
| 3,438 | Check | 04/27/11 | 1660 | Dixon, Bruce | Meals & Entertainment | Travel | PNC Checking | 32.53 | T4C00015 | T4C01047 |
| 3,438 | Check | 04/27/11 | 1660 | Dixon, Bruce | Transportation | Travel | PNC Checking | 10.00 | T4C00015 | T4C01047 |
| 3,452 | Check | 05/05/11 | 1661 | Greensfelder, Hemker & Gale | Legal Fees | Professional Svcs | PNC Checking | 6,500.00 | T4C00015 | T4C01052 |
| 3,455 | Check | 05/05/11 | 1664 | Miscellaneous | Office Expense | Misc G&A Exp | PNC Checking | 110.00 | T4C00015 | Missing |
| 3,462 | Check | 05/12/11 | 1668 | Bright House | Internet Expense | IT Services | PNC Checking | 262.68 | T4C00015 | T4C01056 |
| 3,470 | Check | 05/16/11 | 1670 | Millennium Solutions, Inc | Flight | Travel | PNC Checking | 806.80 | T4C00015 | T4C01059 |
| 3,470 | Check | 05/16/11 | 1670 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 16,350.00 | T4C00015 | T4C01058 |
| 3,474 | Check | 05/19/11 | 1702 | Miscellaneous | Office Expense | Misc G&A Exp | PNC Checking | 446.25 | T4C00015 | Missing |
| 3,484 | Credit Card Charge | 05/19/11 | EFT | American Express | Computer Equipment | Equipment & Fixtures | PNC Checking | 1,800.00 | T4C00015 | T4C01060-T4C01074 |
| | | | | American Express | Flight | Travel | | 1,849.62 | | |
| | | | | American Express | Information Technology | IT Services | | 2,260.00 | | |
| | | | | American Express | Lodging | Travel | | 1,373.06 | | |
| | | | | American Express | Meals & Entertainment | Travel | | 852.91 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 420.24 | | |
| | | | | American Express | Postage & Handling | Misc G&A Exp | | 17.47 | | |
| | | | | American Express | Telephone Expenses | Misc G&A Exp | | 314.79 | | |
| | | | | American Express | Transportation | Travel | | 263.38 | | |
| 3,475 | Check | 05/20/11 | 1703 | Miscellaneous | Property | Misc G&A Exp | PNC Checking | 50.00 | T4C00018 | Missing |
| 3,478 | Check | 05/20/11 | 1706 | State Farm | Insurance | Misc G&A Exp | PNC Checking | 726.00 | T4C00015 | T4C01075 |
| 3,479 | Check | 05/20/11 | 1707 | State Farm | Insurance | Misc G&A Exp | PNC Checking | 2,297.00 | T4C00018 | T4C01079 |
| 3,485 | Check | 05/25/11 | 1710 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 160.88 | T4C00015 | T4C01081 |
| 3,486 | Check | 05/25/11 | 1711 | Millennium Solutions, Inc | Internet Expense | IT Services | PNC Checking | 64.95 | T4C00018 | T4C01084 |
| 3,486 | Check | 05/25/11 | 1711 | Millennium Solutions, Inc | Office Expense | Misc G&A Exp | PNC Checking | 719.99 | T4C00018 | T4C01085 |
| 3,486 | Check | 05/25/11 | 1711 | Millennium Solutions, Inc | Office Expense | Misc G&A Exp | PNC Checking | 37.84 | T4C00018 | T4C01083 |
| 3,496 | Check | 06/01/11 | 1712 | Greensfelder, Hemker & Gale | Legal Fees | Professional Svcs | PNC Checking | 7,474.00 | T4C00018 | T4C01086 |
| 3,497 | Check | 06/01/11 | 1713 | State Farm | Property | Misc G&A Exp | PNC Checking | 602.00 | T4C00018 | Missing |
| 3,498 | Check | 06/01/11 | 1714 | Bright House | Internet Expense | IT Services | PNC Checking | 262.68 | T4C00019 | T4C01089 |
| 3,499 | Check | 06/03/11 | 1715 | Millennium Solutions, Inc | Office Expense | Misc G&A Exp | PNC Checking | 1,060.00 | T4C00018 | T4C01091 |
| 3,522 | Check | 06/15/11 | 1719 | Miscellaneous | Furniture & Fixtures | Equipment & Fixtures | PNC Checking | 6,260.00 | T4C00018 | Missing |
| 3,563 | Credit Card Charge | 06/20/11 | EFT | American Express | Colo Center | IT Services | PNC Checking | 1,800.00 | T4C00019 | T4C01092-T4C01117 |
| | | | | American Express | Information Technology | IT Services | | 146.74 | | |
| | | | | American Express | Flight | Travel | | 5,444.60 | | |
| | | | | American Express | Lodging | Travel | | 1,723.67 | | |
| | | | | American Express | Meals & Entertainment | Travel | | 1,208.80 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 192.27 | | |
| | | | | American Express | Telephone Expenses | Misc G&A Exp | | 314.60 | | |

