# EXHIBIT F-1

# GENERAL & ADMINISTRATIVE INVOICES

T4C00958

# GENERAL & ADMINISTRATIVE INVOICES

T4C00959



**northAmerican.**
MOVING SERVICES

DOT 070851

## *Binding Estimate*

### northAmerican®

**PO Box 988**
**Fort Wayne, IN 46801-0988**

**(260) 429-2511 (800) 348-2111**

| REFERENCE # |
| --- |
| |

January 25, 2011

| Customer | | Agency | |
| --- | --- | --- | --- |
| Kristen And Jason Barnes<br>1611 Windy Ridge Lane<br>Atlanta, GA 30339 | H: (586) 201 - 6969<br>O:<br>C:<br>Fulton Co. | Beltmann Group, Inc<br>7030 Buford Highway<br>Atlanta, Georgia 30340 | 1214000<br>(770) 899 - 8801 |
| E-mail: | | | |

| Destination Address | | Salesperson | |
| --- | --- | --- | --- |
| Kristen And Jason Barnes<br>4771 Harding Avenue<br>Clarkston, MI 48346 | H:<br>O:<br>Oakland Co. | Ian Robbins | |
| | | Signature: | |

| Tariff: PLCK L | | | | HHG Wgt: | | 6,300 |
| --- | --- | --- | --- | --- | --- | --- |
| Requested<br>Pack: | Requested<br>Load: | Requested<br>Delivery: | | **Miles** | **Cube** | **Item Count** |
| | | | | 715 | 900 | 134 |

Type of Payment: ☐ Prepaid    ☐ COD  ☐ Invoice          Method of Payment: ☐ Cashier's Check  ☐ Cash  ☐ Credit Card

CUSTOMER ACKNOWLEDGES LIABILITY FOR PAYMENT OF THE FOLLOWING SERVICES LISTED BELOW AND ON THE ATTACHED PAGES. I HEREBY ALSO ACKNOWLEDGE THAT
I HAVE RECEIVED THE 'READY TO MOVE'? BROCHURE AND THE 'YOUR RIGHTS AND RESPONSIBILITIES WHEN YOU MOVE' BOOKLET, WHICH ALSO CONTAINS A DESCRIPTION
OF NORTHAMERICAN'S COMPLAINT AND INQUIRY HANDLING PROCEDURE AND IT'S ARBITRATION PROGRAM.

x *Kristen M Barnes*
Customer Signature

| Transportation Services: | Quantity | N e t |
| --- | --- | --- |
| Transportation (Household Weight) | 6,300 # | |
| Load Charge Sch 5 (M-F 8-5) | 6,300 # | 400.05 |
| Unload Charge Sch 5 (M-F 8-5) | 6,300 # | 466.20 |
| Linehaul Transportation | 6,300 # | 1,826.10 |
| Maximum Value Protection | $75,000 | 411.00 |
| MVP Deductible $500 | | |
| **Subtotal Transportation Services :** | | **$3,103.35** |
| Other Services: | Quantity | N e t |
| Fuel Surcharge 0.0016 | 6,300 # | 72.07 |
| Insurance Surcharge | $2,401.74 | 96.07 |
| **Atlanta, GA, 30339** | | |
| Packing Materials - see packing detail | 65 | 377.48 |
| Packing Labor - see packing detail (M-F 8-5) | 65 | 426.80 |
| Kit for washer | 1 | 63.00 |
| Prepare front load washer and dryer | 1 | 108.00 |
| **Clarkston, MI, 48346** | | |
| **Subtotal Other Services :** | | **$1,143.42** |

**Guaranteed Not To Exceed**                    **$4,246.77**

*CK # 1601*
*Moving Expenses*

Version 9.0.0.0


ECS

Page 1

A1005

T4C00960

| Customer | | Agency | |
|---|---|---|---|
| Kristen And Jason Barnes<br>1611 Windy Ridge Lane<br>Atlanta, GA 30339 | H: (586) 201 - 6969<br>O:<br>C:<br>Fulton Co. | Beltmann Group, Inc<br>7030 Buford Highway<br>Atlanta, Georgia 30340 | 1214000<br>(770) 899 - 8801 |

E-mail:

| Destination Address | | Salesperson | |
|---|---|---|---|
| Kristen And Jason Barnes<br>4771 Harding Avenue<br>Clarkston, MI 48346 | H:<br>O:<br>Oakland Co. | Ian Robbins | |
| | | Signature: | |

| | | | | | HHG Wgt: | | 6,300 |
|---|---|---|---|---|---|---|---|
| Tariff:  PLCK  L | | | | | | | |
| Requested<br>Pack: | | Requested<br>Load: | | Requested<br>Delivery: | Miles | Cube | Item Count |
| | | | | | 715 | 900 | 134 |

This Guaranteed-Not-To-Exceed Price is not a contract, but a binding and guaranteed not to exceed price quote only for those articles, quantities, and services listed on the accompanying Estimate Inventory Summary and this Binding Estimate. Additional articles, quantities, and/or services requested or required to service this shipment, if any, will be added to the price shown above. Payment for any additional articles, quantities, and/or services is due upon delivery. Some examples of additional articles, quantities, and/or services are: articles not listed on the Estimate Inventory Summary or listed as "Not Shipped", packing materials and labor for items identified as being packed by the customer, Origin shuttles, appliance servicing and additional days in storage.

C.O.D. shipments must be paid in cash or certified check. Payment may also be charged to a Credit Card provided a written credit application and approval are obtained prior to the day of loading. If the charges for the shipment are to be paid by the employer, you will be responsible for any and all charges your employer is unwilling or unable to pay.

Along with this estimate you should receive the "READY TO MOVE?" brochure and the booklet "YOUR RIGHTS AND RESPONSIBILITIES WHEN YOU MOVE". If you have not received these documents, request them from the Carrier's agent identified above. It is important you read and understand all printed materials provided by the carrier.

GUARANTEED RATE REDUCTION (GRR): If actual weight is less than the estimated weight of 6,300 pounds, the GRR Guaranteed price will be reduced by $19.00 /cwt for the weight difference between the actual and estimated weight. Actual Packing charges to be based on guaranteed container and packing rates subject to a maximum packing charge of $804.28.

A1006

T4C00961

| Customer | | Agency | |
|---|---|---|---|
| Kristen And Jason Barnes<br>1611 Windy Ridge Lane<br>Atlanta, GA 30339 | H: (586) 201 - 6969<br>O:<br>C:<br>Fulton Co. | Beltmann Group, Inc<br>7030 Buford Highway<br>Atlanta, Georgia 30340 | 1214000<br>(770) 899 - 8801 |
| E-mail: | | | |

| Destination Address | | Salesperson | |
|---|---|---|---|
| Kristen And Jason Barnes<br>4771 Harding Avenue<br>Clarkston, MI 48346 | H:<br>O:<br>Oakland Co. | Ian Robbins | |
| | | Signature: | |

Tariff:  PLCK  L

| Requested<br>Pack: | Requested<br>Load: | Requested<br>Delivery: | Miles | HHG Wgt: 6,300<br>Cube | Item Count |
|---|---|---|---|---|---|
| | | | 715 | 900 | 134 |

---

### Notes And Special Instructions

This estimate is based on a FULL pack.

We will use mattress cartons in addition to the plastic covers for the mattresses and boxsprings.

T4C00962

| Customer | | Agency | |
|---|---|---|---|
| Kristen And Jason Barnes<br>1611 Windy Ridge Lane<br>Atlanta, GA 30339 | H: (586) 201 - 6969<br>O:<br>C:<br>Fulton Co. | Beltmann Group, Inc<br>7030 Buford Highway<br>Atlanta, Georgia 30340 | 1214000<br>(770) 899 - 8801 |
| E-mail: | | | |
| **Destination Address** | | **Salesperson** | |
| Kristen And Jason Barnes<br>4771 Harding Avenue<br>Clarkston, MI 48346 | H:<br>O:<br>Oakland Co. | Ian Robbins<br><br>Signature: | |

| Tariff: PLCK L | | | | | HHG Wgt: | 6,300 |
|---|---|---|---|---|---|---|
| Requested<br>Pack: | Requested<br>Load: | Requested<br>Delivery: | Miles | Cube | Item Count | |
| | | | 715 | 900 | 134 | |

### Detail Of Cartons, Packing and Unpacking
### (included in price quote)

| Atlanta, GA (Fulton) | | Material | Sch. | Packing | Sch. 5 |
|---|---|---|---|---|---|
| | | Q t y. | Net | Q t y. | Net |
| Dishpack/Drum | | 5 | 70.00 | 5 | 95.00 |
| Carton < 3 cf | | 26 | 73.06 | 26 | 124.80 |
| 3 cf Carton | | 20 | 83.80 | 20 | 124.40 |
| 4.5 cf Carton | | 2 | 10.12 | 2 | 15.60 |
| Wardrobe Carton | | 5 | 49.50 | 5 | 15.00 |
| King/Queen Mattress | | 3 | 51.00 | 3 | |
| Corrugated Container | | 4 | 40.00 | 4 | 52.00 |
| | Net Subtotal: | 65 | $377.48 | 65 | $426.80 |

| | |
|---|---|
| Subtotal - Cartons and Packing Services Only: | $804.28 |
| Subtotal - Unpacking Services: | $0.00 |
| Total Cartons, Packing and Unpacking Services:<br>(included in price quote) | $804.28 |

Version 9.0.0.0


Customer Initials

ECS

T4C00963

| Customer | | Agency | |
|---|---|---|---|
| Kristen And Jason Barnes<br>1611 Windy Ridge Lane<br>Atlanta, GA 30339 | H: (586) 201 - 6969<br>O:<br>C:<br>Fulton Co. | Beltmann Group, Inc<br>7030 Buford Highway<br>Atlanta, Georgia 30340 | 1214000<br>(770) 899 - 8801 |
| E-mail: | | | |

| Destination Address | | Salesperson | |
|---|---|---|---|
| Kristen And Jason Barnes<br>4771 Harding Avenue<br>Clarkston, MI 48346 | H:<br>O:<br>Oakland Co. | Ian Robbins | |
| | | Signature: | |

Tariff:   PLCK  L

| | | | | | HHG Wgt: | 6,300 |
|---|---|---|---|---|---|---|
| Requested<br>Pack: | Requested<br>Load: | Requested<br>Delivery: | Miles | Cube | Item Count | |
| | | | 715 | 900 | 134 | |

### Additional Services*

*Customer has been advised that this total "Not to Exceed" estimate of charges include all known and/or requested services and their applicable charges.
Should additional services be requested or required at Destination or en route, the estimated costs of these services are listed below in the Additional
Services section.

| | Quantity | Net |
|---|---|---|
| Load Charge  Sch 5 (OT) | 6,300 # | 560.07 |
| Unload Charge  Sch 5 (OT) | 6,300 # | 652.68 |
| Destination Self-Storage  Sch 6 (M-F 8-5) | 6,300 # | 144.30 |
| Destination Self-Storage  Sch 6 (OT) | 6,300 # | 216.45 |
| Extra Delivery  Sch 6 | 1 | 67.70 |
| Extra Pickup  Sch 5 | 1 | 63.10 |
| Extra Labor Charge  Sch 6 (M-F 8-5) | 1.00 hr | 33.00 |
| ( rate per worker per hour ) | | |
| Extra Labor Charge  Sch 6 (OT) | 1.00 hr | 46.20 |
| Origin Shuttle Service  Sch 5 (M-F 8-5) 25 miles | 6,300 # | 566.00 |
| Origin Shuttle Service  Sch 5 (OT) 25 miles | 6,300 # | 849.00 |
| | Quantity | Net |
| MVP Deductible - $0 Deductible | $75,000 | 646.00 |
| MVP Deductible - $250 Deductible | $75,000 | 490.00 |
| MVP Deductible - $500 Deductible | $75,000 | 411.00 |
| Transportation (Auto 204-A Auto) | | |
| Linehaul Transportation (Auto 204-A) | 715 mi | 810.00 |
| Depreciated Value Protection | $50,000 | |
| DVP Deductible $0 | | |
| Excess Coverage over $50000 | N/A | |
| Auto Extra Stop | N/A | |
| Oversize Vehicle - Class I | 715 mi | 199.00 |
| Oversize Vehicle - Class II | 715 mi | 299.00 |
| Oversize Vehicle - Class III | 715 mi | 449.00 |
| Oversize Vehicle - Class IV | Consult Agent | |
| | Quantity | Net |
| SIT (Household Weight) | | |
| Destination Storage First Day - 6300 lbs | 1 day | 611.10 |
| Additional Days - 6300 lbs | 1 day | 22.05 |
| SIT Drayage Sch 6 | | |
| Up to 30 miles | 6,300 # | 1,832.30 |
| 31 to 60 miles | 6,300 # | 2,189.80 |
| 61 to 90 miles | 6,300 # | 2,309.75 |
| Insurance Surcharge (SIT Drayage) | $2,309.75 | 92.39 |

Version 9.0.0.0

ECS

Customer Initials

A1009

T4C00964

 Financial Services

See reverse side for important contact information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS, LLC | Invoice Number: 74379787 |
|---|---|

As a reminder, DFS may assess a late charge for payments that are not received when due (or after the expiration of any applicable grace period). Your Lease Agreement describes the terms and conditions of your payment obligation.

## Lease Contract Summary — Lease Contract: 003-8565501-001

| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
|---|---|---|---|---|---|---|
| 003-8565501-001 | 03/01/11 | $114.27 | + | $0.00 | = | $114.27 |

| | | | |
|---|---|---|---|
| Invoice Date | February 05, 2011 | Business Segment | 010004 |
| Invoice Number | 74379787 | Billing Period | 02/01/11-02/28/11 |
| Lease Contract Number | 003-8565501-001 | Credits/Payments received(-) *since last invoice | $228.54 |

## Credits/Payments Since Last Invoice

| Lease Contract Number | Invoice # | Description | Amount |
|---|---|---|---|
| 003-8565501-001 | | Credits/Payments | $228.54 |

## Summary of Current Charges

| Lease Contract Number Product Type | Sales Order Purchase Order # | Description | Amount | Tax | Total |
|---|---|---|---|---|---|
| 003-8565501-001 FAIR MARKET VALUE | | PROPERTY MNGMNT FEE BASED | $3.69 | $0.22 | $3.91 |
| 003-8565501-001 FAIR MARKET VALUE | | RENTAL | $104.12 | $6.24 | $110.36 |
| | | Total for 003-8565501-001 | $107.81 | $6.46 | $114.27 |
| | | Invoice Total | $107.81 | $6.46 | $114.27 |

02-1x09-3040R2(5/10)

A1010

T4C00965

 **DELL** Financial Services

See reverse side for important contact
information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS | Invoice Number: 74379788 |
|---|---|

As a reminder, DFS may assess a late charge for payments that are not received
when due (or after the expiration of any applicable grace period). Your Lease Agreement describes the terms
and conditions of your payment obligation.

## Lease Contract Summary — Lease Contract: 003-8565501-003

| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
|---|---|---|---|---|---|---|
| 003-8565501-003 | 03/01/11 | $52.94 | + | $0.00 | = | $52.94 |

| | | | |
|---|---|---|---|
| Invoice Date | February 05, 2011 | Business Segment | 010004 |
| Invoice Number | 74379788 | Billing Period | 02/01/11-02/28/11 |
| Lease Contract Number | 003-8565501-003 | Credits/Payments received(-)<br>*since last invoice | $105.88 |

### Credits/Payments Since Last Invoice

| Lease Contract Number | Invoice # | Description | Amount |
|---|---|---|---|
| 003-8565501-003 | | Credits/Payments | $105.88 |

### Summary of Current Charges

| Lease Contract Number<br>Product Type | Sales Order<br>Purchase Order # | Description | TRANSACTION | | |
|---|---|---|---|---|---|
| | | | Amount | Tax | Total |
| 003-8565501-003<br>FAIR MARKET VALUE | | PROPERTY MNGMNT FEE BASED | $2.28 | $0.14 | $2.42 |
| 003-8565501-003<br>FAIR MARKET VALUE | | RENTAL | $47.66 | $2.86 | $50.52 |
| | | Total for 003-8565501-003 | $49.94 | $3.00 | $52.94 |
| | | Invoice Total | $49.94 | $3.00 | $52.94 |

PD
Ck # 1605
8167.21

02-1x09-3040R2(5/10)

A1011

T4C00966

# STATEMENT

**CCH**
a Wolters Kluwer business

| Date: | 03/21/11 |
|---|---|
| CCH Customer #: | 164745872 |

**Keep this portion for your records.**

**CCH**
P.O. Box 4307
Carol Stream, IL 60197-4307
Federal ID#: 13-3504158

**TO REQUEST A COPY OF AN INVOICE, VISIT OUR
WEBSITE AT** http://support.cch.com/myaccount
**FOR OTHER BILLING ISSUES, CALL 1- 800-449-6439.**

Page    1

| Trans Date | Trans type | Trans no. | Payment/ ref. no. | Description | Amount | Remaining due |
|---|---|---|---|---|---|---|
| 03/31/11 | Inv | 431549 | | Invoice Information: BK 045385: US MASTER MEDICARE GUIDE (2011) Sub: C. MUCKE | 173.79 | 173.79 |

*Paid 4/11*
*Ck #1653*

ACCOUNT AGING SUMMARY

| Current | 1-30 Days | 31-60 Days | 61-90 Days |
|---|---|---|---|
| 173.79 | 0.00 | 0.00 | 0.00 |

| Subtotal: | 173.79 |
|---|---|
| Finance charge: | 0.00 |
| Total Due: | 173.79 |

Please include your CCH customer number on your check and on all correspondence.

T4C00967

**INVOICE**

77098722

**CCH**
a Wolters Kluwer business

**Page** 1

| Customer #: | 164745872 |
|---|---|
| Internet Tracking #: | |
| Batch #: | 134734 |
| P.O. #: | |
| Payment terms: | UPON RECEIPT |

CCH
P.O. Box 4307
Carol Stream, IL 60197-4307
Federal ID#: 13-3504158
Pay by Credit Card at: http://support.cch.com
1-800-449-6439    Billing Support
1-800-344-3734    Product Support

| Invoice #: | 428371 |
|---|---|
| Invoice Date: | 02/10/11 |
| Pick Slip #: | 22720212 |
| Order #: | 9714686 |

Keep this portion for your records.

| Pick Location | Order Qty | Ship Qty | Item Number | Description | List Price | Discount | Net Price | Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | 04562400 | BK 045624: MEDICARE AND MEDICAID BENEFITS (2011) ISBN/PIN#: 9780808025108 | 21.95 | | 21.95 | 1.32 | 23.27 |

*pd ck # 1608 2/16*

| Ship method: | GNDPAR |
|---|---|
| Ordered by: | |
| Authorized by: | |

* See back for explanations, terms and conditions

Shipped to:
ACLR
CHRISTOPHER MUCKE
550 FOREST AVE
PLYMOUTH, MI 481701740, US

| Subtotal: | 23.27 |
|---|---|
| Shipping charge: | 4.00 |
| Tax on shipping: | 0.24 |
| **Amount due:** | 27.51 |

Please include your CCH customer number on your check and on all correspondence.

PLEASE USE THE LABEL ON THE BACK WHEN RETURNING PRODUCT

T4C00968

Statement No.                    1

## Expense Statement

| Employee | | | | | | | | | | Pay Period | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Bruce Dixon | | | | Position | SSO | | | | | From | 2/22/2011 |
| | | | | | Manager | Chris Mucke | | | | | To | 2/22/2011 |

| Date | Client | CC Type | Description | Lodging | Transport | Fuel | Meals | Postage | Phone | Entertainment | Other | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2011 | ACLR | Cash | Parking at DTW for trip to Baltimore for CMS meeting | | $  20.00 | | | | | | | $     20.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | $  20.00 | | | | | | | |

**Notes**

pd Ck # 1611 2/24

Reimbursement

| | | |
|---|---|---|
| Sub Total | $ | 20.00 |
| TOTAL | $ | 20.00 |

Office Use Only

*Do not reimburse to employee - Corp. Card expenses are paid directly by C. Mucke.*

A1014

T4C00969

```
             RECEIPT
         AIRLINES PARKING
------0001 20:23:18 02-23-2011 01-----

 152  1 209088 07:36 02/22 20:22 02/23

   PARKING                20.00

   6CASH                  20.00

   INCLUDES 27% STATE PARKING TAX
         PLEASE DRIVE SAFELY
   QUESTIONS ?? CALL 800-300-9069
-----THANK YOU FOR PARKING WITH US----
```

T4C00970

Statement No.    1

## Expense Statement

| Employee | | | | | | Pay Period | | |
|----------|--|--|--|--|--|------------|--|--|
| Name | Jason Barnes | | | Position | Audit Director | | From | 2/22/2011 |
| | | | | Manager | Chris Mucke | | To | 2/23/2011 |

| Date | Client | CC Type | Description | Lodging | Transport | Fuel | Meals | Postage | Phone | Entertainment | Other | TOTAL |
|------|--------|---------|-------------|---------|-----------|------|-------|---------|-------|---------------|-------|-------|
| 2/22/2011 | ACLR | Corp Card | BWI Airport Taxi Cab to hotel for CMS meeting | | $ 42.65 | | | | | | | $ 42.65 |
| 2/23/2011 | ACLR | Corp Card | DTW Airport parking for CMS meeting | | $ 20.00 | | | | | | | $ 20.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | $ 62.65 | | | | | | | |

Notes

| | | | | | Sub Total | $ 62.65 |
|--|--|--|--|--|-----------|---------|
| | | | Reimbursement | | TOTAL | $ 62.65 |

Office Use Only

Do not reimburse to employee - Corp. Card expenses are paid directly by C. Mucke.

A1016

T4C00971

Sale

XXXXXXXXXXX1070
AMEX          Entr. Method: Swiped

Amount:          $        37.65
Tip:                      5.00
Total:                    42.65

02/22/11                15:25:38



DETROIT METRO AIRPORT

1070-000190-01 12:54 02/23/11 20:36-000.00-$020.00

821934
SOUTHLAND PRINTING
SHREVEPORT, LA.

RECEIPT



**Platinum Business Fre   omPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 01/26/11

**OPEN** p. 1/10

Account Ending 1-14009

| | |
|---|---|
| **New Balance** | **$3,402.95** |
| **Minimum Payment Due** | **$68.00** |
| **Payment Due Date** | **02/20/11** |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

*recorded*

**FreedomPass Points**

22,567

For rewards information, please visit americanexpress.com/freedompass

**Account Summary**

| | |
|---|---|
| Previous Balance | $6,203.02 |
| Payments/Credits | -$6,211.75 |
| New Charges | +$3,411.68 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$3,402.95** |
| **Minimum Payment Due** | **$68.00** |

| | |
|---|---|
| Credit Limit | $22,400.00 |
| Available Credit | $18,997.05 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| Days in Billing Period: 31 | |

**Customer Care**

**Pay by Computer**
open.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-800-653-3104 | 1-800-472-9297 |

See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-14009**

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
550 FOREST AVE
STE 15-2
PLYMOUTH MI 48170-3793

Payment Due Date
**02/20/11**

New Balance
**$3,402.95**

Minimum Payment Due
**$68.00**

Check here if your address or phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$ _____

**Amount Enclosed**

0000349990624312155 00034029500000b800 22 ₦



**Platinum Business Fr    omPass Credit Card**

ACLR
CHRISTOPHER MUCKE
Closing Date 01/26/11

**OPEN**

p. 3/10

Account Ending 1-14009

## Payments and Credits

### Summary

| | | Total |
|---|---|---|
| **Payments** | | -$6,177.60 |
| **Credits** | | |
| CHRISTOPHER MUCKE 1-14009 | | -$34.15 |
| **Total Payments and Credits** | | -$6,211.75 |

### Detail    *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 01/17/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$6,177.60 |

| Credits | | | Amount |
|---|---|---|---|
| 12/29/10 | CHRISTOPHER MUCKE | TARGET 872 0872   LIVONIA      MI<br>DISCOUNT STORE | -$25.42 |
| 01/01/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx Office<br>Document solutions and business services<br>FEDEX OFFICE #0485 0014 $113.75 12/14/2010 | -$5.69 |
| 01/04/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FEDEX# 87357 3883196 8735 $60.72 12/13/2010 | -$3.04 |

## New Charges

### Summary

| | | Total |
|---|---|---|
| CHRISTOPHER MUCKE 1-14009 | | $1,871.28 |
| KRISTEN M BARNES 1-11062 | | $1,540.40 |
| **Total New Charges** | | **$3,411.68** |

### Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

Amount

Continued on reverse



**Platinum Business Fr   lomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 01/26/11

**OPEN**

p. 5/10

Account Ending 1-14009

## Detail Continued

| | Amount |
|---|---|

**KRISTEN M BARNES**
Card Ending 1-11062

| | Amount |
|---|---|

| | | | |
|---|---|---|---|
| 01/20/11 | MILLENNIUM SOLUTIONS770-936-9566 770-936-9566 | Paid. | $1,085.00 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | $0.00 |

## 2011 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2011 | $0.00 |
| Total Interest in 2011 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 17.24% (v) | $0.00 | $0.00 |
| Cash Advances | 21.24% (v) | $0.00 | $0.00 |
| Total | | | $0.00 |

(v) Variable Rate

T4C00975

| | | | | January 2011 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Period** | **Flight** | **Lodging** | **Transportation** | **Meals** | **IT Services** | **Phone** | **Office Supplies** | **Postage** | **Computer Supplies** |
| Jan 2011 | 0.00 | 0.00 | 0.00 | 23.02 | 1,085.00 | 0.00 | 1.00 | 136.75 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 23.02 | 1,085.00 | 0.00 | 1.00 | 136.75 | 0.00 |
| Credits | | | | | | | | | |
| Net Expenses | 0.00 | 0.00 | 0.00 | 23.02 | 1,085.00 | 0.00 | 1.00 | 136.75 | 0.00 |

T4C00976

## LOWE'S
LOWE'S HOME CENTERS, INC.
44080 FORD ROAD
CANTON, MI 48187   (734) 335-9200

— SALE —
SALES #: FSTLANE1 13          01-20-11

186958 KOBALT 48X60 OVERHD STORA     129.00

                    SUBTOTAL:       129.00
                         TAX:         7.74
INVOICE 07935  TOTAL:               136.74
                        AMEX:       136.74

AMEX:XXXXXXXXXXXX1000 AMOUNT:136.74 AUTHCD:505338
     SWIPED REFID:803996205 01/20/11 12:30:51
STORE: 1847 TERMINAL: 07 01/20/11 12:31:01
# OF ITEMS PURCHASED:              1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: GREG HORVATH

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 18470-12011-07935

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

---

EG NICKS
500 FOREST AVE
PLYMOUTH, MI 48170
734-414-6400

Merchant ID: 230034746
Term ID: 3030
Server ID: 5486

Sale

AMEX
XXXXXXXXXXXX4009
Entry Method: Swiped

Apprvd: Online    Batch#: 000004
01/26/11                  12:33:21

Inv#: 00000001 Appr Code: 586682

Amount:        $        18.02
Tip:                     5 -
                    _____
Total:                 23 02
                    ===========

Customer Copy

THANK YOU!

T4C00977



More saving.
More doing.™

2450 CUMBERLAND PKWY.
ATLANTA GA. 30339   (770)432-9930

0121  00057  24927   01/23/11  01:48 PM
CASHIER SELF CHECK OUT - SCOT57

851414002308 CUSHION WRAP <A>      12.96

SALES TAX          0.78
TOTAL          $13.74
XXXXXXXXXXX1062  AMEX          13.74
AUTH CODE 574951/2574877          TA

*packing up computers*

0121 57 24927 01/23/2011 6207

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A      1      90       04/23/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.



A1024

T4C00979



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/24/2011 | 48052 |

**Bill To**

PNC Equipment Finance, LLC
Attn: April Phillips
995 Dalton Avenue
Cincinnati, OH 45203

**Ship To**

c/o ACLR
4070 Clairmont Road
Chamblee, GA 30341

| | GSA Contract | P.O. No. | Terms | TIN |
|---|---|---|---|---|
| | GS-02F-0179R | 144406000 | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Windows 2008 Server 10 Cal | 1,230.00 | 1,230.00T |
| 1 | SQL Sever 2008 R2 10 Cals | 2,350.00 | 2,350.00T |
| 1 | Poweredge R210 with Windows 2003 Server | 1,620.00 | 1,620.00T |
| 1 | Overland Snap San S1000 | 3,095.00 | 3,095.00T |
| 1 | ACC Raid Controller Module 1GBE ISCSI 4 port | 2,780.00 | 2,780.00T |
| 1 | 4Pk 2TB HDD S1000/E1000 SATA With Carrier | 1,910.00 | 1,910.00T |
| 1 | Fortigate 200B | 3,990.00 | 3,990.00T |
| 1 | Fortinet VPN client 10 user | 330.00 | 330.00T |
| 1 | Fortinet FortiDB 400B Bndl | 8,990.00 | 8,990.00T |
| 1 | FortiManager 100C w 1 yr 8x5 | 3,250.00 | 3,250.00T |
| 1 | FortAnalyzer 100C w 8x5 support and updates | 2,168.00 | 2,168.00T |
| 1 | Trendnet 16 port Managed Swith | 220.00 | 220.00T |
| 1 | 8 Port KVM Switch | 110.00 | 110.00T |
| 1 | Rackmount 15" monitor and keyboard | 695.00 | 695.00T |
| 1 | IP Based Power Strip | 295.00 | 295.00T |
| | Fortinet 10 piece password token and software | 495.00 | 495.00T |

Thank you for your business.

**Total**   $33,528.00

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C00980



Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

February 23, 2011
21555-001
**Invoice No. 380374**

3/2
cr #16/4

For legal services rendered through January 31, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 01/14/11 | J. Scott | Review and comment to Chris Mucke regarding contract; issues regarding fee and pending regulations. | 1.6 |
| 01/17/11 | K. McLaughlin | Review of contract documents and correspondence with Mr. Scott regarding issues with same. | .5 |
| 01/18/11 | J. Scott | Conference call with Chris Mucke regarding recovery audit contract. | .7 |
| 01/20/11 | K. McLaughlin | Review of document; review of Michigan Law; edit and revise offer letter. | .5 |
| 01/25/11 | K. McLaughlin | Telephone conference with Ms. Barnes regarding Dun and Bradstreet report. Conference with Mr. Wilbers re: same. Review of documents and legal research re: same. | .8 |
| 01/25/11 | M. Wilbers | Conference with K. McLaughlin regarding possible fraudulent credit report from D&B and discuss potential avenues for correcting the same; conduct legal research about applicability of Fair Credit Reporting Act; also conduct research regarding D&B credit reporting services and investigations into credit reports; email correspondence with firm attorneys regarding experience with the same. | .8 |
| 01/26/11 | K. McLaughlin | Review of documents re: materials concerning Dun & Bradstreet report. Conference with Mr. Wilbers re: same. | .7 |
| 01/26/11 | M. Wilbers | Research D&B policies regarding "trade experience recheck" and teleconference with D&B representatives regarding the same; teleconference with Kristen Barnes regarding the same; conference with M. Wymore regarding experience dealing with D&B credit review process; conference with K. McLaughlin regarding the same. | 1.3 |
| 01/27/11 | K. McLaughlin | Conference with Mr. Wilbers regarding Dunn & | .2 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C00981

 GREENSFELDER
ATTORNEYS AT LAW

Page: 2
21555-001

Bradstreet issue.

| 01/28/11 | M. Wilbers | Telephone correspondence with Christopher Mucke regarding D&B credit investigation; prepare letter advising D&B that it will be held responsible for any damages incurred as a result of their incorrect report. | .3 |

------------

Total Hours     7.4

Fees This Matter

1,883.00

Total This Matter     $     1,883.00

TOTAL THIS STATEMENT     $     1,883.00

PRIOR OUTSTANDING BALANCE     $     0.00

BALANCE DUE     $     1,883.00
=================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C00982



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2011 | 48031 |

| Bill To |
|---------|
| ACLR, LLC<br>550 Forest Avenue<br>Suite 15-2<br>Plymouth, MI 48170 |

| Ship To |
|---------|
| ACLR, LLC<br>550 Forest Avenue<br>Suite 15-2<br>Plymouth, MI 48170 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 68 | System Engineer James Kelly (Jan/Feb) | 120.00 | 8,160.00 |
| 68 | Customer Discount | -10.00 | -680.00 |
| 134 | Consulting Ed Chapman(Jan/Feb) | 185.00 | 24,790.00 |
| 134 | Customer Discount | -60.00 | -8,040.00 |
| 10 | Clayton Coggins(Jan/Feb) | 90.00 | 900.00 |
| | Sales Tax | 0.00 | 0.00 |

Paid 3/8/2011
ck #1616

Thank you for your business.

| **Total** | $25,130.00 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1028

T4C00983



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/3/2011 | 48154 |

| Bill To |
|---------|
| ACLR, LLC<br>550 Forest Avenue<br>Suite 15-2<br>Plymouth, MI 48170 |

| Ship To |
|---------|
| ACLR Strategic Business Solutions<br>Attention Christopher Mucke<br>1100 Circle 75 Parkway<br>Suite 960<br>Atlanta, GA 30339 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R |  | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Gold Partnership | 1,085.00 | 1,085.00 |
|  | Sales Tax | 0.00 | 0.00 |
|  | Paid 3/8/2011<br>ck #1616 |  |  |

Thank you for your business.

| **Total** | |
|-----------|---|
|  | $1,085.00 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1029

T4C00984



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/7/2011 | 48158 |

| Bill To |
|---------|
| ACLR, LLC<br>550 Forest Avenue<br>Suite 15-2<br>Plymouth, MI 48170 |

| Ship To |
|---------|
| ACLR, LLC<br>550 Forest Avenue<br>Suite 15-2<br>Plymouth, MI 48170 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | 12 Month Web Hosting aclrsbs.com | 124.95 | 124.95 |
| 1 | 12 Month Web Hosting aclrrac.com | 124.95 | 124.95 |
| | Sales Tax | 0.00 | 0.00 |
| | Paid 3/8/2011<br>ck #1616 | | |

Thank you for your business.

| **Total** | |
|-----------|---|
| | $249.90 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1030

T4C00985

April 22, 2011

ACLR, LLC
550 Forest Ave.
Suite 15-2
Plymouth, MI  48170

To Whom It May Concern:

This letter shall serve as a receipt confirming that WorkSquared has received a deposit check #1619 in the amount of $40,000.00 to be used toward the purchase of furniture and installation services.

We look forward to working with you.

Sincerely,

Karen M. Falerios
WorkSquared

www.worksquared.com

Grand Rapids
616.774.9122
Novi
248.624.2000
Kalamazoo
269.343.1271
Lansing
517.882.9070
Traverse City
231.922.9508


work² WorkSquared

A1031



**Platinum Business F    domPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 02/23/11

**OPEN**   p. 1/14

Account Ending 1-14009

| | |
|---|---|
| **New Balance** | **$12,421.90** |
| **Minimum Payment Due** | **$244.00** |
| **Payment Due Date** | **03/20/11** |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

Your billing inquiry is under investigation.  No payment on the amount under review of $198.00 is required at this time. Please pay the Minimum Payment Due which does not include the amount under review. To view the status of your investigation, please visit us at **americanexpress.com/inquirycenter.**

*[handwritten] last bill - 3402.95*
*credits - 3233.56*
*41.39*
*paid - 12421.90*
*used - 12352.51*
*41.39*

**FreedomPass Points**

**25,947**

For rewards information, please visit americanexpress.com/freedompass

**Account Summary**

| | |
|---|---|
| Previous Balance | $3,402.95 |
| Payments/Credits | –$3,333.56 |
| New Charges | +$12,352.51 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$12,421.90** |
| **Minimum Payment Due** | **$244.00** |

| | |
|---|---|
| Credit Limit | $22,400.00 |
| Available Credit | $9,978.10 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| Days in Billing Period: 28 | |

**Customer Care**

**Pay by Computer**
open.com/pbc

**Customer Care**     **Pay by Phone**
1-800-653-3104     1-800-472-9297

See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-14009**

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
550 FOREST AVE
STE 1S-2
PLYMOUTH MI 48170-3793

Payment Due Date
**03/20/11**

Minimum Payment Due
**$244.00**

Check here if your address or phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$

**Amount Enclosed**

0000349990624312155 001242190000024400 22 л

T4C00987

**Platinum Business** **ledomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 02/23/11

**OPEN**

p. 3/14

Account Ending 1-14009

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$3,191.18 |
| **Credits** | |
| CHRISTOPHER MUCKE 1-14009 | -$50.84 |
| KRISTEN M BARNES 1-11062 | -$91.54 |
| **Total Payments and Credits** | **-$3,333.56** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 02/16/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$3,191.18 |

| Credits | | | Amount |
|---|---|---|---|
| 02/12/11* | CHRISTOPHER MUCKE | S433.0001 $20 statement credit when you spend over $100 at OfficeMax SEE SUMMARY GRID FOR MORE INFORMATION | -$20.00 |
| 02/20/11* | CHRISTOPHER MUCKE | RESIDENCE INN BY MARRIOTT 5% OPEN Savings RESIDENCE INN 148 $154.29 02/17/2011 | -$7.71 |
| 02/20/11* | CHRISTOPHER MUCKE | RESIDENCE INN BY MARRIOTT 5% OPEN Savings RESIDENCE INN 148 $154.29 02/17/2011 | -$7.71 |
| 02/20/11* | CHRISTOPHER MUCKE | RESIDENCE INN BY MARRIOTT 5% OPEN Savings RESIDENCE INN 148 $154.29 02/17/2011 | -$7.71 |
| 02/20/11* | CHRISTOPHER MUCKE | RESIDENCE INN BY MARRIOTT 5% OPEN Savings RESIDENCE INN 148 $154.29 02/17/2011 | -$7.71 |
| 02/09/11 | KRISTEN M BARNES | OFFICEMAX, INC. 0534248-305-5205 248-305-5205 ACCESSORIES | -$13.77 |
| 02/12/11* | KRISTEN M BARNES | OPEN Savings 5% discount at Office Max on all transactions of $100 or more SEE SUMMARY GRID FOR MORE INFORMATION | -$7.41 |
| 02/15/11* | KRISTEN M BARNES | OPEN Savings 5% discount at Office Max on all transactions of $100 or more SEE SUMMARY GRID FOR MORE INFORMATION | -$7.58 |
| 02/15/11 | KRISTEN M BARNES | BEST BUY MHT  417  NOVI          MI ELECTRONICS STORE | -$20.67 |
| 02/15/11 | KRISTEN M BARNES | OFFICEMAX, INC. 0534248-305-5205 248-305-5205 BUBBLE | -$19.32 |
| 02/16/11* | KRISTEN M BARNES | OPEN Savings 5% discount at Office Max on all transactions of $100 or more SEE SUMMARY GRID FOR MORE INFORMATION | -$8.59 |
| 02/19/11* | KRISTEN M BARNES | 5% OPEN Savings at FedEx Office Document solutions and business services FEDEX OFFICE #0485 00143 $40.50 02/17/2011 | -$2.03 |

Continued on reverse

T4C00988

CHRISTOPHER MUCKE

Account Ending 1-14009

p. 4/14

**Detail Continued**  *Indicates posting date

| | | | Amount |
|---|---|---|---|
| 02/22/11* | KRISTEN M BARNES | 5% OPEN Savings at FedEx Office<br>Document solutions and business services<br>FEDEX OFFICE #0485 00143 $63.47 02/21/2011 | -$3.17 |

## New Charges

### Summary

| | Total |
|---|---|
| CHRISTOPHER MUCKE 1-14009 | $5,126.90 |
| KRISTEN M BARNES 1-11062 | $7,182.96 |
| JASON BARNES 1-11070 | $42.65 |
| **Total New Charges** | **$12,352.51** |

### Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

| | | | Amount |
|---|---|---|---|
| 01/26/11 | EG NICKS 00001    PLYMOUTH    MI<br>734-414-6400<br>FOOD<br>TIP | $18.02<br>$5.00 | $23.02 |
| 01/26/11 | FDX#87867021500039 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500039<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | | $11.15 |
| 01/26/11 | FDX#87867021500015 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500015<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | | $11.15 |
| 01/26/11 | FDX#87867021500022 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500022<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | | $11.15 |
| 01/26/11 | FDX#87867021500077 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500077<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | | $11.15 |
| 01/26/11 | FDX#87867021500091 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500091<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | | $11.15 |

Continued on next page

A1034

T4C00989



**Platinum Business FreedomPass Credit Card**      **OPEN**      p. 5/14
ACLR
CHRISTOPHER MUCKE
Closing Date 02/23/11                    Account Ending 1-14009

| Detail Continued | | Amount |
|---|---|---|
| 01/26/11 | FDX#87867021500084 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500084<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | $11.15 |
| 01/26/11 | FDX#87867021500060 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500060<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | $11.15 |
| 01/26/11 | FDX#87867021500046 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500046<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | $11.15 |
| 01/26/11 | FDX#87867021500053 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500053<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | $11.15 |
| 01/26/11 | FDX#87867021500008 1-800-622-1147<br>1-800-622-1147<br>TO: CHRISTOPHER MUCKE MI<br>FROM: ACLR 30339<br>001 GROUND 10LB AWB87867021500008<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | $11.15 |
| 01/29/11 | FAMOUS DAVES 0000000NOVI   MI<br>2487358888<br>Description<br>RESTAURANT CHARGES | $54.56 |
| 01/31/11 | ATT BUS PHONE PMT 800-704-4808   TX<br>AT&T E2C PMT | $291.46 |
| 02/01/11 | EG NICKS 00001   PLYMOUTH   MI<br>734-414-6400<br>FOOD                    $63.67<br>TIP                       $14.00 | $77.67 |

Continued on reverse

A1035

T4C00990

CHRISTOPHER MUCKE | Account Ending 1-14009 | p. 6/14

**Detail Continued**

Amount

| 02/11/11 | GODADDY.COM (480)505-8855 (480)505-8855 | service | $12.17 |

| 02/14/11 | EFAX PLUS SERVICE 323-817-3205   CA INTERNET SVC | service | $169.50 |

| 02/16/11 | DELTA AIR LINES   ATLANTA   GA DELTA AIR LINES | | $462.40 |

From: To:
DETROIT MI-WAYNE C   BALTIMORE MD
DETROIT MI-WAYNE C

Carrier:   Class:
DL   MR
DL   HR

*flight*

Ticket Number: 00623435432535
Passenger Name: SCHILLING/CYNTHIA
Document Type: PASSENGER TICKET

Date of Departure: 02/22

| 02/16/11 | DELTA AIR LINES   ATLANTA   GA DELTA AIR LINES | | $462.40 |

From: To:
DETROIT MI-WAYNE C   BALTIMORE MD
DETROIT MI-WAYNE C

Carrier:   Class:
DL   MR
DL   HR

*flight*

Ticket Number: 00623435432524
Passenger Name: MUCKE/CHRISTOPHER A
Document Type: PASSENGER TICKET

Date of Departure: 02/22

| 02/16/11 | DELTA AIR LINES   ATLANTA   GA DELTA AIR LINES | | $462.40 |

From: To:
DETROIT MI-WAYNE C   BALTIMORE MD
DETROIT MI-WAYNE C

Carrier:   Class:
DL   MR
DL   HR

*flight*

Ticket Number: 00623432857541
Passenger Name: BARNES/JASON
Document Type: PASSENGER TICKET

Date of Departure: 02/22

Continued on next page

A1036

T4C00991

**Platinum Business** ᵖedomPass Credit Card    **OPEN**ₛₘ    p. 7/14
ACLR
CHRISTOPHER MUCKE
Closing Date 02/23/11      Account Ending 1-14009

---

## Detail Continued

| | | | | | Amount |
|---|---|---|---|---|---|
| 02/16/11 | DELTA AIR LINES   ATLANTA   GA<br>DELTA AIR LINES<br>From:     To:<br>DETROIT MI-WAYNE C   BALTIMORE MD    Carrier:   Class:<br>               DETROIT MI-WAYNE C   DL      MR<br>Ticket Number: 0062343285755 2             DL      HR<br>Passenger Name: DIXON/BRUCE      Date of Departure: 02/22<br>Document Type: PASSENGER TICKET | | | | | $462.40 |
| 02/17/11 | RESIDENCE INN 148  ELLICOTT CITY   MD<br>Arrival Date    Departure Date<br>02/17/11       02/17/11<br>00000000 | | | | | $154.29 |
| 02/17/11 | RESIDENCE INN 148  ELLICOTT CITY   MD<br>Arrival Date    Departure Date<br>02/17/11       02/17/11<br>00000000 | | | | | $154.29 |
| 02/17/11 | RESIDENCE INN 148  ELLICOTT CITY   MD<br>Arrival Date    Departure Date<br>02/17/11       02/17/11<br>00000000 | | | | | $154.29 |
| 02/17/11 | RESIDENCE INN 148  ELLICOTT CITY   MD<br>Arrival Date    Departure Date<br>02/17/11       02/17/11<br>00000000 | | | | | $154.29 |
| 02/17/11 | FEDEX# 796770302333 1-800-622-1147<br>1-800-622-1147<br>TO: ACLR MI<br>FROM: Mike Radvansky 30339<br>001 2DAY BOX 2LB AWB796770302333<br>YOUR FEDEX CUSTOM DISCOUNT IS $1.23 | | | | | $12.18 |
| 02/18/11 | IRONWOOD GRILL 65000PLYMOUTH   MI<br>7346675614<br>TIP            $16.00 | | | | | $90.84 |
| 02/22/11 | OUTBACK #2139 306752ELLICOTT CITY   MD<br>4104800472<br>FOOD/BEVERAGE    $126.37<br>TIP            $30.00 | | | | | $156.37 |
| 02/22/11 | BOB EVANS REST #0376ELLICOTT CITY   MD<br>8002722675<br>Description<br>GENERAL MERCHANDISE | | | | | $29.99 |
| 02/23/11 | HERTZ CAR RENTAL  BALTIMORE   MD<br>       Location             Date<br>Rental:    BALTIMORE MD     11/02/22<br>Return:    BALTIMORE MD     11/02/23<br>Agreement Number: 152885386<br>Renter Name: MUCKE /CHRISTOPHER | | | | | $366.12 |

Continued on reverse

A1037

CHRISTOPHER MUCKE

Account Ending 1-14009

p. 8/14

## Detail Continued

|  |  |  | Amount |
|---|---|---|---|

**KRISTEN M BARNES**
Card Ending 1-11062

|  |  |  | Amount |
|---|---|---|---|
| 02/03/11 | OFFICEMAX, INC. 0919734-981-0202<br>734-981-0202<br>MOUSEPADS/WRIST REST<br>COLOR |  | $148.12 |
| 02/04/11 | MI CHAMBER OF COMMERLANSING<br>5173712100<br>Description          Price<br>CHARITY/SOCIAL SRVC     $495.00 | MI | $495.00 |
| 02/07/11 | OFFICEMAX, INC. 1049248-698-0028<br>248-698-0028<br>EXTERNAL<br>ACCESSORIES |  | $151.56 |
| 02/07/11 | ACO-HARDWARE #0132 0CANTON<br>2484710100<br>Description<br>GENERAL MERCHANDISE | MI | $6.33 |
| 02/08/11 | BIDNETS E PROCURMENTALBANY<br>518-438-0092<br>Description<br>SUBSCRIPTION | NY | $79.95 |
| 02/08/11 | MILLENNIUM SOLUTIONS770-936-9566<br>770-936-9566 |  | $1,085.00 |
| 02/09/11 | NUVOX          800-600-5050     SC<br>TELECOMMUNIC |  | $442.30 |
| 02/10/11 | TARGET T-2230 2230 LIVONIA     MI<br>DISCOUNT STORE |  | $14.77 |
| 02/10/11 | USPS 257600017406573PLYMOUTH<br>800-2758777 | MI | $8.02 |
| 02/10/11 | BEDBATH&BEYOND#0288 WESTLAND<br>734-522-9924 | MI | $15.89 |
| 02/10/11 | OFFICEMAX, INC. 0108734-522-9691<br>734-522-9691<br>HEAVY DUTY<br>REPLACEMENT<br>AIR DUSTERS |  | $171.79 |
| 02/10/11 | KMART 4163 KMART #04WESTLAND<br>WESTLAND MI | MI | $63.59 |
| 02/10/11 | BEST BUY CO  403 WESTLAND     MI<br>ELECTRONICS STORE |  | $40.26 |
| 02/10/11 | USPS 257600017406573PLYMOUTH<br>800-2758777 | MI | $17.92 |
| 02/11/11 | IRONWOOD GRILL 65000PLYMOUTH<br>7346675614<br>TIP          $12.00 | MI | $63.99 |
| 02/16/11 | THOMSON WEST     800-328-4880   MN<br>LEGAL MEDIA |  | $3,960.00 |

Continued on next page

A1038



**Platinum Business** **edomPass Credit Card**   **OPEN**   p. 9/14
ACLR
CHRISTOPHER MUCKE
Closing Date 02/23/11                                     Account Ending 1-14009

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 02/17/11 | FEDEX OFFICE #0485 0PLYMOUTH | MI | $40.50 |
| | OFFICE SUPPLY STORE | | |
| | FS C 55 8.5X11 CS | | |
| | CUTTING PER CUT | | |
| 02/21/11 | FEDEX OFFICE #0485 0PLYMOUTH | MI | $63.47 |
| | OFFICE SUPPLY STORE | | |
| | BIND COIL MIXED STD | | |
| 02/21/11 | OFFICEMAX, INC. 0534248-305-5205 | | $34.96 |
| | 248-305-5205 | | |
| | HEAVY DUTY | | |
| | PADFOLIO | | |
| 02/21/11 | OFFICEMAX, INC. 0919734-981-0202 | | $63.57 |
| | 734-981-0202 | | |
| | RETRACTABLE | | |
| | PADFOLIO | | |

**JASON BARNES**
Card Ending 1-11070

| | | | Amount |
|---|---|---|---|
| 02/22/11 | BWI AIRPORT TAXI CAB LINTHICUM | MD | $42.65 |
| | TAXICAB & LIMOUSINE | | |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

## 2011 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2011 | $0.00 |
| Total Interest in 2011 | $0.00 |

Continued on reverse

A1039

T4C00994

| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Misc* | Office Supplies | Postage | Computer Supplies |
|--------|--------|---------|----------------|-------|-------------|-------|-------|-----------------|---------|-------------------|
| February 2011 | | | | | | | | | | |
| Feb 2011 | 462.40 | 154.29 | 366.12 | 23.02 | 12.17 | 291.46 | 495.00 | 148.12 | 11.15 | |
| Feb 2011 | 462.40 | 154.29 | 42.65 | 54.56 | 1,085.00 | 169.50 | 3,960.00 | 151.56 | 11.15 | |
| Feb 2011 | 462.40 | 154.29 | | 77.67 | | | | 6.33 | 11.15 | |
| Feb 2011 | 462.40 | 154.29 | | 96.84 | | | | 14.77 | 11.15 | |
| Feb 2011 | | | | 156.37 | | | | 15.89 | 11.15 | |
| Feb 2011 | | | | 29.99 | | | | 171.79 | 11.15 | |
| Feb 2011 | | | | 63.99 | | | | 63.59 | 11.15 | |
| Feb 2011 | | | | | | | | 40.26 | 11.15 | |
| Feb 2011 | | | | | | | | 34.96 | 11.15 | |
| Feb 2011 | | | | | | | | 63.57 | 11.15 | |
| Feb 2011 | | | | | | | | | 12.18 | |
| Feb 2011 | | | | | | | | | 8.02 | |
| Feb 2011 | | | | | | | | | 17.92 | |
| Feb 2011 | | | | | | | | | 40.54 | |
| Feb 2011 | | | | | | | | | 63.47 | |
| Totals | 1,849.60 | 617.16 | 408.77 | 502.44 | 1,097.17 | 460.96 | 4,455.00 | 710.84 | 253.63 | 0.00 |
| Credits | | -30.84 | | | | | | -106.34 | -5.20 | |
| Net Expenses | 1,849.60 | 586.32 | 408.77 | 502.44 | 1,097.17 | 460.96 | 4,455.00 | 604.50 | 248.43 | 0.00 |

* Membership to reduce employee insurance; $495.
* Legal research for Medicare Part D Project; $3,960.

T4C00995


SPRINGHILL SUITES®
Marriott.

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

Market Market

Room: MKT

Room Type: HSE

Number of Guests: 0

Rate: $0.00          Clerk: SRM

Arrive: 24Mar11   Time: 09:25AM      Depart: 24Mar11      Time: 09:25AM      Folio Number: 37580

| Date | Description | Charges | Credits |
|---|---|---|---|
| 24Mar11 | Market Sundries | 2.00 | |
| 24Mar11 | Market Sundries | 2.00 | |
| 24Mar11 | Market Sundries | 2.00 | |
| 24Mar11 | Market Sundries | 2.00 | |
| 24Mar11 | Market Packaged Food | 1.50 | |
| 24Mar11 | Cash | | 9.50 *cash* |
| | **Balance:** | **0.00** | |

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Want your final hotel bill by email?  Just ask the Front Desk!  See "Internet Privacy Statement" on Marriott.com.

T4C00996

SSP America
RAM'S HEAD TAVERN
BWI Airport, MD
(410) 691-2515
Date:        Feb23'11 03:38PM
Card Type:   Amex
Acct #:      XXXXXXXXXXX4009
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   EIE003863366724
Exp Date:    XX/XX
Auth Code:   586521
Check:       8620
Table:       4/2
Server:      34 Kimberly

Subtotal:          1 1 8 . 3 4

Tip:                    35

Total:              153.34

Signature
** Gratuity Not Included **
I agree to pay above total
according to my card issuer
agreement.
*** Customer Copy ***

0029
Server: JOHN H                        Rec: 49
02/22/11 17:38, Swiped   T:  6 Term:  4

OUTBACK STEAKHOUSE #2139
4420 LONG GATE PARKWAY
ELLICOTT CITY, MD 21043
(410)480-0472
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX4009
OO TRANSACTION APPROVED
AUTHORIZATION #: 592670
Reference: 0222010000029
TRANS TYPE: Credit Card SALE

CHECK:              126.37

TIP:           _____.__

TOTAL:         ___156.37

        Burnes
        Divorlling  >  CMS
        Schelling      ICO meeting
        c note

X_____

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

T4C00997

BWI-

RR 152885386                                    #01
CHRISTOPHER
MUCKE

VEHICLE: 01998 / 6507172
10S4RR    LIC: NY  FCL4176
FUEL:  8/8 OUT 7/8 IN
CDP: 165385 -DELTA A-L FF DISCOUNT #

RES: F0244733676 /MCLD  / T6
COMPLETED BY: 3335 /MDBAL11

RENTED:   BALT/WASH INT'L AIRPORT
RENTAL:   02/22/11  09:22
RETURN:   02/23/11  12:34
RETURNED: BWI-THURGOOD MARSHALL AP

PLAN IN:    MCLD    RATE CLASS: T6
PLAN OUT:   MCLD

MILES IN:   16834   TR-X MILES
MILES OUT:  16763   MILES ALLOWED
MILES DRIVEN:  71   MILES CHARGED

DAYS      2 @ $  142.49 / DAY   $   284.98
SUBTOTAL 1                      $   284.98
DISCOUNT -       R  5 %         $    14.25
SUBTOTAL 2                      T$  270.73
CONCESSION FEE RECOVERY         T$   30.17
LDW              DECLINED
LIS              DECLINED
PAI, PEC         DECLINED
FUEL & SVC $4.50GL/TANK CAP31.0 $    17.44
CFC & TFC                       T$   10.70
VEHICLE LICENSE COST RECOVERY   T$    1.12
TAX 11.500% ON      312.72      $    35.96
NET DUE                         $   366.12
PAID BY    AMX   XXXXXXXXXXXX4009

      HOW WAS YOUR EXPERIENCE?
      WE'D LIKE YOUR FEEDBACK.

1)  Call  1-800-278-1595, or
    Visit  WWW.HERTZSURVEY.COM

2)  Enter Access Code:   01840

3)  Take Brief 4 Question Survey

   WANT TO BUY A HERTZ CAR?
   Go To: WWW.HERTZCARSALES.COM or
     Call: 1-888-674-3309

        QUESTION?
   Visit WWW.HERTZ.COM or
   Call 1-800-654-4173

THANK YOU FOR RENTING FROM
       HERTZ

Hertz. Hertz. Hertz. Hertz. Hertz. Hertz. Hertz. Hertz.

BOB EVANS #376
4900 Beaver Run
Ellicott, MD
(410)740-9857

Order #169167
2/22/2011        R5      10:49 AM

SALE   $         24.99
TIP    $          5.00
       ----------------
TOTAL  $         29.99

Card Type: American Express
Acct......: XXXXXXXXXXXX4009
Issued To: MUCKE/C
AuthCode : 575719

*******************************
   THANK YOU FOR VISITING
         BOB EVANS
        Ellicott, MD
*******************************

CMS Kick-Off Meeting

A1043

T4C00998

**Residence Inn® Marriott**

Residence Inn by Marriott
Columbia

4950 Beaver Run Road : Ellicott City, MD 21043
P 410.997.7200

J. Barnes

Room: 100
Room Type: STDO
Number of Guests: 1
Rate: $139.00          Clerk:

| Arrive: 22Feb11 | Time: 03:38PM | Depart: 23Feb11 | Time: | Folio Number: 58603 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | | 154.29 |
| 17Feb11 | Advance Deposit | | |
| 22Feb11 | Room Charge | 139.00 | |
| 22Feb11 | State TAX | 8.34 | |
| 22Feb11 | Occupancy Tax | 6.95 | |
| | Balance: | 0.00 | |

$ 146.58

Rewards Account # XXXXX7295. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Remeber to thank the guest for choosing Marriott.

As requested, a final copy of your bill will be emailed to you at: KBARNES@ACLRSBS.COM. See "Internet Privacy Statement" on Marriott.com.

CMS Kick-Off Meeting

A1044

T4C00999



**Residence Inn Marriott.**

Residence Inn by Marriott
Columbia

4950 Beaver Run Road : Ellicott City, MD 21043
P 410.997.7200

C. Mucke

Room: 202

Room Type: STDO

Number of Guests: 1

Rate: $139.00     Clerk:

| Arrive: 22Feb11 | Time: 11:42AM | Depart: 23Feb11 | Time: | Folio Number: 58601 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |
| 17Feb11 | Advance Deposit | | | 154.29 |
| 22Feb11 | Room Charge | | 139.00 | |
| 22Feb11 | State TAX | | 8.34 | |
| 22Feb11 | Occupancy Tax | | 6.95 | |
| | | Balance: | 0.00 | |

$146.58

**Rewards Account # XXXXX8175.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Remeber to thank the guest for choosing Marriott.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

CMS Kick-Off Meeting

T4C01000

**Residence**
Inn®
**Marriott.**

Residence Inn by Marriott
Columbia

4950 Beaver Run Road : Ellicott City, MD 21043
P 410.997.7200

B. Dixon

Room: 336

Room Type: STDO

Number of Guests: 1

Rate: $139.00     Clerk:

| Arrive: 22Feb11 | Time: 03:39PM | Depart: 23Feb11 | Time: | Folio Number: 58604 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |
| 17Feb11 | Advance Deposit | | | 154.29 |
| 22Feb11 | Room Charge | | 139.00 | |
| 22Feb11 | State TAX | | 8.34 | |
| 22Feb11 | Occupancy Tax | | 6.95 | |
| | | Balance: | 0.00 | |

*B146.58*

Rewards Account # XXXXX7295.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Remeber to thank the guest for choosing Marriott.

As requested, a final copy of your bill will be emailed to you at: KBARNES@ACLRSBS.COM. See "Internet Privacy Statement" on Marriott.com.

*CMS Kick-Off Meeting*

A1046

T4C01001

**Residence**
Inn®
**Marriott.**

Residence Inn by Marriott
Columbia

4950 Beaver Run Road : Ellicott City, MD 21043
P 410.997.7200

C. Schilling

Room: 206

Room Type: STDO

Number of Guests: 1

Rate: $139.00      Clerk:

| Arrive: 22Feb11 | Time: 11:43AM | Depart: 23Feb11 | Time: | Folio Number: 58602 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |
| 17Feb11 | Advance Deposit | | | 154.29 |
| 22Feb11 | Room Charge | | 139.00 | |
| 22Feb11 | State TAX | | 8.34 | |
| 22Feb11 | Occupancy Tax | | 6.95 | |
| | | Balance: | 0.00 | |

$146.58

**Rewards Account # XXXXX6630.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Remeber to thank the guest for choosing Marriott.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

*CMS Kick Off Meeting*

A1047

EG NICKS
500 FOREST AVE
PLYMOUTH, MI 48170
734-414-6400

Merchant ID: 230034746
Term ID: 3030
Server ID: 5486

Lunch w/ Staff

Sale

AMEX
XXXXXXXXXXX4009

Entry Method: Swiped

Apprvd: Online     Batch#: 000000

02/01/11                      13:11:17

Inv#: 00000001 Appr Code: 559390

Amount:         $        63.67

Tip:                     14.00

Total:                   77.67

Customer Copy

THANK YOU!

---

TRANSACTION RECORD

**IRONWOOD**

CARD TYPE:AMEX -EFT
Nu. ***********4009 EXPI.: ****
ENTRY:SWIPED
Customer : C MUCKE
AUTHORIZATION:584695
TERMINAL:4
REFERENCE:229419

Staff Lunch   C Mucke
              J Barnes
              C Schilling
              B Dixon
              K Barnes

PURCHASE         $80.84

TIP              16.00

TOTAL            96.84

THANK YOU
FEBRUARY 18,2011 12:28:41
Server's name : KAITLYN B

CUSTOMER COPY



A1048

T4C01003


**OfficeMax®**
WORK WITH US™

OfficeMax #534
21071 HAGGERTY ROAD
NOVI, MI  48375
(248) 305-5205

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

---

| | |
|---|---|
| 077711798298 | $6.99 |
| INP Heavy Duty 1" Bndr Nav | |
| 011491028008 | $25.99 |
| Bifold Writing Pad Blk 8x1 | |

---

| | |
|---|---|
| SubTotal | $32.98 |
| Tax 6.000% | $1.98 |
| TOTAL | $34.96 |
| | |
| AMEX | $34.96 |
| Card number:    XXXXXXXXXXX1062 | |
| Authorization  666462 | |

MaxPerks Number      XXXXX8955

---

64441576
0534 00001 50409 8 02/21/11
00413885 06:07:37 PM

ORDER BY PHONE 1-877-OFFICEMAX

05   0015040000102211002

A1049

**FedEx Office**

FedEx Office is your destination
for printing and shipping.

44511 Ann Arbor Rd W
Plymouth, MI 48170-3907
Tel: (734) 455-2840

2/21/2011                3:57:04 PM EST
Team Member: David C.

SALE

Bind Coil Mixed Std      12 @     4.9900 T
0B87 Regular Price       4.99

Regular Total          59.88
Discounts               0.00

Total                  59.88

Sub-Total                        59.88
Tax                               3.59
Deposit                           0.00

Total                            63.47

AmEx (S)                         63.47
   Account: 1062
   Auth: 564386 (A)

   Total Tender                  63.47
   Change Due                     0.00

Tot

---

**OfficeMax®**
O W O R K  W I T H  U S™

OfficeMax #919
43165 FORD ROAD
CANTON, MI  48187
(734) 981-0202

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

011491964528                     $5.99
  Gel RT .7 Black 4pk
011491028008                    $26.99
  Bifold Writing Pad Blk 8x1
011491028008                    $26.99
  Bifold Writing Pad Blk 8x1
                              _____

SubTotal                        $59.97
Tax 6.000%                       $3.60
TOTAL                           $63.57

AMEX                            $63.57
  Card number:    XXXXXXXXXXX1062
  Authorization  698955

   MaxPerks Number      XXXXX8955

                              37445576
      0919 00003 95392 4 02/21/11
         00414722 03:21:25 PM

ORDER BY PHONE 1-877-OFFICEMAX



0919003953900010222111008

---

T4C01005



**International Minute Press** of Western Wayne County

International Minute Press
1058 South Main Street
Plymouth, MI 48170
Phone: 734-414-6203
Fax: 734-414-6257
myprinter@intlminutepress.com
www.myprinter.intlminutepress.com

# INVOICE

| | |
|---|---|
| **Invoice Number:** | 9187 |
| **Invoice Date:** | 2/21/2011 |
| **Disposition:** | Call When Ready |

**Bill To:** ACLR Strategic Business Solutions
Kristen Barnes
550 Forest Ave. Suite 15-2
Plymouth MI  48170

Phone: 734-207-0400
Fax: 734-207-0410
Email: kbarnes@aclrsbs.com

**Ship To:** ACLR Strategic Business Solutions
Kristen Barnes
550 Forest Ave. Suite 15-2
Plymouth MI  48170

Phone: 734-207-0400
Fax: 734-207-0410
Email: kbarnes@aclrsbs.com

International Minute Press of Western Wayne County
Mailing Services & Ad Specialties
Free Combo Color Days.  Free Pick Up & Delivery
The First & Last Step in Printing

| Description | Price |
|---|---|
| 120   Business Cards: For 3 Different People Printed in Digital Color on 120# Card Stock  (Job 28456) | $35.09 |
| Michigan | $0.94 |
| Invoice Total | $36.03 |
| Deposits and Payments | ($36.03) |
| **Balance Due** | $0.00 |

**Terms: 50% Deposit, COD**     5% interest per month on past-due invoices.

Please pay from this invoice.

**Received By** _____
**Thank you for your order. International Minute Press**





A1051

**www.myprinter.intlminutepress.com**

T4C01006



International Minute Press
1058 South Main Street
Plymouth, MI 48170
Phone: 734-414-6203
Fax: 734-414-6257
myprinter@intlminutepress.com
www.myprinter.intlminutepress.com

# Deposit Receipt

Friday, February 18, 2011

**Ship To:**   ACLR Strategic Business Solutions
Kristen Barnes
550 Forest Ave. Suite 15-2
Plymouth MI  48170

Phone: 734-207-0400
Fax: 734-207-0410
Email: kbarnes@aclrsbs.com

```
     INTERNATIONAL
      MINUTE PRESS
   1058 SOUTH MAIN ST
  PLYMOUTH, MI 48170

TERMINAL ID.:            0201
MERCHANT #:

AMEX
*************1062 EXP:**/**    SWIPED
SALE
BATCH: 000221    INV: 028456
Feb 18, 11            13:56
        AUTH: 517819

AUTH/TKT  517819

TOTAL            $36.03

KM BARNES


     734-414-6203
      THANK YOU!


   CUSTOMER COPY
```

Visit our website
www.myprinter.intlminutepress.com
Get FREE Software, Shop for Promotional Products
Request Estimates and Place Orders "ON LINE" 24/7

| | Different People Printed in Digital Color on 120# Card | $36.03 |
|---|---|---|
| | **Order Total:** | **$36.03** |

| Deposit Type | Check/CC # | Deposit Amount |
|---|---|---|
| American Express | | $36.03 |
| | **Total Deposits Received:** | **$36.03** |
| | **Balance Due:** | **$0.00** |

Thank You
International Minute Press of Western Wayne County



A1052

www.myprinter.intlminutepress.com



T4C01007

**FedEx Office**

FedEx Office is your destination
for printing and shipping.

44511 Ann Arbor Rd W
Plymouth, MI 48170-3907
Tel: (734) 455-2840

2/17/2011                    10:20:54 AM EST
Team Member: Nathan H.

SALE

| | | |
|---|---|---|
| FS C SS 8.5x11 CS | 20 @ | 1.2400 T |
| 2525 Regular Price | 1.24 | |
| Cutting per Cut | 9 @ | 1.4900 T |
| 0376 Regular Price | 1.49 | |
| Regular Total | 38.21 | |
| Discounts | 0.00 | |
| **Total** | **38.21** | |

| | |
|---|---|
| Sub-Total | 38.21 |
| Tax | 2.29 |
| Deposit | 0.00 |
| **Total** | **40.50** |
| AmEx (S) | 40.50 |

Account: 1062
Auth: 506616 (A)

| | |
|---|---|
| To | *0.50 |
| Ch | 0.00 |

*Business cards* (handwritten)

A1053

T4C01008

https://...e.ftd.com/s920/scart/checkout_pf_flow2.epl

Confirmation Page - Printer Friendly Version

Continue Shopping with FTD.com



## Order Confirmation

### Order #FRN601576



**The FTD® Big Hug®
Bouquet - VASE
INCLUDED**
Item #BH

**Occasion:** Valentine's Day
**Message & Signature:**
Happy Valentine's Day Riley Bug!
Love Daddy

**Delivered to:**
Riley Mucke
Business
Rosey's Romper Room
8116 Canton Center Rd
Canton, MI 48187
US
734-416-1580

**Deliver on:**
Mon. Feb. 14,
2011
**Deliver by:**
FTD® Florist

| | |
|---|---|
| Product Price: | $39.99 |
| Service Fee: | $19.99 |
| Taxes: | $0.00 |
| **Subtotal:** | **$59.98** |

### Order #FRN601578



**The FTD® Big Hug®
Bouquet - VASE
INCLUDED**
Item #BH

**Occasion:** Valentine's Day
**Message & Signature:**
Happy Valentine's Day LoLo the
Clown! Love Daddy

**Delivered to:**
Lauren Mucke
Business
Rosey's Romper Room
8116 Canton Center Rd
Canton, MI 48187
US
734-416-1580

**Deliver on:**
Mon. Feb. 14,
2011
**Deliver by:**
FTD® Florist

| | |
|---|---|
| Product Price: | $39.99 |
| Service Fee: | $19.99 |
| Taxes: | $0.00 |
| **Subtotal:** | **$59.98** |

### Order #FRN601580



**The FTD® Big Hug®
Bouquet - VASE
INCLUDED**
Item #BH

**Occasion:** Valentine's Day
**Message & Signature:**
Happy Valentine's Day Coco Bean!
Love Daddy

**Delivered to:**
Courtney Mucke
Business
Rosey's Romper Room
8116 Canton Center Rd
Canton, MI 48187
US
734-416-1580

**Deliver on:**
Mon. Feb. 14,
2011
**Deliver by:**
FTD® Florist

| | |
|---|---|
| Product Price: | $39.99 |
| Service Fee: | $19.99 |
| Taxes: | $0.00 |
| **Subtotal:** | **$59.98** |

### Billing Information

**Bill to:**
Kristen Barnes
550 Forest Ave
15-2
Plymouth, MI 48170
US
kbarnes@aclrsbs.com
734-207-0400

### Payment Information

**Card Type:**
American Express
**Credit or Debit Card Number:**
XXXX XXXX XXX1062

### Grand Total

| | |
|---|---|
| Product Price: | $119.97 |
| Shipping & Service Fees: | $59.97 |
| Taxes: | $0.00 |
| **Total:** | **$179.94** |

A1054

T4C01009

WELCOME TO BEST BUY #403
WESTLAND, MI 48185
(734)525-0334

Keep your receipt!



Val #: 0279-6276-6977-4783

0403 005 6562 02/10/11    10:46 00137595

7169262    DX-EHB4                    27.99
4-PORT 10M MINI-HUB
ITEM TAX 1.68
9464689    DX-LCDWPS                   9.99
ANTI-STATIC MONITOR WIPES
ITEM TAX 0.60
6094175    RZ SILVER                  0.00 N
REWARD ZONE PREMIER SILVER
MEMBER ID 1000184790
                        ------------
            SUBTOTAL    37.98
        SALES TAX AMOUNT  2.28
                        ============
            TOTAL        40.26

xxxxxxxxxxxx1062       AMEX       40.26
KM BARNES
APPROVAL 657349


JASON,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCE AS OF 01/27/11
POSTED POINTS: 486
Go to MyRZ.com FOR MORE INFO

---

WELCOME TO BEST BUY #412
NOVI, MI 48375
(248)449-8956

Keep your receipt!



0412 042 0912 02/15/11    13:53 00585170

RETURN

ORIGINAL TRAN 0403 005 6562  02/10/11

7169262    4-PORT 1CM MINI-HU         27.99
ITEM TAX 1.68
                        ------------
            SUBTOTAL    27.99
        SALES TAX AMOUNT  1.68
                        ============
            TOTAL        29.67

xxxxxxxxxxxx1062 K     AMEX       29.67


Dear Valued Customer

To help keep prices low for all of our
customers, Best Buy tracks returns and
exchanges on an individual level.  When you
return or exchange an item, we require a
valid form of photo ID (see below)

Valid forms of ID accepted are:
U.S., Canadian or Mexican Driver's License
U.S. State ID, Canadian Province ID
U.S. Military ID or Passport

YOUR                        IS:

---

TRANSACTION RECORD

IRONWOOD

CARD TYPE:AMEX -EFT
NU. ************1062 EXPI:.:****
ENTRY:SWIPED
CUSTOMER : KM BARNES
AUTHORIZATION:582559
TERMINAL:4
REFERENCE:227478

PURCHASE        $51.99

TIP             12.00

TOTAL           63.99

FEBRUARY 11,2011 13:09:25
Server's name : ALICIA S

CUSTOMER COPY

THANK YOU

*Handwritten:* Spike JBarnes
Lunch CSchilling
B Dixon
V barnes

---

A1055

# OfficeMax®
## WORK WITH US™

OfficeMax #108
35150 CENTRAL CITY PKWY
WESTLAND, MI. 48185
(734) 522-9691

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| 074711900027 | $80.99 |
| Stapler High Capacity Hvyd | |
| 400217206750 | $11.99 N |
| 1yr Perph & Elec Repl $50- | |
| Sales Associate: 00369573 | |
| 011491960926 | $11.99 |
| 10oz Computer Duster 2 Pac | |
| 074711793988 | $8.29 |
| Staples 3/8in SF Heavy Dut | |
| 039956355322 | $10.49 |
| Shutter Stamp Copy | |
| 085227670120 | $5.29 |
| Env #10 Reveal-A-Seal Wht | |
| 011491965136 | $11.49 |
| Bubble Mailer 8pk #2 | |
| Promo Discount | ($5.75) |
| 011491965167 | $12.49 |
| Bubble Mailer 8Pk #4 | |
| 764025205009 | $1.99 * |
| HP Color Laser 8.5x11 Ream | |
| 764025205009 | $1.99 * |
| HP Color Laser 8.5x11 Ream | |
| 011491972257 | $10.49 |
| Env Clasp 9x12 28lb 100ct | |

| | |
|---|---|
| SubTotal | $162.74 |
| Tax 6.000% | $9.05 |
| TOTAL | $171.79 |
| AMEX | $171.79 |

Card number:   XXXXXXXXXXX1062
Authorization  E92250      2/10/2011

# OfficeMax®
## WORK WITH US™

OfficeMax #534
21071 HAGGERTY ROAD
NOVI, MI 48375
(248) 305-5205

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

## Return

| | |
|---|---|
| 011491965167 | ($12.49) R |
| Bubble Mailer 8Pk #4 * | |
| 011491965136 | ($5.74) R |
| Bubble Mailer 8pk #2 | |
| SubTotal | ($18.23) |
| Tax 6.000% | ($1.09) |
| TOTAL | ($19.32) |
| AMEX Refund | $19.32 |

Card number:   XXXXXXXXXXX1062

Original Store    .   0108
Original Register .   00001
Original Trans    .   7189
Original Date     .   2/10/2011

41447537
0534 00001 37786 9 02/15/11
00404487 01:48:24 PM

ORDER BY PHONE 1-877-OFFICEMAX



0534001377800020215110025

A1056



KMART STORE 4163
165 WAYNE RD
WESTLAND, MI  48184
(734)728-8400

** WELCOME TO YOUR **
** KMART STORE 4163 **

CASHIER: DARON
GENERAL MERCHANDISE
88591103604   PROJECT KIT        59.99 T

   **** TAX      3.60  BAL      63.59
XXXXXXXXXXX1062
AX  APPROVAL 582775
VF      AX                       63.59
        CHANGE                      00

TOTAL NUMBER OF ITEMS = 1

ØAC 4T8 E5V ØØD 3XT HL1

RECEIPT# 04163 021011 002 85468

02/10/11 12:10 PM 4163 02 °546 0298

The Repla

---

BED BATH & BEYOND #288
35120 CENTRAL CITY PARKWAY
WESTLAND, MI 48185
(734) 522-9924

00288 10 02/10/11-1052 407824 01-9944

RVN # 0028-8994-4001-0210-1100

SLIDERS 3.5" 16PC              1T
7452367234   OUR PRICE      14.99
        SUBTOTAL            14.99

        MI 6.00% SALES TAX     .90
        TOTAL               15.89

        AMEX                15.89
        ACCT#: XXXXXXXXXXX1062 (S)
        EXPDT: XX/XX
        AUTH#: 568912

        CHANGE                 .00

RVN # 0028-8994-4001-0210-1100

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
       GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00288 10 02/10/11-1053 407824 01-9944



A1057

```
=====================================
          PURSELL  STATION
        PLYMOUTH, Michigan
            481701622
          2524950171-0095
02/10/2011 (800)275-8777 02:03:56 PM
=====================================
=========== Sales Receipt ===========
Product          Sale Unit      Final
Description      Qty  Price     Price

WINDSOR MILL MD                  $2.92
21244 Zone-4
First-Class Large
Env
12.10 oz.
 Expected Delivery: Sat 02/12/11
 Return Rcpt (Green             $2.30
 Card)
 Certified                      $2.80
 Label #:     70100780000085998495
                             ========
 Issue PVI:                     $8.02

                           ==========
Total:                          $8.02

Paid by:
AMEX                            $8.02
   Account #:    XXXXXXXXXXXX1062
   Approval #:      593396
   Transaction #:   329
   239030406573214713042

Order status at USPS com/shop or
call 1-80
```

```
=====================================
          PURSELL  STATION
        PLYMOUTH, Michigan
            481701622
          2524950171-0095
02/10/2011 (800)275-8777 09:36:11 AM
=====================================
=========== Sales Receipt ===========
Product          Sale Unit      Final
Description      Qty  Price     Price

Bubble            1   $1.29     $1.29
Mailer 6x10
- RP
Photo Mlr         1   $1.49     $1.49
9x12 - RP
WINDSOR MILL MD                  $2.24
21244 Zone-4
First-Class Parcel
6.60 oz.
 Expected Delivery: Sat 02/12/11
 Return Rcpt (Green             $2.30
 Card)
 ~~ Registered                 $10.60
  Insured Value :     $0.00
  Article Value :     $0.00
  Label #:      RA233429464US
                             ========
 Issue PVI:                    $15.14

                           ==========
Total:                         $17.92

Paid by:
AMEX                           $17.92
   Account #:    XXXXXXXXXXXX1062
   Approval #:      511534
   Transaction #:   316
   239030406573214713042

~~ Save
insuran                               g
```

A1058



**OfficeMax** ®

WORK WITH US™

OfficeMax #534
21071 HAGGERTY ROAD
NOVI, MI  48375
(248) 305-5205

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

## Return

| 722868244081 | ($12.99) R |
| Cord Concealer | |

| SubTotal | ($12.99) |
| Tax 6.000% | ($0.76) |
| TOTAL | ($13.77) |

| AMEX Refund | $13.77 |
| Card number: | XXXXXXXXXXX1062 |

| Original Store | . | 1049 |
| Original Register | . | 00001 |
| Original Trans | . | 9401 |
| Original Date | . | 2/7/2011 |

41447537
0534 00003 09021 6 02/09/11
00404430 01:20:18 PM

ORDER BY PHONE 1-877-OFFICEMAX

05340030902000202091100 7

A1059

T4C01014

# **OfficeMax**®
## WORK WITH US™

OfficeMax #919
43165 FORD ROAD
CANTON, MI 48187
(734) 981-0202

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
**www.officemax.com/store/survey**
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| 012844136166 | $5.00 |
| Deluxe MP Fashion Brown | |
| 012844136166 | $5.00 |
| Deluxe MP Fashion Brown | |
| 012844136166 | $5.00 |
| Deluxe MP Fashion Brown | |
| 012502620952 | $13.49 |
| Brother Ink LC61 Cyan | |
| 012502544319 | $69.99 |
| Brother Ink LC61 3PK Black | |
| 041333758640 | $12.79 |
| Coppertop AA Alkaline Bat | |
| 011491968007 | $7.99 |
| Anti Static Monitor Wipes | |
| 073577139343 | $3.49 |
| Smooth Grip Letter Opener | |
| 722868739372 | $16.99 |
| 6 Outlt 200Jls 2-Pack Surg | |

| | |
|---|---|
| SubTotal | $139.74 |
| Tax 6.000% | $8.38 |
| TOTAL | $148.12 |
| | |
| AMEX | $148.12 |
| Card number: XXXXXXXXXXX1062 | |
| Authorization  665860 | |

35544576
0919 00004 76309 8 02/03/11
00387526 10:44:43 AM

ORDER BY PHONE 1-877-OFFICEMAX


0919004763000001020311007

A1060


## ▬ACO HARDWARE▬
## www.acohardware.com

Canton, Michigan
Phone # 734-455-3110
##################################
CHECK OUT OUR WEBSITE, MORE VALUES,
GREAT SAVINGS, AND OUR CIRCULAR TOO!!
##################################

Normal Sale

| | | |
|---|---|---|
| 1150820 | | |
| CUT KEYS | | |
| 3 @   1.99 | | 5.97 |
| SUBTOTAL | | 5.97 |
| TAX 1 6% | | 0.36 |
| TOTAL | | 6.33 |
| AMEX 1062 | | 6.33 |
| 526606 | | |

##################################
ACO  GIFT CARDS
THE PERFECT GIFT FOR EVERYONE!!!!!!
##################################

*013200106203020711*

0132 001 22150  6203 02/07/11 11:36:15

T4C01015

**DELL** Financial Services

See reverse side for important contact
information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS | Invoice Number: 74494451 |
|---|---|

We'd like to introduce you to Dell Business Credit!
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | | Lease Contract: 003-8565501-003 | |
|---|---|---|---|---|---|
| Lease Contract Number | Due Date | Current Charges | | Past Due | Total Due |
| 003-8565501-003 | 04/01/11 | $2.42 | + | $0.00 | = $2.42 |

| Invoice Date | March 09, 2011 | Business Segment | 010004 |
|---|---|---|---|
| Invoice Number | 74494451 | Billing Period | 03/01/11-03/31/11 |
| Lease Contract Number | 003-8565501-003 | Credits/Payments received(-) | $52.94 |
| | | *since last invoice | |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|
| Lease Contract Number | Invoice # | Description | Amount |
| 003-8565501-003 | | Credits/Payments | $52.94 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|
| Lease Contract Number | Sales Order | Description | TRANSACTION | | |
| Product Type | Purchase Order # | | Amount | Tax | Total |
| 003-8565501-003 FAIR MARKET VALUE | | RENTAL | $0.00 | $0.00 | $0.00 |
| 003-8565501-003 FAIR MARKET VALUE | | PROPERTY MNGMNT FEE BASED | $2.28 | $0.14 | $2.42 |
| | | Total for 003-8565501-003 | $2.28 | $0.14 | $2.42 |
| | | Invoice Total | $2.28 | $0.14 | $2.42 |

*? AID 3/10*
*CK # 1643*
*$56.33*

02-1x09-3040R2(5/10)

*Please fill in the 'Amount Enclosed' and return the payment coupon with your ch...*

A1061

 **Financial Services**

See reverse side for important contact
information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS, LLC | Invoice Number: 74494450 |
|---|---|

### We'd like to introduce you to Dell Business Credit!
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | Lease Contract: 003-8565501-001 | | |
|---|---|---|---|---|---|
| Lease Contract Number | Due Date | Current Charges | | Past Due | Total Due |
| 003-8565501-001 | 04/01/11 | $3.91 + | | $0.00 = | $3.91 |

| | | | |
|---|---|---|---|
| Invoice Date | March 09, 2011 | Business Segment | 010004 |
| Invoice Number | 74494450 | Billing Period | 03/01/11-03/31/11 |
| Lease Contract Number | 003-8565501-001 | Credits/Payments received(-) | $114.27 |
| | | *since last invoice | |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|
| Lease Contract Number | Invoice # | Description | Amount |
| 003-8565501-001 | | Credits/Payments | $114.27 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|
| Lease Contract Number | Sales Order | Description | TRANSACTION | | |
| Product Type | Purchase Order # | | Amount | Tax | Total |
| 003-8565501-001 FAIR MARKET VALUE | | RENTAL | $0.00 | 0.00 | $0.00 |
| 003-8565501-001 FAIR MARKET VALUE | | PROPERTY MNGMNT FEE BASED | $3.69 | $0.22 | $3.91 |
| | | Total for 003-8565501-001 | $3.69 | $0.22 | $3.91 |
| | | Invoice Total | $3.69 | $0.22 | $3.91 |

PAID 3/18
CK# 16A3
$6.33

*Please fill in the 'Amount Enclosed' and return the payment coupon with*

02-1x09-3040R2(5/10)

T4C01017



Thu 1/27/2011 10:10 AM

Louis Tapia <louis.tapia@allprostaffnet.com>

RE: staffing

To    Christopher Mucke

Cc    Anita Vandohlen

ℹ️ You replied to this message on 1/27/2011 10:29 AM.

Sounds fair to me.  I will send you an invoice for 5k, :>)

**From:** Christopher Mucke [mailto:cmucke@aclrsbs.com]
**Sent:** Thursday, January 27, 2011 8:30 AM
**To:** louis tapia
**Subject:** RE: staffing

Thanks Louis.  I agree with your thoughts (I was thinking much the same thing).  The biggest plus from my perspective is being able to take them for a "test drive".  Here are my thoughts for the contract:

1.  Contract Medicare personnel for 1 year through Allpro (if they work out bring them into ACLR).
2.  20% flat fee for any personnel you find and which we want to bring on immediately (not expected) and 15% after 1 year contract.
3.  ACLR will offer insurance to all contract employees (401k will be offered with match if brought on to ACLR).
4.  Contract employee bonuses to be paid by ACLR without 10% up-charge (I need to have a way to get them incentives so they'll stay motivated).

The only thing I'm struggling with is Cyndi.  As part of the management team I think she needs to be ACLR (she's good enough that I might be able to make her Project Director within a few months).  Since we found her (but you guys qualified her) how about I pay you guys a flat fee of $5,000 for Cyndi?  That gets you paid and a bona fide sub-contractor on RAC Part D.  Also, all other future personnel (whether we forwarded them or not) will be under the above contract.  We can also add recovery audit personnel (non-Medicare accountants) to the above as well.  I want to bring on a few that worked for me in the past (I know they're good) but after that I'll need help finding good people.  Let me know if that sounds fair.

Thanks man, I hope you're feeling better.

*Christopher Mucke*
**Managing Principal**
**248.924.1964 (Cell)**
**734.207.0404 (Direct))**
**734.207.0410 (Facsimile)**

T4C01018

 GREENSFELDER

ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

March 21, 2011

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on April 20, 2011**

Paid 3/29
ck #1678

 **GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

March 21, 2011
21555-001
**Invoice No. 382136**

For legal services rendered through February 28, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 02/01/11 | J. Adkins | Review letter of intent for Michigan office lease; draft correspondence to K. McLaughlin re: issue and comments to same. | .6 |
| 02/01/11 | M. Wilbers | Email correspondence with Kristen Barnes regarding Dunn & Bradstreet credit report audit | .2 |
| 02/03/11 | J. Adkins | Telephone conference with Mr. Mucke. | .1 |
| 02/04/11 | J. Adkins | Review correspondence from Mr. Mucke; telephone conference with Mr. Mucke. | .9 |
| 02/24/11 | M. Wilbers | Email correspondence with Kristen Barnes regarding creation of an employee credit card agreement; conduct background research and prepare draft of the same. | 1.3 |
| 02/25/11 | K. McLaughlin | Review of documents; edit and revise credit card agreement. | .4 |
| 02/25/11 | M. Wilbers | Finish preparing draft of employee credit card agreement and revise the same; email correspondence with Kristen Barnes regarding the same. | .6 |

Total Hours                4.1

Fees This Matter

1,007.00

Total This Matter                                    $          1,007.00

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01020

 GREENSFELDER
ATTORNEYS AT LAW

Page: 2
21555-001

| | | |
|---|---|---|
| TOTAL THIS STATEMENT | $ | 1,007.00 |
| PRIOR OUTSTANDING BALANCE | $ | 0.00 |
| BALANCE DUE | $ | 1,007.00 |
| | | ================ |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

A1066

T4C01021



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/28/2011 | 48399 |

| Bill To |
|---------|
| ACLR, LLC<br>550 Forest Avenue<br>Suite 15-2<br>Plymouth, MI 48170 |

| Ship To |
|---------|
| ACLR, LLC<br>550 Forest Avenue<br>Suite 15-2<br>Plymouth, MI 48170 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 83 | Consulting | 185.00 | 15,355.00 |
| 83 | Gold discount | -60.00 | -4,980.00 |
| 109 | James on network | 130.00 | 14,170.00 |
| 109 | Gold Discount | -10.00 | -1,090.00 |
| 19 | Florin on Server | 90.00 | 1,710.00 |
| 3.5 | Charles on Server imaging and testing-Site System Engineer | 90.00 | 315.00 |
| | Sales Tax | 0.00 | 0.00 |

```
Paid 4/5/2011
ck #1650
```

Thank you for your business.

| **Total** | |
|-----------|--|
| | $25,480.00 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01022

Statement No.          1

## Expense Statement

| Employee | Bruce Dixon | | | | | | | | Pay Period | | | | |

Name

Position   SSO
Manager   Chris Mucke

From  4/16/2011
To    4/30/2011

| Date | Client | CC Type | Description | Lodging | Transport | Fuel | Meals | Postage | Phone | Entertainment | Other | TOTAL |
|------|--------|---------|-------------|---------|-----------|------|-------|---------|-------|---------------|-------|-------|
| 4/26/2011 | CMS | Cash | Airline Parking | | $ 10.00 | | | | | | | $ 10.00 |
| 4/26/2011 | CMS | Personal | Ram's Head Tavern BWI Airport, MD | | | | $ 32.53 | | | | | $ 32.53 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | $ 10.00 | | $ 32.53 | | | | | |

Notes

*Paid ck #1660*
*4/27/11*

Reimbursement

| | Sub Total | $ 42.53 |
|--|-----------|---------|
| | TOTAL | $ 42.53 |

Office Use Only

Do not reimburse to employee - Corp. Card expenses are paid directly by C. Mucke.

A1068

T4C01023

Statement No.  2 🖊

## Expense Statement

| Employee | Bruce Dixon | | | | | | | | | | Pay Period | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | | | | | | | | | | | | From | 4/1/2011 |
| | | Position | SSO | | | | | | | | | To | 4/15/2011 |
| | | Manager | Chris Mucke | | | | | | | | | | |

| Date | Client | CC Type | Description | Lodging | Transport | Fuel | Meals | Postage | Phone | Entertainment | Other | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2011 | CMS | Cash | Parking at Metro Airport | | $ 10.00 | | | | | | | $ 10.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | $ 10.00 | | | | | | |

|  | | Sub Total | $ 10.00 |
|---|---|---|---|
| Notes | | TOTAL | $ 10.00 |

Reimbursement

Office Use Only   *Paid ck # 1651*

Do not reimburse to employee - Corp. Card expenses are paid directly by C. Mucke.

A1069

T4C01024

```
              RECEIPT
          AIRLINES PARKING
-----0001 20:22:43 04-05-2011 01-----

107  1 248245 07:49 04/05 20:22 04/05

   PARKING                    10.00

   6CASH                      10.00

   INCLUDES 27% STATE PARKING TAX
        PLEASE DRIVE SAFELY
   QUESTIONS ?? CALL 800-300-9069
-----THANK YOU FOR PARKING WITH US----
```

DTW parking for cMS meeting
paid ck# 1651

T4C01025

```
                    RECEIPT
                AIRLINES PARKING
        ------0001 20:12:16 04-26-2011 01-----

        !50  1 264451 07:46 04/26 20:12 04/26

          PARKING                    10.00

          6CASH                      20.00

          CHANGE                     10.00

        INCLUDES 27% STATE PARKING TAX
              PLEASE DRIVE SAFELY
        QUESTIONS ?? CALL 800-300-9069
        ----THANK YOU FOR PARKING WITH US----
```

CMS Trip

T4C01026

```
              SSP America
          RAM'S HEAD TAVERN
            BWI Airport, MD
            (410) 691-2515
Date:          Apr26'11 05:41PM
Card Type:  Visa
Acct #:     XXXXXXXXXXX1253
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  EIE004185997543
Exp Date:   XX/XX
Auth Code:  03227C
Check:      9710
Table:      1/1
Server:     11 Douglas

Subtotal:          29.63

Tip:_____ 2.90

Total:_____ 32.53

          _____
Signature
** Gratuity Not Included **
I agree to pay above total
according to my card issuer
agreement.
*** Customer Copy ***
```

CMS Trip

A1072

T4C01027

# STATEMENT

| Date: | 03/21/11 |
|---|---|
| CCH Customer #: | 164745872 |

Keep this portion for your records.

**CCH**
P.O. Box 4307
Carol Stream, IL 60197-4307
Federal ID#: 13-3504158

⊙.CCH
a Wolters Kluwer business

TO REQUEST A COPY OF AN INVOICE, VISIT OUR
WEBSITE AT http://support.cch.com/myaccount
FOR OTHER BILLING ISSUES, CALL 1-800-449-6439.

Page    1

| Trans Date | Trans type | Trans no. | Payment/ ref. no. | Description | Amount | Remaining due |
|---|---|---|---|---|---|---|
| 03/31/11 | Inv | 431549 | | Invoice Information:<br>BK 045385:  US MASTER MEDICARE GUIDE (2011)<br>Sub:  C. MUCKE | 173.79 | 173.79 |

*Paid 4/11*
*Ck #1653*

ACCOUNT AGING SUMMARY

| Current | 1-30 Days | 31-60 Days | 61-90 Days |
|---|---|---|---|
| 173.79 | 0.00 | 0.00 | 0.00 |

| Subtotal: | 173.79 |
|---|---|
| Finance charge: | 0.00 |
| Total Due: | 173.79 |

Please include your CCH customer number on your check and on all correspondence.

A1073

T4C01028

Statement No. _____

# Expense Statement

1

**Employee**

Name: Jason Barnes

Position: Audit Director
Manager: Chris Mucke

**Pay Period**

From: 3/1/2011
To: 3/31/2011

| Date | Client | CC Type | Description | Lodging | Transport | Fuel | Meals | Postage | Phone | Entertainment | Other | TOTAL |
|------|--------|---------|-------------|---------|-----------|------|-------|---------|-------|---------------|-------|-------|
| 3/21/2011 | ACLR | Corp Card | Iron Wood - Lunch Barnes, Schilling, Alberty (Alberty First Day) | | | | $ 37.01 | | | | | $ 37.01 |
| 3/22/2011 | ACLR | Corp Card | BWI Airport Marriot - Baltimore MD - Medicare Part D - Mucke, Barnes, Schilling, Alberty | | | | $ 70.42 | | | | | $ 70.42 |
| 3/22/2011 | ACLR | Cash | ABC Taxicab Company - Baltimore MD - Medicare Part D Meeting - Barnes & Schilling | | $ 15.00 | | | | | | | $ 15.00 |
| 3/25/2011 | ACLR | Corp Card | Detroit Metro Airport Parking - Trip to Baltimore MD - Medicare Part D | | $ 30.00 | | | | | | | $ 30.00 |

Sub Total | $ 45.00 | | $ 107.43 | | | | | $ 152.43

**Notes**

Reimbursement

TOTAL | $ 152.43

Office Use Only: *PAID CK#1654 - 8/5* ⁱ⁰

*Do not reimburse to employee - Corp. Card expenses are paid directly by C. Mucke.*

A1074

T4C01029



Alaska First day lunch.
Sarah Cynthia, Andrea.

TRANSACTION RECORD

IRONWOOD

RD TYPE:AMEX -EFT
.*********1070 EXPI.: ****
TRY:SWIPED
stomer : J BARNES
THORIZATION:564909
MINAL:4
RENCE:239210

nCHASE                  $31.01

TIP                      6.06

TOTAL                   37.01

THANK YOU
MARCH 21,2011 12:48:30
Server's name : ALICIA S

CUSTOMER COPY

***** & & & 405 & & &
***** CREDIT CARD VOUCHER *******
*******************************
BWI AIRPORT MARRIOTT
BALTIMORE, MD
DAY NIGHT BAR
5 3 1 4
CHECK:      505 JB
SERVER:     22MAR'11  9:42PM
DATE:       AMERICAN EXPRESS
CARD TYPE:  XXXXXXXXXXX1070
ACCT #:     XX/XX
EXP DATE:   569699
AUTH CODE:  J BARNES

TOTAL:              60.42

TUITY $             10.00

AL      $           70.42

SIGNATURE

please leave signed copy
with your server

ABC TAXICAB COMPANY  Paid in cash.
Reliable & Friendly Service
Baltimore, MD
(443) 465-7558

Amount    15.00
Date      3/22/11

Zinabu
Owner & Driver

Cab No.

DETROIT METRO AIRPORT

1070-000023-02:19:25 03/25/11 08:57-000.00-0030.00

RECEIPT

821934
SOUTHLAND PRINTING
SHREVEPORT, LA.

A1075



**Platinum Business Free mPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 03/25/11

**PEN**

p. 1/14

Account Ending 1-14009

| New Balance | $7,520.53 |
| Minimum Payment Due | $150.00 |
| Payment Due Date | 04/20/11 |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

**FreedomPass Points**

38,151

For rewards information, please visit americanexpress.com/freedompass

**Account Summary**

| Previous Balance | $12,421.90 |
| Payments/Credits | -$13,275.15 |
| New Charges | +$8,373.78 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| New Balance | $7,520.53 |
| Minimum Payment Due | $150.00 |

| Credit Limit | $22,400.00 |
| Available Credit | $14,879.47 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| Days in Billing Period: 30 | |

**Customer Care**

**Pay by Computer**
open.com/pbc

**Customer Care**    **Pay by Phone**
1-800-653-3104    1-800-472-9297

See page 2 for additional information.

---

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 1-14009

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
550 FOREST AVE
STE 15-2
PLYMOUTH MI 48170-3793

Payment Due Date
**04/20/11**

New Balance
**$7,520.53**

Minimum Payment Due
**$150.00**

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$ _____

Amount Enclosed

Check here if your address or phone number has changed. Note changes on reverse side.

0000349990624312155 000752053000015000 22 H

**Platinum Business Fre   mPass Credit Card**           **OPEN**            p. 3/14

ACLR
CHRISTOPHER MUCKE
Closing Date 03/25/11

Account Ending 1-14009

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$12,421.90 |
| **Credits** | |
| CHRISTOPHER MUCKE 1-14009 | -$661.12 |
| KRISTEN M BARNES 1-11062 | -$192.13 |
| **Total Payments and Credits** | **-$13,275.15** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 03/16/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$12,421.90 |

| Credits | | | Amount |
|---|---|---|---|
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500008 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500015 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500039 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500060 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500091 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500046 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500084 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500077 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500053 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021500022 8786 $11.15 01/26/2011 | -$0.56 |
| 02/24/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FEDEX# 796770302333 7967 $12.18 02/17/2011 | -$0.61 |
| 02/28/11 | CHRISTOPHER MUCKE | EFAX PLUS SERVICE  323-817-3205    CA<br>BUSINESS SERVICE | -$152.55 |
| 03/11/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FEDEX# 796826946015 7968 $22.64 03/03/2011 | -$1.13 |
| 03/12/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FEDEX# 796837051164 7968 $27.81 03/07/2011 | -$1.39 |
| 03/14/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FEDEX# 875709261405 8757 $14.04 03/08/2011 | -$0.70 |
| 03/17/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FEDEX# 794521316182 7945 $22.84 03/11/2011 | -$1.14 |

Continued on reverse

CHRISTOPHER MUCKE                        Account Ending 1-14009                                p. 4/14

## Detail Continued   *Indicates posting date

|  |  |  | Amount |
|---|---|---|---|
| 03/03/11* | KRISTEN M BARNES | OPEN Savings 5% discount at Office Max<br>on all transactions of $100 or more<br>SEE SUMMARY GRID FOR MORE INFORMATION | -$6.47 |
| 03/21/11 | KRISTEN M BARNES | BEST BUY MHT  417  NOVI          MI<br>ELECTRONICS STORE | -$65.70 |

## New Charges

### Summary

|  | Total |
|---|---|
| CHRISTOPHER MUCKE 1-14009 | $7,227.58 |
| KRISTEN M BARNES 1-11062 | $1,018.77 |
| JASON BARNES 1-11070 | $127.43 |
| **Total New Charges** | **$8,373.78** |

## Detail



**CHRISTOPHER MUCKE**
Card Ending 1-14009

|  |  |  |  | Amount |
|---|---|---|---|---|
| 02/23/11 | METRO AIRPORT PARKINDETROIT<br>PARKING LOT & GARAGE | MI | | $50.00 |
| 02/23/11 | BWI RAMS HEAD 140132BALTIMORE<br>FAST FOOD RESTAURANT<br>FOOD/BEVERAGE<br>TIP | MD<br><br>$118.34<br>$35.00 | | $153.34 |
| 03/03/11 | FEDEX# 796826946015 1-800-622-1147<br>1-800-622-1147<br>TO: Centers for Medicare & Medical MD<br>FROM: Jason Barnes 48170<br>001 PRIORITY LTR 1LB AWB796826946015<br>YOUR FEDEX CUSTOM DISCOUNT IS $3.92 | | | $22.64 |
| 03/04/11 | ATT BUS PHONE PMT  800-704-4808   TX<br>AT&T EZC PMT | | | $324.42 |
| 03/07/11 | IRONWOOD GRILL 65000PLYMOUTH<br>7346675614<br>TIP | MI<br><br>$6.00 | | $22.85 |

Continued on next page

T4C01033



**Platinum Business Fre⬚⬚omPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 03/25/11

**⬚PEN**

p. 5/14

Account Ending 1-14009

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 03/07/11 | FEDEX# 796837051164 1-800-622-1147 | | $27.81 |
| | 1-800-622-1147 | | |
| | TO: Diana H Taylor FL | | |
| | FROM: Kristen Barnes 48170 | | |
| | 001 PRIORITY LTR 1LB AWB796837051164 | | |
| | YOUR FEDEX CUSTOM DISCOUNT IS $4.25 | | |
| 03/08/11 | FEDEX# 875709261405 1-800-622-1147 | | $14.04 |
| | 1-800-622-1147 | | |
| | TO: UILLENIUM SOLUTIONS GA | | |
| | FROM: KRISTEN BARNES 48170 | | |
| | 001 EXP SVR PKG 2LB AWB875709261405 | | |
| | YOUR FEDEX CUSTOM DISCOUNT IS $1.08 | | |
| 03/09/11 | EG NICKS 00001    PLYMOUTH    MI | | $39.60 |
| | 734-414-6400 | | |
| | FOOD | $32.60 | |
| | TIP | $7.00 | |
| 03/11/11 | BOX BAR & GRILL    PLYMOUTH    MI | | $55.44 |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $45.44 | |
| | TIP | $10.00 | |
| 03/11/11 | FEDEX# 794521316182 1-800-622-1147 | | $22.84 |
| | 1-800-622-1147 | | |
| | TO: Centers for Medicare & Medicai MD | | |
| | FROM: Jason Barnes 48170 | | |
| | 001 PRIORITY LTR 1LB AWB794521316182 | | |
| | YOUR FEDEX CUSTOM DISCOUNT IS $3.92 | | |

| 03/19/11 | DELTA AIR LINES    ATLANTA | | | | | $478.40 |
|---|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | | |
| | From: | To: | | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | | DL | P | |
| | | DETROIT WAYNE COUN | | DL | A | |
| | | N/A | | YY | 00 | |
| | | N/A | | YY | 00 | |
| | Ticket Number: 00623461281910 | | | Date of Departure: 03/23 | | |
| | Passenger Name: MUCKE/CHRISTOPHER A | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

Continued on reverse

A1079

CHRISTOPHER MUCKE                    Account Ending 1-14009                        p. 6/14

**Detail Continued**

| | | | | | Amount |
|---|---|---|---|---|---|

| 03/19/11 | DELTA AIR LINES   ATLANTA | | | | $478.40 |
|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | P | Flight |
| | | DETROIT WAYNE COUN | DL | A | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 0062346645576 | | Date of Departure: 03/23 | | |
| | Passenger Name: BARNES/JASON | | | | |
| | Document Type: PASSENGER TICKET | | | | |

| 03/19/11 | DELTA AIR LINES   ATLANTA | | | | $478.40 |
|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | P | Flight |
| | | DETROIT WAYNE COUN | DL | A | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 0062346328I021 | | Date of Departure: 03/23 | | |
| | Passenger Name: ALBERTY/ANDREA | | | | |
| | Document Type: PASSENGER TICKET | | | | |

| 03/19/11 | DELTA AIR LINES   ATLANTA | | | | $478.40 |
|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | P | Flight |
| | | DETROIT WAYNE COUN | DL | A | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 0062346645580 | | Date of Departure: 03/23 | | |
| | Passenger Name: SCHILLING/CYNTHIA | | | | |
| | Document Type: PASSENGER TICKET | | | | |

| 03/22/11 | DELTA AIR LINES   ATLANTA | | | | $132.00 |
|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | N/A | N/A | YY | 00 | Flight |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 0062346645157 | | Date of Departure: 12/31 | | |
| | Passenger Name: BARNES/JASON | | | | |
| | Document Type: ADDITIONAL COLLECTION | | | | |

| 03/22/11 | DELTA AIR LINES   ATLANTA | | | | $171.00 |
|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | N/A | N/A | YY | 00 | Flight |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 0062346328192 | | Date of Departure: 12/31 | | |
| | Passenger Name: ALBERTY/ANDREA | | | | |
| | Document Type: ADDITIONAL COLLECTION | | | | |

Continued on next page

**Platinum Business Fre     omPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 03/25/11

OPEN

p. 7/14

Account Ending 1-14009

## Detail Continued



|  |  |  |  | Amount |
|---|---|---|---|---|
| 03/22/11 | DELTA AIR LINES   ATLANTA | | | $171.00 |

DELTA AIR LINES
From:        To:          Carrier:   Class:
N/A          N/A          YY         00
             N/A          YY         00
             N/A          YY         00
             N/A          YY         00
Ticket Number: 0062346328191       Date of Departure: 12/31
Passenger Name: MUCKE/CHRISTOPHER A
Document Type: ADDITIONAL COLLECTION

| 03/22/11 | DELTA AIR LINES   ATLANTA | | | $132.00 |

DELTA AIR LINES
From:        To:          Carrier:   Class:
N/A          N/A          YY         00
             N/A          YY         00
             N/A          YY         00
             N/A          YY         00
Ticket Number: 0062346645158       Date of Departure: 12/31
Passenger Name: SCHILLING/CYNTHIA
Document Type: ADDITIONAL COLLECTION

| 03/22/11 | G & M RESTAURANT   LINTHICUM   MD | | | $8.96 |
| | RESTAURANT | | | |
| 03/22/11 | G & M RESTAURANT   LINTHICUM   MD | | | $177.07 |
| | RESTAURANT | | | |

| 03/23/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD | | | $91.32 |

Arrival Date          Departure Date
03/23/11              03/23/11
00000000
LODGING

| 03/23/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD | | | $29.26 |

Arrival Date          Departure Date
03/23/11              03/23/11
00000000
LODGING

| 03/24/11 | OLIVE GROVE 8843006RLINTHICUM   MD | | | $217.56 |

RESTAURANT
TIP                   $35.00

| 03/24/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD | | | $101.09 |

Arrival Date          Departure Date
03/24/11              03/24/11
00000000
LODGING

| 03/25/11 | HERTZ CAR RENTAL   BALTIMORE   MD | | | $503.95 |

           Location                Date
Rental     BALTIMORE MD            11/03/22
Return     BALTIMORE MD            11/03/25
Agreement Number: 167799225
Renter Name: MUCKE /CHRISTOPHER

Continued on reverse

A1081

CHRISTOPHER MUCKE     Account Ending 1-14009     p. 8/14

## Detail Continued

| | | | Amount |
|---|---|---|---|

**KRISTEN M BARNES**
Card Ending 1-11062

| | | | Amount |
|---|---|---|---|
| 03/01/11 | OFFICEMAX, INC. 0534248-305-5205<br>248-305-5205<br>8-1/2 X 11<br>8-1/2X11 | | $129.30 |
| 03/14/11 | NUVOX   800-600-5050   SC<br>TELECOMMUNIC | | $442.30 |
| 03/14/11 | WAL-MART 2618   COMMERCE   MI<br>GENERAL MERCHANDISE | | $13.75 |
| 03/14/11 | COMPASS SELF STOR 20248-8883500   MI<br>WAREHOUSING & STORAGE | | $10.59 |
| 03/14/11 | COMPASS SELF STOR 20248-8883500   MI<br>WAREHOUSING & STORAGE | | $109.00 |
| 03/15/11 | OFFICEMAX, INC. 0919734-981-0202<br>734-981-0202<br>RECORD STORAGE | | $47.67 |
| 03/17/11 | OFFICEMAX, INC. 0534248-305-5205<br>248-305-5205<br>RECORD STORAGE<br>LETTER | | $20.14 |
| 03/17/11 | BEST BUY MHT   417 NOVI   MI<br>ELECTRONICS STORE | | $42.39 |
| 03/21/11 | OFFICEMAX, INC. 0534248-305-5205<br>248-305-5205<br>SURGE PROTECTORS<br>PADFOLIO | | $7.84 |
| 03/21/11 | BEST BUY MHT   417 NOVI   MI<br>ELECTRONICS STORE | | $138.81 |
| 03/22/11 | ACO-HARDWARE #0132 0CANTON   MI<br>2484710100<br>Description<br>GENERAL MERCHANDISE | | $2.11 |
| 03/22/11 | THE UPS STORE #3382 CANTON   MI<br>7344551313<br>Description     Price<br>BUSINESS SERVICES     $54.87 | | $54.87 |

**JASON BARNES**
Card Ending 1-11070

| | | | Amount |
|---|---|---|---|
| 02/23/11 | METRO AIRPORT PARKINDETROIT   MI<br>PARKING LOT & GARAGE | | $20.00 |
| 03/21/11 | IRONWOOD GRILL 65000PLYMOUTH   MI<br>7346675614<br>TIP     $6.00 | | $37.01 |
| 03/22/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD<br>Arrival Date     Departure Date<br>03/22/11     03/22/11<br>00000000<br>LODGING | | $70.42 |

Continued on next page

T4C01037

| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Office Supplies | Postage | Computer Supplies |
|---|---|---|---|---|---|---|---|---|---|
| **March 2011** | | | | | | | | | |
| Mar 2011 | 478.40 | 91.32 | 50.00 | 153.34 | | 324.42 | 129.30 | 22.64 | |
| Mar 2011 | 478.40 | | 503.95 | 22.85 | | | 13.75 | 27.81 | |
| Mar 2011 | 478.40 | | 20.00 | 39.60 | | | 47.67 | 14.04 | |
| Mar 2011 | 478.40 | | | 55.44 | | | 20.14 | 22.84 | |
| Mar 2011 | 132.00 | | | 8.96 | | | 52.39 | 54.87 | |
| Mar 2011 | 171.00 | | | 177.07 | | | 7.84 | | |
| Mar 2011 | 171.00 | | | 29.26 | | | 138.81 | | |
| Mar 2011 | 132.00 | | | 217.56 | | | 2.11 | | |
| Mar 2011 | | | | 101.09 | | | | | |
| Mar 2011 | | | | 37.01 | | | | | |
| Mar 2011 | | | | 70.42 | | | | | |
| Totals | 2,519.60 | 91.32 | 573.95 | 912.60 | 0.00 | 324.42 | 412.01 | 142.20 | 0.00 |
| Credits | | | | | | -152.55 | -72.17 | -10.57 | |
| Net Expenses | 2,519.60 | 91.32 | 573.95 | 912.60 | 0.00 | 171.87 | 339.84 | 131.63 | 0.00 |

T4C01038

# Hertz

#01RN   RR 16799225
CC

**CHRISTOPHER MUCKE**
VEHICLE  01998 / 3283215
CLS YP  NL&SR   Y   11 NEDX   LIC: NY FJE5234
FUEL: 8/8 OUT 7/8 IN
CDP:  165385   - DELTA A-L FF DISCOUNT #

RES  F0523502452/MCLD    /P6
PREPARED BY: 7274/MDBAL11
COMPLETED BY: 6204/MDBAL11

RENTED: 03/22/11  15:52 @ BALT/WASH INT'L AIRPORT
RETURN: 03/25/11  05:10 @ BALT/WASH INT'L AIRPORT

PLAN IN:      MCLD      RATE CLASS:      P6
PLAN OUT:     MCLD

MILEAGE IN       450        TR-X MILES
MILEAGE OUT      329        MILES ALLOWED
MILES DRIVEN     121        MILES CHARGED

| | | | | |
|---|---|---|---|---|
| DAYS | 3 @ $ 132.49/ DAY | | $ | 397.47 |
| SUBTOTAL 1 | | | $ | 397.47 |
| DISCOUNT - R | 5% | | $ | 19.87 |
| SUBTOTAL 2 | | | T$ | 377.60 |
| CONCESSION FEE RECOVERY | | 11.10% | T$ | 42.10 |
| LDW | DECLINED | | | |
| LIS | DECLINED | | | |
| PAI, PEC | DECLINED | | | |
| FUEL & SERVICE | $  4.99GALLON / TANK CAP 26.0 | | $ | 16.22 |
| CFC & TFC | | | T$ | 16.05 |
| VEHICLE LICENSE COST RECOVERY | | | T$ | 1.68 |
| TAX | 11.500% ON TAXABLE TTL OF $   437.43 | | $ | 50.30 |
| CHARGED ON  AMX | XXXXXXXXXXX4009 | | $ | 503.95 |
| RENT FP AMX | XXXXXXXXXX4009 | | | |

## HOW WAS YOUR EXPERIENCE?
### WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code: 01840

3) Take Brief 4 Question Survey

## WANT TO BUY A HERTZ CAR?

Go To: WWW.HERTZCARSALES.COM or
Call: 1-838-674-3309

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

A1084

T4C01039

```
          EG NICKS
        500 FOREST AVE
      PLYMOUTH, MI 48170
         754-414-6400

Merchant ID: 230034746
Term ID: 3030
Server ID: 5406

    S a l e
            i S
          c M mue
      09

Entry Method. Swi
Apprvd: Online   Ba      90005
03/28/11                    21

Inv#: 00000003 Appr          4

Amount:        $        25.51
Tip:                      5 —
                       30.51
```

```
                    Panera Bread
                     Cafe 3588
                 Baltimore, MD 21244
                 Phone: 410-448-7431

3/24/2011                      11:33:39 AM
Check Number:  500513   Cashier: Brittnae
  1 MINI CHOC CIP              4.59
  2 TUNA                      11.18
        2 HONEY  WHEAT
        2 **ETHING***
        2 MAYO
        2 SPICY MUSTRD
        2 No TOMATO
        2 No TOMATO
        2 ***CHIPS
  2 SIERRA TURK               12.78
        2 ***APPLE
              SubTotal        28.55
              Tax              1.72
              Total           30.27
              Cash            40.00
              Change           9.73


         TELL US HOW WE ARE DOING
         AND YOU MAY WIN $2000
      GO TO WWW.PANERALISTENS.COM
        OR CALL 1-800-699-0130
   WI                    DRAWING
   R                    NS.COM
```

```
      TRANSACTION RECORD

        IRONWOOD


  CARD TYPE:AMEX -EFT
  Nu.  ********4009 EXPI.: ****
  ENTRY:SWIPED
  Customer : C MUCKE
  AUTHORIZATION:502640
  TERMINAL:4
  REFERENCE:233001

  PURCHASE        $42.64

  TIP          _____

  TOTAL          52.64

         THANK YOU
    MARCH 4,2011 12:34:01
    Server's name : KAITLYN

       CUSTOMER COPY
```

T4C01040



SPRINGHILL SUITES®
Marriott.

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

Market Market

Room: MKT

Room Type: HSE

Number of Guests: 0

Rate: $0.00          Clerk: SRM

Arrive: 24Mar11   Time: 09:25AM       Depart: 24Mar11      Time: 09:25AM       Folio Number: 37580

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 24Mar11 | Market Sundries | 2.00 | |
| 24Mar11 | Market Sundries | 2.00 | |
| 24Mar11 | Market Sundries | 2.00 | |
| 24Mar11 | Market Sundries | 2.00 | |
| 24Mar11 | Market Packaged Food | 1.50 | |
| 24Mar11 | Cash | | 9.50 cash |
| | **Balance:** | **0.00** | |

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Want your final hotel bill by email?  Just ask the Front Desk!  See "Internet Privacy Statement" on Marriott.com.

T4C01041



SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

| | | |
|---|---|---|
| Chris Mucke | Room: 312 | |
| 550 Forest Ave Ste 15-2 | Room Type: KSTE | |
| Plymouth MI 48170-3793 | Number of Guests: 1 | |
| Aclr | | Clerk: LJM |

Arrive: 22Mar11   Time: 04:06PM      Depart: 25Mar11   Time: 04:42AM      Folio Number: 84395

| Date | Description | Charges | Credits |
|---|---|---|---|

Balance:      0.00

**Rewards Account # XXXXX8175.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.





SPRINGHILL SUITES®
Marriott.

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

| | |
|---|---|
| Andrea Alberty | Room: 304 |
| 550 Forest Ave Ste 15-2 | Room Type: QQST |
| Plymouth MI 48170-3793 | Number of Guests: 1 |
| Aclr Sbs | Clerk: LJM |

| Arrive: 22Mar11 | Time: 04:07PM | Depart: 25Mar11 | Time: 04:43AM | Folio Number: 84399 |
|---|---|---|---|---|

| Date | Description | | Charges | Credits |
|---|---|---|---|---|

Balance:      0.00

**Rewards Account # XXXXX8175.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.



A1088



SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

C. Schilling

Room: 302

Room Type: KSTE

Number of Guests: 1

Rate: $159.00          Clerk:

Arrive: 22Mar11    Time: 04:09PM        Depart: 25Mar11        Time:          Folio Number: 84396

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Mar11 | Room Charge | 159.00 | |
| 22Mar11 | State Occupancy Tax | 9.54 | |
| 22Mar11 | Occupancy Sales Tax | 11.13 | |
| 23Mar11 | Room Charge | 159.00 | |
| 23Mar11 | State Occupancy Tax | 9.54 | |
| 23Mar11 | Occupancy Sales Tax | 11.13 | |
| 24Mar11 | Room Charge | 159.00 | |
| 24Mar11 | State Occupancy Tax | 9.54 | |
| 24Mar11 | Occupancy Sales Tax | 11.13 | |
| 25Mar11 | American Express | | 539.01 |
| | *Card #: AXXXXXXXXXXXXX4009/XXXX* | | |
| | *Amount:  539.01  Auth: 517532  Signature on File* | | |
| | *This card was electronically swiped on 22Mar11* | | |

**Balance:      0.00**

**Rewards Account # XXXXX6630.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

T4C01044


SPRINGHILL SUITES®
Marriott.

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

J. Barnes

Room: 320

Room Type: QQST

Number of Guests: 1

Rate: $159.00          Clerk:

Arrive: 22Mar11    Time: 04:08PM        Depart: 25Mar11      Time:        Folio Number: 84398

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 22Mar11 | Room Charge | 159.00 | |
| 22Mar11 | State Occupancy Tax | 9.54 | |
| 22Mar11 | Occupancy Sales Tax | 11.13 | |
| 23Mar11 | Room Charge | 159.00 | |
| 23Mar11 | State Occupancy Tax | 9.54 | |
| 23Mar11 | Occupancy Sales Tax | 11.13 | |
| 24Mar11 | Room Charge | 159.00 | |
| 24Mar11 | State Occupancy Tax | 9.54 | |
| 24Mar11 | Occupancy Sales Tax | 11.13 | |
| 25Mar11 | American Express | | 539.01 |
| | *Card #: AXXXXXXXXXXXXX4009/XXXX* | | |
| | *Amount:  539.01  Auth: 511092  Signature on File* | | |
| | *This card was electronically swiped on 22Mar11* | | |

**Balance:**     **0.00**

**Rewards Account # XXXXX7295.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: KBARNES@ACLRSBS.COM. See "Internet Privacy Statement" on Marriott.com.

T4C01045

```
        G&M Restaurant
   804 N. Hammonds Ferry Rd.
     Linthicum, MD  21090
     Phone: (410) 636-1777
      Fax: (410) 636-2605
    www.gandmrestaurant.com
Date:          Mar22'11 07:34PM
Card Type:     Amex
Acct #:        XXXXXXXXXXX4009
Trans Key:     EIE004005169299
Exp Date:      XX-XX
Auth Code:     586255
Check:         798
Table:         DR7/2
Server:        157 Eric T

Subtotal:          8.96

Tip:_____

Total:_____ 8.96

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Merchant Copy * * * *
```

```
OLIVE GROVE
(410)636-1385
MERCANT #:8788430068902

Date: 03/23/2011   Time: 08:01

Card Type:      American Express
Card Number:    XXXXXXXXXX40

Server Name:    CHELSEA
Check Number:   742597
Card Owner:     MUCKE/C

   AMOUNT  182.56

   TIP

   TOTAL   217.56
```
CMS meeting travel

```
            ....MORE, MD
            DAY NIGHT BAR
CHECK:        5 4 2 1
SERVER:       507 FRANK
DATE:         23MAR'11  5:33PM
CARD TYPE:    AMERICAN EXPRESS
ACCT #:       XXXXXXXXXX4009
EXP DATE:     XX/XX
AUTH CODE:    545012
              C MUCKE

SUBTOTAL:            22.26

GRATUITY $           5 -

TOTAL    $          27 26

SIGNATURE
```
CMS meeting travel

```
            T MARRIOTT
            ...MORE, MD
            CHESAPEAKE
CHECK:        4 9 8 2
TABLE:        1 5 / 1
SERVER:       65 MARY
DATE:         23MAR'11  2:07PM
CARD TYPE:    AMERICAN EXPRESS
ACCT #:       XXXXXXXXXX4009
EXP DATE:     XX/XX
AUTH CODE:    521807
              C MUCKE

SUBTOTAL:          76.32

GRATUITY $_____

TOTAL    $         91.32

SIGNATU
```
CMS meeting travel
Albany Schilling Bures rush

```
OLIVE GROVE
(410)636-1385
MERCANT #:8788430068902

Date: 03/24/2011   Time:   7:24 PM

Card Type:      American Express
Card Number:    XXXXXXXXXX4009

Server Name:    CHELSEA
Check Number:   742769
Card Owner:     MUCKE/C

   AMOUNT  113.61

   TIP

   TOTAL   143.61
```
CMS meeting travel

075.⁰⁰ DTW
parking 3/25

A1091

T4C01046

EG NICKS
500 FOREST AVE
PLYMOUTH, MI 48170
734-414-6400

Merchant ID: 230034746
Tera ID: 5030
Server ID: 5486

*CMS Meeting Lunch*

Sale

AMEX
XXXXXXXXXXX4009
Entry Method: Swiped
Apprvd: Online   Batch#: 000005
03/09/11            14:01:33

*J Burnes*
*C Mucke*
*C Schilling*

Inv#: 00000004 Appr Code: 540423

Amount:        $      32.60
Tip:                     7-
                  -----------
Total:               39.60

Customer Copy

THANK YOU!

---

```
******************************************
DATE  3/11/11          TIME 12:21:41PM
MID 000000035566            3211311410

          BOX BAR & GRILL
         777 W. ANN ARBOR TRAIL
             PLYMOUTH, MI
                48170
            734-459-7390
```

*Evelyon bit kristen*

```
AMEX       XXXXXXXXXXX4009       S
AUTH 532710    TBL 112   CHECK  326790
PRE-AUTH   1. DINING RM    RAYMOND M
```

```
AMOUNT                        42.85
TAX                            2.59
                          ------------
SUBTOTAL  $          45.44

TIP  $ . . . . . . . .

TOTAL  $ . . . . . 55.44
==============
```

CUSTOMER COPY
******************************************

---

*SORA DETROIT METRO AIRPORT*
MCNAMARA TERMINAL
734-229-0209

CHECK:      3541
TABLE:      B10/1
SERVER:     131014 Noel
DATE:       MAR22'11  12:39PM
CARD TYPE:  Amex
ACCT #:     XXXXXXXXXXX4009
EXP DATE:   XX/XX
AUTH CODE:  522106          *Albany*
RESEARCH:   000000000000   *mucke*
            C MUCKE

SUBTOTAL:            46.11

TIP:

TOTAL:               55.11

GUEST SIGNATURE

*CMS Meeting travel*

---

*CMS meeting travel*

```
G&M Restaurant
804 N. Hammonds Ferry Rd.
Linthicum, MD 21090
Phone: (410) 636-1777
Fax: (410) 636-2605
www.gandmrestaurant.com
Date:       Mar22'11 07:35PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX4009
Trans Key:  A1A00482001948
Exp Date:   XX/XX
Auth Code:  599379
Check:      662
Table:      DR8/1
Server:     157 Eric T

Subtotal:              137.07

Tip:                    40 -

Total:                 177.07

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * Merchant Copy * * * *
```

A1092

T4C01047

Statement No.                1

## Expense Statement

Employee | Bruce Dixon

Name

Position | SSO
Manager | Chris Mucke

Pay Period

From 4/16/2011
To 4/30/2011

| Date | Client | CC Type | Description | Lodging | Transport | Fuel | Meals | Postage | Phone | Entertainment | Other | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2011 | CMS | Cash | Airline Parking | | $ 10.00 | | | | | | | $ 10.00 |
| 4/26/2011 | CMS | Personal | Ram's Head Tavern BWI Airport, MD | | | | $ 32.53 | | | | | $ 32.53 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | $ 10.00 | | $ 32.53 | | | | | |

Notes

*Paid ck #1660*
*4/27/11*

Reimbursement

Sub Total | $    42.53

TOTAL | $    42.53

Office Use Only

*Do not reimburse to employee - Corp. Card expenses are paid directly by C. Mucke.*

A1093

T4C01048

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Statement No. 2 ₤

## Expense Statement

Employee: Bruce Dixon

Name

Position: SSO
Manager: Chris Mucke

Pay Period
From 4/1/2011
To 4/15/2011

| Date | Client | CC Type | Description | Lodging | Transport | Fuel | Meals | Postage | Phone | Entertainment | Other | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2011 | CMS | Cash | Parking at Metro Airport | | $ 10.00 | | | | | | | $ 10.00 |
| | | | | | $ 10.00 | | | | | | | |

Sub Total $ 10.00
TOTAL $ 10.00

Notes

Reimbursement

Office Use Only   Paid ck # 1651

Do not reimburse to employee - Corp. Card expenses are paid directly by C. Mucke.

A1094

T4C01049

```
            RECEIPT
        AIRLINES PARKING
------0001 20:22:43 04-05-2011 01-----

107  1 248245 07:49 04/05 20:22 04/05

  PARKING                 10.00

  6CASH                   10.00

  INCLUDES 27% STATE PARKING TAX
       PLEASE DRIVE SAFELY
  QUESTIONS ?? CALL 800-300-9069
-----THANK YOU FOR PARKING WITH US-----
---------------------------------------
```

DTW parking for cms meeting
paid ck# 1651

T4C01050

```
              RECEIPT
          AIRLINES PARKING
    ------0001 20:12:16 04-26-2011 01-----

   150  1 264451 07:46 04/26 20:12 04/26

    PARKING                    10.00

    6CASH                      20.00

    CHANGE                     10.00

    INCLUDES 27% STATE PARKING TAX
         PLEASE DRIVE SAFELY
    QUESTIONS ?? CALL 800-300-9069
    ----THANK YOU FOR PARKING WITH US----
```

CMS Trip

T4C01051

```
            SSP America
        RAM'S HEAD TAVERN
         BWI Airport, MD
          (410) 691-2515
Date:          Apr26'11 05:41PM
Card Type:  Visa
Acct #:        XXXXXXXXXXXX1253
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  EIE004185997543
Exp Date:   XX/XX
Auth Code:  03227C
Check:      9710
Table:      1/1
Server:     11 Douglas

Subtotal:          29.63

Tip:_____ 2.90

Total:_____ 32.53

         _____
Signature
** Gratuity Not Included **
I agree to pay above total
according to my card issuer
agreement.
*** Customer Copy ***
```

CMS Trip

A1097

T4C01052


**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

April 26, 2011

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on May 26, 2011**

*Paid 5/5
ck #1661
$ 6,500.00*

T4C01053

 GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

April 26, 2011
21555-001
**Invoice No. 384285**

For legal services rendered through March 31, 2011

**Miscellaneous**

| 03/01/11 | J. Adkins | E-mails to and from Mr. Mucke; review lease; attention to property and condo documents. | 3.9 |
|---|---|---|---|
| 03/02/11 | J. Adkins | Conference call with Mr. Mucke re: lease and issues related to same; edit lease; draft inserts to lease; draft e-mails to Mr. Mucke. | 3.8 |
| 03/03/11 | J. Adkins | Edit lease. | 3.2 |
| 03/04/11 | J. Adkins | Edit lease; draft correspondence to Mr. Mucke. | 3.9 |
| 03/09/11 | J. Adkins | Review revised lease; research Michigan law re: certain provisions; conference call with Mr. Mucke. | 2.5 |
| 03/09/11 | K. McLaughlin | Conference with Mr. Scott regarding pending ACLR issues, work, and review of prior correspondence concerning same. [NO CHARGE]. | .0 |
| 03/09/11 | K. McLaughlin | Review of documents and conference with Mr. Wilbers regarding credit card agreement. | .4 |
| 03/09/11 | M. Wilbers | Review and revise draft employee credit card agreement at Kristen Barnes' request; conference briefly with K. McLaughlin regarding the same; email correspondence with Kristen Barnes regarding the same | .5 |
| 03/11/11 | J. Scott | Medicare Part D Contract, review client's email, Government Order for Supplies or Services, Performance Work Statement and company's related attachment, research subcontracting definitions and changes provisions, detailed memo to client with attachments. | 2.7 |
| 03/16/11 | J. Adkins | Review Livonia lease; conference call with Mr. Mucke re: lease issues. | 3.1 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01054



|  |  | |
|---|---|---|
| Total Hours | ------------ 24.0 | |
| Fees This Matter | | 7,435.50 |
| DISCOUNT | | -935.50 |
| Total Fees This Matter | | 6,500.00 |
| Total This Matter | $ | 6,500.00 |
| TOTAL THIS STATEMENT | $ | 6,500.00 |
| PRIOR OUTSTANDING BALANCE | $ | 0.00 |
| BALANCE DUE | $ | 6,500.00 |
| | | ================ |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624
FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI  48375

March 21, 2011

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on April 20, 2011**

Paid 3/29
ck #1678

T4C01056

**bright house** NETWORKS

*0001514

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA MICH  48154-5405
8381 9800 BH RP  03  05042011 NNNNNY

ACLR LLC
38705 7 MILE RD STE 475
C/O KRISTEN BARNES
LIVONIA MI  48152-3975

# Statement of Account

Page 1 of 3

Statement Date:         May 03, 2011
**Account Number:**     8381 98 006 0841710
                        Customer Code: 1371

**How To Reach Us...**
  24HR CUSTOMER SUPPORT 866-898-9101
  24HR INTERNET SERVICE 866-233-7233
24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
                 38705 7 MILE RD STE 475
                 LIVONIA MI 48152-3975

## Account Summary

Please see reverse side for account details.

PAYMENTS RECEIVED after 05/03/11 are not included on this statement

| | |
|---|---|
| Previous Statement Balance | $ 0.00 |
| Payment(s) | .00 |
| Current Monthly Service(s) | 244.30 |
| Other Charge(s), Taxes & Fee(s) | 18.38 |
| **Balance Due** | **$ 262.68** |
| **Payment Due Date** | 05/23/11 |



## For Your Information



Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.

Paid ck#1668

*Easy Ways to Pay:*     brighthouse.com        Phone        Mail

A1102

T4C01057

**bright house** NETWORKS

ACLR LLC
Statement Date:
Account Number:

Page 2 of 3
May 03, 2011
8381 98 006 0841710

## Account Detail

**This statement is for services from 05/03/11 through 06/02/11.**

Previous Statement Balance ............................................................ $ 0.00

### Current Monthly Service(s)

| | | |
|---|---|---|
| 05/03 - 06/02 | Voice Mail | 7.50 |
| 05/03 - 06/02 | Comm HSD 15m X 2m | 105.00 |
| 05/03 - 06/02 | 3yr Full Feature 4 Lines | 131.80 |
| | **Subtotal** | **244.30** |

### Other Charge(s), Taxes & Fee(s)



| | | |
|---|---|---|
| 05/03 | Federal Universal Service Fund Fee | 5.67 |
| 05/03 | Federal TRS | .22 |
| 05/03 | Federal ITSP | .13 |
| 05/03 | LNPA Fee (Local Port Number Avail) | .16 |
| 05/03 | Wayne 911 Surcharge | 1.68 |
| 05/03 | E911 Technical Assessment | 1.04 |
| 05/03 | State Use Tax | 8.72 |
| 05/03 | Michigan 911 Surcharge | .76 |
| | **Subtotal** | **18.38** |

**Balance Due** ............................................................ **$ 262.68**

Your Franchise Authority Is: Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia,
MI 48154 Phone 734/466-2540

T4C01058



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2011 | 48882 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152<br>Attn: Kristin Barnes |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 96 | James on security settings, configuration, script testing, Meeting with CMS | 180.00 | 17,280.00 |
| 96 | gold Discount | -60.00 | -5,760.00 |
| 32 | Ed Chapman | 130.00 | 4,160.00 |
| 32 | Gold Discount | -10.00 | -320.00 |
| 11 | Florin additional security work on servers | 90.00 | 990.00 |
| | Sales Tax | 0.00 | 0.00 |

Paid 5/16/2011
ck #1670

| **Total** | $16,350.00 |
|-----------|------------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01059



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2011 | 49080 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152<br>Attn: Kristin Barnes |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R |          | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Airfare to Washington for James Kelley and Ed Chapman | 403.40 | 806.80 |
|   | Sales Tax | 0.00 | 0.00 |

Paid 5/16/2011

ck #1670

| | Total | |
|---|---|---|
| | | $806.80 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1105



**Platinum Business Fi    domPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 04/25/11

**OPEN** p. 1/11

Account Ending 1-14009

| | |
|---|---|
| **New Balance** | $10,226.04 |
| **Minimum Payment Due** | $205.00 |
| **Payment Due Date** | 05/20/11 |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

**FreedomPass Points**

**23,465**

For rewards information, please visit americanexpress.com/freedompass

**Account Summary**

| | |
|---|---|
| Previous Balance | $7,520.53 |
| Payments/Credits | -$7,676.05 |
| New Charges | +$10,381.56 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | $10,226.04 |
| **Minimum Payment Due** | $205.00 |

| | |
|---|---|
| Credit Limit | $22,400.00 |
| Available Credit | $12,173.96 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| Days in Billing Period: | 31 |

**Customer Care**

Pay by Computer
open.com/pbc

Customer Care   Pay by Phone
1-800-653-3104   1-800-472-9297

See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-14009**

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
550 FOREST AVE
STE 15-2
PLYMOUTH MI 48170-3793

Payment Due Date
**05/20/11**

New Balance
**$10,226.04**

Minimum Payment Due
**$205.00**

Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$
**Amount Enclosed**

0000349990624312155 0010226040000020500 22 ⊣

**Platinum Business Fr JomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 04/25/11

AMERICAN EXPRESS

**OPEN**

p. 3/11

Account Ending 1-14009

## Payments and Credits

### Summary

| | | Total |
|---|---|---|
| Payments | | -$7,520.53 |
| Credits | | |
| CHRISTOPHER MUCKE 1-14009 | | -$155.52 |
| **Total Payments and Credits** | | **-$7,676.05** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 04/15/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$7,520.53 |
| **Credits** | | | **Amount** |
| 03/25/11 | CHRISTOPHER MUCKE | T328:0001 Hertz: $50 OPEN Savings statement credit offer SEE SUMMARY GRID FOR MORE INFORMATION | -$50.00 |
| 03/26/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz SEE SUMMARY GRID FOR MORE INFORMATION | -$18.50 |
| 03/28/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at Springhill Suites by Marriott SPRINGHILL SUITES4Y4 $539.01 03/25/2011 | -$26.95 |
| 03/28/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at Springhill Suites by Marriott SPRINGHILL SUITES4Y4 $539.01 03/25/2011 | -$26.95 |
| 04/05/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx FEDEX# 794586326802 7945 $10.59 03/29/2011 | -$0.53 |
| 04/07/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz SEE SUMMARY GRID FOR MORE INFORMATION | -$6.54 |
| 04/14/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at Springhill Suites by Marriott SPRINGHILL SUITES5C3 $183.65 04/12/2011 | -$9.18 |
| 04/14/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at Springhill Suites by Marriott SPRINGHILL SUITES5C3 $183.65 04/12/2011 | -$9.18 |
| 04/14/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz SEE SUMMARY GRID FOR MORE INFORMATION | -$7.69 |

## New Charges

### Summary

| | | Total |
|---|---|---|
| CHRISTOPHER MUCKE 1-14009 | | $5,680.27 |
| KRISTEN M BARNES 1-11062 | | $4,671.29 |
| JASON BARNES 1-11070 | | $30.00 |
| **Total New Charges** | | **$10,381.56** |

Continued on reverse

T4C01062

| CHRISTOPHER MUCKE | | Account Ending 1-14009 | | | p. 4/11 |
|---|---|---|---|---|---|

## Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

| | | | | | Amount |
|---|---|---|---|---|---|
| 03/25/11 | OLIVE GROVE 88430068LINTHICUM | | MD | | $143.61 |
| | RESTAURANT | | | | |
| | TIP | | $30.00 | Meal | |
| 03/25/11 | SPRINGHILL SUITES4Y4LINTHICUM | | MD | | $539.01 |
| | Arrival Date | Departure Date | | | |
| | 03/22/11 | 03/25/11 | | Lodging | |
| | 00000000 | | | | |
| 03/25/11 | SPRINGHILL SUITES4Y4LINTHICUM | | MD | | $539.01 |
| | Arrival Date | Departure Date | | | |
| | 03/22/11 | 03/25/11 | | Lodging | |
| | 00000000 | | | | |

| 03/28/11 | EG NICKS 00001    PLYMOUTH    MI | | | | $30.51 |
|---|---|---|---|---|---|
| | 734-414-6400 | | | | |
| | FOOD | | $25.51 | | |
| | TIP | | $5.00 | Meal | |

| 03/29/11 | DELTA AIR LINES   ATLANTA | | | | $457.40 |
|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | A | |
| | | DETROIT WAYNE COUN | DL | A | Flight |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 00623461362602 | | Date of Departure: 04/05 | | |
| | Passenger Name: DIXON/BRUCE | | | | |
| | Document Type: PASSENGER TICKET | | | | |

| 03/29/11 | DELTA AIR LINES   ATLANTA | | | | $457.40 |
|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | A | Flight |
| | | DETROIT WAYNE COUN | DL | A | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 00623461362591 | | Date of Departure: 04/05 | | |
| | Passenger Name: MUCKE/CHRISTOPHER A | | | | |
| | Document Type: PASSENGER TICKET | | | | |

| 03/29/11 | FEDEX# 794586326802 1-800-622-1147 | | | | $10.59 |
|---|---|---|---|---|---|
| | 1-800-622-1147 | | | | |
| | TO: Centers for Medicare & Medical MD | | | | |
| | FROM: Jason Barnes 48170 | | | | |
| | 001 EXP SVR LTR 1LB AWB794586326802 | | Postage | | |
| | YOUR FEDEX CUSTOM DISCOUNT IS $1.06 | | | | |

| 04/01/11 | ATT BUS PHONE PMT  800-704-4808 | TX | | | $314.79 |
|---|---|---|---|---|---|
| | AT&T EZC PMT | | Misc | | |

Continued on next page

**Platinum Business F    domPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 04/25/11

**OPEN**

p. 5/11

Account Ending 1-14009

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 04/04/11 | EG NICKS 00001    PLYMOUTH    MI<br>734-414-6400<br>FOOD                    $67.39<br>TIP                        $15.00 | | | $82.39 |
| 04/05/11 | METRO AIRPORT PARKINDETROIT    MI<br>PARKING LOT & GARAGE | | | $25.00 |
| 04/05/11 | HERTZ CAR RENTAL    BALTIMORE    MD<br>        Location<br>Rental:      BALTIMORE MD<br>Return:      BALTIMORE MD<br>Agreement Number: 175025152<br>Renter Name: MUCKE /CHRISTOPHER | Date<br>11/04/05<br>11/04/05 | | $130.81 |
| 04/05/11 | MARRIOTT 337M48ALAIRBALTIMORE    MD<br>Arrival Date        Departure Date<br>04/05/11            04/05/11<br>00000000<br>LODGING | | | $92.38 |
| 04/05/11 | BWI RAMS HEAD 140132BALTIMORE    MD<br>CATERER<br>FOOD/BEVERAGE        $68.26<br>TIP                    $20.00 | | | $88.26 |
| 04/07/11 | DELTA AIR LINES    ATLANTA<br>DELTA AIR LINES<br>From:              To:<br>DETROIT WAYNE COUN    BALTIMORE WASHINGT<br>                    DETROIT WAYNE COUN<br>                    N/A<br>                    N/A<br>Ticket Number: 00623478755701<br>Passenger Name: DIXON/BRUCE<br>Document Type: PASSENGER TICKET | Carrier:    Class:<br>DL          A<br>DL          A<br>YY          00<br>YY          00<br>Date of Departure: 04/26 | | $457.40 |
| 04/08/11 | MARRIOTT 337K5LIVNIALIVONIA    MI<br>Arrival Date        Departure Date<br>04/08/11            04/08/11<br>00000000<br>LODGING | | | $33.45 |
| 04/12/11 | DELTA AIR LINES    ATLANTA<br>DELTA AIR LINES<br>From:              To:<br>DETROIT WAYNE COUN    BALTIMORE WASHINGT<br>                    DETROIT WAYNE COUN<br>                    N/A<br>                    N/A<br>Ticket Number: 00623475226835<br>Passenger Name: MUCKE/CHRISTOPHER A<br>Document Type: PASSENGER TICKET | Carrier:    Class:<br>DL          A<br>DL          A<br>YY          00<br>YY          00<br>Date of Departure: 04/26 | | $477.42 |



Continued on reverse

A1109

CHRISTOPHER MUCKE                    Account Ending 1-14009                          p. 6/11

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 04/12/11 | SPRINGHILL SUITESSC3BALTIMORE   MD | *Lodging* | $183.65 |
| | Arrival Date          Departure Date | | |
| | 04/12/11              04/12/11 | | |
| | 00000000 | | |
| 04/12/11 | SPRINGHILL SUITESSC3BALTIMORE   MD | *Lodging* | $183.65 |
| | Arrival Date          Departure Date | | |
| | 04/12/11              04/12/11 | | |
| | 00000000 | | |
| 04/13/11 | HERTZ CAR RENTAL   HERTZ PPAY   OK | *Car* | $153.76 |
| | Location                 Date | | |
| | Rental:   HERTZ PPAY OK   11/04/11 | | |
| | Return:   HERTZ PPAY OK   11/04/13 | | |
| | Agreement Number: 007590914 | | |
| | Renter Name: MUCKE CHRISTOPHER | | |
| 04/15/11 | EG NICKS 00001   PLYMOUTH   MI | *Meal* | $44.10 |
| | 734-414-6400 | | |
| | FOOD          $37.10 | | |
| | TIP           $7.00 | | |
| 04/17/11 | BEST BUY MHT 417 NOVI   MI | *$346.58 · tax off   $21.19 · phone* | $367.77 |
| | ELECTRONICS STORE | | |
| 04/21/11 | ANDIAMO OF LIVONIA 0LIVONIA   MI | *Meal* | $239.76 |
| | 7349533200 | | |
| | Description | | |
| | RESTAURANT CHARGES | | |
| 04/22/11 | BUCA DI BEPPO #2201 LIVONIA   MI | *Meal* | $98.45 |
| | 734-462-6442 | | |
| | Description | | |
| | FOOD/BEVERAGE | | |

### KRISTEN M BARNES
Card Ending 1-11062

| | | | Amount |
|---|---|---|---|
| 03/31/11 | COLO FACILITIES ATLA404-230-9150 | *T/4 Expense   $620 · internet   F. 570 · colo rent* | $1,490.00 |
| | 404-230-9150 | | |

Continued on next page

Platinum Business Fr   domPass Credit Card       **OPEN**       p. 7/11
ACLR
CHRISTOPHER MUCKE
Closing Date 04/25/11                            Account Ending 1-14009

## Detail Continued

|  | | | | Amount |
|---|---|---|---|---|
| 03/31/11 | TRANXACT GLOBAL   404-230-9150 404-230-9150 | | | $410.00 |
| 03/31/11 | ULINE SHIP SUPPLIES SHIPPING SUP KRISTEN 60044 | | | $73.66 |
| 04/07/11 | STATSOFT, INC.   918-749-1119 00 74104 | | | $1,800.00 |
| 04/08/11 | CDW Government VernoCDW Government WVB2809 48170 ORD WVB2809 ,REQ ACLR ITT RSA 5PK 3YR;UPI 340.0000;QTY1 IT2;UPI 0.0000;QTY FRT 0.00;HDL 0.00;ITM1 | | | $340.00 |
| 04/08/11 | NUVOX   800-600-5050   SC TELECOMMUNIC | | | $442.30 |
| 04/14/11 | COMPASS SELF STOR 20248-8883500   MI WAREHOUSING & STORAGE | | | $89.00 |
| 04/18/11 | TRANXACT GLOBAL   404-230-9150 404-230-9150 | | | $20.00 |
| 04/19/11 | USPS 25760001740657 3PLYMOUTH   MI 800-2758777 | | | $5.25 |
| 04/20/11 | USPS 25760001740657 3PLYMOUTH   MI 800-2758777 | | | $1.08 |

**JASON BARNES**
Card Ending 1-11070

|  | | | | Amount |
|---|---|---|---|---|
| 03/25/11 | METRO AIRPORT PARKINDETROIT   MI PARKING LOT & GARAGE | | | $30.00 |

## Fees

|  | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

|  | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

## 2011 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2011 | $0.00 |
| Total Interest in 2011 | $0.00 |

Continued on reverse



T4C01066

| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Office Supplies | Postage | Computer Supplies |
|---|---|---|---|---|---|---|---|---|---|
| April 2011 | | | | | | | | | |
| Apr 2011 | 457.40 | 539.01 | 25.00 | 143.61 | 1,490.00 | 314.79 | 346.58 | 10.59 | |
| Apr 2011 | 457.40 | 539.01 | 130.81 | 30.51 | 410.00 | | 73.66 | 1.08 | |
| Apr 2011 | 457.40 | 183.65 | 153.76 | 82.39 | 340.00 | | | 5.25 | |
| Apr 2011 | 477.42 | 183.65 | 30.00 | 92.38 | 20.00 | | | 1.08 | |
| Apr 2011 | | | | 88.26 | 1,800.00 | | | | |
| Apr 2011 | | | | 33.45 | | | | | |
| Apr 2011 | | | | 44.10 | | | | | |
| Apr 2011 | | | | 239.76 | | | | | |
| Apr 2011 | | | | 98.45 | | | | | |
| Apr 2011 | | | | | | | | | |
| Apr 2011 | | | | | | | | | |
| Totals | 1,849.62 | 1,445.32 | 339.57 | 852.91 | 4,060.00 | 314.79 | 420.24 | 18.00 | 0.00 |
| Credits | | -72.26 | -76.19 | | | | | -0.53 | |
| Net Expenses | 1,849.62 | 1,373.06 | 263.38 | 852.91 | 4,060.00 | 314.79 | 420.24 | 17.47 | 0.00 |

T4C01067

EG NICKS
500 FOREST AVE
PLYMOUTH, MI 48170
734-414-6400

Merchant ID: 230034746
Term ID: 3030
Server ID: 5486

Sale          *ALBSON*
              *mckt*
              *BARng*
              *SCHILLING*

AMEX
XXXXXXXXXXX4009
Entry Method: Swiped
Apprvd: Online  Batch#: 000002
04/04/11           14:29:02

Inv#: 00000006 Appr Code: 543619

Amount:      $      67.39

Tip:              15 -

Total:          82 39

        Customer Copy

        THANK YOU!

---

DETROIT MARRIOTT LIVONIA
Livonia, MI
SWEET LORRAINES
CHECK:     1378
TABLE:     12/1
SERVER:    76 TERI
DATE:      08APR'11 8:34AM
CARD TYPE: AMERICAN EXPRESS
ACCT #:    XXXXXXXXXXX4009
EXP DATE:  XX/XX
AUTH CODE: 553140    *Mude*
           C MUCKE   *Mude*

SUBTOTAL:           27.45

GRATUITY $          6 -

TOTAL    $          33.45

SIGNATURE_____

---

EG NICKS
500 FOREST AVE
PLYMOUTH, MI 48170
734-414-6400

Merchant ID: 230034746
Term ID: 3030
Server ID: 521        *Berner*

Sale      Mude

AMEX
XXXXXXXXXXX4009
Entry Method: Swiped
              Online
04/15/11            13:53:17

Inv#: 00000008 Appr Code: 534708

Amount:      $      37.10

Tip:              7 -

Total:          44.10

        Customer Copy

---

OOC3
Server: BOBBY M            Rec: 9
04/21/11 13:34, Swiped   T: 31 Term: 5

ANDIAMO LIVONIA
(  )  -
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER
AMERICAN EXPRES XXXXXXXXXXXX4009
Name: C MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 572557
Reference: AU127618
TRANS TYPE: Credit Card SALE

CHECK:           199.76

TIP:

TOTAL:           235.76

X

PHONE: (  )  -
***Duplicate Copy***
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

T4C01068

WELCOME TO BEST BUY #417
NOVI, MI 48375
(248)449-8956

Keep your receipt!

Val #: 0555-2642-7430-2771

0417 007 5603 04/17/11    17:02 00140692

| | | |
|---|---|---|
| 9250017   LP36006 | 16.99 | |
| VOLTA 20 | | |
| ITEM TAX 1.02 | | |
| 1215201   MHSTS20/B | 199.99 | |
| SONY BLOGGIE TOUCH BLACK HD C | | |
| ITEM TAX 12.00 | | |
| 9448449   SDMX18R-004 | 39.99 | * |
| SANSA 4GB BLACK CLIP+ MP3 PLA | | |
| REG $49.99  10.00 SALE DISC | | |
| ITEM TAX 2.40 | | |
| 1261563   RVF-00001 | 69.99 | |
| ARC TOUCH MOUSE | | |
| ITEM TAX 4.20 | | |
| 9148807   DVD | 19.99 | * |
| DISNEY - MARY POPPINS 45TH ANV 2-DI | | |
| ITEM TAX 1.20 | | |

SUBTOTAL        346.95
SALES TAX AMOUNT    20.82

TOTAL      367.77

xxxxxxxxxxxx4009        AMEX    367.77
C  MUCKE
APPROVAL 619402                - 21.19 *
                                312.58

EG NICKS
500 FOREST AVE
PLYMOUTH, MI 48170
734-414-6400

Merchant ID: 230034746
Term ID: 3830
Server Id: 5210

Sale

AMEX                    Btnwis
xxxxxxxxxxxx4009          mhr
Entry Method: Swiped       PP
Apprvd: Online   Batch#: 000002
04/25/11            13:44:52

Inv#: 000009 Appr Code: 545866

Amount:        $      40.74
Tip:
Total:                50.74

Customer Copy

THANK YOU!

ARRIOTT
RE, MD
CHESAPEAKE

CHECK:      7078
TABLE:      54 / 1
SERVER:     64 KYONG
DATE:       26APR'11  1:07PM
CARD TYPE:  AMERICAN EXPRESS
ACCT #:     XXXXXXXXXXXX4009
EXP DATE:   XX/XX
AUTH CODE:  574259   Myds
            C MUCKE  Dixon

            (FACTS:
            TRANISING 25.97
SUBTOTAL:

GRATUITY $          5 -

TOTAL     $        30.57

SI

BWI

CHESAPEAKE
CHECK:      7099
TABLE:      12 / 1
SERVER:     87 DON
DATE:       26APR'11  8:05PM
CARD TYPE:  AMERICAN EXPRESS
ACCT #:     XXXXXXXXXXXX4009
EXP DATE:   XX/XX
AUTH CODE:  525102
            C MUCKE

SUBTOTAL:              46.64

GRATUITY $

TOTAL     $           56.64

SIGNATURE

A1114

T4C01069

Northville, MI 48167
(248)349-1715

Server: Mel                    DOB: 04/29/2011
04:01 PM                            04/29/2011
Cr/1                                 2/20060

Amex                              2097170
Card #XXXXXXXXXXX4009
Magnetic card present:
Approval: 595639

            Amount:        20.40

            + Tip: _____

            = Total:    25.40

X    _____

WELCOME TO BEST BUY #290
GLEN BURNIE, MD 21061
(410)787-3139

Keep your receipt!

Val #: 0568-5762-9827-1273

0290 004 8362 04/27/11    10.13 00723501

9420361   RF-BPRAC4                79.99
ROCKETFISH AC POWER ADAPTER
ITEM TAX 4.80
                            _____
              SUBTOTAL       79.99
        SALES TAX AMOUNT      4.80
                            ===========
                 TOTAL       84.79
XXXXXXXXXXXX4009   AMEX      84.79
C MUCKE
APPROVAL 637539

***************************************
DATE  4/22/11          TIME  5:37:44PM
MID 328008061991        3212428924

         Buca di Beppo Livonia
         38888 Six Mile Road
         Livonia, MI
         48152

AMEX      XXXXXXXXXX4009     S
AUTH 515701   TBL 1   CHECK  298979
PRE-AUTH    DINING ROOM    Erick W.

AMOUNT                         77.77
TAX                             4.68
                        ----------------
   SUBTOTAL  $      82.45

      TIP  $........

   TOTAL  $........  98.45
                      ==========

   CUSTOMER COPY
***************************************

Dear Valued Customer,

   To help keep prices low for all of our
customers, this store tracks exchanges and
returns on an individual level. When you
exchange or return an item at this store,
we require a valid form of photo ID (see
below)...

A1115

T4C01070



SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

| | |
|---|---|
| Bruce Dixon | Room: 230 |
| 550 Forest Ave Ste 15-2 | Room Type: QQST |
| Plymouth MI 48170-3793 | Number of Guests: 1 |
| Aclr | Rate: $159.00    Clerk: ASD |

Arrive: 26Apr11    Time: 01:22PM    Depart: 26Apr11    Time: 04:20PM    Folio Number: 87706

| Date | Description | Charges | Credits |
|---|---|---|---|
| 26Apr11 | Room Charge | 79.50 | |
| 26Apr11 | State Occupancy Tax | 4.77 | |
| 26Apr11 | Occupancy Sales Tax | 5.57 | |
| 26Apr11 | American Express | | 89.84 |
| | *Card #: AXXXXXXXXXXXXX4009/XXXX* | | |
| | *Amount:  89.84  Auth: 133194  Signature on File* | | |
| | *This card was electronically swiped on 26Apr11* | | |
| | **Balance:** | 0.00 | |

**Rewards Account # XXXXX8175.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

T4C01071



SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

C. Mucke

Room: 231

Room Type: QQST

Number of Guests: 1

Rate: $159.00          Clerk:

Arrive: 26Apr11    Time: 01:22PM    Depart: 27Apr11    Time:          Folio Number: 87707

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 26Apr11 | Room Charge | 159.00 | |
| 26Apr11 | State Occupancy Tax | 9.54 | |
| 26Apr11 | Occupancy Sales Tax | 11.13 | |
| 27Apr11 | American Express | | 179.67 |
| | *Card #: AXXXXXXXXXXXXX4009/XXXX* | | |
| | *Amount: 179.67 Auth: 505694 Signature on File* | | |
| | *This card was electronically swiped on 26Apr11* | | |

Balance:          0.00

**Rewards Account # XXXXX8175.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

Panera Bread
Cafe 3588
Baltimore, MD 21244
Phone: 410-448-7431

4/27/2011                    1:08:32 PM
Check Number:  405130   Cashier:  Brittnae
1 U PICK 2                      6.59
    1 1/2 HAM & SWISS
    1 1/2 MICHE RYE
    1 **PLAIN**
    1 LETTUCE
    1 SPICY MUSTRD
    1 CUP U FR ONION
    1 ***BKD CHP
1 REG. SODA                     1.59
        SubTotal      8.18
        Tax           0.50
        Total         8.68
        Cash         20.00
        Change       11.32

     TELL US HOW WE ARE DOING
     AND YOU MAY WIN $2000
     GO TO WWW.PANERALISTENS.COM
     OR CALL 1-800-699-0130
     WITHIN 48 HOURS/ MONTHLY DRAWING
     RULES AT WWW.PANERALISTENS.COM

            HERE
     Your Order Number
     Customer / Pager:

---

SSP America
RAM'S HEAD TAVERN
BWI Airport, MD
(410) 691-2515
Date:           Apr27'11 05:57PM
Card Type:      Amex
Acct #:         XXXXXXXXXXX4009
Card Entry:     SWIPED
Trans Type:     PURCHASE
Trans Key:      AIA005027280741
Exp Date:       XX/XX
Auth Code:      533544
Check:          1009
Table:          4/1
Server:         59 Sandra C

Subtotal:            56.13

Tip:                 15 -

Total:               71.13

Signature
** Gratuity Not Included **
I agree to pay above total
according to my card issuer
agreement.
*** Customer Copy ***

---

EG NICKS
500 FOREST AVE
PLYMOUTH  MI
734 41

Merchant

Sale
AMEX
XXXXXXXXXX4009
Entry Method: Swiped
Apprvd: Online   Batch: 00004
04/28/11

VH: 00000005 Abor Cod:

Total                33.21

Customer Copy
Thank You!

---

Hertz              PG 1 OF #01 GS   RR 186421900

CC                 MDBAL11    0184011

RENTED BY THE HERTZ CORPORATION
EMERGENCY ROAD SERVICE 800-654-5060
RENTAL EXTENSIONS/CHARGES 800-654-4174
CHRISTOPHER MUCKE

VEHICLE  01889 /5037686         11 SIRENCLVAND TPN
LIC MDFAF873 CLS L4 MILES OUT  9251   FUEL OUT  8/8
SAT RADIO Y  TK CAP 22.0       STALL G 0 346

RENTED: 04/28/11 11:19 @ BALTIWASH INTL AIRPORT
RETURN: 04/27/11 18:00 @ BALTIWASH INTL AIRPORT
You agree to pay charges at the rates and in the amounts that appear
on the left of the table below. Taxable charges are denoted by a T, and
additional details about some charges appear beneath the table. Our
estimates of Your total charges appear on the right of the table below.
Our estimates assume (1) You will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will drive
no more than the distance indicated and (3) You will not incur any charges
that either are listed below opposite **** or cannot be calculated until
return. If any of these assumptions is incorrect, additional charges or
charges at higher rates may apply.

|  |  |  | CHARGE ESTIMATE |
|---|---|---|---|
| CHARGE RATE / AMOUNT |  |  |  |
| TIME / MILEAGE CHGS  RATE PLAN - VSTATD |  |  | CLASS - L |
| 2 @ $  85.42/DAY   WITH ALL MILES FREE | $ | T$ | 170.84 |
| EXTRA CHARGES IF APPLICABLE |  | $ | 170.84 |
|  $  85.42/EX.DAY |  |  | **** |
|  $  42.71/EX.HOUR |  |  | **** |
| SUBTOTAL 1 | $ | T$ | 170.84 |
| DISCOUNT -       R  10% |  | T$ | 17/08 |
| SUBTOTAL 2 |  | T$ | 153.76 |
| ADDITIONAL CHARGES |  |  |  |
| FEES FOR ANY ADDITIONAL AUTHORIZED |  | T$ |  |
| OPERATORS NOT INCLUDED |  |  |  |
| OPTIONAL SERVICES |  |  |  |
| FUEL & SERVICE $.344 /MI $3.50 /GAL  22.0 /TK | $ |  | **** |
| ASSESSMENTS / FEES / TAXES |  |  |  |
| CONCESSION FEE RECOVERY |  | T$ | 17.9 |
| CFC & TFC                 11.10% | $ | T$ | 11.09 |
| VEHICLE LICENSE COST RECOVERY |  | T$ | 1.12 |
| TAX  11.500% ON EST. TAXABLE TTL $  182.77 |  | T$ | 21.02 |
| SUBTOTAL 1 |  | T$ |  |
| DISCOUNT            R |  | T$ |  |
| SUBTOTAL 2 |  | T$ |  |

ADDITIONAL CHARGES
VOUCHER -                       $ - 153.76
ADJUSTMENTS                     (      ) 153.76

TOTAL ESTIMATED CHARGE          $   50.03

186421900

MDBACGT5



BWI-THUR

# RR 175025152  #01
# CHRISTOPHER
# MUCKE

VEHICLE: 01998 / 7389182
10TRV8   LIC: NY FAE6780
FUEL: 8/8 OUT 8/8 IN
CDP: 165385 -DELTA A-L FF DISCOUNT #

RES: F0624133910 /MCLD / L4
COMPLETED BY: 4812 /MDBAL11

RENTED:  BALT/WASH INT'L AIRPORT
RENTAL:  04/05 /11 12:55
RETURN:  04/05 /11 16:43
RETURNED: BWI-THURGOOD MARSHALL AP

PLAN IN:   MCLD    RATE CLASS: L4
PLAN OUT:  MCLD

MILES IN:   22820   TR-X MILES
MILES OUT:  22779   MILES ALLOWED
MILES DRIVEN:  41   MILES CHARGED

| DAYS | 1 @ $ 105.49 / DAY | $ | 105.49 |
|---|---|---|---|
| SUBTOTAL 1 | | $ | 105.49 |
| DISCOUNT - | R 5% | $ | 5.27 |
| SUBTOTAL 2 | | T$ | 100.22 |
| CONCESSION FEE RECOVERY | | T$ | 11.18 |
| LDW | DECLINED | | |
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| CFC & TFC | | T$ | 5.35 |
| VEHICLE LICENSE COST RECOVERY | | T$ | .56 |
| TAX 11.500% ON | 117.31 | $ | 13.50 |
| NET DUE | | $ | 130.81 |
| PAID BY | AMX   XXXXXXXXXXX4009 | | |

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code:   01840

3) Tal                 n Survey

---

RIOTT
BALTIMORE, MD
CHESAPEAK

CHECK:      5835
TABLE:      15/1
SERVER:     62 J C
DATE:       05APR'11  1:53P
CARD TYPE:  AMERICAN EXPRESS
ACCT #:     XXXXXXXXXXX4009
EXP DATE:   XX/XX
AUTH CODE:  548050
            C MUCKE

SUBTOTAL:          77.38

GRATUITY $         15

TOTAL    $         92 38

SIGNATURE

---

IOTT
DAY NIGHT BAR

CHECK:      5554
GST CHKID:  BACK TBLE
SERVER:     506 KENNETH
DATE:       24MAR'11  4:38PM
CARD TYPE:  AMERICAN EXPRESS
ACCT #:     XXXXXXXXXXX4009
EXP DATE:   XX/XX
AUTH CODE:  504664
            C MUCKE

SUBTOTAL:          81.09

GRATUITY $         20

TOTAL    $        101.09

SIGNATURE

---

CMS System Security Meeting
April 5th, 2011

T4C01074

*forward to mail to M Radvansky*

*rec ACES B-2 Identity certificate*

```
=================================
       PURSELL  STATION
     PLYMOUTH, Michigan
         481701622
        2524950171-0095
04/19/2011 (800)275-8777 09:12:41 AM
=================================
========== Sales Receipt =========
Product          Sale  Unit    Final
Description       Qty  Price    Price

ATLANTA GA 30339                $5.25
Zone-4 Priority Mail
 7.80 oz.
                               ========
 Issue PVI:                     $5.25

                               ==========
Total:                          $5.25

Paid by:
AMEX                            $5.25
  Account #:      XXXXXXXXXXXX1062
  Approval #:     519453
  Transaction #:  556
  23903040657321471 3042

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipp---  ----- --      For
othe-
1-800
```

```
=================================
        PURSELL  STATION
      PLYMOUTH, Michigan
          481701622
         2524950171-0097
04/20/2011 (800)275-8777 10:08:08 AM
=================================
========== Sales Receipt =========
Product           Sale  Unit    Final
Description        Qty  Price    Price

FAIRFAX VA 22030                 $1.08
Zone-4 First-Class
Large Env
 1.80 oz.
                                ========
 Issue PVI:                      $1.08

                                ==========
Total:                           $1.08

Paid by:
AMEX                             $1.08
  Account #:       XXXXXXXXXXXX1062
  Approval #:      584043
  Transaction #:   2
  23903040657321471 3042

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknshin -- -----
shipping             For
other in
```



A1120

WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
INFORMATION PAGE ENDORSEMENT
PAGE 01

04-7024-F264

THIS FORMS A PART OF                    COVERAGE IS PROVIDED BY
POLICY NO.  92-BQ-F573-9               STATE FARM FIRE AND CASUALTY COMPANY
                        2702 IRELAND GROVE RD, BLOOMINGTON IL 61709-0001

NAMED INSURED AND MAILING ADDRESS          INTRASTATE RISK ID NO. 04086406A
   ACLR LLC                                FEIN 202662374
   38705 7 MILE RD STE 475
   LIVONIA MI  48152-3975

--------------------------------------------------------------------

  THE EFFECTIVE DATE IS  06/01/2011 | YOUR POLICY IS AMENDED AS FOLLOWS:
                                    | INSURED NAME AND/OR ADDRESS CHANGE
  THE EXPIRATION DATE IS 06/01/2012 |

--------------------------------------------------------------------

  POLICY CODE NOS., CLASSIFICATIONS, PREMIUM BASIS, RATES AND ESTIMATED
  PREMIUMS ARE AMENDED AS FOLLOWS:

--------------------------------------------------------------------

  THE PREMIUM FOR THIS POLICY WILL BE DETERMINED BY OUR MANUALS OF
  RULES, CLASSIFICATIONS, RATES AND RATING PLANS. ALL INFORMATION
  REQUIRED BELOW IS SUBJECT TO VERIFICATION AND CHANGE BY AUDIT

| CODE NOS. AND CLASSIFICATIONS | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE/$100 REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|
| 8803 AUDITOR, ACCOUNTANT OR FACTORY COST OR OFFICE SYSTEMATIZER - TRAVELING | 660,478 | .10 | 660 |
| | | | |

*[handwritten: 5/20/11 Paid Ck#1706]*

| | | | |
|---|---|---|---|
| TERRORISM 9740 | 660,478 | .01 | 66 |

MINIMUM PREMIUM $ 200 MICHIGAN     TOTAL ESTIMATED ANNUAL PREMIUM $     726

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

                                    COUNTERSIGNED  *5/18/11*
PREPARED 04/28/2011  ➡ 23 2073 9867 BY AGENT *Lynn Eberly*
WC 99 00 02 04-84

191-6263 03-2000 Printed in U.S.A

WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
INFORMATION PAGE

04-7024-F264

STATE FARM INSURANCE

POLICY NO. 92-BQ-F573-9          COVERAGE IS PROVIDED BY
REPLACES NO. 92-BK-S689-8          STATE FARM FIRE AND CASUALTY COMPANY
                              2702 IRELAND GROVE RD, BLOOMINGTON IL 61709-0001

1. NAMED INSURED & MAILING ADDRESS          NCCI CARRIER CODE NO. 14842
      ACLR LLC                              INTRASTATE RISK ID NO. 04086406A
      550 FOREST AVE STE 15-2              FEIN 202662374
      PLYMOUTH MI  48170-3793             LOCATION:
                                          550 FOREST AVE STE 15-2
                                          PLYMOUTH MI  48170-3793

                                          INSURED IS LIMITED LIABILITY COMPANY

COPYRIGHT 1987 NATIONAL COUNCIL ON COMPENSATION INSURANCE
---
2.   THE POLICY PERIOD IS FROM 06/01/2011 TO 06/01/2012 12:01 A.M. STANDARD TIME
     AT THE INSURED'S MAILING ADDRESS.
---
3A.  WORKERS COMPENSATION INSURANCE: PART ONE OF THE POLICY APPLIES TO THE
     WORKERS COMPENSATION LAW OF THE STATES LISTED HERE:  MI

  B. EMPLOYERS LIABILITY INSURANCE: PART TWO OF THE POLICY APPLIES TO
     WORK IN EACH STATE LISTED IN ITEM 3A.  THE LIMITS OF OUR LIABILITY
     UNDER PART TWO ARE: BODILY INJURY BY ACCIDENT $  100,000 EACH ACCIDENT
                         BODILY INJURY BY DISEASE  $  100,000 EACH EMPLOYEE
                         BODILY INJURY BY DISEASE  $  500,000 POLICY LIMIT
  C. OTHER STATES INSURANCE: PART THREE OF THE POLICY APPLIES TO ALL STATES
     EXCEPT ME, MT, ND, OH, RI, WA, WV, WY AND STATES LISTED IN 3A.

  D. THIS POLICY INCLUDES THESE ENDORSEMENTS AND SCHEDULES:  WC000000A
     WC210304  WC210303A  WC210402A  FE-5499

---
4.  THE PREMIUM FOR THIS POLICY WILL BE DETERMINED BY OUR MANUALS OF
    RULES, CLASSIFICATIONS, RATES AND RATING PLANS. ALL INFORMATION
    REQUIRED BELOW IS SUBJECT TO VERIFICATION AND CHANGE BY AUDIT.
---

| CODE NOS. AND CLASSIFICATIONS | PREMIUM BASIS TO-TAL ESTIMATED AN-NUAL REMUNERATION | RATE/$100 REMUNERA-TION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|
| 8803 AUDITOR, ACCOUNTANT OR FACTORY COST OR OFFICE SYSTEMATIZER - TRAVELING | 660,478 | .10 | 660 |
| TERRORISM 9740 | 660,478 | .01 | 66 |

MINIMUM PREMIUM $ 200 MICHIGAN          TOTAL ESTIMATED ANNUAL PREMIUM $      726
---
PREMIUM ADJUSTMENT PERIOD SHALL BE ANNUAL          DEPOSIT PREMIUM $          726

PREPARED 04/18/2011          COUNTERSIGNED_____

WC 00 00 01 04-84   ◄━ 23 2073 5844 BY AGENT_____

A1122

MOVING? PLEASE SEE YOUR STATE FARM AGENT.          04-7024-F264          PLEASE RETURN THIS PORTION WITH
YOUR CHECK PAYABLE TO STATE FARM

191-6293 03-2000 Printed in U.S.A.

T4C01077

WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
INFORMATION PAGE ENDORSEMENT
PAGE 01

04-7024-F264

THIS FORMS A PART OF                    COVERAGE IS PROVIDED BY
POLICY NO.   92-BQ-F573-9               STATE FARM FIRE AND CASUALTY COMPANY
                        2702 IRELAND GROVE RD, BLOOMINGTON IL 61709-0001

NAMED INSURED AND MAILING ADDRESS          INTRASTATE RISK ID NO. 04086406A
     ACLR LLC                              FEIN 202662374
     38705 7 MILE RD STE 460
     LIVONIA MI  48152-1093

---

THE EFFECTIVE DATE IS  06/01/2011 | YOUR POLICY IS AMENDED AS FOLLOWS:
                                  | INSURED NAME AND/OR ADDRESS CHANGE
THE EXPIRATION DATE IS 06/01/2012 |

---

POLICY CODE NOS., CLASSIFICATIONS, PREMIUM BASIS, RATES AND ESTIMATED
PREMIUMS ARE AMENDED AS FOLLOWS:

---

THE PREMIUM FOR THIS POLICY WILL BE DETERMINED BY OUR MANUALS OF
RULES, CLASSIFICATIONS, RATES AND RATING PLANS. ALL INFORMATION
REQUIRED BELOW IS SUBJECT TO VERIFICATION AND CHANGE BY AUDIT

---

| CODE NOS. AND CLASSIFICATIONS | PREMIUM BASIS TO-TAL ESTIMATED AN-NUAL REMUNERATION | RATE/$100 REMUNERA-TION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|
| 8803 AUDITOR, ACCOUNTANT OR FACTORY COST OR OFFICE SYSTEMATIZER - TRAVELING | 660,478 | .10 | 660 |
| TERRORISM 9740 | 660,478 | .01 | 66 |

MINIMUM PREMIUM $ 200 MICHIGAN      TOTAL ESTIMATED ANNUAL PREMIUM $      726

---

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

                                    COUNTERSIGNED     6-20-11
PREPARED 06/02/2011
WC 99 00 02 04-84                   BY AGENT   Lynn Early

191-6283  03-2000  Printed in U.S.A.

A1123

WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
INFORMATION PAGE ENDORSEMENT
PAGE 01

04-7024-F264

THIS FORMS A PART OF
POLICY NO.   92-BQ-F573-9

COVERAGE IS PROVIDED BY
STATE FARM FIRE AND CASUALTY COMPANY
2702 IRELAND GROVE RD, BLOOMINGTON IL 61709-0001

NAMED INSURED AND MAILING ADDRESS
ACLR LLC
38705 7 MILE RD STE 460
LIVONIA MI  48152-1093

INTRASTATE RISK ID NO. 04086406A
FEIN 202662374

DUE TO AN AUDIT

----------------------------------------------------------------------

THE EFFECTIVE DATE IS  06/01/2011

THE EXPIRATION DATE IS 06/01/2012

----------------------------------------------------------------------

POLICY CODE NOS., CLASSIFICATIONS, PREMIUM BASIS, RATES AND ESTIMATED
PREMIUMS ARE AMENDED AS FOLLOWS:

----------------------------------------------------------------------

THE PREMIUM FOR THIS POLICY WILL BE DETERMINED BY OUR MANUALS OF
RULES, CLASSIFICATIONS, RATES AND RATING PLANS. ALL INFORMATION
REQUIRED BELOW IS SUBJECT TO VERIFICATION AND CHANGE BY AUDIT

----------------------------------------------------------------------

| CODE NOS. AND CLASSIFICATIONS | PREMIUM BASIS TO-TAL ESTIMATED AN-NUAL REMUNERATION | RATE/$100 REMUNERA-TION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|
| 8803 AUDITOR, ACCOUNTANT OR FACTORY COST OR OFFICE SYSTEMATIZER - TRAVELING | 213,520 | .10 | 214 |
| TERRORISM 9740 | 213,520 | .01 | 21 |

MINIMUM PREMIUM $ 200 MICHIGAN    TOTAL ESTIMATED ANNUAL PREMIUM $        235

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

COUNTERSIGNED _____

PREPARED 09/12/2011
WC 99 00 02 04-84

BY AGENT _____

191-6293 03-2000 Printed in U.S.A.

A1124

T4C01079

**From:** Tameria Wynne <tameria.wynne.nc48@statefarm.com>
**Sent:** Friday, May 6, 2011 3:17 PM
**To:** Kristen Barnes <kbarnes@aclrsbs.com>
**Subject:** RE: STATE FARM INSURANCE

YES, THAT IS THE CORRECT AMOUNT $2,297.00 PAYABLE TO STATE FARM. THE OFFICE ADDRESS IS
44260 CHERRY HIL CANTON, MI 48187.

**From:** Kristen Barnes [mailto:kbarnes@aclrsbs.com]
**Sent:** Friday, May 06, 2011 12:53 PM
**To:** Tameria Wynne
**Subject:** RE: STATE FARM INSURANCE

Would the total payment be $2,297.00.  Just want to make sure I cut the check correctly when I
cut it.

Thank you,
Kristen

**From:** Tameria Wynne [mailto:tameria.wynne.nc48@statefarm.com]
**Sent:** Friday, May 06, 2011 12:41 PM
**To:** Kristen Barnes
**Subject:** RE: STATE FARM INSURANCE

Hello Kristen,
 I can let state farm know, &  prior to the 6/1/11 we will need to get the payment to bind the
coverage.  The form of payment can be with a check, visa or master card. thanks
**From:** Kristen Barnes [mailto:kbarnes@aclrsbs.com]
**Sent:** Friday, May 06, 2011 11:28 AM
**To:** Tameria Wynne
**Subject:** RE: STATE FARM INSURANCE

Hello Tammy,

We will pay annually.  Please let me know if you need any additional information from me.

Thank you,
Kristen


**\*\*Please take notice of our new address and phone numbers below\*\***

_____

*Kristen Barnes | ACLR, LLC*
38705 7 Mile Rd, Ste 460 | Livonia, Michigan 48152-3975 | ☎(734) 744 - 4150 | 🖷(734) 744 -
4153 | ✉ mailto:kbarnes@aclrsbs.com

The information contained in this message may be privileged and confidential and protected from disclosure. If you
are not the intended recipient, or an employee or agent responsible for delivering this message to the intended
recipient, you are hereby notified that any dissemination of, distribution of, copying of, or taking action in reliance on

T4C01080

this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer.

**From:** Tameria Wynne [mailto:tameria.wynne.nc48@statefarm.com]
**Sent:** Thursday, May 05, 2011 4:17 PM
**To:** Kristen Barnes
**Subject:** STATE FARM INSURANCE

GOOD AFTERNOON KRISTEN,
I LEFT A VOICE MAIL MESSAGE BUT WANTED O SEND THIS INFORMATION VIA EMAIL.   THE COMMERCIAL LIABILITY  UMBRELLA POLICY  ESTIMATED  COST IS  $920.00 FOR THE YEAR FOR COVERAGE OF $4,000,000.  WHENEVER  YOUR READY TO PAY YOUR OPTIONS ARE AS FOLLOWS:  ANNUAL, SEMIANNUAL, QUARTERLY OR MONTHLY.
FOR THE BUSINESS POLICY  THE ESTIMATED PREMIUM IS $1377.00 WITH BUSINESS PERSONAL PROPERTY AT $250,000, LIABILITY AT $1,000,000  COMPUTER FLOATER $98,000 WITH $1000 DEDUCTIBLE.  YOU ALSO HAVE  A PAYMENT OPTIONS-THE SAME AS ABOVE.  LET ME KNOW IF THERE ARE ANYMORE QUESTIONS.



**Financial Services**

See reverse side for important contact
information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS | Invoice Number: 74710998 |
|---|---|

We'd like to introduce you to Dell Business Credit!
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | | Lease Contract: 003-8565501-003 | | | |
|---|---|---|---|---|---|---|---|
| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due | |
| 003-8565501-003 | 06/01/11 | $48.10 | + | $2.42 | = | $50.52 | |

| Invoice Date | May 07, 2011 | Business Segment | 010004 |
|---|---|---|---|
| Invoice Number | 74710998 | Billing Period | 05/01/11-05/31/11 |
| Lease Contract Number | 003-8565501-003 | Credits/Payments received(-) *since last invoice | $0.00 |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|
| Lease Contract Number | Invoice # | Description | Amount |
| 003-8565501-003 | | Credits/Payments | $0.00 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|
| Lease Contract Number Product Type | Sales Order Purchase Order # | Description | TRANSACTION | | |
| | | | Amount | Tax | Total |
| 003-8565501-003 FAIR MARKET VALUE | | PROPERTY MNGMNT FEE BASED | $2.28 | $0.14 | $2.42 |
| 003-8565501-003 FAIR MARKET VALUE | | RENTAL | $43.10 | $2.58 | $45.68 |
| | | Total for 003-8565501-003 | $45.38 | $2.72 | $48.10 |
| | | Invoice Total | $45.38 | $2.72 | $48.10 |

*Paid ch# 1710 5/24*

02-1x09-3040R2(5/10)

A1127

T4C01082

 **Financial Services**

See reverse side for important contact
information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS, LLC | Invoice Number: 74710997 |
|---|---|

**We'd like to introduce you to Dell Business Credit!**
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | | Lease Contract: 003-8565501-001 | | |
|---|---|---|---|---|---|---|
| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
| 003-8565501-001 | 06/01/11 | $106.45 | + | $3.91 | = | $110.36 |

| | | | |
|---|---|---|---|
| Invoice Date | May 07, 2011 | Business Segment | 010004 |
| Invoice Number | 74710997 | Billing Period | 05/01/11-05/31/11 |
| Lease Contract Number | 003-8565501-001 | Credits/Payments received(-) *since last invoice | $0.00 |

### Credits/Payments Since Last Invoice

| Lease Contract Number | Invoice # | Description | Amount |
|---|---|---|---|
| 003-8565501-001 | | Credits/Payments | $0.00 |

### Summary of Current Charges

| Lease Contract Number Product Type | Sales Order Purchase Order # | Description | TRANSACTION | | |
|---|---|---|---|---|---|
| | | | Amount | Tax | Total |
| 003-8565501-001 FAIR MARKET VALUE | | PROPERTY MNGMNT FEE BASED | $3.69 | $0.22 | $3.91 |
| 003-8565501-001 FAIR MARKET VALUE | | RENTAL | $96.76 | $5.78 | $102.54 |
| | | Total for 003-8565501-001 | $100.45 | $6.00 | $106.45 |
| | | Invoice Total | $100.45 | $6.00 | $106.45 |

*paid ck# 1710 6/24*

02-1x09-3040R2(5/10)

A1128

T4C01083

Millennium Solutions Inc.

# Invoice

4070 Clairmont Rd
Chamblee, GA 30341

| Date | Invoice # |
|------|-----------|
| 5/23/2011 | 49254 |

| Bill To | Ship To |
|---------|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 | ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152<br>Attn: Kristin Barnes |

| DUNS | TIN | P.O. No. | Terms | GSA CONTRACT |
|------|-----|----------|-------|--------------|
| 048673698 | 58-2418487 | ordered per edc | Net 30 | GS-02F-0179R |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| 14640 | APW MINI-GATE 4U WALL MOUNT PAAllows convenient wall mounting of patch panels and small equipment. When m | 1 | 0 | 0 | 1 | 37.84 | 37.84 |
|  | Paid 5/25/2011<br>ck# 1711 |  |  |  |  |  |  |

Thank you for your order!

| | |
|---|---|
| **Subtotal** | $37.84 |
| **Sales Tax  (0.00)** | $0.00 |
| **Total** | $37.84 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $37.84 |

T4C01084



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/22/2011 | 49308 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152<br>Attn: Kristin Barnes |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | 12 Month Web Hosting (willyancey site) | 124.95 | 124.95 |
| 1 | Multiple Site discount | -60.00 | -60.00 |
| | Sales Tax | 0.00 | 0.00 |
| | | | |
| | Paid 5/25/2011 | | |
| | ck# 1711 | | |

Thank you for your business.

| **Total** | |
|-----------|--|
| | $64.95 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01085



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2011 | 49311 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152<br>Attn: Kristin Barnes |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | AVG Antivirus with Malware 2YR 15 systems<br>Sales Tax | 719.99<br>0.00 | 719.99T<br>0.00 |
| | Paid 5/25/2011<br>ck# 1711 | | |

Thank you for your business.

| **Total** | |
|-----------|---|
| | $719.99 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |



**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

May 23, 2011

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on June 22, 2011**

*Paid 6/1*
*ck #1712*
*$7,474.00*

T4C01087

 GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

May 23, 2011
21555-001
**Invoice No. 386338**

For legal services rendered through April 30, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 04/05/11 | J. Adkins | Review lease letter of intent; insert comments to letter of intent into document; draft correspondence to Mr. Mucke. | 1.3 |
| 04/06/11 | J. Scott | Email from Chris Mucke regarding protest of VA procurement. | .2 |
| 04/08/11 | J. Adkins | Receive Seven Mile Road lease and begin review; attention to development layout and operating expense issues. | 1.6 |
| 04/08/11 | J. Scott | Review protest of procurement decision by AllPro, research and send memo to Chris Mucke. | 1.5 |
| 04/11/11 | J. Adkins | Review and edit lease; draft e-mails to Mr. Mucke; telephone conference with landlord's agent; telephone conferences with Ms. Barnes; attention to lease issues. | 4.5 |
| 04/12/11 | J. Adkins | Review operating expense spreadsheet; draft e-mail to landlord's agent re: same; edit lease; review title documents; brief research re: certain lease issues; draft correspondence to Mr. Mucke. | 3.8 |
| 04/13/11 | J. Adkins | Conference call with Mr. Mucke re: lease; edit lease and lease rider; draft correspondence to Mr. Mucke. | 2.7 |
| 04/13/11 | J. Scott | Bid protest by Allpro; attention to emails from Chris Mucke and Christopher Tapia. | .2 |
| 04/14/11 | J. Adkins | Edit lease; draft correspondence to Mr. Mucke. | .7 |
| 04/14/11 | J. Scott | Allpro - bid protest; phone conversation with Christopher Tapia and initial research regarding GAO protect procedures. | .7 |
| 04/19/11 | J. Adkins | Review revised lease; conference call with Mr. Mucke. | 2.9 |
| 04/20/11 | J. Adkins | Edits to lease; telephone conferences with Mr. Mucke; telephone conferences with landlord reps; | 2.0 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



|  |  | drafted several e-mails; finalize lease. |  |
|---|---|---|---|
| 04/22/11 | J. Adkins | Drafted correspondence to Mr. Mucke regarding non-disturbance agreement and other matters; attention to lease matters. | .4 |
| 04/27/11 | J. Adkins | Attention to e-mail from Ms. Barnes re: estoppel certificate; review lease provisions; draft correspondence to Ms. Barnes. | .2 |
| 04/28/11 | J. Adkins | Draft e-mails to Ms. Barnes re: estoppel certificate and SNDA; attention to same. | .3 |
| 04/29/11 | J. Adkins | Review and edit estoppel certificate and SNDA. | .9 |

Total Hours 23.9

Fees This Matter

7,474.00

Total This Matter $ 7,474.00

TOTAL THIS STATEMENT $ 7,474.00

PRIOR OUTSTANDING BALANCE $ 0.00

BALANCE DUE $ 7,474.00

=================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01089

**bright house** NETWORKS

# Statement of Account

*0000700

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA MICH 48154-5405
8381 9800 BH RP  22  05232011 NNNNNY

ACLR LLC
38705 7 MILE RD STE 460
C/O KRISTEN BARNES
LIVONIA MI  48152-1093

| | |
|---|---|
| | Page 1 of 3 |
| Statement Date: | May 22, 2011 |
| **Account Number:** | 8381 98 006 0841710 |
| | Customer Code: 1371 |
| **How To Reach Us...** | |
| 24HR CUSTOMER SUPPORT 866-898-9101 | |
| 24HR INTERNET SERVICE 866-233-7233 | |
| 24HR PHONE PAY 877-729-2246(PAY-2BHN) | |
| **For Service At...** | |
| 38705 7 MILE RD STE 475 | |
| LIVONIA MI 48152-3975 | |



## Account Summary

PAYMENTS RECEIVED after 05/22/11 are not included on this statement

| | |
|---|---:|
| Previous Statement Balance | $ 262.68 |
| Payment(s) | -262.68 |
| Current Monthly Service(s) | 244.30 |
| Other Charge(s), Taxes & Fee(s) | 18.38 |
| **Balance Due** | **$ 262.68** |
| **Payment Due Date** | **06/11/11** |

Please see reverse side for account details.

## For Your Information



Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.



Road Runner Lightning is here!  Experience all the possibilies with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks!  Call 866 898 9101 today!



*Paid ck#1714 6/1*

**Easy Ways to Pay:**  brighthouse.com  Phone  Mail

T4C01090



**bright house** NETWORKS ™

ACLR LLC
Statement Date:
**Account Number:**

Page 2 of 3
May 22, 2011
**8381 98 006 0841710**

## Account Detail     This statement is for services from 06/03/11 through 07/02/11.

Previous Statement Balance ................................................................ $ 262.68

### Payment(s)

| 05/18 | Payment - Thank You ................................................................ | -262.68 |
| | **Subtotal** ................................................................ | **-262.68** |

### Current Monthly Service(s)

| 06/03 - 07/02 | Voice Mail ................................................................ | 7.50 |
| 06/03 - 07/02 | Comm HSD 15m X 2m ................................................................ | 105.00 |
| 06/03 - 07/02 | 3yr Full Feature 4 Lines ................................................................ | 131.80 |
| | **Subtotal** ................................................................ | **244.30** |

### Other Charge(s), Taxes & Fee(s)

| 05/22 | Federal Universal Service Fund Fee ................................................................ | 5.67 |
| 05/22 | Federal TRS ................................................................ | .22 |
| 05/22 | Federal ITSP ................................................................ | .13 |
| 05/22 | LNPA Fee (Local Port Number Avail) ................................................................ | .16 |
| 05/22 | Wayne 911 Surcharge ................................................................ | 1.68 |
| 05/22 | E911 Technical Assessment ................................................................ | 1.04 |
| 05/22 | State Use Tax ................................................................ | 8.72 |
| 05/22 | Michigan 911 Surcharge ................................................................ | .76 |
| | **Subtotal** ................................................................ | **18.38** |

**Balance Due** ................................................................ **$ 262.68**

Your Franchise Authority Is: Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia, MI 48154 Phone 734/466-2540

A1136

T4C01091



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2011 | 48595 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>550 Forest Avenue<br>Suite 15-2<br>Plymouth, MI 48170<br>Attn: Kristin Barnes |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Microsoft Project 2010 Standard - 1 PC | 530.00 | 1,060.00T |
| | Paid 6/3/2011<br>ck #1715 | | |

Thank you for your business.

| **Total** | $1,060.00 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1137

T4C01092



**Platinum Business** eedomPass Credit Card
ACLR
CHRISTOPHER MUCKE
Closing Date 05/20/11

**OPEN** p. 1/14

Account Ending 1-14009

| New Balance | $13,974.68 |
| Minimum Payment Due | $279.00 |
| Payment Due Date | 06/20/11 |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

**FreedomPass Points**

33,689

For rewards information, please visit americanexpress.com/freedompass

**Account Summary**

| Previous Balance | $10,226.04 |
| Payments/Credits | -$10,341.10 |
| New Charges | +$14,089.74 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| **New Balance** | **$13,974.68** |
| **Minimum Payment Due** | **$279.00** |

| Credit Limit | $22,400.00 |
| Available Credit | $8,425.32 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |

| Days in Billing Period: 31 |

**Customer Care**

**Pay by Computer**
open.com/pbc

**Customer Care** **Pay by Phone**
1-800-653-3104 1-800-472-9297

See page 2 for additional information.

*(handwritten)* $13,296.68
+ 279.00
$13,574.68

*(handwritten)* 13974.68
-13574.68
400.00 - points used

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-14009**
Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
38705 Seven Mile Rd
STE 460
Livonia MI 48152

Payment Due Date
**06/20/11**
New Balance
**$13,974.68**
Minimum Payment Due
**$279.00**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$
**Amount Enclosed**

0000349990624312155 0013974680000027900 22 Ħ



**Platinum Business ╱eedomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 05/26/11

**OPEN**

p. 3/14

Account Ending 1-14009

## Payments and Credits

### Summary

| | | Total |
|---|---|---|
| Payments | | -$9,875.84 |
| Credits | | |
| CHRISTOPHER MUCKE 1-14009 | | -$465.26 |
| **Total Payments and Credits** | | **-$10,341.10** |

| Detail | *indicates posting date | |
|---|---|---|
| **Payments** | | **Amount** |
| 05/18/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$9,875.84 |

| **Credits** | | | **Amount** |
|---|---|---|---|
| 04/28/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $89.84 04/26/2011 | -$4.49 |
| 04/29/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz<br>SEE SUMMARY GRID FOR MORE INFORMATION | -$4.14 |
| 04/29/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $179.67 04/27/2011 | -$8.98 |
| | | CARDEPOSIT | |
| 05/21/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz<br>SEE SUMMARY GRID FOR MORE INFORMATION | -$16.53 |
| 05/22/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $404.54 05/19/2011 | -$20.23 |
| 05/22/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $404.54 05/19/2011 | -$20.23 |
| 05/22/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $404.54 05/19/2011 | -$20.23 |
| 05/22/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $404.54 05/19/2011 | -$20.23 |

## New Charges

### Summary

| | Total |
|---|---|
| CHRISTOPHER MUCKE 1-14009 | $11,550.66 |
| KRISTEN M BARNES 1-11062 | $2,382.78 |
| JASON BARNES 1-11070 | $156.30 |
| **Total New Charges** | **$14,089.74** |

Continued on reverse

CHRISTOPHER MUCKE | Account Ending 1-14009 | p. 4/14

## Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

| | | | | Amount |
|---|---|---|---|---|
| 04/25/11 | GODADDY.COM   (480)505-8855 | | | $7.67 |
| | (480)505-8855 | | | |
| 04/25/11 | EG NICKS 00001   PLYMOUTH   MI | | | $50.74 |
| | 734-414-6400 | | | |
| | FOOD | | $40.74 | |
| | TIP | | $10.00 | |
| 04/26/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD | | | $30.97 |
| | Arrival Date | Departure Date | | |
| | 04/26/11 | 04/26/11 | | |
| | 00000000 | | | |
| | LODGING | | | |
| 04/26/11 | SPRINGHILL SUITES4Y4LINTHICUM   MD | | | $89.84 |
| | Arrival Date | Departure Date | | |
| | 04/26/11 | 04/26/11 | | |
| | 00000000 | | | |
| 04/26/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD | | | $56.64 |
| | Arrival Date | Departure Date | | |
| | 04/26/11 | 04/26/11 | | |
| | 00000000 | | | |
| | LODGING | | | |
| 04/27/11 | DELTA AIR LINES   ATLANTA | | | $158.00 |
| | DELTA AIR LINES | | | |
| | From: | To: | Carrier: | Class: | |
| | N/A | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number:0062347875570 | | Date of Departure: 12/31 | |
| | Passenger Name: DIXON/BRUCE | | | |
| | Document Type: ADDITIONAL COLLECTION | | | |
| 04/27/11 | BEST BUY CO   290 GLEN BURNIE   MD | | | $84.79 |
| | ELECTRONICS STORE | | | |
| 04/27/11 | HERTZ CAR RENTAL   BALTIMORE   MD | | | $82.71 |
| | Location | | Date | |
| | Rental:   BALTIMORE MD | | 11/04/26 | |
| | Return:   BALTIMORE MD | | 11/04/27 | |
| | Agreement Number: 186421900 | | | |
| | Renter Name: MUCKE /CHRISTOPHER | | | |
| 04/27/11 | BWI RAMS HEAD 140132BALTIMORE   MD | | | $71.13 |
| | CATERER | | | |
| | FOOD/BEVERAGE | | $56.13 | |
| | TIP | | $15.00 | |
| 04/27/11 | METRO AIRPORT PARKINDETROIT   MI | | | $50.00 |
| | PARKING LOT & GARAGE | | | |
| 04/27/11 | SPRINGHILL SUITES4Y4LINTHICUM   MD | | | $179.67 |
| | Arrival Date | Departure Date | | |
| | 04/26/11 | 04/27/11 | | |
| | 00000000 | | | |
| 04/28/11 | EG NICKS 00001   PLYMOUTH   MI | | | $33.21 |
| | 734-414-6400 | | | |
| | FOOD | | $23.21 | |
| | TIP | | $10.00 | |

Continued on next page

T4C01095



**Platinum Busines  ·eedomPass Credit Card**        OPEN.        p. 5/14

ACLR
CHRISTOPHER MUCKE
Closing Date 05/26/11        Account Ending 1-14009

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 05/03/11 | ATT BUS PHONE PMT  800-704-4808    TX<br>AT&T EZC PMT | | | $314.60 |
| 05/06/11 | ANDIAMO OF LIVONIA 0LIVONIA        MI<br>7349533200<br>Description<br>RESTAURANT CHARGES | | | $86.30 |
| 05/08/11 | Deadwood Bar & GrillNorthville    MI<br>RESTAURANT | | | $44.39 |
| 05/09/11 | ANDIAMO OF LIVONIA 0LIVONIA        MI<br>7349533200<br>Description<br>RESTAURANT CHARGES | | | $58.52 |
| 05/10/11 | COSTCO WHSE #0391 00LIVONIA        MI<br>7344646399 | | | $778.92 |
| 05/13/11 | DELTA AIR LINES    ATLANTA<br>DELTA AIR LINES<br>From:                To:<br>DETROIT WAYNE COUN    BALTIMORE WASHINGT<br>                     DETROIT WAYNE COUN<br>                     N/A<br>                     N/A<br>Ticket Number: 00623496729774<br>Passenger Name: DIXON/BRUCE<br>Document Type: PASSENGER TICKET | Carrier:    Class:<br>DL           A<br>DL           A<br>YY          00<br>YY          00<br>Date of Departure: 05/24 | | $487.40 |
| 05/13/11 | ANDIAMO OF LIVONIA 0LIVONIA        MI<br>7349533200<br>Description<br>RESTAURANT CHARGES | | | $82.32 |

Continued on reverse

A1141

T4C01096

CHRISTOPHER MUCKE                    Account Ending 1-14009                    p. 6/14

## Detail Continued

| | | | | | Amount |
|---|---|---|---|---|---|
| 05/14/11 | DELTA AIR LINES   ATLANTA | | | | $25.00 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | N/A | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 00607634776501 | | Date of Departure: 12/31 | | |
| | Passenger Name: ALBERTY/ANDREA ROSE | | | | |
| | Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. | | | | |
| 05/14/11 | DELTA AIR LINES   ATLANTA | | | | $529.40 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | P | |
| | | DETROIT WAYNE COUN | DL | P | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 00623502483811 | | Date of Departure: 05/17 | | |
| | Passenger Name: SCHILLING/CYNTHIA | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 05/14/11 | DELTA AIR LINES   ATLANTA | | | | $529.40 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | P | |
| | | DETROIT WAYNE COUN | DL | P | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 00623509710725 | | Date of Departure: 05/17 | | |
| | Passenger Name: MUCKE/CHRISTOPHER A | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 05/14/11 | DELTA AIR LINES   ATLANTA | | | | $407.40 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | K | |
| | | DETROIT WAYNE COUN | DL | P | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 00621884808440 | | Date of Departure: 05/17 | | |
| | Passenger Name: ALBERTY/ANDREA ROSE | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 05/14/11 | DELTA AIR LINES   ATLANTA | | | | $529.40 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DETROIT WAYNE COUN | BALTIMORE WASHINGT | DL | P | |
| | | DETROIT WAYNE COUN | DL | P | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 00623500108151 | | Date of Departure: 05/17 | | |
| | Passenger Name: BARNES/JASON | | | | |
| | Document Type: PASSENGER TICKET | | | | |

Continued on next page

**Platinum Business FreedomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 05/26/11

**OPEN** ℠

p. 7/14

Account Ending 1-14009

## Detail Continued

| | | | | | Amount |
|---|---|---|---|---|---|
| 05/17/11 | DELTA AIR LINES   ATLANTA | | | | $786.40 |

DELTA AIR LINES
From:            To:                    Carrier:    Class:
DETROIT WAYNE COUN   BALTIMORE WASHINGT   DL    P
                 DETROIT WAYNE COUN   DL    P
                 N/A                   YY    00
                 N/A                   YY    00
Ticket Number: 00623506063876       Date of Departure: 05/24
Passenger Name: MUCKE/CHRISTOPHER A
Document Type: PASSENGER TICKET

| 05/17/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD | | | $204.27 |
|---|---|---|---|---|

Arrival Date          Departure Date
05/17/11              05/17/11
00000000
LODGING

| 05/17/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD | | | $124.06 |
|---|---|---|---|---|

Arrival Date          Departure Date
05/17/11              05/17/11
00000000
LODGING

| 05/19/11 | HERTZ CAR RENTAL   BALTIMORE   MD | | | $330.60 |
|---|---|---|---|---|

            Location                  Date
Rental:    BALTIMORE MD               11/05/17
Return:    BALTIMORE MD               11/05/19
Agreement Number: 198268626
Renter Name: MUCKE /CHRISTOPHER

| 05/19/11 | METRO AIRPORT PARKINDETROIT   MI | | | $75.00 |
|---|---|---|---|---|

PARKING LOT & GARAGE

| 05/19/11 | OLIVE GROVE 884300681LINTHICUM   MD | | | $186.43 |
|---|---|---|---|---|

RESTAURANT
TIP              $40.00

| 05/19/11 | MARRIOTT 337M4BALAIRBALTIMORE   MD | | | $76.23 |
|---|---|---|---|---|

Arrival Date          Departure Date
05/19/11              05/19/11
00000000
LODGING

| 05/19/11 | SPRINGHILL SUITES4Y4LINTHICUM   MD | | | $404.54 |
|---|---|---|---|---|

Arrival Date          Departure Date
05/17/11              05/19/11
00000000

| 05/19/11 | SPRINGHILL SUITES4Y4LINTHICUM   MD | | | $404.54 |
|---|---|---|---|---|

Arrival Date          Departure Date
05/17/11              05/19/11
00000000

| 05/19/11 | SPRINGHILL SUITES4Y4LINTHICUM   MD | | | $404.54 |
|---|---|---|---|---|

Arrival Date          Departure Date
05/17/11              05/19/11
00000000

| 05/19/11 | SPRINGHILL SUITES4Y4LINTHICUM   MD | | | $404.54 |
|---|---|---|---|---|

Arrival Date          Departure Date
05/17/11              05/19/11
00000000



Continued on reverse

T4C01098

CHRISTOPHER MUCKE               Account Ending 1-14009                              p. 8/14

## Detail Continued

|  |  |  |  |  | Amount |
|---|---|---|---|---|---|

05/21/11   DELTA AIR LINES   ATLANTA                                                      $881.40
           DELTA AIR LINES
           From:                   To:                    Carrier:      Class:
           DETROIT WAYNE COUN      BALTIMORE WASHINGT      DL            K
                                   DETROIT WAYNE COUN      DL            Y
                                   N/A                     YY            00
                                   N/A                     YY            00
           Ticket Number: 00623507975694                  Date of Departure: 05/24
           Passenger Name: BARNES/JASON
           Document Type: PASSENGER TICKET

05/24/11   DELTA AIR LINES   ATLANTA                                                      $375.40
           DELTA AIR LINES
           From:                   To:                    Carrier:      Class:
           FLINT                   ATLANTA HARTSFIELD      DL            L
                                   FLINT                   DL            L
                                   N/A                     YY            00
                                   N/A                     YY            00
           Ticket Number: 00623500961156                  Date of Departure: 06/07
           Passenger Name: BARNES/JASON
           Document Type: PASSENGER TICKET

05/24/11   COSTCO WHSE #0391 00LIVONIA       MI                                           $256.36
           7344646399

05/25/11   ITUNES MUSIC STORE IAUSTIN        TX                                            $12.71
           iTunes Music Store

05/25/11   TOM HOLZER FORD INC FARMINGTON HILLS   MI                                      $104.85
           AUTO DEALER (NEW/USED)

05/26/11   DELTA AIR LINES   ATLANTA                                                      $535.40
           DELTA AIR LINES
           From:                   To:                    Carrier:      Class:
           DETROIT WAYNE COUN      ATLANTA HARTSFIELD      DL            H
                                   DETROIT WAYNE COUN      DL            Q
                                   N/A                     YY            00
                                   N/A                     YY            00
           Ticket Number: 00623509980072                  Date of Departure: 06/05
           Passenger Name: DIXON/BRUCE
           Document Type: PASSENGER TICKET

05/26/11   DELTA AIR LINES   ATLANTA                                                      $161.00
           DELTA AIR LINES
           From:                   To:                    Carrier:      Class:
           N/A                     N/A                     YY            00
                                   N/A                     YY            00
                                   N/A                     YY            00
                                   N/A                     YY            00
           Ticket Number: 0062350096115                   Date of Departure: 12/31
           Passenger Name: BARNES/JASON
           Document Type: ADDITIONAL COLLECTION

Continued on next page

A1144



**AMERICAN EXPRESS**

**Platinum Busines ·eedomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 05/26/11

**OPEN**

p. 9/14

Account Ending 1-14009

### Detail Continued

| | | | | | Amount |
|---|---|---|---|---|---|
| 05/26/11 | DELTA AIR LINES   ATLANTA | | | | $47.00 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | N/A | N/A | YY | 00 | *Flight* |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 0062350606387 | | Date of Departure: 12/31 | | |
| | Passenger Name: MUCKE/CHRISTOPHER A | | | | |
| | Document Type: ADDITIONAL COLLECTION | | | | |

**KRISTEN M BARNES**
Card Ending 1-11062

| | | | | Amount |
|---|---|---|---|---|
| 04/30/11 | COSTCO WHSE #0376 00 AUBURN HILLS   MI | *Misc off* | | $20.97 |
| | 2486480003 | | | |
| 05/05/11 | OFFICEMAX, INC. 0534248-305-5205 | | | $58.36 |
| | 248-305-5205 | | | |
| | MESSAGE BOOKS | *Misc off* | | |
| | 3 + LINE CID | | | |
| | COLOR | | | |
| | AAA ALKALINE | | | |
| 05/06/11 | MILLENNIUM SOLUTIONS 770-936-9566 | *Pro Tech Info* | *(comp equip)* | $139.87 |
| | 770-936-9566 | | | |
| | ·········· | MI | | ······ |
| 05/16/11 | TARGET 872 0872   LIVONIA   MI | *Misc off* | | $7.28 |
| | DISCOUNT STORE | | | |
| 05/16/11 | OFFICEMAX, INC. 0534248-305-5205 | *Misc off* | | $10.06 |
| | 248-305-5205 | | | |
| | WHITE | | | |
| 05/16/11 | BEST BUY MHT 417 NOVI   MI | *Misc off* | | $31.78 |
| | ELECTRONICS STORE | | | |
| 05/19/11 | COMPASS SELF STOR 20248-8883500   MI | *Storage* | | $89.00 |
| | WAREHOUSING & STORAGE | | | |
| 05/19/11 | COLO FACILITIES ATLA 404-230-9150 | *Pro Tech Info* | *(rent)* | $890.00 |
| | 404-230-9150 | | | |
| 05/25/11 | NUVOX   800-600-5050   SC | *Phone* | | $1,016.76 |
| | TELECOMMUNIC | | | |

Continued on reverse

CHRISTOPHER MUCKE | Account Ending 1-14009 | p. 10/14

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|

**JASON BARNES**
Card Ending 1-11070

| | | | | Amount |
|---|---|---|---|---|
| 05/19/11 | METRO AIRPORT PARKINDETROIT PARKING LOT & GARAGE | MI | | $30.00 |
| 05/24/11 | PANERA BREAD #3588 0BALTIMORE 3017189779 | MD | | $13.75 |
| 05/24/11 | METRO AIRPORT PARKINDETROIT PARKING LOT & GARAGE | MI | | $25.00 |
| 05/25/11 | SQ *SIDOLA INC   877-417-4551 RETAIL PAYM | CA | | $43.90 |
| 05/25/11 | SQ *SIDOLA INC   877-417-4551 RETAIL PAYM | CA | | $43.65 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

## 2011 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2011 | $0.00 |
| Total Interest in 2011 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 17.24% (v) | $0.00 | $0.00 |
| Cash Advances | 21.24% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate



T4C01101

NOTICE: ~~~~~ ~~~~~~~~ Read Below



LOWE'S HOME CENTERS, INC.
44080 FORD ROAD
CANTON, MI 48187   (734) 335-9200

- SALE -

SALES #: S1847LG2 1563412   05-03-11

22818 KOBALT 13PC SAE HEX SET W    11.48
22628 KOBALT 13PC METRIC HEX W/    11.48

SUBTOTAL:        22.96
TAX:             1.38
INVOICE 11196  TOTAL:    24.34
CASH :           40.00
CHANGE:          15.66

STORE: 1847   TERMINAL: 11  05/03/11 13:37:55
# OF ITEM~        ~ D:        2
EXCLUDES FEES ~~~~~~~~~~~~   ORDER ITEMS

Crossing Cafe 5/4/11
12-50  0079
01    ·29·50
·29·50  ⊠

CASH
Lunch : S Barnes
         K Barnes
         C Schilling
         A Alberti
         C Mucke

0002
Server: 8009
05/09/11 15:20, swiped   T  15 Term: 1

ANDIAMO LIVONIA
(   ) -
MERCHAN  #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4009
Name: C MUCKE            MU--Vilkburg
00 TRANSACTION APPROVED   C Mucke
AUTHORIZATION #: 55298
Reference: AU123412
TRANS TYPE: Credit Card SALE

CHECK:           48.92

TIP:             10.⎯

TOTAL:           58.92

X _____

A1147

T4C01102

| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Office Supplies | Postage | Computer Supplies |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **May 2011** | | | | | |
| May 2011 | 150.00 | 179.67 | 82.71 | 50.74 | 7.67 | 314.60 | 84.79 | | |
| May 2011 | 487.40 | 404.54 | 50.00 | 30.97 | 139.07 | | 58.36 | | |
| May 2011 | 25.00 | 404.54 | 330.60 | 89.84 | 1,800.00 | | 7.28 | | |
| May 2011 | 529.40 | 404.54 | 75.00 | 56.64 | | | 10.06 | | |
| May 2011 | 529.40 | 404.54 | 30.00 | 71.13 | | | 31.78 | | |
| May 2011 | 407.40 | | 25.00 | 33.21 | | | | | |
| May 2011 | 529.40 | | 43.90 | 86.30 | | | | | |
| May 2011 | 786.40 | | 43.65 | 44.39 | | | | | |
| May 2011 | 881.40 | | | 58.52 | | | | | |
| May 2011 | 375.40 | | | 82.32 | | | | | |
| May 2011 | 535.40 | | | 204.27 | | | | | |
| May 2011 | 161.00 | | | 124.06 | | | | | |
| May 2011 | 47.00 | | | 186.43 | | | | | |
| May 2011 | | | | 76.23 | | | | | |
| May 2011 | | | | 13.75 | | | | | |
| Totals | 5,444.60 | 1,797.83 | 680.86 | 1,208.80 | 1,946.74 | 314.60 | 192.27 | 0.00 | 0.00 |
| Credits | | -74.16 | -20.67 | | | | | | |
| Net Expenses | 5,444.60 | 1,723.67 | 660.19 | 1,208.80 | 1,946.74 | 314.60 | 192.27 | 0.00 | 0.00 |

A1148

T4C01103

```
0007
Server: STACEY L                    Rec: 10
05/13/11 14:52, Swiped  T: 30 Term: 4

ANDIAMO LIVONIA
(   )  -
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4009
Name: C MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 532500
Reference: AU|1298|6
TRANS TYPE: Credit Card SALE

CHECK :            52.32

TIP :                  .

TOTAL :          82.32

X_____

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer
```

$52.32 total - $100.00 gift card used

```
0089
Server: LAUREN B                    ...: 38
05/15/11 17:52, Swiped  T: 20 Term: 1

Outback Steakhouse #2331
48020 Grand River Ave
Novi, MI 48374
(248)347-9201
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1000
00 TRANSACTION APPROVED
AUTHORIZATION #: 545530
Reference: 0515010000089
TRANS TYPE: Credit Card SALE

CHECK :            39.82

TIP :                  .

TOTAL :          46.82

X_____
```

```
0036
Server: ROBYN ,                    ...: 56
05/06/11 19:55, Swiped  T: 50 Term: 4

ANDIAMO LIVONIA
(   )  -
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4009
Name: C MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 534107
Reference: AU|1291|32
TRANS TYPE: Credit Card SALE

CHECK :            61.30

TIP :              25.-

TOTAL :          84.30

X_____
```

```
          & & & 405 & & &
        BWI AIRPORT MARRIOTT
     ******DAY NIGHT BAR ******
502 ERIC                         8
---------------------------------
CHK 6569  17MAY'11 11:40GST 4
---------------------------------
  1 CRAB SOUP              9.00
✓ 1 COBB CHICKN SALA      14.75
✓ 1 CRAB SANDWICH         15.00
  4 SOFT DRINK            12.00
  2 ADULT LCH BUFF        29.00
  1 SOUP OF DAY            7.00
  4 CROWN ROYAL           36.00
  2 ABSOLUT RASP          17.50
  1 G CLOS MERLOT         10.00
    Sub-Total:           150.25
       Tax                 9.02
       Total:   204.27
    CHARGE TIP $          45.00
    XXXXXXXXXX4009        XX/XX
    AMERICAN EXPRESS     204.27
----502 CLOSED 17MAY   5:27PM----
```

```
          & & & 405 & & &
     ***** CREDIT CARD VOUCHER
     **************************
          BWI AIRPORT MAR
             BALTIMORE,
             DAY NIGHT B
CHECK:        6569
SERVER:       502 ERIC
DATE:         17MAY'11   5:2(
CARD TYPE:    AMERICAN EXPR
ACCT #:       XXXXXXXXXXX40(
EXP DATE:     XX/XX
AUTH CODE:    535908
              C MUCKE


SUBTOTAL:            159.

GRATUITY $_____ 45

TOTAL    $_____ 264

SIGNATURE_____


        please leave signed c
          with your server
```



T4C01105

NDC 1089295216458                    Store # 2

## Godaiko Novi #2
44175 Twelve Mile Rd.
Novi, Michigan 48377
(248) 465-7777

Date:                    5/22/2011 5:24:06 PM
Server:                              Yuko

Acct # XXXXXXXXXXX4009        Exp XX/XX
American Express                 MUCKE/C

### $$$ SALES $$$

RESULT CAPTURED
TroutD #: 126636
AUTH. # 569374
REF. # AP
ORDER # 82195

PURCHASE:                    $57.97

ENTER TIP HERE:

PLEASE TOTAL:                72.97

*Muckes*
*TRAINING*

### *** *** THIS IS A DUPLICATE COPY *** ***
Customer Signature On Original Copy

*** *** Additional Copy *** ***

*** Restaurant Mode ***
v2.8.8988-6

---

CANTON PHEASANT RUN GOL
1150 S CANTON CENTER RD
Canton, MI 48188

TERMINAL I.D.:              13400004
MERCHANT #:           000000108504852
AMEX
**SALE**
BATCH: 000326      INVOICE: 000002
DATE: MAY 21, 11      TIME: 06:26
RRN: 00013361421   AUTH NO: 590290

************4009

**TOTAL**          **$110.00**    *Recruiting*

C MUCKE

---

CHAMMPS
19470 Haggerty Rd
Livonia, MI 48152
734-591-3334

Server: AMANDA              DGB: 05/29/2011
12:06 PM                         05/29/2011
Table 32/1                         2/20001

                                         E

AMEX                                209/153
Card #XXXXXXXXXXX4009
Magnetic card present: MUCKE C   *- (cok)*
Card Entry Method: S             *Recruits-*
                                 *c mucke*
Approval: 594950                 *andik*

                    Amount:      $ 25.95

                    + Tip:

                                 3.95

---

*(vertical text, right column)*

***Duplicate Copy***

X  _CEM_

TOTAL :

TIP :

CHECK :          165.42

                 225.72 (?)

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

---

*(vertical text, far right column)*

Server : CHARLES S      Rec: 13
05/29/11 18:33, Swiped  T: 61 Term: 1

Flemings Livonia #3301
17400 Haggerty Rd
Livonia, MI48152
(734) 542-9463
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX4009
00 TRANSACTION APPROVED
AUTHORIZATION #: 511478
Reference: 052903000014
TRANS TYPE: Credit Card SALE

0014

*Gas mas(nak*
*(CEO) Discussion*
*muckc*

A1151



**SPRINGHILL SUITES**
*Marriott.*

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

| | | |
|---|---|---|
| Cynthia Schilling | Room: 404 | |
| 526 Shenadoah | Room Type: QQST | |
| Clawson MI 48017 | Number of Guests: 1 | |
| Aclr | Rate: $179.00   Clerk: TAC | |

Arrive: 17May11   Time: 09:50AM      Depart: 19May11      Time: 01:19PM      Folio Number: 89491

| Date | Description | Charges | Credits |
|---|---|---|---|
| 17May11 | Room Charge | 179.00 | |
| 17May11 | State Occupancy Tax | 10.74 | |
| 17May11 | Occupancy Sales Tax | 12.53 | |
| 18May11 | Room Charge | 179.00 | |
| 18May11 | State Occupancy Tax | 10.74 | |
| 18May11 | Occupancy Sales Tax | 12.53 | |
| 19May11 | American Express | | 404.54 |
| | *Card #: AXXXXXXXXXXXXX4009/XXXX* | | |
| | *Amount:  404.54  Auth: 196657  Signature on File* | | |
| | *This card was electronically swiped on 17May11* | | |

Balance:      0.00

**Rewards Account # XXXXX6630.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.



**SPRINGHILL SUITES**
*Marriott.*

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

| | |
|---|---|
| Andrea Alberty | Room: 420 |
| 526 Shenadoah | Room Type: QQST |
| Clawson MI 48017 | Number of Guests: 1 |
| Aclr | Rate: $179.00    Clerk: TAC |

Arrive: 17May11  Time: 09:51AM        Depart: 19May11    Time: 01:18PM      Folio Number: 89492

| Date | Description | Charges | Credits |
|---|---|---|---|
| 17May11 | Room Charge | 179.00 | |
| 17May11 | State Occupancy Tax | 10.74 | |
| 17May11 | Occupancy Sales Tax | 12.53 | |
| 18May11 | Room Charge | 179.00 | |
| 18May11 | State Occupancy Tax | 10.74 | |
| 18May11 | Occupancy Sales Tax | 12.53 | |
| 19May11 | American Express | | 404.54 |
| | Card #: AXXXXXXXXXXXX4009/XXXX | | |
| | Amount:  404.54  Auth: 532740  Signature on File | | |
| | This card was electronically swiped on 17May11 | | |

Balance:    0.00

**Rewards Account # XXXXX3861.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

A1153

T4C01108



SPRINGHILL SUITES
*Marriott.*

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

J. Barnes

Room: 336

Room Type: QQST

Number of Guests: 1

Rate: $179.00      Clerk:

Arrive: 17May11   Time: 09:53AM      Depart: 19May11      Time:      Folio Number: 89496

| Date | Description | Charges | Credits |
|------|-------------|--------:|--------:|
| 17May11 | Room Charge | 179.00 | |
| 17May11 | State Occupancy Tax | 10.74 | |
| 17May11 | Occupancy Sales Tax | 12.53 | |
| 18May11 | Room Charge | 179.00 | |
| 18May11 | State Occupancy Tax | 10.74 | |
| 18May11 | Occupancy Sales Tax | 12.53 | |
| 19May11 | American Express | | 404.54 |
| | *Card #: AXXXXXXXXXXXXX4009/XXXX* | | |
| | *Amount:  404.54  Auth: 533146  Signature on File* | | |
| | *This card was electronically swiped on 17May11* | | |

**Balance:**      0.00

**Rewards Account # XXXXX7295.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

A1154

T4C01109



**SPRINGHILL SUITES**
**Marriott.**

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

C. Mucke

Room: 304

Room Type: QQST

Number of Guests: 1

Rate: $179.00        Clerk:

Arrive: 17May11   Time: 09:49AM      Depart: 19May11    Time:

Folio Number: 89495

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 17May11 | Room Charge | 179.00 | |
| 17May11 | State Occupancy Tax | 10.74 | |
| 17May11 | Occupancy Sales Tax | 12.53 | |
| 18May11 | Room Charge | 179.00 | |
| 18May11 | State Occupancy Tax | 10.74 | |
| 18May11 | Occupancy Sales Tax | 12.53 | |
| 19May11 | American Express | | 404.54 |
| | Card #: AXXXXXXXXXXXXX4009/XXXX | | |
| | Amount:  404.54  Auth: 534348  Signature on File | | |
| | This card was electronically swiped on 17May11 | | |

**Balance:**     0.00

**Rewards Account # XXXXX8175.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

A1155

T4C01110





WINDSOR INN
7502 WINDSOR MILL ROAD
BALTIMORE MD 21244
410-944-0446
MERC #  000000178028
TERM ID: 00093482    0004

05/18/11          12:52P
SRV ID: 015
***********174        U1
EXP: *****
SALE              REF#: 0007
BATCH# 772  AUTH# 01896

AMOUNT              $80.83
TIP
TOTAL        96.83
                CWS training

APPROVED

THANK'S
FOR YOUR BUSINESS

CUSTOMER COPY



*******

MARRIOTT
BALTIMORE, MD
CHESAPEAKE

CHECK:       8477
TABLE:       15/1
SERVER:      68 JC
DATE:        17MAY'11  7:53PM
CARD TYPE:   AMERICAN EXPRESS
ACCT #:      XXXXXXXXXXX4009
EXP DATE:    XX/XX
AUTH CODE:   507502
             C MUCKE,
                CWS training

SUBTOTAL:          107.06

GRATUITY $

TOTAL     $        124.06

SIGNAT



OLIVE GROVE
(410)636-1385
MERCANT #:878843006890Z

Date: 05/18/2011  Time: 00:00 PM

Card Type:    American Express
Card Number:  XXXXXXXXXX4009

Server Name:  CHELSEA
Check Number: 753711
Card Owner:   MUCKE/C

AMOUNT  146.43

TIP

TOTAL   186.43

Approval: 506900

RETAIN THIS COPY FOR YOUR RECORDS

ON YOUR NEXT VISIT
SAVE AT THE GROVE

MON & TUES ( MARGARITA $3.95 )
WED & THUR ( FROZEN    $4.95 )
FRI & SAT  ( MARTINI   $4.95 )
SUNDAY (ALL BTL WINES 1/2 OFF)

LET OLIVE GROVE CATER YOUR
NEXT PARTY AT YOUR PLACE OR OURS!
* GIFT CARDS & MORE!
www.olivug.com
41

A1156

T4C01111



**WHOLESALE**

\*LIVONIA II #391\*

20000 HAGGERTY RD.
LIVONIA, MI 48152
MEMBER #111749440967

```
4 @ 79.99
    364883 FLEMINGS GC        319.96
4 @ 79.99
    310337 ANDIAMO GC         319.96
E   211895 LEMON JUICE          3.89
    87745 ROTISSERIE            4.99 A
E   211895 LEMON JUICE          3.89
    87745 ROTISSERIE            4.99 A
    72892 SLVRADO MRLT         19.99 A
     5426 ERATH PINOT          13.99 A
    72892 SLVRADO MRLT         19.99 A
     5426 ERATH PINOT          13.99 A
E   96493 SAMON                30.59
   283169 ROSES 24CT            6.99 A

    SUBTOTAL                  773.22
A   6% TAX RATE                 5.70

    TOTAL                     778.92
VF  American Express          778.92
```

XXXXXXXXXXXX4009        SWIPED
05/10/11 17:38
Seq#: 002230 App#:    545605
American Express     Resp: AA
Tran ID#: 113028966000
Merchant ID 99039111

APPROVED - PURCHASE
AMOUNT: $778.92

0391 009 0000000079 0395

CHANGE                         .00

---

```
                              AI:

                        CHESAPEAKE
CHECK:      8602
TABLE:      60/1
SERVER:     64 KYONG
DATE:       19MAY'11 10:32AM
CARD TYPE:  AMERICAN EXPRESS
ACCT #:     XXXXXXXXXXX4009
EXP DATE:   XX/XX
AUTH CODE:  531937
            C MUCKE

SUBTOTAL:           63.23

GRATUITY $          13 —

TOTAL    $          76.23

SIGNAT
```

---

**Hertz.**  **Hertz.**  **Hertz.**  **Hertz.**  **Hertz.**  **Hertz.**  **Hertz.**  **Hertz.**  **He**

BWI-THURGOOD MARSHALL AP

RR 19826862
CHRISTOPHER
MUCKE

VEHICLE: 01899/5686467
11NE7R  LIC: MD 9AF0297

CDP: 165385 -DELTA A-L FF DISCOUNT #

RES: FJ043155171 /MCLD /L4
COMPLETED BY: 1102/MDBAL11

RENTED:   BALT/WASH INT'L AIRPORT
          05/17/11 09:34
RETURN:   05/19/11 10:49
RETURNED: BWI-THURGOOD MARSHALL AP

PLAN IN:   MCLD   RATE CLASS: L4
PLAN OUT:  MCLD

MILES IN:     2512   TR-X MILES
MILES OUT:    2460   MILES ALLOWED
MILES DRIVEN:   52   MILES CHARGED

```
DAYS               2 @ $ 99.49 / DAY      198.98
EX HOURS           1 @ $ 49.75 / HOUR      49.75
SUBTOTAL 1                            $    248.73
DISCOUNT 1         R  5 %             $     12.44
SUBTOTAL 2                            $    236.29
LDW                      DECLINED    T$     26.44
LIS                      DECLINED
PAI, PEC                 DECLINED
FUEL & SVC $ .344/MI $ 5.50/GL       T$     17.39
CFC & TFC                            T$     16.05
VEHICLE LICENSE COST RECOVERY        T$      1.68
TAX 11.500% ON          280.46       T$     32.25
NET DUE                              $     330.60
PAID BY            AMX  XXXXXXXXXX4009
```

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code:   01840

3) Take Brief 4 Question Survey

QUESTION?
Visit WWW.HERTZ.COM or
Call 1-800-654-4173

THANK YOU FOR RENTING FROM
**HERTZ**


**UNITED STATES POSTAL SERVICE®**

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7010 0780 0000 8599 8853**
Expected Delivery Date: **May 27, 2011**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 8:28 am on May 27, 2011 in DETROIT, MI 48232.

Detailed Results:

- **Delivered, May 27, 2011, 8:28 am, DETROIT, MI 48232**
- **Arrival at Unit, May 27, 2011, 7:40 am, DETROIT, MI 48233**
- **Acceptance, May 26, 2011, 9:37 am, LIVONIA, MI 48152**

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA


EXPECT MORE. PAY LESS.

WEST LIVONIA - 734-953-6620
05/16/2011 01:19 PM  EXPIRES 08/14/11

BABY
007070112      UP WIPES        T    $1.88
CLEANING SUPPLIES
003050868      CLOROX 3X35      T    $4.99  ↓
               Saved $0.80 off $5.79

                    SUBTOTAL      $6.87
T = MI TAX  6.0000% on   $6.87    $0.41
                    TOTAL         $7.28

    *1062 AMEX CHARGE            $7.28

    ↓ INDICATES SAVINGS

    TOTAL SAVINGS THIS TRIP
          $0.80

--------------------------------

Target Pharmacy We're here to help!
        9am - 7pm M-F
        9am - 5pm Sat
        11am - 5pm Sun

REC#2-1136-0872-0077-5682-1 VCD#757-251-056

Save 5% on every trip:
Open a REDcard today!
   Some restrictions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DETROIT MI 48277     CIAL USE

| | | |
|---|---|---|
| Postage | $  $1.08 | 0152 |
| Certified Fee | $2.85 | 03 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $3.93 | 05/26/2011 |

Sent To
Street, or PO E     Department 77569
City, St     Michigan Department of Treasury
             PO Box 77000
             Detroit, MI 48277-0569

PS For                          uctions

7010 0780 0000 8599 8853

---

LIVONIA GREENMEAD
LIVONIA, Michigan
481529998
2524950152-0096
05/26/2011 (180)027-5877 09:38:28 AM

================================
======= Sales Receipt =======
Product        Sale Unit      Final
Description    Qty Price      Price

DETROIT MI 48277                $1.08
Zone-1 First-Class
Large Env
1.70 oz.
  Expected Delivery: Fri 05/27/11
  Certified                    $2.85
  Label #:     70100780000085998853
                               ========
  Issue PVI:                   $3.93

2009           1  $8.80        $8.80
Forever
Stamp PSA
Dbl-Sd Bklt
2009           1  $8.80        $8.80
Forever
Stamp PSA
Dbl-Sd Bklt
2009           1  $8.80        $8.80
Forever
Stamp PSA
Dbl-Sd Bklt
                               ==========
Total:                         $30.33

Paid by:
AMEX                           $30.33
  Account #:    XXXXXXXXXXXX1062
  Approval #:
  Transaction

A1159

*Jason's bday*
*lunch -*
*everyone but*
*chuck*

CHAMPPS
19470 Haggerty Rd
Livonia, MI 48152
734-591-3334

Server: LINDSEY C        DOB: 05/10/2011
01:15 PM                      05/10/2011
/21                           2/20016

SALE

AMEX                            2097172
Card #XXXXXXXXXXX1062
Magnetic card present: BARNES KM
Card Entry Method:  S

Approval: 515143

Amount:        $ 65.41

+ Tip: ___12.00___

= Total: ___77.41___

I agree to pay the above
total amount according to the
#              it.

v



WELCOME TO BEST BUY #417
NOVI, MI 48375
(248)449-8956

Keep your receipt!

Val #: 0687-0842-8761-6966

0417 007 8392 05/16/11    13:38 00204614

2300375   P-FD8GBHP25          14.99 *
HP 8GB V255 USB DRIVE
REG $24.99  10.00 SALE DISC
ITEM TAX 0.90
2300375   P-FD8GBHP25          14.99 *
HP 8GB V255 USB DRIVE
REG $24.99  10.00 SALE DISC
ITEM TAX 0.90
6094175   RZ SILVER             0.00 N
REWARD ZONE PREMIER SILVER
MEMBER ID 1000184790

              SUBTOTAL    29.98
        SALES TAX AMOUNT    1.80

                 TOTAL    31.78

xxxxxxxxxxxxx1062      AMEX    31.78
KM  BARNES
APPROVAL 619555

JASON,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCE AS OF 05/02/11
POSTED  POINTS: 605
Go to MyRZ.com FOR MORE INFO

Dear Valued Customer



ORDER BY PHONE 1-877-OFFICEMAX

0534 00121210001051611008



OfficeMax #534
21071 HAGGERTY ROAD
NOVI, MI  48375
(248) 305-5205

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

0114919173193
Legal Pad Wht 8.5x11 12pk           $9.49

Subtotal                    $9.49
Tax 6.000%                  $0.57
TOTAL                      $10.06

AMEX                      $10.06
Card number: XXXXXXXXXXXXX1062
Authorization 602280

MaxPerks Number    XXXXX8955

0534 00001 21210 9 05/16/11
00147295 01:45:01 PM      22442576

Thank You For Choosing Jets
Pizza at Ann Arbor Rd. &
Sheldon

Jets - Plymouth
44473 Ann Arbor Rd.
Plymouth,MI (741) 416-5385

Order #: 9
Date/Time: 05/03/2011 12:11 pm
Name: BARNES/KM
Card: Credit Card
Card#: ***********1062
Exp Date: ##/##
Auth Code: 513484
Trans ID: 22870
Server:

*Lunch on moving day- everyone*

AMOUNT:          $31.76

TIP:        $_____

TOTAL:      $_____

<<<                    >>>



## meijer
Higher Standards
Lower Prices

Haggerty Rd.
Northville, MI - # 54
(248) 349-2700    meijer.com

The Meijer Team appreciates your business
05/04/11
Your fast and friendly checkout was
provided by Fastlane107

**GENERAL MERCHANDISE**
7869302864    OUTDOOR CORD      8.99  CT

**TOTAL**
TOTAL TAX    .54
TOTAL        9.53
**PAYMENTS**
CREDIT CARDS    TENDER    9.53
XXXXXXXXXX1062      BAL    .00
NUMBER OF ITEMS         1
See Service Desk or Meijer.com for
promotional and sale item return details.

A0054OMX023U5LS

Tx:66   Op:558    Tm:107 St:  54 08:09:32

08795821542                    $6.99
Phone Message Bk 2prt 5-3/
65053OO19746                  $15.79
AT&T TR1909BLK Corded
012502621065                  $27.49 *
                         Contract Price
Brother Ink LC61 Color 3 P
                               $4.79
O41333415017
AA Coppertop Batteries 4pk

SubTotal                      $55.06
Tax 6.000%                     $3.30
TOTAL                         $58.36

AMEX                          $58.36
Card number:   XXXXXXXXX1062
Authorization  620282

For MaxAssurance Questions or
Concerns Call 1-866-805-9095

Retail Connect        8645576
0534 00004 35255 8 05/05/11
0037280B 10:35:45 AM

ORDER BY PHONE 1-877-OFFICEMAX

0534004352500105051100B

T4C01116

**DETROIT METRO AIRPORT**

**DETROIT METRO AIRPORT**

1070-000163-00 12 22 05/24/11 20 12-000.00-4025.00

1070-000047-02 28 24 05/19/11 14 29-000.00-4030.00

821934
SOUTHLAND PRINTING
SHREVEPORT, LA.

**RECEIPT**

821934
SOUTHLAND PRINTING
SHREVEPORT, LA.

**RECEIPT**

---

3727 314971 11070

09/15                    11
JASON BARNES
ACLR

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT | |
|------|-------|-------------|-------|--------|--|
|      |       |             |       | 37 | 65 |
|      |       |             |       |    |    |
| DATE 5/24/11 | | AUTHORIZATION | | SUB TOTAL | |
| REFERENCE NO. | | | SERVER | TAX | |
| ID-FOLIO/CHECK NO./LIC. NO. STATE | REG./DEPT. | CLERK | TIP | | |
| | | | | MISC. | 6 00 |
| | | 5427348 | | **TOTAL** | 43 65 |

SIGN HERE
X

586-709-8850

337

SALES SLIP CUSTOMER COPY

Taxi

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

**CUSTOMER: RETAIN THIS COPY FOR YOUR RECORDS**

4040
02/15

---

3727 314971 11070

09/15                    11
JASON BARNES
CLR

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT | |
|------|-------|-------------|-------|--------|--|
|      |       |             |       | 38 90 | |
|      |       | Sec. Fwd | |    |    |
| DATE 5/24/11 | | AUTHORIZATION | | SUB TOTAL | |
| REFERENCE NO. | | | SERVER | TAX | |
| ID-FOLIO/CHECK NO./LIC. NO. STATE | REG./DEPT. | CLERK | TIP | | |
| | | | | MISC. | 5 00 |
| | | 5427347 | | **TOTAL** | 43 90 |

SIGN HERE
X

586-709-8850

337

SALES SLIP CUSTOMER COPY

Taxi

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

**CUSTOMER: RETAIN THIS COPY FOR YOUR RECORDS**

4040
02/15

T4C01117

```
                      Panera Bread
                       Cafe 3588
                   Baltimore, MD 21244
                   Phone: 410-448-7431

5/24/2011                        1:25:29 PM
Check Number: 307686   Cashier:   Brandon
    1 BOWL CHX WR                    4.49
        1 ***BAG/ROLL
    1 ASIAGO RB                      6.89
        1 ***CHIPS
    1 REG. SODA                      1.59
                  SubTotal          12.97
                  Tax                0.78
                  Total             13.75
                  American Express  13.75
                  Acct:XXXXXXXX1070
                  AuthCode:545258
                  Trans#:5559
View your Account at www.mypanera.com

MyPanera Member: xxxxxxxxxxx02128
MyPanera Off:
```



**Platinum Business FreedomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 06/24/11

**OPEN**
p. 1/11

Account Ending 1-14009

| New Balance | CR$137.60 |
| Minimum Payment Due | $0.00 |

**Payment Not Required**

See page 2 for important information about your account.

Your credit balance can be applied against future transactions or you may request a refund.

**FreedomPass Points**

47,315

For rewards information, please visit
americanexpress.com/freedompass

**Account Summary**

| Previous Balance | $13,974.68 |
| Payments/Credits | -$29,692.35 |
| New Charges | +$15,580.07 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| New Balance | CR$137.60 |
| Minimum Payment Due | $0.00 |

| Credit Limit | $22,400.00 |
| Available Credit | $22,537.60 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |

Days in Billing Period: 29

**Customer Care**

**Pay by Computer**
open.com/pbc

**Customer Care**
1-800-653-3104

**Pay by Phone**
1-800-472-9297

See page 2 for additional information.

9 17,521.60

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-14009**

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
38705 Seven Mile Rd
STE 460
Livonia MI 48152

Payment Not Required

New Balance
**$137.60CR**

Minimum Payment Due
**$0.00**

Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$
**Amount Enclosed**

0000349990624312155 10001376000000000 22 A

T4C01119



**Platinum Business**
ACLR
CHRISTOPHER MUCKE
Closing Date 06/24/11

edomPass Credit Card

**OPEN**

p. 3/11

Account Ending 1-14009

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$28,096.28 |
| Credits | |
| CHRISTOPHER MUCKE 1-14009 | -$1,569.95 |
| KRISTEN M BARNES 1-11062 | -$26.12 |
| **Total Payments and Credits** | **-$29,692.35** |

### Detail    *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 06/05/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$279.00 |
| 06/17/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$13,295.68 |
| 06/24/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$14,521.60 |

| Credits | | | Amount |
|---|---|---|---|
| 06/07/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz<br>SEE SUMMARY GRID FOR MORE INFORMATION | -$11.42 |
| 06/13/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz<br>SEE SUMMARY GRID FOR MORE INFORMATION | -$4.42 |
| 06/20/11 | CHRISTOPHER MUCKE | MICRO CENTER 55   MADISON HEIGHTS   OH<br>2482918400<br>Description            Price<br>IOGEAR 2FT DVI/USB    $17,999.00 | -$529.99 |
| 06/21/11 | CHRISTOPHER MUCKE | BEST BUY MHT  417  NOVI          MI<br>ELECTRONICS STORE | -$285.02 |
| 06/23/11 | CHRISTOPHER MUCKE | MICRO CENTER 55   MADISON HEIGHTS   OH<br>2482918400<br>Quantity        Description            Price<br>3               TRENDNET 4PRT 10/10    $14,997.00 | -$158.97 |
| 06/23/11 | CHRISTOPHER MUCKE | MICRO CENTER 55   MADISON HEIGHTS   OH<br>2482918400<br>Description          Price<br>QVS VGA M - DVI F A  $1,499.00<br>QVS VGA F - DVI M A  $1,499.00<br>QVS M/FDVI DLINK FL  $3,999.00<br>REFER TO INVOICE | -$180.13 |
| 06/17/11* | KRISTEN M BARNES | 5% OPEN Savings at FedEx<br>FEDEX# 874150771920 874 $140.71 06/15/2011 | -$7.04 |

## New Charges

### Summary

| | Total |
|---|---|
| CHRISTOPHER MUCKE 1-14009 | $11,769.29 |

Continued on reverse

A1165

T4C01120



CHRISTOPHER MUCKE | Account Ending 1-14009 | p. 4/11

## Summary Continued

| | Total |
|---|---|
| KRISTEN M BARNES 1-11062 | $3,709.74 |
| JASON BARNES 1-11070 | $101.04 |
| **Total New Charges** | **$15,580.07** |

## Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

| | | | Amount |
|---|---|---|---|
| 05/27/11 | THE CAPITAL GRILLE 8TROY     MI | | $113.28 |
| | 2486495300 | | |
| | FOOD/BEVERAGE | $93.28 | |
| | TIP | $20.00 | |
| 05/29/11 | FLEMINGS #3301 30677LIVONIA    MI | | $225.42 |
| | 7345429463 | | |
| | Description                Price | | |
| | FOOD AND BEVERAGE         $225.42 | | |
| 05/29/11 | CHAMPPS #65216 0044 LIVONIA    MI | | $31.95 |
| | 734-591-3334 | | |
| | Description | | |
| | FOOD/BEVERAGE | | |
| 05/31/11 | ATT BUS PHONE PMT  800-704-4808   TX | | $654.45 |
| | AT&T EZC PMT | | |
| 06/03/11 | Deadwood Bar & GrillNorthville    MI | | $40.38 |
| | RESTAURANT | | |
| 06/05/11 | HERTZ CAR RENTAL   HERTZ PPAY    OK | | $228.35 |
| | Location | Date | |
| | Rental:    HERTZ PPAY OK | 11/06/03 | |
| | Return:    HERTZ PPAY OK | 11/06/05 | |
| | Agreement Number: 008981372 | | |
| | Renter Name: MUCKE CHRISTOPHER | | |
| 06/06/11 | BENIHANA AA     ATLANTA     GA | | $113.96 |
| | RESTAURANT | | |
| 06/07/11 | PAPPADEAUX SEAFOOD 5MARIETTA    GA | | $148.52 |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | $128.52 | |
| | TIP | $20.00 | |

Continued on next page

A1166

T4C01121



**Platinum Business** edomPass Credit Card                    **OPEN**          p. 5/11
ACLR
CHRISTOPHER MUCKE
Closing Date 06/24/11                                        Account Ending 1-14009

## Detail Continued

|  |  |  |  | Amount |
|---|---|---|---|---|
| 06/08/11 | HOOTERS OF PEACHTREEATLANTA<br>770-951-2042<br>Description<br>EATING PLACE/R | GA | *Meal* | $54.65 |
| 06/09/11 | MARRIOTT 33790MRQUISATLANTA<br>Arrival Date — Departure Date<br>06/05/11 — 06/08/11<br>00000000 | GA | *Lodging* | $620.05 |
| 06/09/11 | PAPPASITOS CANTINA 1MARIETTA<br>RESTAURANT<br>FOOD/BEVERAGE $73.91<br>TIP $15.00 | GA | *Meal* | $88.91 |
| 06/10/11 | HERTZ CAR RENTAL   ATLANTA<br>Location<br>Rental:   ATLANTA GA<br>Return:   ATLANTA GA<br>Agreement Number: 378766581<br>Renter Name: MUCKE /CHRISTOPHER | GA<br><br>Date<br>11/06/05<br>11/06/10 | *Car* | $88.49 |
| 06/10/11 | METRO AIRPORT PARKINDETROIT<br>PARKING LOT & GARAGE | MI | *Car* | $132.00 |
| 06/10/11 | SHELL OIL 57542375B0EAST POINT<br>AUTO FUEL DISPENSER | GA | *Car* | $57.09 |
| 06/11/11 | DELTA AIR LINES   ATLANTA<br>DELTA AIR LINES<br>From: To:<br>N/A N/A<br>N/A<br>N/A<br>N/A<br>Ticket Number: 0062350790580<br>Passenger Name: MUCKE/CHRISTOPHER A<br>Document Type: ADDITIONAL COLLECTION | <br><br><br>Carrier: Class:<br>YY 00<br>YY 00<br>YY 00<br>YY 00<br>Date of Departure: 12/31 | *Flight* | $50.00 |
| 06/14/11 | MARRIOTT 33790MRQUISATLANTA<br>Arrival Date — Departure Date<br>06/05/11 — 06/10/11<br>00000000 | GA | *Lodging* | $1,755.10 |
| 06/14/11 | MARRIOTT 33790MRQUISATLANTA<br>Arrival Date — Departure Date<br>06/05/11 — 06/10/11<br>00000000 | GA | *Lodging* | $1,219.81 |
| 06/17/11 | BEST BUY MHT  417 NOVI<br>ELECTRONICS STORE | MI | *Computers* | $512.82 |

Continued on reverse

A1167

T4C01122

CHRISTOPHER MUCKE                    Account Ending 1-14009                    p. 6/11

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 06/17/11 | ANDIAMO OF LIVONIA 0LIVONIA    MI<br>7349533200<br>Description<br>RESTAURANT CHARGES | Meal | $68.08 |
| 06/17/11 | THE HOME DEPOT 2704 NORTHVILLE    MI<br>999-999-9999 | Vice Off. | $33.79 |

| | | | |
|---|---|---|---|
| 06/20/11 | MICRO CENTER 55   MADISON HEIGHTS   OH<br>2482918400 | | $1,950.20 |
| | Description            Price<br>SAMSUNG E 27" LCD P    $33,999.00<br>ATENNJ 2PT DUAL DVI   $37,999.00<br>QVS M/F DVI DLINK F    $2,999.00<br>REFER TO INVOICE | Computers | |
| 06/20/11 | WWW.NEWEGG.COM   ELECTRONICS<br>81900617 48152 | Computers | $2,165.59 |
| 06/21/11 | MICRO CENTER 55   MADISON HEIGHTS   OH<br>2482918400 | Computers | $158.97 |
| | Quantity              Description          Price<br>3                     TRENDNET 4PRT 10/10  $14,997.00 | | |
| 06/22/11 | BEST BUY MHT 417 NOVI      MI<br>ELECTRONICS STORE | Computers | $400.57 |

| | | | |
|---|---|---|---|
| 06/23/11 | TA #212 BLOOMSBURG 0BLOOMSBURG      PA<br>5707849400 | Meal | $40.84 |

**KRISTEN M BARNES**
Card Ending 1-11062

| | | | | Amount |
|---|---|---|---|---|
| 05/26/11 | USPS 255486015405583LIVONIA    MI<br>800-2758777 | Postage | | $30.33 |
| 05/31/11 | COLO FACILITIES ATLA404-230-9150<br>404-230-9150 | Job Tech | (Rent) | $890.00 ✓ |
| 06/01/11 | TRANXACT GLOBAL   404-230-9150<br>404-230-9150 | Job Tech | (internet) | $140.00 ✓ |

| | | | | |
|---|---|---|---|---|
| 06/08/11 | TRANXACT GLOBAL   404-230-9150<br>404-230-9150 | Job Tech | (office equip) | $20.00 ✓ |

Continued on next page

A1168



**Platinum Business   edomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 06/24/11

AMERICAN EXPRESS

**OPEN**

p. 7/11

Account Ending 1-14009

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 06/09/11 | OFFICEMAX, INC. 0534248-305-5205 248-305-5205 8-1/2 X 11 SPECIALTY | Nice off. | $49.16 |
| 06/10/11 | TRANXACT GLOBAL   404-230-9150 404-230-9150 | Info Tech   (internet) | $140.00 |
| 06/14/11 | THE UPS STORE 3415 LIVONIA    MI OFFICE SUPPLY STORE | Postage | $135.63 |
| 06/15/11 | FEDEX# 77022547966 71-800-622-1147 1-800-622-1147 Non Transportation FedEx #1-800-622-1147 | Postage | $11.40 |
| 06/15/11 | FEDEX# 874150771920 1-800-622-1147 1-800-622-1147 TO: MILLENNIUM SOLUTIONS GA FROM: K BARNES 48152 001 PRIORITY PKG 21LB AWB874150771920 FedEx #1-800-622-1147 | Postage | $140.71 |
| 06/15/11 | COMPASS SELF STOR 20248-8883500    MI WAREHOUSING & STORAGE | Storage | $89.00 |
| 06/15/11 | TWO MEN AND A TRUCKMLIVONIA    MI FREIGHT & MOVING | Moving | $214.00 |
| 06/17/11 | TARGET 872 0872   LIVONIA    MI DISCOUNT STORE | Nice off | $444.03 |
| 06/17/11 | TWO MEN AND A TRUCKMLIVONIA    MI FREIGHT & MOVING | Moving | $214.00 |
| 06/17/11 | THE HOME DEPOT 2704 NORTHVILLE    MI 999-999-9999 | Nice off | $15.82 |
| 06/20/11 | WINZIP COMPUTING SL MANSFIELD    CT 8772946947 | computer software | $181.72 |
| 06/21/11 | TRANXACT GLOBAL   404-230-9150 404-230-9150 | Info Tech   -8/10 Internet -2.50 install (FA:F+F) | $390.00 |
| 06/22/11 | BEDBATH&BEYOND#0113 NORTHVILLE    MI 248-344-0999 | Nice off | $85.44 |

| | | | Amount |
|---|---|---|---|
| 06/23/11 | TARGET 872 0872   LIVONIA    MI DISCOUNT STORE | Nice off | $17.96 |

**JASON BARNES**
Card Ending 1-11070

| | | | | Amount |
|---|---|---|---|---|
| 06/08/11 | BK CINN CHICK 205706ATLANTA    GA 404-8381000 FOOD | $6.84 | Nice | $6.84 |

Continued on reverse

T4C01124

CHRISTOPHER MUCKE                Account Ending 1-14009                          p. 8/11

## Detail Continued

|        |                                                  |                |     | Amount   |
|--------|--------------------------------------------------|----------------|-----|----------|
| 06/08/11 | MCDONALD'S F1692 000 ATLANTA<br>4047584125 | GA   |     | $14.86   |
| 06/08/11 | APCO-BSHOP INTL AIRFLINT<br>3122742000<br>Description        Price<br>PARKING FEES        $20.00 | MI |     | $20.00   |
| 06/23/11 | MICRO CENTER 55   MADISON HEIGHTS<br>2482918400<br>Description        Price<br>INLANDPRO IL CAT 6      $2,799.00 | OH |     | $59.34   |

## Fees

|                              | Amount |
|------------------------------|--------|
| Total Fees for this Period   | $0.00  |

## Interest Charged

|                                        | Amount |
|----------------------------------------|--------|
| Total Interest Charged for this Period | $0.00  |

## 2011 Fees and Interest Totals Year-to-Date

|                        | Amount |
|------------------------|--------|
| Total Fees in 2011     | $0.00  |
| Total Interest in 2011 | $0.00  |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|                | Annual<br>Percentage Rate | Balance Subject<br>to Interest Rate | Interest<br>Charge |
|----------------|---------------------------|-------------------------------------|--------------------|
| Purchases      | 17.24% (v)                | $0.00                               | $0.00              |
| Cash Advances  | 21.24% (v)                | $0.00                               | $0.00              |
| Total          |                           |                                     | $0.00              |
| (v) Variable Rate |                        |                                     |                    |

A1170

| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Misc* | Office Supplies | Postage | Computer Supplies |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | June 2011 | | | | | | |
| Jun 2011 | 50.00 | 620.05 | 228.35 | 113.28 | 890.00 | 654.45 | 33.79 | 214.00 | 30.33 | 512.82 |
| Jun 2011 | | 1,755.10 | 88.49 | 225.42 | 140.00 | | 49.16 | 214.00 | 135.63 | 1,950.20 |
| Jun 2011 | | 1,219.81 | 132.00 | 31.95 | 20.00 | | 85.44 | 15.82 | 11.40 | 2,165.59 |
| Jun 2011 | | | 57.09 | 133.96 | 140.00 | | 17.96 | | 143.71 | 158.97 |
| Jun 2011 | | | 20.00 | 148.52 | 390.00 | | | | | 400.57 |
| Jun 2011 | | | | 54.65 | | | | | | 181.72 |
| Jun 2011 | | | | 88.91 | | | | | | 59.34 |
| Jun 2011 | | | | 68.08 | | | | | | |
| Jun 2011 | | | | 6.84 | | | | | | |
| Jun 2011 | | | | 14.86 | | | | | | |
| Totals | 50.00 | 3,594.96 | 525.93 | 886.47 | 1,580.00 | 654.45 | 186.35 | 443.82 | 321.07 | 5,429.21 |
| Credits | | | | | | | | | | |
| Net Expenses | 50.00 | 3,594.96 | 525.93 | 886.47 | 1,580.00 | 654.45 | 186.35 | 443.82 | 321.07 | 5,429.21 |

* Moving to new office; $428.

T4C01126



## EXPRESS '
### HOTEL & SUITES

|  |  | 85 |  | 06-25-11 |
|---|---|---|---|---|

| Chris Mucke | Folio No. | : | Room No. : | 213 |
|---|---|---|---|---|
| 38705 7 mile road suite 460 | A/R Number | : | Arrival : | 06-23-11 |
| Livonia MI 48152 | Group Code | : | Departure : | 06-25-11 |
| US | Company | : | Conf. No. : | 63353416 |
|  | Membership No. : | | Rate Code : | IGCOR |
|  | Invoice No. | : | Page No. : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-23-11 | *Accommodation | 179.00 | |
| 06-23-11 | State Tax - Room | 14.54 | |
| 06-23-11 | Occupancy Tax | 8.95 | |
| 06-24-11 | *Accommodation | 179.00 | |
| 06-24-11 | State Tax - Room | 14.54 | |
| 06-24-11 | Occupancy Tax | 8.95 | |
| | Total | 404.98 | 0.00 |
| | Balance | 404.98 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express Hotel & Suites
1106 Rt. 9W (P. O. BOX 620)
Fort Montgomery, NY  10922
Telephone: (845) 446-4277  Fax: (845) 446-4288

A1172

T4C01127

Tirami Su Ristorante Italiano
146 Maincentre
Northville, MI  48167
248-755-0901

Server: Victoria          DO#  06/12/2011
06:08 PM                       06/12/2011
Table 4 /1                        3/39007

AMEX
Card #X..XXXXXXXX4009

                Amount :        43.85

                + Tip:

                = Total       51.85

Suggested gratuity
            total

X
Approval: 502

0001
Server: MEGAN ..               Rec:  1
06/17/11 12:22, Swiped   T: 13 Term: 4

ANDIAMO LIVONIA
(   )  -
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4009
Name: C MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 586970
Reference: AU|133411
TRANS TYPE: Credit Card SALE

CHECK :          57.08

TIP :            .

TOTAL :          68.08



X

---

                        8t
                Plym           0.70
            (734)459-0885

Check Number    200456   6/17/2011

Card TypeAmerican Expres
s
Card Number     **********4009

Reference Number 582210

Amount          $92.14

        TIP:    20.00

        Total:  112.14



---

THE HOME DEPOT
More saving.
More doing.®

39500 W.SEVEN MILE RD.
NORTHVILLE MI 48167   (248)347-9600

2704 00059 56768   06/17/11 02:54 PM
CASHIER SELF CHECK OUT - SCOT59

032076055233 ELEC STAPLE <A>     1.96
756847001938 16/3 15'FLAT <A>   12.98
086698880216 WIRE COVER <A>     10.95
032076070380 8IN BLK TI <A>      5.99

              SUBTOTAL          31.88
              SALES TAX          1.91
              TOTAL            $33.79
XXXXXXXXXXXX4009  AMEX          33.79
AUTH CODE 521249/7594027          TA



2704 59 56763 06/17/2011 1959

     RETURN POLICY DEFINITIONS
  POLICY ID   DAYS   POLICY EXPIRES ON
  A     1      90         09/15/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

              GU:
              LO
              LOW

## TravelCenters of America receipt (left, rotated)

```
8810004830 RR Donnelley ©2008. All rights reserved. - 0667
FORM NO. 811051
```

```
TravelCenters
of America

0212-11-81505  TA TravelCenter #212
6 Buckhorn Rd        Bloomsburg  , PA  17815  570-784-9400
                                            Fed ID: 34-1747077

Disp    Product      Reefer  Volume    Unit Cost  Net Cost   Total

09      DIESEL FUEL    N     9.988 Gal  $ 4.089   $ 4.089   $40.84

Cashier Jessica              Invoice: 1103203 Receipt: 1181505
Truck #: 1

COMPANY NAME: POV
RESPONSE: AUTHED 5733134084
AMERICAN EXPRESS        $40.84    Media Id: XXXXXXXXXXXX4009

Fuel Total~)            $40.84
Subtotal~)              $40.84    Signature:
Total~)                 $40.84

Diesel Tax Distribution
GROSS DSL    FED F/T=0.0000    STA F/T=0.0000    STA S/T=0.0000
40.84        0.00              0.00              0.00          NET DSL
THIS FUEL CONTAINS NO EVIDENCE OF DYE.                        40.84

                                                   Thu Jun 23 2011

Page 1 of 1                              ORIGINAL

We appreciate your business
```

## OUTBACK STEAKHOUSE receipt (right)

```
OUTBACK
S T E A K H O U S E

00062E    Table  22  #Party 11
JENNIFER M  SvrCk:  5  7:03p 06/24/11

1 BLOOM                              6.79
1 DR FOST                            5.00
1 COLD BEV                           2.79
1 FRITA,SUB SUGAR                    6.50
2 CROWN X, 1 rocks, 1 rocks         15.00
1 FRZ VIRGIN, straw daq              4.50
3 GR CHEZ                           11.85
1 NR PASTA, chicken (14.99)         14.99
2 6 SIRLOIN                         19.98
1 12 SIRLOIN                        16.99
1 NR PASTA, veg (11.99)             11.99
1 SALMON 7                          14.99
1 HOUSE SAL W/                       2.99
1 9 SIRLOIN                         14.99
1 GL DIAMOND                         7.95
1 GL MERLOT                          5.36
10 ICE WATER                         0.00
1 ENT CAESAR SA                      4.79
1 ROAST WEDGE SAL                   12.99
3 HOT BEV                            6.87
1 BDAY DOG                           0.00
3 SCOOP                              5.97
3 DOG                                5.85

                        Total:  199.52
               TAX    :          16.20
        SUGGESTED TIP   18%*      38.83
06/24  8:37pTOTAL:              254.55

        *A suggested gratuity of 18%
        of the purchase and sales tax
        has been calculated for your
        convenience. You may modify
        this amount at your discretion.

HAVE FUN.GET REWARDS!
Earn points towards exciting rewards,
experiences and offers from Outback.
        Register online at
      www.MyOutbackRewards.com
        and enter this code:

            3318-40021-21360

Code expires 30 days from date above.
     Some restrictions apply.
```

Thank you!
Happy Birthday!

T4C01129

## ATLANTA MARRIOTT MARQUIS

GUEST FOLIO

| | | | | | |
|---|---|---|---|---|---|
| 3319 | MUCKE/CHRIS | | 179.00 | 06/10/11 12:00 | 738 |
| ROOM | NAME | | RATE | DEPART      TIME | ACCT# |
| GK | ACLR | | | 06/05/11 18:17 | |
| TYPE | | | | ARRIVE      TIME | |
| 52 | 550 FOREST AVE STE 1 | | PASSPORT: | | |
| | PLYMOUTH        MI | | AXXXXXXXXXXXXX4009 | | |
| ROOM | 481703793 | | | | RWD#: XXXX8175 |
| CLERK | ADDRESS | | PAYMENT | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 06/05 | SEAR | 33123319 | 384.63 | | |
| 06/05 | TELECOMM | WFB | 12.95 | | |
| 06/05 | WFB TAX | WFB | 1.04 | | |
| 06/05 | ROOM TR | 3319, 1 | 179.00 | | |
| 06/05 | STATE TX | 3319, 1 | 14.32 | | |
| 06/05 | CITY TAX | 3319, 1 | 12.53 | | |
| 06/06 | PULSE | 54143319 | 64.86 | | |
| 06/06 | TELECOMM | WFB | 12.95 | | |
| 06/06 | WFB TAX | WFB | 1.04 | | |
| 06/06 | ROOM TR | 3319, 1 | 179.00 | | |
| 06/06 | STATE TX | 3319, 1 | 14.32 | | |
| 06/06 | CITY TAX | 3319, 1 | 12.53 | | |
| 06/07 | SEAR | 34453319 | 19.44 | | |
| 06/07 | TELECOMM | WFB | 12.95 | | |
| 06/07 | WFB TAX | WFB | 1.04 | | |
| 06/07 | ROOM TR | 3319, 1 | 179.00 | | |
| 06/07 | STATE TX | 3319, 1 | 14.32 | | |
| 06/07 | CITY TAX | 3319, 1 | 12.53 | | |
| 06/08 | TELECOMM | WFB | 12.95 | | |
| 06/08 | WFB TAX | WFB | 1.04 | | |
| 06/08 | ROOM TR | 3319, 1 | 179.00 | | |
| 06/08 | STATE TX | 3319, 1 | 14.32 | | |
| 06/08 | CITY TAX | 3319, 1 | 12.53 | | |
| 06/09 | HIGH VEL | 90063319 | 36.97 | | |
| 06/09 | TELECOMM | WFB | 12.95 | | |
| 06/09 | WFB TAX | WFB | 1.04 | | |
| 06/09 | ROOM TR | 3319, 1 | 179.00 | | |
| 06/09 | STATE TX | 3319, 1 | 14.32 | | |
| 06/09 | CITY TAX | 3319, 1 | 12.53 | | |
| 06/10 | PARKING | 5NIGHTS | 150.00 | | |
| 06/10 | CCARD-AX | | | 1755.10 | |

PAYMENT RECEIVED BY  AMERICAN EXPRESS XXXXXXXXXXX4009

.00

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

### ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CENTER
ATLANTA, GA  30303

**Marriott**
HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

Rev. 11/07  **FOR RESERVATIONS AT ANY MARRIOTT HOTEL. CALL (800) 228 9290**

T4C01130

**Marriott**
HOTELS & RESORTS

ATLANTA MARRIOTT MARQUIS

| | | | | | |
|---|---|---|---|---|---|
| 3302 | MUCKE/CHRIS | | 179.00 | 06/10/11 12:00 | 737 |
| ROOM | NAME | | RATE | DEPART TIME | ACCT# |
| GK | ACLR | | | 06/05/11 18:17 | |
| TYPE | | | | ARRIVE TIME | |
| 52 | 550 FOREST AVE STE 1 | | | | |
| | PLYMOUTH MI | | PASSPORT: | | |
| ROOM CLERK | 481703793 | | AXXXXXXXXXXXX4009 | | |
| | ADDRESS | | PAYMENT | | |

GUEST FOLIO

RWD#: XXXXX8175

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 06/05 | PARKING | | | | |
| 06/05 | ROOM TR | PARKING | 30.00 | | |
| 06/05 | STATE TX | 3302, 1 | 179.00 | | *duplicate charges* |
| 06/05 | CITY TAX | 3302, 1 | 14.32 | | |
| 06/06 | PARKING | 3302, 1 | 12.53 | | |
| 06/06 | ROOM TR | PARKING | 30.00 | | |
| 06/06 | STATE TX | 3302, 1 | 179.00 | | |
| 06/06 | CITY TAX | 3302, 1 | 14.32 | | |
| 06/07 | SEAR | 3302, 1 | 12.53 | | |
| 06/07 | PARKING | 34333302 | 20.28 | | *attached* |
| 06/07 | ROOM TR | PARKING | 30.00 | | |
| 06/07 | STATE TX | 3302, 1 | 179.00 | | *6/22* |
| 06/07 | CITY TAX | 3302, 1 | 14.32 | | *Misty will* |
| 06/08 | PARKING | 3302, 1 | 12.53 | | *adjust $150* |
| 06/08 | ROOM TR | PARKING | 30.00 | | |
| 06/08 | STATE TX | 3302, 1 | 179.00 | | |
| 06/08 | CITY TAX | 3302, 1 | 14.32 | | |
| 06/09 | SEAR | 3302, 1 | 12.53 | | *attached* |
| 06/09 | PARKING | 37473302 | 20.28 | | *6/28 $150 credit* |
| 06/09 | ROOM TR | PARKING | 30.00 | | *on AMEX* |
| 06/09 | STATE TX | 3302, 1 | 179.00 | | |
| 06/09 | CITY TAX | 3302, 1 | 14.32 | | |
| 06/10 | CCARD-AX | 3302, 1 | 12.53 | | |

PAYMENT RECEIVED BY AMERICAN EXPRESS XXXXXXXXXXXX4009    1219.81

.00

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

**Marriott**
HOTELS & RESORTS

ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CENTER
ATLANTA, GA  30303

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Rev.11/07   FOR RESERVATIONS AT ANY MARRIOTT HOTEL. CALL (800) 228 9290

T4C01131



**HOTELS & RESORTS**

GUEST FOLIO

| | | | |
|---|---|---|---|
| 3337 | BARNES/JASON/MR | 159.00 DUPLICATE | 8:55 ACCT# |
| ROOM | NAME | RATE          DEPART | TIME      694 |
| GK | | 06/05/11 | |
| TYPE | | ARRIVE       TIME | |

4771 HARDING AVE
CLARKSTON      MI
483463424

ROOM
CLERK    ADDRESS

AXXXXXXXXXXXXX4009
PAYMENT

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 06/05 | M STORE    66083337 | 3.00 | | |
| 06/05 | ROOM TR    3337, 1 | 159.00 | | |
| 06/05 | STATE TX   3337, 1 | 12.72 | | |
| 06/05 | CITY TAX   3337, 1 | 11.13 | | |
| 06/06 | M STORE    69903337 | 3.00 | | |
| 06/06 | ROOM TR    3337, 1 | 159.00 | | |
| 06/06 | STATE TX   3337, 1 | 12.72 | | |
| 06/06 | CITY TAX   3337, 1 | 11.13 | | |
| 06/07 | PULSE      60633337 | 65.50 | | |
| 06/07 | ROOM TR    3337, 1 | 159.00 | | |
| 06/07 | STATE TX   3337, 1 | 12.72 | | |
| 06/07 | CITY TAX   3337, 1 | 11.13 | | |
| 06/08 | CCARD-AX | | 620.05 | |
| | AXXXXXXXXXXXXX4009 | | | |

.00

**Marriott**
**HOTELS & RESORTS**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

Rev.11/07   **FOR RESERVATIONS AT ANY MARRIOTT HOTEL. CALL (800) 228 9290**

A1177

T4C01132

**0147**
Server: PAREDES K                    Rec:150
06/09/11 17:27, Swiped    T: 41 Term: 4

Pappasito's #17              Dixon
2788 Windy Hill Rd           Mucke
Marietta, GA 30067           ATD
(770)541-6100
MERCHANT #: 67071730196

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4009
Name: C MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 554117
Reference: 0609010000147
TRANS TYPE: Credit Card SALE

CHECK :                          73.91

TIP :                      _____.___

TOTAL :                       88.91

---

SALE RECEIPT
Store #13931        Dte 06/09/11 12:08:38
Subway Sandwiches & Salads
1175 Ralph David Abenathey blvd
Atlanta                    GA 30310
404-756-0150
Trans#  69 Clerk 20   Sylvia
Dwr1 TRDT 060911 Reg-ID REG-MAIN
                    Receipt # 0000108045
--- ITEM --- QTY        PRICE MEMO  PLU
TUNA      6r  1   TO$    4.00PRICEOV10117
DRK-21oz      1   TO$    1.00PRICEOV10002
COOKIE        1   TO$    0.50PRICEOV10011
COOKIE        1   TO$    0.50PRICEOV10011
SPICY ITAL6r  1   T $    3.25        10189
CHIPS         1   T $    1.00PRICEOV10020
DRK-21oz      1   TO$    1.00PRICEOV10002
BMT       6r  1   TO$    1.71PRICEOV10113
CHIPS         1   T $    0.99        10020
DRK-32oz      1   TO$    1.29PRICEOV10003

          SUBTOTAL $     15.24
            Tax A  $      1.22

TAKE-OUT **TOTAL $       16.46
Cash   AMT TEND $        20.00

        CHANGE DUE$        3.54

http://www.s                    ifo

---

HELL            , 57542375803
338 VIRGINIA AVE
LAST POINT  , GA
30044

06/10/2011 09:20:43 AM 360932000

XXXX XXXXXX X4009 AMEX
INVOICE 227991
AUTH 582896

PUMP# 1
REG UNLEAD                     15.028G
PRICE/GAL                        3.799

FUEL TOTAL                    $ 57.09
                              --------
            Subtotal = $ 57.09
               Tax = $  0.00
                              --------
            Total = $ 57.09
CREDIT                        $ 57.09

Save 10cents/gal instantly at Shell when
     you earn 100 points at Kroger.

Pick up a              cal Shell

---

I'M Host KRUEGER K No Store #409
B-FER KING/CINNABON/CHECK ITI A
ATA HARTSFIELD INT'L AIRPORT

3277 NATISHA

CHK 5646 JUN10'1' 11:03'9

1 S CMB BRK CFA          4.49
  SODA FTN 2'            0.20

SUBTOTAL                 4.69
TAX                      0.33
AMOUNT PAID           5 .02
CASH                    20.00
CHANGE DUE              14.98

ATLANTA HARTSFIELD INT'L AIRPORT
   If we did exceed your
expectations or if we did not
 exceed your expectations we
 would love to hear from you

   (404) 838 1026
tim.slaney@mshost.cu

A1178

T4C01133

Atlanta, GA 30303
(404) 522-9629

Server: Maritza          DOB: 06/06/2011
07:55 PM                      06/06/2011
Table 2/2                     4/40051

SALE

AMEX                          4194338
Card #XXXXXXXXXXX4009
Magnetic card present: MUCKE C
Card Entry Method: S

Approval: 555134

        Amount:        $ 93.96

        + Tip: _____

        = Total: _____ 113.56

        I agree to pay the above
        total according to the
        ...

0253
Server: ...
06/0...            Rec:232
                   T: 93 Term: 5

Pappadeaux #15        Piyou
2830 Windy Hill Rd
Marietta, GA 30067
(770)984-8899
MERCHANT #: 67071730196

CARD TYPE     ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4009
Name: ...
00 TRANSACTION APPROVED
AUTHORIZATION #: 513419
Reference: 0607010000253
TRANS TYPE: Credit Card SALE

CHECK:          128.52

TIP:            20.—

TOTAL:          148.52

---

SALE RECEIPT
Store #13931      tko 06/07/11 12:15:31
Subway Sandwiches & Salads
1175 Ralph David Abenathey blvd
Atlanta              GA 30310
404-756-0150
Trans# 85 Clerk 2  Brenda
Dwr1 TRDT 060711 Reg-ID REG-MAIN
                 Receipt # 0000107476
--- ITEM --- QTY      PRICE MEMO  PLU
TUNA      6r  1  T $   3.50        10117
CCC       fr  1  T $   5.00        10211
DRK-21oz      1  T $   1.29        10002
SPICY ITAL6r  1  T $   3.25        10189
CHIPS         1  TO$   1.00PRICEOV10020
DRK-21oz      1  TO$   1.00PRICEOV10002
DRK-21oz      1  T $   1.29        10002
                      ----------
      SUBTOTAL $      16.33
      Tax A    $       1.31
                      ----------
TAKE-OUT **TOTAL $    17.64
Cash    AMT TEND $    20.00
                      ----------
      CHANGE DUE$      2.36

http://www.subway.com for more info

Ho...              ...anta
203 Peachtree St NE
Atlanta, GA  30303
404-...-9464
www.hooters.com

Check : 249
Date : 6/8/2011
Employee : Chanel
Card Type : Amex
Card No : XXXXX...009
Name : MUCKE
Approval : 54243...

Amount              44.65

Tip

Total               54.65

I agree to pay the above Total Amount
according to the Card Issuer Agreement.

Signature _____

CUSTOMER COPY

A1179



ATLANTA-

## RR 378766581 #01
## CHRISTOPHER
## MUCKE

VEHICLE: 01498 / 3082955
1ITV7N   LIC: TN  017ZQX
FUEL:  8/8 OUT 8/8 IN
CDP: XXXXXXX

RES: F1293571390 / VSTATW L
COMPLETED BY: 2686 / GAATL11

RENTED:   ATLANTA INT'L A/P
RENTAL:   06/05 / 11  17:37
RETURN:   06/10 / 11  09:27
RETURNED: ATLANTA-HARTSFIELD INTL

PLAN IN:  VSTATW      RATE CLASS: L
**PLAN OUT: VSTATW**

MILES IN:    9264   TR-X MILES
MILES OUT:   9057   MILES ALLOWED
MILES DRIVEN: 207   MILES CHARGED

| | | | |
|---|---|---|---|
| WEEKS | 1 @ $  253.72 / WEEK | $ | 253.72 |
| **SUBTOTAL 1** | | $ | 253.72 |
| DISCOUNT - | R 10 % | $ | 25.37 |
| **SUBTOTAL 2** | | T$ | 228.35 |
| CONCESSION FEE RECOVERY | | T$ | 26.30 |
| LDW | DECLINED | | |
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| CUST FAC CHG | | T$ | 25.00 |
| ENERGY SURCHARGE | | T$ | 1.03 |
| VEHICLE LICENSE COST RECOVERY | | T$ | 7.35 |
| TAX 10.000% ON | 288.03 | $ | 28.84 |
| VOUCHER - 1 | | $- | 228.35 |
| **NET DUE** | | $ | 88.49 |
| PAID BY   AMX | XXXXXXXXXXX4009 | | |

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1)  Call  1-800-278-1595, or
    Visit  WWW.HERTZSURVEY.COM

2)  Enter Access Code:   01450

3)  Take Brief 4 Question Survey

QUESTION?
Visit WWW.HERTZ.COM or
Call 1-800-654-4173

THANK YOU FOR RENTING FROM

## HERTZ

WELCOME TO BEST BUY #417
NOVI, MI 48375
(248)449-8956

Keep your receipt!

Val #: 0825-5717-7097-4170

0417 064 0503 06/20/11    18:27 00531834

9660537  DX-C114193                    39.99
  DYNEX 6FT HDMI TO DVI CABLE
  ITEM TAX 2.40
2099051  S27A550H                     399.99
  SAMSUNG S27A550H 27" LED MONI
  ITEM TAX 24.00
                                    ---------
                  SUBTOTAL            439.98
            SALES TAX AMOUNT           26.40
                                    =========
                     TOTAL            466.38

Associate # 531834

xxxxxxxxxxxx9763              VISA     466.38
CHRISTOPHER  MUCKE
APPROVAL 020326


Dear Valued Customer,

To help keep prices low for all of our
customers, this store tracks exchanges and
returns on                          When you
exchange or                          his store,
we require                       photo ID (see


---

WELCOME TO BEST BUY #417
NOVI, MI 48375
(248)449-8956

Keep your receipt!

0417 042 3620 07/06/11    11:40 00711141

RETURN

ORIGINAL TRAN 0417 005 7025  06/17/11

7003217   6' VGA MONITOR             19.99-
          EXTENSION CABL
  ITEM TAX 1.20-
                                    ---------
                  SUBTOTAL            19.99-
            SALES TAX AMOUNT           1.20-
                                    =========
                     TOTAL            21.19-

xxxxxxxxxxxx4009 K           AMEX     21.19


Dear Valued Customer,

To help keep prices low for all of our
customers, this store tracks exchanges and
returns on an individual level. When you
exchange or return an item at this store,
we require a valid form of photo ID (see
below). Some of the information from your
ID may be stored in a secure, encrypted
database of customer activity that Best Buy
and its affiliates use to track exchanges
and returns.

Valid forms of ID accepted are:
U.S., Canadian or Mexican Driver's License,
U.S. State ID, Canadian Province ID,
U.S. Military ID or Passport

YOUR CUSTOMER SERVICE PIN IS:
0417 042 3620 070611


BEST BUY VALUES YOUR FEEDBACK!!
TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
WIN A $5,000 BEST BUY SHOPPING SPREE!!

Visit http://www.bestbuycares.com
Cuestionario en Espanol tambien

& enter the following codes:

Group A:  491279

Group B:  4328

Group C:  386929


& enter the following codes:

Group A:  491377

  ITEM TAX 1.98
5426693   RZ CARD                     0.00 N
  REWARD ZONE CARD
  ...ER ID 1000184790
                                    ---------
                  SUBTOTAL           483.79

A1181

# Micro Center
32800 Concord Drive
Madison Heights, MI 48071
General Manager R. Michael Ellis
(248) 291-8400

Reference: 055-SE-3739968
Date: 06/23/11  5:12 PM
Customer: THE ULTIMATE COMPUTER STORE
C. MUCKE
CSR: CHRIS M.

### RETURN    RETURN    RETURN    RETURN

| | |
|---|---|
| -1 972547 QUS U6A M - DVI F ADAPTER | -14.99 |
| -1 972547 QUS U6A M - DVI F ADAPTER | -14.99 |
| -1 972547 QUS U6A M - DVI F ADAPTER | -14.99 |
| -1 972372 QUS U6A F - DVI M ADAPTER | -14.99 |
| -1 146514 QUS M/FOOT DLINK FLIPAL EX110 | -39.99 |
| -1 146514 QUS M/FOOT DLINK FLIPAL EX110 | -39.99 |
| -1 122457 QUS M/F DVI DLINK FLIPAL EX13 | -29.99 |

did not need. unopened.

| | |
|---|---|
| SUBTOTAL: | -169.93 |
| TAX: | -10.20 |
| RETURN TOTAL: | -180.13 |

### REFUND TYPES FOR: 055-SE-3739968
XXXXXXXXXX4009 AMERICAN EXPRESS      -180.13
NET DUE:       0.00

I AGREE TO PAY ABOVE CREDIT CARD TOTAL(S) ACCORDING TO
CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT
VOUCHER)



Please Keep Your Receipt
Thank you for shopping at Micro Center
Please visit our website at www.microcenter.com

NOTICE-Privacy Policy. Your privacy and trust are our
most important assets. Keeping your information secure
and using it only as you would want us to, is a top
priority. Micro Center uses customer information to
direct communications of interest to you, including our
Sales Flyers. To enhance your computing experience with
us, we may sponsor on a limited basis, relevant offers
from a very limited number of carefully selected
partners who have agreed to strict confidentiality. For
our complete policy or to limit access to your
information, see a Customer Service Associate or visit
http://www.microcenter.com/customer_support/privacy_pol
icy.html.

---

# Micro Center
32800 Concord Drive
Madison Heights, MI 48071
General Manager R. Michael Ellis
(248) 291-8400

Reference: 055-SE-3739962
Date: 06/23/11  5:10 PM
Customer: THE ULTIMATE COMPUTER STORE
MUCKE
CSR: CHRIS M.

### RETURN    RETURN    RETURN    RETURN

| | |
|---|---|
| -3 842641 MENONET 4PRT 10/100 4PRT POE S | -149.97 |

did not need - open and complete.

| | |
|---|---|
| SUBTOTAL: | -149.97 |
| TAX: | -9.00 |
| RETURN TOTAL: | -158.97 |

### REFUND TYPES FOR: 055-SE-3739962
XXXXXXXXXX4009 AMERICAN EXPRESS      -158.97
NET DUE:       0.00

I AGREE TO PAY ABOVE CREDIT CARD TOTAL(S) ACCORDING TO
CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT
VOUCHER)



Please Keep Your Receipt
Thank you for shopping at Micro Center
Please visit our website at www.microcenter.com

NOTICE-Privacy Policy. Your privacy and trust are our
most important assets. Keeping your information secure
and using it only as you would want us to, is a top
priority. Micro Center uses customer information to
direct communications of interest to you, including our
Sales Flyers. To enhance your computing experience with
us, we may sponsor on a limited basis, relevant offers
from a very limited number of carefully selected
partners who have agreed to strict confidentiality. For
our complete policy or to limit access to your
information, see a Customer Service Associate or visit
http://www.microcenter.com/customer_support/privacy_pol
icy.html.

Your Satisfaction is Our
#1 Priority

* www.microcentersurveys.com *

# OfficeMax®
## WORK WITH US™

OfficeMax #1049
9054 HIGHLAND ROAD
WHITE LAKE, MI 48383
(248) 698-0028

## SALE

| | |
|---|---|
| 021200510694 | $21.99 |
| Magic Tape 3/4"x1000" 10pk | |
| 071641321755 | $8.79 |
| Sharpie Twin Tip Black 4 P | |
| 071641034709 | $6.29 |
| Sharpie Essentials Pack | |
| Promo Discount | ($1.30) |
| 011491960247 | $6.99 |
| Mouse Pad Solid Color | |
| 012502622666 | $39.99 |
| Brother Ptouch PT-1290 Lab | |
| Promo Discount | ($10.00) |
| 21720666 | $5.99 N |
| 1yr Perph & Elec Repl $25- | |
| Sales Associate: 00366705 | |
| 012502625711 | $38.99 |
| Label Black on White 1/2" | |

| | |
|---|---|
| SubTotal | $117.73 |
| Tax 6.000% | $6.70 |
| TOTAL | $124.43 |

| | |
|---|---|
| AMEX | $124.43 |
| Card number:   XXXXXXXXXXX1062 | |
| Authorization   672092 | |

MaxPerks Number      XXXXX8955

For MaxAssurance Questions or
Concerns Call 1-866-805-9095

---

BED BATH & BEYOND #205
4780 BALDWIN ROAD-GREAT LAKES CROSSING
AUBURN HILLS, MI 48326
(248) 332-8579

bedbathandbeyond.com/signup

00205 10 06/30/11-1518 426228 06-468

RVN # 0020-5046-8006-0630-1100

| | | |
|---|---|---|
| SWING LID CAN 60L | 1T | WAR139261 |
| 83881000754  OUR PRICE | | 59.99 |
| 20% OFF TTL T | | 12.00- |
| **YOUR PRICE** | | **47.99** |
| SWING LID CAN 60L | 1T | WAR139262 |
| 83881000754  OUR PRICE | | 59.99 |
| 20% OFF TTL T | | 12.00- |
| **YOUR PRICE** | | **47.99** |
| SUBTOTAL | | 95.98 |
| | | |
| MI 6.00% STATE TAX | | 5.76 |
| TOTAL | | 101.74 |
| | | |
| AMEX | | 101.74 |
| ACCT#: XXXXXXXXXXX1062 (S) | | |
| EXPDT: XX/XX | | |
| AUTH#: 517117 | | |
| | | |
| CHANGE | | .00 |

**YOUR TOTAL SAVINGS $   24.00**

COUPONS APPLIED:  1
1- 20% OFF TTL       $  24.00



RVN # 0020-5046-8006-0630-1100

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00205 10 06/30/11-1519 426228 06-468



**Left receipt (The Great Indoors):**

the great indoor's

C/O THE GREAT INDOOR 01910
44075 W 12 MILE RD
NOVI, MI 48377-2613
248-679-1000

SALESCHECK #
019109058775

REWARDS CARD #:        XXXXXXXXXXXXX0558

CUSTOMER:            KRISTEN BARNES

TRAN# PG/STORE REG#   ASSOC#
8775  10 01910  905    17731
SALE ADJUST
DATE SOLD: 06/22/11 SOLD BY: 017731
SALES CHECK:        019101012702
3008 15441   53PC. BASK ADJ    18.00T
              SUBTOTAL    18.00 -
                   TAX     1.08

CARD TYPE: AMEX
ACCT #: M1062
06/23/11      AMEX CREDIT   19.08 -

SEARS HAS RELEASED THIS TRANSACTION TO
YOUR FINANCIAL INSTITUTION. YOUR
FINANCIAL INSTITUTION IS RESPONSIBLE FOR
PROCESSING THIS REFUND TO YOUR ACCOUNT.
PLEASE CONTACT YOUR FINANCIAL
INSTITUTION FOR FUND AVAILABILITY.

Current Points Balance: 3,368
Base Points Earned: -180
Bonus Points Earned: 0

          UPC: 021248102066
8 31303    DUALGRINDE MDS  15.99T
          UPC: 838485011804
8 99139   2SLTOASTER CLR  39.93T
          UPC: 883049012780
8 16235   AMSTERDAM, MDS 139.99T
          UPC: 078737213826
3008 15441  53PC. BASK MDS  89.99T
              SUBTOTAL   350.81
          TAX 6 000%     10.73

**Center receipt (Target):**

TARGET
EXPECT MORE PAY LESS:

WEST LIVONIA - 734-953-6620
3/2011 02:33 PM  EXPIRES 09/21/11

SUPPLIES
CLOTH         T    $2.99
PLEDGE        T    $3.99
PLEDGE        T    $3.99

MUG           T    $1.99
MUG           T    $1.99
MUG           T    $1.99

          SUBTOTAL on $16.94    $16.94
AX  6.0000% on $16.94    $1.02
              TOTAL    $17.96

  *1062 AMEX CHARGE  $17.96

Pharmacy We're here to help!
9am - 7pm M-F
9am - 5pm Sat
11am - 5pm Sun

4-0872-00°°                CD#752-253-144

                                         F

TARGET
EXPECT MORE PAY LESS:

EST LIVONIA - 734-953-6620
/2011 12:27 PM  EXPIRES 09/26/11

SHELF         T   $15.49
KITCHN TOWEL  T    $3.99
PUR           T   $31.49
PUR           T   $14.99  ↓
Saved $5.00 off $19.99

          SUBTOTAL    $65.96
TAX 6.0000% on $65.96    $3.96
              TOTAL    $69.92

  *7436 VISA CHARGE  $69.92

↓ INDICATES SAVINGS

----------------------------

TOTAL SAVINGS THIS TRIP
     $5.00

----------------------------

t Pharmacy We're here to help!
9am - 7pm M-F
9am - 5pm Sat
11am - 5pm Sun

**Right receipt (Costco):**

COSTCO
WHOLESALE

*LIVONIA II #391*

20000 HAGGERTY RD.
LIVONIA, MI 48152
MEMBER #111788584679

12648 KS CUTLERY        10.79 A
221670 KS FACIAL100     14.89 A
783837 100Z HOT CUP     10.99 A
277354 KS RED CUPS      10.99 A
45808 PALMOLIVE          6.99 A
246103 CASCADE GEL       9.49 A
972103 192CT CREAMR      9.69
455595 ECLIPSE VRTY      9.95
21133 NESTLE CHOC        3.97
1951 TRAILMIX BAR       12.79
489592 WHLSOME VEND     14.99
288976 KS TRAIL MIX      9.99
541334 COFFEEMATE        5.99
211895 LEMON JUICE       3.89
509758 POPTARTS          7.95
512164 4WH FL TRUCK     49.99 A
85 *DIET COKE*           7.95
  MI BOTTLE DE           3.20
84 *COCA-COLA*           7.95
  MI BOTTLE DE           3.20
570276 GOOD HUMOR        9.95
502656 G2               14.99
0024901 CPN/GATORADE     2.00-
138310 VRTY PRETZEL      7.99
516435 *KS NAPKINS*      7.99 A
339718 NABISCO BLUE      9.99
443298 EACY MAC CUP      9.79
48431 N'JOY SUGAR        8.59
994311 8.5 IN PLATE     13.99 A
513133 BOUNTY MEGA      18.99 A
0024760 CPN/BOUNTY       2.00-

SUBTOTAL               313.91
6% TAX RATE              9.31

TOTAL
American Express       323.22
----------------------------
XXXXXX1062             SWIPED
/11 13:52
002414 App#:   535573
can Express   Resp: AA
ID#: 117920325000
ant ID 99039111

APPROVED - PURCHASE
   AMOUNT: $323.22

0391 008 0000000025 0120

CHANGE                    .00
COUPONS TENDERED         4.00

NUMBER OF ITEMS SOLD =   27
FB: Pete M           REG# 8

A1184

T4C01139



## More saving.
## More doing.®

39500 W.SEVEN MILE RD.
NORTHVILLE MI 48167   (248)347-9600

2704  00002  14676   06/17/11  10:34 AM
CASHIER ROSEMARY - RCE196

750805130074 1X12RED OA <A>        7.25
  RSN: 4    NEW AMT 1.00 MKDN       -6.25
  MAX REFUND VALUE $1.00
077089555004 BRUSH ASSORT <A>
  202.97                            5.94
070798123458 DRDXWRKIT <A>         7.98

            SUBTOTAL              14.92
            SALES TAX              0.90
            TOTAL                $15.82
XXXXXXXXXXX1062 AMEX              15.82
AUTH CODE 541270/7023920            TA



2704 02 14676 06/17/2011 1822

RETURN POLIC'' '' '     S
POLICY II    '' ''        XPIRES ON
A    1      '' ''        5 5/2011

---


EXPECT MORE. PAY LESS:

WEST LIVONIA - 734-953-6620
06/17/2011 10:13 AM  EXPIRES 09/15/11

CLEANING SUPPLIES
002090104        SCRUB SPONGE    T    $3.49
002091253        10 QT PAIL      T    $4.99
003050584        PINE SOL        T    $2.49   ↓

HOME
064021426        8CT WASHPACK    T    $4.99
072070547        DYSON           T  $399.00
253030012        BOUNTY          T    $3.94

                    SUBTOTAL          $418.90
T = MI TAX  6.0000% on $418.90        $25.13
                       TOTAL         $444.03

            *1062 AMEX CHARGE       $444.03

        ↓ INDICATES SAVINGS

    Target Pharmacy We're here to help!
            9am - 7pm M-F
            9am - 5pm Sat
            11am - 5pm Sun

    REC#2-1168-0872-0076-8878-7 VCD#759-258-439

------------            ------------

---

BED BATH & BEYOND #113
17223 HAGGERTY ROAD
NORTHVILLE, MI 48167
(248) 344-0999

00113 10 06/22/11-1505 435270 02-8543

RVN # 0011-3854-3002-0622-1100

PRETZL CHDR COMBO    1N                4.99
4141940525  OUR PRICE
PAP TWL HLDR ORBIT   1T                7.99
1059141170  OUR PRICE
SOAP SORT KIT BRSH   1T                7.99
7198120494  OUR PRICE
CUTLERY TRAY         1T               19.99
7641969308  OUR PRICE
            20% OFF ITEM T            4.00-
            YOUR PRICE               15.99
SOAP DISP CDDY       1T                9.99
2848450096  OUR PRICE
KCUP NEWMANS OWN     1N               11.99
9955500050  OUR PRICE
KCUP ICED TEA/LMND   1N
9955501211  OUR PRICE                11.99
COF K CUP FR VAN     1N               11.99
6215153778  OUR PRICE
            SUBTOTAL                  82.92
            MI 6.00% STATE TAX         2.52
            TOTAL                     85.44

AMEX                                  85.44
ACCT# XXXXXXXXXX1062 ( S)
EXPDT: XX/XX
AUTH# 507930

            CHANGE                      .00

YOUR TOT+

T4C01140

```
            The UPS Store - #3415
            33006 W. Seven Mile Rd
              Livonia, MI 48152
               (248) 899-9060

             06/14/11  02:05 PM

         We are the one stop for all your
        shipping, postal and business needs.

         We offer all the services you need
            to keep your business going.
```



```
001 530212 (009)          T1 $  13.07
    30x21x22 Mat Std
002 000017 (016)          TO $  30.25
    custom pack service
004 001040 (001)          TO $  91.52
    Ground Commercial
    Tracking# 1Z0389A64237326239


              SubTotal   $ 134.84
     StateofMichigan (T1) $   0.79
                 Total   $ 135.63

          American Express  $ 135.63
ACCOUNT NUMBER *       ***********1062
Appr Code:  (S) Sale


Receipt ID 82903733174159883919 003 Items
CSH: Jamie           Tran: 7693 Reg: 002


     Thank you for visiting our store.
       Please come back again soon.
```

A1186



# FedEx®

41390 W 11 MILE RD
NOVI, MI 48375

Location:        DEOCE
Device ID:       DEOCE-POS2
Employee:        91263
Transaction:     77022547966

PRIORITY OVERNIGHT
874150771920    20.90 lb (S)        140.71
    Total Declared Value      300

Scheduled Delivery Date 06/14/2011
Tape
051131572034          1  (T)         2.50
17  x 17  x 7   box
714055578710          1  (T)         2.75
Bubble Wrap
040036128378          2  (T)         5.50

        Shipment subtotal:       140.71
 Merchandise taxable subtotal:    10.75
        Tax(MI) 6.000%             0.65

            Total Due:           152.11

       (A) CreditCard:           152.11
       ***********1062

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.
FedEx disclaims all warranties, express or implied,
including, without limitation, the implied warranties of
merchantability and fitness for a particular purpose.
This packaging is sold 'as is' 'with all faults.' By
paying for and accepting this packaging, you agree to
release and hold FedEx harmless for any claims, suits,
disputes or causes of action relating to this packaging
as well as any related incidental or consequential
damages incurred by you or any other party.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

June 13, 2011 5:07:43 PM          A1187



## WORK WITH US™

OfficeMax #534
21011 HAGGERTY ROAD
NOVI, MI  48375
(248) 305-5205

## SALE

| | |
|---|---|
| 50011491039504 | $44.99 |
| OMX MP 10rm Cs 11" Poly Wr | |
| Discount     20.00% | ($9.00) |
|   Coupon Number:   1930802106051127 | |
| 01149141285 | $12.99 |
| OMX Multipurpose 14" Ream | |
| Discount     20.00% | ($2.60) |
|   Coupon Number:   1930802106051127 | |

| | |
|---|---|
| SubTotal | $46.38 |
| Tax 6.000% | $2.78 |
| TOTAL | $49.16 |

| | |
|---|---|
| AMEX | $49.16 |
|   Card number:   XXXXXXXXXXX1062 | |
|   Authorization 613925 | |

MaxPerks Number      XXXXX8955

47443576
0534 00001 66041 7 06/09/11
00404430 02:30:23 PM

T4C01143

```
        WELCOME TO BEST BUY #417
            NOVI, MI 48375
            (248)449-8956

           Keep your receipt!
```

Val #: 0838-8822-9028-1797

0417 007 4195 06/30/11    12:39 00140692

```
5426693   RZ CARD                0.00 N
  REWARD ZONE CARD
  MEMBER ID 1000184790
8682311   WDBAAY5000E           59.99
  GB INTERNAL 3.5" GREEN HD
  M TAX 3.60
```

```
                SUBTOTAL        59.99
        SALES TAX AMOUNT         3.60
                                =======
                   TOTAL        63.59

   xxxxxxxx1070       AMEX       63.59
  ARNES
  OVAL 604541
```

```
      N,
   KS FOR SHOPPING AT BEST BUY TODAY!
   REWARD ZONE BALANCE AS OF 06/29/11
FUSTED  POINTS: 649
Go to MyRZ.com FOR MORE INFO
```

Dear Valued Customer,

To help keep prices low for all of our
customers, this store tracks exchanges and
returns on an individual level.  When you
exchange or return an item at this store,
we require a valid form of photo ID (see
below).  Some of the information from your
ID may be stored in a secure, encrypted
database of customer activity that Best Buy
and its affiliates use to track exchanges
and returns.

   Valid forms of ID accepted are:
U.S., Canadian or Mexican Driver's License,
  U.S. State ID, Canadian Province ID,
    U.S. Military ID or Passport

    * indicates discount price
    + indicates clearance price
    N indicates non tax item

    YOUR CUSTOMER SERVICE PIN IS:
        0417 007

A1189

# Micro Center

32800 Concord Drive
Madison Heights, MI 48071
General Manager R. Michael Ellis
(248) 291-8400

Reference: 055-PO-3739981
Date: 06/23/11  5:20 PM
Customer: THE ULTIMATE COMPUTER STORE
C MUCKE
CSR: JESSICA T.

    SALES RECEIPT     SALES RECEIPT

1 145607 INLANDPRO IL CAT 6 BLACK 14 FT      27.99
    Sales ID: ---

' '45607 INLANDPRO IL CAT 6 BLACK 14 FT      27 ''
    ales ID: ---

                SUBTOTAL:         55
                TAX:              3
                TOTAL:            59

(XXXXXXXX10/0 AMERICAN EXPRESS:             59

TO PAY ABOVE CREDIT CARD TOTAL(S) ACCORDING
ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT
),



Please Keep Your Receipt.
Thank you for shopping at Micro Center
Please visit our website at www.microcenter.com

NOTICE-Privacy Policy. Your privacy and trust are our
most important assets. Keeping your information secure
and using it only as you would want us to, is a top
priority. Micro Center uses customer information to
direct communications of interest to you, including our
Sales Flyers. To enhance your computing   rience with
us, we may sponsor on a limited basis, relevant offers
from a very limited number of carefully selected
partners who have agreed to strict confidentiality. For
our complete policy or to limit access to your
informat                                            t
http://w                                          ol

WELCOME TO BEST BUY #417
NOVI, MI 48375
(248)449-8956

Keep your receipt!

Val #: 0834-8876-1651-3068

0417 007 3719 06/27/11    13:32 00585170

8682311  WDBAAY5000E                  59.99
  500GB INTERNAL 3.5" GREEN HD
  ITEM TAX 3.60
5426693  RZ CARD                       0.00 N
  REWARD ZONE CARD
  MEMBER ID 1000184790
                                   ----------
                SUBTOTAL         59.99
                SALES TAX AMOUNT  3.60
                                   ==========
                TOTAL            63.59

xxxxxxxxxxxx1070       AMEX       63.59
J BARNES
APPROVAL 687619

JASON,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCE AS OF 06/23/11
POSTED POINTS: 649
Go to MyRZ.com FOR MORE INFO

        Dear Valued Customer,

   To help keep prices low for all of our
customers, this store tracks exchanges and
returns on an individual level. When you
exchange or return an item at this store,
we require a valid form of photo ID (see
below). Some of the information from your
ID may be stored in a secure, encrypted
database of customer activity that Best Buy
and its affiliates use to track exchanges
            and returns.

     Valid forms of ID accepted are:
U.S., Canadian or Mexican Driver's License,
   U.S. State ID, Canadian Province ID,
      U.S. Military ID or Passport

T4C01145

```
              BISHOP INTERNATIONAL
                    AIRPORT
                FLINT MICHIGAN

Fee Computer Number:                    3
Cashier:                          Id #333
Transaction Number:                 99272
Entered:                06/05/2011 10:32
Exited:                 06/08/2011 22:55
Ticket #25215               Dispenser #2
Lot:                              Lot 1
                                   None
                                          Re
                                 $ 20.
                                 $ 20.
American Express       A         $ 20.00
Credit Card Number:        ***********1070
Total Paid:                      $ 20.00
           Thank you for choosing
              Standard Parking
              Have A nice day
```

A1191

T4C01146

HMSHost BURGER KING Store #9699
BURGER KING/CINNABON/CHICK-FIL-A
ATLANTA HARTSFIELD INT'L AIRPORT

16322 MARCUS
-----------------------------------
CHK 639  JUN08'11  6:54PM
-----------------------------------

  1 S FIL A CMBO            6.39
    S WAF FRY MD
    SODA FTN 21

    SUBTOTAL               6.39
    TAX                    0.45
    AMOUNT PAID        6.84
    XXXXXXXXXXXXXX        XX/XX
    AMEX      A3           6.84

ATLANTA HARTSFIELD INT'L AIRPORT
    If we did exceed your
  expectations or if we did not
  exceed your expectations, we
  would love to hear from you

      (404) 838  1026
   tim.slaney@hmshost.com

  Your order number is: 639

McDonald's Corporation
Thank you for eating at McDonald's

1176 RALPH DAVID ABERNATH
ATLANTA, GA 30310

THANK YOU

MCDONALDS 1692        TEL# (404)755-4489
92  KS#02   S#1       Jun.08'11(Wed)12:24
STORE#  1692          MER# KB13505981001

Order #292       TO GO

1 BIG MAC MEAL               3.69
1 FILET-O-FISH MEAL          3.49
1 DBL FILET MEAL             5.19
1 MED COKE                   1.39

SUB TOTAL                   13.76
TAKE OUT TAX                 1.10
                           ------
                            14.86

CARD ISSUER    ACCOUNT #
AMEX SALE      ***********1070
TRANSACTION AMOUNT           14.86
AUTH CODE 589348 SEQ# 8636

CASH TENDERED                0.00

CHANGE                       0.00

A1192

T4C01147



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/21/2011 | 49736 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5 | FORTIGATE 80C WITH 1YR 24X7 COMPREHENSIVE SUPPORT BDL<br>6 x 10/100Base-TX LAN, 2 x 10/100/1000Base-T WAN, 1 x 10/100Base-TX DMZ - 1 x Expansion Slot | 1,172.88 | 5,864.40T |
| | Sales Tax | 7.00% | 410.51 |

Paid 6/28/2011
ck #1724
$30,191.23

| | **Total** | |
|---|-----------|---|
| | | $6,274.91 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1193

T4C01148



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/21/2011 | 49737 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R |  | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | FORTIGATE 60C 3 YEAR 24x7 COMPERHENSIVE SUPPORT BDL | 1,199.50 | 2,399.00T |
|  | Sales Tax | 7.00% | 167.93 |

Paid 6/28/2011

ck #1724

$30,191.23

Thank you for your business.

| **Total** | $2,566.93 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01149



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2011 | 49764 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Allworx 6x Bundle: Alworx 6x, 7.0 software,  Call Assistant, Call Queing, Conference Center, and 5 9212 Phones. | 2,650.00 | 2,650.00T |
| 4 | 9212 IP Phone... 12 Programmable Buttons | 230.00 | 920.00T |
| 1 | System Installation and Configuration | 500.00 | 500.00 |
| 1 | 5 year software upgrade program for system | 600.00 | 600.00T |
| 9 | 9212 4 year (total 5 year warranty) | 24.00 | 216.00T |
| 1 | shipping | 368.62 | 368.62 |

Paid 6/28/2011

ck #1724

$30,191.23

| Thank you for your business. | **Total** | $5,254.62 |
|------------------------------|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1195

T4C01150



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2011 | 49765 |

**Bill To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI 48152

**Ship To**

Millennium Solutions
4070 Clairmont Road
Attn: Durenda Chapman
Chamblee, GA 30341

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | RAC Part D | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | ASA 5510 Appliance W/ SW 250 VPN Peers 5 FE 3DES/AES | 1,955.795 | 3,911.59T |
| 4 | Cisco Catalyst 2960-8TC Managed Ethernet Switch | 488.8775 | 1,955.51T |
| 2 | US ONLY SMARTNET NBD 8X5 ASA5510 W/ 50 3 FE 3DES/AES | 350.45 | 700.90T |
| 1 | shipping and handling | 550.00 | 550.00 |
|   | Sales Tax | 7.00% | 459.76 |

Paid 6/28/2011

ck #1724

$30,191.23

Thank you for your business.

| **Total** | $7,577.76 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1196

T4C01151



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2011 | 49799 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Dell T110 Server no software | 1,189.00 | 1,189.00T |
| 1 | PowerEdge R310 Chassis, Up to 4 Cabled Hard Drives and Quad Pack LED diagnostics; No software | 1,320.00 | 1,320.00T |
| | Included overnight shipping and tax | | |
| | Sales Tax | 0.00 | 0.00 |

Paid 6/28/2011

ck #1724

$30,191.23

| Thank you for your business. | **Total** | $2,509.00 |
|------------------------------|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01152



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2011 | 49800 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R |          | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Poweredge R210 with Windows 2008 Server | 1,620.00 | 1,620.00T |
|   | New Radius server | | |
|   | Sales Tax | 7.00% | 113.40 |

Paid 6/28/2011

ck #1724

$30,191.23

| Thank you for your business. | **Total** | $1,733.40 |
|------------------------------|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1198

T4C01153



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2011 | 49801 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R |  | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | PowerEdge R310 Chassis, Up to 4 Cabled Hard Drives and Quad Pack LED diagnostics; windows server 2008<br><br>New File Server for Production | 2,685.13 | 2,685.13T |
|  | Sales Tax | 7.00% | 187.96 |

Paid 6/28/2011

ck #1724

$30,191.23

Thank you for your business.

| **Total** | $2,873.09 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01154



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2011 | 49802 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI 48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn: Durenda Chapman<br>Chamblee, GA 30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Cisco Catalyst 2960-8TC Managed Ethernet Switch | 488.87 | 977.74T |
| 1 | shipping | 60.00 | 60.00T |

Paid 6/28/2011
ck #1724
$30,191.23

| Thank you for your business. | **Total** | $1,037.74 |
|---|---|---|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1200

T4C01155



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/27/2011 | 49851 |

**Bill To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

**Ship To**

Millennium Solutions
4070 Clairmont Road
Attn:  Durenda Chapman
Chamblee, GA  30341

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Camera's for COLO | 169.99 | 339.98T |
| | Sales Tax | 7.00% | 23.80 |

Paid 6/28/2011

ck #1724

$30,191.23

Thank you for your business.

| | **Total** | |
|--|-----------|--|
| | | $363.78 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |



Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

June 22, 2011

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on July 22, 2011**

*Paid 6/28*
*ck #1725*

T4C01157

 GREENSFELDER

ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

June 22, 2011
21555-001
**Invoice No. 388520**

For legal services rendered through May 31, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 05/02/11 | J. Adkins | Edit estoppel certificate and SNDA. | .6 |
| 05/03/11 | J. Adkins | Edit estoppel certificate and SNDA; draft correspondence to Mr. Mucke and Ms. Barnes. | 1.4 |
| 05/24/11 | J. Adkins | Review lease re: installation of telecommunication service; telephone conference with Mr. Barnes. | .3 |
| 05/31/11 | J. Adkins | Review estoppel certificate; telephone conference with Ms. Barnes. | .2 |

Total Hours             2.5

Fees This Matter
775.00

Total This Matter                   $        775.00

TOTAL THIS STATEMENT          $        775.00

PRIOR OUTSTANDING BALANCE     $          0.00

BALANCE DUE                   $        775.00
================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

A1203



**Financial Services**

T4C01158

See reverse side for important contact
information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS | Invoice Number: 74813950 |
|---|---|

We'd like to introduce you to Dell Business Credit!
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | Lease Contract: 003-8565501-003 | | |
|---|---|---|---|---|---|

| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
|---|---|---|---|---|---|---|
| 003-8565501-003 | 07/01/11 | $52.94 | + | $0.00 | = | $52.94 |

| | | | |
|---|---|---|---|
| Invoice Date | June 08, 2011 | Business Segment | 010004 |
| Invoice Number | 74813950 | Billing Period | 06/01/11-06/30/11 |
| Lease Contract Number | 003-8565501-003 | Credits/Payments received(-)<br>*since last invoice | $50.52 |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|
| **Lease Contract Number** | Invoice # | Description | Amount |
| 003-8565501-003 | | Credits/Payments | $50.52 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|
| Lease Contract Number | Sales Order | Description | | TRANSACTION | |
| Product Type | Purchase Order # | | Amount | Tax | Total |
| 003-8565501-003<br>FAIR MARKET VALUE | | PROPERTY TAX MGMT FEE | $2.28 | $0.14 | $2.42 |
| 003-8565501-003<br>FAIR MARKET VALUE | | RENTAL | $47.66 | $2.86 | $50.52 |
| | | Total for 003-8565501-003 | $49.94 | $3.00 | $52.94 |
| | | Invoice Total | $49.94 | $3.00 | $52.94 |

6 7/5 Amy (woran)

Paid 7/5
ck# 1727
#167.21

02-1x09-3040R2(5/10)

*Please fill in the 'Amount Enclosed' and return the payment coupon with your check*

A1204

T4C01159

 Financial Services

See reverse side for important contact
information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS, LLC | Invoice Number: 74813949 |
|---|---|

**We'd like to introduce you to Dell Business Credit!**
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | Lease Contract: 003-8565501-001 | | |
|---|---|---|---|---|---|

| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
|---|---|---|---|---|---|---|
| 003-8565501-001 | 07/01/11 | $114.27 | + | $0.00 | = | $114.27 |

| | | | |
|---|---|---|---|
| Invoice Date | June 08, 2011 | Business Segment | 010004 |
| Invoice Number | 74813949 | Billing Period | 06/01/11-06/30/11 |
| Lease Contract Number | 003-8565501-001 | Credits/Payments received(-)<br>*since last invoice | $110.36 |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|
| Lease Contract Number | Invoice # | Description | Amount |
| 003-8565501-001 | | Credits/Payments | $110.36 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|
| Lease Contract Number<br>Product Type | Sales Order<br>Purchase Order # | Description | TRANSACTION | | |
| | | | Amount | Tax | Total |
| 003-8565501-001<br>FAIR MARKET VALUE | | PROPERTY TAX MGMT FEE | $3.69 | $0.22 | $3.91 |
| 003-8565501-001<br>FAIR MARKET VALUE | | RENTAL | $104.12 | $6.24 | $110.36 |
| | | Total for 003-8565501-001 | $107.81 | $6.46 | $114.27 |
| | | Invoice Total | $107.81 | $6.46 | $114.27 |

*Case #:*
*1359418*
*to change name + address*

*Paid 7/5*
*ck#1727*
*$167.21*

02-1x09-3040R2(5/10)

Please fill in the 'Amount Enclosed' and return the payment coupon with your check in the enclosed envelope. Payments received after...

A1205



**DELL** Financial Services

700 E PARMER LANE
PS2DF-13
AUSTIN TEXAS 78753
**003-8565501-001**

0819/10 14 00 BL-E2/4BP4 1 0099353 2011/0609 GF1P6104 DFSBL01 1 O2 DOM GF1P910000  154973  BL

CORPORATE TAX CONSULTANTS, LLC
DAVE DAVIS
20755 EMILY CT
NOVI MI  48375-4776



Dear DAVE DAVIS:

Thank you for allowing Dell Financial Services to assist you with your equipment needs. This is the final invoice relating to the original term of your lease agreement. If you have not already provided us notice regarding your end of lease intentions, your lease agreement will automatically renew at the normal monthly rate for a period of ninety (90) days during which time you will continue to have use of your equipment. Please note, you are not obligated to contact us if you wish to continue using your equipment at the normal monthly rate. We will continue to invoice you in accordance with your lease agreement. To continue using your equipment, please remit payment with the enclosed regular monthly invoice.

However, in consideration of your good payment record, we are willing to waive any required renewal payments and allow you to purchase your equipment this month. We have calculated the amount of your buyout below. Please use this form if you elect to purchase your equipment this month. The amount shown reflects all open amounts less any credits you may have. If we can further assist you in any manner, please contact us at (877) 575-3355.

| Purchase Invoice | |
|---|---|
| Purchase of equipment on Schedule 003-8565501-001 | $770.33 |
| Current months charges | $114.27 |
| Previously billed charges and fees | $0.00 |
| Personal Property Tax, est. | $0.00 |
| Sales Tax | $46.22 |
| *Total* | *$930.82* |

*Due Date: 07/01/2011*

Upon receipt of the full amount of this invoice **BY THE DUE DATE**, we will transfer to you our interest in the equipment covered by the lease identified above on an **AS-IS, WHERE-IS** basis. If you prefer not to pay this invoice, and you have not returned the equipment, rental payments will be due in accordance with the lease and you will continue to receive invoices for the regular monthly payment.

**REMITTANCE FORM**       To ensure Proper Credit, Please Return This Bottom Portion With Your Payment       **REMITTANCE FORM**
Make Checks Payable to:  Dell Financial Services or call (877) 575-3355 to pay by
credit card

## Purchase Invoice for Schedule 003-8565501-001

| | | |
|---|---|---|
| Invoice Date | June 08, 2011 | **CORPORATE TAX CONSULTANTS, LLC** |
| Invoice Number | 74813949 | **DAVE DAVIS** |
| Account Number | 003-8565501-001 | **20755 EMILY CT** |
| Lessor | 003 | **NOVI MI 48375-4776** |
| Invoice Amount | $930.82 | |
| Business Segment | 010004 | |

DFS Acceptance
PO Box 99200
. Chicago IL  60693-9200

T4C01161



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/23/2011 | 49766 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 76 | James Kelley May 2011running scripts on all network equipment and SQL server. Configuring systems and testing based on script output. | 120.00 | 9,120.00 |
| 9 | Florin May 2011Scripts on Domain controller and Sql Windows 2008 environment. Correcting errors found in scripts and finalizing script output | 90.00 | 810.00 |
| | Sales Tax | 0.00 | 0.00 |
| | Paid 7/8/2011<br>ck #1729 | | |

Thank you for your business.

| **Total** | $9,930.00 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1207

T4C01162



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|---|---|
| 6/22/2011 | 49804 |

| Bill To |
|---|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152<br>Attn: Kristin Barnes |

| GSA Contract | P.O. No. | Terms | TIN |
|---|---|---|---|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | PREMISE WIRING48-PORT CAT 6 110 PATCH PANEL-------110-type termination; meets and exceeds CAT6 | 142.43 | 142.43 |
| | Paid 7/8/2011<br>ck #1729 | | |

Thank you for your business.

| Total | |
|---|---|
| | $142.43 |

| Phone # |
|---|
| 770-936-9566 |

| Web Site |
|---|
| www.msiatlanta.com |

T4C01163



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/27/2011 | 49853 |

| Bill To |
|---------|
| ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions
4070 Clairmont Road
Attn:  Durenda Chapman
Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2.5 | Workstations support install equipment | 90.00 | 225.00 |
| 10 | 6-22-11 (Wednesday) – 8:30 am – 6:30 pm , Allworx, various computer support, vpn issues. | 90.00 | 900.00 |
| 2.5 | 6-22-11 (Thursday) – 9 am – 11:30 am – 2.5 hrs Word on various issues, Wyse terminal etc. | 90.00 | 225.00 |
| 1 | Travel Expenses | 250.00 | 250.00 |
| | Sales Tax | 7.00% | 0.00 |

```
     Paid 7/8/2011
     ck #1729
```

Thank you for your business.

| **Total** | |
|-----------|--|
| | $1,600.00 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01164

# bright house
NETWORKS

## Statement of Account

\*0001655

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA MICH 48154-5405
8381 9800 BH RP 09  07102011 YNNNYN

ACLR LLC
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

‖լ•լ‖•լ‖•լ‖•լ••լ‖‖լ•լ‖•‖•‖‖‖•‖•լ‖••‖••լ•‖‖լ•լ• լ•լ‖լ••

Page 1 of 3

| | |
|---|---|
| Statement Date: | July 09, 2011 |
| Account Number: | 8381 98 006 0846735 |
| | Customer Code: 1371 |

**How To Reach Us...**
24HR CUSTOMER SUPPORT 866-898-9101
24HR INTERNET SERVICE 866-233-7233
24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

## Account Summary

PAYMENTS RECEIVED after 07/09/11 are not included on this statement

A FRIENDLY REMINDER... OUR RECORDS INDICATE THAT YOUR ACCOUNT HAS A PAST DUE BALANCE. TO AVOID LATE CHARGES AND/OR INTERRUPTION OF SERVICE, PLEASE PAY THIS AMOUNT.  PLEASE DISREGARD THIS NOTICE IF THE PAST DUE AMOUNT HAS BEEN PAID

**Please see reverse side for account details.**

| | |
|---|---|
| Previous Statement Balance | $ 327.68 |
| Payment(s) | .00 |
| Current Monthly Service(s) | 309.30 |
| Additional Account Activity | -113.11 |
| Other Charge(s), Taxes & Fee(s) | 17.75 |
| **Balance Due** | **$ 541.62** |
| **Payment Due Date** | **Upon Receipt** |

## For Your Information

Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.

Road Runner Lightning is here!  Experience all the possibilites with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks! Call 866 898 9101 today!

*[handwritten: 7/19 - received message from Kristen c BH that other 3 lines were removed along w/ voicemail + balance from date of installation to Aug 19th is $416.63]*

*[handwritten, circled: 7/19 - $416.63 ck#1763]*

*[handwritten: 7/15 called Kristen from BH - told her they still had wrong info. Said not to pay anything until resolved]*

**Easy Ways to Pay:**    brighthouse.com    Phone    Mail





**bright house** NETWORKS ™

ACLR LLC
Statement Date:
Account Number:

Page 2 of 3
July 09, 2011
8381 98 006 0846735

## Account Detail

This statement is for services from 07/20/11 through 08/19/11.

Previous Statement Balance ............................................................ $ 327.68

### Current Monthly Service(s)

| | | |
|---|---|---|
| 07/20 - 08/19 | Voice Mail | 7.50 |
| 07/20 - 08/19 | Comm HSD 50m X 5m | 170.00 |
| 07/20 - 08/19 | 3yr Full Feature 4 Lines | 131.80 |
| | Subtotal | 309.30 |

### Additional Account Activity

| | | |
|---|---|---|
| 06/28 | Trnfr 8381980060841710 | -113.11 |
| | Subtotal | -113.11 |



### Other Charge(s), Taxes & Fee(s)

| | | |
|---|---|---|
| 07/09 | Federal Universal Service Fund Fee | 5.16 |
| 07/09 | Federal TRS | .21 |
| 07/09 | Federal ITSP | .13 |
| 07/09 | LNPA Fee (Local Port Number Avail) | .16 |
| 07/09 | Wayne 911 Surcharge | 1.68 |
| 07/09 | E911 Technical Assessment | .96 |
| 07/09 | State Use Tax | 8.69 |
| 07/09 | Michigan 911 Surcharge | .76 |
| | Subtotal | 17.75 |

**Balance Due** ............................................................ **$ 541.62**

Your Franchise Authority Is: Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia, MI 48154 Phone 734/466-2540



**National Time & Signal**

28045 Oakland Oaks Ct. • Wixom, MI 48393
Tel: (248) 380-6264 • Fax: (248) 380-6268

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 32147 | | 7/20/2011 | ACL38 |

| | WORK ORDER NO. | B.O. |
|---|---|---|
| **INVOICE** | 42621 | 0 |

| SOLD TO | SHIP TO |
|---|---|
| ACLR. LLC<br>BRUCE DIXSON<br>38705 SEVEN MILE ROAD<br>SUITE 460<br>LIVONIA. MI 48152 | ACLR. LLC<br>38705 SEVEN MILE ROAD<br>SUITE 460<br>LIVONIA. MI 48152 |

MARK FOR

| DATE SHIPPED | CUSTOMER ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 7/11/2011 | | INSTALL | FACTORY | NET 30 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| 18634 | 7/14/2011 | WIX | WALTER CROSBY | INSTALL |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | LIST PRICE UNIT | LIST PRICE TOTAL | DISC. | NET | TAX CODE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | ACLR LLC<br>LIVONIA,MI  48152<br>LABOR TO INSTALL<br>*<br>NOTE:  OUR INSTALL & MATERIALS<br>BACK TO PANEL | 895.00 | 895.00 | | 895.00 | |

Pd 7/25
ck#1765

| SUB TOTAL | | | | | | 895.00 |
|---|---|---|---|---|---|---|
| 895.00 | | | | | | |

A1212

| | INVOICE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|
| | 32147 | |

**DELL Financial Services**

See reverse side for important contact information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS, LLC | Invoice Number: 74913874 |
|---|---|

**We'd like to introduce you to Dell Business Credit!**
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

### Lease Contract Summary — Lease Contract: 003-8565501-003

| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
|---|---|---|---|---|---|---|
| 003-8565501-003 | 08/01/11 | $52.94 | + | $0.00 | = | $52.94 |

| | | | |
|---|---|---|---|
| Invoice Date | July 09, 2011 | Business Segment | 010004 |
| Invoice Number | 74913874 | Billing Period | 07/01/11-07/31/11 |
| Lease Contract Number | 003-8565501-003 | Credits/Payments received(-) *since last invoice | $52.94 |

### Credits/Payments Since Last Invoice

| Lease Contract Number | Invoice # | Description | Amount |
|---|---|---|---|
| 003-8565501-003 | | Credits/Payments | $52.94 |

### Summary of Current Charges

| Lease Contract Number / Product Type | Sales Order Purchase Order # | Description | Amount | Tax | Total |
|---|---|---|---|---|---|
| 003-8565501-003 FAIR MARKET VALUE | | PROPERTY TAX MGMT FEE | $2.28 | $0.14 | $2.42 |
| 003-8565501-003 FAIR MARKET VALUE | | RENTAL | $47.66 | $2.86 | $50.52 |
| | | Total for 003-8565501-003 | $49.94 | $3.00 | $52.94 |
| | | Invoice Total | $49.94 | $3.00 | $52.94 |

Pd 7/25 ck#1767

02-1x09-3040R2(S/10)

A1213

**DELL Financial Services**

See reverse side for important contact
information and payment instructions.

| Special Messages for CORPORATE TAX CONSULTANTS, LLC | Invoice Number: 74913873 |
|---|---|

### We'd like to introduce you to Dell Business Credit!
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | | Lease Contract: 003-8565501-001 | | | |
|---|---|---|---|---|---|---|---|
| Lease Contract Number | Due Date | | Current Charges | | Past Due | | Total Due |
| 003-8565501-001 | 08/01/11 | | $6.86 | + | $0.04 | = | $6.90 |

| Invoice Date | July 09, 2011 | Business Segment | 010004 |
|---|---|---|---|
| Invoice Number | 74913873 | Billing Period | 07/01/11-07/31/11 |
| Lease Contract Number | 003-8565501-001 | Credits/Payments received(-) | $114.27 |
| | | *since last invoice | |

### Credits/Payments Since Last Invoice

| Lease Contract Number | Invoice # | Description | Amount |
|---|---|---|---|
| 003-8565501-001 | | Credits/Payments | $114.27 |

### Summary of Current Charges

| Lease Contract Number Product Type | Sales Order Purchase Order # | Description | TRANSACTION | | |
|---|---|---|---|---|---|
| | | | Amount | Tax | Total |
| 003-8565501-001 FAIR MARKET VALUE | | PROPERTY TAX MGMT FEE | $3.69 | $0.22 | $3.91 |
| 003-8565501-001 FAIR MARKET VALUE | | RENEWAL | $2.78 | $0.17 | $2.95 |
| | | Total for 003-8565501-001 | $6.47 | $0.39 | $6.86 |
| | | Invoice Total | $6.47 | $0.39 | $6.86 |

*Account closed*
*no payment due - 7/25*

*See Attached Email - 7/25*

02-1x09-3040R2(5/10)

*Please fill in the 'Amount Enclosed' and return the payment coupon with your check in the enclosed return envelope. Do not staple, paper clip, fold or tape the contents.*

**DELL Financial Services**

Please make your check payable to: Dell Financial Services. Include your 8 digit invoice number on your check or check skirt. Ensure the 'Amount Enclosed' written on the payment coupon equals check amount. For multiple lease payments, please see reverse side for instructions. Note: Please DO NOT combine Lease payment with any other payment

| Lease Contract Number | Invoice Number | Current Charges | Past Due Charges | Total Due | Due Date |
|---|---|---|---|---|---|
| 003-8565501-001 | 74913873 | $6.86 | $0.04 | $6.90 | 08/01/11 |

New Address or Phone Number?
Please visit us at www.dell.com/dfs
or check box and complete
reverse side.

☐ Address Change of Equipment Location

Amount
Enclosed:   $

Looking for a more convenient way to pay your bill? To learn
more, visit www.dell.com/payLEASE

04/14/11 10:30 3 0010183 20110710 GG1L5104 DFSBL01 1 OZ DOM GG1L510000* 154871 BL

CORPORATE TAX CONSULTANTS, LLC
~~DAVE DAVIS~~
38705 SEVEN MILE RD
SUITE 460
LIVONIA MI  48152-1093

DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
P.O. BOX 5292
CAROL STREAM, IL  60197-5292

0038565550100100074913873000000006860000000000069009988504



**Kristen Barnes**

| | |
|---|---|
| **From:** | Luis_Estrada@Dell.com |
| **Sent:** | Monday, July 25, 2011 11:25 AM |
| **To:** | Kristen Barnes |
| **Subject:** | RE: Account # 003-8565501-001   7-25-11 |

Hi Kristen,

The account is disposed and I have updated it to show nothing is due.  The reason for the confusion was the timing.  The invoice had generated before the account was disposed.  Once it was disposed it showed a remaining balance but the amount was so small that I had it waived so you are all set.

Please let me know if you have any questions.

Thanks,

**From:** Kristen Barnes [mailto:kbarnes@aclrsbs.com]
**Sent:** Thursday, July 21, 2011 2:51 PM
**To:** Estrada, Luis
**Subject:** RE: Account # 003-8565501-001

Hi Luis,

Thank you for letting me know the status.  The invoice number is 74913873.

Again, thank you for your help.

Kristen

**From:** Luis_Estrada@Dell.com [mailto:Luis_Estrada@Dell.com]
**Sent:** Thursday, July 21, 2011 3:36 PM
**To:** Kristen Barnes
**Subject:** RE: Account # 003-8565501-001

Hi there,
I am working to get this cleared up for you.  By chance do you have the invoice # that you are referring to below?

The account is disposed so I just need to review why that invoice was sent.

I'll get back to you with additional information as soon as possible.

Thank you,

**From:** Kristen Barnes [mailto:kbarnes@aclrsbs.com]
**Sent:** Wednesday, July 20, 2011 1:56 PM
**To:** Estrada, Luis
**Subject:** FW: Account # 003-8565501-001

1

A1215

T4C01170



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2011 | 49963 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 198 | James Kelley (Audit, Network Redesign, New Network Installation and configuration) | 110.00 | 21,780.00 |
| 25 | Rogers Jeffrey(Cisco and Fortinet IPS Initial configuration) | 110.00 | 2,750.00 |
| 54 | Florin (Audit, Test Environment Configuration, Reconfiguration of Production Network due to Findings) | 90.00 | 4,860.00 |
| 95 | Ed Chapman (Audit, Network Redesign, Test Redesign, PM for Closing of findings | 120.00 | 11,400.00 |
| 1 | Discount | -10,000.00 | -10,000.00 |
| | Sales Tax | 7.00% | 0.00 |

```
Paid 7/26/11
ck #1768
```

Thank you for your business.

# Total

$30,790.00

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01171



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|---|---|
| 7/30/2011 | 50722 |

**Bill To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

**Ship To**

Millennium Solutions
4070 Clairmont Road
Attn:  Durenda Chapman
Chamblee, GA  30341

| GSA Contract | P.O. No. | Terms | TIN |
|---|---|---|---|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | Poweredge R210 with Windows 2008 Server 5 cals, 2 1tb drives, raid 1, dvd rom, 1GB network Card | 2,322.45 | 4,644.90T |
| | Sales Tax | 7.00% | 325.14 |

Paid through PNC lease ck #13396

Thank you for your business.

| **Total** | $4,970.04 |
|---|---|

| Phone # |
|---|
| 770-936-9566 |

| Web Site |
|---|
| www.msiatlanta.com |

| Purchase Order Number | Invoice Date | Invoice Number | Invoice Amount | Payment Due Date | |
|---|---|---|---|---|---|
| | 07/22/11 | 52104464 | $1,980.00 | Upon Receipt | ADT |



## Nature Of Service: Installation Charge

System: Access Control

## Current Charges:

07/22/11                    Job Number: 0273998001

  Install Amount

    Amount: $1,980.00      Tax: $0.00            $1,980.00

  Based on 100 % Completion of Job - Total Cost 1,980.00
  Less 0.00 Billed Previously

*Pd 9/3 ck# 1773*

| **Total Balance Due:** | **$1,980.00** |
|---|---|

Please note that cash / check payments given to your ADT
Representative and / or credit card payments authorized by you for your
service or installation may not be reflected here due to timing of this
statement creation.

> **Did you know... Failure to include your invoice could cause a delay
> in processing your payment.**
>
> **Don't Forget to Include the Following With Your Payment:**
> **Customer Number**
> **Invoice Number**

*8/1:*
*spoke w/*
*Antoinette - wrote up*
*dispute - disputes take up to*
*5 bg days - then will be contacted*
*by mail or phone call - can*
*call if don't hear anything*
*in 5 days*

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if
less) per month will be assessed on the unpaid Total Balance Due when
more than 30 days past due.

**Customer Number:**
01300 102739980
**Business/Account Name:**
A C L R

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093

**Billing Questions:**   (888) 238-2455
**Sales/Relocation:**   (800) 238-7887
**Monitoring/Service:**(800) 238-2727
**ADT Tax ID Number:** 58-1814102
**How to Read Your Bill:**
   http://www.adt.com/billinfo

> **It's fast and even more
> important - it's easy! You can
> save time and money
> paying your bill. Please see
> the back of your invoice to see
> how you can setup your
> account for automatic
> payments using your bank
> account!**

Visit www.ADT.com for up-to-date
security services information for your
business.

To pay this invoice and/or future
recurring invoice by credit card,
follow the instructions on the
back of this invoice.

T4C01173



| Purchase Order Number | Invoice Date | Invoice Number | Invoice Amount | Payment Due Date |
|---|---|---|---|---|
| | 07/22/11 | 52161774 | $93.13 | Upon Receipt |

## Nature Of Service: Pro Rated Service Charge

**Customer Number:**
01300 102739980

**Business/Account Name:**
A C L R

### Current Charges:

07/18/11 - 07/31/11        Job Number: 0273998001
  Pro-Rated Period
    Amount: $29.63        Tax: $0.00                 $29.63
  Full Period Bill
    Amount: $63.50        Tax: $0.00                 $63.50

  Agreement Dated 05/17/11 Pro-Rated Charges Based on
  $762.00 Per Year
  $63.50 Per Month

  *Pd 9/3 ck#1778*

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093



**Billing Questions:** (888) 238-2455
**Sales/Relocation:** (800) 238-7887
**Monitoring/Service:**(800) 238-2727
**ADT Tax ID Number:** 58-1814102
**How to Read Your Bill:**
  http://www.adt.com/billinfo

### Total Balance Due:                                $93.13

Did you know... Failure to include your invoice could cause a delay
in processing your payment.

Don't Forget to Include the Following With Your Payment:
Customer Number
Invoice Number

It's fast and even more
important - it's easy! You can
save time and money
paying your bill. Please see
the back of your invoice to see
how you can setup your
account for automatic
payments using your bank
account!

*9/1: Spoke w/ Antoinette - disputes. wrote up a dispute then will be take 5 biz days for mail or contacted per phone call - can call back if we don't hear anything in 5 days*

*9/3: Marsha: Pro Rated: 7/18-7/31/11 Full: 9/1-8/31/11*

Visit www.ADT.com for up-to-date
security services information for your
business.

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if
less) per month will be assessed on the unpaid Total Balance Due when
more than 30 days past due.

To pay this invoice and/or future
recurring invoice by credit card,
follow the instructions on the
back of this invoice.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL

A1219

T4C01174

 GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

July 26, 2011

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on August 25, 2011**



## GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

July 26, 2011
21555-001
**Invoice No. 390686**

For legal services rendered through June 30, 2011

**Miscellaneous**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/01/11 | J. Adkins | Review of e-mail from Mr. Mucke; review of lease regarding SNDA delivery; telephone call to Mr. Mucke. | .4 |
| 06/06/11 | J. Adkins | Telephone conference with Ms. Barnes regarding contract with fiber optic provider. | .2 |

Total Hours .6

Fees This Matter

186.00

Total This Matter $ 186.00

TOTAL THIS STATEMENT $ 186.00

PRIOR OUTSTANDING BALANCE $ 0.00

BALANCE DUE $ 186.00
=================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

A1221