ACLR, LLC v. USA  
T4C Settlement Charges

Case 1:15-cv-00767-PEC  Document 107-8  Filed 01/27/21  Page 4 of 5

Exhibit F  
G&A Payments

3 of 4

| Trans # | Type | Date | Num | Name | Account | Type | Charge | Amount | Document Location | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Bank Statement | Invoice |
| | | | | | American Express | Transportation | Travel | | 660.19 | | |
| 3,564 | Credit Card Charge | 06/27/11 | EFT | American Express | Flight | Travel | PNC Checking | 50.00 | T4C00019 | T4C01118-T4C01146 |
| | | | | American Express | Information Technology | IT Services | | 1,580.00 | | |
| | | | | American Express | Lodging | Travel | | 3,594.96 | | |
| | | | | American Express | Meals & Entertainment | Travel | | 886.47 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 443.82 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 186.35 | | |
| | | | | American Express | Postage & Handling | Misc G&A Exp | | 321.07 | | |
| | | | | American Express | Telephone Expenses | Misc G&A Exp | | 654.45 | | |
| | | | | American Express | Transportation | Travel | | 525.93 | | |
| 3,534 | Check | 06/28/11 | 1724 | Millennium Solutions, Inc | Computer Equipment | Equipment & Fixtures | PNC Checking | 24,936.61 | T4C00023 | T4C01147-T4C01155 |
| 3,534 | Check | 06/28/11 | 1724 | Millennium Solutions, Inc | Furniture & Fixtures | Equipment & Fixtures | PNC Checking | 5,254.62 | T4C00023 | |
| 3,535 | Check | 06/28/11 | 1725 | Greensfelder, Hemker & Gale | Legal Fees | Professional Svcs | PNC Checking | 775.00 | T4C00023 | T4C01156 |
| 3,604 | Check | 07/05/11 | 1727 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 167.21 | T4C00023 | T4C01158 |
| 3,548 | Check | 07/08/11 | 1729 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 11,530.00 | T4C00023 | T4C01161-T4C01163 |
| 3,548 | Check | 07/08/11 | 1729 | Millennium Solutions, Inc | Office Expense | Misc G&A Exp | PNC Checking | 142.43 | T4C00023 | |
| 3,556 | Check | 07/19/11 | 1763 | Bright House | Internet Expense | IT Services | PNC Checking | 416.83 | T4C00023 | T4C01164 |
| 3,560 | Check | 07/25/11 | 1765 | Miscellaneous | Office Expense | Misc G&A Exp | PNC Checking | 895.00 | T4C00023 | T4C01166 |
| 3,567 | Check | 07/25/11 | 1767 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 52.94 | T4C00023 | T4C01167 |
| 3,568 | Check | 07/26/11 | 1768 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 30,790.00 | T4C00026 | T4C01170 |
| 3,571 | Check | 07/27/11 | 1771 | SMC Investors, LLC | Office Expense | Misc G&A Exp | PNC Checking | 79.23 | T4C00026 | Missing |
| 3,733 | J/E | 07/30/11 | EFT | Millennium Solutions, Inc | Computer Equipment | Equipment & Fixtures | PNC Lease | 4,970.04 | T4C01369 | T4C01171 |
| 3,579 | Check | 08/03/11 | 1773 | Tyco | Office Expense | Misc G&A Exp | PNC Checking | 2,073.13 | T4C00026 | T4C01172 |
| 3,584 | Check | 08/08/11 | 1776 | Miscellaneous | Office Expense | Misc G&A Exp | PNC Checking | 355.74 | T4C00026 | Missing |
| 3,586 | Check | 08/15/11 | 1777 | Greensfelder, Hemker & Gale | Legal Fees | Professional Svcs | PNC Checking | 186.00 | T4C00026 | T4C01174 |
| 3,629 | Check | 08/16/11 | 1778 | Bright House | Internet Expense | IT Services | PNC Checking | 207.31 | T4C00027 | T4C01176 |
| 3,632 | Check | 08/17/11 | 1779 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 211.94 | T4C00026 | T4C01178 |
| 3,630 | Credit Card Charge | 08/17/11 | EFT | American Express | Colo Center | IT Services | PNC Checking | 5,443.00 | T4C00026 | T4C01180-T4C01190 |
| | | | | American Express | Computer Equipment | Equipment & Fixtures | | 2,150.00 | | |
| | | | | American Express | Lodging | Travel | | -150.00 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 2,711.81 | | |
| | | | | American Express | Postage & Handling | Misc G&A Exp | | 23.77 | | |
| | | | | American Express | Telephone Expenses | Misc G&A Exp | | 242.12 | | |
| 3,636 | Check | 08/22/11 | 1783 | Tyco | Office Expense | Misc G&A Exp | PNC Checking | 63.50 | T4C00026 | T4C01191 |
| 3,638 | Check | 08/29/11 | 1785 | State Farm | Insurance | Misc G&A Exp | PNC Checking | 50.00 | T4C00026 | T4C01192 |
| 3,650 | Check | 09/06/11 | 1786 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 7,240.00 | T4C00029 | T4C01195 |
| 3,657 | Check | 09/12/11 | 1789 | Miscellaneous | Computer Equipment | Equipment & Fixtures | PNC Checking | 9,858.00 | T4C00029 | T4C01196 |
| 3,662 | Check | 09/16/11 | 1790 | Bright House | Internet Expense | IT Services | PNC Checking | 218.86 | T4C00029 | T4C01197 |
| 3,665 | Credit Card Charge | 09/19/11 | EFT | American Express | Colo Center | IT Services | PNC Checking | 1,520.00 | T4C00029 | T4C01199-T4C01217 |
| | | | | American Express | Telephone Expenses | Misc G&A Exp | | 242.99 | | |
| | | | | American Express | Lodging | Travel | | 1,652.18 | | |
| | | | | American Express | Meals & Entertainment | Travel | | 249.51 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 684.42 | | |
| | | | | American Express | Transportation | Travel | | 1,041.29 | | |
| 3,679 | Check | 09/26/11 | 1792 | Millennium Solutions, Inc | Computer Equipment | Equipment & Fixtures | PNC Checking | 2,006.25 | T4C00032 | T4C01218 |
| 3,682 | Check | 09/26/11 | 1795 | Tyco | Office Expense | Misc G&A Exp | PNC Checking | 63.50 | T4C00029 | T4C01220 |
| 3,683 | Check | 09/26/11 | 1796 | Bright House | Telephone Expenses | Misc G&A Exp | PNC Checking | 538.22 | T4C00032 | T4C01221 |
| 3,684 | Check | 09/26/11 | 1797 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 52.94 | T4C00032 | Missing |
| 3,699 | Check | 10/03/11 | 1799 | Millennium Solutions, Inc | Computer Equipment | Equipment & Fixtures | PNC Checking | 1,439.15 | T4C00032 | T4C01224 |
| 3,702 | Check | 10/05/11 | 1801 | Tyco | Furniture & Fixtures | Equipment & Fixtures | PNC Checking | 455.00 | T4C00032 | T4C01226 |
| 3,703 | Check | 10/05/11 | 1802 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 4,750.00 | T4C00032 | T4C01228-T4C01229 |
| 3,703 | Check | 10/05/11 | 1802 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 5,500.00 | T4C00032 | |
| 3,724 | Check | 10/18/11 | 1805 | C & J Electrical Services | Furniture & Fixtures | Equipment & Fixtures | PNC Checking | 3,410.00 | T4C00032 | T4C01230 |
| 3,704 | Credit Card Charge | 10/18/11 | EFT | American Express | Colo Center | IT Services | PNC Checking | 2,410.00 | T4C00032 | T4C01233-T4C01249 |
| | | | | American Express | Internet Expense | IT Services | | 140.00 | | |
| | | | | American Express | Lodging | Travel | | 588.72 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 384.22 | | |
| | | | | American Express | Postage & Handling | Misc G&A Exp | | 440.95 | | |
| | | | | American Express | Telephone Expenses | Misc G&A Exp | | 88.11 | | |
| | | | | American Express | Transportation | Travel | | 271.97 | | |
| 3,725 | Check | 10/19/11 | 1806 | Millennium Solutions, Inc | Computer Equipment | Equipment & Fixtures | PNC Checking | 1,540.22 | T4C00035 | T4C01250 |
| 3,726 | Check | 10/19/11 | 1807 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 4,119.00 | T4C00035 | T4C01254 |
| 3,734 | Check | 10/21/11 | 1808 | Bright House | Telephone Expenses | Misc G&A Exp | PNC Checking | 567.10 | T4C00033 | T4C01256 |
| 3,736 | Check | 10/21/11 | 1810 | Tyco | Office Expense | Misc G&A Exp | PNC Checking | 63.50 | T4C00032 | T4C01258 |
| 3,737 | Check | 10/21/11 | 1811 | Bright House | Internet Expense | IT Services | PNC Checking | 222.01 | T4C00033 | T4C01259 |
| 3,739 | Check | 10/24/11 | 1813 | Miscellaneous | Office Expense | Misc G&A Exp | PNC Checking | 77.77 | T4C00032 | Missing |
| 3,740 | Check | 10/24/11 | 1814 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 52.94 | T4C00032 | Missing |
| 3,759 | Check | 10/31/11 | 1817 | Clark Hill | Legal Fees | Professional Svcs | PNC Checking | 5,600.00 | T4C00035 | T4C01263 |
| 3,766 | Check | 11/14/11 | 1822 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 7,645.00 | T4C00035 | T4C01269 |
| 3,768 | Check | 11/14/11 | 1824 | Greensfelder, Hemker & Gale | Legal Fees | Professional Svcs | PNC Checking | 56.00 | T4C00035 | T4C01271 |
| 3,774 | Check | 11/15/11 | 1825 | Bright House | Internet Expense | IT Services | PNC Checking | 195.68 | T4C00036 | T4C01289 |
| 3,720 | Credit Card Charge | 11/15/11 | EFT | American Express | Colo Center | IT Services | PNC Checking | 2,410.00 | T4C00036 | T4C01291-T4C01300 |
| | | | | American Express | Internet Expense | IT Services | | 140.00 | | |
| | | | | American Express | Meals & Entertainment | Travel | | 110.83 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 125.86 | | |
| | | | | American Express | Postage & Handling | Misc G&A Exp | | 380.31 | | |

Case 1:15-cv-00767-PEC   Document 107-8   Filed 01/27/21   Page 5 of 5

ACLR, LLC v. USA  
T4C Settlement Charges

Exhibit F  
G&A Payments

4 of 4

| Trans # | Type | Date | Num | Name | Account | Type | Charge | Amount | Document Location | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Bank Statement | Invoice |
| 3,781 | Check | 11/28/11 | 1827 | Bright House | Telephone Expenses | Misc G&A Exp | PNC Checking | 556.45 | T4C00038 | T4C01301 |
| 3,783 | Check | 11/28/11 | 1829 | Tyco | Office Expense | Misc G&A Exp | PNC Checking | 63.50 | T4C00038 | T4C01304 |
| 3,784 | Check | 11/28/11 | 1830 | AT&T | Office Expense | Misc G&A Exp | PNC Checking | 2,453.94 | T4C00038 | T4C01306 |
| 3,785 | Check | 11/28/11 | 1831 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 52.94 | T4C00038 | T4C01308 |
| 3,797 | Check | 12/02/11 | 1735 | Fisher, Daryl | Contractor Wages | Misc G&A Exp | PNC Checking | 225.00 | T4C00038 | N/A |
| 3,798 | Check | 12/08/11 | 1834 | Millennium Solutions, Inc | Internet Expense | IT Services | PNC Checking | 780.00 | T4C00038 | T4C01309 |
| 3,809 | Check | 12/15/11 | 1838 | Zoho Corporation | Information Technology | IT Services | PNC Checking | 5,157.00 | T4C00038 | T4C01311 |
| 3,816 | Check | 12/15/11 | 1839 | Fisher, Daryl | Contractor Wages | Misc G&A Exp | PNC Checking | 550.00 | T4C00038 | N/A |
| 3,817 | Check | 12/19/11 | 1840 | Clark Hill | Legal Fees | Professional Svcs | PNC Checking | 15,399.00 | T4C00038 | T4C01314 |
| 3,860 | Credit Card Charge | 12/20/11 | EFT | American Express | Lodging | Travel | PNC Checking | 484.91 | T4C00038 | T4C01327-T4C01342 |
| | | | | American Express | Transportation | Travel | | 487.27 | | |
| | | | | American Express | Meals & Entertainment | Travel | | 325.16 | | |
| | | | | American Express | Postage & Handling | Misc G&A Exp | | 19.29 | | |
| | | | | American Express | Office Expense | Misc G&A Exp | | 310.76 | | |
| | | | | American Express | Colo Center | IT Services | | 2,410.00 | | |
| 3,823 | Check | 12/27/11 | 1842 | Tyco | Office Expense | Misc G&A Exp | PNC Checking | 63.50 | T4C00038 | T4C01343 |
| 3,824 | Check | 12/27/11 | 1843 | Bright House | Internet Expense | IT Services | PNC Checking | 763.78 | T4C00041 | T4C01345 |
| 3,826 | Check | 12/27/11 | 1845 | AT&T | Office Expense | Misc G&A Exp | PNC Checking | 1,413.73 | T4C00041 | T4C01348 |
| 3,827 | Check | 01/10/12 | 1846 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 52.94 | T4C00041 | T4C01349 |
| 3,850 | Check | 01/10/12 | 1854 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 4,278.50 | T4C00044 | T4C01351 |
| 3,861 | Check | 01/13/12 | 1855 | Fisher, Daryl | Contractor Wages | Misc G&A Exp | PNC Checking | 450.00 | T4C00041 | N/A |
| 3,871 | EFT | 01/13/12 | EFT | Tranxact Global | PNC Visa | Misc G&A Exp | PNC Checking | 140.00 | | T4C01 |
| 3,871 | Check | 01/13/12 | EFT | Colo Rent | PNC Visa | Misc G&A Exp | PNC Checking | 2,410.00 | | T4C01 |
| 3,828 | Check | 01/16/12 | 1847 | Fisher, Daryl | Contractor Wages | Misc G&A Exp | PNC Checking | 275.00 | T4C00041 | N/A |
| 3,862 | Check | 01/17/12 | 1856 | Miscellaneous | Postage & Handling | Misc G&A Exp | PNC Checking | 73.15 | T4C00041 | Missing |
| 3,866 | Check | 01/17/12 | 1860 | AT&T | Internet Expense | IT Services | PNC Checking | 1,413.73 | T4C00041 | T4C01363 |
| 3,852 | Check | 01/18/12 | 1852 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 10,615.00 | T4C00041 | T4C01350 |
| 3,864 | Check | 01/18/12 | 1858 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 10,030.00 | T4C00041 | T4C01361 |
| 3,875 | Check | 01/24/12 | 1863 | Dell Financial Services | Equipment | Equipment & Fixtures | PNC Checking | 52.94 | T4C00041 | Missing |
| 3,876 | Check | 01/24/12 | 1864 | Tyco | Office Expense | Misc G&A Exp | PNC Checking | 63.50 | T4C00041 | T4C01365 |
| 3,886 | Check | 01/27/12 | 1867 | Fisher, Daryl | Contractor Wages | Misc G&A Exp | PNC Checking | 450.00 | T4C00041 | N/A |
| 3,889 | Check | 01/31/12 | 1868 | Millennium Solutions, Inc | Information Technology | IT Services | PNC Checking | 14,321.28 | T4C00047 | T4C0166 |
| Total | | | | | | | | 505,569.23 | | |