T4C01176

**bright house**
NETWORKS

## Statement of Account

Page 1 of 3

*0001108

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA  MICH  48154-5405
8381 9800 BH RP  09  08102011 NNNNYN

ACLR LLC
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

| | |
|---|---|
| Statement Date: | August 09, 2011 |
| Account Number: | 8381 98 006 0846735 |
| | Customer Code: 1371 |

**How To Reach Us...**
24HR CUSTOMER SUPPORT 866-898-9101
24HR INTERNET SERVICE 866-233-7233
24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

---

## Account Summary

PAYMENTS RECEIVED after 08/09/11 are not included on this statement

Please see reverse side for account details.

| | |
|---|---|
| Previous Statement Balance | $ 541.62 |
| Payment(s) | -416.83 |
| Recent Service Change(s) | -113.21 |
| Current Monthly Service(s) | 202.95 |
| Additional Account Activity | -5.50 |
| Other Charge(s), Taxes & Fee(s) | -7.22 |
| **Balance Due** | **$ 212.81** |
| **Payment Due Date** | **08/29/11** |

Pd 8/16
Ck # 1778

207.31

---

## For Your Information



Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.

Road Runner Lightning is here!  Experience all the possibilites with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks!  Call 866 898 9101 today!

Unlimited anytime local & long distance calls to all 50 States & Canada. No complicated plans or restrictions. Over 12 popular features included, plus keep your same phone number.  Bundle now & save!!

*Easy Ways to Pay:*    brighthouse.com      Phone      Mail

T4C01177

 **bright house** NETWORKS ™

ACLR LLC
Statement Date:
**Account Number:**

Page 2 of 3
August 09, 2011
**8381 98 006 0846735**

# Account Detail    This statement is for services from 08/20/11 through 09/19/11.

Previous Statement Balance ............................................................... $ 541.62

## Payment(s)

| 07/27 | Payment - Thank You | | -416.83 |
| | **Subtotal** | | **-416.83** |

## Recent Service Change(s)

| 07/18-08/19 | Voice Mail | Partial Month(s) | -7.98 |
| 07/18-08/19 | 3yr Full Feature 4 Lines | Partial Month(s) | -140.30 |
| 07/18-08/19 | 3 Yr Full Feature 1 Line | Partial Month(s) | 35.07 |
| | **Subtotal** | | **-113.21** |

## Current Monthly Service(s)

| 08/20 - 09/19 | Comm HSD 50m X 5m | | 170.00 |
| 08/20 - 09/19 | 3 Yr Full Feature 1 Line | | 32.95 |
| | **Subtotal** | | **202.95** |

## Additional Account Activity

| 07/20 | Late Charge 41 Days | | 5.50 |
| | **Subtotal** | | **5.50** |

*removed 8/16 called + explained*

## Other Charge(s), Taxes & Fee(s)

| 08/09 | Federal Universal Service Fund Fee | -2.83 |
| 08/09 | Federal TRS | -.21 |
| 08/09 | Federal ITSP | -.07 |
| 08/09 | LNPA Fee (Local Port Number Avail) | .04 |
| 08/09 | Wayne 911 Surcharge | .42 |
| 08/09 | E911 Technical Assessment | .24 |
| 08/09 | State Use Tax | -5.00 |
| 08/09 | Michigan 911 Surcharge | .19 |
| | **Subtotal** | **-7.22** |

Your Franchise Authority Is: Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia,
MI 48154 Phone 734/466-2540

A1223



**Financial Services**

See reverse side for important contact
information and payment instructions.

| Special Messages for ACLR, LLC | Invoice Number: 75010740 |
|---|---|

### We'd like to introduce you to Dell Business Credit!
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | Lease Contract: 003-8565501-003 | | | |
|---|---|---|---|---|---|---|
| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
| 003-8565501-003 | 09/01/11 | $52.94 | + | $0.00 | = | $52.94 |

| | | | |
|---|---|---|---|
| Invoice Date | August 09, 2011 | Business Segment | 010004 |
| Invoice Number | 75010740 | Billing Period | 08/01/11-08/31/11 |
| Lease Contract Number | 003-8565501-003 | Credits/Payments received(-) *since last invoice | $52.94 |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|
| Lease Contract Number | Invoice # | Description | Amount |
| 003-8565501-003 | | Credits/Payments | $52.94 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|
| Lease Contract Number Product Type | Sales Order Purchase Order # | Description | TRANSACTION | | |
| | | | Amount | Tax | Total |
| 003-8565501-003 FAIR MARKET VALUE | | PROPERTY TAX MGMT FEE | $2.28 | $0.14 | $2.42 |
| 003-8565501-003 FAIR MARKET VALUE | | RENTAL | $47.66 | $2.86 | $50.52 |
| | | Total for 003-8565501-003 | $49.94 | $3.00 | $52.94 |
| | | Invoice Total | $49.94 | $3.00 | $52.94 |

*Pd 8/7*
*ck #1779*
*$211.94*

02-1x09-3040R2(5/10)

Please fill in the 'Amount Enclosed' and return the remittance ...



**DELL** Financial Services

See reverse side for important contact
information and payment instructions.

| Special Messages for ACLR, LLC | Invoice Number: 75010739 |
|---|---|

We'd like to introduce you to Dell Business Credit!
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | Lease Contract: 003-8565501-001 | | | |
|---|---|---|---|---|---|
| Lease Contract Number | Due Date | Current Charges | | Past Due | Total Due |
| 003-8565501-001 | 09/01/11 | $159.00 | + | $0.00 | = $159.00 |

| | | | |
|---|---|---|---|
| Invoice Date | August 09, 2011 | Business Segment | 010004 |
| Invoice Number | 75010739 | Billing Period | 08/01/11-08/31/11 |
| Lease Contract Number | 003-8565501-001 | Credits/Payments received(-) | $0.00 |
| | | *since last invoice | |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|
| Lease Contract Number | Invoice # | Description | Amount |
| 003-8565501-001 | | Credits/Payments | $0.00 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|
| Lease Contract Number | Sales Order | Description | TRANSACTION | | |
| Product Type | Purchase Order # | | Amount | Tax | Total |
| 003-8565501-001 | | EXCESSIVE PHYSICAL DAMAGE | $150.00 | $9.00 | $159.00 |
| | | Total for 003-8565501-001 | $150.00 | $9.00 | $159.00 |
| | | Invoice Total | $150.00 | $9.00 | $159.00 |

*Pd 8/17*
*ck # 1779*
*$211.94*

02-1x09-3040R2(5/10)

*Please fill in the 'Amount Enclosed' and return the payment coupon with your check in the enclosed envelope ...*



Platinum Business Fre ⟩mPass Credit Card
ACLR
CHRISTOPHER MUCKE
Closing Date 07/26/11

OPEN

p. 1/9

Account Ending 1-14009

| | |
|---|---|
| **New Balance** | **$13,226.56** |
| **Minimum Payment Due** | **$265.00** |
| **Payment Due Date** | **08/20/11** |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

**FreedomPass Points**

**31,700**

For rewards information, please visit americanexpress.com/freedompass

**Account Summary**

| | |
|---|---|
| Previous Balance | CR$137.60 |
| Payments/Credits | -$509.31 |
| New Charges | +$13,873.47 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$13,226.56** |
| **Minimum Payment Due** | **$265.00** |
| Credit Limit | $22,400.00 |
| Available Credit | $9,173.44 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| Days in Billing Period: 32 | |

**Customer Care**

Pay by Computer
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-653-3104 | 1-800-472-9297 |

See page 2 for additional information.

*Handwritten annotations:*
-137.60 overpaid
-350.00 NAGC
-8.97 BB+B
496.07

13,873.47
- 509.31
13364.16
- 496.07
$12,868.09
Paid

† Please fold on the perforation below, detach and return with your payment †

Payment Coupon
Do not staple or use paper clips

Pay by Computer
open.com/pbc

Pay by Phone
1-800-472-9297

Account Ending 1-14009

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
38705 Seven Mile Rd
STE 460
Livonia MI 48152

Payment Due Date
**08/20/11**

New Balance
**$13,226.56**

Minimum Payment Due
**$265.00**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$

**Amount Enclosed**

0000349990624312155 00132265600002650 22 H

A1226

T4C01181



**Platinum Business Fr    lomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 07/26/11

**OPEN**

p. 3/9

Account Ending 1-14009

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | $0.00 |
| **Credits** | |
| CHRISTOPHER MUCKE 1-14009 | -$344.10 |
| KRISTEN M BARNES 1-11062 | -$165.21 |
| **Total Payments and Credits** | **-$509.31** |

### Detail    *indicates posting date

| Credits | | | Amount |
|---|---|---|---|
| 06/27/11 | CHRISTOPHER MUCKE | BEST BUY MHT  417 NOVI          MI<br>ELECTRONICS STORE | -$130.33 |
| 06/28/11 | CHRISTOPHER MUCKE | MARRIOTT 33790MRQUISATLANTA       GA<br>Arrival Date          Departure Date<br>06/28/11               06/28/11<br>00000000<br>DELAYED CHARGE | -$150.00 |
| 07/06/11 | CHRISTOPHER MUCKE | BEST BUY MHT  417 NOVI          MI<br>ELECTRONICS STORE | -$21.19 |
| 07/13/11 | CHRISTOPHER MUCKE | OFFICE DEPOT 000330 NORTHVILLE     MI<br>RETAIL 48167 | -$41.33 |
| 07/21/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx<br>FDX#87867021S000107 8786 $25.02 07/20/2011 | -$1.25 |
| 06/28/11 | KRISTEN M BARNES | COSTCO WHSE #0341 00COMMERCE TWN    MI<br>2485292300 | -$158.99 |
| 07/02/11* | KRISTEN M BARNES | OPEN Savings 5% discount at Office Max<br>on all transactions of $100 or more<br>SEE SUMMARY GRID FOR MORE INFORMATION | -$6.22 |

## New Charges

### Summary

| | Total |
|---|---|
| CHRISTOPHER MUCKE 1-14009 | $4,788.92 |
| KRISTEN M BARNES 1-11062 | $8,957.37 |
| JASON BARNES 1-11070 | $127.18 |
| **Total New Charges** | **$13,873.47** |

### Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

Amount

Continued on reverse

A1227



CHRISTOPHER MUCKE          Account Ending 1-14009                      p. 4/9

**Detail Continued**

                                                                        Amount

| 07/04/11 | ATT BUS PHONE PMT  800-704-4808   TX  *Paul*<br>AT&T EZC PMT | $242.12 |
| 07/05/11 | MEIJER-FUEL #0054 ONORTHVILLE   MI<br>8773634537<br>Description   *Car*<br>REFER TO RECEIPT | $76.08 |
| 07/06/11 | SUR LA TABLE #85 85 TROY         MI<br>800-243-0852<br>Description   *Misc Off*<br>MISCELLANEOUS | $2,012.94 |
| 07/06/11 | AICPA *AICPA   888-777-7077   NC<br>VARIOUS   *Membership* | $405.00 |
| 07/08/11 | OFFICE DEPOT 000330 NORTHVILLE   MI<br>RETAIL 48167   *Misc off* | $213.54 |
| 07/20/11 | FDX#878670215000107 1-800-622-1147<br>1-800-622-1147<br>TO: Thais Thompson GA<br>FROM: ACLR 48170   *Postage*<br>001 HOME 35LB AWB878670215000107<br>YOUR FEDEX CUSTOM DISCOUNT IS $1.51 | $25.02 |

Continued on next page

T4C01183



T4C01184

| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Office Supplies | Postage | Computer Supplies |
|---|---|---|---|---|---|---|---|---|---|
| July 2011 | | | | | | | | | |
| Jul 2011 | | | | | 648.00 | 242.12 | 2,012.94 | 25.02 | |
| Jul 2011 | | | | | 5,845.00 | | 213.54 | | |
| Jul 2011 | | | | | 300.00 | | 94.63 | | |
| Jul 2011 | | | | | 800.00 | | 307.48 | | |
| Jul 2011 | | | | | | | 31.79 | | |
| Jul 2011 | | | | | | | 124.43 | | |
| Jul 2011 | | | | | | | 101.74 | | |
| Jul 2011 | | | | | | | 56.14 | | |
| Jul 2011 | | | | | | | 63.59 | | |
| Jul 2011 | | | | | | | 63.59 | | |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | 7,593.00 | 242.12 | 3,069.87 | 25.02 | 0.00 |
| Credits | | -150.00 | | | | | -358.06 | -1.25 | |
| Net Expenses | 0.00 | -150.00 | 0.00 | 0.00 | 7,593.00 | 242.12 | 2,711.81 | 23.77 | 0.00 |

Sur La Table Somerset Mall
3801 W. Big Beaver Rd

248-283-1051
Store #: 85          Reg #:   4
Trn #: 32411    Emp:#24721   Mary Ann
Date : 07/06/2011   10:49
*                 Sale                *
----------------------------------------

*** Sale ***
Customer #008504005613/1
christopher mucke

Employee: 24721

0000636423
ESP MACH C9 ONE TOUCH
    1      @   1,899.00       1,899.00T

0000529503
COFFEE BEANS ILLY DARK
    2      @      0.00            0.00T
GWP

Subtotal                      1,899.00
Tax @ 6.0%                       113.94
Tax @ 0%                           0.00
                              ----------
Total                         2,012.94
----------------------------------------

Total Units Sold: 3
American Express              2,012.94
xxxxxxxxxxx4009
507346


Weddin                            mings

---

17335 Haggerty Road
Northville, MI 48167
(248)344-7117
07/13/2011   11.2          1:33 PM
STR 330  REG1    TRN  6594 EMP 522027
----------------------------------------

RETURN
Product ID     Description       Total
112866  BKVIS REG 200 BLK    (38.99) S

              Subtotal         (38.99)
Sales Tax:                      (2.34)
              Total           (41.33)
              Amex 4009        (41.33)
****************************************

    Shop online at www.officedepot.com

---

Mitchell's Fish Market
17600 Haggerty Road
Livonia, Michigan 48152
734-464-3663

Server: Charity       DOB: 07/15/2011
01:33 PM                    07/15/2011
Table 11/1                     6/60010

AMEX                           6291464
Card #XXXXXXXXXX4009
Magnetic card present: MUCKE C
Approval: 500712

        Amount:              65.03

        + Tip:              12 -

---

Tr      Ristor    te Italiano
Of Northville
14H
248-735-0101

Se     Victoria         DOB: 07/20/2011
08:29 PM                    07/20/2011
Table 42/1                     3/90026

AMEX                           3145752
Card #XXXXXXXXXX4009
Magnetic card prese
A       al: 546612

        Amoun             50.02

A1231   + Tip:

T4C01186



Burger King ®
#2415

1307 East DuBois Ave
Dubois, PA 15801
(814) 371-7946          6/23/11

ORDER 4          PNC
                  XXXX9763
EAT IN

3 CHS BURGER                    3.57
  no pickle
  only ketchup
TOR CRP CHICK                   3.99
LARGE FRY                       2.29
4 VALUE WATER                   0.00
WH LG DBL WHP                   7.99
*DBL WHOPPER
  no tomato
  extra onion                   0.10
*LARGE FRY
*LARGE COKE

        SUBTOTAL                17.94
        TAX                      1.07
                              ==========
                                19.01
                                 9.01

0003
Server: TR                        Rec:  3
06/03/11 11:42, Swiped  T: 998 Term:  1

DEADWOOD              Camber
( )                  Conshocn
MERCHANT #:          ATO MEETING

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4009
Name: C MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 528342
Reference: 060301000003
TRANS TYPE: Credit Card SALE

CHECK :                33.38

TIP :                   ).—

TOTAL :                40.38

X_____

EMLENTON TRUCK PLAZA
6406 CLINT/EMLENRD
EMLENTON          PA

06/26/11                      00:02
*** CHARGE ***          VISA CARD *9763

ITEM        QTY   PRICE      AMOUNT
----        ---   -----      ------
DIESEL 2  20.350G @ $3.959    80.57

    SUBTOTAL                  80.57
    TOTAL AMOUNT             $80.57

    CUSTOMER ACKNOWLEDGES RECEIPT
    OF PRODUCT AND AGREES TO
    PERFORM THE OBLIGATIONS SET
    FORTH IN THE CARD ISSUERS
    AGREEMENT.

AUTH #: 025147    INVOICE #: 1713
CUST NAME: CHRISTOPHER MUCKE
STORE NUMBER: MP27445102

CUSTOMER COPY

A1232



# PICK/PACK SLIP

  

**GMCR**

**SPECIALTY COFFEE BUSINESS UNIT**

| | |
|---|---|
| Order #: | R030671602 |
| Ship Date: | 7/26/2011 |
| Customer ID: | R1181530 |
| Terms: | ZERO |
| PO #: | |
| Order Rep: | BIZTALK |
| Page 1 of 1 | |

Green Mountain Coffee Roasters, Inc.
1-888-TRY-GMCR(879-4627)

**Bill To:**
Kristen Barnes
38705 Seven Mile Rd, Ste 460
LIVONIA, MI 48152

**Ship To:**
Kristen Barnes
38705 Seven Mile Rd, Ste 460
LIVONIA, MI 48152

| Shipped Qty | Order Qty | Item # | Description | Grind Code | Lbs | List Price per unit | Discount Off Invoice per unit | Discount 2 Off Invoice per unit | Net Price per unit | Net Ext Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 of 4 | | 4050 EA **WCS   INV** | Keurig NOO Special Blend Extra Bold 24-ct K-Cups **0000 Line: 2** | | 1 | 16.49 | (2.50) | | $ 13.99 | $55.96 |
| 1 of 1 | | 41191 EA **WCS   INV** | Cafe Express Welcome Mug w/Brochure **NONE Line: 1** | | 0 | 0.00 | | | $ 0.00 | $0.00 |
| 1 of 1 | | 41199 EA **WCS   INV** | Iced Tea Tumbler with Straw **NONE Line: 3** | | 0 | 0.00 | | | $ 0.00 | $0.00 |

| | |
|---|---|
| Subtotal | $55.96 |

Total Items shipped:            6

| | |
|---|---|
| Shipping | $0.00 |
| Tax | $0.00 |
| Order Total | $55.96 |
| Amt charged to your American Express card: | $55.96 |

***IUO TIP:***            6

We appreciate your business!  On this order you received a total discount of  $ 10.00

Our organic coffees are certified organic by QAI.

Dear Green Mountain Coffee Customer: Your tax for this order is in compliance with your state and local taxation law for snacks, confections, coffee, freight and equipment. Thank you!

---

**Pick/Pack Slip**

| | | | Page 1 of 1 |
|---|---|---|---|
| | Order #: | R030671602 | |
| For return authorizations call **866-639-2326** | Ship Date: | 7/26/2011 | Source IBU:   **IN001** |
| | CustomerID: | R1181530 | Pick batch id:   264529 |
| | **Order Grp:** | **WEBB** | FEDEX |
| | **Use Id:** | **7000** | FEDEXSTD |

Received By:_____



A1233

WELCOME TO BEST BUY #417
NOVI, MI 48375
(248)449-8956

Keep your receipt!



Val #: 0940-0805-9920-2862

0417 006 0094 07/06/11   12:00 00153566

| | | |
|---|---|---|
| 7323087  DX-DVI2M | | 24.99 |
| DYNEX 2M DVI-D TO DVI-D (SNGL | | |
| ITEM TAX 1.50 | | |
| 7783286  DX-MMEC | | 4.99 |
| 6' 3.5MM STEREO EXTENSION CAB | | |
| ITEM TAX 0.30 | | |
| 7783286  DX-MMEC | | 4.99 |
| 6' 3.5MM STEREO EXTENSION CAB | | |
| ITEM TAX 0.30 | | |
| 8464431  5048 | | 17.99 |
| UNIVERSAL MY K-CUP | | |
| ITEM TAX 1.08 | | |
| 6094175  RZ SILVER | | 0.00 N |
| REWARD ZONE PREMIER SILVER | | |
| MEMBER ID 1000184790 | | |

```
                          SUBTOTAL    52.96
                  SALES TAX AMOUNT     3.18
                          =========
                             TOTAL    56.14

xxxxxxxxxxxx1062          AMEX        56.14
KM BARNES
APPROVAL 628585
```

JASON,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCE AS OF 07/02/11
POSTED  POINTS: 649
Go to MyRZ.com FOR MORE INFO

To help              of our

---



Higher Standards
**meijer**
Lower Prices

Haggerty Rd.
Northville, MI - # 54
(248) 349-2700    meijer.com

The Meijer Team appreciates your business
07/27/11
Your fast and friendly checkout was
provided by JAMES

★★★★SAVINGS  TODAY★★★★
★ TOTAL NON-COUPON SAVINGS     1.74 ★
★SAVINGS  TOTAL     1.74★

**GROCERY**

| | | |
|---|---|---|
| 7920000164    SWEETARTS | | |
| 2 @ .74 | 1.48 | F |
| 5150000678    SMUCKER JAM | 1.70 | F |
| 2740080024    MARGARINE | 1.99 | F |
| 4125010201    MEIJER MILK | 1.99 | F |
| 3800040290    EGGO WAFFLES | 2.23 | F |
| 5150024128    JIF PNT BTR | 2.48 | F |
| 5150024135    JIF | 2.48 | F |
| 4125084120    MEIJER WATER | | |
| 2 @ 2.49 | 4.98 | F |
| 5150000956    SYRUP | 2.96 | F |
| 7192101461    FROZN PIZZA | | |
| 2 @ 3.09 | 6.18 | F |
| 7192101464    FROZEN PIZZA | | |
| 2 @ 3.09 | 6.18 | F |
| 7192101465    FROZEN PIZZA | | |
| 2 @ 3.09 | 6.18 | F |
| 7192101466    FROZN PIZZA | | |
| 2 @ 3.09 | 6.18 | F |
| 7192101468    FROZEN PIZZA | | |
| 2 @ 3.09 | 6.18 | F |
| 7131400180    BREAD | 3.29 | F |
| 4812110208    MUFFINS | 3.79 | F |
| 7790050154    BRKFST BAGEL | 6.29 | F |
| 7790050241    JD BREAKFAST | 6.29 | F |
| 7790050242    JD BREAKFAST | 6.29 | F |
| 2100001717    STRINGCHEESE | 6.98 | F |
| ×4125096478    HONEY | | |
| was     3.39          now | 3.19 | F |
| ×4400000067    SNK CRACKER | | |
| 2 @ 2 / 5.00 | | |
| was     6.54          now | 5.00 | F |

**TOTAL**

```
                  TOTAL TAX        .00
                      TOTAL      94.31
```
**PAYMENTS**
```
    CREDIT CARDS          TENDER   94.31
    XXXXXXXXXXXX1062      BAL   .00

            NUMBER OF ITEMS         30
```

See              m for
promoti          details.



# Kroger

## More value for the way you live.

17447 HAGGERTY
(248) 662-3031
YOUR CASHIER WAS DEBBIE

```
        ABPR WATER            1.29 F
        ABPR WATER            1.29 F
KROGER PLUS CUSTOMER     ******5898
        JMON BCN MFN      PC  7.19 F
SC      AUTOMATIC COUPON 0.80
        JMON TKY SDW      PC  7.19 F
SC      AUTOMATIC COUPON 0.80
        BRTL SKLT ML          6.49 F
        BRTL SKLT ML          6.49 F
        BRTL SKLT ML          6.49 F
        BRTL SKLT ML          6.49 F
        BRTL SKLT ML          6.49 F
        CAPK PIZZA            3.59 F
        CAPK PIZZA            3.59 F
        CAPK PIZZA            3.59 F
        CAPK PIZZA            3.59 F
        CAPK PIZZA            3.59 F
        CAPK PIZZA            3.59 F
        PROG SOUP             1.91 F
        KRO WHL MLK           1.59 F
        PROG SOUP             1.91 F
        TRISCUITS             3.27 F
        QKER GRNBARS          2.49 F
        SWEET N LOW       PC  2.79 F
SC      AUTOMATIC COUPON 0.20
        PROG SOUP             1.91 F
        PROG SOUP             1.91 F
        FRNKS HT SC           3.29 F
        KRFT TARTER           1.99 F
        PROG SOUP             1.91 F
        HNZ KTCHP             1.89 F
        KRFT MAYO             4.59 F
        EQUAL SWTNR           6.79 F
        EQUAL SWTNR           6.79 F
        KNGO SARDINS      PC  3.29 F
SC      AUTOMATIC COUPON 0.20
        KNGO SARDINS      PC  3.29 F
SC      AUTOMATIC COUPON 0.20
        KNGO SARDINS      PC  3.29 F
SC      AUTOMATIC COUPON 0.20
        KNGO SARDINS      PC  3.29 F
SC      AUTOMATIC COUPON 0.20
        V8 VEG JUICE      PC  4.29 F
SC      AUTOMATIC COUPON 0.30
        SLIM FAST            5.99 F
        ANTM BREAD           2.29 F
        TAX                  0.00
   **** BALANCE             41.71
018  #
17447
```

BED BATH & BEYOND #113
17223 HAGGERTY ROAD
NORTHVILLE, MI 48167
(248) 344-0999

00113 10 07/27/11-1318 442260 53-9054

```
TOWEL BAR OTD RS          1T
44444470783  OUR PRICE    7.99-RET
        SUBTOTAL          7.99-
    MI 6.00% STATE TAX     .48-
        TOTAL             8.47-
        AMEX              8.47-
        ACCT#: XXXXXXXXXX1062 (S)
        EXPDT: XX/XX
        AUTH#: RETURN AUTHORIZED
        REFUND            8.47-
        CHANGE             .00
```
THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00113 10 07/27/11-1319 442260 53-9054



RVN # 0011-3964-3001-0713-1100

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00113 10 07/13/11-1348 353658 01-9643

A1235

# OfficeMax
## WORK WITH US™

OfficeMax #534
21071 HAGGERTY ROAD
NOVI, MI  48375
(248) 305-5205

## SALE

| | |
|---|---|
| 011491993795 | $0.99 |
| Cap Erasers Assorted 25ct | |
| Promo Discount Limit 2 | ($0.98) |
| 011491036601 | $0.99 |
| Stick Ball Pens Red 10pk | |
| Promo Discount | ($0.99) |
| 011491038588 | $0.99 |
| Stick Ball Pens Black 10pk | |
| Discount | ($0.79) |
| Coupon Number:   19873031072811 | |
| 011491038618 | $0.99 |
| Stick Ball Pens Blue 10pk | |
| 011491983819 | $7.99 |
| Stand-Up Sign Holder 8.5x1 | |
| Discount | ($5.00) |
| Coupon Number:   19873011072711 | |
| 011491983956 | $7.99 |
| Stand-Up Sign Holder 11x8. | |
| 011491017422 | $23.99 |
| Class Fldr Ltr 2 div Grn 5 | |
| 011491017309 | $23.99 |
| Clss Fldr Ltr 2div Red 5pk | |
| 011491017309 | $23.99 |
| Clss Fldr Ltr 2div Red 5pk | |
| 072782083663 | $25.99 |
| Filing Label 1/3cut Wht 75 | |

| | |
|---|---|
| SubTotal | $110.14 |
| Tax 6.000% | $6.61 |
| TOTAL | $116.75 |
| | |
| VISA | $116.75 |
| Card number:    XXXXXXXXXXXX5608 | |
| Authorization  029056 | |
| | |
| MaxPerks | .5 |

---



Highland Rd.
Waterford, MI - # 53
(248) 682-7200     meijer.com

The Meijer Team appreciates your business
07/13/11
Your fast and friendly checkout was
provided by Fastlane99

★★★★SAVINGS TODAY★★★★
★ TOTAL NON-COUPON SAVINGS    1.50
★SAVINGS TOTAL   1.50★

GROCERY
4125084120   MEIJER WATER
      2 @ 2.49              4.98 F
*71928398555  FREEZER BARS
      was    2.99   now    1.49 F

TOTAL
           TOTAL TAX        .00
           TOTAL           6.47
PAYMENTS
VISA Payment    TENDER     6.47
XXXXXXXXXXXX5608

          NUMBER OF ITEMS        3

   See Service Desk or Meijer.com for
promotional and sale item return details.

A00530L7ZR5ZXWS

Tx:135  0p:550   Tm:99  St:53   08:20:31

---

STARBUCKS Store #2398
20055 Haggerty Road
Northville, MI  (248) 347-4502

422218 Mary Jo

CHK 726164
07/13/2011 09:13AM

| | |
|---|---|
| Dcf Verona 1lb | 13.95 |
| Espresso 1lb Wb | 12.95 |
| Espresso 1lb Wb | 12.95 |
| Gr Carml Frapp | 4.15 |
| VISA | 44.25 |
| XXXXXXXXXXXX5608 | |
| Subtotal | 44.00 |
| Tax 6% - Food & Beverage | 0.25 |
| Total | 44.25 |
| Change Due | $0.00 |

C

Check Closed

1AM

T4C01191



| Purchase Order Number | | Invoice Date | Invoice Number | Invoice Amount | Payment Due Date |
|---|---|---|---|---|---|
| | | 08/13/11 | 53134527 | $63.50 | 09/01/11 |

## Nature Of Service: Monthly Billing

### Current Charges:

09/01/11 - 09/30/11
  Recurring Service
    Amount: $63.50      Tax: $0.00                $63.50

### Total Balance Due:                              $63.50

Did you know... Failure to include your invoice could cause a delay in processing your payment.

Don't Forget to Include the Following With Your Payment:
Customer Number
Invoice Number

*Pd 8/22*
*ck# 1783*

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if less) per month will be assessed on the unpaid Total Balance Due when more than 30 days past due.

**Customer Number:**
01300 102739980
**Business/Account Name:**
A C L R

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093

Billing Questions:    (888) 238-2455
Sales/Relocation:    (800) 238-7887
Monitoring/Service:(800) 238-2727
**ADT Tax ID Number:** 58-1814102
**How to Read Your Bill:**
    http://www.adt.com/billinfo

It's fast and even more important - it's easy! You can save time and money paying your bill. Please see the back of your invoice to see how you can setup your account for automatic payments using your bank account!

Visit www.ADT.com for up-to-date security services information for your business.

To pay this invoice and/or future recurring invoice by credit card, follow the instructions on the back of this invoice.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL

T4C01192



State Farm Fire and Casualty Company

**PAYMENT RECEIPT**

2702 Ireland Grove Road
Bloomington, IL 61709-0001

AT1               R-04- 7024-F264         M    F

000242
BARNES, KRISTEN
38705 7 MILE RD STE 460
LIVONIA MI  48346-3424

**Surety Bond**

| BOND NUMBER | 92-BB-U400-8 |
| --- | --- |
| PAYMENT DATE | JUL 05 2011 |
| DATE PROCESSED | SEP 02 2011 |
| AMOUNT PAID | $50.00 |

8
7
6
5
4
3
2
1

*PLEASE KEEP FOR YOUR RECORDS*

0101-ST-K00G08

We are pleased to acknowledge receipt of the premium due on this bond. This bond will be continued in force subject to its printed terms and conditions upon the payment check clearing through your bank.

**Obligee:**
STATE OF MICHIGAN

**Address:**
Same as Mailing Address

Agent: LYNN EARLY
Telephone: (734) 983-9160
04

0242   I
530-9129.4 (o1f3073d) Rev. 10-2004

A1238

Fire Policy Status                          AUGUST 23, 2011

BARNES, KRISTEN                                H Ph. (517)432-8376
4771 HARDING AVE                   FIRE Policy: 92-BB-U400-8 F      Yr issd: 2011
CLARKSTON MI    48346-3424                Xref:


Type:        SURETY BOND              Term: 7 YR PP
Coverage information                                      Renew date: JUN-26-18
BOND-AMOUNT     10000          Premium:     50.00  Written date: JUL-05-11

                                                          WARNING STATUS


                          Amount due:     50.00
                          Date due:   AUG-10-11
                          Bill to:        INSD

                          Prev prem:          0

Prev risk:          0

Deductibles applied:DEDUCTIBLES MAY APPLY - SEE FILE




Messages:                                            *Pd 8/29*
                                                     *Ck#1785*


A1239

T4C01194

Fire Policy Status                    AUGUST 23, 2011

OBLIGEE
  STATE OF MICHIGAN

T4C01195



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/12/2011 | 51196 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 47 | System Engineer James Kelley | 110.00 | 5,170.00 |
| 11 | On-Site System Engineer Florin | 90.00 | 990.00 |
| 9 | Consulting Ed | 120.00 | 1,080.00 |
| | | | |
| | As reference  there were 22 hours just for ongoing support to the environment, so about 47 hours on current implementation. | | |
| | Sales Tax | 7.00% | 0.00 |
| | | | |
| | Paid 9/6/2011<br>ck #1786 | | |

Thank you for your business.

| **Total** | $7,240.00 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1241


TIBCO®
The Power of Now®

# INVOICE
Page 1 of 1

| Invoice Number: | 4065600 |
| Invoice Date: | 16-AUG-2011 |

**Bill to:** ACLR, LLC
38705 Seven Mile Road
Suite 460
LIVONIA, MI 48150
ATTN: Bruce Dixon

**Ship to:** ACLR, LLC
38705 Seven Mile Road
Suite 460
LIVONIA, MI 48150
ATTN: Bruce Dixon

| Customer PO Number | Customer Contact | Terms | Due Date | Currency |
|---|---|---|---|---|
| , | | NET 30 | 15-SEP-2011 | USD |
| **TIBCO Customer ID** | **TIBCO Sales Person** | **Ship Date** | **Ship Via** | **TIBCO Order Number** |
| 93063 | Gazzola, John | 15-AUG-2011 | ELECTRONIC | 1062822 |

| Item Code | Item Description | Quantity | Unit Price | Tax | Item Amount |
|---|---|---|---|---|---|
| 100838 | TIBCO Software License Fees (E) | 1 | 7,500.00 | 450.00 | 7,500.00 |
| 105253 | Maintenance, Silver (E)<br>**Dates for this Item: 01-AUG-11 To 02-AUG-12 | 1 | 1,800.00 | 108.00 | 1,800.00 |
| 106862 | Support Contact - Silver (E)<br>**Dates for this Item: 01-AUG-11 To 02-AUG-12 | 5 | 0.00 | 0.00 | 0.00 |
| 110689 | TIBCO Managed File Transfer Platform Server for Windows (E) | 2 | | | |

**Special Instructions:**

| | |
|---|---|
| **Subtotal** | 9,300.00 |
| **Tax** | 558.00 |
| **Total in USD** | 9,858.00 |

**Customer VAT**

Pd 9/12
ck # 1789

*Any commodities included on this invoice are subject to shipping restrictions under applicable laws, including but not limited to United States and/or European Union export laws, and are authorized for delivery only to the destination shown. Diversion contrary to such applicable laws is prohibited.*

*With the exception of the Netherlands and Australia, the supply is exempt from VAT in the seller's country on the basis that the customer will self assess VAT in its own country.*

## PAYMENT INSTRUCTIONS

For billing questions, please contact Sophia Dinh at sdinh@tibco.com or 650-846-5715

**ATTENTION:**
Our bank information and
remittance address has changed!

**PAYMENT BY CHECK:**
TIBCO Software Inc.
Lockbox No. 7514
P.O. Box 7247
Philadelphia, PA 19170-7514
USA

**PAYMENT BY WIRE TRANSFER:**
Citibank New York
111 WALL STREET
NEW YORK, NEW YORK 10043 USA
Account Number: 30809345
ABA Number: 021000089
Swift ID: CITIUS33

TIBCO Software, Inc. 3307 Hillview Avenue, Palo Alto CA 94304-1213 United States
Tel: 650-846-1000  Fax: 650-846-1052, www.tibco.com

**bright house**
NETWORKS

## Statement of Account

Page 1 of 3

\*0001110

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA MICH  48154-5405
8381 9800 BH RP  09  09102011 NNNNYN

ACLR LLC
38705 7 MILE RD STE 460
LIVONIA MI  48152-1093

| | |
|---|---|
| Statement Date: | September 09, 2011 |
| **Account Number:** | 8381 98 006 0846735 |
| | Customer Code: 1371 |

**How To Reach Us...**
24HR CUSTOMER SUPPORT 866-898-9101
24HR INTERNET SERVICE 866-233-7233
24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

---

## Account Summary

Please see reverse side for account details.

PAYMENTS RECEIVED after 09/09/11 are not included on this statement

| | |
|---|---:|
| Previous Statement Balance | $ 212.81 |
| Payment(s) | -207.31 |
| Current Monthly Service(s) | 212.90 |
| Additional Account Activity | -5.50 |
| Other Charge(s), Taxes & Fee(s) | 5.96 |
| **Balance Due** | **$ 218.86** |
| **Payment Due Date** | **09/29/11** |

---

## For Your Information



Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.



Road Runner Lightning is here! Experience all the possibilites with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks! Call 866 898 9101 today!

Unlimited anytime local & long distance calls to all 50 States & Canada. No complicated plans or restrictions. Over 12 popular features included, plus keep your same phone number. Bundle now & save!!

*Pd 9/16*
*ck # 1290*

---

**Easy Ways to Pay:**    brighthouse.com    Phone    Mail

 **bright house** NETWORKS℠

ACLR LLC
Statement Date:
Account Number:

Page 2 of 3
September 09, 2011
8381 98 006 0846735

## Account Detail

**This statement is for services from 09/20/11 through 10/19/11.**

| | | |
|---|---|---|
| Previous Statement Balance | ...... | $ 212.81 |

**Payment(s)**

| 08/23 | Payment - Thank You ...... | -207.31 |
|---|---|---|
| | **Subtotal** | **-207.31** |

**Current Monthly Service(s)**

| 09/20 - 10/19 | Comm HSD 50m X 5m ...... | 170.00 |
|---|---|---|
| 09/20 - 10/19 | Toll Free Number Service ...... | 9.95 |
| 09/20 - 10/19 | 3 Yr Full Feature 1 Line ...... | 32.95 |
| | **Subtotal** | **212.90** |

**Additional Account Activity**

| 08/18 | Late Fee Reversal ...... | -5.50 |
|---|---|---|
| | **Subtotal** | **-5.50** |

**Other Charge(s), Taxes & Fee(s)**

| 09/09 | Federal Universal Service Fund Fee ...... | 2.74 |
|---|---|---|
| 09/09 | Federal TRS ...... | .11 |
| 09/09 | Federal ITSP ...... | .04 |
| 09/09 | Federal TRS ...... | .09 |
| 09/09 | Federal ITSP ...... | .03 |
| 09/09 | LNPA Fee (Local Port Number Avail) ...... | .04 |
| 09/09 | Wayne 911 Surcharge ...... | .42 |
| 09/09 | E911 Technical Assessment ...... | .24 |
| 09/09 | State Use Tax ...... | 2.06 |
| 09/09 | Michigan 911 Surcharge ...... | .19 |
| | **Subtotal** | **5.96** |

| | | |
|---|---|---|
| **Balance Due** ...... | | $ 218.86 |

Your Franchise Authority Is: Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia,
MI 48154 Phone 734/466-2540

T4C01199



**Platinum Business    FreedomPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 08/26/11

**OPEN**    p. 1/14

Account Ending 1-14009

| | |
|---|---|
| New Balance | $7,749.68 |
| Minimum Payment Due | $155.00 |
| Payment Due Date | 09/20/11 |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

**See Page 8  for important information regarding benefits underwritten by AMEX Assurance Company and Tokio Marine.**

**FreedomPass Points**

**45,067**

For rewards information, please visit
americanexpress.com/freedompass

**Account Summary**

| | |
|---|---|
| Previous Balance | $13,226.56 |
| Payments/Credits | -$13,370.63 |
| New Charges | +$7,893.75 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| New Balance | $7,749.68 |
| Minimum Payment Due | $155.00 |

| | |
|---|---|
| Credit Limit | $22,400.00 |
| Available Credit | $14,650.32 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| Days in Billing Period: 31 | |

**Customer Care**

**Pay by Computer**
open.com/pbc

**Customer Care**       **Pay by Phone**
1-800-653-3104       1-800-472-9297

See page 2 for additional information.

---

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-14009**

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
38705 Seven Mile Rd
STE 460
Livonia MI 48152

Payment Due Date
**09/20/11**

New Balance
**$7,749.68**

Minimum Payment Due
**$155.00**

Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$

**Amount Enclosed**

0000349990624312155 0007749680000015500 22 ᴀ

T4C01200



**Platinum Business** edomPass Credit Card    OPEN    p. 3/14
ACLR
CHRISTOPHER MUCKE
Closing Date 08/26/11    Account Ending 1-14009

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | -$12,868.09 |
| Credits |  |
| CHRISTOPHER MUCKE 1-14009 | -$458.04 |
| KRISTEN M BARNES 1-11062 | -$44.50 |
| **Total Payments and Credits** | **-$13,370.63** |

### Detail   *indicates posting date

| Payments |  |  | Amount |
|---|---|---|---|
| 08/16/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$12,868.09 |
| Credits |  |  | Amount |
| 08/03/11 | CHRISTOPHER MUCKE | NAGCBILLINGCOM NAGCBWASHINGTON   DC<br>800-9796242 | -$350.00 |
| 08/06/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $574.91 08/04/2011 | -$28.75 |
| 08/06/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $572.91 08/04/2011 | -$28.65 |
| 08/06/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at<br>Springhill Suites by Marriott<br>SPRINGHILL SUITES4Y4 $582.91 08/04/2011 | -$29.15 |
| 08/06/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz<br>SEE SUMMARY GRID FOR MORE INFORMATION | -$21.49 |
| 07/27/11 | KRISTEN M BARNES | BEDBATH&BEYOND#0113 NORTHVILLE     MI<br>248-344-0999 | -$8.47 |
| 08/22/11 | KRISTEN M BARNES | OFFICE DEPOT 000330 NORTHVILLE     MI<br>RETAIL 303393 | -$36.03 |

## New Charges

### Summary

|  | Total |
|---|---|
| CHRISTOPHER MUCKE 1-14009 | $3,937.71 |
| KRISTEN M BARNES 1-11062 | $3,916.04 |
| JASON BARNES 1-11070 | $40.00 |
| **Total New Charges** | **$7,893.75** |

### Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

|  |  |  | Amount |
|---|---|---|---|
| 07/28/11 | MEIJER-FUEL #0054 QNORTHVILLE     MI<br>8773634537<br>Description<br>REFER TO RECEIPT | | $84.81 |

Continued on reverse

A1246

CHRISTOPHER MUCKE

Account Ending 1-14009

p. 4/14

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 08/01/11 | ATT BUS PHONE PMT  800-704-4808<br>AT&T EZC PMT | TX | *Misc* | $242.99 |
| 08/02/11 | PHILLIPS HARBORPLACEBALTIMORE<br>410-685-6600<br>Description<br>FOOD/BEVERAGE | MD | *Meal* | $132.76 |
| 08/02/11 | OLIVE GROVE 88430068LINTHICUM<br>RESTAURANT<br>TIP | MD<br><br>$30.00 | *Meal* | $117.15 |
| 08/02/11 | PIER V PARKING 54292BALTIMORE<br>4102442277<br>Description          Price<br>AUTO PARKING LOTS A    $22.00 | MD | *Car* | $22.00 |
| 08/04/11 | HERTZ CAR RENTAL  BALTIMORE<br>Location<br>Rental:     BALTIMORE MD<br>Return:     BALTIMORE MD<br>Agreement Number: 581045006<br>Renter Name: MUCKE /CHRISTOPHER | MD<br><br>Date<br>11/08/01<br>11/08/04      *Car* | | $429.77 |
| 08/04/11 | METRO AIRPORT PARKINDETROIT<br>PARKING LOT & GARAGE | MI | *Car* | $97.00 |
| 08/04/11 | BWI RAMS HEAD 140132BALTIMORE<br>CATERER<br>FOOD/BEVERAGE<br>TIP | MD<br><br>$83.48<br>$20.00 | *Meal* | $103.48 |
| 08/04/11 | SPRINGHILL SUITES4Y4LINTHICUM<br>Arrival Date          Departure Date<br>08/01/11              08/04/11<br>00000000 | MD | *Lodging* | $572.91 |
| 08/04/11 | SPRINGHILL SUITES4Y4LINTHICUM<br>Arrival Date          Departure Date<br>08/01/11              08/04/11<br>00000000 | MD | *Lodging* | $574.91 |
| 08/04/11 | SPRINGHILL SUITES4Y4LINTHICUM<br>Arrival Date          Departure Date<br>08/01/11              08/04/11<br>00000000 | MD | *Lodging* | $582.91 |
| 08/04/11 | OLIVE GROVE 88430068LINTHICUM<br>RESTAURANT<br>TIP | MD<br><br>$10.00 | *Meal* | $30.82 |
| 08/04/11 | OLIVE GROVE 88430068LINTHICUM<br>RESTAURANT<br>TIP | MD<br><br>$75.00 | *Meal* | $178.10 |
| 08/08/11 | METRO AIRPORT PARKINDETROIT<br>PARKING LOT & GARAGE | MI | *Car* | $5.00 |
| 08/10/11 | ANDIAMO OF LIVONIA 0LIVONIA<br>7349533200<br>Description<br>RESTAURANT CHARGES | MI | *Meal* | $165.22 |

Continued on next page

T4C01202



**Platinum Business** edomPass Credit Card
AMERICAN EXPRESS
ACLR
CHRISTOPHER MUCKE
Closing Date 08/26/11

**OPEN**

p. 5/14

Account Ending 1-14009

**Detail Continued**

| | | | Amount |
|---|---|---|---|
| 08/16/11 | ANDIAMO OF LIVONIA OLIVONIA   MI<br>7349533200<br>Description<br>RESTAURANT CHARGES | Meal | $36.39 |

**KRISTEN M BARNES**
Card Ending 1-11062

| | | | Amount |
|---|---|---|---|
| 07/25/11 | GMCR/KEURIG   800-717-1951   VT<br>COFFEE | Office Sup | $55.96 |
| 07/26/11 | COLO FACILITIES ATLA404-230-9150<br>404-230-9150 | Prof. Info Tech   (rent) | $1,520.00 |

| | | | |
|---|---|---|---|
| 08/03/11 | STAPLES INC. 00684 LONDON   OH<br>(800)333-3330 | Office Sup | $43.97 |
| 08/03/11 | THE SUPPLIES GUYS THMIDLAND PARK   NJ<br>888-722-0390 | Office Sup | $513.04 |
| 08/08/11 | TARGET 872 0872   LIVONIA   MI<br>DISCOUNT STORE | Office Sup | $39.65 |
| 08/08/11 | OFFICE DEPOT 000330 NORTHVILLE   MI<br>RETAIL 303393 | | $76.30 |

Continued on reverse

A1248

| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Office Supplies | Postage | Computer Supplies |
|---|---|---|---|---|---|---|---|---|---|
| | | | | August 2011 | | | | | |
| Aug 2011 | | 575.91 | 22.00 | 132.36 | 1,520.00 | 242.99 | 55.96 | | |
| Aug 2011 | | 574.91 | 429.77 | 117.15 | | | 43.97 | | |
| Aug 2011 | | 582.91 | 97.00 | | | | 513.04 | | |
| Aug 2011 | | 5.00 | 103.48 | | | | 39.65 | | |
| Aug 2011 | | | 30.82 | | | | 76.30 | | |
| Aug 2011 | | | 178.10 | | | | | | |
| Aug 2011 | | | 165.22 | | | | | | |
| Aug 2011 | | | 36.39 | | | | | | |
| Totals | 0.00 | 1,738.73 | 1,062.78 | 249.51 | 1,520.00 | 242.99 | 728.92 | 0.00 | 0.00 |
| Credits | | -86.55 | -21.49 | | | | -44.50 | | |
| Net Expenses | 0.00 | 1,652.18 | 1,041.29 | 249.51 | 1,520.00 | 242.99 | 684.42 | 0.00 | 0.00 |

TRANSACTION RECORD

**IRONWOOD**

CARD TYPE:AMEX -EFT
Nu. ***********4009 EXPI.: ****
ENTRY:SWIPED
AUTHORIZATION:552999
TERMINAL:4
REFERENCE:287576

PURCHASE          **$44.81**

TIP                  10

TOTAL               5Y.8/

THANK YOU
AUGUST 16,2011 18:28:05
Server's name : CARRIE B

CUSTOMER COPY

0175
Server: JESSICA W (#123)        Rec: 47
08/17/11 15:38, Swiped   T: 998 Term: 3

GRAND TRAVERSE PIE-PLY
41640 ann arbor rd
Plymouth, MI  48170
(734)459-9200
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX2006
Name: CA MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 509120
Reference: 0817010000175
TRANS TYPE: Credit Card SALE

TOTAL :           16.29

X_____

PHONE: (

A1250

T4C01205

BWI-THURGOOD MARSHALL AP

RR _____ 6                          #01
CHRISTOPHER
MUCKE

VEHICLE: 01899/3924297
11TV7N   LIC: MD 9AH3874
FUEL: 8/8 OUT 6/8 IN
CDP: 165385 -DELTA A-L FF DISCOUNT #

RES: F1762358945 /HCLD / L4
COMPLETED BY: 1102 /MDBAL11

RENTED:  BWI-THURGOOD MARSHALL AP
RENTAL   08/01/11 16:29
RETURN   08/04/11 13:08
RETURND  BWI-THURGOOD MARSHALL AP

PLAN IN:   HCLD   RATE CLASS: L4
PLAN OUT:  MCLD

MILES IN:     2665  TR-X MILES
MILES OUT:    2566  MILES ALLOWED
MILES DRIVEN:   99  MILES CHARGED

DAYS       3 @ $  107.49 / DAY   $   322.47
SUBTOTAL 1                       $   322.47
DISCOUNT -     R  5%             $    16.12
SUBTOTAL 2                      T$   306.35
CONCESSION FEE RECOVERY         T$    34.23
LOW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
FUEL & SVC $5.50GL/TANK CAP 22.0 $   30.25
CFC & TFC                       T$    16.05
VEHICLE LICENSE COST RECOVERY   T$     1.68
TAX 11.500% ON      358.31       $    41.21
NET DUE                          $   429.77
PAID BY   AMX   XXXXXXXX  4009

*Chris Training*

---

RAM'S HEAD TAVERN
BWI Airport, MD
(410) 691-2515

Date:        Aug04'11 03:23PM
Card Type:   Amex
Acct #:      XXXXXXXXXX4009
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   CIC004720085127
Exp Date:    XX/XX
Auth Code:   52660B
Check:       6192
Table:       10/1
Server:      44 Phylis B

*Mucke   Chris Training*
*Barnes*
*Schilling*

Subtotal:              83.48

Tip: _____

Total: _____ 103.48
_____

---



0037
Server: ZACHARY W          Rec: 26
08/10/11 19:05, Swiped   T: 30 Term: 5

ANDIANO LIVONIA
(___) ___-____
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXX4009
Name: C MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION # 585906
Reference: AU01390122
TRANS TYPE: Credit Card SALE

CHECK:          130.22
TIP:            35.-
TOTAL:          165.22

X_____

PHONE: (___) ___-____
***Duplicate Copy***
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

Server: KIMBERLY T
08/02/11 18:11, Swiped  T:

Phillips Harborplace
301 Light Street
Baltimore, MD
(410)685-6600
MERCHANT #:

*Micky*
*Barnes*
*Schilling*
*Training*

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXXX4009
Name: C MUCKE
00 TRANSACTION APPROVED
AUTHORIZATION #: 526089
Reference: 0802010000157
TRANS TYPE: Credit Card SALE

CHECK:         102.76

TIP: _____

TOTAL:       132.74

X _____

---

OLIVE GROVE
(410)636-1385
MERCANT #:8788430068902

Date: 08/03/2011   Time: 05:07:28 PM

Card Type:      American Express
Card Number:    XXXXXXXXXXXX4009

Server Name:    Lee
Check Number:   767396
Card Owner:     MUCKE/C

*Micky*
*Barnes*
*Schilling*
*CMS*
*Training*

AMOUNT   20.82

TIP    6 —

TOTAL   26.82

---

Panera Bread
Cafe 3588
Baltimore, MD 21244
Phone: 410-448-7431

8/3/2011                    12:10:50 PM
Check Number: 315537  Cashier:    Terri
1 U PICK 2                       7.39
   1 1/2 CAESAR
   1 1/2 MAC CHZ
   1 ***BAG/ROLL
1 REG. SODA                      1.59
1 TURKEY                         5.59
   1 MICHE WG
   1 LETTUCE
   1 ONION
   1 SPICY MUSTRD
   1 ***APPLE
1 REG. SODA                      1.59
1 ITAL COMBO                     6.99
   1 ***CHIPS
1 REG. SODA                      1.59
         SubTotal               24.74
         Tax                     1.49
         Total                   26.23
         Cash                    40.00
         Change                  13.77

*Micky CMS.*
*Barnes Training*
*Schilling*

TELL US HOW WE ARE DOING
GO T                          COM
OR

---

OLIVE GROVE
(410)636-1385
MERCANT #:8788430068902

Date: 08/03/2011   Time: 07:39:55 PM

Card Type:      American Express
Card Number:    XXXXXXXXXXXX4009

Server Name:    CHELSEA        *$1500*
Check Number:   767403         *Chris*
Card Owner:     MUCKE/C        *Cindy.*

AMOUNT   103.10

TIP    75.00

TOTAL   178.10

Ap:

---

**DETROIT METRO AIRPORT**

4009-000139-03:06:32 08/04/11 19:10-000.00-$897.00

821934
SOUTHLAND PRINTING
SHREVEPORT, LA.

**RECEIPT**

A1252

T4C01207

OLIVE GROVE
(410)636-1385
MERCANT #:8780430068902

Date: 08/01/2011   Time: 06:05:41 PM

Card Type:      American Express
Card Number:    XXXXXXXXXXX4009

Server Name:    CHELSEA
Check Number:   767097
Card Owner:     MUCKE/C

*Carvahe*
*J Barnes.*
*C Schilling*
*CBS Training*

AMOUNT   87.15

TIP   30 -

TOTAL   117.15

---

PIER 5 HAKE INC
711 E PRATT ST
BALTIMORE MD 21200
RECEIPT      13

ENTRY TIME:
08/02/11        16:07
EXIT TIME:
08/02/11        19:10
PARK TIME: 3 HRS 2MIN
              1:03:03

AMOUNT:
              $ 22.00

KIND OF PAYMENT:

THANK YOU FOR PARK

---

IT'SUGAR Baltimore
201 E Pratt ST.
Sweet 1215
Baltimore, MD 21202
(410) 244-8170

## Sales Receipt

Transaction #:      23829
Date   8/2/2011     Time: 6:50:32 PM
Cashier:  350005    Register #:  3

| Item | Description | Amount |
|---|---|---|
| | Rainbow Cherry/BBirthdays Don't Have to | $3.99 |
| MAG-EPH | MAGNET - Ephemera | $4.99 |
| 11905 | Cupcake bandaids | $4.99 |
| 11472 | Kiss Bandaid | $4.99 |
| 19727 | 2011 Umbrella | $12.99 |
| 11905 | Cupcake bandaids | $4.99 |
| 17154 | Bc Sugar Cookie | $2.99 |
| 039050 | PEZ - Hello Kitty Asst | $2.99 |
| Bulk Retail | Bulk Retail | $5.50 |
| | 0.46Each @ $11.96/Each | |
| 12050 | Cupcake Lip Balm | $3.99 |
| re-lbln-cups-chp | Reeses Lip Balm Chpb | $2.99 |
| 11927 | Cupcake floss | $4.99 |
| by-lbln-cir-orig | Bubble Yun Lip Baln Ori | $2.99 |

*Mucke*
*Barnes JCBS*
*Schilling Training*

Sub Total      $63.38
Total          $67.18

AMEX Tendered      $67.18
d: XXXXXXXXXXX2006
Auth: 549468
Change Due         $0.00

---

Panera Bread
Cafe 3588
Baltimore, MD 21244
Phone: 410-448-7431

8/2/2011               11:44:00 AM
Check Number:  517251   Cashier:   Ghenet
1 TURKEY                         5.59
    1 MICHE WG
    1 LETTUCE
    1 SPICY MUSTRD
    1 ONION
    1 **PLAIN**
    1 ***APPLE
1 REG. SODA                      1.59
1 ASIAGO RB                      6.89
    1 ***CHIPS
1 REG. SODA                      1.59
1 ASIAGO RB                      6.89
    1 ***CHIPS
1 REG. SODA                      1.59
        SubTotal      24.14
        Tax            1.45
        Total         25.59
        Cash         100.00
        Change        74.41

TELL US HOW WE ARE DOING
AND YOU MAY WIN $2000
GO TO WWW.PANERALISTENS.COM
OR CALL 1-800-699-0130
WITHIN 48                DRAWING
RULES AT                    COM

A1253

T4C01208

**SPRINGHILL SUITES**
**Marriott**

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

C. Mucke

Room: 301

Room Type: KSTE

Number of Guests: 1

Rate: $169.00        Clerk:

Arrive: 01Aug11   Time: 04:40PM        Depart: 04Aug11        Time:        Folio Number: 95268

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 01Aug11 | Room Charge | 169.00 | |
| 01Aug11 | State Occupancy Tax | 10.14 | |
| 01Aug11 | Occupancy Sales Tax | 11.83 | |
| 02Aug11 | Room Charge | 169.00 | |
| 02Aug11 | State Occupancy Tax | 10.14 | |
| 02Aug11 | Occupancy Sales Tax | 11.83 | |
| 03Aug11 | Room Charge | 169.00 | |
| 03Aug11 | State Occupancy Tax | 10.14 | |
| 03Aug11 | Occupancy Sales Tax | 11.83 | |
| 04Aug11 | American Express | | 572.91 |
| | Card #: AXXXXXXXXXXXXX4009/XXXX | | |
| | Amount:  572.91 Auth: 571330 Signature on File | | |
| | This card was electronically swiped on 01Aug11 | | |

**Balance:**        0.00

**Rewards Account # XXXXX8175.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

T4C01209

**SPRINGHILL SUITES**
**Marriott**

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

C. Schilling

Room: 312

Room Type: KSTE

Number of Guests: 1

Rate: $169.00        Clerk:

Arrive: 01Aug11   Time: 04:41PM        Depart: 04Aug11    Time:        Folio Number: 95271

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 01Aug11 | Market Beverage | 2.00 | |
| 01Aug11 | Market Packaged Food | 3.00 | |
| 01Aug11 | Market Sundries | 1.50 | |
| 01Aug11 | Market Sundries | 1.50 | *$10.00* |
| 01Aug11 | Market Packaged Food | 2.00 | |
| 01Aug11 | Room Charge | 169.00 | |
| 01Aug11 | State Occupancy Tax | 10.14 | |
| 01Aug11 | Occupancy Sales Tax | 11.83 | |
| 02Aug11 | Room Charge | 169.00 | |
| 02Aug11 | State Occupancy Tax | 10.14 | |
| 02Aug11 | Occupancy Sales Tax | 11.83 | |
| 03Aug11 | Room Charge | 169.00 | |
| 03Aug11 | State Occupancy Tax | 10.14 | |
| 03Aug11 | Occupancy Sales Tax | 11.83 | |
| 04Aug11 | American Express | | 582.91 |
| | Card #: AXXXXXXXXXXXX4009/XXXX | | |
| | Amount: 582.91 Auth: 194871 Signature on File | | |
| | This card was electronically swiped on 01Aug11 | | |

Balance:    0.00

**Rewards Account # XXXXX6630.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



SPRINGHILL SUITES®
*Marriott.*

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

J. Barnes

Room: 315

Room Type: KSTE

Number of Guests: 1

Rate: $169.00      Clerk:

Arrive: 01Aug11   Time: 04:42PM      Depart: 04Aug11      Time:      Folio Number: 95269

| Date | Description | Charges | Credits |
|------|-------------|--------:|--------:|
| 01Aug11 | Market Beverage | 2.00 | |
| 01Aug11 | Room Charge | 169.00 | |
| 01Aug11 | State Occupancy Tax | 10.14 | |
| 01Aug11 | Occupancy Sales Tax | 11.83 | |
| 02Aug11 | Room Charge | 169.00 | |
| 02Aug11 | State Occupancy Tax | 10.14 | |
| 02Aug11 | Occupancy Sales Tax | 11.83 | |
| 03Aug11 | Room Charge | 169.00 | |
| 03Aug11 | State Occupancy Tax | 10.14 | |
| 03Aug11 | Occupancy Sales Tax | 11.83 | |
| 04Aug11 | American Express | | 574.91 |
| | Card #: AXXXXXXXXXXXXX4009/XXXX | | |
| | Amount:  574.91  Auth: 113001  Signature on File | | |
| | This card was electronically swiped on 01Aug11 | | |

**Balance:**      0.00

**Rewards Account # XXXXX7295.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.



DETROIT METRO AIRPORT

1070-000220-03 07:27 08/04/11 19:31-000.00-+040.00

821934
SOUTHLAND PRINTING
SHREVEPORT, LA.

**RECEIPT**

## meijer
Higher Standards    Lower Prices

Haggerty Rd.
Northville, MI - # 54
(248) 349-2700    meijer.com

The Meijer Team appreciates your business
08/25/11
Your fast and friendly checkout was
provided by Fastlane108

**GROCERY**
3010000133   SALTINES
   3 @ 2.39                    7.17  F
4125084120   MEIJER WATER
   4 @ 2.49                    9.96  F
4150080505   FRANKS SAUCE      3.65  F

**TOTAL**
         TOTAL TAX             .00
         TOTAL               20.78
**PAYMENTS**
CREDIT CARDS        TENDER    20.78
XXXXXXXXXXXX1062    BAL  .00

              NUI              8

See Service         com for

---

Barnes & Noble Booksellers #2648
17111 Haggerty Rd.
Northville, MI 48167
248-348-0696

STR:2648 REG:002 TRN:3127 CSHR:Stephani H

BARNES & NOBLE MEMBER      EXP: 06/30/2012

Access 2007 All-in-One Desk Reference Fo
9780470035495              T1
(1 @ 29.99) Member Card 10% (3.00)
(1 @ 26.99)                26.99

Subtotal                    26.99
Sales Tax T1 (6.000%)        1.62
**TOTAL**                   28.61
**AMEX**                    28.61
  Card#:   XXXXXXXXXXXX1062
  Expdate: XX/XX
  Auth:    566044
  Entry Method: Swiped

MEMBER SAVINGS              3.00

Thanks for shopping at
Barnes & Noble

101.26B              08/24/2011  01:30PM

---



**COSTCO**
WHOLESALE

\*LIVONIA II #391\*

20000 HAGGERTY RD.
LIVONIA, MI 48152
MEMBER #111085046679

502652  FROST              14.99 A
501771  VARIETY PACK       17.95 A
   85   \*DIET COKE\*        3.20
   85   \*DIET COKE\*        3.20
364934  V-8 28 PACK        13.99 A
364934  V-8 28 PACK        13.99 A
   84   MI BOTTLE DE        7.95
   84   \*COCA-COLA\*        3.20
   84   \*COCA-COLA\*        3.20
   84   MI BOTTLE DE        7.95
161371  10PKKITCHWL         3.20

SUBTOTAL                   80.64 A
   12 @ 6.72               6.57 A
42837  XEROX PAPER        11.99 A
882206  MAPLE SYRUP
161371  10PKKITCHWL

SUBTOTAL                  201.78
A    6% TAX RATE            5.56

TOTAL                     207.34
American Express           .34

XXXXXXXXXXX1062
3/31/11 13:47
89#: 003563 Appr#:
American ID: 248553
Merchant ID 990391911

APPROVED  PURCHASE
AMOUNT    $207.34

0391 008 0000000050 0174

CHANGE                     .00

TOTAL NUMBER OF ITEMS SOLD = 22
CASHIER: Sonda L.
03/31/2011 13:47 0391 08 0174 50

THANK YOU
PLEASE COME r----

---

## meijer
Higher Standards    Lower Prices

Haggerty Rd.
Northville, MI - # 54
(248) 349-2700    meijer.com

The Meijer Team appreciates your business
08/31/11
Your fast and friendly checkout was
provided by PAIGE

\*\*\*SAVINGS TODAY\*\*\*\*   3.29 \*
TOTAL MEIJER PROMOTIONS   3.29 \*
SAVINGS TOTAL    3.29

**GENERAL MERCHANDISE**
8424410120 6   SMALL TRAY    4.99 CT

**GROCERY**
3480000200   SARDINES
   12 @ 2.85                34.20  F
3480020200   SARDINES
   12 @ 3.29                39.48  F
7131140187   BREAD
   2 @ 3.29                 6.58  F
   => FREE item            -3.29  F

**TOTAL**
         TOTAL TAX            .30
         TOTAL              82.26
**PAYMENTS**
CREDIT CARDS      TENDER    82.26
XXXXXXXXXX10-

                            27

A1257

T4C01212



HYATT
PLACE™

# Hyatt Place Detroit/Livonia

Aug 12, 2011
4:30 am

19300 HAGGERTY RD.
LIVONIA, MI 48152
Telephone: (734)953-9224   Fax: (734)953-9225

THAIS THOMPSON
38705 7 MILE ROAD
STE 460
LIVONIA, MI 48152

Folio #: 122138
Room Number: 101
Rate: $119.00
Pay Method: AX1062

Arrival Date: Monday, August 08, 2011
Departure Date: Friday, August 12, 2011

Member #: None Entered
    Information:  01AUG11 10:20:10 WRITTEN CNF D

| Date | Department | Reference | Voucher | Room | Debit | Credit |
|------|-----------|-----------|---------|------|-------|--------|
| 8/8/2011 | Room postings | Auto Posted | | 101 | $119.00 | |
| 8/8/2011 | State Sales Tax | Auto Posted | | 101 | $7.14 | |
| 8/8/2011 | Occ Tax - County | Auto Posted | | 101 | $2.38 | |
| 8/8/2011 | Occ Tax - City | Auto Posted | | 101 | $1.79 | |
| 8/8/2011 | Occupancy Tax | Auto Posted | | 101 | $1.19 | |
| 8/9/2011 | Room postings | Auto Posted | | 101 | $119.00 | |
| 8/9/2011 | State Sales Tax | Auto Posted | | 101 | $7.14 | |
| 8/9/2011 | Occ Tax - County | Auto Posted | | 101 | $2.38 | |
| 8/9/2011 | Occ Tax - City | Auto Posted | | 101 | $1.79 | |
| 8/9/2011 | Occupancy Tax | Auto Posted | | 101 | $1.19 | |
| 8/10/2011 | Room postings | Auto Posted | | 101 | $119.00 | |
| 8/10/2011 | State Sales Tax | Auto Posted | | 101 | $7.14 | |
| 8/10/2011 | Occ Tax - County | Auto Posted | | 101 | $2.38 | |
| 8/10/2011 | Occ Tax - City | Auto Posted | | 101 | $1.79 | |
| 8/10/2011 | Occupancy Tax | Auto Posted | | 101 | $1.19 | |
| 8/11/2011 | Room postings | Auto Posted | | 101 | $119.00 | |
| 8/11/2011 | State Sales Tax | Auto Posted | | 101 | $7.14 | |
| 8/11/2011 | Occ Tax - County | Auto Posted | | 101 | $2.38 | |
| 8/11/2011 | Occ Tax - City | Auto Posted | | 101 | $1.79 | |
| 8/11/2011 | Occupancy Tax | Auto Posted | | 101 | $1.19 | |

Balance:   $526.00

Signature _____

A1258




BED BATH & BEYOND #113
17223 HAGGERTY ROAD



(248) 344-0999

00113 10 08/11/11-1334 406292 51-5254

RVN # 0011-3525-4051-0811-1100

CANDL WARMER              1T
83324500002 OUR PRICE      5.99
          SUBTOTAL         5.99

     MI 6.00% STATE TAX     .36
     TOTAL                 6.35

     AMEX                  6.35
     ACCT#: XXXXXXXXXXXX1062 (S)
     EXPDT: XX/XX
     AUTH#: 579036

     CHANGE                 .00



RVN # 0011-3525-4051-0811-1100

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
     GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00113 10 08/11/11-1334 406292 51-5254

OFFICE DEPOT STORE #330

17335 Haggerty Road
Northville, MI 48167
(248)344-7117
08/22/2011  11.2A          10.01 AM
STR 330  REG5    TRN 6062 EMP 439628

RETURN
Product ID    Description      Total
633361  STAMP,EMBOSSER,E-11    (33.99) S
FORM # 08082011

     Subtotal            (33.99)
Sales Tax:               (2.04)
     Total              (36.03)
     Amex 1062          (36.03)
**************************************

Shop online at www.officedepot.com



A1259

STARBUCKS Store #2398
20055 Haggerty Road
Northville, MI  (248) 347-4502

1602230 Christina

----------------------------------------

CHK 715702
08/08/2011 03:31PM

Breakfast 1lb Wb           11.95
House 1lb Wb               11.95
Verona 1lb Wb              12.95
Gr Carml Frapp              4.15
AMEX                       41.25
XXXXXXXXXXX1062

Subtotal                   41.00
Tax 6% - Food & Beverage    0.25
Total                      41.25
Change Due               $0.00

------------ Check Closed ------------
08/08/2011 03:32:08PM

Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink
for $2 (+tax if applicable.)
Participating stores.  Same day
only.  Value 1/100 cent.

# OfficeMax®
## WORK WITH US™

OfficeMax #534
21071 HAGGERTY ROAD
NOVI, MI  48375
(248) 305-5205

## SALE

071709110253                  $8.29
Tag w/Metal Rim 1.25" 50/p

SubTotal                      $8.29
Tax 6.000%                    $0.50
TOTAL                         $8.79

                              $8.79
AMEX
 Card number:   XXXXXXXXXXX1062
 Authorization  663474

 MaxPerks Number    XXXXX8955

                         22442576
0534 00001 75109 3 08/11/11
                 36 01:16:20 PM





## COSTCO WHOLESALE

```
*LIVONIA II #391*

20000 HAGGERTY RD.
LIVONIA, MI 43152
MEMBER #111783584679

        84 *COCA-COLA*          8.99
        MI BOTTLE DE            3.20
      5665 V8 LOW SODM         13.99
     501771 VARIETY PACK       14.99
TOTAL NUMBER OF ITEMS SOLD =  3
E    516452 CREAMERS            7.59
E    901400 FRTSNACK36CT        9.99
E    406360 FUN TREATS         12.59
E    113658 SUNSHINE MIX        9.99
E    339718 NABISCO BLU         9.99
E    107C51 MIXED T STOP       16.79
  8 @ 8.39
E    343357 ECLP PLR ICE       67.12
E    272337 ECLP WFROST         8.39
E    272337 ECLP WFROST         8.39
E     34239 WRIG ECLIPS         8.39
E     34239 WRIG ECLIPS         8.39

        TOTAL              208.79
VF      American Express   208.79

XXXXXXXXXXX1062           SWIPED
08/08/11 15:58
Seq#: 0C9717 App#:   519570
American Express    Resp: AA
Tran ID#: 122036424000
Merchant ID 99039111

     APPROVED - PURCHASE
     AMOUNT: $208.79

   0391 010 0000000050 0098
```

```
CHANGE                    .00

TOTAL NUMBER OF ITEMS SOLD =  21
```

## TARGET
### EXPECT MORE. PAY LESS.

```
WEST LIVONIA - 734-953-6620
08/08/2011 04:15 PM  EXPIRES 11/06/11

CLEANING SUPPLIES
002090494    BRM DUST PAN    T    $9.99
003050428    SWIFFER WET     T    $7.99
003050969    SWIFFER         T    $9.99

GROCERY
071200143    KELOG POPTRT   FN    $5.00  #
    2 @ $2.50 ea
    Saved $1.28 off $6.28
071200144    KELOG POPTRT   FN    $5.00  #
    2 @ $2.50 ea
    Saved $1.28 off $6.28

                 SUBTOTAL         $37.97
T = MI TAX  6.0000% on  $27.97     $1.68
                 TOTAL            $39.65

*1062 AMEX CHARGE                $39.65

# INDICATES SAVINGS
```

```
        TOTAL SAVINGS THIS TRIP
             $2.56
```

```
Target Pharmacy We're here to help!
         9am - 7pm M-F
         9am - 5pm Sat

REC#2-1220-08              #750-252-540
```



```
More value for the
  way you live.

17447 HAGGERTY
(248) 662-3031
YOUR CASHIER WAS HEATHER

    GADGETS/TOOL      PC    1.00 T
SC  SDW TR STRS      0.79
    BAYS ENG MUF            2.49 F
    PHLY CRM CHS           5.39 F
    LNDR BAGELS            1.79 F
    LNDR BAGELS            1.79 F
    2PLC SAND BG     PC    2.62 T
SC  2PLC STOR BG     0.27
    AUTOMATIC COUPON       3.69 F
    2PLC FRZR BG           7.19 F
SC  JMDN TKY SDW     0.80
    JMDN TKY SDW           7.19 F
    AUTOMATIC COUPON
    KROGER PLUS CUSTOMER  *****5898
SC  JMDN TKY SDW     0.80      7.19 F
    AUTOMATIC COUPON
    EGGO WAFFLES           4.99 F
    TORANT SYRUP           4.29 F
    SNCKRS IC BR           2.99 F
SC  AUTOMATIC COUPON 1.90
    SNCKRS IC BR           2.99 F
SC  AUTOMATIC COUPON 1.90
    SNCKRS IC BR           2.99 F
SC  AUTOMATIC COUPON 1.90
    SNCKRS IC BR           2.99 F
SC  AUTOMATIC COUPON 1.90
    SNCKRS IC BR           2.99 F
SC  AUTOMATIC COUPON 1.90
    SNCKRS IC BR           2.99 F
SC  AUTOMATIC COUPON 1.90
    TAX                    0.94
    BALANCE               78.58

**** AMEX ****
018 #442
17447 HAGGERTY
NORTHVILLE TWP MI 48167
AMEX Purchase
*********1062
TOTAL  78.58
REF# 551702
```

# Your order may be sent in different shipments. If it is, no additional charges will apply.

**Order number: 9218192824**

| Item 491443 | Staples® Lanyards for ID-Badge Holders, Breakaway Lanyard, Black | Expected business-day delivery: Thu 08/04 | Qty: 1 at $11.49 12/Pack | **Price:** **$11.49** |
|---|---|---|---|---|
| Item 614336 | Staples® Translucent Carabiner Name Badge Holders, Smoke, 25/Pack | Expected business-day delivery: Thu 08/04 | Qty: 1 at $29.99 25/Pack | **Price:** **$29.99** |

| Subtotal: | **$41.48** |
|---|---|
| Coupons: | **$0.00** |
| Tax: | **$2.49** |
| Delivery: | **$0.00** |
| Total: | **$43.97** |

If you have any questions or concerns about your order, please call 1-800-STAPLES (1-800-782-7537) or email support@orders.staples.com

Important information concerning coupons and sales tax can be found at: http://www.staples.com/salestax

The tax shown is estimated. **Your Order Confirmation Email** will include shipment details, product availability and final sales tax.

Important information concerning return policy can be found at:
http://www.staples.com/sbd/content/help/using/returns_policy_popup.html

**This Web site is intended for use by US residents only.See International Sites.**

See our delivery policy for full details.

Copyright 2010, Staples, Inc., All Rights Reserved.

Questions? Call 1-800-STAPLES (1-800-782-7537) or email us at http://www.staples.com/emailus

Site Map | RSS Feed



**SuppliesGuys**™

Good Guys. Great Buys. Guaranteed.

| Print This Page |

888.722.0390

Thank you for your order.

Please print out and keep this invoice for your records.

**Order Info**

### Order #264248

**Date: 08/03/2011 10:59:46 EDT**

**Ship To:**

| | | | |
|---|---|---|---|
| **Name:** | Kristen Barnes | **Name:** | Kristen Barnes |
| **Email Address:** | kbarnes@aclrsbs.com | **Email Address:** | kbarnes@aclrsbs.com |
| **Phone Number:** | 734-744-4400 | **Phone Number:** | 734-744-4400 |
| **Fax Number:** | | **Fax Number:** | |
| **Company:** | ACLR | **Company:** | ACLR |
| **Address:** | 38705 Seven Mile Rd, Ste 460 Livonia, MI 48152 US | **Address:** | 38705 Seven Mile Rd, Ste 460 Livonia, MI 48152 US |

Bill To:

**Order Summary**

| Code | Product | Quantity | Price/Ea. | Total |
|---|---|---|---|---|
| 511-HCFULLSETBUNDLE | Dell 5110cn Premium Quality Compatible High Capacity Toner Cartridge Full Set Bundle | 2 | $249.00 | $498.00 |
| | | | *Shipping: UPS Ground:* | $15.04 |
| | | | *Sales Tax:* | $0.00 |
| | | | Total: | $513.04 |

*Amex charge.*

The Supplies Guys thank you for your order! Don't forget to check out our full line of printers and multifunction printers. And what would a printer be without ink or toner? We've got the supplies for all printers, fax and copy machines in top brands such as HP, Brother, Okidata and Xerox. So, thanks again...we hope to see you soon!

A1263



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|---|---|
| 8/8/2011 | 51060 |

### Bill To

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

### Ship To

Millennium Solutions
4070 Clairmont Road
Attn:  Durenda Chapman
Chamblee, GA  30341

| GSA Contract | P.O. No. | Terms | TIN |
|---|---|---|---|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Poweredge R210 with Windows 2008 R2, 4GB Memory, 2 500GB drives, Raid 1, static rails, on board GB Network Adapter, DVD-ROM drive, 3yr 5x8 NBD Hardware Warranty. | 1,875.00 | 1,875.00T |
| | Sales Tax | 7.00% | 131.25 |
| | Paid 9/26/2011 ck #1792 | | |

Thank you for your business.

## Total

$2,006.25

| Phone # |
|---|
| 770-936-9566 |

| Web Site |
|---|
| www.msiatlanta.com |

T4C01219



**ACLR** *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

| | |
|---|---|
| **Due Date:** | 9/8/2011 |
| **Reoccuring Payment:** | |
| **One Time Payment:** | XXX |
| **Invoice Number 1:** | 51060 |
| **Invoice Number 2:** | |
| **Invoice Number 3:** | |
| **Invoice Number 4:** | |
| **Invoice Number 5:** | |
| **Payee:** | Millennium Solutions, Inc |
| **Description of Charge(s):** | Poweredge Server |
| **Account Charged To:** | Professional Expenses:Information Technology  F/r  Compute  Exp) (Fixed Assets: New |
| **Total Amount:** | 2,006.25 |

| *Managing Principal Use Only:* |
|---|

| | |
|---|---|
| **Signature:** | |
| **Approved Date:** | 9/26/2011 |

ACLR Business Sensitive Information
Not for Public Dissemination

| Purchase Order Number | Invoice Date | Invoice Number | Invoice Amount | Payment Due Date |
|---|---|---|---|---|
| | 09/10/11 | 55112775 | $63.50 | 10/01/11 |



## Nature Of Service: Monthly Billing

## Current Charges:

10/01/11 - 10/31/11
Recurring Service
Amount: $63.50          Tax: $0.00                    $63.50

## Total Balance Due:                    $63.50

Did you know... Failure to include your invoice could cause a delay
in processing your payment.

Don't Forget to Include the Following With Your Payment:
Customer Number
Invoice Number

Pd 9/26
ck# 1795

**Customer Number:**
01300 102739980

**Business/Account Name:**
A C L R

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093

**Billing Questions:**   (888) 238-2455
**Sales/Relocation:**    (800) 238-7887
**Monitoring/Service:**(800) 238-2727
**ADT Tax ID Number:** 58-1814102
**How to Read Your Bill:**
   http://www.adt.com/billinfo

It's fast and even more
important - it's easy! You can
save time and money
paying your bill. Please see
the back of your invoice to see
how you can setup your
account for automatic
payments using your bank
account!

Visit www.ADT.com for up-to-date
security services information for your
business.

To pay this invoice and/or future
recurring invoice by credit card,
follow the instructions on the
back of this invoice.

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if
less) per month will be assessed on the unpaid Total Balance Due when
more than 30 days past due.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL

Page 1 of 2

T4C01221

**bright house** NETWORKS

## Statement of Account

*0001176

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA MICH  48154-5405

8381 9800 BH RP  11  09122011 NNNNYN

ACLR LLC
38705 7 MILE RD STE 460
2ND ACCT - STE 460
LIVONIA MI 48152-1093

Page 1 of 3

| | |
|---|---|
| Statement Date: | September 11, 2011 |
| **Account Number:** | 8381 98 006 0846891 |
| | Customer Code: 8625 |

**How To Reach Us...**
  24HR CUSTOMER SUPPORT 866-898-9101
    24HR INTERNET SERVICE 866-233-7233
  24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
      38705 7 MILE RD STE 460
        2ND ACCT - STE 460
        LIVONIA MI 48152-1093

## Account Summary

PAYMENTS RECEIVED after 09/11/11 are not included on this statement

**Please see reverse side for account details.**

| | |
|---|---|
| Previous Statement Balance | $ 1,672.85 |
| Payment(s) | .00 |
| Recent Service Change(s) | -934.65 |
| Current Monthly Service(s) | 459.19 |
| Additional Account Activity | -654.08 |
| Other Charge(s), Taxes & Fee(s) | -5.09 |
| **Balance Due** | **$ 538.22** |
| **Payment Due Date** | 10/01/11 |

## For Your Information



Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.



Road Runner Lightning is here!  Experience all the possibilites with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks!  Call 866 898 9101 today!

Unlimited anytime local & long distance calls to all 50 States & Canada. No complicated plans or restrictions. Over 12 popular features included, plus keep your same phone number.  Bundle now & save!!

*Pd 9/26*
*ck#1796*



**Easy Ways to Pay:**    brighthouse.com        Phone        Mail

A1267

**bright house** 

NETWORKS

ACLR LLC
Statement Date:
**Account Number:**

Page 2 of 3
September 11, 2011
8381 98 006 0846891

## Account Detail

**This statement is for services from 09/21/11 through 10/20/11.**

Previous Statement Balance ........................................................................... $ 1672.85

### Recent Service Change(s)

| | | | |
|---|---|---|---|
| 07/22-09/20 | Coax Phone 12 Trunks ................................. | Partial Month(s) | -934.65 |
| 07/22-09/20 | Coax Phone 12 Trunks ................................. | Partial Month(s) | 934.65 |
| | Service Discount ........................................... | | -934.65 |
| | Subtotal ....................................................... | | **-934.65** |

### Current Monthly Service(s)



| | | |
|---|---|---|
| 09/21 - 10/20 | Coax Phone 12 Trunks ................................. | 475.00 |
| 09/21 - 10/20 | Service Discount ........................................... | -15.81 |
| | Subtotal ....................................................... | **459.19** |

### Additional Account Activity

| | | |
|---|---|---|
| 08/21 | Valued Customer - Adjustment ...................... | -475.00 |
| 08/28 | Billing Error - Adjustment ............................. | -179.08 |
| | Subtotal ....................................................... | **-654.08** |

### Other Charge(s), Taxes & Fee(s)

| | | |
|---|---|---|
| 09/11 | LNPA Fee (Local Port Number Avail) ............. | 2.00 |
| 09/11 | Wayne 911 Surcharge ................................... | 21.00 |
| 09/11 | E911 Technical Assessment .......................... | 12.00 |
| 09/11 | Federal Excise Tax ....................................... | -14.26 |
| 09/11 | State Use Tax ............................................... | -28.53 |
| 09/11 | Michigan 911 Surcharge ................................ | 2.70 |
| | Subtotal ....................................................... | **-5.09** |

**Balance Due** ........................................................................ | **$ 538.22** |

Your Franchise Authority Is: Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia,
MI  48154 Phone 734/466-2540



## PAYMENT APPROVAL FORM

**Due Date:**                    1st of Every Month

**Reoccuring Payment:**          XXX

**One Time Payment:**

**Invoice Number 1:**
**Invoice Number 2:**
**Invoice Number 3:**
**Invoice Number 4:**
**Invoice Number 5:**

**Payee:**                       Bright House

**Description of Charge(s):**    acct # 8381 98  006  08 96,891

                                 Monthly Service for 12 Phone Trunks

**Account Charged To:**          Utilities:Telephone Expenses

**Total Amount:**                538.22

| *Managing Principal Use Only:* |
| --- |

**Signature:**

**Approved Date:**               9/26/2011

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01224



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2011 | 52640 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Master clock 1000 Base Unit | 950.00 | 950.00T |
| 1 | 3" LCD Time Display | 120.00 | 120.00T |
| 1 | NTP Master Server Software | 275.00 | 275.00T |
| | Sales Tax | 7.00% | 94.15 |
| | Paid 10/3/2011<br>ck #1799 | | |

Thank you for your business.

| **Total** | $1,439.15 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |



## PAYMENT APPROVAL FORM

| | |
|---|---|
| Due Date: | 10/29/2011 |
| Reoccuring Payment: | |
| One Time Payment: | XXX |
| Invoice Number 1: | 52640 |
| Invoice Number 2: | |
| Invoice Number 3: | |
| Invoice Number 4: | |
| Invoice Number 5: | |
| Payee: | Millennium Solutions, Inc |

Description of Charge(s):

> 1 Master Clock 1000 Base Unit
> 3" LCD Time Display
> 1 NTP Master Server Software
> Tax (7%)

| | |
|---|---|
| Account Charged To: | Fixed Assets:Computer Equipment |
| Total Amount: | 1,439.15 |

---

*Managing Principal Use Only:*

Signature:

Approved Date: 10/3/2011

ACLR Business Sensitive Information
Not for Public Dissemination



## PAYMENT APPROVAL FORM

| | |
|---|---|
| **Due Date:** | Due Upon Receipt |
| **Reoccuring Payment:** | |
| **One Time Payment:** | XXX |
| **Invoice Number 1:** | 56126734 |
| **Invoice Number 2:** | |
| **Invoice Number 3:** | |
| **Invoice Number 4:** | |
| **Invoice Number 5:** | |
| **Payee:** | ADT |
| **Description of Charge(s):** | Installation Charge of our Access Control panels (what allows us to get in and out of office ) |
| **Account Charged To:** | E/A: F&F |
| **Total Amount:** | 455.00 |

---

*Managing Principal Use Only:*

**Signature:**

**Approved Date:** 10/3/2011

ACLR Business Sensitive Information
Not for Public Dissemination



| Purchase Order Number | Invoice Date | Invoice Number | Amount | Payment Due Date |
|---|---|---|---|---|
| | 09/23/11 | 56126734 | $455.00 | Upon Receipt |

## Nature Of Service: Installation Charge

*$2435.00*

System: Access Control - *panels to get in + out*

## Current Charges:

| | | |
|---|---|---|
| 09/23/11 | Job Number: 0273998002 | |
| Amount | | |
| Amount: $455.00 | Tax: $0.00 | $455.00 |

Based on 100 % Completion of Job - Total Cost 455.00
Less 0.00 Billed Previously

## Total Balance Due: $455.00

Please note that cash / check payments given to your ADT
Representative and / or credit card payments authorized by you for your
service or installation may not be reflected here due to timing of this
statement creation.

Did you know... Failure to include your invoice could cause a delay
in processing your payment.

Don't Forget to Include the Following With Your Payment:
Customer Number
Invoice Number

*Pd 10/5
Ck# 1801*

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if
less) per month will be assessed on the unpaid Total Balance Due when
more than 30 days past due.

**Customer Number:**
01300 102739980

**Business/Account Name:**
A C L R

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093

**Billing Questions:** (888) 238-2455
**Sales/Relocation:** (800) 238-7887
**Monitoring/Service:** (800) 238-2727
**ADT Tax ID Number:** 58-1814102
**How to Read Your Bill:**
http://www.adt.com/billinfo

It's fast and even more
important – it's easy! You can
save time and money
paying your bill. Please see
the back of your invoice to see
how you can setup your
account for automatic
payments using your bank
account!

Visit www.ADT.com for up-to-date
security services information for your
business.

To pay this invoice and/or future
recurring invoice by credit card,
follow the instructions on the
back of this invoice.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL



A1273

T4C01228



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/16/2011 | 52324 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 64 | System Engineer James Kelley | 110.00 | 7,040.00 |
| 21 | On-Site System Engineer Florin | 90.00 | 1,890.00 |
| 11 | Consulting Ed | 120.00 | 1,320.00 |
| | | | |
| | Estimate 4750 of this amount for ongoing support. Test system hosting, office desktop, phone, and server support | | |
| | Sales Tax | 7.00% | 0.00 |
| | | | |
| | Paid 10/5/2011<br>ck #1802 | | |

Thank you for your business.

| **Total** | |
|-----------|---|
| | $10,250.00 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |



## PAYMENT APPROVAL FORM

| | |
|---|---|
| **Due Date:** | 10/16/2011 |
| **Reoccuring Payment:** | |
| **One Time Payment:** | XXX |
| | |
| **Invoice Number 1:** | 52324 |
| **Invoice Number 2:** | |
| **Invoice Number 3:** | |
| **Invoice Number 4:** | |
| **Invoice Number 5:** | |
| **Payee:** | Millennium Solutions, Inc |
| **Description of Charge(s):** | Monthly Support Fee |
| **Account Charged To:** | Professional Expenses:Information Technology |
| **Total Amount:** | 10,250.00 |

*Managing Principal Use Only:*

| | |
|---|---|
| **Signature:** | |
| **Approved Date:** | 10/3/2011 |



**ACLR** *Strategic Business Solutions*

## QUOTE APPROVAL FORM

| | |
|---|---|
| **Expiration Date:** | |
| **Reoccuring Payment:** | |
| **One Time Payment:** | XXX |
| **Quote Number 1:** | 3284 |
| **Quote Number 2:** | 3304 |
| **Quote Number 3:** | |
| **Quote Number 4:** | |
| **Quote Number 5:** | |
| **Payee:** | C & J Electrical |

**Description of Quote:**

Running our wiring from the 2nd floor phone room to our server room for fiber install

**Total Quote Amount:**     3,410.00

*Managing Principal Use Only:*

**Approved:**

**Denied:**

**Signature:**

**Date:**     9/28/2011

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01231

**C & J Electrical Services**
32728 W. Eight Mile Road
Farmington, MI 48336

# Quote

| Date | Quote # |
|------|---------|
| 8/31/2011 | 3284 |

ACLR
38705 7 Mile Rd.
Livonia, MI 48152

| Item | Description | Qty | Cost | Total |
|------|-------------|-----|------|-------|
| 19 | Labor and Materials<br><br>Provide labor and materials to install a category 6 cable from the 2nd floor d-mark room to the 4th floor It room of ACLR and install male jacks at each end. Cable will be sleeved the entire length. | 1 | 2,790.00 | 2,790.00 |
| | **Total** | | | $2,790.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 248-615-7505 | 248-615-9973 | cjelectrical@sbcglobal.net | |

T4C01232

**C & J Electrical Services**
32728 W. Eight Mile Road
Farmington, MI 48336

# Quote

| Date | Quote # |
|------|---------|
| 9/27/2011 | 3304 |

ACLR
38705 7 Mile Rd.
Livonia, MI 48152

| Item | Description | Qty | Cost | Total |
|------|-------------|-----|------|-------|
| 19 | Labor and Materials<br><br>Provide labor and materials to core 2- 3" holes with conduit sleeves per landlord request. | 1 | 620.00 | 620.00 |
| | | | **Total** | $620.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 248-615-7505 | 248-615-9973 | cjelectrical@sbcglobal.net | |



**Platinum Business Fre    ›mPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 09/25/11

**OPEN**

p. 1/14

Account Ending 1-14009

| | | |
|---|---|---|
| **New Balance** | **$4,920.23** | |
| **Minimum Payment Due** | **$98.00** | |
| **Payment Due Date** | **10/20/11** | |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

**See Page 9** for an important Privacy Notice and the following page for important notices about Billing Dispute Procedures and Electronic Fund Transfer Error Resolution.

**Do You Know What Your Customers Are Saying About Your Business?**

Find out for free at **www.yourbuzz.com/buzz** and join the discussion today. Start by managing your online listings, then respond to customer mentions across the major social media sites.

YourBuzz      facebook  twitter  yelp

Visit www.YourBuzz.com for full terms, conditions and restrictions.      Clickable

**FreedomPass Points**

52,460

For rewards information, please visit americanexpress.com/freedompass

**Account Summary**

| | |
|---|---|
| Previous Balance | $7,749.68 |
| Payments/Credits | -$7,770.58 |
| New Charges | +$4,941.13 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$4,920.23** |
| **Minimum Payment Due** | **$98.00** |
| Credit Limit | $22,400.00 |
| Available Credit | $17,479.77 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| Days in Billing Period: 30 | |

**Customer Care**

**Pay by Computer**
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-653-3104 | 1-800-472-9297 |

See page 2 for additional information.

*10/17*
*WOO14*

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-14009**

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
38705 Seven Mile Rd
STE 460
Livonia MI 48152

*leaded*

| | |
|---|---|
| Payment Due Date | **10/20/11** |
| New Balance | **$4,920.23** |
| Minimum Payment Due | **$98.00** |

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$
**Amount Enclosed**

0000349990624312155 000492023000009800 22 ⊣

A1279

**Platinum Business Fre**  **omPass Credit Card**  **OPEN**  p. 3/14
AMERICAN EXPRESS
ACLR
CHRISTOPHER MUCKE
Closing Date 09/25/11

Account Ending 1-14009

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$7,749.68 |
| Credits | |
| CHRISTOPHER MUCKE 1-14009 | -$20.90 |
| **Total Payments and Credits** | **-$7,770.58** |

### Detail    *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 09/16/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$7,749.68 |

| Credits | | | Amount |
|---|---|---|---|
| 08/31/11 | CHRISTOPHER MUCKE | V069:0001 FedEx Ground / OPEN Savings 10% additional savings SEE SUMMARY GRID FOR MORE INFORMATION | -$0.82 |
| 08/31/11 | CHRISTOPHER MUCKE | V069:0001 FedEx Ground / OPEN Savings 10% additional savings SEE SUMMARY GRID FOR MORE INFORMATION | -$0.82 |
| 08/31/11 | CHRISTOPHER MUCKE | V069:0001 FedEx Ground / OPEN Savings 10% additional savings SEE SUMMARY GRID FOR MORE INFORMATION | -$0.82 |
| 09/09/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz SEE SUMMARY GRID FOR MORE INFORMATION | -$8.07 |
| 09/13/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx FEDEX# 795154317613 7951 $14.19 09/11/2011 | -$0.71 |
| 09/17/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx FEDEX# 797504560560 7975 $42.77 09/15/2011 | -$2.14 |
| 09/22/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz SEE SUMMARY GRID FOR MORE INFORMATION | -$5.09 |
| 09/22/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz SEE SUMMARY GRID FOR MORE INFORMATION | -$1.20 |
| 09/23/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx FDX#878670215000121 87867 $8.20 09/22/2011 | -$0.41 |
| 09/23/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx FDX#878670215000138 87867 $8.20 09/22/2011 | -$0.41 |
| 09/23/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx FDX#878670215000114 87867 $8.20 09/22/2011 | -$0.41 |

## New Charges

### Summary

| | Total |
|---|---|
| CHRISTOPHER MUCKE 1-14009 | $1,390.24 |
| KRISTEN M BARNES 1-11062 | $3,550.89 |
| **Total New Charges** | **$4,941.13** |

Continued on reverse





**Platinum Business Fr   omPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 09/25/11

**OPEN**

p. 5/14

Account Ending 1-14009

### Detail Continued

| | | | Amount |
|---|---|---|---|
| 09/21/11 | BAYSIDE LANDING 9522 LINTHICUM          MD<br>301-695-9750<br>Description<br>FOOD/BEVERAGE | *Meal* | $22.79 |
| 09/21/11 | METRO AIRPORT PARKINDETROIT          MI<br>PARKING LOT & GARAGE | *Trans Car* | $50.00 |
| 09/22/11 | FDX#87867021S000121 1-800-622-1147<br>1-800-622-1147<br>TO: ACLR MI<br>FROM: ACLR 48170<br>001 GROUND 10LB AWB87867021S000121<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | *Postage* | $8.20 |
| 09/22/11 | FDX#87867021S000114 1-800-622-1147<br>1-800-622-1147<br>TO: ACLR MI<br>FROM: ACLR 48170<br>001 GROUND 10LB AWB87867021S000114<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | *Postage* | $8.20 |
| 09/22/11 | FDX#87867021S000138 1-800-622-1147<br>1-800-622-1147<br>TO: ACLR MI<br>FROM: ACLR 48170<br>001 GROUND 10LB AWB87867021S000138<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.31 | *Postage* | $8.20 |
| 09/22/11 | MARRIOTT MARRIOTT MAHUNT VALLEY          MD<br>Arrival Date          Departure Date<br>09/19/11          09/21/11<br>00000000<br>LODGING | *Lodging* | $363.00 |
| 09/22/11 | MARRIOTT MARRIOTT MAHUNT VALLEY          MD<br>Arrival Date          Departure Date<br>09/19/11          09/21/11<br>00000000<br>LODGING | *Lodging* | $225.72 |

**KRISTEN M BARNES**
Card Ending 1-11062

| | | | Amount |
|---|---|---|---|
| 08/31/11 | TRANXACT GLOBAL    404-230-9150<br>404-230-9150 | *F/A=F+F  Internet* | $140.00 |
| 08/31/11 | COSTCO WHSE #0391 00LIVONIA          MI<br>7344646399 | *Off Sup* | $207.34 |
| 08/31/11 | COLO FACILITIES ATLA404-230-9150<br>404-230-9150 | *Bg-F-F  Rent* | $2,410.00 |

Continued on reverse

A1282

T4C01237

CHRISTOPHER MUCKE                    Account Ending 1-14009                    p. 6/14

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 09/06/11 | OFFICEMAX, INC. 0534248-305-5205<br>248-305-5205<br>WHITE<br>DISCS / SQUARES<br>BUBBLE<br>PRESENTATION FOLDERS | | $65.47 |
| 09/06/11 | BEDBATH&BEYOND#0113 NORTHVILLE   MI<br>248-344-0999 | | $57.22 |
| 09/06/11 | STARBUCKS CORPU23986NORTHVILLE   MI<br>800-7827282 | | $43.25 |
| 09/07/11 | INKJETSUPERSTORE.COMBELL   CA<br>3232681100 | | $59.85 |
| 09/11/11 | GMCR/KEURIG   800-717-1951   VT<br>COFFEE | | $100.93 |
| 09/12/11 | COSTCO WHSE #0391 00LIVONIA   MI<br>7344646399 | | $142.83 |
| 09/12/11 | USPS 25548601540558 3LIVONIA   MI<br>800-2758777 | | $46.49 |
| 09/20/11 | KROGER #442 00000044NORTHVILLE   MI<br>8666111979<br>Description         Price<br>GROCERY STORES   $108.41 | | $108.41 |
| 09/21/11 | OFFICEMAX, INC. 2404800-283-7674<br>0915522685 48089<br>DEFAULT<br>3RD PARTY CAT. 044<br>WHITE | | $55.51 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | $0.00 |

## 2011 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2011 | $0.00 |
| Total Interest in 2011 | $0.00 |

Continued on next page

A1283

T4C01238

| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Office Supplies | Postage | Computer Supplies |
|---|---|---|---|---|---|---|---|---|---|
| **September 2011** | | | | | | | | | |
| Sep 2011 | | 363.00 | 161.41 | 22.79 | 140.00 | 88.11 | 1.99 | 14.19 | |
| Sep 2011 | | 225.72 | 74.92 | | 2,410.00 | | 65.47 | 8.20 | |
| Sep 2011 | | | 50.00 | | | | 57.22 | 8.20 | |
| Sep 2011 | | | | | | | 43.25 | 8.20 | |
| Sep 2011 | | | | | | | 59.85 | 207.34 | |
| Sep 2011 | | | | | | | 100.93 | 46.49 | |
| Sep 2011 | | | | | | | 55.51 | 108.41 | |
| Sep 2011 | | | | | | | | 46.49 | |
| Totals | 0.00 | 588.72 | 286.33 | 22.79 | 2,550.00 | 88.11 | 384.22 | 447.52 | 0.00 |
| Credits | | | -14.36 | | | | | -6.57 | |
| Net Expenses | 0.00 | 588.72 | 271.97 | 22.79 | 2,550.00 | 88.11 | 384.22 | 440.95 | 0.00 |

T4C01239

**HOTELS & RESORTS**

HUNT VALLEY MARRIOTT

**GUEST FOLIO**

| | | | | |
|---|---|---|---|---|
| 2071 | MUCKE/CHRIS | 99.00 | 09/21/11 12:00 | 533 2440 |
| ROOM | NAME | RATE | DEPART TIME | ACCT# GROUP |
| NSDB | ACLR | | 09/19/11 16:54 | |
| TYPE | | | ARRIVE TIME | |
| 22 | | | | |
| ROOM CLERK | | | | |

ADDRESS

PAYMENT

**MRW#: XXXXX8175**

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 09/19 PADDOCK | 55142071 | 69.37 | | |
| 09/19 ROOM. | 2071, 1 | 99.00 | | |
| 09/19 ST TAX | 2071, 1 | 5.94 | | |
| 09/19 OCC TAX | 2071, 1 | 7.92 | | |
| 09/20 CINNAMON | 17512071 | 33.57 | | |
| 09/20 PADDOCK | 56332071 | 34.34 | | |
| 09/20 ROOM. | 2071, 1 | 99.00 | | |
| 09/20 ST TAX | 2071, 1 | 5.94 | | |
| 09/20 OCC TAX | 2071, 1 | 7.92 | | |
| 09/21 AX CARD | | | | |

$363.00

TO BE SETTLED TO:   AMERICAN EXPRESS CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! FOR CHECK-OUT DIAL 77 ON
YOUR PHONE AND RECORD YOUR ROOM NUMBER, OR PRESS "MENU" ON
THE TV REMOTE TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earings
will be credited to your account. Check your
Rewards Account Statement for update activity.



HUNT VALLEY MARRIOTT

**HOTELS & RESORTS**

,

This statement is your only receipt.  You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you.  The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above.  (The credit card company will bill in the usual manner.)  If for any reason the credit card company does not make payment on this account, you will owe us such amount.  If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

T4C01240

**Marriott**
HOTELS & RESORTS

## HUNT VALLEY MARRIOTT

### GUEST FOLIO

| 2075 | BARNES/JASON/MR | 99.00 | 09/21/11 | 12:00 | 356 | 2440 |
|------|-----------------|-------|----------|-------|-----|------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# | GROUP |

NSDB
TYPE                                    09/19/11  16:53
                                        ARRIVE    TIME
22
ROOM
CLERK

PAYMENT                     MRW#: XXXXX7295

ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 09/19 | ROOM.      2075, 1 | 99.00 | | |
| 09/19 | ST TAX     2075, 1 | 5.94 | | |
| 09/19 | OCC TAX    2075, 1 | 7.92 | | |
| 09/20 | ROOM.      2075, 1 | 99.00 | | |
| 09/20 | ST TAX     2075, 1 | 5.94 | | |
| 09/20 | OCC TAX    2075, 1 | 7.92 | | |
| 09/21 | AX CARD    | | | |
| | | $225.72 | | |

TO BE SETTLED TO:   AMERICAN EXPRESS CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! FOR CHECK-OUT DIAL 77 ON
YOUR PHONE AND RECORD YOUR ROOM NUMBER, OR PRESS "MENU" ON
THE TV REMOTE TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earings
will be credited to your account. Check your
Rewards Account Statement for update activity.



HUNT VALLEY MARRIOTT

,

This statement is your only receipt.  You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you.  The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above.  (The credit card company will bill in the usual manner.)  If for any reason the credit card company does not make payment on this account, you will owe us such amount.  If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

A1286



BWI-THURG

## RR 658517160
## CHRISTOPHER
## MUCKE

#01

VEHICLE: 01898 / 1623115
12NT7R   LIC: VA  XCD8628

CDP: XXXXXXX
HG: MC317918175
RES: F22415811A8 /VSTATD' L
COMPLETED BY: 2063 /HDBAL11

RENTED:  BWI-THURGOOD MARSHALL AP
RENTAL:  09/19/11  16:03
RETURN:  09/21/11  07:49
RETURNED: BWI-THURGOOD MARSHALL AP

PLAN IN:  VSTATD    RATE CLASS: L
**PLAN OUT: VSTATD**

MILES IN:   3116  TR-X MILES
MILES OUT:  3049  MILES ALLOWED
MILES DRIVEN:  67  MILES CHARGED

| | | | |
|---|---|---|---|
| DAYS | 2 @ $ | 89.67 / DAY | $ 179.34 |
| SUBTOTAL 1 | | | $ 179.34 |
| DISCOUNT - | R 10 % | | $ 17.93 |
| SUBTOTAL 2 | | | T$ 161.41 |
| CONCESSION FEE RECOVERY | | | T$ 18.05 |
| LDW | DECLINED | | |
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| FUEL & SVC $ .344/MI | $ 5.50 /GL | | $ 23.05 |
| CFC & TFC | | T$ | 10.70 |
| VEHICLE LICENSE COST RECOVERY | | T$ | 1.13 |
| TAX 11.500% ON | 191.28 | $ | 22.00 |
| VOUCHER - 1 | | $- | 161.41 |
| NET DUE | | $ | 74.92 |

PAID BY  AMX  XXXXXXXXXXX4009

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call  1-800-278-1595, or
   Visit  WWW.HERTZSURVEY.COM

2) Enter Access Code:  01840

3) Take Brief 4 Question Survey

QUESTION?
Visit WWW.HERTZ.COM or
Call 1-800-654-4173

THANK YOU FOR RENTING FROM

01/13
CHRISTOPHER A MUCKE

413600.004000148
GINGELL CHIROPRACTIC
PLYMOUTH MI

SIGN HERE

X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

---

## DICK'S SPORTING GOODS
Novi  MI
(248) 735-1180

09/20/11   12.24 PM
RECEIPT EXPIRES ON 12/19/11

S-00096 R-5   T-1023 A-0213060 RETURN

Your associate today is: Shannon

Customer Copy

SELL STORE 00006
RECEIPT NO 000960048314091311015
DATE    09/13/11

RETURN TYPE: Return/Exchange

09512194965  DU01000/NIUL    119.99-

| | |
|---|---|
| ITEM TOTAL | 119.99- |
| SUBTOTAL | 119.99- |
| TAX | 7.20- |
| **TOTAL** | **127.19-** |

AMEX                            127.19-
ACCOUNT #: ××××××××××2006
AUTH#
CHANGE DUE                         0.00

---

0 6247

EXPIRATION
☑ DATE
CHECKED

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 3 | | Nai calm. | | 60 — |
| 2 | | $20 CD RCS() (9/26, 9/28) | | 40 — |

| | | | |
|---|---|---|---|
| DATE 9.28.11 | | AUTHORIZATION 35205 | SUB TOTAL |
| REFERENCE NO. 004 | | SERVER | TAX |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT CG, | CLERK | TIP |
| | | | MISC. |
| 5479635 | | TOTAL | 100 — |

SALES SLIP COPY

A1287

RETAIN THIS COPY FOR YOUR RECORDS

STEVE & ROCKY'S

Date: 9/9/2011   Time: 7:45:08 PM

Card Type:      American Express
Card Number:    XXXXXXXXXXX2006

Server Name:    Michael
Check Number:   142335
Tab Number:     74

Card Owner:     MUCKE/CA

AMOUNT  95.15

TIP     _____

TOTAL   120 15

Approval: 523991

RETAIN THIS COPY FOR YOUR RECORDS

Quizno's #5676
Detroit Metro Airport
Comments 734.727.0055

7137 Mickayon

Chk 5242        Sep19'11 12:29PM  Gst 0

1 Reg Classic Italian        6.99
1 Reg Trky Rnch/Swss         6.99
2 Lg Drink @ 2.19            4.38
  Cash                      20.00

  Food                      13.98
  N/A Bev                    4.38
  Tax                        1.10
  Payment                   19.46
  Change Due                 0.54

Thank You!!!
Have a Nice Flight!!!

Orde                     r    2

---

0049
Server: CHRISTEN E              Rec: 31
09/20/11 18:27, Swiped   T: 34 Term: 5

OUTBACK STEAKHOUSE
134 SHAWAN ROAD
HUNT VALLEY, MD 21031
(410)527-1540
MERCHANT #: #2141

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX4009
00 TRANSACTION APPROVED
AUTHORIZATION #: 540246
Reference: 0920010000049
TRANS TYPE: Credit Card SALE

CHECK :             43.26

TIP :              10.

TOTAL :            53.26

X _____

Bayside Landing
BWI
Terminal C
Date:        Sep21'11 09:25AM
Card Type:   Amex
Acct #:      XXXXXXXXXXX4009
Exp Date:    XX/XX
Auth Code:   507426
Check:       1894
Check ID:    3
Server:      6 Jessica

Subtotal:          17.79

Tip:_____

Total:             22.79

_____
Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Guest Copy * * * *

A1288



9/20/2011

## More value for the way you live.

```
17447 HAGGERTY
(248) 662-3031
YOUR CASHIER WAS DEBBIE

        JMDN TKY SDW    PC    7.19 F
SC      AUTOMATIC COUPON 0.80
        JMDN BCN MFN    PC    7.19 F
SC      AUTOMATIC COUPON 0.80
        JMDN BCN MFN    PC    7.19 F
SC      AUTOMATIC COUPON 0.80
        JMDN TKY SDW    PC    7.19 F
SC      AUTOMATIC COUPON 0.80
        JMDN BCN MFN    PC    7.19 F
SC      AUTOMATIC COUPON 0.80
        JMDN TKY SDW    PC    7.19 F
SC      AUTOMATIC COUPON 0.80
        M&M IC SANDW          4.49 F
        SNCKRS IC BR          4.89 F
        SNCKRS IC BR          4.89 F
        SNCKRS IC BR          8.39 F
        KRO ENG MFN     PC    1.00 F
SC      AUTOMATIC COUPON 0.99
        KRO WHL MLK     PC    1.79 F
SC      AUTOMATIC COUPON 0.20
        KRO ENG MFN     PC    1.00 F
SC      AUTOMATIC COUPON 0.99
        KRO ENG MFN     PC    1.00 F
SC      AUTOMATIC COUPON 0.99
        ANTM BREAD            2.29 F
        ANTM BREAD            2.29 F
        ANTM BREAD            2.29 F
        PROG SOUP             1.91 F
        PROG SOUP             1.91 F
        PROG SOUP             1.91 F
        PROG SOUP             1.91 F
        LNDR BAGELS           1.79 F
        LNDR BAGELS           1.79 F
        SWEET N LOW           2.99 F
        SWEET N LOW           2.99 F
        SWEET N LOW           2.99 F
        SWEET N LOW           2.99 F
        PRSL TEA              3.29 F
        LPTN GRN TEA          3.19 F
        EGGO WAFFLES [+] PC   4.29 F
SC      AUTOMATIC COUPON 0.70
        KROGER PLUS CUSTOMER  ******5898
MC      SCANNED COUPON        1.00-F
MC      SCANNED COUPON        1.00-F
MC      GROCERY               1.00-F
        TAX                   0.00
 ****   BALANCE             108.41

018  #442
17447 HAGGE
NORTHVILLE
AMEX Purcha
```

```
         STARBUCKS Store #2398
         20055 Haggerty Road
       Northville, MI  (248) 347-4502

---------------------------------------
            CHK 736503
        09/28/2011 01:54 PM
      1608808   Drawer: 1 Reg: 2

   House 1lb Wb                11.95
   House 1lb Wb                11.95
   House 1lb Wb                11.95
   AMEX                        35.85
   XXXXXXXXXXX1062

   Subtotal                    35.85
   Total                       35.85
   Change Due               $0.00

  ---------- Check Closed ----------
        09/28/2011 01:54:31PM
```



# BUSCH'S

*Fresh Food Market*

```
      15185 Sheldon Rd  (734)414-5200
    Self-Checkout B. Lane:06  9/28/2011 2:23:31 PM

ALCOHOLIC BEV TAXABLE
GILBEYS GIN PLASTIC      1.75 LT   18.97  t
         Item Total:              18.97
            SubTotal:             18.97
                 Tax:              1.14
                                 -----
         Order Total:             20.11
PAYMENTS:
AMERICAN EXPRESS                 -20.11

        Number of Items: 1
```



```
* D 0 6:                           *
```

T4C01244

**Delivery Receipt**   Page 1/1

{ Thanks for shopping at OfficeMax.
Here's your order.  Have some fun with it. }

# OfficeMax®

13301 STEPHENS ROAD
WARREN, MI 48089
Ph 877.633.4236 | Fax 877.969.1629

Questions or comments about your order?
Please call our team at  877.633.4236      Invoice #**B915522685**, PO #**B915522685**, Reference #**53428855**, Packing Slip #**2404 05342 88550 3 092011 96446516**

Order By:  KRISTEN BARNES
38705 SEVEN MILE RD, STE 460
LIVONIA, MI, 48152

Shipped to:  BARNES
38705 SEVEN MILE RD, STE 460
7347444400
LIVONIA, MI, 48152

Your order was placed on 09/20/2011 and charged to the AmericanExpress on file ending in 1062. Here is what you ordered:

| Description | Item Number | Ordered | Shipped | Unit Price | Total |
|---|---|---|---|---|---|
| Large Basket<br>00764195196039 | 21679195<br>K3DV19603 | 1 EA | 1 EA | 6.39 | 6.39 |
| Plain Non-Laminate Tab Div<br>00072782115067 | 20608193<br>L311506 | 1 EA | 1 EA | 38.39 | 38.39 |
| Legal Pad Wht 8.5x11 12pk<br>00011491973193 | 06016795<br>P3OM97319 | 1 EA | 1 EA | 7.59 | 7.59 |

|  |  |
|---|---|
| SubTotal: | $52.37 |
| Tax (6.000%): | $3.14 |
| Total: | $55.51 |



Define your work style.
Ask about our new DIVOGA line
of stylish office accessories.



Returning something?  Contact customer service at 877-OFFICEMAX (633-4236).  Report missing items within 30 days of ship date. All returns require an original receipt and must be completed within:  30 days - Office supplies, ink & toner, 14 days - Furniture, technology & software.  Gift cards are not eligible for return.  Items must be returned in the original packaging and include all accessories, components and manuals.  Some items cannot be returned if opened.  A re-stocking fee may apply.  OfficeMax reserves the right to deny any return.  For the full return policy, visit any store or www.Officemax.com.

A1290

T4C01245



**GMCR**

SPECIALTY COFFEE BUSINESS UNIT

  

Green Mountain Coffee Roasters, Inc.
1-888-TRY-GMCR(879-4627)

# PICK/PACK SLIP

| | |
|---|---|
| Order #: | F005092744 |
| Ship Date: | 9/15/2011 |
| Customer ID: | R1181530 |
| Terms: | ZERO |
| PO #: | |
| Order Rep: | MOSTAN |
| Page 1 of 1 | |

**Bill To:**
Kristen Barnes
38705 Seven Mile Rd, Ste 460
LIVONIA, MI 48152

**Ship To:**
Kristen Barnes
38705 Seven Mile Rd, Ste 460
LIVONIA, MI 48152

| Shipped Qty | Order Qty | Item # | Description | Grind Code | Lbs | List Price per unit | Discount Off Invoice per unit | Discount 2 Off Invoice per unit | Net Price per unit | Net Ext Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 of 4 | | 4050 | Keurig NOO Special Blend Extra Bold 24-ct K-Cups | | | 16.49 | (2.50) | | $ 13.99 | $55.96 |
| | EA QP A | 27 | 0000 Line: 4 | | 1 | | | | | |
| 1 of 1 | | 6700 | Keurig Caramel Vanilla Cream - 24 cups/disp box | | | 16.49 | (2.50) | | $ 13.99 | $13.99 |
| | EA QP C | 25 | 0000 Line: 1 | | 1 | | | | | |
| 1 of 1 | | 6201 | Keurig GM Naturals Hot Apple Cider 24-ct K-Cups | | | 19.49 | (2.50) | | $ 16.99 | $16.99 |
| | EA QP D | 30 | 0000 Line: 3 | | 0 | | | | | |
| 1 of 1 | | 60051-046 | French Vanilla Supreme Coffee by Gloria Jeans 24-ct | | | 16.49 | (2.50) | | $ 13.99 | $13.99 |
| | EA QP D | 47 | 0000 Line: 2 | | 1 | | | | | |

| | |
|---|---|
| Subtotal | $100.93 |

Total Items shipped:     7

| | |
|---|---|
| Shipping | $0.00 |
| Tax | $0.00 |
| Order Total | $100.93 |
| Amt charged to your American Express card: | $100.93 |

*IUO TIP:*     7

We appreciate your business!  On this order you received a total discount of $ 17.50
Our organic coffees are certified organic by QAI.

Dear Green Mountain Coffee Customer: Your tax for this order is in compliance with your state and local taxation law for snacks, confections, coffee, freight and equipment. Thank you!

---

**Pick/Pack Slip**

For return authorizations call **866-639-2326**

| | |
|---|---|
| Order #: | F005092744 |
| Ship Date: | 9/15/2011 |
| CustomerID: | R1181530 |
| **Order Grp:** | **WEBB** |
| **Use Id:** | **7000** |

Page 1 of 1

| | |
|---|---|
| Source IBU: | IN038 |
| Pick batch id: | 12572 |
| FEDEX | |
| FEDEXSTD | |

Received By: _____



A1291

T4C01246

```
========================================
          LIVONIA GREENMEAD
          LIVONIA, Michigan
             481529998
           2524950152-0094
09/12/2011 (180)027-5877 11:35:48 AM
========================================
======== Sales Receipt ========
Product        Sale Unit      Final
Description     Qty Price      Price

CLAWSON MI 48017               $2.39
Zone-1 First-Class
Parcel
  6.10 oz.
                            ========
  Issue PVI:                   $2.39

2009            5   $8.80    $44.00
Forever
Stamp PSA
Dbl-Sd Bklt
5c Amer         2   $0.05     $0.10
Toleware
PSA
                            ==========
Total:                       $46.49

Paid by:
AMEX                         $46.49
   Account #:      XXXXXXXXXXXX1062
   Approval #:         504686
   Transaction #:      805
   23903040558321471042

Order stamp:          or
call 1-800-
```

COSTCO
WHOLESALE

*LIVONIA II #391*

```
       20000 HAGGERTY RD.
       LIVONIA, MI 48152
     MEMBER #111788584679

188138 FRITOLAY50CT        10.99
197197 KS NPRXN SOD        12.99 A
197197 KS NPRXN SOD        12.99 A
383241 KSNONASA 2PK         8.85 A
355400 KS IBU 2X500         8.99 A
465870 RITZCKRFUL           7.79
138310 VRTY PRETZEL         7.99
```

VOID

```
138310 VRTY PRETZEL         7.99-
138310 VRTY PRETZEL         7.99
117986 CHOC VARIETY        14.85
107051 MIXED I STOP        16.79
339718 NABISCO BLUE         9.99
107979 ALL CHOC BAG        13.99
427453 CHOC MINIS          13.99
       SUBTOTAL           140.20
A  6% TAX RATE              2.63

TOTAL                    ██████
American Express         142.83

XXXXXXXXXX1062              SWIPED
9/12/11 12:04
eq#: 004179 App#:   515015
merican Express    Resp: AA
ran ID#: 125532352000
erchant ID 99039111

APPROVED - PURCHASE
   AMOUNT: $142.83

  0391 203 0000000203 0039

  CHANGE                    .00

OTAL NUMBER OF ITEMS SOLD = 12
ASHIER: SCO LANE #203      REG# 203
9/12/2011 12:05 0391203 0039 203

   THANK YOU
 LEASE COME AGAIN

********************
   THANK YOU       *
*For Using COSTCO*
* Self Checkout  *
*******         ***
```

A1292

BED BATH & BEYOND #113
17223 HAGGERTY ROAD
NORTHVILLE, MI 48167
(248) 344-0999

00113 10 09/06/11-1353 406292 02-9758

RVN # 0011-3975-8002-0906-1100

MIR TRVL 10X NKL          1T
87447900107  OUR PRICE      29.99
        20% OFF ITEM T       6.00-
        **YOUR PRICE        23.99**
MIR TRVL 10X NKL          1T
87447900107  OUR PRICE      29.99
        SUBTOTAL            53.98

MI 6.00% STATE TAX          3.24
TOTAL                      57.22

AMEX                       57.22
ACCT#: XXXXXXXXXXXX1062 (S)
EXPDT: XX/XX
AUTH#: 519803

CHANGE                       .00

YOUR TOTAL SAVINGS $        6.00

COUPONS APPLIED:             1
1- 20% OFF ITEM      $      6.00



RVN # 0011-3975-8002-0906-1100

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00113 10 09/06/11-1353 406292 02-9758



**meijer**
Higher Standards   Lower Prices

Haggerty Rd.
Northville, MI - # 54
(248) 349-2700          meijer.com

The Meijer Team appreciates your business
09/06/11
Your fast and friendly checkout was
provided by Fastlane103

****SAVINGS TODAY****
* TOTAL NON-COUPON SAVINGS    7.50 *
*SAVINGS TOTAL     7.50*

GENERAL MERCHANDISE
*71373343441  SMALL TRAY
    was    9.99        now    2.49  CT

GROCERY
4125095318    PLASTIC WRAP         1.39   T
5150001249    SMUCKERS JAM         2.45   F
1090000015    ALUMINUM FOIL        3.48   T
4480000107    SWEET N LOW
     2 @ 4.55                       9.10   F
30025810935   EQUAL SWEET
     2 @ 5.99                      11.98   F

TOTAL
        TOTAL TAX              .44
        TOTAL               31.33
PAYMENTS
CREDIT CARDS          TENDER     31.33
XXXXXXXXXXXX1062      BAL  .00

NUMBER OF ITEMS              8

See Service Desk or Meijer.com for
promotional and sale item return details.


A00540M2XZ7PA6S

Tx:247  Op:554    Tm:103 St:  54 13:18:55

How are we doing?
Rate your shopping
Experience and You
May Win a $1000
Meijer Gift Card!

Visit us at
www.meijer.com/ratemeijer
or call 1-888-634-5371

User ID:024700548
Password:024901037

Survey should be completed within 72 hrs

T4C01248

```
              STARBUCKS Store #2398
                 20055 Haggerty Road
              Northville, MI  (248) 347-4502

         ---------------------------------------

                    CHK 728188
                09/06/2011 01:27 PM
              1579241   Drawer: 1  Reg: 2

         ---------------------------------------

              House 1lb Wb              11.95
              Breakfast 1lb Wb          11.95
              Ann 1lb                   14.95
              Gr Carml Frapp             4.15
              AMEX                      43.25
              XXXXXXXXXXX1062

              Subtotal                  43.00
              Tax 6% - Food & Beverage   0.25
              Total                     43.25
              Change  Due            $0.00

         ----------- Check Closed -----------
                09/06/2011 01:27:11PM



              Pumpkin Spice Latte returns,
              with new             ocha.
                Enjoy 1            tes
```

OfficeMax®
WORK WITH US™

OfficeMax #534
21071 HAGGERTY ROAD
NOVI, MI  48375
(248) 305-5205

SALE

| | | |
|---|---|---|
| 01149102883 | | |
| DMX Folder 2pkt Dk Blue 25 | | $9.99 |
| 01149197793 | | $37.99 |
| Labels Multipurpose 2x4" | | |
| 01149109877 | | $3.99 |
| Magnetic Discs 3/4" 12ct | | |
| 01149196510 | | $9.79 |
| Bubble Mailer 8pk #0 | | |
| SubTotal | | $61.76 |
| Tax 6.000% | | $3.71 |
| TOTAL | | $65.47 |
| AMEX | | $65.47 |
| Card number: XXXXXXXXX1062 | | |
| Authorization 644030 | | |

A1294

T4C01249

```
        39500 W.SEVEN MILE RD.
   NORTHVILLE MI 48167  (248)347-9600

2704  00058  05627   09/13/11  11:39 AM
CASHIER SELF CHECK OUT - SCOT58

736511500806 80 YALE KEY <A>        1.78

              SALES TAX        0.11
              TOTAL           $1.89
              CASH             1.00
              CASH             1.00
              CHANGE DUE       0.11
```



```
   2704 58 05627 09/13/2011 6493

        RETURN POLICY DEFINITIONS
   POLICY ID   DAYS   POLICY EXPIRES ON
A      1       90        12/12/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
            DETAILS.

        GUARANTEED LOW PRICES
        LOOK FOR HUNDREDS OF
        LOWER PRICES STOREWIDE
**************************************
   ENTER FOR A CHANCE
     TO  W           000
   HOME            IFT
```

Garage sale toaster oven $10.00 cash

A1295

T4C01250



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2011 | 52848 |

**Bill To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

**Ship To**

Millennium Solutions
4070 Clairmont Road
Attn:  Durenda Chapman
Chamblee, GA  30341

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | UPS REPLACEMENT BATTERY RBC55 | 359.46 | 359.46T |
|  | Sales Tax | 7.00% | 25.16 |
|  | Paid 10/19/11 | | |
|  | ck #1806 | | |

| | **Total** | $384.62 |
|-|-----------|---------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |



## PAYMENT APPROVAL FORM

| | |
|---|---|
| Due Date: | |
| Reoccuring Payment: | |
| One Time Payment: | XXX |
| | |
| Invoice Number 1: | 52848 |
| Invoice Number 2: | **52892** |
| Invoice Number 3: | |
| Invoice Number 4: | |
| Invoice Number 5: | |
| Payee: | Millennium Solutions, Inc |
| Description of Charge(s): | UPS Replacement Battery plus sales tax. Fortigate 60c w/3 yr. 8x5 Premium Support plus shipping. |
| Account Charged To: | Fixed Assets:Computer Equipment |
| Total Amount: | 1,540.22 |

*Managing Principal Use Only:*

| | |
|---|---|
| Signature: | |
| Approved Date: | 10/19/11 |

ACLR Business Sensitive Information
Not for Public Dissemination

A1297

T4C01252



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/17/2011 | 52892 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Fortigate 60c with 3yr 8x5 Premium Support | 1,080.00 | 1,080.00T |
| | Reshipped to the Michigan office | | |
| | Sales Tax | 7.00% | 75.60 |
| | | | |
| | Paid 10/19/11 | | |
| | ch #1806 | | |

| | **Total** | $1,155.60 |
|--|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1298

T4C01253



ACLR *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

| | |
|---|---|
| Due Date: | |
| Reoccuring Payment: | |
| One Time Payment: | XXX |
| | |
| Invoice Number 1: | 52848 |
| Invoice Number 2: | **52892** |
| Invoice Number 3: | |
| Invoice Number 4: | |
| Invoice Number 5: | |
| Payee: | Millennium Solutions, Inc |
| Description of Charge(s): | |

UPS Replacement Battery plus sales tax.
Fortigate 60c w/3 yr. 8x5 Premium Support plus shipping.

| | |
|---|---|
| Account Charged To: | Fixed Assets:Computer Equipment |
| Total Amount: | 1,540.22 |

*Managing Principal Use Only:*

| | |
|---|---|
| Signature: | |
| Approved Date: | 10/19/11 |

ACLR Business Sensitive Information
Not for Public Dissemination

A1299

T4C01254



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2011 | 52830 |

| Bill To |
|---|
| ACLR, LLC |
| 38705 Seven Mile Road |
| Suite 460 |
| Livonia, MI  48152 |

| Ship To |
|---|
| Millennium Solutions |
| 4070 Clairmont Road |
| Attn:  Durenda Chapman |
| Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|---|---|---|---|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 41 | Will yancey site design, 41 hours through 9/22 | 75.00 | 3,075.00 |
| 1 | knowledge base software | 794.00 | 794.00 |
| 1 | blog software | 150.00 | 150.00 |
| 1 | Google Search annual charge | 100.00 | 100.00 |
| | Sales Tax | 7.00% | 0.00 |

Paid 10/19/11

ck #1807

Thank you for your business.

| **Total** | $4,119.00 |
|---|---|

| Phone # |
|---|
| 770-936-9566 |

| Web Site |
|---|
| www.msiatlanta.com |

A1300


**ACLR** *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

Due Date:      11/7/2011

Reoccuring Payment:

One Time Payment:      XXX

Invoice Number 1:      52830
Invoice Number 2:
Invoice Number 3:
Invoice Number 4:
Invoice Number 5:

Payee:      Millennium Solutions, Inc

Description of Charge(s):

> Will Yancey site design - 41 hours
> Knowledge base software
> Blog software
> Google Search annual charge

Account Charged To:      Professional Expenses:Business Development

Total Amount:      **4,119.00**

---

*Managing Principal Use Only:*

Signature:

Approved Date:      10/7/2011

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01256

**bright house** NETWORKS

## Statement of Account

**\*0001340**

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD LIVONIA MICH 48154-5405
8381 9800 BH RP 11 10122011 YYNNYNNN

ACLR LLC
38705 7 MILE RD STE 460
2ND ACCT - STE 460
LIVONIA MI 48152-1093

Page 1 of 3

| | |
|---|---|
| Statement Date: | October 11, 2011 |
| Account Number: | 8381 98 006 0846891 |
| | Customer Code: 8625 |

**How To Reach Us...**
24HR CUSTOMER SUPPORT 866-898-9101
24HR INTERNET SERVICE 866-233-7233
24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
38705 7 MILE RD STE 460
2ND ACCT - STE 460
LIVONIA MI 48152-1093

---

## Account Summary

Please see reverse side for account details.

PAYMENTS RECEIVED after 10/11/11 are not included on this statement

| | |
|---|---|
| Previous Statement Balance | $ 538.22 |
| Payment(s) | -538.22 |
| Current Monthly Service(s) | 484.95 |
| Other Charge(s), Taxes & Fee(s) | 82.15 |
| **Balance Due** | **$ 567.10** |
| **Payment Due Date** | **10/31/11** |

---

## For Your Information



Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.

The first nationwide test of the U.S. Emergency Alert System will occur at 2:00 p.m. EST on Wednesday, November 9, 2011. It will interrupt programming for up to 3 minutes. Visit www.fcc.gov for more information.



Road Runner Lightning is here! Experience all the possibilites with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks! Call 866 898 9101 today!



*Pd 10/21*
*CK#1808*

**Easy Ways to Pay:** brighthouse.com      Phone      Mail

A1302

T4C01257

 **bright house** NETWORKS

**ACLR LLC**
Statement Date:
**Account Number:**

Page 2 of 3
October 11, 2011
**8381 98 006 0846891**

# Account Detail

This statement is for services from 10/21/11 through 11/20/11.

Previous Statement Balance ........................................................................................ $ 538.22

## Payment(s)

| | | |
|---|---|---|
| 10/03 | Payment - Thank You ............................................................. | -538.22 |
| | **Subtotal** .......................................................................... | **-538.22** |

## Current Monthly Service(s)



| | | |
|---|---|---|
| 10/21 - 11/20 | Toll Free Number Service ....................................................... | 9.95 |
| 10/21 - 11/20 | Toll Free Number Service ....................................................... | 9.95 |
| 10/21 - 11/20 | Service Discount ................................................................. | -9.95 |
| 10/21 - 11/20 | Coax Phone 12 Trunks .......................................................... | 475.00 |
| | **Subtotal** .......................................................................... | **484.95** |

## Other Charge(s), Taxes & Fee(s)

| | | |
|---|---|---|
| 10/11 | Federal Universal Service Fund Fee .......................................... | 1.55 |
| 10/11 | Federal TRS ....................................................................... | .11 |
| 10/11 | Federal ITSP ...................................................................... | .04 |
| 10/11 | LNPA Fee (Local Port Number Avail) ........................................ | 2.00 |
| 10/11 | Wayne 911 Surcharge ........................................................... | 21.00 |
| 10/11 | E911 Technical Assessment ................................................... | 12.00 |
| 10/11 | Federal Excise Tax .............................................................. | 14.25 |
| 10/11 | State Use Tax ..................................................................... | 28.50 |
| 10/11 | Michigan 911 Surcharge ........................................................ | 2.70 |
| | **Subtotal** .......................................................................... | **82.15** |

**Balance Due** ........................................................................................ **$ 567.10**

Your Franchise Authority Is: Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia,
MI 48154 Phone 734/466-2540

T4C01258

| Purchase Order Number | Invoice Date | Invoice Number | Invoice Amount | Payment Due Date |
|---|---|---|---|---|
| | 10/08/11 | 57075471 | $63.50 | Upon Receipt |



## Nature Of Service:  Monthly Billing

### Current Charges:

11/01/11 - 11/30/11
Recurring Service
    Amount: $63.50     Tax: $0.00          $63.50

### Total Balance Due:         $63.50

Did you know... Failure to include your invoice could cause a delay
in processing your payment.

Don't Forget to Include the Following With Your Payment:
Customer Number
Invoice Number

*Pd 10/21*
*ck #1910*

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if less) per month will be assessed on the unpaid Total Balance Due when more than 30 days past due.

**Customer Number:**
01300 102739980

**Business/Account Name:**
A C L R

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093

Billing Questions:    (888) 238-2455
Sales/Relocation:    (800) 238-7887
Monitoring/Service:(800) 238-2727
ADT Tax ID Number: 58-1814102
How to Read Your Bill:
    http://www.adt.com/billinfo

It's fast and even more
important - it's easy! You can
save time and money
paying your bill. Please see
the back of your invoice to see
how you can setup your
account for automatic
payments using your bank
account!

Visit www.ADT.com for up-to-date
security services information for your
business.

To pay this invoice and/or future
recurring invoice by credit card,
follow the instructions on the
back of this invoice.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL

Page 1 of 2

T4C01259



## PAYMENT APPROVAL FORM

| | |
|---|---|
| Due Date: | 10/29/2011 |
| Reoccuring Payment: | XXX |
| One Time Payment: | |
| Invoice Number 1: | |
| Invoice Number 2: | |
| Invoice Number 3: | |
| Invoice Number 4: | |
| Invoice Number 5: | |
| Payee: | Bright House |
| Description of Charge(s): | acct # 8331 98 006 0846735 |
| | Internet and analog phone line (fax). |
| Account Charged To: | Utilities:Internet Expense |
| Total Amount: | 222.01 |

*Managing Principal Use Only:*

Signature:

Approved Date:

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01260

# bright house
NETWORKS

# Statement of Account

Page 1 of 3

\*0001217

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD LIVONIA MICH 48154-5405
8381 9800 BH RP 09 10102011 YYNNYNNN

ACLR LLC
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

| | |
|---|---|
| Statement Date: | October 09, 2011 |
| Account Number: | 8381 98 006 0846735 |
| | Customer Code: 1371 |

**How To Reach Us...**
24HR CUSTOMER SUPPORT 866-898-9101
24HR INTERNET SERVICE 866-233-7233
24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

## Account Summary

Please see reverse side for account details.

PAYMENTS RECEIVED after 10/09/11 are not included on this statement

| | |
|---|---|
| Previous Statement Balance | $ 218.86 |
| Payment(s) | -218.86 |
| Current Monthly Service(s) | 212.90 |
| Additional Account Activity | 2.40 |
| Other Charge(s), Taxes & Fee(s) | 6.71 |
| **Balance Due** | **$ 222.01** |
| **Payment Due Date** | **10/29/11** |

## For Your Information

Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.

The first nationwide test of the U.S. Emergency Alert System will occur at 2:00 p.m. EST on Wednesday, November 9, 2011. It will interrupt programming for up to 3 minutes. Visit www.fcc.gov for more information.





Road Runner Lightning is here! Experience all the possibilites with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks! Call 866 898 9101 today!

Pd 10/21
ck #1811

**Easy Ways to Pay:** brighthouse.com        Phone        Mail

T4C01261



ACLR LLC
Statement Date:
Account Number:

Page 2 of 3
October 09, 2011
8381 98 006 0846735

# Account Detail

**This statement is for services from 10/20/11 through 11/19/11.**

Previous Statement Balance ........................................................................ $ 218.86

### Payment(s)

| 09/22 | Payment - Thank You ................................................ | -218.86 |
| | **Subtotal** | **-218.86** |

### Current Monthly Service(s)

| 10/20 - 11/19 | Comm HSD 50m X 5m | 170.00 |
| 10/20 - 11/19 | Toll Free Number Service | 9.95 |
| 10/20 - 11/19 | 3 Yr Full Feature 1 Line | 32.95 |
| | **Subtotal** | **212.90** |

### Additional Account Activity

| 10/07 | Directory Assistance for (734)-744-4400 ~ *information phone call · $1.20 each* | 2.40 |
| | **Subtotal** | **2.40** |

### Other Charge(s), Taxes & Fee(s)

| 10/09 | Federal Universal Service Fund Fee | 3.21 |
| 10/09 | Federal TRS | .14 |
| 10/09 | Federal ITSP | .05 |
| 10/09 | Federal TRS | .09 |
| 10/09 | Federal ITSP | .03 |
| 10/09 | LNPA Fee (Local Port Number Avail) | .04 |
| 10/09 | Wayne 911 Surcharge | .42 |
| 10/09 | E911 Technical Assessment | .24 |
| 10/09 | Federal Excise Tax | .07 |
| 10/09 | State Use Tax | 2.23 |
| 10/09 | Michigan 911 Surcharge | .19 |
| | **Subtotal** | **6.71** |

**Balance Due** ........................................................................ **$ 222.01**

Your Franchise Authority Is: Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia, Mi. 48154 Phone 734/466-2540

A1307

T4C01262

**bright house**
NETWORKS

ACLR LLC
Statement Date:
Account Number:

Page 3 of 3
October 09, 2011
8381 98 006 0846735

**Billing Information**

Monthly charges are billed in advance and payable in full.

- If you have any questions or feel an error has been made, please contact us at the Customer Service telephone number listed on the front of this statement.
- Please do **not** send correspondence with your payment. Mail to our address on the front of this statement. Include the account holder's name and signature, account number, address and telephone number, and the item or service in question.
- Past due accounts may be subject to administrative and/or collection fees. Service may be deactivated upon nonpayment. To reactivate service, you must pay the outstanding balance, one month's advance charges and a reconnect fee.
- Returned checks will be subject to a returned check fee.

**Theft of Service**

Unauthorized cable hookups ("cable shoplifting") increase costs for the business and for our cable consumers.

- Tampering with or altering cable equipment is a federal crime punishable by fines and/or imprisonment.
- If you have any questions or need to report a problem, please contact our cable office.

sm350001





ACLRSBS
kbarnes@aclrsbs.com
aclrsbs2394

Whats make + model 1st car? AMC Rambler
Name of 1st school? Lyman

T4C01263



ACLR *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

| | |
|---|---|
| **Due Date:** | Upon Receipt |
| **Reoccuring Payment:** | |
| **One Time Payment:** | XXX |
| | |
| **Invoice Number 1:** | ~~37610~~ 427886 |
| **Invoice Number 2:** | 430794 |
| **Invoice Number 3:** | |
| **Invoice Number 4:** | |
| **Invoice Number 5:** | |
| **Payee:** | Clark Hill |
| **Description of Charge(s):** | Federal Contracting Fees |
| **Account Charged To:** | Professional Expenses:Legal Fees |
| **Total Amount:** | 5,600.00 |

*Managing Principal Use Only:*

| | |
|---|---|
| **Signature:** | |
| **Approved Date:** | 10/31/11 |

Pd 11/4
Ck#1817

ACLR Business Sensitive Information
Not for Public Dissemination

A1309

T4C01264

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
October 26, 2011
INVOICE # 430794
Page   2

*Received
10/28
in mail*

## DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 09/13/11 | BSW | 1.50 | Review of correspondence with client regarding modification of task award; review task award and client correspondence. |
| 09/13/11 | BSW | 1.50 | Telephone conference with client regarding possible breach of CMS task award. |
| 09/14/11 | BSW | 2.50 | Telephone conference with client; review of emails and client letter regarding draft task order. |
| 09/15/11 | BSW | 1.50 | Review of GSA schedule and CMS task award. |
| 09/16/11 | BSW | 1.50 | Review GSA standards and task award; telephone conference with client. |
| 09/19/11 | BSW | 1.00 | Receipt and review of letter from client regarding payment issues and contract negotiations |
| 09/20/11 | BSW | 2.00 | Review of client letter to CMS and contract proposals; FAR research; correspondence with client |

$4,600.00

## TIMEKEEPER SUMMARY

BSW     Bret S. Wacker          11.50 hours at   $400.00 =     $4,600.00

*Pd 11/4
ck # 1817*

A1310

T4C01265

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
September 30, 2011
INVOICE # 427885
Page   2

### DETAILED DESCRIPTION OF SERVICES

08/23/11 BSW    2.50    Receipt and review of VA solicitation
                        materials; research history; telephone
                        conference with client.

                                                    $1,000.00

### TIMEKEEPER SUMMARY

BSW      Bret S. Wacker          2.50 hours at  $400.00 =    $1,000.00

A1311


**ACLR** *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

| | |
|---|---|
| **Due Date:** | Upon Receipt |
| **Reoccuring Payment:** | |
| **One Time Payment:** | XXX |
| **Invoice Number 1:** | ~~37610~~ 427886 |
| **Invoice Number 2:** | 430794 |
| **Invoice Number 3:** | |
| **Invoice Number 4:** | |
| **Invoice Number 5:** | |
| **Payee:** | Clark Hill |
| **Description of Charge(s):** | Federal Contracting Fees |
| **Account Charged To:** | Professional Expenses:Legal Fees |
| **Total Amount:** | 5,600.00 |

*Managing Principal Use Only:*

| | |
|---|---|
| **Signature:** | |
| **Approved Date:** | 10/31/11 |

Pd 11/4
ck#1817

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01267

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
October 26, 2011
INVOICE # 430794
Page   2

*received 10/28 in mail*

## DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 09/13/11 | BSW | 1.50 | Review of correspondence with client regarding modification of task award; review task award and client correspondence. |
| 09/13/11 | BSW | 1.50 | Telephone conference with client regarding possible breach of CMS task award. |
| 09/14/11 | BSW | 2.50 | Telephone conference with client; review of emails and client letter regarding draft task order. |
| 09/15/11 | BSW | 1.50 | Review of GSA schedule and CMS task award. |
| 09/16/11 | BSW | 1.50 | Review GSA standards and task award; telephone conference with client. |
| 09/19/11 | BSW | 1.00 | Receipt and review of letter from client regarding payment issues and contract negotiations |
| 09/20/11 | BSW | 2.00 | Review of client letter to CMS and contract proposals; FAR research; correspondence with client |

$4,600.00

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| BSW | Bret S. Wacker | 11.50 hours at | $400.00 = | $4,600.00 |

*Pd 11/4
ck #1817*

A1313

T4C01268

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
September 30, 2011
INVOICE # 427885
Page   2

### DETAILED DESCRIPTION OF SERVICES

08/23/11 BSW      2.50    Receipt and review of VA solicitation
                         materials; research history; telephone
                         conference with client.

                                                        $1,000.00

### TIMEKEEPER SUMMARY

BSW      Bret S. Wacker          2.50 hours at  $400.00 =    $1,000.00

*Pd "/4*
*ck # 1817*

A1314

T4C01269



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/25/2011 | 52958 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 53 | Sept System Engineer James Kelley | 110.00 | 5,830.00 |
| 9.5 | System Engineer Florin Sept | 90.00 | 855.00 |
| 8 | Consulting Ed Sept | 120.00 | 960.00 |
| | Estimate 4850 of this amount for ongoing support. Test system hosting, office desktop, phone, and server support, current system support and operation | | |
| | Sales Tax | 7.00% | 0.00 |
| | *Paid 11/14/2011*<br>*ck #1822* | | |

Thank you for your business.

| Total | |
|-------|--|
| | $7,645.00 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

 **ACLR** *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

| | |
|---|---|
| **Due Date:** | 11/25/2011 |
| **Reoccuring Payment:** | |
| **One Time Payment:** | XXX |
| | |
| **Invoice Number 1:** | 52958 |
| **Invoice Number 2:** | |
| **Invoice Number 3:** | |
| **Invoice Number 4:** | |
| **Invoice Number 5:** | |
| **Payee:** | Millennium Solutions |
| **Description of Charge(s):** | September Support |
| **Account Charged To:** | Professional Expenses:Information Technology |
| **Total Amount:** | 7,645.00 |

---

*Managing Principal Use Only:*

**Signature:**

**Approved Date:** 11/8/11

ACLR Business Sensitive Information
Not for Public Dissemination

A1316

 GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

October 25, 2011

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on November 24, 2011**





GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

October 25, 2011
21555-001
**Invoice No. 396243**

For legal services rendered through September 30, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 09/27/11 | K. McLaughlin | Telephone conference with Ms. Alberty regarding social media issues. Brief review of policy concerning same and correspondence concerning same. | .2 |

Total Hours    .2

Fees This Matter

56.00

Total This Matter                                          $        56.00

TOTAL THIS STATEMENT                          $        56.00

PRIOR OUTSTANDING BALANCE              $          0.00

BALANCE DUE                                             $        56.00
================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01273

 GREENSFELDER

ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

July 26, 2011

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on August 25, 2011**

*Pd 8/15*
*ck# 1777*

T4C01274

 GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

July 26, 2011
21555-001
**Invoice No. 390686**

For legal services rendered through June 30, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 06/01/11 | J. Adkins | Review of e-mail from Mr. Mucke; review of lease regarding SNDA delivery; telephone call to Mr. Mucke. | .4 |
| 06/06/11 | J. Adkins | Telephone conference with Ms. Barnes regarding contract with fiber optic provider. | .2 |

Total Hours      .6

Fees This Matter

186.00

Total This Matter      $      186.00

TOTAL THIS STATEMENT      $      186.00

PRIOR OUTSTANDING BALANCE      $      0.00

BALANCE DUE      $      186.00
================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

June 22, 2011

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI 48152-3975

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on July 22, 2011**

Paid 6/28
ck #1725

A1321



GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

June 22, 2011
21555-001
**Invoice No. 388520**

For legal services rendered through May 31, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 05/02/11 | J. Adkins | Edit estoppel certificate and SNDA. | .6 |
| 05/03/11 | J. Adkins | Edit estoppel certificate and SNDA; draft correspondence to Mr. Mucke and Ms. Barnes. | 1.4 |
| 05/24/11 | J. Adkins | Review lease re: installation of telecommunication service; telephone conference with Mr. Barnes. | .3 |
| 05/31/11 | J. Adkins | Review estoppel certificate; telephone conference with Ms. Barnes. | .2 |

Total Hours                2.5

Fees This Matter

775.00

Total This Matter                                 $        775.00

TOTAL THIS STATEMENT                    $        775.00

PRIOR OUTSTANDING BALANCE          $          0.00

BALANCE DUE                                     $        775.00
================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC                                    May 23, 2011
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI  48152-3975

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on June 22, 2011**

Paid 6/1
ck #1712
$7,474.00

 GREENSFELDER

ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI 48152-3975

May 23, 2011
21555-001
**Invoice No. 386338**

For legal services rendered through April 30, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 04/05/11 | J. Adkins | Review lease letter of intent; insert comments to letter of intent into document; draft correspondence to Mr. Mucke. | 1.3 |
| 04/06/11 | J. Scott | Email from Chris Mucke regarding protest of VA procurement. | .2 |
| 04/08/11 | J. Adkins | Receive Seven Mile Road lease and begin review; attention to development layout and operating expense issues. | 1.6 |
| 04/08/11 | J. Scott | Review protest of procurement decision by AllPro, research and send memo to Chris Mucke. | 1.5 |
| 04/11/11 | J. Adkins | Review and edit lease; draft e-mails to Mr. Mucke; telephone conference with landlord's agent; telephone conferences with Ms. Barnes; attention to lease issues. | 4.5 |
| 04/12/11 | J. Adkins | Review operating expense spreadsheet; draft e-mail to landlord's agent re: same; edit lease; review title documents; brief research re: certain lease issues; draft correspondence to Mr. Mucke. | 3.8 |
| 04/13/11 | J. Adkins | Conference call with Mr. Mucke re: lease; edit lease and lease rider; draft correspondence to Mr. Mucke. | 2.7 |
| 04/13/11 | J. Scott | Bid protest by Allpro; attention to emails from Chris Mucke and Christopher Tapia. | .2 |
| 04/14/11 | J. Adkins | Edit lease; draft correspondence to Mr. Mucke. | .7 |
| 04/14/11 | J. Scott | Allpro - bid protest; phone conversation with Christopher Tapia and initial research regarding GAO protect procedures. | .7 |
| 04/19/11 | J. Adkins | Review revised lease; conference call with Mr. Mucke. | 2.9 |
| 04/20/11 | J. Adkins | Edits to lease; telephone conferences with Mr. Mucke; telephone conferences with landlord reps; | 2.0 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01279

 GREENSFELDER

ATTORNEYS AT LAW

Page: 2
21555-001

| | | drafted several e-mails; finalize lease. | |
|---|---|---|---|
| 04/22/11 | J. Adkins | Drafted correspondence to Mr. Mucke regarding non-disturbance agreement and other matters; attention to lease matters. | .4 |
| 04/27/11 | J. Adkins | Attention to e-mail from Ms. Barnes re: estoppel certificate; review lease provisions; draft correspondence to Ms. Barnes. | .2 |
| 04/28/11 | J. Adkins | Draft e-mails to Ms. Barnes re: estoppel certificate and SNDA; attention to same. | .3 |
| 04/29/11 | J. Adkins | Review and edit estoppel certificate and SNDA. | .9 |

Total Hours    23.9

Fees This Matter

7,474.00

Total This Matter                    $        7,474.00

TOTAL THIS STATEMENT             $        7,474.00

PRIOR OUTSTANDING BALANCE        $            0.00

BALANCE DUE                      $        7,474.00
=================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01280



Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC                                                    April 26, 2011
Christopher A. Mucke
20755 Emily Court
Novi, MI  48375

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on May 26, 2011**

*Paid*
*5/5*
*ck #1661*
*$ 6,500.00*

T4C01281

 **GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

April 26, 2011
21555-001
**Invoice No. 384285**

For legal services rendered through March 31, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 03/01/11 | J. Adkins | E-mails to and from Mr. Mucke; review lease; attention to property and condo documents. | 3.9 |
| 03/02/11 | J. Adkins | Conference call with Mr. Mucke re: lease and issues related to same; edit lease; draft inserts to lease; draft e-mails to Mr. Mucke. | 3.8 |
| 03/03/11 | J. Adkins | Edit lease. | 3.2 |
| 03/04/11 | J. Adkins | Edit lease; draft correspondence to Mr. Mucke. | 3.9 |
| 03/09/11 | J. Adkins | Review revised lease; research Michigan law re: certain provisions; conference call with Mr. Mucke. | 2.5 |
| 03/09/11 | K. McLaughlin | Conference with Mr. Scott regarding pending ACLR issues, work, and review of prior correspondence concerning same. [NO CHARGE]. | .0 |
| 03/09/11 | K. McLaughlin | Review of documents and conference with Mr. Wilbers regarding credit card agreement. | .4 |
| 03/09/11 | M. Wilbers | Review and revise draft employee credit card agreement at Kristen Barnes' request; conference briefly with K. McLaughlin regarding the same; email correspondence with Kristen Barnes regarding the same | .5 |
| 03/11/11 | J. Scott | Medicare Part D Contract, review client's email, Government Order for Supplies or Services, Performance Work Statement and company's related attachment, research subcontracting definitions and changes provisions, detailed memo to client with attachments. | 2.7 |
| 03/16/11 | J. Adkins | Review Livonia lease; conference call with Mr. Mucke re: lease issues. | 3.1 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01282



|  |  | ------------ |
|---|---|---|
| Total Hours |  | 24.0 |

| | | |
|---|---|---|
| Fees This Matter | | 7,435.50 |
| DISCOUNT | | -935.50 |
| Total Fees This Matter | | 6,500.00 |
| Total This Matter | $ | 6,500.00 |
| TOTAL THIS STATEMENT | $ | 6,500.00 |
| PRIOR OUTSTANDING BALANCE | $ | 0.00 |
| BALANCE DUE | $ | 6,500.00 |
| | | ================ |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

March 21, 2011

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on April 20, 2011**

Paud 3/29
ck #1678

 GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

March 21, 2011
21555-001
**Invoice No. 382136**

For legal services rendered through February 28, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 02/01/11 | J. Adkins | Review letter of intent for Michigan office lease; draft correspondence to K. McLaughlin re: issue and comments to same. | .6 |
| 02/01/11 | M. Wilbers | Email correspondence with Kristen Barnes regarding Dunn & Bradstreet credit report audit | .2 |
| 02/03/11 | J. Adkins | Telephone conference with Mr. Mucke. | .1 |
| 02/04/11 | J. Adkins | Review correspondence from Mr. Mucke; telephone conference with Mr. Mucke. | .9 |
| 02/24/11 | M. Wilbers | Email correspondence with Kristen Barnes regarding creation of an employee credit card agreement; conduct background research and prepare draft of the same. | 1.3 |
| 02/25/11 | K. McLaughlin | Review of documents; edit and revise credit card agreement. | .4 |
| 02/25/11 | M. Wilbers | Finish preparing draft of employee credit card agreement and revise the same; email correspondence with Kristen Barnes regarding the same. | .6 |

Total Hours          4.1

Fees This Matter

1,007.00

Total This Matter                                        $          1,007.00

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01285

 GREENSFELDER
ATTORNEYS AT LAW

Page: 2
21555-001

| | | |
|---|---|---|
| TOTAL THIS STATEMENT | $ | 1,007.00 |
| PRIOR OUTSTANDING BALANCE | $ | 0.00 |
| BALANCE DUE | $ | 1,007.00 |
| | | ================ |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

A1331



Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC                                          February 23, 2011
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

Please detach and enclose bottom portion with your payment to insure proper credit.

**Payment due on March 25, 2011**

*Paid 3/2*
*Ck #1614*
*$1,883.10*

T4C01287

 GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

T: 314-241-9090
F: 314-241-8624

FEIN: 43-1313567

ACLR, LLC
Christopher A. Mucke
20755 Emily Court
Novi, MI 48375

February 23, 2011
21555-001
**Invoice No. 380374**

3/2
ck #1614

For legal services rendered through January 31, 2011

**Miscellaneous**

| | | | |
|---|---|---|---|
| 01/14/11 | J. Scott | Review and comment to Chris Mucke regarding contract; issues regarding fee and pending regulations. | 1.6 |
| 01/17/11 | K. McLaughlin | Review of contract documents and correspondence with Mr. Scott regarding issues with same. | .5 |
| 01/18/11 | J. Scott | Conference call with Chris Mucke regarding recovery audit contract. | .7 |
| 01/20/11 | K. McLaughlin | Review of document; review of Michigan Law; edit and revise offer letter. | .5 |
| 01/25/11 | K. McLaughlin | Telephone conference with Ms. Barnes regarding Dun and Bradstreet report. Conference with Mr. Wilbers re: same. Review of documents and legal research re: same. | .8 |
| 01/25/11 | M. Wilbers | Conference with K. McLaughlin regarding possible fraudulent credit report from D&B and discuss potential avenues for correcting the same; conduct legal research about applicability of Fair Credit Reporting Act; also conduct research regarding D&B credit reporting services and investigations into credit reports; email correspondence with firm attorneys regarding experience with the same. | .8 |
| 01/26/11 | K. McLaughlin | Review of documents re: materials concerning Dun & Bradstreet report. Conference with Mr. Wilbers re: same. | .7 |
| 01/26/11 | M. Wilbers | Research D&B policies regarding "trade experience recheck" and teleconference with D&B representatives regarding the same; teleconference with Kristen Barnes regarding the same; conference with M. Wymore regarding experience dealing with D&B credit review process; conference with K. McLaughlin regarding the same. | 1.3 |
| 01/27/11 | K. McLaughlin | Conference with Mr. Wilbers regarding Dunn & | .2 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01288

 GREENSFELDER
ATTORNEYS AT LAW

Page: 2
21555-001

Bradstreet issue.

01/28/11   M. Wilbers      Telephone correspondence with Christopher Mucke      .3
                          regarding D&B credit investigation; prepare letter
                          advising D&B that it will be held responsible for any
                          damages incurred as a result of their incorrect report.

                                              ------------
                                Total Hours        7.4

                    Fees This Matter

                                                              1,883.00

        Total This Matter                        $            1,883.00

        TOTAL THIS STATEMENT                     $            1,883.00

        PRIOR OUTSTANDING BALANCE                $                0.00

        BALANCE DUE                              $            1,883.00
                                                     ================

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

T4C01289

**bright house** NETWORKS

# Statement of Account

*0001221

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA MICH  48154-5405
8381 9800 BH RP  09  11102011 YYNNNYNN

ACLR LLC
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

Page 1 of 3

| | |
|---|---|
| Statement Date: | November 09, 2011 |
| **Account Number:** | 8381 98 006 0846735 |
| | Customer Code: 1371 |

**How To Reach Us...**
24HR CUSTOMER SUPPORT 866-898-9101
24HR INTERNET SERVICE 866-233-7233
24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
38705 7 MILE RD STE 460
LIVONIA MI 48152-1093

---

## Account Summary

PAYMENTS RECEIVED after 11/09/11 are not included on this statement

| | |
|---|---|
| Previous Statement Balance | $ 222.01 |
| Payment(s) | -222.01 |
| Current Monthly Service(s) | 202.95 |
| Additional Account Activity | -9.95 |
| Other Charge(s), Taxes & Fee(s) | 2.68 |
| **Balance Due** | **$ 195.68** |
| **Payment Due Date** | **11/29/11** |

Please see reverse side for account details.

---

## For Your Information

Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.

Road Runner Lightning is here! Experience all the possibilites with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks! Call 866 898 9101 today!

*Pd 11/15 ck #1825*

*Easy Ways to Pay:*    brighthouse.com    Phone    Mail

A1335

T4C01290

 **bright house** NETWORKS

| | |
|---|---|
| ACLR LLC | Page 2 of 3 |
| Statement Date: | November 09, 2011 |
| Account Number: | 8381 98 006 0846735 |

## Account Detail

**This statement is for services from 11/20/11 through 12/19/11.**

Previous Statement Balance ............................................................. $ 222.01

### Payment(s)

| | | |
|---|---|---|
| 10/26 | Payment - Thank You ........................................................... | -222.01 |
| | **Subtotal** ........................................................................ | **-222.01** |

### Current Monthly Service(s)

| | | |
|---|---|---|
| 11/20 - 12/19 | Comm HSD 50m X 5m ......................................................... | 170.00 |
| 11/20 - 12/19 | Toll Free Number Service ................................................... | 9.95 |
| 11/20 - 12/19 | Service Discount ............................................................... | -9.95 |
| 11/20 - 12/19 | 3 Yr Full Feature 1 Line ..................................................... | 32.95 |
| | **Subtotal** ........................................................................ | **202.95** |

### Additional Account Activity

| | | |
|---|---|---|
| 10/19 | Toll Free Number Service - Adjustment ............................... | -9.95 |
| | **Subtotal** ........................................................................ | **-9.95** |

### Other Charge(s), Taxes & Fee(s)

| | | |
|---|---|---|
| 11/09 | Federal Universal Service Fund Fee .................................... | -.26 |
| 11/09 | Federal TRS ...................................................................... | -.11 |
| 11/09 | Federal ITSP ..................................................................... | -.04 |
| 11/09 | Federal TRS ...................................................................... | .09 |
| 11/09 | Federal ITSP ..................................................................... | .03 |
| 11/09 | LNPA Fee (Local Port Number Avail) .................................. | .06 |
| 11/09 | Wayne 911 Surcharge ....................................................... | .42 |
| 11/09 | E911 Technical Assessment ............................................... | .24 |
| 11/09 | State Use Tax .................................................................... | 2.06 |
| 11/09 | Michigan 911 Surcharge .................................................... | .19 |
| | **Subtotal** ........................................................................ | **2.68** |

**Balance Due** ...................................................................... | $ 195.68 |

Your Franchise Authority Is  Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia, Mi  48154 Phone 734/466-2540



**Platinum Business Fr...domPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 10/26/11

**OPEN** p. 1/12

Account Ending 1-14009

| | |
|---|---|
| New Balance | $4,956.93 |
| Minimum Payment Due | $99.00 |
| Payment Due Date | 11/20/11 |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

See Page 7  for Important Changes to Your Account Terms

**SMALL BUSINESS SATURDAY® IS NOV 26**
IT COULD BE ONE OF YOUR BIGGEST SALES DAYS OF THE YEAR.

**Three easy ways to get ready:**
1. Get free in-store signage and e-marketing materials to help market your business
2. Spread the word and create a Facebook page specific to your business
3. Share your business story on YouTube using My Business Story from Google and American Express

Learn more at **facebook.com/ShopSmall**

**FreedomPass Points**

57,379

For rewards information, please visit americanexpress.com/freedompass

**Account Summary**

| | |
|---|---|
| Previous Balance | $4,920.23 |
| Payments/Credits | -$4,922.82 |
| New Charges | +$4,959.52 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| | |
| New Balance | $4,956.93 |
| Minimum Payment Due | $99.00 |
| | |
| Credit Limit | $22,400.00 |
| Available Credit | $17,443.07 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| | |
| Days in Billing Period: | 31 |

**Customer Care**

Pay by Computer
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-653-3104 | 1-800-472-9297 |

See page 2 for additional information.

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 1-14009**

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
38705 Seven Mile Rd
STE 460
Livonia MI 48152

| | |
|---|---|
| Payment Due Date | 11/20/11 |
| New Balance | $4,956.93 |
| Minimum Payment Due | $99.00 |

Check here if your address or phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$

**Amount Enclosed**

0000349990624312155 0004956930000009900 22 A



Platinum Business F     domPass Credit Card          **OPEN**          p. 3/12

AMERICAN EXPRESS

ACLR
CHRISTOPHER MUCKE
Closing Date 10/26/11                                 Account Ending 1-14009

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | -$4,920.23 |
| Credits | |
| CHRISTOPHER MUCKE 1-14009 | -$2.59 |
| **Total Payments and Credits** | **-$4,922.82** |

### Detail      *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 10/17/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$4,920.23 |
| Credits | | | Amount |
| 09/29/11 | CHRISTOPHER MUCKE | V069:0001 FedEx Ground / OPEN Savings | -$1.73 |
| | | 10% additional savings | |
| | | SEE SUMMARY GRID FOR MORE INFORMATION | |
| 09/30/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx | -$0.86 |
| | | FDX#87867021500014S 8786 $17.25 09/28/2011 | |

## New Charges

### Summary

|  | Total |
|---|---|
| CHRISTOPHER MUCKE 1-14009 | $1,578.16 |
| KRISTEN M BARNES 1-11062 | $3,293.75 |
| JASON BARNES 1-11070 | $87.61 |
| **Total New Charges** | **$4,959.52** |

### Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

|  |  | Amount |
|---|---|---|
| 09/28/11 | FDX#87867021500014S 1-800-622-1147 | $17.25 |
| | 1-800-622-1147 | |
| | TO: ACLR MI | |
| | FROM: ACLR 48170 | |
| | 001 GROUND 44LB AWB87867021500014S | |
| | YOUR FEDEX CUSTOM DISCOUNT IS $2.17 | |
| 10/04/11 | ANDIAMO OF LIVONIA  OLIVONIA       MI | $69.83 |
| | 7349533200 | |
| | Description | |
| | RESTAURANT CHARGES | |

Continued on reverse

T4C01293

CHRISTOPHER MUCKE                    Account Ending 1-14009                    p. 4/12

**Detail Continued**

|  |  | Amount |
|---|---|---|

**KRISTEN M BARNES**
Card Ending 1-11062

|  |  |  | Amount |
|---|---|---|---|
| 09/28/11 | STARBUCKS CORP023986NORTHVILLE    MI<br>800-7827282 | Off Sup | $35.85 |
| 09/28/11 | COSTCO WHSE #0391 00LIVONIA    MI<br>7344646399 | Off. Sup | $289.85 |
| 09/28/11 | BUSCH'S #1032 000000PLYMOUTH    MI<br>7344145200 | Off. Sup | $20.11 |
| 09/28/11 | BUSCH'S #1032 000000PLYMOUTH    MI<br>7344145200 | Off Sup | $24.49 |
| 09/29/11 | COLO FACILITIES ATLA404-230-9150<br>404-230-9150 | Rent | $2,410.00 |
| 09/29/11 | TRANXACT GLOBAL    404-230-9150<br>404-230-9150 | Internet | $140.00 |
| 10/10/11 | MEIJER INC #054   QNORTHVILLE    MI<br>8773634537<br>Description<br>REFER TO RECEIPT | Off Sup | $45.41 |
| 10/11/11 | USPS 2554860154055831IVONIA    MI<br>800-2758777 | Postage | $5.25 |
| 10/11/11 | AMAZON.COM        AMZN.COM/BILL    WA<br>MERCHANDISE | Off Sup | $210.66 |
| 10/11/11 | AMAZON.COM        AMZN.COM/BILL    WA<br>MERCHANDISE | Off Sup | $16.14 |

Continued on next page

A1339



**Platinum Business F∋domPass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 10/26/11

**OPEN**

p. 5/12

Account Ending 1-14009

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 10/12/11 | AMAZON MKTPLACE PMTSAMZN.COM/BILL   WA MERCHANDISE | | $45.99 |
| 10/12/11 | IRONWOOD GRILL 65000PLYMOUTH   MI 7346675614 | | $50.00 |

**JASON BARNES**
Card Ending 1-11070

| | | | Amount |
|---|---|---|---|
| 10/14/11 | THE UPS STORE 3415  LIVONIA   MI OFFICE SUPPLY STORE | | $87.61 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

## 2011 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2011 | $0.00 |
| Total Interest in 2011 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 17.24% (v) | $0.00 | $0.00 |
| Cash Advances | 21.24% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |
| (v) Variable Rate | | | |

A1340

T4C01295

| October 2011 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Office Supplies | Postage | Computer Supplies |
| Oct 2011 | | | | 60.83 | 2,410.00 | | 35.85 | 17.25 | |
| Oct 2011 | | | | 50.00 | 140.00 | | 20.11 | 5.25 | |
| Oct 2011 | | | | | | | 24.49 | 210.66 | |
| Oct 2011 | | | | | | | 45.41 | 16.14 | |
| Oct 2011 | | | | | | | | 45.99 | |
| Oct 2011 | | | | | | | | 87.61 | |
| Totals | 0.00 | 0.00 | 0.00 | 110.83 | 2,550.00 | 0.00 | 125.86 | 382.90 | 0.00 |
| Credits | | | | | | | | -2.59 | |
| Net Expenses | 0.00 | 0.00 | 0.00 | 110.83 | 2,550.00 | 0.00 | 125.86 | 380.31 | 0.00 |

T4C01296

Verizon Wireless
20580 Haggerty Rd
Northville, MI 48167-1974

(734)779-0143

Order Location: M4833 01 #279474 Pmt 1 of
1
Order Type: IS
Receive Location: M4833 01  Register: 1
10/01/11 14:22 ET  duffysc - EJM09

|  | Retail Price | Sale Price |
|---|---|---|
| AIP43PKSPRP SCR:IPHONE4 | $14.99 | $14.99 |
| MI State Sales Tax  : |  | $.90 |
| Total Taxes/Fees: |  | $.90 |
| Total: |  | $15.89 |
| This Payment: |  | $15.89 |
| AMEX XXXXXXXXXXXX4009 XX/XXXX |  |  |

---

MENDELSON ORTHOPEDICS
14555 LEVAN RD STE 215
LIVONIA, MI 48154
734-342-0200

Ref #: 001           Ref #: 010

Sale

VISA                 XXXXXXXXXX6247

ISA            Entry Method: Swiped

Appr Code: 962:18

nv #: 000010       Batch#: 000148
pprvd: Online

otal:            $      20.00

COPY

Customer Copy

---

0005
Server: MEGAN A                    Rec: 5
10/04/11 13:14, Swiped  T: 34 Term: 5

ANDIAMO LIVONIA
(   )  -
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX4009
Name: C MUCKE
OO TRANSACTION APPROVED
AUTHORIZATION #: 588501
Reference: AU|144|5
TRANS TYPE: Credit Card SALE

CHECK:                    54.83

TIP:            _____.___

TOTAL:          6 4 . 8 3

---

Kilwin's of Plymouth

298 S. Main Street
Plymouth, MI 48170
(734) 404-6719

10/07/2011  19:07
REG_0089_002 - Brandie

Dish - Single
  1.00 @ 3.50            T
Dish - Single
  1.00 @ 3.50            T
Milk Striped Milk Oreo
  1.00 @ 1.50
Milk Striped Milk Oreo
  1.00 @ 1.50
Milk Striped Milk Oreo
  1.00 @ 1.50
Milk Striped Milk Oreo
  1.00 @ 1.50            1.50
Sprinkled Milk Oreo
  1.00 @ 1.50            1.50

Order No.:            0000111253
Merchandise:               14.50
    Sales Tax               0.42
Total:                     14.92

Visa - x6247         14.92

Tendered:            14.92

---

Ocean Prime Troy
2915 Coolidge Highway
Troy, Michigan 48084
248-458-0500

Server: Steve        DOB: 10/13/2011
07:57 PM                  10/13/2011
Table 4/1                 7/70023

AMEX
Card #XXXXXXXXXXXX4009
Magnetic card present: MUCKE C
Approval: 559318

Amount:       $ 444.04

+ Tip:        9o -

= Total:      534.04

---

NO'S-TROY        191
NT ID
11   13:01:37 T021
E         CHK #016
          CHARGE 1

xxxxx4009
C

AUTH #       541882

CHARGE AMOUNT       59.04

TIP AMOUNT      _____|____

TOTAL           6 9 , 0 4

GUEST COPY
WE WELCOME YOUR COMMENTS!
PLEASE CALL US AT 1-800-983-4637
OR VISIT US AT WWW.MAGGIANOS.COM

MAGGIANO'S
LITTLE ITALY

A1342

Thank you for dining with
P.F. Chang's China Bistro.
17905 Haggerty Rd
Northville, MI 48167
248-675-0066

Server: Caitlin    DOB: 10/26/2011
01:39 PM                10/26/2011
Table 8/1               2/20008

*A. Alberty BDay Lunch*

                        SALE

AMEX                        3145751
Card #XXXXXXXXXXXX1062
Magnetic card present:
Card Entry Method:  S

Approval: 541873

*A. Alberty*    Amount:        $ 61.59
*A. Mueke*
*B. Dixon*      + Tip: _____ *12.00*
*J. Barnes*     = Total: _____ *73.59*
*K. Barnes*

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

If a 15 Digit Survey Code
is printed above, we cordially

T4C01298



## meijer
Higher Standards    Lower Prices

**Haggerty Rd.**
**Northville, MI - # 54**
(248) 349-2700          meijer.com

The Meijer Team appreciates your business
10/10/11
Your fast and friendly checkout was
provided by SOJOURNER

**★ ★ ★ ★ SAVINGS TODAY ★ ★ ★ ★**
★ TOTAL NON-COUPON SAVINGS     3.21 ★
★ SAVINGS TOTAL        3.21 ★

**GENERAL MERCHANDISE**
5114191506     TAPE                3.19  CT

**GROCERY**
4125084120     DISTILLED WATER
   3 @ 2.49                        7.47  F
4650021459     DUST CLEANER        4.17  T
4650021462     DUST WIPES          4.17  T
3800040310     WAFFLES
   2 @ 4.99                        9.98  F
4470003128     OM LUNCHMEAT        5.29  F
★84357100015   POPCORN
   2 @ 2.59
       was    7.18    now          5.18  F
★2700052304    MICRO POPCRN
       was    3.99    now          3.89  F
★7309325733    CANDY
       was    9.99    now          8.88  F

**CREDIT**
110            Bottle Refund      -7.50  N

**TOTAL**
               TOTAL TAX            .69
               TOTAL              45.41
**PAYMENTS**
   CREDIT CARDS        TENDER     45.41
   XXXXXXXXXXXX1062    BAL   00

                                      13

```
=====================================
          LIVONIA GREENMEAD
          LIVONIA, Michigan
             481529998
          2524950152-0096
10/11/2011 (180)027-5877 12:56:17 PM
=====================================
========= Sales Receipt =========
Product       Sale Unit        Final
Description   Qty  Price       Price

CHESAPEAKE VA 23321             $5.25
Zone-4 Priority Mail
15.20 oz.
                             ========
  Issue PVI:                    $5.25

                             ==========
  Total:                        $5.25

Paid by:
AMEX                            $5.25
   Account #:      XXXXXXXXXXXX1062
   Approval #:         582932
   Transaction #:      794
   23903040558321471304 2
*******++..++++*********************
***********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
***********************************
***********************************

   Order stamp           ) or
   call 1-800-
```

GMucke's
Biz Cards

```
TRANSACTION RECORD

         IRONWOOD

CARD TYPE:AMEX -EFT
No. ************1062 EXPI.: ****
ENTRY:SWIPED
Customer : KM BARNES
AUTHORIZATION:550100
TERMINAL:6
REFERENCE:306168

PURCHASE          $50.00

TIP            60.00

TOTAL

OCTOBER 12,2011 12:11:45
Server's name : Vicky S

         THANK YOU

      CUSTOMER COPY
```

Mucke
anniversary
gift

# amazon.com

## Details for Order #102-5916377-5079469
Print this page for your records.

**Order Placed:** October 11, 2011
**Amazon.com order number:** 102-5916377-5079469
**Order Total:** $272.79

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Universal Clear Laminating Pouches, 5 Mil, 4-3/8 X 6-1/2, Photo Size, 100/Box*<br>Condition: New<br>Sold by: Court Street Office Supplies (seller profile) | $10.83 |
| 1 of: *Fellowes 52006, Glossy Pouches - Legal, 3 mil, 25 pack*<br>Condition: New<br>Sold by: Amazon.com LLC | $16.14 |
| 1 of: *Fellowes 3 Mil 9 x 11.5 Inch Glossy Pouches 100 Pack (52454)*<br>Condition: New<br>Sold by: Amazon.com LLC | $23.88 |
| 1 of: *Fellowes Cleaning Wipes Laminating Roller 50 Pack (5703702)*<br>Condition: New<br>Sold by: Amazon.com LLC | $11.28 |
| 1 of: *Fellowes Venus 125 Laminator (5215901)*<br>Condition: New<br>Sold by: Amazon.com LLC | $210.66 |

**Shipping Address:**
Kristen Barnes
38705 7 MILE RD STE 460
LIVONIA, MI 48152-1093
United States

**Shipping Speed:**
FREE Super Saver Shipping

## Payment Information

**Payment Method:**
American Express | Last digits: 1062

**Billing Address:**
Kristen Barnes
38705 7 MILE RD STE 460
LIVONIA, MI 48152-1093
United States

| | |
|---|---|
| Item(s) Subtotal: | $272.79 |
| Shipping & Handling: | $18.89 |
| Super Saver Discount: | -$18.89 |
| | ----- |
| Total Before Tax: | $272.79 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$272.79** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

T4C01300

## Shipment Receipt:   Page #1 of 1

THIS IS NOT A SHIPPING LABEL   PLEASE SAVE FOR YOUR RECORDS

SHIP DATE:
Fri, Oct 14, 2011

EXPECTED DELIVERY DATE:
TUES, OCT 18, 2011 EOD

SHIP FROM:
Jason Barnes
36705 7 Mile Rd
Ste 460
Livonia MI 48152
(734) 744-4100

SHIP TO:
Millennium Solutions Inc.
Ed Chapman
4070 CLAIRMONT RD
CHAMBLEE GA 30341-3238
Business
(678) 524-6513

SHIPPED THROUGH:
The UPS Store #3415
LIVONIA,MI 48152
(248) 888-9060

SHIPMENT INFORMATION:
UPS Ground Commercial
50.0 lbs actual wt (ManWt)
72.00 lbs billable wt (DimWt)
Dims: 25.00x25.00x19.00 Store Packed
Declared Value = $400.00
Sig Req (w/Delv Confirm)
Pack and Ship Promise

Tracking Number: 1z0389A64210197901
Shipment ID: MMX6X23VW67UP
Order/Item #: - -
Ref#: - -

DESCRIPTION OF GOODS:
pc

SHIPMENT CHARGES:
Ground Commercial          $35.58
Service Options            $10.30
Fuel Surcharge              $3.02
CMS Processing Fee          $0.20

Total                      $49.10

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track
http://theupsstore.com (select Tracking, enter Shipment ID #)
http://ebe.com (select Tracking, enter Shipment ID #)
SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

CUSTOMER ACKNOWLEDGEMENT: I acknowledge and accept Terms & Conditions in force
for tendering shipments through this location and certify that address, content
and values provided for this shipment are accurate in all respects.

Signature:

ShipmentID MMX6X23VW67UP

Powered by iShip(tm)
10/14/2011 09:05 AM   Pacific Time

 International Shipping Notice - Carriage Forwarder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited. For shipping phone, call 1-800-782-7892                                                    United Parcel Service, Louisville, KY

The UPS Store - #3415
33006 W. Seven Mile Rd
Livonia, MI 48152
(248) 888-9060

10/14/11   12:04 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

| | | | |
|---|---|---|---|
| 001 | 812424 (009) | T1 $ | 10.38 |
| | 24x24x18 Mat Std | | |
| 002 | 000017 (016) | T0 $ | 27.50 |
| | custom pack service | | |
| 003 | 001040 (001) | T0 $ | 49.10 |
| | Ground Commercial | | |
| | Tracking: 1z0389A64210197901 | | |

SubTotal   $  86.98
StateofMichigan (T1)   $   0.63
Total   $  87.61

American Express   $  87.61
ACCOUNT NUMBER *          ***********1070
Ap   Code:   (S) Sale

Receipt ID 8290373264973488668 003 Items
CSH: Jamie          Tran: 3517 Reg: 002

Thank you          t   store.
Please          10

A1346



**bright house**
NETWORKS

*0001298

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA MICH  48154-5405
8381 9800 BH RP  11  11122011  YYNNNYNN

ACLR LLC
38705 7 MILE RD STE 460
2ND ACCT - STE 460
LIVONIA MI 48152-1093

ıᴵᴵᴵᵢₙₙₚₙᵢᵢᴵᵢₗₙᵢₗₚₙₙₙₚᵢᵢᴵᴵₗₚₚₙₙₙₗₗₗᴵᴵₗₗₗₙₚᵢᴵᴵᴵₗᵢₗ

# Statement of Account

Page 1 of 3

| | |
|---|---|
| Statement Date: | November 11, 2011 |
| **Account Number:** | 8381 98 006 0846891 |
| | Customer Code: 8625 |

**How To Reach Us...**
24HR CUSTOMER SUPPORT 866-898-9101
24HR INTERNET SERVICE 866-233-7233
24HR PHONE PAY 877-729-2246(PAY-2BHN)

**For Service At...**
38705 7 MILE RD STE 460
2ND ACCT - STE 460
LIVONIA MI 48152-1093

---

## Account Summary

Please see reverse side for account details.

PAYMENTS RECEIVED after 11/11/11 are not included on this statement

| | |
|---|---|
| Previous Statement Balance | $ 567.10 |
| Payment(s) | -567.10 |
| Current Monthly Service(s) | 475.00 |
| Other Charge(s), Taxes & Fee(s) | 81.45 |
| **Balance Due** | **$ 556.45** |
| **Payment Due Date** | **12/01/11** |

---

## For Your Information



Our 24/7 support number for our business class customer is 734-437-3347. You can add additional services for more savings by calling this number 866-892-2211. Please keep these numbers handy and thank you for being a Bright House Networks Business Class Customer.



Road Runner Lightning is here! Experience all the possibilites with Road Runner Lightning - speeds up to 40 Mbps exclusively from Bright House Networks! Call 866 898 9101 today!

Pd $\frac{11/28/11}{1827}$ Am

*Easy Ways to Pay:*  brighthouse.com      Phone      Mail

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



## PAYMENT APPROVAL FORM

Due Date: 12/1/11

Reoccuring Payment: yes

One Time Payment:

Invoice Number 1:
Invoice Number 2:
Invoice Number 3:
Invoice Number 4:
Invoice Number 5:

Payee: Bright House

Description of Charge(s): Coax Phone 12 trunks - Livonia office

Account Charged To: Utilities: Telephone Expenses

Total Amount: $556.45

*Managing Principal Use Only:*

Signature:

Approved Date:

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01303

 bright house NETWORKS

| | ACLR LLC | Page 2 of 3 |
| | Statement Date: | November 11, 2011 |
| | **Account Number:** | **8381 98 006 0846891** |

# Account Detail

**This statement is for services from 11/21/11 through 12/20/11.**

Previous Statement Balance ......................................................................... $ 567.10

## Payment(s)

| 10/26 | Payment - Thank You ............................................................... | -567.10 |
| | **Subtotal** ............................................................................... | **-567.10** |

## Current Monthly Service(s)

| 11/21 - 12/20 | Toll Free Number Service ........................................................ | 9.95 |
| 11/21 - 12/20 | Service Discount .................................................................... | -9.95 |
| 11/21 - 12/20 | Toll Free Number Service ........................................................ | 9.95 |
| 11/21 - 12/20 | Service Discount .................................................................... | -9.95 |
| 11/21 - 12/20 | Coax Phone 12 Trunks ............................................................ | 475.00 |
| | **Subtotal** ............................................................................... | **475.00** |

## Other Charge(s), Taxes & Fee(s)

| 11/11 | LNPA Fee (Local Port Number Avail) ....................................... | 3.00 |
| 11/11 | Wayne 911 Surcharge ............................................................ | 21.00 |
| 11/11 | E911 Technical Assessment .................................................... | 12.00 |
| 11/11 | Federal Excise Tax ................................................................. | 14.25 |
| 11/11 | State Use Tax ........................................................................ | 28.50 |
| 11/11 | Michigan 911 Surcharge .......................................................... | 2.70 |
| | **Subtotal** ............................................................................... | **81.45** |

**Balance Due** ...................................................................... | **$ 556.45**

Your Franchise Authority Is  Department Of Community Resource City Of Livonia 33000 Civic Center Dr. Livonia,
MI  48154 Phone 734/466-2540

A1349

T4C01304


**ACLR** *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

Due Date: 12/1/11

Reoccuring Payment: yes

One Time Payment:

Invoice Number 1: 59093290
Invoice Number 2:
Invoice Number 3:
Invoice Number 4:
Invoice Number 5:

Payee: ADT

Description of Charge(s): Security service fee for Livonia office.

Account Charged To: Office Expense: Office Supplies Services

Total Amount: $ 63.50

| Managing Principal Use Only: |
| --- |

Signature:

Approved Date:

ACLR Business Sensitive Information
Not for Public Dissemination

A1350

T4C01305



| Purchase Order Number | Invoice Date | Invoice Number | Invoice Amount | Payment Due Date |
|---|---|---|---|---|
| | 11/12/11 | 59093290 | $63.50 | 12/01/11 |

## Nature Of Service: Monthly Billing

**Current Charges:**

12/01/11 - 12/31/11
Recurring Service
Amount: $63.50     Tax: $0.00                    $63.50

## Total Balance Due:                              $63.50

Did you know... Failure to include your invoice could cause a delay in processing your payment.

Don't Forget to Include the Following With Your Payment:
Customer Number
Invoice Number

*Pd 11/28*
*CK 1829*
*AM*

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if less) per month will be assessed on the unpaid Total Balance Due when more than 30 days past due.

**Customer Number:**
01300 102739980

**Business/Account Name:**
A C L R

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093

**Billing Questions:**      (888) 238-2455
**Sales/Relocation:**      (800) 238-7887
**Monitoring/Service:**(800) 238-2727
**ADT Tax ID Number:** 58-1814102
**How to Read Your Bill:**
   http://www.adt.com/billinfo

It's fast and even more important - it's easy! You can save time and money paying your bill. Please see the back of your invoice to see how you can setup your account for automatic payments using your bank account!

Visit www.ADT.com for up-to-date security services information for your business.

To pay this invoice and/or future recurring invoice by credit card, follow the instructions on the back of this invoice.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL          Page 1 of 2



**ACLR** *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

| | |
|---|---|
| **Due Date:** | 11/30/11 |
| **Reoccuring Payment:** | yes |
| **One Time Payment:** | |
| **Invoice Number 1:** | 5476296100 |
| **Invoice Number 2:** | |
| **Invoice Number 3:** | |
| **Invoice Number 4:** | |
| **Invoice Number 5:** | |
| **Payee:** | AT&T |
| **Description of Charge(s):** | Ethernet access for Livonia office INTERNET |
| **Account Charged To:** | Office Expense |
| **Total Amount:** | $2453.94 |

| *Managing Principal Use Only:* |
|---|
| **Signature:** |
| **Approved Date:** |

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01307



ACLR LLC
38705 7 MILE RD
LIVONIA MI 48152

pd 11/28
ck 1830 Am



| | |
|---|---|
| **Page** | 1 of 2 |
| **Account Number** | 831-000-2638 624 |
| **Billing Date** | Nov 5, 2011 |
| **Questions?** | 1 800 235-7524 |
| **Web Site** | att.com |
| **Invoice** | 5476296100 |

## Monthly Statement

### Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | .00 |
| Payment | .00 |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 2,453.94 |
| **Total Amount Due** | **$2,453.94** |
| Payment Due Date | Nov 30, 2011 |

### Billing Summary

**For detailed information of your charges go to
www.businessdirect.att.com**

Questions? Call: 1 800 235-7524

**AT&T Business Services**

**Group #000001**
Sub-Account #831-000-2638 625      2,453.94
Total Group #000001                              2,453.94

**Total Current Charges**                      **2,453.94**

### Current Charges

**Group #000001**
**Sub-Account #831-000-2638 625**
**Customer Location:**
**38705 SEVEN MILE RD**
**LIVONIA, MI 48152**
**Charges for Subscriber/Router ID 7759737**
**38705 SEVEN MILE RD**
**LIVONIA, MI 48152**
**IP Optional Components**
Recurring Charges:
Nov 5, 2011 thru Dec 4, 2011
1. MIS Access Charge                                           997.55
   10Mbps - US
   Port ID: 7759737
   Works With Circuit: MLEC.629685..ATI

**Group #000001 - Continued**

Prorated Charges:
Service Order: NIP110426773456257
Service Ordered by: Christopher Mucke
Contact Number: 1-734-744-4402
Completion Date: Oct 7, 2011
2. MIS Access Charge                                           964.30
   Services Added
   Oct 7, 2011 thru Nov 4, 2011
Total IP Optional Components                            1,961.85

**MIS with Managed Router**
Prorated Charges:
Service Order: NIP110426773456257
Service Ordered by: Christopher Mucke
Contact Number: 1-734-744-4402
Completion Date: Oct 7, 2011
3. 10 Mbps Hi Cap Flex Bandwidth                        315.52
   Commitment
   Services Added
   Oct 7, 2011 thru Nov 4, 2011
Total MIS with Managed Router                             315.52

**Surcharges and Other Fees**
4. Federal Access Recovery Fee                              176.57
Total Surcharges and Other Fees                            176.57
Total Subscriber/Router ID 7759737               2,453.94
**Total Sub-Account #831-000-2638 625**          **2,453.94**
**Total Group #000001**                                        **2,453.94**

**Total Current Charges**                                  **2,453.94**

### News You Can Use

**News You Can Use**

ACCOUNT STATUS
Where allowed by law, AT&T may implement late payment interest of no
more than 18% annually. Rates will vary based on state regulations.
Interest will be calculated based upon daily balances and will be
applicable for each day that a delinquent balance is outstanding. This
charge will apply to all balances that are delinquent through such time
that payment in full is received at AT&T. The late payment interest
will be billed on a monthly basis. Accounts billed outside the US will
not be charged LPI.

Where allowed by law, AT&T may implement a $25 service fee for
restoration of service where delinquency has caused an interruption.
This fee will be applicable to each account that is being restored and
will be included on your monthly billing statement.

Attention customers: AT&T will charge a $25 fee for any check returned
for insufficient funds, applied on your next invoice. AT&T values your
business and thanks you for your cooperation in this matter.

Some products require electronic billing as their official bill media.
When electronic billing is the official bill media, an informational
statement may be sent containing some of the same information as the

Return bottom portion with your check in the enclosed envelope.

U.S. Pat. D410,950 and D414,510

A1353

att.com

**DELL**
Financial Services

See reverse side for important contact
information and payment instructions.

| Special Messages for ACLR, LLC | Invoice Number: 75288145 |
|---|---|

We'd like to introduce you to Dell Business Credit!
A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.
Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.

| Lease Contract Summary | | | | | | Lease Contract: 003-8565501-003 |
|---|---|---|---|---|---|---|
| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
| 003-8565501-003 | 12/01/11 | $52.94 | + | $0.00 | = | $52.94 |

| Invoice Date | November 08, 2011 | Business Segment | 010004 |
|---|---|---|---|
| Invoice Number | 75288145 | Billing Period | 11/01/11-11/30/11 |
| Lease Contract Number | 003-8565501-003 | Credits/Payments received(-) | $52.94 |
| | | *since last invoice | |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|
| Lease Contract Number | Invoice # | Description | Amount |
| 003-8565501-003 | | Credits/Payments | $52.94 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|
| Lease Contract Number | Sales Order | Description | TRANSACTION | | |
| Product Type | Purchase Order # | | Amount | Tax | Total |
| 003-8565501-003 FAIR MARKET VALUE | | PROPERTY TAX MGMT FEE | $2.28 | $0.14 | $2.42 |
| 003-8565501-003 FAIR MARKET VALUE | | RENTAL | $47.66 | $2.86 | $50.52 |
| | | Total for 003-8565501-003 | $49.94 | $3.00 | $52.94 |
| | | Invoice Total | $49.94 | $3.00 | $52.94 |

pd 11/28
ck 1831
AM

02-1x09-3040R2(5/10)



## PAYMENT APPROVAL FORM

**Due Date:** 12/16/11

**Reoccuring Payment:**

**One Time Payment:**

**Invoice Number 1:** 53217

**Invoice Number 2:**

**Invoice Number 3:**

**Invoice Number 4:**

**Invoice Number 5:**

**Payee:** MSI

**Description of Charge(s):** 5 vision computer support + network cutover

**Account Charged To:** IT support

**Total Amount:** $ 780.00

| *Managing Principal Use Only:* |
| --- |

**Signature:**

**Approved Date:** 12/8/11

pd. Check #1834   12/8/11
        AM

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01310

## Angie Mucke

| | |
|---|---|
| From: | Bruce Dixon |
| Sent: | Tuesday, November 22, 2011 9:45 AM |
| To: | Angie Mucke |
| Subject: | FW: Invoice from Millennium Solutions Inc. |
| Attachments: | Inv_53217_from_Millennium_S.pdf |

Angie,

Ed Chapman confirmed this was OK.  The 15 minutes was an error that Brian signed out to go to the 2nd floor comm. Room and didn't sign back in.  That was for the AT&T cutover and Ed said that he was on the phone during this time for at least an 1.5 hours so it matches up OK.  It can be paid.

Thanks,

Bruce

---

*Bruce Dixon | Systems Security Officer | ACLR, LLC*
38705 Seven Mile Rd.| Suite 460 | Livonia,  Michigan 48152-3975 | Off. Ph. (734) 744-4405 |  Cell Ph. (248) 894-6940 | Fax (734) 744-4150 | email:  bdixon@aclrsbs.com

The information contained in this message may be privileged and confidential and protected from disclosure. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination of, distribution of, copying of, or taking action in reliance on this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer.

---

**From:** Millennium Solutions Inc. [mailto:edc@msiatlanta.com]
**Sent:** Wednesday, November 16, 2011 1:40 PM
**To:** Bruce Dixon
**Cc:** Clayton Coggins [External]
**Subject:** Invoice from Millennium Solutions Inc.

Bruce,

Do we send these to you while Kristen is out? This is for the vision computer folks for the new network install and the terminal server installation.

Thanks,

Ed

**To view your invoice**
Open the attached PDF file. You must have Acrobat® Reader® installed to view the attachment.

T4C01311



*ck #1938*

**ZOHO Corporation**
4900 Hopyard Road
Suite 310
Pleasanton, California 94588-7100,
U.S.A
Phone: 925-924-9500
**Federal ID** :- 80-0722734

─────────── **INVOICE** ───────────

**INVOICE# 2008031**

| Bill To: |
|---|
| Attn :- **bdixon@aclrsbs.com**<br>ACLR, LLC<br>38705 Seven Mile Rd<br>Suite 460<br>Livonia MI 48152<br>United States |

| Ship To: |
|---|
| Millennium Solutions, Inc<br>4070 Clairmont Rd<br>Chamblee GA30341<br>United States |

| DATE | TERMS | DUE DATE | P.O.# |
|---|---|---|---|
| 22 Nov 2011 | Net 30 | 22 Dec 2011 | 1002 |
| Order ID | | License Sent to | |
| 221121,221122 | | ACLR : ACLR : bdixon@aclrsbs.com : 2011-11-21 22:03:35.0 | |

| Item | Description | Qty | Price | Discount(%) | Amount |
|---|---|---|---|---|---|
| 49247.0S | Annual Subscription fee for ManageEngine Firewall Analyzer 10 Devices Pack Premium Edition Start 22 November 2011 End 21 November 2012 | 1.00 | 4,495.00 | 0.00 | 4,495.00 |
| 48126.0S | Annual Subscription fee for ManageEngine EventLog Analyzer 20 Hosts pack Professional Edition Start 22 November 2011 End 21 November 2012 | 1.00 | 662.00 | 0.00 | 662.00 |

| | |
|---|---|
| Sub Total: | 5,157.00 |
| Total: | $5,157.00 |
| Late Fee: | 0.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| Balance Due: | $5,157.00 |

**Lock Box Address**

ZOHO Corporation
File No # 31469
P.O.Box 60000, San Francisco, CA 94160

**Bank Details for Transferring the Funds**

**Bank Name** : Bank of America
**Account Name** : Zoho Corporation
**Account Number** : 1499053935
**Routing No.** : 122000030
**ABA No.** : 026009593
**Swift Code** : BOFAUS3N
**Bank Address** : 125 South Market Street, San Jose CA 95113

**Notes**
Please quote the invoice No. in all your correspondence.



# PURCHASE ORDER

## ACLR, LLC

38705 Seven Mile Rd., Suite 460
Livonia, MI 48152
(734) 744-4400  Main
(734) 744-4150  Fax

P.O. NO.   1002
DATE   November 28, 2011
CUSTOMER ID

**VENDOR**

ZOHO Corp.
Attn:  Vijey
4900 Hopyard Rd., Ste 310
Pleasanton, CA 94588

**SHIP TO**

Millennium Solutions, Inc.
4070 Clairmont Rd.

Chamblee, GA  30341

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| N/A | N/A | N/A |

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 49247.0S | ManageEngine Firewall Analyzer Premium Edition - Annual subscription fee for 10 device pack | $     4,495.00 | 4,495.00 |
| 1 | 48126.0S | ManageEngine EventLog Analyzer Professional Edition - Annual subscription fee for 20 hosts pack | 662.00 | 662.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  | | |
|---|---|---|
| SUBTOTAL | $ | 5,157.00 |
| SALES TAX | | |
| TOTAL | $ | 5,157.00 |

_Bria Dupin_                              11/16/2011

Authorized by                              Date

| Form **W-9** | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send it to the IRS. |
| --- | --- | --- |

(Rev. January 2011)
Department of the Treasury
Internal Revenue Service

**Name (as shown on your income tax return)**
ZOHO Corporation

**Business name/disregarded entity name, if different from above**

**Check appropriate box for federal tax classification (required):**
☐ Individual/sole proprietor  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ .....................

☑ Exempt payee

☐ Other (see instructions) ▶

**Address (number, street, and apt. or suite no.)**
4900 Hopyard Road, Suite 310

**Requester's name and address (optional)**

**City, state, and ZIP code**
Pleasanton, CA 94588-7100

**List account number(s) here (optional)**

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

| | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Employer identification number**

| 8 | 0 | – | 0 | 7 | 2 | 2 | 7 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶ *(signature)*   Date ▶ 7/8/11

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                    Form **W-9** (Rev. 1-2011)

TOTAL P.01



# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

ACLR, LLC
Christopher Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI 48152

Invoice #   433100
November 16, 2011
Client:   37610
Matter: 147169

==================================================================

RE:   Federal Contracting


FOR SERVICES RENDERED through October 31, 2011

    Total Services:                                        $12,864.50


STATEMENT TOTAL                                            $12,864.50


PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
November 16, 2011
INVOICE # 433100
Page    2

*[handwritten: 10/11 Email states possible options @ current to modification of current to ___ T?]*

## DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 10/10/11 BSW | 1.00 | Research and begin <u>draft of proposed Mod</u>; review full text of original Mod 00001. | |

10/11/11 BSW    2.50    Review of file; research regarding possible
                        course of action; request document from
                        client. *[handwritten: What document from KB]*   *[handwritten: Chris said no at this point #?]*

10/12/11 BSW    1.00    Research and begin draft of proposed MOD
                        00002; review full text of original MOD
                        00001.   *[handwritten: 1st Bill?]*

10/13/11 BSW    2.00    Respond to client questions; research
                        definition of "claim"; draft of MOD 00002.

10/14/11 BSW    2.00    Telephone conference *[handwritten: Begin]* with client; draft of
                        MOD 00002.   *[handwritten: ↳ spoke to Jason]*

10/17/11 BSW    2.00    Revisions to CMS Task Award.

10/18/11 AM     1.10    Researched constructive termination for
                        convenience.

10/19/11 BSW    5.00    Multiple revisions to MOD 00002; respond to
                        client questions/comments; review of file.

10/19/11 AM     2.30    Reviewed the file and researched changes and
                        disputes clause.

10/20/11 BSW    5.00    Respond to client requests for additional
                        revision to MOD 00002; draft transmittal
                        letter; telephone conference with client.

10/21/11 AM      .70    Researched changes clause.

10/22/11 AM     1.00    Researched changes clause.

10/25/11 AM     2.80    Researched changes and disputes clauses.

10/26/11 BSW     .50    Respond to client question regarding
                        follow-up/next steps with CMS.   *[handwritten: 2 # email sent to me]*

10/27/11 BSW     .50    Review MSI agreement.

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
November 16, 2011
INVOICE # 433100
Page   3

10/27/11 AM      3.40   Reviewed MSI contract and developed strategy
                        for redrafting; researched termination for
                        convenience; researched causes for breach of
                        contract claim. — For what ?

10/28/11 BSW     2.50   Draft correspondence to client regarding MSI
                        agreement; written response to client
                        questions. — Don't have in my records

10/31/11 BSW     3.00   Review of client's revised MSI contract;
                        draft additional revisions; draft
                        correspondence to client regarding additional
                        clarifications.

10/31/11 BSW      .50   Communication with client re next steps with
                        Mod 00002 to CMS Task Order

                2 sentence
                email

                                                        $12,864.50

                        TIMEKEEPER SUMMARY
                                      — 1.00 hrs
                                    26                    10,600.00
        BSW    Bret S. Wacker        27.50 hours at  $400.00 =   $11,000.00
        AM     Andrew Mast          11.30 hours at  $165.00 =   $1,864.50
                                    - 6.80                       1,072.50
                                    ─────                      ─────────
                                     4.50                      = 11,672.50

AM = Disputed 6.8 hrs  (10/19, 10/21, 10/22, 10/25) → Change to 2.0

⌐ 2.0 + 4.5 = 6.5 total AM  $1,072.50

$11,672.50

T4C01317

**Andrea Alberty**

| | |
|---|---|
| **From:** | Wacker, Bret S. [BWacker@ClarkHill.com] |
| **Sent:** | Wednesday, December 07, 2011 3:34 PM |
| **To:** | Andrea Alberty |
| **Subject:** | RE: October billing questions |

Andrea:

Yes, Thanksgiving was a lot of fun in Baltimore with my siblings and their families.  Hope you had an enjoyable holiday as well.

In order to close out this discussion I will agree to take an hour of my time off the invoice in addition to the 4.8 hours of my associate's time.  I am confident that we did the work we stated in the invoice but it seems counterproductive to spend more of both our time on this.

Let me know if this is acceptable.

Bret

**Bret S. Wacker**

CLARK HILL PLC

202.772.0906 (direct) | 202.772.0905 (fax) | 313.910.4673 (cell)

bwacker@clarkhill.com | www.clarkhill.com |@chpublicaffairs

**From:** Andrea Alberty [mailto:aalberty@aclrsbs.com]
**Sent:** Tuesday, December 06, 2011 1:25 PM
**To:** Wacker, Bret S.
**Subject:** RE: October billing questions

Bret:
No worries, I completely understand. I hope everything went well or is going well with the protests.

In response to your email, here are our concerns/issues:

**10/10/11 BSW 1.00 Research and begin draft of proposed Mod; review full text of original Mod 00001.**
Your emails says: We don't agree that the 11th email indicates that  I wasn't working on the ACLR file on the 10th.  The email only speaks about what I expected to accomplish that day.

However, we did still not agree that on 10/10 you 'began draft of proposed Mod.' I agree and understand that you may have done some work on the file, research , etc.., however, since we were still discussing payment of the last bill on 10/10 (and in my opinion still questioning if the working relationship would move forward), the proposed Mod was not started then. Additionally, on 10/12 you billed for "begin Proposed Mod" again.  We think that .50 should be taken off.

Our issue with 10/27 still stands.
**10/27/11 AM 3.40 Reviewed MSI contract and developed strategy for redrafting; researched termination for convenience; researched causes for breach of contract claim**
I do not know what the research regarding the termination for convenience and research regarding causes for breach of contract claim are for. Termination for convenience is a topic that has already been researched and reviewed by both myself and you. We  exhausted that topic while working on the CMS contract. The causes for breach of contract claim was unnecessary if it is regarding the MSI contract. As far as a 'developed strategy for redrafting' ACLR received no deliverable of this, I am not aware of what this is referring to.

1

Thanks again for looking this over, I hope you had a good Thanksgiving

Andrea

---

**From:** Wacker, Bret S. [mailto:BWacker@ClarkHill.com]
**Sent:** Tuesday, December 06, 2011 12:27 PM
**To:** Andrea Alberty
**Subject:** RE: October billing questions

Andrea:

I apologize for not getting back to you sooner about the invoice. I have been tied up in two emergency protests at the GAO.

We have reviewed our records, and here's what we can offer to respond to your comments and request to write off about 30% of our October time:

We can agree to write down my associate's time 4 hours from 6.8 hours to 2.0 hours but we believe the other time is justified. We don't agree that the 11th email indicates that I wasn't working on the ACLR file on the 10th. The email only speaks about what I expected to accomplish that day. As for Chris' request on the 12th to not work on the Mod, I didn't get that instruction until about 11:30 am. Up until that instruction, I was putting in time working on the file, including reviewing documents from Kristen received about 9:30 am. Additionally, even though we stopped working on the Mod at Chris' request, we did re-start the Mod revision effort again later that week and the prior work did benefit that project. Finally, the 10/27 time reflected a combination of issues we were addressing related to both MSI and CMS issues. We will agree it might have been clearer breaking the time out into two entries but the time would still amount to the same regardless of presentation.

Let me know if you want to discuss by phone or meeting.

Bret

**Bret S. Wacker**

CLARK HILL PLC
202.772.0906 (direct) | 202.772.0905 (fax) | 313.910.4673 (cell)

bwacker@clarkhill.com | www.clarkhill.com |@chpublicaffairs

**From:** Andrea Alberty [mailto:aalberty@aclrsbs.com]
**Sent:** Tuesday, November 22, 2011 11:49 AM
**To:** Wacker, Bret S.
**Subject:** RE: October billing questions

Thanks you too!!

---

**From:** Wacker, Bret S. [mailto:BWacker@ClarkHill.com]
**Sent:** Tuesday, November 22, 2011 11:49 AM
**To:** Andrea Alberty
**Cc:** Angie Mucke
**Subject:** RE: October billing questions

Andrea:

I will review the invoice and the comments below. I should have a response after the holiday.

Have a great Thanksgiving!

Bret

**Bret S. Wacker**

CLARK HILL PLC
202.772.0906 (direct) | 202.772.0905 (fax) | 313.910.4673 (cell)

bwacker@clarkhill.com | www.clarkhill.com |@chpublicaffairs

**From:** Andrea Alberty [mailto:aalberty@aclrsbs.com]
**Sent:** Tuesday, November 22, 2011 11:20 AM
**To:** Wacker, Bret S.
**Cc:** Angie Mucke
**Subject:** October billing questions

Bret,
I have received the bill for the month of October. According to my records, there are some discrepancies in the services performed.
The bill states, and we take issue with, the following:

**10/10/11 BSW 1.00 Research and begin draft of proposed Mod; review full text of original Mod 00001.**

However, we did not agree on the billing of the last invoice until 10/10/11 and on 10/11/11 you sent me the following email indicating that steps had not been taken yet and laying out the options/steps to consider:

Andrea:
I expect to make some major progress on this today.  There are multiple steps to consider here: modification of the current Task Order/PWS;  equitable adjustment and Changes clause affects; then potential claims (breach) issues.  I will try to lay them all out for you.
Has Chris been able to set a meeting yet with the KO?
Bret

**10/12/11 BSW 1.00 Research and begin draft of proposed Mod 00002; review full text of original MOD 00001.**

According to my records, I sent you an email on 10/12/11 which stated:
Bret,
I am not in the office today but I briefly spoke with Chris. He would like for you to focus on the breach stuff. He does not want you to craft a new mod, he wants the KO to do that.

Thus, you should not have begun drafting and we should not be billed for something I asked you not to do. You replied to me and I responded on 10/13 requesting for you to call me. Thus, the 10/12 billing is incorrect.

**10/19/11 AM 2.30 Researched changes and disputes clause**
**10/21/11 AM .70 Researched changes clause**
**10/22/11 AM 1.00 Researched changes clause**
**10/25/11 AM 2.80 Researched changes and disputes clause**
I have no argument with having an associate conduct research. However, this associate researched the same topic 4 separate days for a total of 6.8 hours? That appears to be excessive. I would think that one day and a total of 2.0 hours would be enough.
ACLR did not receive any deliverable, any workpaper, or any write up regarding any such research for all the time out into this. I conducted my own research on the topic because it became an issue.

3

**10/27/11 AM 3.40 Reviewed MSI contract and developed strategy for redrafting; researched termination for convenience; researched causes for breach of contract claim**

I do not know what the research regarding the termination for convenience and research regarding causes for breach of contract claim are for. Termination for convenience is a topic that has already been researched and reviewed by both myself and you. The causes for breach of contract claim – if that is regarding the MSI contract, I find unnecessary.

Thus, there is a discrepancy over 12.20 hours.

Thank you for your promptness in this matter,
Andrea Alberty

---

*Andrea R. Alberty, Esq.* | *General Counsel* | *ACLR, LLC*
38705 7 Mile Rd., Suite 460 | Livonia, Michigan 48152-3975 | ☏(734) 744 - 4406 | 🖷(734) 744 - 4150 |
✉ mailto:aalberty@aclrsbs.com

The information contained in this message may be privileged and confidential and protected from disclosure. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination of, distribution of, copying of, or taking action in reliance on this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer.

LEGAL NOTICE: This e-mail is for the exclusive use of the intended recipient(s), and may contain privileged and confidential information. If you are not an intended recipient, please notify the sender, delete the e-mail from your computer and do not copy or disclose it to anyone else. Your receipt of this message is not intended to waive any applicable privilege. Neither this e-mail nor any attachment(s) establish an attorney-client relationship, constitute an electronic signature or provide consent to contract electronically, unless expressly so stated by a Clark Hill attorney in the body of this e-mail or an attachment.

FEDERAL TAX ADVICE DISCLAIMER: Under U. S. Treasury Regulations, we are informing you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

LEGAL NOTICE: This e-mail is for the exclusive use of the intended recipient(s), and may contain privileged and confidential information. If you are not an intended recipient, please notify the sender, delete the e-mail from your computer and do not copy or disclose it to anyone else. Your receipt of this message is not intended to waive any applicable privilege. Neither this e-mail nor any attachment(s) establish an attorney-client relationship, constitute an electronic signature or provide consent to contract electronically, unless expressly so stated by a Clark Hill attorney in the body of this e-mail or an attachment.

FEDERAL TAX ADVICE DISCLAIMER: Under U. S. Treasury Regulations, we are informing you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

LEGAL NOTICE: This e-mail is for the exclusive use of the intended recipient(s), and may contain privileged and confidential information. If you are not an intended recipient, please notify the sender, delete the e-mail from your computer and do not copy or disclose it to anyone else. Your receipt of this message is not intended to waive any applicable privilege. Neither this e-mail nor any attachment(s) establish an attorney-client relationship, constitute an electronic signature or provide consent to contract electronically, unless expressly so stated by a Clark Hill attorney in the body of this e-mail or an attachment.

FEDERAL TAX ADVICE DISCLAIMER: Under U. S. Treasury Regulations, we are informing you that, to the extent this

T4C01321



**ACLR** *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

**Due Date:** ASAP

**Reoccuring Payment:** NO

**One Time Payment:** YES

**Invoice Number 1:** 433100 ( $ 10,930)
**Invoice Number 2:** 436555 ( $ 6180.00)
**Invoice Number 3:** -1090 = 9171 1
**Invoice Number 4:** = $15,399.00
**Invoice Number 5:**

**Payee:** Clark Hill

**Description of Charge(s):** Federal Contracting legal fees from October
& november, 2011

**Account Charged To:**

**Total Amount:** $15,399.00

*Managing Principal Use Only:*

**Signature:**

**Approved Date:**

ACLR Business Sensitive Information
Not for Public Dissemination



# CLARK HILL

*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

ACLR, LLC
Christopher Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI 48152

Invoice #  436555
December 12, 2011
Client:  37610
Matter: 147169

===================================================================

RE:  Federal Contracting

FOR SERVICES RENDERED through November 30, 2011

    Total Services:                      $6,180.00

STATEMENT TOTAL                     $6,180.00

PAYABLE UPON RECEIPT IN U.S. DOLLARS

A1368

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
December 12, 2011
INVOICE # 436555
Page   2

### DETAILED DESCRIPTION OF SERVICES

11/01/11 BSW     2.50    Revisions to MSI agreement; correspondence
                         with client; telephone conference with client.

11/02/11 BSW     3.00    Review of client correspondence; telephone
                         conference with client regarding course of
                         action and dispute process; draft various
                         responses to client inquiries; prepare letter
                         to KO for client.

*# phone call abt.*
*# Chris being mad at us ⊗*

11/02/11 AM      1.10    Researched theories of recovery regarding
                         changes clause.

11/04/11 BSW     2.00    Review of correspondence regarding server
                         modifications to task order; draft response;
                         respond to client inquiries; research of
                         claims; draft memorandum to client.

*1 question abt. email*
*wrote summary for Chris*

11/07/11 BSW     3.00    Response and research regarding multiple
                         client questions regarding possible breach of
                         task order of CMS.

*⊅ Emails regarding how he ans. Chris Intrepret IT ScdA clause*

11/08/11 BSW     2.50    Response to request for clarification of ITSC
                         & A; revisions to client letter to CMS.

11/16/11 AM      2.90    Researched causes of action. *— DISagree*

11/22/11 BSW      .80    Telephone conference with client; revisions
                         to MOD00002. *— ?*

*I added what we talked about & sent to Chris.*

                                                    $6,180.00

### TIMEKEEPER SUMMARY

BSW     Bret S. Wacker          13.80 hours at  $400.00 =    $5,520.00
AM      Andrew Mast              4.00 hours at  $165.00 =      $660.00

T4C01324

# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840



**INVOICE**

ACLR, LLC
Christopher Mucke
38705 Seven Mile Road
Suite 460
Livonia, MI 48152

Invoice #   433100
November 16, 2011
Client:   37610
Matter: 147169

==================================================================

RE:   Federal Contracting

FOR SERVICES RENDERED through October 31, 2011

    Total Services:                                    $10,930.00

STATEMENT TOTAL                                        $10,930.00

PAYABLE UPON RECEIPT IN U.S. DOLLARS

A1370

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
November 16, 2011
INVOICE # 433100
Page   2


### DETAILED DESCRIPTION OF SERVICES


| | | | |
|---|---|---|---|
| 10/10/11 BSW | 1.00 | Research and begin draft of proposed Mod; review full text of original Mod 00001. |
| 10/11/11 BSW | 2.50 | Review of file; research regarding possible course of action; request document from client. |
| 10/12/11 BSW | 1.00 | Research and begin draft of proposed MOD 00002; review full text of original MOD 00001. |
| 10/13/11 BSW | 1.00 | Respond to client questions; research definition of "claim"; draft of MOD 00002. |
| 10/14/11 BSW | 2.00 | Telephone conference with client; draft of MOD 00002. |
| 10/17/11 BSW | 2.00 | Revisions to CMS Task Award. |
| 10/18/11 AM | 1.00 | Researched constructive termination for convenience; research changes and dispute clauses. |
| 10/19/11 BSW | 5.00 | Multiple revisions to MOD 00002; respond to client questions/comments; review of file. |
| 10/20/11 BSW | 5.00 | Respond to client requests for additional revision to MOD 00002; draft transmittal letter; telephone conference with client. |
| 10/26/11 BSW | .50 | Respond to client question regarding follow-up/next steps with CMS. |
| 10/27/11 BSW | .50 | Review MSI agreement. |
| 10/27/11 AM | 1.00 | Reviewed MSI contract and developed strategy for redrafting; researched termination for convenience; researched causes for breach of contract claim. |

# CLARK HILL P.L.C.

ACLR, LLC
Federal Contracting
November 16, 2011
INVOICE # 433100
Page   3

| 10/28/11 BSW | 2.50 | Draft correspondence to client regarding MSI agreement; written response to client questions. |
|---|---|---|
| 10/31/11 BSW | 3.00 | Review of client's revised MSI contract; draft additional revisions; draft correspondence to client regarding additional clarifications. |
| 10/31/11 BSW | .50 | Communication with client re next steps with Mod 00002 to CMS Task Order |

$10,930.00

### TIMEKEEPER SUMMARY

| BSW | Bret S. Wacker | 26.50 hours at | $400.00 = | $10,600.00 |
|---|---|---|---|---|
| AM | Andrew Mast | 2.00 hours at | $165.00 = | $330.00 |

---

**Platinum Business Freedom Pass Credit Card**
AMERICAN EXPRESS
ACLR
CHRISTOPHER MUCKE
Closing Date 11/25/11

OPEN™

p. 1/10

Account Ending 1-14009

| | |
|---|---|
| New Balance | $5,810.36 |
| Minimum Payment Due | $116.00 |
| Payment Due Date | 12/20/11 |

**Late Payment Warning:** If we do not receive at least the Minimum Payment Due by the Payment Due Date listed above, you may be assessed a late fee and your APR may be increased to a Penalty APR.

See page 2 for important information about your account.

*Pd 12/9/12 W 3740*

### FreedomPass Points

62,333

For rewards information, please visit americanexpress.com/freedompass

### Account Summary

| | |
|---|---|
| Previous Balance | $4,956.93 |
| Payments/Credits | -$5,047.49 |
| New Charges | +$5,900.92 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$5,810.36** |
| **Minimum Payment Due** | **$116.00** |
| Credit Limit | $22,400.00 |
| Available Credit | $16,589.64 |
| Cash Advance Limit | $4,500.00 |
| Available Cash | $4,500.00 |
| Days in Billing Period: 30 | |

### Customer Care

**Pay by Computer**
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-653-3104 | 1-800-472-9297 |

See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 1-14009

Enter account number on all documents.
Make check payable to American Express.

CHRISTOPHER MUCKE
ACLR
ACLR
38705 7 MILE RD
Livonia MI 48152

| Payment Due Date | 12/20/11 |
|---|---|
| New Balance | $5,810.36 |
| Minimum Payment Due | $116.00 |

*Voided*

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$ _____
**Amount Enclosed**

0000349990624312155 0005810360000011600 22 A





Closing Date 11/25/11

Account Ending 1-14009

## Payments and Credits

### Summary

| | | Total |
|---|---|---|
| Payments | | -$4,956.93 |
| Credits | | |
| CHRISTOPHER MUCKE 1-14009 | | -$63.41 |
| JASON BARNES 1-11070 | | -$27.15 |
| **Total Payments and Credits** | | **-$5,047.49** |

### Detail      *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 11/14/11* | CHRISTOPHER MUCKE | ONLINE PAYMENT - THANK YOU | -$4,956.93 |

| Credits | | | Amount |
|---|---|---|---|
| 10/30/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz  SEE SUMMARY GRID FOR MORE INFORMATION | -$24.70 |
| 11/04/11* | CHRISTOPHER MUCKE | Up to 10% OPEN Savings at Hertz  SEE SUMMARY GRID FOR MORE INFORMATION | -$11.17 |
| 11/05/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at  Springhill Suites by Marriott  SPRINGHILL SUITES4Y4 $539.01 11/03/2011 | -$26.95 |
| 11/18/11* | CHRISTOPHER MUCKE | 5% OPEN Savings at FedEx  FDX#878670215000152 8786 $11.76 11/16/2011 | -$0.59 |
| 11/05/11* | JASON BARNES | 5% OPEN Savings at  Springhill Suites by Marriott  SPRINGHILL SUITES4Y4 $543.01 11/03/2011 | -$27.15 |

## New Charges

### Summary

| | | Total |
|---|---|---|
| CHRISTOPHER MUCKE 1-14009 | | $2,325.32 |
| KRISTEN M BARNES 1-11062 | | $2,968.08 |
| JASON BARNES 1-11070 | | $607.52 |
| **Total New Charges** | | **$5,900.92** |

### Detail

**CHRISTOPHER MUCKE**
Card Ending 1-14009

| | | | | | Amount |
|---|---|---|---|---|---|
| 10/28/11 | HERTZ CAR RENTAL   HERTZ PPAY  Location  Rental:   HERTZ PPAY OK  Return:   HERTZ PPAY OK  Agreement Number: 002405200  Renter Name: MUCKE CHRISTOPHER | OK | Date  11/10/26  11/10/28 | cal | $247.02 |
| 11/01/11 | MCCORMICK  SCHMICKS BALTIMORE  RESTAURANT | MD | | Meal | $149.90 |

Continued on reverse

| CHRISTOPHER MUCKE | Account Ending 1-14009 | p. 4/10 |
| --- | --- | --- |

**Detail Continued**

Amount

| 11/03/11 | HERTZ CAR RENTAL   BALTIMORE        MD | | | $111.67 |
| --- | --- | --- | --- | --- |
| | Location | | Date | |
| | Rental:     BALTIMORE MD | | 11/10/31 | |
| | Return:     BALTIMORE MD | | 11/11/03   *car* | |
| | Agreement Number: 121722786 | | | |
| | Renter Name: MUCKE /CHRISTOPHER | | | |
| 11/03/11 | SPRINGHILL SUITES4Y4LINTHICUM        MD | | | $539.01 |
| | Arrival Date | Departure Date | | |
| | 10/31/11 | 11/03/11 | *lodging* | |
| | 00000000 | | | |
| 11/03/11 | OLIVE GROVE 8843006BLINTHICUM        MD | | | $80.45 |
| | RESTAURANT | | | |
| | TIP | $15.00 | *meal* | |
| 11/03/11 | METRO AIRPORT PARKINDETROIT        MI | | | $75.00 |
| | PARKING LOT & GARAGE | | *car* | |
| 11/03/11 | BWI RAMS HEAD 140132BALTIMORE        MD | | | $101.67 |
| | CATERER | | | |
| | FOOD/BEVERAGE | $87.67 | *meal* | |
| | TIP | $14.00 | | |

Continued on next page

A1375



**Platinum Business Freedo... ass Credit Card**
ACLR
CHRISTOPHER MUCKE
Closing Date 11/25/11

p. 5/10

Account Ending 1-14009

## Detail Continued

|  |  | Amount |
|---|---|---|
| 11/16/11 | FDX#878670215000152 1-800-622-1147<br>1-800-622-1147<br>TO: C/O CINTRONICSONLINE.COM IL<br>FROM: ACLR 48170<br>001 GROUND SLB AWB878670215000152<br>YOUR FEDEX CUSTOM DISCOUNT IS $0.25 | $11.76 |

KRISTEN M BARNES
Card Ending 1-11062

|  |  |  | Amount |
|---|---|---|---|
| 10/26/11 | PF CHANGS #9921 0081NORTHVILLE   MI<br>248-999-9999<br>FOOD                    $61.59<br>TIP                     $12.00 | | $73.59 |
| 10/31/11 | COLO FACILITIES ATLA404-230-9150<br>404-230-9150 | | $2,410.00 |
| 11/01/11 | USPS 255486015405583LIVONIA   MI<br>800-2758777 | | $8.12 |
| 11/07/11 | GMCR/KEURIG       800-717-1951   VT<br>COFFEE | | $55.96 |
| 11/09/11 | MEIJER INC #054   QNORTHVILLE    MI<br>8773634537<br>Description<br>REFER TO RECEIPT | | $185.76 |
| 11/09/11 | BUSCH'S #1032 000000PLYMOUTH    MI<br>7344145200 | | $11.97 |
| 11/09/11 | STARBUCKS CORP023986NORTHVILLE   MI<br>800-7827282 | | $52.84 |
| 11/09/11 | BEDBATH&BEYOND#0113 NORTHVILLE    MI<br>248-344-0999 | | $4.23 |
| 11/11/11 | COSTCO WHSE #0391 00LIVONIA    MI<br>7344646399 | | $163.72 |
| 11/15/11 | THE HOME DEPOT 2704 NORTHVILLE    MI<br>000-000-0000 | | $1.89 |

Continued on reverse

CHRISTOPHER MUCKE                    Account Ending 1-14009                    p. 6/10

## Detail Continued

| | | | Amount |
|---|---|---|---|

**JASON BARNES**
Card Ending 1-11070

| | | | Amount |
|---|---|---|---|
| 10/31/11 | BWI RAMS HEAD 140132BALTIMORE   MD<br>CATERER<br>FOOD/BEVERAGE   $19.51<br>TIP   $5.00 | | $24.51 |
| 11/03/11 | METRO AIRPORT PARKINDETROIT   MI<br>PARKING LOT & GARAGE | | $40.00 |
| 11/03/11 | SPRINGHILL SUITES4Y4LINTHICUM   MD<br>Arrival Date   Departure Date<br>10/31/11   11/03/11<br>00000000 | | $543.01 |



## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | $0.00 |

## 2011 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2011 | $0.00 |
| Total Interest in 2011 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 17.24% (v) | $0.00 | $0.00 |
| Cash Advances | 21.24% (v) | $0.00 | $0.00 |
| Total | | | $0.00 |

(v) Variable Rate

T4C01332

| | | | | November 2011 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Period | Flight | Lodging | Transportation | Meals | IT Services | Phone | Office Supplies | Postage | Computer Supplies |
| Nov 2011 | | 539.01 | 247.02 | 149.90 | 2,410.00 | | 55.96 | 11.76 | |
| Nov 2011 | | | 111.67 | 101.67 | | | 185.76 | 8.12 | |
| Nov 2011 | | | 89.45 | 73.59 | | | 11.97 | | |
| Nov 2011 | | | 75.00 | | | | 52.84 | | |
| Nov 2011 | | | | | | | 4.23 | | |
| Totals | 0.00 | 539.01 | 523.14 | 325.16 | 2,410.00 | 0.00 | 310.76 | 19.88 | 0.00 |
| Credits | | -54.10 | -35.87 | | | | | -0.59 | |
| Net Expenses | 0.00 | 484.91 | 487.27 | 325.16 | 2,410.00 | 0.00 | 310.76 | 19.29 | 0.00 |

T4C01333



SPRINGHILL SUITES
Marriott

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

C. Mucke

Room: 225

Room Type: KSTE

Number of Guests: 1

Rate: $159.00          Clerk:

Arrive: 31Oct11    Time: 11:49PM    Depart: 03Nov11    Time:          Folio Number: 53676

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 31Oct11 | Room Charge | 159.00 | |
| 31Oct11 | State Occupancy Tax | 9.54 | |
| 31Oct11 | Occupancy Sales Tax | 11.13 | |
| 01Nov11 | Room Charge | 159.00 | |
| 01Nov11 | State Occupancy Tax | 9.54 | |
| 01Nov11 | Occupancy Sales Tax | 11.13 | |
| 02Nov11 | Room Charge | 159.00 | |
| 02Nov11 | State Occupancy Tax | 9.54 | |
| 02Nov11 | Occupancy Sales Tax | 11.13 | |
| 03Nov11 | American Express | | 539.01 |
| | *Card #: AXXXXXXXXXXXXX4009/XXXX* | | |
| | *Amount:  539.01  Auth: 137902  Signature on File* | | |

**Balance:**          0.00

**Rewards Account # XXXXX8175.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

PLEASE MAKE AS SIMLAR AS POSSIBLE - 25-
30 ROSES, BRANCES, TI LEAVES, TALL
CYLINDER GLASS VASE ETC...... STYLIZED -
PRICE OKD BY KELLY

| | |
|---|---|
| Merchandise | $179.00 |
| Delivery | $13.50 |
| Tax @ 6% | $10.74 |
| **Grand Total** | **$203.24** |

INSERT
THIS END UP

PIER V PARKING
711 E PRATT ST
BALTIMORE MD 21201
RECEIPT          A1

ENTRY TIME:
11/01/11    16:09
EXIT TIME:
11/01/11    18:24
PARK-DUR.: HRS:MIN
            0:02:15
AMOUNT:
AMEX 19009 $ 20.00

KIND OF PAYMENT:

THANK YOU FOR YOUR

---

Panera Bread
Cafe 3588
Baltimore, MD 21244
Phone: 410-448-7431

11/1/2011                    11:53:30 AM
Check Number: 403024   Cashier:    Terri
1 CUBAN PANINI                    7.19
    1 ***CHIPS
1 SMKY TURK-PANINI                6.99
    1 ***CHIPS
1 REG. SODA                       1.59
1 REG. SODA                       1.59
        Subtotal                 17.36
        Tax                       1.05
        Total                    18.41
        Cash                     20.00
        Change                    1.59

Chucke
Jbarnes

L US HOW WE ARE DOING
AND YOU MAY WIN $2000
O WWW.PANERALISTENS.COM
CALL 1-800-699-01 0
48 HOURS/ MONTHLY DRAWING
AT WWW.PANERALISTENS.COM

HE

---

*******************************************
DATE 11/01/11        TIME 6:17:48PM
MID CCRD

McCormick & Schmick
Pier 5 Inner Harbor
Baltimore, MD
21202
410-234-1300
PLEASE SIGN AND LEAVE THE MERCHANT COPY
THE CUSTOMER COPY IS YOURS TO TAKE

AMEX      XXXXXXXXXXX4009     S
AUTH 534564   TBL 14   CHECK   652127
PRE-AUTH          COCKTAIL     C-KATE H

AMOUNT                         113.80
TAX                              8.10

SUBTOTAL  $  121.90

TIP  $ . . . . . . . . .

TOTAL  $ 145.50

=============

CUSTOMER COPY
*******************************************

Chucke
Jbarnes

---

Panera Bread
Cafe 3588
Baltimore, MD 21244
Phone: 410-448-7431

11/2/2011                    11:57:36 AM
Check Number: 503115   Cashier:    Regu
1 TUNA                            5.59
    1 HONEY  WHEAT
    1 No TOMATO                Jbarnes
    1 MAYO                     Chucke
    1 ***CHIPS
1 REG. SODA                       1.59
1 SMKY TURK-PANINI                6.99
    1 ***CHIPS
1 REG. SODA                       1.59
        SubTotal                 15.76
        Tax                       0.95
        Total                    16.71
        Cash                     20.00
        Change                    3.29

TELL US HOW WE ARE DOING
AND YOU MAY WIN $2000
GO TO WWW.PANERALISTENS.COM
OR CALL 1-800-699-0130
WITHIN 48 HOURS/ MONTHLY DRAWING
RULES AT WWW.PANERALISTENS.COM

HERE

Your Order Number is: 515
Customer / Paper:

---

OLIVE GROVE
(410)636-1385
MERCANT

Date: 11/02/2011   Time: 06:07:44 P

Card Type:         American Express
Card Number:       XXXXXXXXXXX4009

Server Name:   Candy
Check Number:  782826
Card Owner:    MUCKE/C

Banerss
puh

AMOUNT  74.45

TIP     15—

TOTAL   89.45

Approval: 570970

RETAIN THI

---

OLIVE GROVE
410-636-1385
              Bar

Date  :11/02/2011   Check#  :782846
Time  :05:55:09 PM  Table#  :4697
Covers:0            Server #:  27
Person# : 1

1    PLACIDO CHIANTI            0.00
     GLASS                      5.95

        SUB TOTAL               5.95
        Food Tax                0.00
        Liquor Tax              0.54
        Total Tax               0.54

TOTAL                    6.49

THANK YOU!
Lee

Chucke
Jbarnes



A1381

SSP America
RAM'S HEAD TAVERN
BWI Airport, MD
(410) 691-2515
Date:         Nov03'11 03:03PM
Card Type:    Amex
Acct #:       XXXXXXXXXXX4009
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    EIE005187773519
Exp Date:     XX/XX
Auth Code:    502966    BALNE8
Check:        9487
Table:        14/1
Server:       11 Douglas

Subtotal:              87.67

Tip:_____

Total:_____    101.67

Signature
** Gratuity Not Included **
I agree to pay above total
according to my card issuer
agreement.
*** Customer Copy ***

---

BWI-THURGOOD MARSHALL AP
RES: F2741138057 /VSTMDD/
                                          T4C01336
RR 121722786                              #01
CHRISTOPHER
MUCKE

INITIAL CHARGES
RENT RT$ 91.49/DAY  @ 3 DAYS   $  274.47
SUBTOTAL 1                     $  274.47
DISCOUNT -      R 10%          $   27.45
SUBTOTAL LESS DISCOUNT        T$  247.02

CHARGES ADDED DURING RENT L
LDW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
FUEL & SVC $ .344/MI  $ 5. 0/GL  $   32.68

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY        T$   27.63
CFC & TFC                      T$   16.05
VEHICLE LICENSE COST RECO ERY  T$    1.68
TAX 11.500% ON      292.38     $    33.63
VOUCHER - 1                    $-  247.02
TOTAL AMT DUE                  $  111.67
PAID BY   AMX  XXXXXXXXX X4009  11/3/11

FOR EXPLANATION OF THE AB VE CHARGES,
PLEASE ASK A REPRESENTATI E OR GO TO
WWW.HERTZ.COM/CHARGESEXPL INED

VEHICLE:01894 /2420644 11 I/LACADIAAWDSNS
LICENSE:NC ADN5981
FUEL:  FULL  8/8 OUT 0/8 IN
MILES CHECKIN:  12548
MILES @ RENTAL:  12453
MILES DRIVEN:       95
CDP: XXXXXXX

RENTED:   BWI-THURGOOD MA SHALL AP
RENTAL:   10/31/11  23:3
RETURN:   11/03/11  12:0
RETURNED: BWI-THURGOOD MA SHALL AP
COMPLETED BY: 3335/MDBAL 1

PLAN IN:  VSTMDD     RATE CLASS: L
PLAN OUT: VSTMDD

HOW WAS YOUR EX ERIENCE?
WE'D LIKE YOUR  EEDBACK.

1)  Call  1-800-27 -1595, or
    Visit  WWW.HER ZSURVEY.COM

2)  Enter Access C de:   01840

3)  Take Brief 4 Q estion Survey

QUESTION
Visit WWW.HERT .COM or
Call 1-800-65 -4173

THANK YOU FOR RENT NG FROM
HERTZ

---

A1382

T4C01337



39500 W.SEVEN MILE RD.
NORTHVILLE MI 48167   (248)347-9600

2704  00056  75699    11/15/11  08:17 AM
CASHIER SELF CHECK OUT - SCOT56

736511500806 80 YALE KEY <A>        1.78

                    SALES TAX          0.11
                    TOTAL             $1.89
XXXXXXXXXXX1062  AMEX               1.89
AUTH CODE 520629/6565800             TA



2704 56 75699 11/15/2011 6273

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        02/13/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*******************************xxxx

ENT___ ___ _ ____CE
__ ___ _ ___ ____

A1383

T4C01338



```
STARBUCKS Store #2398
20055 Haggerty Road
Northville, MI  (248) 347-4502

CHK 656155
11/09/2011 12:57 PM
1284135  Drawer: 2  Reg: 2

House 1lb Wb            11.95
House 1lb Wb            11.95
House 1lb Wb            11.95
House 1lb Wb            11.95
Vt Carml Frapp          4.75
AMEX                   52.84
XXXXXXXXXXX1062

Subtotal               52.55
Tax 6% - Food & Beverage 0.29
Total                  52.84
Change Due            $0.00

11/0
```

```
BED BATH & BEYOND #113
17223 HAGGERTY ROAD
NORTHVILLE, MI 48167
(248) 344-0999

00113 10 11/09/11-1328 435270 02-288

RVN # 0011-3028-8002-1109-1100

SOAP KITCH BRSH RF      1T
71981201113  OUR PRICE  3.99
SUBTOTAL                3.99

MI 6.00% STATE TAX       .24
TOTAL                   4.23

AMEX                    4.23
ACCT#: XXXXXXXXXXXX1062 (S)
EXPDT: XX/XX
AUTH#: 595557

CHANGE                   .00
```

```
Haggerty Rd.
Northville, MI - # 54
(248) 349-2700    meijer.com

The Meijer Team appreciates your business
11/09/11
Your fast and friendly checkout was
provided by MAUREEN

****SAVINGS TODAY****
* TOTAL NON-COUPON SAVINGS   17.07 *
*SAVINGS TOTAL 17.07*

GENERAL MERCHANDISE
71928395372   RIBBON        1.17 CT
1810090208    GIFT BOW       1.89 CT
88351503190   BOW            1.89 CT
6700826489    AG ROLL WRAP   5.99 CT
2089220013    AMMO
   BIRTHDATE: XX/XX/XX
   2 @ 25.99               51.98 CT

GROCERY
4125084120    DISTILLED WATER  2.49 F
7131400187    BREAD
   2 @ 3.29                 6.58 F
2900007345    PEANUTS
   2 @ 3.69                 7.38 F
3800040310    WAFFLES
   2 @ 4.99                 9.98 F
5150024776    JIF PNT BTTR   10.49 F
*71928351516  DISTILLED WATER
   4 @ .99
   was   4.76    now         3.96 F
*5150001249   SMUCKERS JAM
   was   2.45    now         2.20 F
*84357100015  POPCORN
   3 @ 2.99
   was   10.77   now         8.97 F
*30025810935  EQUAL SWEET
   3 @ 4.49
   was   17.97   now        13.47 F
*7790050241   JD BREAKFAST
   3 @ 5.99
   was   18.87   now        17.97 F
*7790050242   JD BREAKFAST
   3 @ 5.99
   was   18.87   now        17.97 F
*7192101461   FROZEN PIZZA
   2 @ 5 / 11.00
   was   6.38    now         4.40 F
*7192101464   FROZEN PIZZA
   2 @ 5 / 11.00
   was   6.38    now         4.40 F
*7192101466   FROZEN PIZZA
   2 @ 5 / 11.00
   was   6.38    now         4.40 F
*7192101468   FROZEN PIZZA
   2 @ 5 / 11.00
   was   6.38    now         4.40 F

TOTAL
              TOTAL TAX       3.78
              TOTAL         185.76
PAYMENTS
  CREDIT CARDS      TENDER  185.76
  XXXXXXXXXXX1062      BAL    .00

         NUMBER OF ITEMS      39

See Service Desk or Meijer.com for
promotional and sale item return details.
```



T4C01339



Green Mountain Coffee Roasters, Inc.
1-888-TRY-GMCR(879-4627)

# PICK/PACK SLIP

| | |
|---|---|
| Order #: | F005310334 |
| Ship Date: | 11/10/2011 |
| Customer ID: | R1181530 |
| Terms: | ZERO |
| PO #: | |
| Order Rep: | MOSTAN |
| Page 1 of 1 | |

Bill To:
Kristen Barnes
38705 Seven Mile Rd, Ste 460
LIVONIA, MI 48152

Ship To:
Kristen Barnes
38705 Seven Mile Rd, Ste 460
LIVONIA, MI 48152

| Shipped Qty | Order Qty | Item # | Description | Grind Code | Lbs | List Price per unit | Discount Off Invoice per unit | Discount 2 Off Invoice per unit | Net Price per unit | Net Ext Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4050 | Keurig NOO Special Blend Extra Bold 24-ct K-Cups | | | 16.49 | | (2.50) | $13.99 | $55.96 |
| 4 | of 4 | EA | STAG KEN(     0000    Line: 1 | | 1 | | | | | |

| | |
|---|---|
| Subtotal | $55.96 |

Total Items shipped: 4

| | |
|---|---|
| Shipping | $0.00 |
| Tax | $0.00 |
| Order Total | $55.96 |
| ʰated Amt charged to your American Express card: | $55.96 |

*IUO TIP:* 4

We appreciate your business! On this order you received a total discount of $10.00

Our organic coffees are certified organic by QAI.

Dear Green Mountain Coffee Customer: Your tax for this order is in compliance with your state and local taxation law for snacks, confections, coffee, freight and equipment. Thank you!

---

**Pick/Pack Slip**

For return authorizations call **866-639-2326**

| | |
|---|---|
| Order #: | F005310334 |
| Ship Date: | 11/10/2011 |
| CustomerID: | R1181530 |
| Order Grp: | WEBB |
| Use Id: | 7000 |

Page 1 of 1

| | |
|---|---|
| Source IBU: | IN042 |
| Pick batch id: | 1052 |
| | FEDEX |
| | FEDEXSTD |

Received By:_____



A1385

```
              SSP America
        RAM'S HEAD TAVERN
          BWI Airport, MD
           (410) 691-2515
Date:            Oct 31'11 06:08PM
Card Type:       Amex
Acct #:          XXXXXXXXXXX1070
Card Entry:      SWIPED
Trans Type:      PURCHASE
Trans Key:       EIE005168940814
Exp Date:        XX/XX
Auth Code:       547618
Check:           8731
Check ID:        4D
Server:          59 Sandra C

Subtotal:            19.51

Tip:_____            5.00

Total:____          24.51


_____      _____
Signature

I agree to pay above total
according to my card issuer
agreement.
*** Merchant Copy ***
```

A1386

T4C01341



SPRINGHILL SUITES
Marriott.

SpringHill Suites by Marriott
Baltimore BWI Airport

899 Elkridge Landing Rd
Linthicum Md 21090
t(410) 694 0555

J. Barnes

Room: 108

Room Type: KSTE

Number of Guests: 1

Rate: $159.00       Clerk:

Arrive: 31Oct11   Time: 06:40PM   Depart: 03Nov11   Time:      Folio Number: 53678

| Date | Description | Charges | Credits |
|---|---|---|---|
| 31Oct11 | Market Beverage | 2.00 | |
| 31Oct11 | Room Charge | 159.00 | |
| 31Oct11 | State Occupancy Tax | 9.54 | |
| 31Oct11 | Occupancy Sales Tax | 11.13 | |
| 01Nov11 | Room Charge | 159.00 | |
| 01Nov11 | State Occupancy Tax | 9.54 | |
| 01Nov11 | Occupancy Sales Tax | 11.13 | |
| 02Nov11 | Market Beverage | 2.00 | |
| 02Nov11 | Room Charge | 159.00 | |
| 02Nov11 | State Occupancy Tax | 9.54 | |
| 02Nov11 | Occupancy Sales Tax | 11.13 | |
| 03Nov11 | American Express | | 543.01 |
| | *Card #: AXXXXXXXXXXXXX1070/XXXX* | | |
| | *Amount:  543.01  Auth: 586357  Signature on File* | | |
| | *This card was electronically swiped on 31Oct11* | | |

Balance:      0.00

**Rewards Account # XXXXX7295.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

A1387

T4C01342

**DETROIT METRO AIRPORT**



021934
SOUTHLAND PRINTING
SHREVEPORT, LA.

**RECEIPT**



## PAYMENT APPROVAL FORM

Due Date: 1/1/12

Reoccuring Payment: yes

One Time Payment:

Invoice Number 1: 61094151
Invoice Number 2:
Invoice Number 3:
Invoice Number 4:
Invoice Number 5:

Payee: ADT

Description of Charge(s): 1/1/12 - 1/31/12 Security charge

Account Charged To: Office Expense

Total Amount: $ 63.50

| *Managing Principal Use Only:* |
| --- |

Signature:

Approved Date:

Check #1842
Pd. 12/27/11 AM

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01344

| Purchase Order Number | Invoice Date | Invoice Number | Invoice Amount | Payment Due Date |
|---|---|---|---|---|
| | 12/10/11 | 61094151 | $63.50 | 01/01/12 |

**ADT**

## Nature Of Service:  Monthly Billing

### Current Charges:

01/01/12 - 01/31/12
   Recurring Service
      Amount: $63.50     Tax: $0.00          $63.50

### Total Balance Due:                                   $63.50

Did you know... Failure to include your invoice could cause a delay
in processing your payment.

Don't Forget to Include the Following With Your Payment:
Customer Number
Invoice Number

**Customer Number:**
01300 102739980

**Business/Account Name:**
A C L R

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093

**Billing Questions:**  (888) 238-2455
**Sales/Relocation:**  (800) 238-7887
**Monitoring/Service:**(800) 238-2727
**ADT Tax ID Number:** 58-1814102
**How to Read Your Bill:**
  http://www.adt.com/billinfo

It's fast and even more
important – it's easy! You can
save time and money
paying your bill. Please see
the back of your invoice to see
how you can setup your
account for automatic
payments using your bank
account!

Visit www.ADT.com for up-to-date
security services information for your
business.

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if
less) per month will be assessed on the unpaid Total Balance Due when
more than 30 days past due.

To pay this invoice and/or future
recurring invoice by credit card,
follow the instructions on the
back of this invoice.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL

Page 1 of 2

T4C01345

 **bright house** NETWORKS™

*0000002

BRIGHT HOUSE NETWORKS
14525 FARMINGTON RD  LIVONIA MICH  48154-5405
8622 4280 PF RP  11  12122011 NNNNNYNN

ACLR LLC
38705 7 MILE RD STE 460
CONTROL ACCT
LIVONIA MI  48152-1093

## Invoice

Page 1 of 3
Invoice Date:                 December 11, 2011
**Account Number:**    **8381 98 588 0000140**
Hierarchy ID:                              ACLR

## Account Summary

**Please see reverse side for account details.**

| | |
|---|---|
| Previous Balance | $ 752.13 |
| Payment(s) | -752.13 |
| Subsidiary Charge(s) | 677.95 |
| Subsidiary Taxes and Fee(s) | 85.83 |
| **Balance Due** | **$ 763.78** |
| **Payment Due Date** | **12/31/11** |

**Easy Ways to Pay:**   brighthouse.com   Phone   Mail

A1391



**PAYMENT APPROVAL FORM**

Due Date: 12/31/11

Reoccuring Payment: yes

One Time Payment:

Invoice Number 1:
Invoice Number 2:
Invoice Number 3:
Invoice Number 4:
Invoice Number 5:

Payee: BrightHouse

Description of Charge(s): Both accounts - phone + internet

Account Charged To: Utilities: Telephone + Internet

Total Amount: $763.78

*Managing Principal Use Only:*

Signature:

Approved Date:

Check # 1843
pd. 12/27/11 tm

ACLR Business Sensitive Information
Not for Public Dissemination

T4C01347

**bright house** NETWORKS™

8622 4280 PF RP  11  0000002 12122011 NNNNNYNN

# Master Account Summary   This invoice is for services from 12/22/11 through 01/21/12.

Previous Balance ....................................................................................   $ 752.13

**Payment(s)**
| | | | |
|---|---|---|---|
| 11/29 | Mvd Pmt From 0060846735 | .................................................................. | -195.68 |
| 12/08 | Mvd Pmt From 0060846891 | .................................................................. | -556.45 |
| | Subtotal | | **-752.13** |

**Subsidiary Charge(s)**

**ACLR**
| | | | | |
|---|---|---|---|---|
| 12/09 | Aclr Llc | ............................................ | 8381980060846735 | 202.95 |
| 12/11 | Aclr Llc | ............................................ | 8381980060846891 | 475.00 |
| | Subtotal (2 Accounts) | ................................................... | | **677.95** |

**Subsidiary Taxes and Fee(s)**

**ACLR**
| | | | | |
|---|---|---|---|---|
| 12/09 | Aclr Llc | ............................................ | 8381980060846735 | 4.38 |
| 12/11 | Aclr Llc | ............................................ | 8381980060846891 | 81.45 |
| | Subtotal (2 Accounts) | ................................................... | | **85.83** |

Subsidiary Charge Total (2 Accounts) ...........................................   **$ 763.78**

Balance Due .....................................................................   $ 763.78

**Current Month Charges:    ACLR  Total Accounts: 2            $ 763.78**



Your Franchising Authority Is Swocc 33300 Nine Mile Road, Farmington, MI 48336 248/473-2800.  The Swocc Office Is Not Responsible For Billing OR Service

A1393

T4C01348

ACLR LLC
38705 7 MILE RD
LIVONIA MI 48152

| | |
|---|---|
| Page | 1 of 2 |
| Account Number | 831-000-2638 624 |
| Billing Date | Jan 5, 2012 |
| Questions? | 1 800 235-7524 |
| Web Site | **att.com** |
| Invoice | 9773327105 |

# at&t

# Invoice

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 1,413.73 |
| Payment - Thank You! | 1,413.73CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 1,413.73 |
| **Total Amount Due** | **$1,413.73** |
| Payment Due Date | **Jan 30, 2012** |

## Billing Summary

**For detailed information of your charges go to
www.businessdirect.att.com**

Questions? Call:   1 800 235-7524

**AT&T Business Services**

**Group #000001**
Sub-Account #831-000-2638 625      1,413.73
Total Group #000001                              1,413.73

**Total Current Charges**                   **1,413.73**

## Current Charges

**Group #000001**
**Sub-Account #831-000-2638 625**
**Customer Location:**
**38705 SEVEN MILE RD**
**LIVONIA, MI 48152**
**Charges for Subscriber/Router ID 7759737**
**38705 SEVEN MILE RD**
**LIVONIA, MI 48152**
**IP Optional Components**
Recurring Charges:
Jan 5, 2012 thru Feb 4, 2012
  1. MIS Access Charge                                      997.55
     10Mbps - US
     Port ID: 7759737
     Works With Circuit: MLEC.629685..ATI
Total IP Optional Components                            997.55

**MIS with Managed Router**
Recurring Charges:
Dec 5, 2011 thru Jan 4, 2012
  2. 10Mbps Hi Cap Flex Bandwidth                    326.40
     10Mbps - US
     Commitment
     Port ID: 7759737
     Works With Circuit: MLEC.629685..ATI
Total MIS with Managed Router                          326.40

**Surcharges and Other Fees**
  3. Federal Access Recovery Fee                          89.78
Total Surcharges and Other Fees                           89.78
Total Subscriber/Router ID 7759737               1,413.73
**Total Sub-Account #831-000-2638 625**       **1,413.73**
**Total Group #000001**                              **1,413.73**

**Total Current Charges**                   **1,413.73**

## News You Can Use

**News You Can Use**

ACCOUNT STATUS
Where allowed by law, AT&T may implement late payment interest of no
more than 18% annually. Rates will vary based on state regulations.
Interest will be calculated based upon daily balances and will be
applicable for each day that a delinquent balance is outstanding. This
charge will apply to all balances that are delinquent through such time
that payment in full is received at AT&T. The late payment interest
will be billed on a monthly basis. Accounts billed outside the US will
not be charged LPI.

Where allowed by law, AT&T may implement a $25 service fee for
restoration of service where delinquency has caused an interruption.
This fee will be applicable to each account that is being restored and
will be included on your monthly billing statement.

Attention customers: AT&T will charge a $25 fee for any check returned

Pd 1/17
Ck# 1860

Return bottom portion with your check in the enclosed envelope.        U.S. Pat. D410,950 and D414,510        Printed on Recyclable Paper

A1394
att.com

**DELL** Financial Services

See reverse side for important contact
information and payment instructions.

| Special Messages for ACLR, LLC | Invoice Number: 75378256 |
|---|---|

### We'd like to introduce you to Dell Business Credit!
**A flexible way to organize your Dell purchases like ink, toner, memory cards and other accessories.**
**Call 1-800-283-1290 or visit www.dell.com/bizcredit to learn more.**

| Lease Contract Summary | | | Lease Contract: 003-8565501-003 | |
|---|---|---|---|---|

| Lease Contract Number | Due Date | Current Charges | | Past Due | | Total Due |
|---|---|---|---|---|---|---|
| 003-8565501-003 | 01/01/12 | $52.94 | + | $0.00 | = | $52.94 |

| | | | | |
|---|---|---|---|---|
| Invoice Date | December 09, 2011 | Business Segment | | 010004 |
| Invoice Number | 75378256 | Billing Period | | 12/01/11-12/31/11 |
| Lease Contract Number | 003-8565501-003 | Credits/Payments received(-) | | $52.94 |
| | | *since last invoice | | |

| Credits/Payments Since Last Invoice | | | |
|---|---|---|---|

| Lease Contract Number | Invoice # | Description | Amount |
|---|---|---|---|
| 003-8565501-003 | | Credits/Payments | $52.94 |

| Summary of Current Charges | | | | | |
|---|---|---|---|---|---|

| Lease Contract Number Product Type | Sales Order Purchase Order # | Description | TRANSACTION | | |
|---|---|---|---|---|---|
| | | | Amount | Tax | Total |
| 003-8565501-003 FAIR MARKET VALUE | | PROPERTY TAX MGMT FEE | $2.28 | $0.14 | $2.42 |
| 003-8565501-003 FAIR MARKET VALUE | | RENTAL | $47.66 | $2.86 | $50.52 |
| | | Total for 003-8565501-003 | $49.94 | $3.00 | $52.94 |
| | | Invoice Total | $49.94 | $3.00 | $52.94 |

*handwritten:* Pd. 12/30/11
Check # 1846 tm

02-1x09-3040R2(5/10)



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2011 | 53200 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 68 | James kelly (49.5 ongoing support) | 110.00 | 7,480.00 |
| 8 | Florin  ( 5.5 hours ongoing) | 90.00 | 720.00 |
| 12 | Ed (10 hours ongoing) | 120.00 | 1,440.00 |
| | Sales Tax | 7.00% | 0.00 |
| | Paid 1/9/12<br>ck #1852<br>Total $10,615<br>Invoices:<br>53200<br>53343 | | |

Thank you for your business.

| **Total** | $9,640.00 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01351



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2011 | 51770 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Cabinets for datacenter (we were invoiced by the data center instead of ACLR). They were going to charge and additional $700 a month to rent them. This was much cheaper. | 500.00 | 1,000.00T |
| | Sales Tax | 7.00% | 70.00 |
| | Paid 1/10/12<br>ck #1854<br>Total = $4278.50<br>Invoices:<br>51770 – $1070<br>53276 – $1658.50<br>53326 – $1550 | | |

Thank you for your business.

| **Total** | $1,070.00 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01352



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2011 | 53276 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10 | 1TB EGO DESKTOP HARDDRIVE USB 2.0 8MB MIDNIGHT BLUE | 155.00 | 1,550.00T |
| | Sales Tax | 7.00% | 108.50 |
| | Paid 1/10/12<br>ck #1854<br>Total = $4278.50<br>Invoices:<br>51770 - $1070<br>53276 - $1658.50<br>53326 - $1550 | | |

| Total | |
|-------|--|
| | $1,658.50 |

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1398

T4C01353



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/23/2011 | 53326 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10 | 1TB DESKTOP HARD DISK USB2--7200RPM 8MB DUAL | 155.00 | 1,550.00 |
| | Paid 1/10/12<br>ck #1854<br>Total = $4278.50<br>Invoices:<br>51770 – $1070<br>53276 – $1658.50<br>53326 – $1550 | | |

| | **Total** | $1,550.00 |
|--|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

A1399

T4C01354



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2011 | 53200 |

| Bill To |
|---------|
| ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152 |

| Ship To |
|---------|
| ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R |          | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 68 | James kelly (49.5 ongoing support) | 110.00 | 7,480.00 |
| 8 | Florin  ( 5.5 hours ongoing) | 90.00 | 720.00 |
| 12 | Ed (10 hours ongoing) | 120.00 | 1,440.00 |
|  | Sales Tax | 7.00% | 0.00 |
|  |  |  |  |
|  | Paid 1/9/12
ck #1852
Total $10,615
Invoices:
53200
53343 |  |  |

| Thank you for your business. | **Total** | $9,640.00 |
|------------------------------|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01355



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2011 | 51770 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Attn:  Durenda Chapman<br>Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Cabinets for datacenter (we were invoiced by the data center instead of ACLR). They were going to charge and additional $700 a month to rent them. This was much cheaper. | 500.00 | 1,000.00T |
| | Sales Tax | 7.00% | 70.00 |
| | <span style="color:red">Paid 1/10/12<br>ck #1854<br>Total = $4278.50<br>Invoices:<br>51770 – $1070<br>53276 – $1658.50<br>53326 – $1550</span> | | |

Thank you for your business.

| **Total** | $1,070.00 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01356



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2011 | 53276 |

**Bill To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

**Ship To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R |          | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10 | 1TB EGO DESKTOP HARDDRIVE USB 2.0 8MB MIDNIGHT BLUE | 155.00 | 1,550.00T |
|    | Sales Tax | 7.00% | 108.50 |
|    | Paid 1/10/12<br>ck #1854<br>Total = $4278.50<br>Invoices:<br>51770 – $1070<br>53276 – $1658.50<br>53326 – $1550 | | |

| **Total** | $1,658.50 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01357



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|---|---|
| 11/23/2011 | 53326 |

| Bill To |
|---|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI 48152 |

| Ship To |
|---|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI 48152 |

| GSA Contract | P.O. No. | Terms | TIN |
|---|---|---|---|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 10 | 1TB DESKTOP HARD DISK USB2--7200RPM 8MB DUAL | 155.00 | 1,550.00 |

Paid 1/10/12
ck #1854
Total = $4278.50
Invoices:
51770 – $1070
53276 – $1658.50
53326 – $1550

**Total** $1,550.00

| Phone # |
|---|
| 770-936-9566 |

| Web Site |
|---|
| www.msiatlanta.com |

A1403

T4C01358



Add new employee cards online using your current Account View Program Administrator user name and password. To establish a program administrator, business owners can call 1-800-474-2101 and select the Account View option.

**Business**Options.

## Business Card

| | |
|---|---|
| Account # | 4690 8300 1300 9755 |
| Statement closing date | 12/19/11 |
| **New balance** | **$3,447.74** |
| **⑤ Minimum payment** | **$3,447.74** |
| **❷ Due date** | **01/13/12** |

**Questions?**
pnc.com/accountview
1-877-459-9801  24 hours a day, 7 days a week

### Your account summary

| | |
|---|---|
| Previous balance | $374.13 |
| Payment received on 12/13/11 - thank you | $374.13 |
| Purchases | $3,503.39 |
| Credits | $55.65 |
| Cash advances | $0.00 |
| Late and overlimit fees | $0.00 |
| Finance charges | $0.00 |
| **New balance** | **$3,447.74** |
| **⑤ Minimum payment** | **$3,447.74** |
| **❷ Due date** | **01/13/12** |

$3,447.74     WILL BE WITHDRAWN FROM YOUR ACCOUNT AND CREDITED AS YOUR AUTOMATIC PAYMENT ON 01/13/12.

| | |
|---|---|
| Total credit limit | $50,000.00 |
| Total available credit | $46,552.00 |
| Cash advance available credit | $12,500.00 |

### Your rewards summary

Your $55.65 reward has posted as a credit to your statement.

| | |
|---|---|
| Previous total | $20.61 |
| Earned this period | 35.04 |
| Issued this period | 55.65 |
| **New total** | **$0.00** |

Earn a 1% cash rebate for every purchase made on your BusinessOptions card.

Recorded 1/19/2012

### Your transactions

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/13 | 12/13 | F562500AV00CHGDDA | AUTO-PAY - THANK YOU 4252485081 | $374.13- |
| **Total** | | | | **$374.13-** |
| 12/19 | 12/19 | | REWARD CREDIT | $55.65- |
| **Total** | | | | |

| 12/01 | 12/01 | 242692BAFWGNQH3EL | TRANXACT GLOBAL     404-230-9150 GA | Internet Expense | $140.00 |
|---|---|---|---|---|---|
| | | | MCC: 5999   MERCHANT ZIP: 30310 | | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: 2 | | |
| | | | CUSTOMER CODE: q6359e78 | | |
| 12/01 | 12/01 | 2450601AFWGNBF6ZV | COLO FACILITIES ATLANTA 404-230-9150 GA | Colo Rent | $2,410.00 |
| | | | MCC: 7392   MERCHANT ZIP: 30310 | | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: 2 | | |

(continued on next page)

A1404


**PNC BANK**

| Account # | 4690 8300 1300 9755 |
|---|---|
| Statement closing date | 12/19/11 |

### Your transactions (continued )

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|

### Your finance charges

| TYPE OF BALANCE | CORRESPONDING ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE (MAY VARY) | DAYS IN BILLING | AVERAGE DAILY BALANCE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | 18.99% | 0.05203 % | 31 | $0.00 | $0.00 |
| Cash advances | 21.99% | 0.06025 % | 31 | $0.00 | $0.00 |
| | | | | | $0.00 |

**This holiday season, put savings in your business plan!**
Use your PNC Visa Business credit card to save on electronics, auto rentals, office supplies and more.  For holiday savings, go to
pnc.com/cardoffers4biz.

MCC:  7392   MERCHANT ZIP: 30310

SALES TAX: $    0.00  TAX INCLUDED: 2

(continued on next page)

# Terms and conditions

**Crediting of Payments:** Payments received by us at P.O. Box 856177, Louisville, KY 40285-6177 by 5:00 P.M. Eastern Time, will be credited as of that day. Payments received after 5:00 P.M. Eastern Time, will be credited as of the following day. Do not send cash. The bottom portion of this statement must accompany your payment and be inserted in the envelope provided. The payment address must be placed in the window of the envelope. Do not fold check or bottom portion of this statement. Paper clips, staples, tape, or other correspondence should not be included with your payment. If you fail to follow these payment instructions, the crediting of such payment to your account may be delayed up to 5 days.

**Important Information about Credit Availability:** In order to ensure there is enough time for a payment to clear the account on which it is drawn, we may not make the payment amount available to re-borrow for a period of 10 or 14 days, depending on the amount of the payment and other factors. Even if the payment amount is not available immediately, the payment will be credited on receipt if and as provided in the section called "Crediting of Payments" above.

**Notice To Customers Paying by Check:** When you make a payment with a personal check, you authorize us to use information from your check to make a one-time electronic transfer from your account or to process the payment as a check transaction. This means your account could be debited as early as the same day the payment is received. Your check will no longer be sent to your bank for processing. It will be destroyed and a copy will be retained. Therefore, you will no longer receive the original or a copy of your check back from your bank. Also, the way in which the transaction appears on your bank statement will change. Your statement will now show a line item for an electronic entry initiated by PNC Bank, and will include the check number, payee and the check amount. If you have questions regarding the conversion of your payment to an electronic transfer, please refer to the toll free number on the front of this statement.

**Conditional Payments:** Any payment you send to us for less than the full balance marked with the words "Paid in Full" or similar language, must be sent to Customer Service, P.O. Box 3429, Pittsburgh, PA 15230-3429. We may refuse to accept such payments. If your payment is made to any other address, we may accept the payment without losing any of our rights. All other payments should be sent to the payment address printed on the remittance portion of this statement.

**Lost or Stolen Cards:** You must immediately report lost or stolen cards by calling the Customer Service number on the front of the statement.

**Grace Period:** You may avoid finance charges on the Purchases portion of your New Balance if you paid in full the New Balance showing on your previous statement and you pay in full the New Balance on your current statement. All payments must be received by the requested due dates to avoid finance charges. The grace period is not applicable to cash advances or balance transfers.

**Balance Calculation for Purchases:** Finance charges on Purchases accrue from the date of each transaction. We figure finance charges for Purchases by applying the periodic rate for Purchases to the Average Daily Balance for Purchases. To get your Average Daily Balance for Purchases we take the beginning balance of Purchases for your Account each day, and unpaid finance charges and fees that apply to Purchases, add any new Purchases (if you have not paid in full your previous New Balance by the Due Date) and subtract any payments and credits that apply to Purchases. This gives us the Daily Balance for Purchases. Then, we add all the daily balances for Purchases for the billing cycle and divide by the total number of days in the billing cycle. This gives us the Average Daily Balance for Purchases.

**Balance Calculation for Cash Advances:** A finance charge will be imposed on all Cash Advances from the date of each Cash Advance. We figure the finance charges for Cash Advances by applying the periodic rate for Cash Advances to the Average Daily Balance for Cash Advances. To get your Average Daily Balance for Cash Advances, we take the beginning balance of Cash Advances for your Account each day, and unpaid finance charges and fees that apply to Cash Advances, add any new Cash Advances, and subtract any payments and credits that apply to Cash Advances. This gives us the Daily Balance for Cash Advances. Then, we add all the Daily Balances for Cash Advances for the billing cycle and divide by the total number of days in the billing cycle. This gives us the Average Daily Balance for Cash Advances.

**Balance Calculation for Balance Transfers:** A finance charge will be imposed on all Balance Transfers from the date each transfer check is written by us. We figure the finance charges for Balance Transfers by applying the periodic rate for Balance Transfers to the Average Daily Balance for Balance Transfers. To get your Average Daily Balance for Balance Transfers, we take the beginning balance of Balance Transfers for your Account each day, and unpaid finance charges and fees that apply to Balance Transfers, add any new Balance Transfers, and subtract any payments and credits that apply to Balance Transfers. This gives us the Daily Balance for Balance Transfers. Then, we add all the Daily Balances for Balance Transfers for the billing cycle and divide by the total number of days in the billing cycle. This gives us the Average Daily Balance for Balance Transfers.

The finance charge may be determined by (1) multiplying each of the Average Daily Balances by the number of days in the billing cycle, (2) multiplying each of the results by the applicable daily periodic rate, and (3) adding each of these products together.

**Annual Fee Renewal Notice:** If your Credit Card Agreement provides for an annual fee, the annual fee will be billed on your credit card statement annually. You will have 30 days from the date that the statement including the annual fee is mailed to you in which to terminate your credit card and have your account credited for the fee. If you decide to terminate your card, you may continue to use your account during the 30 day period. After that, you may not make any further purchases or cash advances on your account.

**IMPORTANT NOTICE**
This is an attempt to collect a debt and any information obtained will be used for that purpose.

OA5170CC - 7 - 05/17/2011

T4C01361



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|---|---|
| 12/20/2011 | 53615 |

**Bill To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

**Ship To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

| GSA Contract | P.O. No. | Terms | TIN |
|---|---|---|---|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Raritan Dominion DKX2-101-V2 KVM Switch | 450.00 | 450.00T |
| 1 | Cisco Catalyst WS-C3560X-24T-S Ethernet Switch | 2,670.00 | 2,670.00T |
| 1 | US ONLY SMARTNET 8X5 NBD CAT 3560X 24 PORT DATA IP BASE | 395.00 | 395.00T |
| | Sales Tax | 7.00% | 246.05 |

```
       Paid 1/17/2012
       ck #1858
       Total - $13,791.05
       Invoices:
       53615 - $3,761.05
       53666 - $10,030.00
```

Thank you for your business.

**Total**   $3,761.05

| Phone # |
|---|
| 770-936-9566 |

| Web Site |
|---|
| www.msiatlanta.com |

T4C01362



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2011 | 53666 |

**Bill To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

**Ship To**

ACLR, LLC
38705 Seven Mile Road
Suite 460
Livonia, MI  48152

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | November Monthly support of environment | 7,500.00 | 7,500.00 |
| 23 | On-Site System Engineer (James kelley database import) | 110.00 | 2,530.00 |
| | Sales Tax | 0.00 | 0.00 |

Paid 1/17/2012
ck #1858
Total - $13,791.05
Invoices:
53615 - $3,761.05
53666 - $10,030.00

Thank you for your business.

**Total** $10,030.00

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01363



**ACLR** *Strategic Business Solutions*

## PAYMENT APPROVAL FORM

| | |
|---|---|
| **Due Date:** | 12/30/11 |
| **Reoccuring Payment:** | yes |
| **One Time Payment:** | |
| **Invoice Number 1:** | 9970417105 |
| **Invoice Number 2:** | |
| **Invoice Number 3:** | |
| **Invoice Number 4:** | |
| **Invoice Number 5:** | |
| **Payee:** | AT+T |
| **Description of Charge(s):** | Router+1P  12/5/11 - 1/4/12 |
| **Account Charged To:** | Office Expense |
| **Total Amount:** | $1413.73 |

| *Managing Principal Use Only:* |
|---|

**Signature:**

**Approved Date:**

ACLR Business Sensitive Information
Not for Public Dissemination

A1409

T4C01364

ACLR LLC
38705 7 MILE RD
LIVONIA MI 48152

| | |
|---|---|
| Page | 1 of 2 |
| Account Number | 831-000-2638 624 |
| Billing Date | Dec 5, 2011 |
| Questions? | 1 800 235-7524 |
| Web Site | **att.com** |
| | |
| Invoice | 9970417105 |

at&t

# Invoice

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 2,453.94 |
| Payment - Thank You! | 2,453.94CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 1,413.73 |
| **Total Amount Due** | **$1,413.73** |
| Payment Due Date | **Dec 30, 2011** |

## Billing Summary

For detailed information of your charges go to
www.businessdirect.att.com

Questions? Call: 1 800 235-7524

**AT&T Business Services**

| | | |
|---|---|---|
| Group #000001 | | |
| Sub-Account #831-000-2638 625 | 1,413.73 | |
| Total Group #000001 | | 1,413.73 |
| **Total Current Charges** | | **1,413.73** |

## Current Charges

**Group #000001**

| | |
|---|---|
| **Sub-Account #831-000-2638 625** | |
| **Customer Location:** | |
| **38705 SEVEN MILE RD** | |
| **LIVONIA, MI 48152** | |
| **Charges for Subscriber/Router ID 7759737** | |
| **38705 SEVEN MILE RD** | |
| **LIVONIA, MI 48152** | |
| **IP Optional Components** | |
| Recurring Charges: | |
| Dec 5, 2011 thru Jan 4, 2012 | |
| 1. MIS Access Charge | 997.55 |
| 10Mbps - US | |
| Port ID: 7759737 | |
| Works With Circuit: MLEC.629685..ATI | |
| Total IP Optional Components | 997.55 |
| | |
| **MIS with Managed Router** | |
| Recurring Charges: | |
| Nov 5, 2011 thru Dec 4, 2011 | |
| 2. 10 Mbps Hi Cap Flex Bandwidth | 326.40 |
| 10Mbps - US | |
| Commitment | |
| Port ID: 7759737 | |
| Works With Circuit: MLEC.629685..ATI | |
| Total MIS with Managed Router | 326.40 |
| | |
| **Surcharges and Other Fees** | |
| 3. Federal Access Recovery Fee | 89.78 |
| Total Surcharges and Other Fees | 89.78 |
| Total Subscriber/Router ID 7759737 | 1,413.73 |
| **Total Sub-Account #831-000-2638 625** | **1,413.73** |
| **Total Group #000001** | **1,413.73** |
| | |
| **Total Current Charges** | **1,413.73** |

## News You Can Use

**News You Can Use**

ACCOUNT STATUS
Where allowed by law, AT&T may implement late payment interest of no
more than 18% annually. Rates will vary based on state regulations.
Interest will be calculated based upon daily balances and will be
applicable for each day that a delinquent balance is outstanding. This
charge will apply to all balances that are delinquent through such time
that payment in full is received at AT&T. The late payment interest
will be billed on a monthly basis. Accounts billed outside the US will
not be charged LPI.

Where allowed by law, AT&T may implement a $25 service fee for
restoration of service where delinquency has caused an interruption.
This fee will be applicable to each account that is being restored and
will be included on your monthly billing statement.

Attention customers: AT&T will charge a $25 fee for any check returned

U.S. Pat. D410,950 and D414,510

Printed on Recyclable Paper

T4C01365



| Order Number | Date | Invoice Number | Amount | Due Date |
|---|---|---|---|---|
| | 01/07/12 | 63076638 | $63.50 | 02/01/12 |

## Nature Of Service: Monthly Billing

**Current Charges:**

02/01/12 - 02/29/12
Recurring Service
Amount: $63.50   Tax: $0.00   $63.50

## Total Balance Due: $63.50

Did you know... Failure to include your invoice could cause a delay in processing your payment.

Don't Forget to Include the Following With Your Payment:
**Customer Number**
**Invoice Number**

*800-377-1592 x 2 x 5 - for local branch*

*734-679-9919 - Pete*

*Norcross - 800-319-2330*
*888-473-3798*
*fpu x 6136*

*once set up auto-*
*pay we don't receive*
*paper invoices*
*anymore - so*
*didn't set us up.*

*Pd 1/24 ck #1864*

**Late Fee Policy:** A late fee of 1.5% (or highest rate permitted by law, if less) per month will be assessed on the unpaid Total Balance Due when more than 30 days past due.

**Customer Number:**
01300 102739980
**Business/Account Name:**
A C L R

**Service Address:**
38705 7 Mile Rd
Ste 460
Livonia, MI 48152-1093

**Billing Questions:** (888) 238-2455
**Sales/Relocation:** (800) 238-7887
**Monitoring/Service:**(800) 238-2727
**ADT Tax ID Number:** 58-1814102
**How to Read Your Bill:**
http://www.adt.com/billinfo



It's fast and even more important - it's easy! You can **save time and money** paying your bill. Please see the back of your invoice to see how you can setup your account for automatic payments using your bank account!

Visit www.ADT.com for up-to-date security services information for your business.

To pay this invoice and/or future recurring invoice by credit card, follow the instructions on the back of this invoice.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL

Page 1 of 2

T4C01366



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/3/2012 | 53782 |

| Bill To |
|---------|
| ACLR, LLC<br>38705 Seven Mile Road<br>Suite 460<br>Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions<br>4070 Clairmont Road<br>Chamblee, GA 30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6 | 8gb (2x4gb) Dell Certified Replacement memory Module Kit for Dell PowerEdge 2900 server | 262.56 | 1,575.36T |
| | Sales Tax | 7.00% | 110.28 |

| Total | $1,685.64 |
|-------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

T4C01367



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/9/2012 | 53891 |

| Bill To |
|---------|
| ACLR, LLC |
| 38705 Seven Mile Road |
| Suite 460 |
| Livonia, MI 48152 |

| Ship To |
|---------|
| ACLR, LLC |
| 38705 Seven Mile Road |
| Suite 460 |
| Livonia, MI 48152 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Warranty Upgrade for 5RXBDD1 | 1,460.75 | 1,460.75T |
| 1 | Warranty Upgrade for 49G9JQ1 | 924.89 | 924.89T |

Pd 1/24
Ck# 1668

| | **Total** | $2,385.64 |
|--|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |



A1413

T4C01368



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/13/2012 | 53997 |

| Bill To |
|---------|
| ACLR, LLC |
| 38705 Seven Mile Road |
| Suite 460 |
| Livonia, MI 48152 |

| Ship To |
|---------|
| ACLR, LLC |
| 38705 Seven Mile Road |
| Suite 460 |
| Livonia, MI 48152 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | December Monthly Support (this includes all the new equipment installation, and configuration. | 7,500.00 | 7,500.00 |
| 25 | James Kelly (database imports) | 110.00 | 2,750.00 |
| | Actual hours spend by james on ACLR last month were 120 hours. Actual hours by florin were 9 and actual hours by ed were 11. | | |
| | Sales Tax | 0.00 | 0.00 |

Pd 1/24
CK #1868
1868

Thank you for your business.

**Total** $10,250.00

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |



C03

August 22, 2011

Christopher Mucke
ACLR, LLC.
38705 Seven Mile Rd, Ste 460,
Livonia, MI 48152

*Re: Lease No. 144406001*

Dear Christopher Mucke:

      Enclosed you will find copies of your executed Lease Documents with PNC Equipment Finance, LLC. Please note that your Rental Commencement Date (as that term is defined in the Lease) is **August 19, 2011**. Your next rental payment will be due on **September 19th**, with each successive payment due on the **19th day** of each month thereafter for the duration of your lease term.

      An invoice for all unpaid interim rent is also included with your Lease Documents. Payment should be remitted prior to the due date indicated on the invoice.

      If you should have any future business needs, or questions about your Lease, feel free to contact your Sales Rep Alyson Ogden at 312-384-4617 or Alyson.Ogden@pnc.com. You can also reach me directly at 513-455-9746 or at April.Phillips@pnc.com.

We appreciate your business.

Sincerely,

*April Phillips*

Program Manager

T4C01370

E10



## AMENDMENT TO LEASE #144406001
## $1.00 BUYOUT

This Amendment ("Amendment"), dated and effective as of the 17th day of May, 2011, supplements and is made a part of Lease #144406001 ("Lease") between ACLR, LLC  ("Lessee") and PNC Equipment Finance, LLC ("Lessor").

In consideration of the mutual covenants contained herein and other valuable consideration received, and with the intent to be legally bound, the parties agree to amend the Lease as follows:

Lessor hereby acknowledges that Lessee shall purchase the equipment ("Equipment") described in Lease **#144406001** for one dollar ($1.00) at lease expiration.  In order to exercise the $1.00 buyout, Lessee must not be in default under any of the provisions of the Lease.

Lessor will file as owner of the Equipment under the Lease for the purpose of property tax compliance reporting. Lessee shall not report the Equipment leased under the Lease as owned equipment on Lessee's business property tax return. Lessee agrees to reimburse Lessor for all personal property taxes paid by Lessor immediately upon receipt of Lessor's invoice.

All other terms and conditions of the Lease shall remain in full force and effect.

IN WITNESS WHEREOF the parties hereto have caused this Amendment to be executed as of the date written above.

**ACLR, LLC**

_____
Authorized Signature

Christopher Mucke
Printed Name

Managing Principal
Title

**PNC Equipment Finance, LLC**

_____
Authorized Signature

Courtney Goodman
Printed Name

Team Lead
Title

A1416

E28

 **PNC**
EQUIPMENT FINANCE

## EXHIBIT A

### FINAL RENTAL SCHEDULE NO. 144406001

This Final Rental Schedule dated and effective as of the 18th day of August, 2011 is attached to and governed by the terms and provisions of the Master Lease Agreement dated March 3, 2011 ("Lease") by and between PNC Equipment Finance, LLC ("Lessor") and ACLR, LLC. ("Lessee").

All the terms used herein which are defined in the Lease shall have the same meaning herein.

1.    The Equipment leased hereunder is as follows:

**See attached Final Equipment Schedule A**

**Lease Terms:**

**Initial Term**: 36 Months
**Rental Commencement Date**: _AUGUST 19, 2011_
**Rent**: $1,764.04 payable monthly in advance, plus applicable taxes
**Advance Payment**:  First Monthly Payment is due at time of signing

2.    The Initial Term of the lease of the Equipment shall commence upon the Acceptance Date as indicated on the Certificate of Acceptance (the "Lease Commencement Date") and shall continue until expiration of the number of payment periods specified above after the Rental Commencement Date. Lessee hereby authorizes Lessor to insert the Rental Commencement Date upon its receipt of the Certificate of Acceptance. Rent in the amount specified above, plus applicable taxes, shall be due on the Rental Commencement Date and on the same day of each and every consecutive payment period thereafter for the Initial Term. All Rent shall be due and payable to Lessor at such place as Lessor shall designate in writing. Additionally, Lessee shall pay, as interim rent, due and payable monthly in arrears, for the period from and including the Lease Commencement Date to and including the day immediately preceding the Rental Commencement Date. The daily rent will be calculated on a 360-day year.

3.    Options. Notwithstanding anything contained in the Lease to the contrary, so long as no default shall have occurred and be continuing, Lessee may, at Lessee's option, (i) purchase the Equipment leased pursuant to this Rental Schedule on an "as is, where is" basis, without representation or warranty, express or implied, at the end of the Initial Term at a price equal to the Fair Market Value thereof, plus applicable taxes, or (ii) extend the term of the Initial Term with respect to the Equipment leased pursuant to this Rental Schedule for the Fair Market Rental, plus applicable taxes, and for a period of time mutually agreeable to Lessor and Lessee.

A1417

"Fair Market Rental" shall be equal to the monthly rental which could be obtained in an arms-length transaction between an informed and willing lessee and an informed and willing lessor under no compulsion to lease. "Fair Market Value" shall be equal to the value which would be obtained in an arms-length transaction between an informed and willing buyer and an informed and willing seller under no compulsion to sell, and in such determination, costs of removal of the Equipment from its location of current use shall not be a deduction from such value. If Lessee and Lessor cannot agree on the Fair Market Value thereof, such value shall be determined by appraisal at the sole expense of Lessee. Appraisal shall be a procedure whereby two recognized independent appraisers, one chosen by Lessee and one by Lessor, shall mutually agree upon the amount in question. If the appraisers are unable to agree upon the amount in question, a third recognized independent appraisers' evaluation shall be binding and conclusive on Lessee and Lessor. This purchase or extension option as applicable shall only be available if Lessee gives Lessor ninety days prior written notice of Lessee's irrevocable intent to exercise such option and Lessor and Lessee shall have agreed to all terms and conditions of such purchase or extension prior to the expiration date of the Initial Term.

4.      All Options awarded to Lessee shall apply to all, but not less than all, Equipment leased under this schedule.

IN WITNESS WHEREOF, the parties hereto have caused this Final Rental Schedule to be duly executed on the date set forth below by their authorized representatives.

THIS FINAL RENTAL SCHEDULE CANNOT BE CANCELLED

Lessee:
**ACLR, LLC.**

By: _____

Title: Christopher Mucke

Date: August 19, 2011

Lessor:
**PNC Equipment Finance, LLC**

By: _____

Title: _____

Date: 8/22/11

## Final Equipment Schedule A
### For
### Lease #144406001
### Dated August 18, 2011

| Quantity | Description | Serial No. |
|---|---|---|
| 1 | CRN, EXT, 24X48X60X24, LAM TOP/VIN ED, L REC, LEG/R REC LEG, NONPWR | |
| 1 | CONVERSION KIT, BACK PNL 17H METAL 48W L | |
| 1 | REC, 24X36 LAM TOP/VIN ED, L REC LEG/R FULL END, NONPWR | |
| 1 | OBL PEN, 90X24 LAM TOP/VIN ED, L FULL END/R REC LEG, NONPWR | |
| 1 | PED, FREESTD SLPD PULL, VNR FRNT B/B/F | |
| 1 | PENCIL TRAY FOR 15W BOX DWR | |
| 1 | CAB, STK STG, VEN FRNT SLPD PULL, 2H/DR L, WDRB R/F-F 30W FRNT FACING | |
| 1 | WISHBONE PLUS DUAL-SCREEN MONITOR ARM ASSEMBLY, WISHBONE POST, CLAM | |
| 1 | CLAM ADJ CPU HOLDER, SMALL | |
| 3 | LOCK PLUG AND KEY, CHROME UM SERIE 3375 | |
| 1 | OBL PEN, 90X24 VEN TOP/WOOD COMP ED, L FULL END/R REC LEG, NONPWR | |
| 1 | REC, 24X36 VEN TOP/WOOD CMP ED, L REC LEG/R FULL END, NONPWR | |
| 1 | CRN, EXT, 24X48X60X24 VEN TOP WD CMP ED, L REC LEG/R REC LEG, NONPWR | |
| 1 | CONVERSION KIT, BACK PNL, 17H METAL 48W L | |
| 1 | SCREEN STACK STRAIGHT END 18HX60W | |
| 1 | SCREEN, STACK STRAIGHT END 18HX36W | |
| 2 | PED, FREESTD SLPD PULL, VNR FRNT B/B/F | |
| 1 | PENCIL TRAY FOR 15W BOX DWR | |
| 1 | CAB, STK STG, VEN FRNT SLPD PULL, 4H/DR L, WDRB R/R-F 30W FRNT FACING | |
| 1 | WISHBONE PLUS DUAL-SCREEN MONITOR ARM ASSEMBLY, WISHBONE POST, CLAM | |
| 1 | CLAM ADJ CPU HOLDER, SMALL | |
| 3 | LOCK PLUG AND KEY, CHROME UM SERIES #370 | |
| 3 | FRAME, PWR 4-CIRC W/COM PT LC 54H 24W | |
| 3 | FRAME, PWR 4-CIRC W/COM PT LC 54H 36W | |
| 3 | FRAME, PWR 4-CIRC W/COM PT LC 54H 48W | |
| 6 | FRAME, NPWR NO ACCESS 54H 48W | |
| 12 | DRAW ROD 54H | |
| 3 | WALL START 54H | |
| 3 | CONN, 2-WAY 90 FABRIC, NPWR 54H | |
| 3 | FIN END, STD 54H | |
| 1 | 15 AMP RECEPTACLE 4 CIRCUIT, DUPLEX, CIRCUIT B 6/PKG | |
| 1 | 15 AMP RECEPTACLE 4 CIRCUIT, DUPLEX, CIRCUIT C 6/PKG | |
| 1 | 15 AMP RECEPTACLE 4 CIRCUIT, DUPLEX CIRCUIT D ISOLATED GROUND 6/ | |
| 3 | POWER ENTRY, EXT. DIR CON 4-CIRC, 6FT L | |
| 18 | TILE, FACE FABRIC 16H 24W | |
| 18 | TILE, FACE FABRIC 16H  36W | |
| 48 | TILE, FACE FABRIC 16H 48W | |
| 3 | WORK SURF, SQ-EDGE RECT, NO TROUGH 24D 36W | |
| 3 | WORK SURF, SQ-EDGE RECT, NO TROUGH 24D 36W | |
| 3 | WORK SURF, SQ-EDGE EXT CNR, RECT END, NO TROUGH 24D 48W LFT 72W RT | |

*Work Squared*
*Invoice #83789*

| | |
|---|---|
| 6 | TILE, WINDOW TOP 16H 48W |
| 3 | PED W-PULL, FREESTD 20D B/B/F |
| 3 | UTILITY TRAY, TU PED |
| 3 | CLAM ADJ CPU HOLDER, SMALL |
| 1 | FRAME, PWR 4-CIRC W/COM PT LC 38H 36W |
| 1 | FRAME, NPWR ACCESS HOLES W/COM PT LC 38H 36W |
| 1 | FRAME, PWR 4-CIRC W/COM PT LC 38H 42W |
| 2 | DRAW ROD 38H |
| 1 | WALL START 38H |
| 1 | CONN, 2-WAY 90 VINYL, NPWR 38H |
| 1 | FIN END, STD 38H |
| 4 | TILE FACE FABRIC 16H 36W |
| 2 | TILE, FACE FABRIC 16H 42W |
| 4 | TILE VENEER |
| 2 | TILE, VENEER |
| 1 | WORK SURF, SQ-EDGE CURV, NO TROUGH 30D LFT, 24D RT 42W |
| 1 | WORK SURF, SQ-EDGE CONCV CNR, NO TROUGH 24D 36W |
| 1 | TRANS SURF, SQ-EDGE RECT END LAM, NO CUTOUT 42W |
| 1 | TRANS SURF, SQ-EDGE CORNER LAM 36W |
| 1 | CLAM ADJ CPU HOLDER, SMALL |
| 1 | METAL LOW CREDENZA, DOORS W/DWRS, BAR PULL, 2 1/4"H BASE DBL DRS LFT |
| 2 | LOCK PLUG AND KEY, CHROME UM SERIES #385 |
| 1 | FRAME, PWR 4-CIRC W/COM PT LC 54H 24W |
| 2 | FRAME, PWR 4-CIRC W/COM PT LC 54H 30W |
| 2 | FRAME, NPWR NO ACCESS 54H 30W |
| 3 | FRAME, PWR 4-CIRC W/COM PT LC 54H 48W |
| 7 | DRAW ROD 54H |
| 1 | CONN, 2-WAY 90 FABRIC, PWR 54H |
| 1 | CONN, 2-WAY 90 FABRIC, NPWR 54H |
| 1 | POWER ENTRY, EXT. DIR CON 4 CIRC, 6FT L |
| 1 | FIN END, STD 54H |
| 6 | TILE, FACE FABRIC 16H 24W |
| 22 | TILE, FACE FABRIC 16H 30W |
| 18 | TILE, FACE FABRIC 16H 48W |
| 1 | TILE WINDOW TOP 16H 30W |
| 1 | WORK SURF, EDGE RECT, NO TROUGH 24D 24W |
| 1 | RETURN, OPEN, WK SURF/UNDRSTRC SUPP 27H 24D, FOR WORK SURFACE OR ON |
| 1 | WORK SURF, SQ-EDGE EXT CNR, REC END, NO TROUGH 24D 48W LFT 60W RT |
| 1 | WORK SURF,SQ-EDGE EXT CNR, RECT END, NO TROUGH 24D 60W LTFT 48W RT |
| 1 | WORK SURF, SQ EDGE EXT CNR, ELLIPSE END, NO TROUGH 24D W/COL 48W LFT |
| 1 | PED W PULL-FREESTD 20D B/B/F |
| 1 | UTILITY TRAY, TU PED |
| 1 | CLAM ADJ CPU HOLDER, SMALL |
| 1 | WISHBONE PLUS DUAL-SCREEN MONITOR ARM ASSEMBLY, WISHBONE POST, CLAM |
| 1 | NON UNION STRAIGHT TIME LABOR TO DELIVER AND INSTALL NEW PRODUCT |
| 1 | POWER ENTRY, EXT DIR CON 4-CIRC 6TL L |
| 4 | CHI, CAPER STACKING, FLEXNET SEAT, FIXED ARMS |
| 1 | INSTALLATION |
| 2 | CLAM ADJ. CPU HOLDER, SAMLL SILVER |
| 1 | + 15 AMP RECEPTACLE 4 CIRCUIT, DUPLEX, CIRCUIT C 6/PKG, + COOL GREY NEUTRAL |

WorkSquared
Invoice # 83989

Invoice # 84339  WorkSquared

| 1 | + 15 AMP RECEPTACLE 4 CIRCUIT, DUPLEX, CIRCUIT D 6/PKG, + COOL GREY NEUTRAL |
| 2 | + PWR JUMPER, 16 3/4L FOR IN-LINE 2-WAY CONN |
| 2 | + PWR HARNESS, 36 IN W |
| 2 | + PWR HARNESS, 60 IN W |
| 2 | + PWR ENTRY, DIR CONN 6FT L |
| 2 | + CONVERSION KIT, BACK PNL, 17H METAL 36W + METALLIC SILVER |
| 2 | + CONVERSION KIT, BACK PNL, 17H METAL 60W + METALLIC SILVER |
| 1 | INSTALLATION |
| 2 | POWEREDGE R210 WITH WINDOWS 2008 SERVER 5 |
| 1 | SAST MI, Wayne, Livonia |

*WorkSquared Invoice # 84310*

*MSI Invoice # 50922*

Lessee's Initials

A1421

T4C01376



work$^2$
WorkSquared

Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:  83489

DATE:  06/15/11

**SOLD TO:**

CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN: APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH 45203

PH: 734-744-4400

**PROJECT ADDRESS:**

ACLR, LLC
38705 SEVEN MILE ROAD
SUITE 460
LIVONIA, MI 48152
KRISTEN BARNES  586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS 4633 Patterson, SE, Suite A Grand Rapids, MI 49512 |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 1 | PA2LE.BB22N | +Crn,Ext,24x48x60x24,Lam Top/Vin Ed,L Rec Leg/R Rec Leg,Nonpwr +metallic silver +walnut on cherry +black umber Tagging: SG PRIVATE OFFICE | 1,028.25 | 1,028.25 |
| 1 | PL200.48L | +Conversion Kit,Back Pnl,17H Metal 48W L +metallic silver Tagging: SG PRIVATE OFFICE | 87.19 | 87.19 |
| 1 | PB1LE.DC24N | +Rec,24x36,Lam Top/Vin Ed,L Rec Leg/R Full End,Nonpwr +metallic silver +walnut on cherry +black umber Tagging: SG PRIVATE OFFICE | 592.31 | 592.31 |
| 1 | PC3LA.HA42N | +Obl Pen,90x24,Lam Top/Vin Ed,L Full End/R Rec Leg,Nonpwr +metallic silver +walnut on cherry +black umber +24" modesty panel Tagging: SG PRIVATE OFFICE | 1,650.38 | 1,650.38 |
| 1 | F19V-1522-B BF | @Ped,Freestd Slpd Pull,Vnr Frnt B/B/F +smooth paint on textured steel +metallic silver +1 1/4"-high painted metal top with squared edge @walnut on cherry +keyed alike +brushed aluminum +2 1/4"-high base +no counterweight +hanging rail, no compressor Tagging: MP PRIVATE OFFICE | 697.50 | 697.50 |
| 1 | 73-1516-PT | +Pencil Tray for 15W Box Dwr Tagging: MP PRIVATE OFFICE | 10.69 | 10.69 |
| 1 | MS2V3.1JM | @Cab,Stk Stg,Ven Frnt Slpd Pull,2H/Dr L,Wdrb R/F-F 30W Frnt Facing +smooth paint on textured steel +metallic silver +brushed aluminum +1 1/4"-high painted metal top with squared edge @walnut on cherry +keyed alike +2 1/4"-high base +no cable management channel Tagging: MS PRIVATE OFFICE | 1,996.31 | 1,996.31 |
| 1 | Y91022.WWC | *Wishbone Plus Dual-Screen Monitor Arm Assembly,Wishbone Post,clam *silver Tagging: Z2 PRIVATE OFFICE | 429.50 | 429.50 |

PAGE 1

A1422



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:  83489

DATE:  06/15/11

SOLD TO:

CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN:  APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH  45203

PH: 734-744-4400

PROJECT ADDRESS:

ACLR, LLC
38705  SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES   586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 1 | Y92034. | @Clam Adj CPU Holder,Small @silver Tagging: Z2 PRIVATE OFFICE | 124.00 | 124.00 |
| 3 | 1B2JK7-375 | +Lock Plug and Key,Chrome UM Series #375 Tagging: R PRIVATE OFFICE | 0.00 | 0.00 |
| 1 | PC3VA.HA42N | @Obl Pen,90x24,Ven Top/Wood Comp Ed,L Full End/R Rec Leg,Nonpwr +metallic silver @walnut on cherry +24" modesty panel Tagging: SG CHRIS'S OFFICE | 2,212.31 | 2,212.31 |
| 1 | PB1VE.DC24N | @Rec,24x36,Ven Top/Wood Cmp Ed,L Rec Leg/R Full End,Nonpwr +metallic silver @walnut on cherry Tagging: SG CHRIS'S OFFICE | 771.75 | 771.75 |
| 1 | PA2VE.BB22N | @Crn,Ext,24x48x60x24,Ven Top/Wd Cmp Ed,L Rec Leg/R Rec Leg,Nonpwr +metallic silver @walnut on cherry Tagging: SG CHRIS'S OFFICE | 1,361.25 | 1,361.25 |
| 1 | PL200.48L | +Conversion Kit,Back Pnl,17H Metal 48W L +metallic silver Tagging: SG CHRIS'S OFFICE | 87.19 | 87.19 |
| 1 | PH200.1860S | +Screen,Stack,Straight End,18Hx60W +infusion-Pr Cat 1 +infusion iron +infusion-Pr Cat 1 +infusion iron Tagging: SG CHRIS'S OFFICE | 194.63 | 194.63 |
| 1 | PH200.1836S | +Screen,Stack,Straight End,18Hx36W +infusion-Pr Cat 1 +infusion iron +infusion-Pr Cat 1 +infusion iron Tagging: SG CHRIS'S OFFICE | 165.38 | 165.38 |
| 2 | F19V-1522-B BF | @Ped,Freestd Slpd Pull,Vnr Frnt B/B/F +smooth paint on textured steel +metallic silver +1 1/4"-high painted metal top with squared edge @walnut on cherry +keyed alike +brushed aluminum +2 1/4"-high base +no counterweight +hanging rail, no compressor CONTINUED... | 697.50 | 1,395.00 |

PAGE 2

A1423



**work²**
WorkSquared

Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE: 83489

DATE: 06/15/11

SOLD TO:
CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN: APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH 45203

PH: 734-744-4400

PROJECT ADDRESS:
ACLR, LLC
38705 SEVEN MILE ROAD
SUITE 460
LIVONIA, MI 48152
KRISTEN BARNES   586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| | | Tagging: MP CHRIS'S OFFICE | | |
| 1 | 73-1516-PT | +Pencil Tray for 15W Box Dwr<br>Tagging: MP CHRIS'S OFFICE | 10.69 | 10.69 |
| 1 | MS2V3.1JM | @Cab,Stk Stg,Ven Frnt Slpd Pull,2H/Dr L,Wdrb R/F-F 30W Frnt Facing<br>+smooth paint on textured steel +metallic silver<br>+brushed aluminum +1 1/4"-high painted metal top<br>with squared edge @walnut on cherry +keyed alike<br>+2 1/4"-high base +no cable management channel<br>Tagging: MS CHRIS'S OFFICE | 1,996.31 | 1,996.31 |
| 1 | Y91022.WWC | *Wishbone Plus Dual-Screen Monitor Arm<br>Assembly,Wishbone Post,clam<br>*silver<br>Tagging: Z2 CHRIS'S OFFICE | 429.50 | 429.50 |
| 1 | Y92034. | @Clam Adj CPU Holder,Small<br>@silver<br>Tagging: Z2 CHRIS'S OFFICE | 124.00 | 124.00 |
| 3 | 1B2JK7-370 | +Lock Plug and Key,Chrome UM Series #370<br>Tagging: R CHRIS'S OFFICE | 0.00 | 0.00 |
| 3 | E1109.5424G | +Frame,Pwr 4-Circ W/Com Pt Lc 54H 24W<br>+black umber +black umber<br>Tagging: U (3) MANAGER'S S | 266.50 | 799.50 |
| 3 | E1109.5436G | +Frame,Pwr 4-Circ W/Com Pt Lc 54H 36W<br>+black umber +black umber<br>Tagging: U (3) MANAGER'S S | 305.00 | 915.00 |
| 3 | E1109.5448G | +Frame,Pwr 4-Circ W/Com Pt Lc 54H 48W<br>+black umber +black umber<br>Tagging: U (3) MANAGER'S S | 341.50 | 1,024.50 |
| 6 | E1109.5448N | +Frame,Npwr No Access 54H 48W<br>+black umber +black umber<br>Tagging: U (3) MANAGER'S S | 266.50 | 1,599.00 |

PAGE 3

T4C01379



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:   83489

DATE:   06/15/11

SOLD TO:
CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN:  APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH  45203

PH: 734-744-4400

PROJECT ADDRESS:
ACLR, LLC
38705  SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES   586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 12 | E1120.54 | +Draw Rod 54H<br>Tagging: U (3) MANAGER'S S | 11.00 | 132.00 |
| 3 | E1210.54 | +Wall Start 54H<br>+black umber<br>Tagging: U (3) MANAGER'S S | 52.00 | 156.00 |
| 3 | E1220.54FRN | +Conn,2-Way 90 Fabric,Npwr 54H<br>+black umber +black umber +infusion-Pr Cat 1<br>+infusion iron<br>Tagging: U (3) MANAGER'S S | 114.00 | 342.00 |
| 3 | E1250.54S | +Fin End,Std 54H<br>+black umber<br>Tagging: U (3) MANAGER'S S | 35.50 | 106.50 |
| 1 | E1311.B | +15 Amp Receptacle 4 Circuit, Duplex, Circuit B<br>6/Pkg<br>+black umber<br>Tagging: U (3) MANAGER'S S | 92.00 | 92.00 |
| 1 | E1311.C | +15 Amp Receptacle 4 Circuit, Duplex, Circuit C<br>6/Pkg<br>+black umber<br>Tagging: U (3) MANAGER'S S | 92.00 | 92.00 |
| 1 | E1311.D | +15 Amp Receptacle 4 Circuit, Duplex, Circuit D<br>isolated ground 6/<br>+black umber<br>Tagging: U (3) MANAGER'S S | 92.00 | 92.00 |
| 3 | E1322.06E | +Power Entry,Ext. Dir Con 4-Circ,6Ft L<br>Tagging: U (3) MANAGER'S S | 80.00 | 240.00 |
| 18 | E1420.1624F | +Tile,Face Fabric 16H 24W<br>+infusion-Pr Cat 1 +infusion iron<br>Tagging: U (3) MANAGER'S S | 38.50 | 693.00 |
| 18 | E1420.1636F | +Tile,Face Fabric 16H 36W<br>+infusion-Pr Cat 1 +infusion iron<br>Tagging: U (3) MANAGER'S S | 45.50 | 819.00 |

PAGE 4

A1425

T4C01380



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE: 83489

DATE: 06/15/11

**SOLD TO:**
CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN:  APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH  45203

PH: 734-744-4400

**PROJECT ADDRESS:**
ACLR, LLC
38705  SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES    586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A<br>Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 48 | E1420.1648F | +Tile,Face Fabric 16H 48W<br>+infusion-Pr Cat 1 +infusion iron<br>Tagging: U (3) MANAGER'S S | 52.50 | 2,520.00 |
| 3 | E2110.2436L | +Work Surf,Sq-Edge Rect,No Trough 24D 36W<br>+walnut on cherry +black umber +on module<br>Tagging: U (3) MANAGER'S S | 178.50 | 535.50 |
| 3 | E2142.7248L | +Work Surf,Sq-Edge Ext Cnr,Ellipse End,No Trough<br>24D w/col 72W Lft<br>+walnut on cherry +tiered column +black umber +on<br>module<br>Tagging: U (3) MANAGER'S S | 583.50 | 1,750.50 |
| 3 | E2140.4872L | +Work Surf,Sq-Edge Ext Cnr,Rect End,No Trough 24D<br>48W Lft 72W Rt<br>+walnut on cherry +black umber +on module<br>Tagging: U (3) MANAGER'S S | 568.00 | 1,704.00 |
| 6 | E1415.1648T | +Tile,Window Top 16H 48W<br>+black umber +dot patterned<br>Tagging: U (3) MANAGER'S S | 95.50 | 573.00 |
| 3 | LW100.20BBF | +Ped W-Pull,Freestd 20D B/B/F<br>+3/4-extension roller slides on box drawers, full-<br>+smooth paint on smooth steel +black umber +keyed<br>differently, black +raised height +none<br>Tagging: UP (3) MANAGER'S S | 183.38 | 550.14 |
| 3 | LG906 | +Utility Tray, Tu Ped<br>Tagging: UP (3) MANAGER'S S | 6.00 | 18.00 |
| 3 | Y92034. | @Clam Adj CPU Holder,Small<br>@silver<br>Tagging: Z2 (3) MANAGER'S S | 124.00 | 372.00 |
| 1 | E1109.3836G | +Frame,Pwr 4-Circ W/Com Pt Lc 38H 36W<br>+none +black umber<br>Tagging: U KRISTEN'S STATI | 273.00 | 273.00 |
| 1 | E1109.3836J | +Frame,Npwr Access Holes W/Com Pt Lc 38H 36W<br>+none +black umber<br>CONTINUED... | 202.00 | 202.00 |

PAGE 5



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:  83489

DATE:  06/15/11

**SOLD TO:**
CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN:  APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH  45203

PH: 734-744-4400

**PROJECT ADDRESS:**
ACLR, LLC
38705  SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES    586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A<br>Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| | | Tagging: U KRISTEN'S STATI | | |
| 1 | E1109.3842G | +Frame,Pwr 4-Circ W/Com Pt Lc 38H 42W<br>+none +black umber<br>Tagging: U KRISTEN'S STATI | 291.50 | 291.50 |
| 2 | E1120.38 | +Draw Rod 38H<br>Tagging: U KRISTEN'S STATI | 10.50 | 21.00 |
| 1 | E1210.38 | +Wall Start 38H<br>+black umber<br>Tagging: U KRISTEN'S STATI | 51.00 | 51.00 |
| 1 | E1220.38SRN | +Conn,2-Way 90 Vinyl,Npwr 38H<br>+black umber +black umber +black umber<br>Tagging: U KRISTEN'S STATI | 106.00 | 106.00 |
| 1 | E1250.38S | +Fin End,Std 38H<br>+black umber<br>Tagging: U KRISTEN'S STATI | 33.00 | 33.00 |
| 1 | E1322.06E | +Power Entry,Ext. Dir Con 4-Circ,6Ft L<br>Tagging: U KRISTEN'S STATI | 80.00 | 80.00 |
| 4 | E1420.1636F | +Tile,Face Fabric 16H 36W<br>+infusion-Pr Cat 1 +infusion iron<br>Tagging: U KRISTEN'S STATI | 45.50 | 182.00 |
| 2 | E1420.1642F | +Tile,Face Fabric 16H 42W<br>+infusion-Pr Cat 1 +infusion iron<br>Tagging: U KRISTEN'S STATI | 48.50 | 97.00 |
| 4 | ZEGFW | @Tile,Veneer<br>@16" high @36" wide @walnut on cherry<br>Tagging: U KRISTEN'S STATI | 152.00 | 608.00 |
| 2 | ZEGFW | @Tile,Veneer<br>@16" high @42" wide @walnut on cherry<br>Tagging: U KRISTEN'S STATI | 163.50 | 327.00 |

PAGE 6

T4C01382



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE: 83489

DATE: 06/15/11

**SOLD TO:**

CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN:  APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH  45203

PH: 734-744-4400

**PROJECT ADDRESS:**

ACLR, LLC
38705  SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES   586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A<br>Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 1 | E2121.42L | +Work Surf,Sq-Edge Curv,No Trough 30D Lft,24D Rt 42W<br>+walnut on cherry +black umber +on module<br>Tagging: U KRISTEN'S STATI | 266.00 | 266.00 |
| 1 | E2130.2436L | +Work Surf,Sq-Edge Concv Cnr,No Trough 24D 36W<br>+walnut on cherry +black umber +on module<br>Tagging: U KRISTEN'S STATI | 250.00 | 250.00 |
| 1 | E2812.42LN | +Trans Surf,Sq-Edge Rect End Lam,No Cutout 42W<br>+walnut on cherry<br>Tagging: U KRISTEN'S STATI | 143.50 | 143.50 |
| 1 | E2813.36L | +Trans Surf,Sq-Edge Corner Lam 36W<br>+walnut on cherry<br>Tagging: U KRISTEN'S STATI | 409.00 | 409.00 |
| 1 | Y92034. | @Clam Adj CPU Holder,Small<br>@silver<br>Tagging: Z2 KRISTEN'S STATI | 124.00 | 124.00 |
| 1 | FM74K.72202 CNL03L | @Metal Low Credenza,Doors w/Dwrs,Bar Pull,2 1/4"H Base,Dbl Drs Lft<br>@textured paint on smooth steel @graphite @walnut on cherry @walnut on cherry @metallic silver @counterweight @keyed alike<br>Tagging: FM KRISTEN'S STATI | 1,566.50 | 1,566.50 |
| 2 | 1B2JK7-385 | +Lock Plug and Key,Chrome UM Series #385<br>Tagging: R KRISTEN'S STATI | 0.00 | 0.00 |
| 1 | E1109.5424G | +Frame,Pwr 4-Circ W/Com Pt Lc 54H 24W<br>+black umber +black umber<br>Tagging: U JASON'S STATION | 266.50 | 266.50 |
| 2 | E1109.5430G | +Frame,Pwr 4-Circ W/Com Pt Lc 54H 30W<br>+black umber +black umber<br>Tagging: U JASON'S STATION | 286.00 | 572.00 |
| 2 | E1109.5430N | +Frame,Npwr No Access 54H 30W<br>+black umber +black umber<br>Tagging: U JASON'S STATION | 211.50 | 423.00 |

T4C01383



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:  83489

DATE:  06/15/11

SOLD TO:

CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN:  APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH  45203

PH: 734-744-4400

PROJECT ADDRESS:

ACLR, LLC
38705  SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES   586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A<br>Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 3 | E1109.5448G | +Frame,Pwr 4-Circ W/Com Pt Lc 54H 48W<br>+black umber +black umber<br>Tagging: U JASON'S STATION | 341.50 | 1,024.50 |
| 7 | E1120.54 | +Draw Rod 54H<br>Tagging: U JASON'S STATION | 11.00 | 77.00 |
| 1 | E1220.54FRE | +Conn,2-Way 90 Fabric,Pwr 54H<br>+black umber +black umber +infusion-Pr Cat 1<br>+infusion iron<br>Tagging: U JASON'S STATION | 130.50 | 130.50 |
| 1 | E1220.54FRN | +Conn,2-Way 90 Fabric,Npwr 54H<br>+black umber +black umber +infusion-Pr Cat 1<br>+infusion iron<br>Tagging: U JASON'S STATION | 114.00 | 114.00 |
| 1 | E1322.06E | +Power Entry,Ext. Dir Con 4-Circ,6Ft L<br>Tagging: U JASON'S STATION | 80.00 | 80.00 |
| 1 | E1250.54S | +Fin End,Std 54H<br>+black umber<br>Tagging: U JASON'S STATION | 35.50 | 35.50 |
| 6 | E1420.1624F | +Tile,Face Fabric 16H 24W<br>+infusion-Pr Cat 1 +infusion iron<br>Tagging: U JASON'S STATION | 38.50 | 231.00 |
| 22 | E1420.1630F | +Tile,Face Fabric 16H 30W<br>+infusion-Pr Cat 1 +infusion iron<br>Tagging: U JASON'S STATION | 41.00 | 902.00 |
| 18 | E1420.1648F | +Tile,Face Fabric 16H 48W<br>+infusion-Pr Cat 1 +infusion iron<br>Tagging: U JASON'S STATION | 52.50 | 945.00 |
| 1 | E1415.1630T | +Tile,Window Top 16H 30W<br>+black umber +dot patterned<br>Tagging: U JASON'S STATION | 70.50 | 70.50 |
| 1 | E2110.2424L | +Work Surf,Sq-Edge Rect,No Trough 24D 24W<br>+walnut on cherry +black umber +on module<br>CONTINUED... | 155.50 | 155.50 |

PAGE 8

A1429

T4C01384



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE: **83489**

DATE: 06/15/11

**SOLD TO:**
CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN:  APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH  45203

PH: 734-744-4400

**PROJECT ADDRESS:**
ACLR, LLC
38705  SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES    586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| | | Tagging: U JASON'S STATION | | |
| 1 | E1142.2724A | +Return,Open,Wk Surf/Undrstrc Supp 27H 24D,for work surface or on- +black umber Tagging: U JASON'S STATION | 269.50 | 269.50 |
| 1 | E2140.4860L | +Work Surf,Sq-Edge Ext Cnr,Rect End,No Trough 24D 48W Lft 60W Rt +walnut on cherry +black umber +on module Tagging: U JASON'S STATION | 525.50 | 525.50 |
| 1 | E2140.6048L | +Work Surf,Sq-Edge Ext Cnr,Rect End,No Trough 24D 60W Lft 48W Rt +walnut on cherry +black umber +on module Tagging: U JASON'S STATION | 525.50 | 525.50 |
| 1 | E2142.4878L | +Work Surf,Sq-Edge Ext Cnr,Ellipse End,No Trough 24D w/col 48W Lft +walnut on cherry +tiered column +black umber +on module Tagging: U JASON'S STATION | 613.00 | 613.00 |
| 1 | LW100.20BBF | +Ped W-Pull,Freestd 20D B/B/F +3/4-extension roller slides on box drawers, full- +smooth paint on smooth steel +black umber +keyed differently, black +raised height +none Tagging: UP JASON'S STATION | 183.38 | 183.38 |
| 1 | LG906 | +Utility Tray, Tu Ped Tagging: UP JASON'S STATION | 6.00 | 6.00 |
| 1 | Y92034. | @Clam Adj CPU Holder,Small @silver Tagging: Z2 JASON'S STATION | 124.00 | 124.00 |
| 1 | Y91022.WWC | *Wishbone Plus Dual-Screen Monitor Arm Assembly,Wishbone Post,clam *silver Tagging: Z2 JASON'S STATION | 429.50 | 429.50 |

PAGE 9

A1430

T4C01385



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:  83489

DATE:  06/15/11

**SOLD TO:**
CLIENT #: 008419
PNC EQUIPMENT FINANCE, LLC
ATTN:  APRIL PHILLIPS
995 DALTON AVENUE
CINCINNATI, OH  45203

PH: 734-744-4400

**PROJECT ADDRESS:**
ACLR, LLC
38705  SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES   586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | DEPOSIT | 49160 | 4633 Patterson, SE, Suite A<br>Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 1 | LABOR | NON UNION STRAIGHT TIME LABOR TO DELIVER AND INSTALL NEW PRODUCT | 3,195.00 | 3,195.00 |

|  |  |
|---|---|
| SUBTOTAL....: | 43,223.66 |
| INSTALL.....: | 3,195.00 |
| FINAL TOTAL.: | 46,418.66 |
| LESS DEPOSIT: | -40,000.00 |
| **PAY THIS AMOUNT** | 6,418.66 |

PAGE 10  OF 10

A1431

T4C01386



**work²**
WorkSquared

Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:  84339

DATE:  07/27/11

**SOLD TO:**
CLIENT #: 008419
PNC EQUIPMENT LEASE FINANCE, LLC
995 DALTON AVENUE

CINCINNATI, OHIO  45203
ATTN:  APRIL PHILLIPS
PH: 734-744-4400

**PROJECT ADDRESS:**
ACLR, LLC
38705 SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES  586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | 144406001 | 72608 | 4633 Patterson, SE, Suite A<br>Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 4 | WC420P | *Chr,Caper Stacking,FLEXNET Seat,Fixed Arms<br>*metallic silver *black *hard wheel caster, carpet<br>only *black *flexnet-Pr Cat 1 *flexnet black<br>Tagging: WC | 239.00 | 956.00 |
| 1 | LABOR | NON UNION STRAIGHT TIME LABOR TO DELIVER (4) CAPER<br>CHAIRS | 95.00 | 95.00 |

SUBTOTAL....:  956.00
INSTALL.....:  95.00

FINAL TOTAL.:  1,051.00

**PAY THIS AMOUNT**  1,051.00

PAGE 1   OF 1

A1432



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

**INVOICE:** 84340

**DATE:** 07/27/11

**SOLD TO:**
CLIENT #: 008419
ACLR, LLC
38705 SEVE MILE ROAD
SUITE 460
LIVONIA, MI 48152

PH: 734-744-4400

**PROJECT ADDRESS:**
ACLR, LLC
348705 SEVEN MILE ROAD
SUITE 460
LIVONIA, MI 48152
CHRIS MUCKE 586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | SIGNED PROPOSAL | 72599 | 4633 Patterson, SE, Suite A Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED |
|---|---|---|---|---|
| 2 | Y92034. | @Clam Adj CPU Holder,Small<br>@silver<br>Tagging: Z2 | 124.00 | 248.00 |
| 1 | K1311.C | +15 Amp Receptacle 4 Circuit, Duplex, Circuit C<br>6/Pkg<br>+cool grey neutral<br>Tagging: 8 | 94.00 | 94.00 |
| 1 | K1311.DN | +15 Amp Receptacle 4 Circuit, Duplex, Circuit D<br>6/Pkg<br>+cool grey neutral<br>Tagging: 8 | 94.00 | 94.00 |
| 2 | PG320.17 | +Pwr Jumper,16 3/4L for In-Line 2-Way Conn<br>Tagging: SG | 27.56 | 55.12 |
| 2 | PG310.36 | +Pwr Harness,36In W<br>Tagging: SG | 75.38 | 150.76 |
| 2 | PG310.60 | +Pwr Harness,60In W<br>Tagging: SG | 75.38 | 150.76 |
| 2 | PG210.06 | +Pwr Entry,Dir Conn 6Ft L<br>Tagging: SG | 74.81 | 149.62 |
| 2 | PL200.36 | +Conversion Kit,Back Pnl,17H Metal 36W<br>+metallic silver<br>Tagging: SG | 79.88 | 159.76 |
| 2 | PL200.60R | +Conversion Kit,Back Pnl,17H Metal 60W R<br>+metallic silver<br>Tagging: SG | 94.50 | 189.00 |
| 1 | LABOR | EARLY DELIVERY - REGULAR INSTALL | 210.00 | 210.00 |

T4C01388



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:   84340

DATE:   07/27/11

SOLD TO:

CLIENT #: 008419
ACLR, LLC
38705 SEVE MILE ROAD
SUITE 460
LIVONIA, MI  48152

PH: 734-744-4400

PROJECT ADDRESS:

ACLR, LLC
348705 SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
CHRIS MUCKE   586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | SIGNED PROPOSAL | 72599 | 4633 Patterson, SE, Suite A<br>Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | | SELL | EXTENDED |
|---|---|---|---|---|---|
| | | | SUBTOTAL....: | | 1,291.02 |
| | | | INSTALL.....: | | 210.00 |
| | | | FINAL TOTAL.: | | 1,501.02 |
| | | | PAY THIS AMOUNT | | 1,501.02 |

PAGE 2   OF 2

A1434



Millennium Solutions Inc.
4070 Clairmont Rd
Chamblee, GA 30341

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/30/2011 | 50722 |

| Bill To |
|---------|
| ACLR, LLC |
| 38705 Seven Mile Road |
| Suite 460 |
| Livonia, MI  48152 |

| Ship To |
|---------|
| Millennium Solutions |
| 4070 Clairmont Road |
| Attn:  Durenda Chapman |
| Chamblee, GA  30341 |

| GSA Contract | P.O. No. | Terms | TIN |
|--------------|----------|-------|-----|
| GS-02F-0179R | | Net 30 | 58-2418487 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Poweredge R210 with Windows 2008 Server 5 cals, 2 1tb drives, raid 1, dvd rom, 1GB network Card | 2,322.45 | 4,644.90T |
| | Sales Tax | 7.00% | 325.14 |

Thank you for your business.

| **Total** | $4,970.04 |
|-----------|-----------|

| Phone # |
|---------|
| 770-936-9566 |

| Web Site |
|----------|
| www.msiatlanta.com |

E26

## DISCLAIMER OF OWNERSHIP
### LEASE #144406001

The undersigned, **ACLR, LLC.** (the "Lessee") proposes to be the Lessee of certain equipment from PNC Equipment Finance, LLC (the "Lessor") pursuant to an Equipment Lease between Lessor and Lessee signed by the Lessee on _8/19/2011_. The equipment covered by the lease is hereinafter referred to as the "equipment".

**See Attached Equipment Schedule A**

The Equipment will be purchased from Worksquared, Inc. (the "Vendor") by Lessor. Lessee has made a down payment to the Vendor, and it is contemplated that, upon Lessor's receipt of all necessary documentation and satisfaction of all conditions to Lessor entering into the Lease, Lessor shall pay the Vendor the total purchase price (less any down payments) and have 100% ownership of the Equipment.

The Lessee, being satisfied that its payments under the Lease are based upon the amount the Lessor is financing including Lessee's down payment, hereby consents to the Vendor transferring the entire ownership in the Equipment to Lessor, and, effective on the actual transfer of the Equipment to Lessor, disclaims ownership interest or rights in the Equipment except those the Lessee has virtue of being the Lessee under the Lease.

Lessee:
**ACLR, LLC.**

By: _____

Title: Managing Principal

Date: August 19, 2011

# Equipment Schedule A
## For Disclaimer on
## Lease #144406001
## Dated August 18, 2011
## Worksquared, Inc.

E28

*Initial lease equipment*

| Quantity | Description | Serial No. |
|---|---|---|
| 1 | CRN, EXT, 24X48X60X24, LAM TOP/VIN ED, L REC, LEG/R REC LEG, NONPWR | |
| 1 | CONVERSION KIT, BACK PNL 17H METAL 48W L | |
| 1 | REC, 24X36 LAM TOP/VIN ED, L REC LEG/R FULL END, NONPWR | |
| 1 | OBL PEN, 90X24 LAM TOP/VIN ED, L FULL END/R REC LEG, NONPWR | |
| 1 | PED, FREESTD SLPD PULL, VNR FRNT B/B/F | |
| 1 | PENCIL TRAY FOR 15W BOX DWR | |
| 1 | CAB, STK STG, VEN FRNT SLPD PULL, 2H/DR L, WDRB R/F-F 30W FRNT FACING | |
| 1 | WISHBONE PLUS DUAL-SCREEN MONITOR ARM ASSEMBLY, WISHBONE POST, CLAM | |
| 1 | CLAM ADJ CPU HOLDER, SMALL | |
| 3 | LOCK PLUG AND KEY, CHROME UM SERIE 3375 | |
| 1 | OBL PEN, 90X24 VEN TOP/WOOD COMP ED, L FULL END/R REC LEG, NONPWR | |
| 1 | REC, 24X36 VEN TOP/WOOD CMP ED, L REC LEG/R FULL END, NONPWR | |
| 1 | CRN, EXT, 24X48X60X24 VEN TOP WD CMP ED, L REC LEG/R REC LEG, NONPWR | |
| 1 | CONVERSION KIT, BACK PNL, 17H METAL 48W L | |
| 1 | SCREEN STACK STRAIGHT END 18HX60W | |
| 1 | SCREEN, STACK STRAIGHT END 18HX36W | |
| 2 | PED, FREESTD SLPD PULL, VNR FRNT B/B/F | |
| 1 | PENCIL TRAY FOR 15W BOX DWR | |
| 1 | CAB, STK STG, VEN FRNT SLPD PULL, 4H/DR L, WDRB R/R-F 30W FRNT FACING | |
| 1 | WISHBONE PLUS DUAL-SCREEN MONITOR ARM ASSEMBLY, WISHBONE POST, CLAM | |
| 1 | CLAM ADJ CPU HOLDER, SMALL | |
| 3 | LOCK PLUG AND KEY, CHROME UM SERIES #370 | |
| 3 | FRAME, PWR 4-CIRC W/COM PT LC 54H 24W | |
| 3 | FRAME, PWR 4-CIRC W/COM PT LC 54H 36W | |
| 3 | FRAME, PWR 4-CIRC W/COM PT LC 54H 48W | |
| 6 | FRAME, NPWR NO ACCESS 54H 48W | |
| 12 | DRAW ROD 54H | |
| 3 | WALL START 54H | |
| 3 | CONN, 2-WAY 90 FABRIC, NPWR 54H | |
| 3 | FIN END, STD 54H | |
| 1 | 15 AMP RECEPTACLE 4 CIRCUIT, DUPLEX, CIRCUIT B 6/PKG | |
| 1 | 15 AMP RECEPTACLE 4 CIRCUIT, DUPLEX, CIRCUIT C 6/PKG | |
| 1 | 15 AMP RECEPTACLE 4 CIRCUIT, DUPLEX CIRCUIT D ISOLATED GROUND 6/ | |
| 3 | POWER ENTRY, EXT. DIR CON 4-CIRC, 6FT L | |
| 18 | TILE, FACE FABRIC 16H 24W | |
| 18 | TILE, FACE FABRIC 16H 36W | |

Lessee's Initials

Page 1 of 3

## Equipment Schedule A
### For Disclaimer on
### Lease #144406001
### Dated August 18, 2011
### Worksquared, Inc.

E28

| | |
|---|---|
| 48 | TILE, FACE FABRIC 16H 48W |
| 3 | WORK SURF, SQ-EDGE RECT, NO TROUGH 24D 36W |
| 3 | WORK SURF, SQ-EDGE RECT, NO TROUGH 24D 36W |
| 3 | WORK SURF, SQ-EDGE EXT CNR, RECT END, NO TROUGH 24D 48W LFT 72W RT |
| 6 | TILE, WINDOW TOP 16H 48W |
| 3 | PED W-PULL, FREESTD 20D B/B/F |
| 3 | UTILITY TRAY, TU PED |
| 3 | CLAM ADJ CPU HOLDER, SMALL |
| 1 | FRAME, PWR 4-CIRC W/COM PT LC 38H 36W |
| 1 | FRAME, NPWR ACCESS HOLES W/COM PT LC 38H 36W |
| 1 | FRAME, PWR 4-CIRC W/COM PT LC 38H 42W |
| 2 | DRAW ROD 38H |
| 1 | WALL START 38H |
| 1 | CONN, 2-WAY 90 VINYL, NPWR 38H |
| 1 | FIN END, STD 38H |
| 4 | TILE FACE FABRIC 16H 36W |
| 2 | TILE, FACE FABRIC 16H 42W |
| 4 | TILE VENEER |
| 2 | TILE, VENEER |
| 1 | WORK SURF, SQ-EDGE CURV, NO TROUGH 30D LFT, 24D RT 42W |
| 1 | WORK SURF, SQ-EDGE CONCV CNR, NO TROUGH 24D 36W |
| 1 | TRANS SURF, SQ-EDGE RECT END LAM, NO CUTOUT 42W |
| 1 | TRANS SURF, SQ-EDGE CORNER LAM 36W |
| 1 | CLAM ADJ CPU HOLDER, SMALL |
| 1 | METAL LOW CREDENZA, DOORS W/DWRS, BAR PULL, 2 1/4"H BASE DBL DRS LFT |
| 2 | LOCK PLUG AND KEY, CHROME UM SERIES #385 |
| 1 | FRAME, PWR 4-CIRC W/COM PT LC 54H 24W |
| 2 | FRAME, PWR 4-CIRC W/COM PT LC 54H 30W |
| 2 | FRAME, NPWR NO ACCESS 54H 30W |
| 3 | FRAME, PWR 4-CIRC W/COM PT LC 54H 48W |
| 7 | DRAW ROD 54H |
| 1 | CONN, 2-WAY 90 FABRIC, PWR 54H |
| 1 | CONN, 2-WAY 90 FABRIC, NPWR 54H |
| 1 | POWER ENTRY, EXT. DIR CON 4 CIRC, 6FT L |
| 1 | FIN END, STD 54H |
| 6 | TILE, FACE FABRIC 16H 24W |
| 22 | TILE, FACE FABRIC 16H 30W |
| 18 | TILE, FACE FABRIC 16H 48W |
| 1 | TILE WINDOW TOP 16H 30W |
| 1 | WORK SURF, EDGE RECT, NO TROUGH 24D 24W |
| 1 | RETURN, OPEN, WK SURF/UNDRSTRC SUPP 27H 24D, FOR WORK SURFACE OR ON |
| 1 | WORK SURF, SQ-EDGE EXT CNR, REC END, NO TROUGH 24D 48W LFT 60W RT |
| 1 | WORK SURF, SQ-EDGE EXT CNR, RECT END, NO TROUGH 24D 60W LTFT 48W RT |
| 1 | WORK SURF, SQ EDGE EXT CNR, ELLIPSE END, NO TROUGH |

T4C01393

## Equipment Schedule A
### For Disclaimer on
### Lease #144406001
### Dated August 18, 2011
### Worksquared, Inc.

E28

|   | 24D W/COL 48W LFT |
|---|---|
| 1 | PED W PULL-FREESTD 20D B/B/F |
| 1 | UTILITY TRAY, TU PED |
| 1 | CLAM ADJ CPU HOLDER, SMALL |
| 1 | WISHBONE PLUS DUAL-SCREEN MONITOR ARM ASSEMBLY, WISHBONE POST, CLAM |
| 1 | NON UNION STRAIGHT TIME LABOR TO DELIVER AND INSTALL NEW PRODUCT |
| 1 | POWER ENTRY, EXT DIR CON 4-CIRC 6TL L |

Lessee's Initials

Page 3 of 3

A1439

E28



## INTERIM
## RENTAL SCHEDULE #144406001

      This Interim Rental Schedule dated and effective as of the 17th day of May, 2011 is attached to and governed by the terms and provisions of the Master Lease Agreement dated March 3, 2011 ("Lease") by and between PNC Equipment Finance, LLC ("Lessor") and ACLR, LLC ("Lessee"). This Rental Schedule shall be valid and enforceable until replaced by one or more **FINAL Rental Schedule(s)**. Lessee agrees to promptly execute such Final Rental Schedule(s) to reflect final rental payments and terms.

      All the terms used herein that are defined in the Lease shall have the same meaning herein.

    1.  The Equipment leased hereunder is as follows:

(SEE FINAL CERTIFICATE(S) OF ACCEPTANCE AND ATTACHMENTS THERETO)

**Lease Terms:**

Initial Term: 36 Months, billed monthly.
Rental Commencement Date: _AUGUST 19 2011_
Rent:      36 installments of an amount equal to the original acquisition cost of the equipment multiplied by **0.0310390** payable monthly in advance, plus applicable taxes.
Advance Payment:  Doc Fee is due at time of signing the Interim Rental Schedule, and the First Monthly Payment is due at time of signing the Final Rental Schedule.

    2.  The Initial Term of the lease of the Equipment shall commence upon the first Acceptance Date as indicated on the Final Certificate of Acceptance (the "Lease Commencement Date") and shall continue until expiration of the number of payment periods specified above after the Rental Commencement Date, which shall be the first day of the first calendar month following the Lease Commencement Date. Lessee hereby authorizes Lessor to insert the Lease Commencement Date upon its receipt of the Final Certificate of Acceptance. Rent in the amount specified above, plus applicable taxes, shall be due on the Rental Commencement Date and on the same day of each and every consecutive payment period thereafter for the Initial Term. All Rent shall be due and payable to Lessor at such place as Lessor shall designate in writing.

    3.  Lessee and Lessor shall enter into a keep whole letter herewith whereby Lessor shall agree to advance on Lessee's behalf a certain prepayment for the Equipment. Lessee shall pay prorated rent from the date of the prepayment until the Rental Commencement Date for the Equipment.

    4.  Stipulated Loss Values are set out on Exhibit #1 attached hereto and incorporated herein.

A1440

5.   Options.   Notwithstanding anything contained in the Lease to the contrary, so long as no default shall have occurred and be continuing, Lessee may, at Lessee's option, (i) purchase the Equipment leased pursuant to this Rental Schedule on an "as is, where is" basis, without representation or warranty, express or implied, at the end of the Initial Term at a price equal to the Fair Market Value thereof, plus applicable taxes, or (ii) extend the term of the Initial Term with respect to the Equipment leased pursuant to this Rental Schedule for the Fair Market Rental, plus applicable taxes, and for a period of time mutually agreeable to Lessor and Lessee. "Fair Market Rental" shall be equal to the monthly rental that could be obtained in an arms-length transaction between an informed and willing lessee and an informed and willing lessor under no compulsion to lease. "Fair Market Value" shall be equal to the value which would be obtained in an arms-length transaction between an informed and willing buyer and an informed and willing seller under no compulsion to sell, and in such determination, costs of removal of the Equipment from its location of current use shall not be a deduction from such value.   If Lessee and Lessor cannot agree on the Fair Market Value thereof, such value shall be determined by appraisal at the sole expense of Lessee. Appraisal shall be a procedure whereby two recognized independent appraisers, one chosen by Lessee and one by Lessor, shall mutually agree upon the amount in question.   If the appraisers are unable to agree upon the amount in question, a third recognized independent appraiser's evaluation shall be binding and conclusive on Lessee and Lessor. This purchase or extension option as applicable shall only be available if Lessee gives Lessor ninety days prior written notice of Lessee's irrevocable intent to exercise such option and Lessor and Lessee shall have agreed to all terms and conditions of such purchase or extension prior to the expiration date of the Initial Term.

6.   All options awarded to Lessee shall apply to all but not less than all of the Equipment leased under this Rental Schedule.

IN WITNESS WHEREOF, the parties hereto have caused this Interim Rental Schedule to be duly executed on the date set forth below by their authorized representatives.

THIS RENTAL SCHEDULE CANNOT BE CANCELLED

**Lessee:**
ACLR, LLC

By: _____

Title: _Managing Principal_____

Date: _May 20, 2011_____

**Lessor:**
PNC Equipment Finance, LLC

By: _____

Title: _Team Lead_____

Date: _8/22/11_____

Page 2

E42

## Exhibit #1

### Stipulated Loss of Value Schedule
### Rental Schedule No. 144406001

The Stipulated Loss Value for the Equipment (or any item thereof) shall be determined by multiplying Invoice Cost [as set forth in the Equipment vendor invoice(s)] by the percentage amount shown below which corresponds with the month during the Initial Term in which the determination was made:

| Month of initial term | Charge Pct. | Month of initial term | Charge Pct. |
|---|---|---|---|
| 1 | 105.00% | 19 | 51.51% |
| 2 | 102.03% | 20 | 48.54% |
| 3 | 99.06% | 21 | 45.57% |
| 4 | 96.09% | 22 | 42.60% |
| 5 | 93.11% | 23 | 39.63% |
| 6 | 90.14% | 24 | 36.66% |
| 7 | 87.17% | 25 | 33.69% |
| 8 | 84.20% | 26 | 30.71% |
| 9 | 81.23% | 27 | 27.74% |
| 10 | 78.26% | 28 | 24.77% |
| 11 | 75.29% | 29 | 21.80% |
| 12 | 72.31% | 30 | 18.83% |
| 13 | 69.34% | 31 | 15.86% |
| 14 | 66.37% | 32 | 12.89% |
| 15 | 63.40% | 33 | 9.91% |
| 16 | 60.43% | 34 | 6.94% |
| 17 | 57.46% | 35 | 3.97% |
| 18 | 54.49% | 36 | 1.00% |

Upon expiration of the Renewal Term, and until the Equipment is delivered to Lessor, the Stipulated Loss Value of any item of Equipment shall be 1% of the Invoice Cost.

Lessee (initial) _____          Lessor (initial) _____

A1442

E24

# CERTIFICATE OF INCUMBENCY

The undersigned, duly elected and acting as **Corporate Secretary or Assistant Secretary** of <u>ACLR, LLC</u> ("Lessee") hereby certifies:

1. That he/she has the power and authority to execute this Certificate of Incumbency on behalf of Lessee.

2. That the following named person is an authorized representative of the Lessee in the capacity set forth opposite his or her name and that his or her signature is genuine and correct.

3. That, as of the date hereof, the following named person has proper corporate power and authority to execute and deliver any Lease Agreement between Lessee and PNC Equipment Finance, LLC, any Lease Schedules pursuant thereto and any other related documents.

| Name (print) | Title | Signature |
|---|---|---|
| Christopher Mucke | Managing Principal | |

**NOTE: THE CORPORATE SECRETARY OR ASSISTANT SECRETARY OF THE ORGANIZATION MUST SIGN THIS CERTIFICATE AUTHORIZING THE SIGNER TO SIGN.**

I hereby attest that this information is true and correct as of this ___9th___ day of ___March___, 2011.

**Lessee**
ACLR, LLC

Signature of Corporate Secretary or Assistant Secretary

Kristen M Barnes
Print Name

Office Assistant
Title

E29



## UNCONDITIONAL PERSONAL GUARANTY

The undersigned ("Guarantor"), for valuable consideration, the receipt of which is hereby acknowledged, hereby guarantees PNC Equipment Finance, LLC ("Lessor") (1) the prompt payment, when due, whether by acceleration or otherwise, of all rents, liabilities and other indebtedness now existing and hereafter arising in connection with the Master Lease Agreement ("Lease") dated March 3, 2011 between Lessor and ACLR, LLC. ("Lessee") and all schedules thereto; and (2) the performance and observance of all of the provisions of the Lease to be performed and observed by Lessee. Additionally, the undersigned guarantees to Lessor the payment of all fees, expenses, costs, and charges of collecting the guaranteed obligations including reasonable attorney fees.

This is an absolute, unconditional and continuing guaranty and shall remain in full force and effect so long as any of the obligations under the Lease have not been fully paid or performed. This guaranty shall extend to and cover renewals or replacements of the Lease or extensions of time for payment thereof and shall not be affected by any change in the terms and conditions of the Lease or by any surrender, exchange, acceptance or release by Lessor of any security held by it for, or by the release in whole or in part of any other guarantor or guarantors of, the Lease.

The liability of the undersigned and the rights of Lessor under this guaranty shall not be impaired or affected in any manner by, and the undersigned hereby consents in advance to and waives any requirement of notice for, any (1) disposition, impairment, release, surrender, substitution, or modification of any collateral securing the Lease or the obligations created by this guaranty or any failure to perfect a security interest in any collateral; (2) release (including adjudication or discharge in bankruptcy) or settlement with any person primarily or secondarily liable for the Lease (including, without limitation, Lessee or any guarantor); (3) delay in enforcement of payment of the Lease or delay in enforcement of this guaranty; (4) delay, omission, waiver, or forbearance in exercising any right or power with respect to the Lease or this guaranty; (5) defense arising from the enforceability or validity of the Lease; (6) defenses or counterclaims that the Lessee may assert on the Lease, including, but not limited to, failure of consideration, breach of warranty, fraud, payment, statute of frauds, bankruptcy, infancy, statute of limitations, and accord and satisfaction; or (7) other act or omission which might constitute a legal or equitable discharge of the undersigned. The undersigned waives all defenses based on suretyship or impairment of collateral, presentment, protest, demand for payment, any right of set-off, notice of dishonor or default, notice of acceptance of this guaranty, and notice of any other kind in connection with the Lease or this guaranty. The undersigned hereby waives, releases and discharges any claim, right or remedy which the undersigned may now have or hereafter acquire against Lessee that arises hereunder and/or from the performance by the undersigned hereunder including, without limitation, any claim, remedy or right of subrogation, reimbursement, exoneration, contribution, indemnification, or participation in any claim, right or remedy of Lessor against Lessee or any security which Lessor now has or hereafter acquires, whether or not such claim, right or remedy arises in equity, under contract, by statute, under common law or otherwise.

The Lessor in its sole discretion may determine the period of time which must elapse prior to making demand under this guaranty and Lessor need not exhaust any of its remedies against Lessee or any security of any other guarantor before having recourse against the undersigned under this guaranty.

1 of 2

This guaranty shall be binding upon the undersigned and its legal representatives, heirs, successors and assigns and shall inure to the benefit of Lessor and its successors and assigns. This guaranty shall be governed by, and construed in accordance with, the laws of the State of Ohio. Guarantor and Lessor, to the fullest extent permissible under applicable law, and for all purposes of this guaranty and any related agreement, each hereby irrevocably submits to the non-exclusive jurisdiction of the state or federal courts located in the City of Cincinnati, State of Ohio and irrevocably waives any objection to venue in any such court. **GUARANTOR HEREBY, AND EACH HOLDER OF THE GUARANTEED DEBT OR ANY PART THEREOF, KNOWINGLY AND VOLUNTARILY WAIVES JURY TRIAL IN RESPECT OF ANY ACTION, PROCEEDING OR COUNTERCLAIM AT ANY TIME ARISING UNDER OR IN CONNECTION WITH THIS GUARANTY OR ANY RELATED AGREEMENT. EACH HEREBY CERTIFIES THAT THE FOREGOING JURY WAIVER IS A MATERIAL INDUCEMENT TO LESSOR TO ENTER INTO THE TRANSACTION EVIDENCED BY THIS GUARANTY, AND EACH OF THEM CERTIFIES THAT NO REPRESENTATIVE OF THE OTHER HAS REPRESENTED (EXPRESSLY OR OTHERWISE) THAT THE OTHER WOULD NOT OR MIGHT NOT ENFORCE THIS JURY WAIVER.**

Dated this 3rd day of March, 2011.

**GUARANTOR:  Christopher Mucke**

Christopher Mucke
Print Name

Signature

3/9/2011
Date

Witness

2 of 2



PNC
EQUIPMENT FINANCE

101

**REQUEST FOR INSURANCE**

May 17, 2011
ACLR, LLC.
38705 Seven Mile Rd, Ste 460
Livonia, MI 48152

RE: Lease #144406001 ("Lease Agreement")

Please complete this form and return it to PNC Equipment Finance, LLC along with a copy of your Certificate of Insurance and Insurance Binder, naming PNC Equipment Finance, LLC as lender loss payee and additional insured, as evidence that you have obtained the necessary insurance as required by your Lease Agreement.

As part of the Lease Agreement, you have agreed to keep in effect an "All Risk (or broad form of)" extended coverage property insurance policy covering the equipment for its full replacement value. **You are also required to carry a comprehensive general liability insurance policy or other similar form of third party liability coverage with combined single limits of $1,000,000 per occurrence and $2,000,000 in aggregate limits. The property insurance policy shall name PNC Equipment Finance, LLC and its successors and/or assigns (ISAOA) as sole Lender Loss Payee and the general liability insurance policy shall name PNC Equipment Finance, LLC and its successors and/or assigns (ISAOA) as an Additional Insured.** In addition, such policies shall have a provision stating that the policy cannot be changed or cancelled without 30 days prior written notice to PNC Equipment Finance, LLC.

If you fail to obtain insurance or provide evidence thereof to us, you agree that we may, but shall not be obligated to, obtain such insurance on your behalf and charge you for all costs and expenses associated therewith. Without limiting the forgoing, you specifically agree that if we obtain insurance on your behalf, you will be required to pay a monthly insurance charge. The monthly insurance charge will include reimbursement for premiums advanced to the insurer, finance charges (which will typically be at a rate higher than the rate used to determine your equipment rental amount), billing and tracking fees, administrative expenses and other related fees. We shall receive a portion of the insurance charges, which may include a profit from such finance, billing, tracking, administrative and other charges.

**Please provide the pertinent policy information below in addition to sending PNC Equipment Finance, LLC, copies of the appropriate insurance documents requested above.** Thank you for your assistance in this matter.

## PLEASE COMPLETE ALL OF THE INFORMATION BELOW.

**INSURANCE AGENT INFORMATION:**

Name: Lynn Early

Address: 44260 Cherry Hill

        Canton, MI 48187-3225


Phone Number: 734-983-9160

Fax Number: 734-983-9163

Lessee: ACLR, LLC.

Print Name: Christopher Mucke

Signature:

Title: Managing Principal

Date: May 20, 2011

Insurance Carrier: State Farm

Policy Number: 92-NP-6568-0

Effective Date: June 1, 2011

Expiration Date: June 1, 2012


**Please return this form to:**

PNC Equipment Finance, LLC

995 Dalton Avenue

Cincinnati, OH 45203

Attn: April Phillips

Or by Fax: 866-329-4745

**PNC**
**EQUIPMENT FINANCE**

# MASTER LEASE AGREEMENT

dated as of **March 3, 2011** by and between

**Lessee**:     ACLR, LLC                    **and**     **Lessor**: PNC Equipment Finance, LLC
            550 Forest Ave. Suite 15-2                     995 Dalton Avenue
            Plymouth, MI 48170                             Cincinnati, OH 45203
            Contact: Christopher Mucke                     Contact: Contract Administration
            Phone: (734) 207-0400                          Phone: (513) 421-9191

    1.     LEASE. Lessor agrees to lease to Lessee and Lessee agrees to lease from Lessor the personal property including intangibles (the "Equipment") described in one or more rental schedules ("Rental Schedules") to this Master Lease Agreement (the "Master Lease Agreement"). Each such Rental Schedule incorporates by this reference, the terms and conditions set forth in this Master Lease Agreement and constitutes a separate lease (the "Lease"). The lease of Equipment under each Lease shall be for such term and such rents as may be agreed to by execution of the Rental Schedules, and this Master Lease Agreement shall control and be effective as to all such Rental Schedules, the same as though set forth therein unless expressly amended or modified in writing for particular Rental Schedules. The term "Equipment" as used in this Master Lease Agreement shall refer to items leased under all Rental Schedules and the terms hereof, unless expressly amended or modified in writing, shall apply equally to all such Equipment.

    2.     TERM AND RENT. The initial term ("Initial Term") for each item of Equipment shall be for the period specified in the applicable Rental Schedule, and Lessee shall pay Lessor, throughout the Initial Term for the use of the Equipment, the Rent specified in the applicable Rental Schedule. The Initial Term and Rent with respect to each item of Equipment shall commence as set out in the applicable Rental Schedule. For purposes of this Lease, the term "Rent" as used herein shall mean and include all amounts payable by Lessee to Lessor hereunder.

    3.     LATE CHARGES. Time is of the essence in this Lease. If any Rent or other amount due hereunder is not paid within ten days after the due date thereof, Lessor shall have the right to add and collect and Lessee agrees to pay a late charge on, and in addition to, such unpaid Rent for each month or part thereof that such Rent remains unpaid or other charges, equal to five percent of such unpaid Rent or a lesser amount if established by any state or federal statute applicable thereto.

    4.     DISCLAIMER OF WARRANTIES. Lessee acknowledges that Lessor is not the manufacturer of the Equipment, nor manufacturer's agent, and Lessee represents that Lessee has selected the Equipment leased hereunder based upon Lessee's judgment prior to having requested Lessor to purchase the same for leasing to Lessee, and Lessee agrees that as between Lessor and Lessee, the Equipment leased hereunder is of a design, size, fitness and capacity selected by Lessee and that Lessee is satisfied that the same is suitable and fit for its intended purposes. LESSEE FURTHER AGREES THAT LESSOR HAS MADE AND MAKES NO REPRESENTATIONS OR WARRANTIES OF WHATSOEVER NATURE, DIRECTLY OR INDIRECTLY, EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY REPRESENTATIONS OR WARRANTIES WITH RESPECT TO SUITABILITY, DURABILITY, FITNESS FOR USE AND MERCHANTABILITY OF ANY SUCH EQUIPMENT, THE PURPOSES AND USES OF THE EQUIPMENT THE CHARACTERIZATION OF THE LEASE FOR TAX, ACCOUNTING OR OTHER PURPOSES, COMPLIANCE OF THE EQUIPMENT WITH APPLICABLE GOVERNMENTAL REQUIREMENTS, OR OTHERWISE. Lessee specifically waives all rights to make claim against Lessor herein for breach of any warranty of any kind whatsoever. Notwithstanding the foregoing, Lessee shall be entitled to the benefit of any applicable manufacturer's warranties received by Lessor and to the extent assignable, and Lessor hereby assigns such warranties to Lessee for the term of the applicable Rental Schedule. Lessor shall take such actions as may reasonably be necessary to assign such warranties to Lessee. Lessor shall not be liable to Lessee for any loss, damage or expense of any kind or nature caused directly or indirectly by any Equipment leased hereunder or for the use or maintenance thereof, or for the failure of operations thereof, or for the repairs, service or adjustment thereto, or by any delay or failure to provide any thereof, or by any interruption of service or loss of use thereof or for any loss of business or any other damage whatsoever and howsoever caused. No defect or unfitness of the Equipment shall relieve Lessee of the obligation to pay Rent, or to perform any other obligation under this Lease.

    5.     USE, OPERATION AND MAINTENANCE. Lessee shall use the Equipment in the manner for which it was designed and intended, solely for Lessee's business purposes, in accordance with all manufacturer manuals and instructions and in compliance with all applicable laws, regulations and orders. Lessee, at Lessee's own cost and expense, shall keep the Equipment in good repair, condition and working order, ordinary wear and tear excepted, and shall furnish all parts, mechanisms, devices and servicing required therefore and necessary to comply with all applicable health and safety standards. The Equipment, upon return to Lessor, shall be in such condition as to qualify for a maintenance agreement with the manufacturer or such other party as may be acceptable to Lessor, if such agreement is customarily available, without

additional cost to Lessor, but nothing contained herein shall require the Lessee to modify or upgrade the Equipment. All replacement parts and repairs at any time made to or placed upon the Equipment shall become the property of Lessor. Lessee may, with Lessor's prior written consent, which shall not be unreasonably withheld, make such alterations, modifications or additions to the Equipment as Lessee may deem desirable in the conduct of its business; provided the same shall not diminish the value or utility of the Equipment, or cause the loss of any warranty thereon or any certification necessary for the maintenance thereof, and shall be readily removable without causing damage to the Equipment. Upon return to Lessor the Equipment as to which such alterations, modifications or additions have been made, Lessee, if requested to do so by Lessor, shall remove the same and restore the Equipment to its original condition, reasonable wear and tear only being excepted, and, if not so removed, title thereto shall automatically vest in Lessor. Lessor acknowledges that any data files or software developed or installed by Lessee which is resident on the Equipment shall be and remain the property of Lessee; provided however that the Lessor shall have no obligation or responsibility to remove or return same to Lessee.

LESSEE SHALL KEEP THE EQUIPMENT FREE AND CLEAR FROM ALL LIENS, CHARGES, ENCUMBRANCES, LEGAL PROCESS AND CLAIMS. LESSEE SHALL NOT ASSIGN, SUBLET, HYPOTHECATE, SELL, TRANSFER OR PART WITH POSSESSION OF THE EQUIPMENT OR ANY INTEREST IN THIS LEASE, AND ANY ATTEMPT TO DO SO SHALL BE NULL AND VOID AND SHALL CONSTITUTE A DEFAULT HEREUNDER. LESSEE SHALL NOT MOVE THE EQUIPMENT FROM THE LOCATION NOTED IN THE RENTAL SCHEDULES WITHOUT THE PRIOR WRITTEN NOTICE TO LESSOR FIVE DAYS IN ADVANCE OF THE MOVE. NEITHER THIS LEASE NOR ANY INTEREST IN THE EQUIPMENT IS ASSIGNABLE OR TRANSFERABLE BY LESSEE BY OPERATION OF LAW. LESSEE AGREES NOT TO WAIVE ITS RIGHT TO USE AND POSSESS THE EQUIPMENT IN FAVOR OF ANY PARTY OTHER THAN LESSOR AND FURTHER AGREES NOT TO ABANDON THE EQUIPMENT TO ANY PARTY OTHER THAN LESSOR. SO LONG AS LESSEE FAITHFULLY PERFORMS AND MEETS EACH AND EVERY MATERIAL TERM AND CONDITION TO BE PERFORMED OR MET BY LESSEE UNDER THIS LEASE, LESSEE'S QUIET AND PEACEFUL POSSESSION OF THE EQUIPMENT WILL NOT BE DISTURBED BY LESSOR OR ANYONE CLAIMING BY, THROUGH OR ON BEHALF OF LESSOR.

6.      TITLE. The Equipment is and at all times shall remain the sole and exclusive personal property of Lessor (subject to Section 17 hereof). No right, title or interest in the Equipment shall pass to Lessee other than the right to maintain possession and use of the Equipment for the full lease term, conditioned upon Lessee's compliance with the terms and conditions of this Lease. If requested by Lessor, Lessee shall affix to or place on the Equipment, at Lessor's expense, plates or markings indicating Lessor's ownership. Lessee covenants and agrees that the Equipment is, and will at all times, remain the personal property of Lessor (subject to Section 17 hereof). If requested by Lessor, Lessee will make reasonable efforts to obtain a waiver on any Equipment that may be deemed a fixture in recordable form, from all persons with a real property interest in the premises wherein the Equipment may be located, waiving any claim with respect thereto. Lessor shall have the right from time to time during normal business hours, with reasonable notice, to enter upon Lessee's premises or elsewhere for the purpose of confirming the existence, condition, and proper maintenance of the Equipment. Lessee agrees that this Master Lease Agreement and any applicable Rental Schedules constitute a true lease. However, if this transaction is deemed to be a Lease intended for security, Lessee grants Lessor a purchase money security interest in the Equipment (including any replacements, substitutions, additions, attachments and proceeds).

7.      TAXES. Lessee shall promptly reimburse Lessor for, or shall pay directly if so requested by Lessor, as additional Rent, all taxes, charges and fees which may now or hereafter be imposed or levied by any governmental body or agency upon or in connection with the purchase, ownership, lease, possession, use or location of the Equipment or otherwise in connection with the transactions contemplated by the Lease, excluding, however, all taxes on or measured by the net income of Lessor, and shall keep the Equipment free and clear of all levies, liens or encumbrances arising therefrom. Lessor shall file, as owner and party responsible for payment of tax, personal property tax return relating to the Equipment unless otherwise provided in writing. Lessee shall promptly reimburse Lessor in full for all property taxes levied on or assessed against the Equipment during the Initial Term and all renewals or extensions. Failure of Lessee to promptly pay amounts due hereunder shall be the same as failure to pay any installment of Rent. If Lessee is requested by Lessor to file any returns or remit payments directly to any governmental body or agency as provided for hereunder, Lessee shall provide proof of said filing or payment to Lessor upon request.

8.      LOSS OR DAMAGE OF EQUIPMENT. Lessee hereby assumes and shall bear the risk of loss for destruction of or damage to the Equipment from any and every cause whatsoever, whether or not insured, until the Equipment is returned to Lessor. No such loss or damage shall impair any obligation of Lessee under this Lease, which shall continue in full force and effect. In event of damage to or theft, loss or destruction of the Equipment (or any item thereof), Lessee shall promptly notify Lessor in writing of such fact and of all details with respect thereto, and shall, within thirty (30) days of such event, at Lessor's option, (a) place the same in good repair, condition and working order or, (b) Lessee shall have the option to, at Lessee's expense, substitute Equipment (or any item thereof) of the Identical Manufacture, Make, Model, and Features, unless this option is expressly prohibited in a specific Lease, in good repair, condition and working order and transfer clear title to such replacement property to Lessor whereupon such property shall be subject to this Lease and be deemed the Equipment for purposes hereof; or, (c) pay Lessor an amount equal to the sum of (i) all Rent accrued to the date of such payment, plus (ii) the "Stipulated Loss Value" as set forth in the Rental Schedules, whereupon this Lease shall terminate, except for Lessee's duties under Section 10 hereof, solely with respect to the Equipment (or any item thereof) for which such payment is received by Lessor. Upon payment of the amount set forth in (c), the Rent for such Rental Schedules shall be reduced proportionately. Any insurance proceeds received with respect to the Equipment (or any item thereof) shall be applied, in the event option (c) is elected, in reduction of the then unpaid obligations, including the Stipulated Loss Value, of

Lessee to Lessor, if not already paid by Lessee, or, if already paid by Lessee, to reimburse Lessee for such payment, or, in the event option (a) or (b) is elected, to reimburse Lessee for the costs of repairing, restoring or replacing the Equipment (or any item thereof) upon receipt by Lessor of evidence, satisfactory to Lessor, that such repair, restoration or replacement has been completed, and an invoice therefor.

9.     INSURANCE.  Lessee shall keep the Equipment insured against theft and all risks of loss or damage from every cause whatsoever for not less than the greater of the replacement cost, new, or the Stipulated Loss Value of the Equipment and shall carry public liability insurance, both personal injury and property damage, and Lessee shall be liable for all deductible portions of all required insurance.  All said insurance shall be in form and amount and with companies satisfactory to Lessor.  All insurance for theft, loss or damage shall provide that losses, if any, shall be payable to Lessor, and all such liability insurance shall name Lessor (or Lessor's assignee as appropriate) as additional insured and shall be endorsed to state that it shall be primary insurance as to Lessor.  Any other insurance obtained by or available to Lessor shall be secondary insurance.  Lessee shall pay the premiums therefor and deliver to Lessor a certificate of insurance or other evidence satisfactory to Lessor that such insurance coverage is in effect; provided, however, that Lessor shall be under no duty either to ascertain the existence of or to examine such insurance policies or to advise Lessee in the event such insurance coverage shall not comply with the requirements hereof.  Each insurer shall agree by endorsement upon the policy or policies issued by it or by independent instrument furnished to Lessor, that it will give Lessor thirty (30) days written notice prior to the effective date of any alteration or cancellation of such policy.  The proceeds of such insurance payable as a result of loss of or damage to the Equipment shall be applied as set out in Section 8 hereof.  After thirty days from an event of loss or damage as set out in Section 8 hereof, Lessee hereby irrevocably appoints Lessor as Lessee's attorney-in-fact to make claim for, receive payment of, and execute and endorse all documents, checks or drafts received in payment for loss or damage under any said insurance policies.

If Lessee fails to maintain the required insurance on the Equipment, or provide proof of same to Lessor, Lessor may at its sole discretion, but shall not be obligated to, obtain insurance to protect Lessor's interest in the Equipment. Lessee agrees to pay Lessor for all costs and expenses which Lessor pays or incurs as a result of Lessee's failure to maintain insurance. Without limitation, Lessee specifically agrees that it will pay the monthly insurance charge, as requested by Lessor at the time payment is due. The insurance charge may include, but not be limited to, the insurance premium paid by Lessor; finance charges on the premium (which may be higher than the rate used to determine Lessee's Equipment rental amount); tracking fees; fees for billing and collecting the insurance premium and related charges; administrative fees; and, other fees resulting from the failure to maintain insurance on the Equipment. Lessee acknowledges that Lessor may keep some or all of these insurance charges, including the billing, tracking and other fees; the finance charges; commissions or reinsurance premiums paid to Lessor or an affiliate of Lessor; and, a profit included in any of these charges. Lessee agrees that the premium and insurance charges assessed by Lessor are likely to be higher than the amounts Lessee would pay to maintain insurance on the Equipment as agreed in this Lease. Lessor's election to obtain insurance to protect the Equipment shall not constitute a waiver of Lessee's breach of its insurance obligations, and Lessor reserves all other remedies provided under this Lease or applicable law.

10.     LESSEE INDEMNITY.  Lessee assumes liability for and shall indemnify, save, hold harmless (and, if requested by Lessor, defend) Lessor, its officers, directors, employees, agents or assignees from and against any and all claims, actions, suits or proceedings of any kind and nature whatsoever, including all damages, liabilities, penalties, costs, expenses and legal fees (hereinafter "Claim(s)") based on, arising out of, connected with or resulting from this Lease of the Equipment, including without limitation the manufacture, selection, purchase, delivery, acceptance, rejection, possession, use or operation of the Equipment and claims by third parties resulting from or relating to ownership, return or disposition of the Equipment, and including without limitation Claims arising in contract or tort (including negligence, strict liability or otherwise), arising out of latent defects (regardless of whether the same are discoverable by Lessor or Lessee) or arising out of any trademark, patent or copyright infringement.  If any Claim is made against Lessee or Lessor, the party receiving notice of such Claim shall promptly notify the other, but the failure of such person receiving notice so to notify the other shall not relieve Lessee of any obligation hereunder.

11.     TAX INDEMNITY.  Lessee acknowledges that (1) Lessor intends to claim and take the accelerated cost recovery deductions available in the manner and as provided by section 168 and related sections of the Internal Revenue Code of 1986, as amended, and regulations adopted thereunder (the "Code") as in effect on the date hereof (such deductions being referred to hereinafter as "Tax Benefits") and (2) the Rent payable hereunder has been computed upon the assumption that such Tax Benefits shall be available to Lessor. Lessee represents and warrants to Lessor that all of the Equipment is, at and after the time of delivery of the Equipment to the location set forth in the Rental Schedules, new, unless designated otherwise on the Rental Schedules. Lessee further represents and warrants that it has not, and will not at any time from such delivery through the term of this Lease take any action or omit to take any action (whether or not the same is permitted or required hereunder) which will result in the loss by Lessor of all or any part of the Tax Benefits. If as a result of any act, omission or misrepresentation of Lessee, the Tax Benefits are lost, disallowed, eliminated, reduced, recaptured, compromised or are otherwise unavailable to Lessor (any of the foregoing being a "Loss"), Lessee shall promptly pay to Lessor on demand, as additional Rent, an amount which will, after deduction therefrom of all taxes required to be paid in respect of the receipt thereof, enable Lessor to receive the same rate of return that Lessor would have realized had such Loss not occurred, together with any interest, penalties or additions to tax. Upon payment of such amount by Lessee, such act, omission or misrepresentation of Lessee which resulted in a Loss shall not be deemed a default hereunder. Any event which by the term of this Lease requires payment by Lessee to Lessor of the Stipulated Loss Value of the Equipment, shall not constitute the

act, omission or misrepresentation of Lessee for purposes of the foregoing sentence.  Lessor hereby agrees to exercise in good faith its best efforts (determined in the sole discretion of Tax Counsel of Lessor to be reasonable, proper and consistent with the overall tax interest of Lessor) to avoid requiring Lessee to pay the tax indemnity referred to in this Section 11; provided, however, Lessor shall have the sole discretion to determine whether or not to undertake judicial or administrative proceedings beyond the level of an Internal Revenue Service auditing agent; and provided further, that Lessor shall not be required to take any action pursuant to this sentence unless and until Lessee shall have agreed to indemnify Lessor for any and all expenses (including attorney's fees), liabilities or losses which Lessor may incur as a result of taking such action.  For purposes of this Section 11, the term "Lessor" shall include the entity or entities, if any, with which Lessor consolidates its tax return.

12.   RETURN OF EQUIPMENT.  Lessee shall give Lessor ninety days written notice prior to the expiration of the Initial Term of its intent to return the Equipment.  Upon expiration of the Initial Term or other termination pursuant to the terms of this Lease, Lessee shall immediately return all but not less than all of the Equipment and all related accessories to Lessor, or to such place within the continental United States as Lessee may be instructed by Lessor.  The Equipment shall, at Lessee's sole expense, be crated and shipped in accordance with the manufacturer's specifications, freight prepaid and properly insured.  If the Equipment, upon its return, is not in good repair, condition and working order, ordinary wear and tear excepted, and has not been maintained in accordance with Section 5 hereof, Lessee shall promptly reimburse Lessor for all reasonable costs incurred to place the Equipment in such condition.  Lessor shall promptly notify Lessee if equipment is not in good repair, condition and working order, ordinary wear and tear excepted, and has not been maintained in accordance with Section 5 hereof, and Lessee shall have the right of inspection within a reasonable period of time, not to exceed five days after receiving written notice of such condition from Lessor.

13.   AUTOMATIC RENEWAL.  The Lease shall automatically renew for additional three-month terms until notice of termination has been properly given and the Equipment returned in accordance herewith if: (a) written notice as specified in Section 12 hereof is not received by Lessor; or (b) such notice is received by Lessor but the Equipment is not returned upon the expiration of the Initial Term.  Lessee shall pay as Rent to Lessor an amount based on the average monthly rent during the Initial Term on the due dates set out in the Rental Schedules until terminated by either party by giving ninety days prior written notice.  All terms and conditions of this Lease shall continue in full force and effect during any extension or renewal hereof.

14.   DEFAULT AND REMEDIES.  (a) Lessee shall be in default hereunder if: (i) Lessee fails to pay Rent or any other payment required hereunder within ten (10) days of the due date thereof; (ii) Lessee fails to observe, keep or perform any other term or condition of this Lease and such failure continues for thirty days following receipt of written notice thereof from Lessor; (iii) any representation or warranty made by Lessee herein or in any document delivered to Lessor in connection herewith shall prove to be false or misleading; (iv) Lessee defaults under any other obligation to Lessor; (v) Lessee or any guarantor becomes insolvent, dissolves, or assigns its assets for the benefit of creditors, or enters any bankruptcy or reorganization proceeding; (vi) any guarantor of the Lease dies or does not perform its obligations under the guaranty; and/or (vii) Lessee undergoes a change in ownership or control of any type, that in the Lessor's judgment, results in a deterioration of Lessee's creditworthiness.  (b) If Lessee is in default, Lessor shall have the right to take any one or more of the following actions:  (i) cancel or terminate the Lease or any other agreement that Lessor has entered into with Lessee; (ii) proceed by appropriate court action or actions at law or in equity to enforce performance by Lessee of the terms and conditions of this Lease and/or recover damages for the breach thereof; (iii) by written notice to Lessee, which notice shall apply to all Rental Schedules hereunder except as specifically excluded therefrom by Lessor, declare due and payable, and Lessee shall without further demand, forthwith pay to Lessor an amount equal to any unpaid Rent then due as of the date of such notice plus, as liquidated damages or loss of the bargain and not as a penalty, an amount equal to the Stipulated Loss Value as set forth in the Rental Schedules; (iv) require Lessee to return the Equipment to Lessor as provided in Section 12; and/or (v) exercise any other right or remedy available at law or in equity.  Should Lessee fail to return the Equipment within fifteen (15) days of receipt of legal notice, Lessor may, personally, or by its agents, and with or without notice of legal process, enter upon the premises where the Equipment is located, without liability for trespass or other damages and repossess the Equipment free from all claims by Lessee.  Return or repossession of the Equipment shall not constitute a termination of this Lease unless Lessor so notifies Lessee in writing.  With respect to Equipment returned to or repossessed by Lessor, if Lessor has not terminated this Lease, Lessor will, in a commercially reasonable manner, and upon such terms as Lessor may determine in its sole discretion, either sell such Equipment at one of more public or private sales or re-lease the Equipment.  The proceeds of sale or re-lease shall be applied in the following order or priority:  (i) to pay all Lessor's fees, costs and expenses for which Lessee is obligated pursuant to (c), below; (ii) to the extent not previously paid by Lessee, to pay Lessor its liquidated damages as aforesaid and all other sums then remaining unpaid hereunder; and (iii) to reimburse Lessee for any sums previously paid by Lessee to Lessor as liquidated damages; and (iv) any surplus shall be retained by Lessor.  In the event the proceeds of sale or re-lease are less than the sum of the amounts payable under (i) and (ii), Lessee shall pay Lessor such deficiency, forthwith.   (c) Lessee shall be liable for all reasonable legal and collection fees, costs and expenses arising from Lessee's default and the exercise of Lessor's remedies hereunder, including costs of repossessions, storage, repairs, reconditioning and sale or re-leasing of the Equipment. (d) In the event that any court of competent jurisdiction determines that any provision of this Section 14 is invalid or unenforceable in whole or in part, such determination shall not prohibit Lessor from establishing its damages sustained as a result of any breach of this Lease in any action or proceeding in which Lessor seeks to recover such damages.  Any repossession sale or re-lease of the Equipment shall not bar an action for damages for breach of this Lease, as hereinabove provided, and the bringing of an action or the entry of judgment against Lessee shall not



bar Lessor's right to repossess the Equipment.  No express or implied waiver by Lessor of any default shall in any way be, or be construed to be, a continuing waiver or a waiver of any future or subsequent default.

15.     FURTHER ASSURANCES.  Lessee agrees, at the request of Lessor, to execute and deliver to Lessor any reasonable financing statements, fixture filings or other instruments necessary for expedient filing, recording or perfecting the interest and title of Lessor in this Lease and the Equipment, agrees that a copy of this Lease and any Rental Schedule may be so filed, and agrees that all costs incurred in connection therewith (including, without limitation, filing fees and taxes) shall be paid by Lessee, and agrees to promptly, at Lessee's expense, deliver such other reasonable documents and assurances, and take such further action as Lessor may request, in order to effectively carry out the intent and purpose of this Lease and Rental Schedules.  Additionally, Lessee agrees that where permitted by law, a copy of the financing statement may be filed in lieu of the original.  Lessee shall, as soon as practicable, deliver to Lessor, Lessee's future quarterly and annual reports of financial condition, prepared in accordance with generally accepted accounting principles, in a manner consistently applied; which reports Lessee represents and warrants shall be prepared in accordance with Generally Accepted Accounting Principles.  Lessee's covenants, representations, warranties and indemnities contained in Sections 7, 10, and 18 hereof  are made for the benefit of Lessor and shall survive, remain in full force and effect and be enforceable after the expiration or termination of this Lease for any reason.

16.     ACCEPTANCE OF EQUIPMENT:  NON CANCELABLE.  Lessee's acceptance of the Equipment shall be conclusively and irrevocably evidenced by Lessee signing the Certificate of Acceptance in the form provided or requested by Lessor and upon acceptance, the Rental Schedules shall be noncancelable for the Initial Term thereof.  If Lessee cancels or terminates the Rental Schedules after its execution and prior to delivery of the Equipment or if Lessee fails or refuses to sign the Certificate of Acceptance as to all or any part of the Equipment within a reasonable time, not to exceed ten days, after the Equipment has been delivered, in which event Lessee will be deemed to have cancelled the Rental Schedule, Lessee shall automatically assume all of Lessor's purchase obligations for the Equipment and Lessee agrees to indemnify and defend Lessor from any claims, including any demand for payment of the purchase price for the Equipment, by the manufacturer or seller of the Equipment.   In addition thereto, Lessee shall pay Lessor (a) all of Lessor's out-of-pocket expenses and (b) a sum equal to one percent (1%) of the total rents for the lease term as liquidated damages, the exact sum of which would be extremely difficult to determine and is reasonably estimated hereby, to reasonably compensate Lessor for credit review, document preparation, ordering equipment and other administrative expenses.  Lessor may apply any advance Rent payments to sums due from Lessee under (a) and (b) above.

17.     ASSIGNMENT.  Lessee acknowledges and agrees that Lessor may, at any time, without notice to or consent of Lessee, assign its rights but not its obligations under this Lease and/or mortgage, or pledge or sell the Equipment.  Such assignee or mortgagee may re-assign this Lease and/or mortgage without notice to Lessee.  Any such assignee, buyer, transferee, grantee or mortgagee shall have and be entitled to exercise any and all rights and powers of Lessor under this Lease, but such assignee, buyer, transferee, grantee or mortgagee shall not be obligated to perform any of the obligations of Lessor hereunder other than Lessor's obligation not to disturb Lessee' quiet and peaceful possession of the Equipment and unrestricted use thereof for its intended purpose during the term thereof and for as long as Lessee is not in default of any of the provisions hereof.

Without limiting the foregoing, Lessee further acknowledges and agrees that in the event Lessee receives written notice of an assignment from Lessor, Lessee will pay all Rent and any and all other amounts payable by Lessee under any Rental Schedule to such assignee or mortgagee or as instructed by Lessor, notwithstanding any defense or claim of whatever nature, whether by reason of breach of such Rental Schedule or otherwise which it may now or hereafter have as against Lessor (Lessee reserving its right to make claims directly against Lessor).  Lessee agrees to confirm in writing receipt of notice of assignment as may be reasonably requested by assignee or mortgagee.

18.     REPRESENTATIONS AND WARRANTIES.  Lessee represents and warrants to Lessor that:  (i) the making of this Lease and any Rental Schedule thereto executed by Lessee are duly authorized on the part of Lessee and upon execution thereof by Lessee and Lessor they shall constitute valid obligations binding upon, and enforceable against, Lessee; (ii) neither the making of this Lease or such Rental Schedule, nor the due performance thereof by Lessee, including the commitment and payment of the Rent, shall result in any breach of, or constitute a default under, or violation of, Lessee's certificate of incorporation, by-laws, or any agreement to which Lessee is a party or by which Lessee is bound; (iii) Lessee is in good standing in its state of incorporation and in any jurisdiction where the Equipment is located, and is entitled to own properties and to carry on business therein; and (iv) no approval, consent or withholding of objection is required from any governmental authority or entity with respect to the entering into, or performance of this Lease or such Rental Schedules by Lessee.

Lessee shall provide Lessor a Certified Copy of its Corporate Resolutions and or a Certificate of Incumbency in the form provided by Lessor or such other form that Lessor deems acceptable.

Lessor has the power to enter into this Lease, and its execution has been duly authorized by all necessary corporate action on the part of the Lessor.  Lessor is duly and validly organized and existing in good standing under the laws of the state of Indiana and has all power and authority to own its properties and carry on its business in the places where such properties are located and such business is conducted.

19.   NOTICES. Any notice required or given hereunder shall be deemed properly given when provided in writing (i) three (3) business days after mailed first class, overnight, or certified mail, return receipt requested, postage prepaid, addressed to the designated recipient at its address set forth at the heading hereof or such other address as such party may advise by notice given in accordance with this provision or (ii) upon receipt by the party to whom addressed in writing by personal delivery, commercial courier service, fax or other means which provides a permanent record of the delivery of such notice.

20.   DOCUMENTATION. Except for the payment of the Rent set forth in the applicable Rental Schedules, for which invoices are provided as an accommodation to Lessee and not as a condition precedent to payment, Lessor shall use its best efforts to provide Lessee with reasonable documentation, including, statements, tax bills and/or invoices, evidencing payment obligations or reimbursement due to Lessor pursuant to the terms of this Lease.

21.   LESSEE'S OBLIGATIONS UNCONDITIONAL:  NO OFFSET. This Lease is a net lease and except as expressly provided for herein, the Lessee shall not be entitled to any abatement or reduction of rent and Lessee hereby agrees that Lessee's obligation to pay all rent and other amounts hereunder shall be absolute and unconditional under all circumstances.

22.   GOVERNING LAW. This Lease and any Rental Schedules thereto are entered into, under and shall be construed in accordance with, and governed by, the laws of the State of Ohio without giving effect to its conflicts of laws principles. The State of Ohio shall have exclusive jurisdiction over any action or proceeding brought to enforce or interpret this Lease or otherwise in connection therewith. LESSEE AND LESSOR EXPRESSLY WAIVE ANY RIGHT TO TRIAL BY JURY.

23.   FINANCE LEASE STATUS: Lessee agrees that if Article 2A-Leases of the Uniform Commercial Code applies to this Master Lease Agreement and any and all Rental Schedules to this Master Lease Agreement, the Master Lease Agreement and Rental Schedules shall be considered a "Finance Lease" as that term is defined in Article 2A. By signing this Master Lease Agreement and any Rental Schedules, Lessee agrees that either (a) Lessee has reviewed, approved, and received a copy of the supply contract or (b) that Lessor has informed Lessee of the identity of the supplier, that Lessee may have rights under the supply contract, and that Lessee may contact the supplier for a description of those rights. TO THE EXTENT PERMITTED BY APPLICABLE LAW, LESSEE WAIVES ANY AND ALL RIGHTS AND REMEDIES CONFERRED UPON A LESSEE BY ARTICLE 2A.

24.   MISCELLANEOUS. The captions of this Lease are for convenience only and shall not be read to define or limit the intent of the provision which follows such captions. This Lease contains the entire agreement and understanding between Lessor and Lessee relating to the subject matter hereof. Any variation or modification hereof and any waiver of any of the provisions or conditions hereof shall not be valid unless in writing signed by an authorized representative of the parties hereto. Any provision of this Lease which is unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction. Lessor's failure at any time to require strict performance by Lessee or any of the provisions hereof shall not waive or diminish Lessor's right thereafter to demand strict compliance therewith or with any other provision. The term "Lessee" as used herein shall mean and include any and all Lessees who have signed this Lease, each of whom shall be jointly and severally bound thereby.

THIS LEASE IS A NON-CANCELABLE LEASE. THIS LEASE IS SUBJECT TO THE TERMS AND CONDITIONS WRITTEN ABOVE WHICH LESSEE ACKNOWLEDGES HAVING READ. THIS LEASE SHALL BE EFFECTIVE UPON EXECUTION BY LESSEE AND LESSOR.

**Lessee**
ACLR, LLC

By: _____

Print Name: Christopher Mucke

Title: Managing Principal

Date Accepted:  3/9/2011

**Lessor**
PNC Equipment Finance, LLC

By: _____

Print Name: Courtney Goodman

Title: Team Lead

Date Accepted: 3/28/11

T4C01407

E23

## INTERIM
## CERTIFICATE OF ACCEPTANCE
### LEASE #144406001

**Equipment Vendor: Worksquared, Inc.**
**Cost of Equipment: $1,051.00**
**Invoice # 84339 dated July 27, 2011**

In compliance with the terms, conditions and provisions of the Master Lease Agreement dated May 17, 2011 ("Lease") by and between the undersigned ("Lessee") and PNC Equipment Finance, LLC ("Lessor"), Lessee hereby:

(a)   certifies and warrants that all equipment described in the attached Vendor Invoice/Quote (the "Equipment") is delivered, inspected and fully installed, and operational as of the Acceptance Date as indicated below;

(b)   accepts all the Equipment for all purposes under the Lease and all attendant documents as of this 20 day of July , 2011 ("Acceptance Date"); and

(c)   restates and reaffirms, as of such Acceptance Date, each of the representations, warranties and covenants heretofore given to Lessor in the Lease.

Additionally, Lessee shall, upon demand, **pay, as Rent, daily interim rent at $1.09 per day**, on all funds disbursed to Worksquared, Inc. for the Equipment, for the period from the date of delivery of the Equipment (or any part thereof) to and including the day immediately preceding the Rental Commencement Date.

Lessor is hereby authorized to insert serial numbers on the Lease Agreement.

Lessee:
**ACLR, LLC.**

By: _____

Title: Managing Principal

Date: August 3, 2011

A1453



Grand Rapids: 616.774.9122
Novi: 248.624.2000
Kalamazoo: 269.343.1271
Lansing: 517.882.9070
Traverse City: 231.922.9508

# INVOICE

INVOICE:  **84339**

DATE:  07/27/11

**SOLD TO:**
CLIENT #: 008419
PNC EQUIPMENT LEASE FINANCE, LLC
995 DALTON AVENUE

CINCINNATI, OHIO  45203
ATTN:  APRIL PHILLIPS
PH: 734-207-0400

**PROJECT ADDRESS:**
ACLR, LLC
38705 SEVEN MILE ROAD
SUITE 460
LIVONIA, MI  48152
KRISTEN BARNES  586-201-6969

| ACCOUNT MANAGER | CUSTOMER P.O. | PROPOSAL | REMITTANCE ADDRESS |
|---|---|---|---|
| RITCH WEAVER | 144406001 | 72608 | 4633 Patterson, SE, Suite A<br>Grand Rapids, MI 49512 |

| QTY | PRODUCT | DESCRIPTION | SELL | EXTENDED | |
|---|---|---|---|---|---|
| 4 | WC420P | *Chr,Caper Stacking,FLEXNET Seat,Fixed Arms<br>*metallic silver *black *hard wheel caster, carpet<br>only *black *flexnet-Pr Cat 1 *flexnet black<br>Tagging: WC | 239.00 | 956.00 | 88 |
| 1 | LABOR | NON UNION STRAIGHT TIME LABOR TO DELIVER (4) CAPER<br>CHAIRS | 95.00 | 95.00 | 89 |

SUBTOTAL....:  956.00
INSTALL.....:  95.00

FINAL TOTAL.:  1,051.00

**PAY THIS AMOUNT**  1,051.00

PAGE 1   OF 1

A1454



**ACLR** *Strategic Business Solutions*

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Charlene Swingle | **Fax:** | 866-737-7092 |
| **From:** | Kristen Barnes | **Date:** | August 3, 2011 |
| **Re:** | Certificate of Acceptance | **Pages:** | 3 (including cover page) |
| **CC:** | | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Notes:**

If you have any questions please do not hesitate to contact me at the number below.

Thank you,
Kristen Barnes
ACLR, LLC

734-744-4402 (Phone)
734-744-4150 (Fax)
kbarnes@aclrsbs.com
www.aclrsbs.com

CONFIDENTIAL · · · · · · · · · · · · · · · · · · ·

A1455

T4C01410

TRANSMISSION VERIFICATION REPORT

```
TIME    : 08/03/2011 12:55
NAME    : ACLR
FAX     : 7342070410
SER.#   : BROH9F259205
```

```
DATE,TIME            08/03  12:54
FAX NO./NAME         18667377092
DURATION             00:00:40
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

A1456

T4C01411

E23

# INTERIM
## CERTIFICATE OF ACCEPTANCE
### LEASE #144406001

**Equipment Vendor: Worksquared, Inc.**
**Cost of Equipment: $6,418.66**
**Invoice # 83489**

In compliance with the terms, conditions and provisions of the Lease Agreement dated May 17, 2011 ("Lease") by and between the undersigned ("Lessee") and PNC Equipment Finance, LLC ("Lessor"), Lessee hereby:

(a)   certifies and warrants that all equipment described in the attached Vendor Invoice/Quote (the "Equipment") is delivered, inspected and fully installed, and operational as of the Acceptance Date as indicated below;

(b)   accepts all the Equipment for all purposes under the Lease and all attendant documents as of this __17__ day of __June__, 2011 ("Acceptance Date"); and

(c)   restates and reaffirms, as of such Acceptance Date, each of the representations, warranties and covenants heretofore given to Lessor in the Lease.

Additionally, Lessee shall, upon demand, **pay, as Rent, daily interim rent at $6.64 per day**, on all funds disbursed to Worksquared, Inc. for the Equipment, for the period from the date of delivery of the Equipment (or any part thereof) to and including the day immediately preceding the Rental Commencement Date.

Lessor is hereby authorized to insert serial numbers on the Lease Agreement.

Lessee:
**ACLR, LLC.**

By: _____

Title:__Managing Principal_____

Date:__June 17, 2011_____

T4C01412

C03



PNC
EQUIPMENT FINANCE

May 17, 2011

ACLR, LLC.
38705 Seven Mile Rd, Ste 460
Livonia, MI 48152

RE: Lease # 144406001

Thank you for choosing *PNC Equipment Finance, LLC* for your financing needs!

Enclosed you will find the following documents:

- Underlined **Amendment to Lease $1 Buyout** – Please review, sign, print name and insert title.

- **Interim Rental Schedule** – Please review, sign, insert title, and date bottom of page 2.

- **Insurance Reminder** – Per your Lease Agreement, you are responsible for providing adequate insurance for your financed equipment. Please read the insurance portion of your Lease carefully. *PNC Equipment Finance, LLC must be listed as both loss payee and additional insured* on all insurance certificates. A copy of this insurance must be returned to us *prior to your lease commencement date.*

- **Invoice for documentation fee** – Please include payment in the amount specified when returning original documents.

- **Automated Clearing House (ACH) Form (optional)** – Please fill in your company's depository account information. Sign, print name, and date the bottom section. A *voided check must accompany this form* to ensure proper set-up of your account for ACH.

- **Notification of Tax Treatment** – Please complete, then sign, print name, and insert title.

*Please fax a copy of documents to 866-329-4745.  Overnight (UPS/FedEx) all original signed documents along with your advance payment(s) to:*

PNC Equipment Finance, LLC
995 Dalton Avenue
Cincinnati, OH  45203
Attn:  April Phillips

We appreciate this opportunity to serve you and look forward to working with you again in the future. If you should have any questions please feel free to contact me at (513) 455-9746. *Thank you for your business!!*

Sincerely,


April Phillips
Program Manager

A1458



## AMENDMENT TO LEASE #144406001
## $1.00 BUYOUT

This Amendment ("Amendment"), dated and effective as of the 17th day of May, 2011, supplements and is made a part of Lease #144406001 ("Lease") between ACLR, LLC ("Lessee") and PNC Equipment Finance, LLC ("Lessor").

In consideration of the mutual covenants contained herein and other valuable consideration received, and with the intent to be legally bound, the parties agree to amend the Lease as follows:

Lessor hereby acknowledges that Lessee shall purchase the equipment ("Equipment") described in Lease #**144406001** for one dollar ($1.00) at lease expiration. In order to exercise the $1.00 buyout, Lessee must not be in default under any of the provisions of the Lease.

Lessor will file as owner of the Equipment under the Lease for the purpose of property tax compliance reporting. Lessee shall not report the Equipment leased under the Lease as owned equipment on Lessee's business property tax return. Lessee agrees to reimburse Lessor for all personal property taxes paid by Lessor immediately upon receipt of Lessor's invoice.

All other terms and conditions of the Lease shall remain in full force and effect.

IN WITNESS WHEREOF the parties hereto have caused this Amendment to be executed as of the date written above.

**ACLR, LLC**                                          **PNC Equipment Finance, LLC**

_____          _____
Authorized Signature                                   Authorized Signature

_Christopher Mucke_____          _____
Printed Name                                              Printed Name

_Managing Principal_____          _____
Title                                                         Title

A1459



## INTERIM
## RENTAL SCHEDULE #144406001

This Interim Rental Schedule dated and effective as of the 17th day of May, 2011 is attached to and governed by the terms and provisions of the Master Lease Agreement dated March 3, 2011 ("Lease") by and between PNC Equipment Finance, LLC ("Lessor") and ACLR, LLC ("Lessee"). This Rental Schedule shall be valid and enforceable until replaced by one or more **FINAL Rental Schedule(s)**. Lessee agrees to promptly execute such Final Rental Schedule(s) to reflect final rental payments and terms.

All the terms used herein that are defined in the Lease shall have the same meaning herein.

1.  The Equipment leased hereunder is as follows:

(SEE FINAL CERTIFICATE(S) OF ACCEPTANCE AND ATTACHMENTS THERETO)

**Lease Terms:**

Initial Term:  36 Months, billed monthly.
Rental Commencement Date:  _____
Rent:        36 installments of an amount equal to the original acquisition cost of the equipment
             multiplied by **0.0310390** payable monthly in advance, plus applicable taxes.
Advance Payment: Doc Fee is due at time of signing the Interim Rental Schedule, and the First
             Monthly Payment is due at time of signing the Final Rental Schedule.

2.  The Initial Term of the lease of the Equipment shall commence upon the first Acceptance Date as indicated on the Final Certificate of Acceptance (the "Lease Commencement Date") and shall continue until expiration of the number of payment periods specified above after the Rental Commencement Date, which shall be the first day of the first calendar month following the Lease Commencement Date. Lessee hereby authorizes Lessor to insert the Lease Commencement Date upon its receipt of the Final Certificate of Acceptance. Rent in the amount specified above, plus applicable taxes, shall be due on the Rental Commencement Date and on the same day of each and every consecutive payment period thereafter for the Initial Term. All Rent shall be due and payable to Lessor at such place as Lessor shall designate in writing.

3.  Lessee and Lessor shall enter into a keep whole letter herewith whereby Lessor shall agree to advance on Lessee's behalf a certain prepayment for the Equipment. Lessee shall pay prorated rent from the date of the prepayment until the Rental Commencement Date for the Equipment.

4.  Stipulated Loss Values are set out on Exhibit #1 attached hereto and incorporated herein.

Page 1

5.   Options.   Notwithstanding anything contained in the Lease to the contrary, so long as no default shall have occurred and be continuing, Lessee may, at Lessee's option, (i) purchase the Equipment leased pursuant to this Rental Schedule on an "as is, where is" basis, without representation or warranty, express or implied, at the end of the Initial Term at a price equal to the Fair Market Value thereof, plus applicable taxes, or (ii) extend the term of the Initial Term with respect to the Equipment leased pursuant to this Rental Schedule for the Fair Market Rental, plus applicable taxes, and for a period of time mutually agreeable to Lessor and Lessee. "Fair Market Rental" shall be equal to the monthly rental that could be obtained in an arms-length transaction between an informed and willing lessee and an informed and willing lessor under no compulsion to lease. "Fair Market Value" shall be equal to the value which would be obtained in an arms-length transaction between an informed and willing buyer and an informed and willing seller under no compulsion to sell, and in such determination, costs of removal of the Equipment from its location of current use shall not be a deduction from such value.   If Lessee and Lessor cannot agree on the Fair Market Value thereof, such value shall be determined by appraisal at the sole expense of Lessee. Appraisal shall be a procedure whereby two recognized independent appraisers, one chosen by Lessee and one by Lessor, shall mutually agree upon the amount in question.   If the appraisers are unable to agree upon the amount in question, a third recognized independent appraiser's evaluation shall be binding and conclusive on Lessee and Lessor. This purchase or extension option as applicable shall only be available if Lessee gives Lessor ninety days prior written notice of Lessee's irrevocable intent to exercise such option and Lessor and Lessee shall have agreed to all terms and conditions of such purchase or extension prior to the expiration date of the Initial Term.

6.   All options awarded to Lessee shall apply to all but not less than all of the Equipment leased under this Rental Schedule.

IN WITNESS WHEREOF, the parties hereto have caused this Interim Rental Schedule to be duly executed on the date set forth below by their authorized representatives.

THIS RENTAL SCHEDULE CANNOT BE CANCELLED

**Lessee:**
ACLR, LLC

By: _____

Title: _Managing Principal_____

Date: _May 20, 2011_____

**Lessor:**
PNC Equipment Finance, LLC

By: _____

Title: _____

Date: _____

E42

## Exhibit #1

### Stipulated Loss of Value Schedule
### Rental Schedule No. 144406001

The Stipulated Loss Value for the Equipment (or any item thereof) shall be determined by multiplying Invoice Cost [as set forth in the Equipment vendor invoice(s)] by the percentage amount shown below which corresponds with the month during the Initial Term in which the determination was made:

| Month of initial term | Charge Pct. | Month of initial term | Charge Pct. |
|---|---|---|---|
| 1 | 105.00% | 19 | 51.51% |
| 2 | 102.03% | 20 | 48.54% |
| 3 | 99.06% | 21 | 45.57% |
| 4 | 96.09% | 22 | 42.60% |
| 5 | 93.11% | 23 | 39.63% |
| 6 | 90.14% | 24 | 36.66% |
| 7 | 87.17% | 25 | 33.69% |
| 8 | 84.20% | 26 | 30.71% |
| 9 | 81.23% | 27 | 27.74% |
| 10 | 78.26% | 28 | 24.77% |
| 11 | 75.29% | 29 | 21.80% |
| 12 | 72.31% | 30 | 18.83% |
| 13 | 69.34% | 31 | 15.86% |
| 14 | 66.37% | 32 | 12.89% |
| 15 | 63.40% | 33 | 9.91% |
| 16 | 60.43% | 34 | 6.94% |
| 17 | 57.46% | 35 | 3.97% |
| 18 | 54.49% | 36 | 1.00% |

Upon expiration of the Renewal Term, and until the Equipment is delivered to Lessor, the Stipulated Loss Value of any item of Equipment shall be 1% of the Invoice Cost.

Lessee (initial) _____        Lessor (initial) _____

A1462

T4C01417

 **PNC**
EQUIPMENT FINANCE

101

### REQUEST FOR INSURANCE

May 17, 2011
ACLR, LLC.
38705 Seven Mile Rd, Ste 460
Livonia, MI 48152

RE: Lease #144406001 ("Lease Agreement")

Please complete this form and return it to PNC Equipment Finance, LLC along with a copy of your Certificate of Insurance and Insurance Binder, naming PNC Equipment Finance, LLC as lender loss payee and additional insured, as evidence that you have obtained the necessary insurance as required by your Lease Agreement.

As part of the Lease Agreement, you have agreed to keep in effect an "All Risk (or broad form of)" extended coverage property insurance policy covering the equipment for its full replacement value. **You are also required to carry a comprehensive general liability insurance policy or other similar form of third party liability coverage with combined single limits of $1,000,000 per occurrence and $2,000,000 in aggregate limits. The property insurance policy shall name PNC Equipment Finance, LLC and its successors and/or assigns (ISAOA) as sole Lender Loss Payee and the general liability insurance policy shall name PNC Equipment Finance, LLC and its successors and/or assigns (ISAOA) as an Additional Insured.** In addition, such policies shall have a provision stating that the policy cannot be changed or cancelled without 30 days prior written notice to PNC Equipment Finance, LLC.

If you fail to obtain insurance or provide evidence thereof to us, you agree that we may, but shall not be obligated to, obtain such insurance on your behalf and charge you for all costs and expenses associated therewith. Without limiting the forgoing, you specifically agree that if we obtain insurance on your behalf, you will be required to pay a monthly insurance charge. The monthly insurance charge will include reimbursement for premiums advanced to the insurer, finance charges (which will typically be at a rate higher than the rate used to determine your equipment rental amount), billing and tracking fees, administrative expenses and other related fees. We shall receive a portion of the insurance charges, which may include a profit from such finance, billing, tracking, administrative and other charges.

**Please provide the pertinent policy information below in addition to sending PNC Equipment Finance, LLC, copies of the appropriate insurance documents requested above. Thank you for your assistance in this matter.**

## PLEASE COMPLETE ALL OF THE INFORMATION BELOW.

**INSURANCE AGENT INFORMATION:**

Name: Lynn Early

Address: 44260 Cherry Hill

      Canton, MI 48187-3225

Phone Number: 734-983-9160

Fax Number: 734-983-9163

Lessee: ACLR, LLC.

Print Name: Christopher Mucke

Signature:

Title: Managing Principal

Date: May 20, 2011

Insurance Carrier: State Farm

Policy Number: 92-NP-6568-0

Effective Date: June 1, 2011

Expiration Date: June 1, 2012

**Please return this form to:**

PNC Equipment Finance, LLC

995 Dalton Avenue

Cincinnati, OH 45203

Attn: April Phillips

Or by Fax: 866-329-4745

T4C01418

 **PNC**
EQUIPMENT FINANCE

995 Dalton Avenue,
Cincinnati, Ohio 45203 • Telephone (513) 421-9191

Please Retain for Future Reference
Page No.    1
INVOICE # 144406001 – DOC FEE

INVOICE DATE          DUE DATE
5/17/2011          **Upon Receipt**

Bill To:

ACLR, LLC
Attn:  Accounts Payable
38705 Seven Mile Rd, Ste 460
Livonia, MI 48152

Remit To:

PNC Equipment Finance, LLC
Attn: Lease Servicing/ Set Up Processing
995 Dalton Avenue
Cincinnati, OH 45203

## INVOICE

Lease No.  144406001

**Initial Charges:**

Monthly Rent - 1ˢᵗ Month

**Please not that the first monthly payment will be
billed at a later date.**

**Initiation Fees:**

Documentation Fee                                        $250.00

*5/20/11
Paid
ck#1705*

**PAY THIS AMOUNT**                              **$250.00**

A1464

T4C01419



T01

## NOTIFICATION OF TAX TREATMENT

**PNC Equipment Finance, LLC** a Delaware limited liability company ("**PNC**"), is required to collect and remit sales/use tax in the taxing jurisdiction where your equipment will be located. If you select that you are exempt by marking one of the checkboxes below, you must provide a valid exemption certificate. If you do not provide this certificate *prior* to the booking of your transaction, you will be responsible for sales tax on all accrued payments.

- If tax has been remitted up front and financed into your lease payment, your account will not be marked sales tax exempt if you provide an exemption certificate after your transaction has been booked.
- If your tax is remitted on a monthly basis, your lease may be marked sales tax exempt for the remaining payments left to be invoiced if you provide a valid exemption certificate after your transaction has been booked.
- In the event we do not receive a valid sales tax exemption certificate prior to the date your lease commences, you will be charged sales/use tax.

Personal property tax returns will be filed as required by local law. In the event that any tax abatements or special exemptions are available on the equipment you will be leasing from us, please notify us as soon as possible and forward the related documentation to us. This will ensure that your leased equipment will be reported correctly.

**Please indicate below if your lease is subject to tax or whether a valid exemption exists.**

### Sales Tax

☒   I agree that my lease is subject to sales/use tax.

☐   I am exempt from sales/use tax **and I have attached a completed exemption certificate to PNC.**

☐   I am claiming a partial exemption from tax. I have attached a completed exemption certificate or other documented proof of this partial exemption.

### Property Tax

☐   I have a valid abatement or property tax exemption (documentation attached).

☐   Location:         State         Michigan

                      Taxing District   _____

If applicable to the tax rates in your state, are you outside the city limits or in an unincorporated area?

        ☐   outside city limits        ☐   unincorporated area

Additional comments:

_____

_____

**Lessee:  ACLR, LLC**
**Lease No: 144406001**

By: _____

Printed Name:  Christopher Mucke

Title:  Managing Principal

**PLEASE COMPLETE AND SIGN FORM**

A1465

E01

## Optional Commercial Lease / Loan Automated Clearing House (ACH)

Customer Name: **ACLR, LLC**

Anticipated First Date of Withdrawal: _____

**Depository Account Information:**

☐ Checking   ☐ Savings

Account Number: _____

Routing / ABA #: _____

Name on Checking / Savings Account: _____

Bank Name: _____

Bank Address: _____

_____

**Note: A voided check must accompany this form to properly set up your account for ACH.**

**Lease / Loan Information:**

☒ New Lease / Loan

☐ Existing Lease / Loan

Lessee Number:          **1169296**

Lease / Loan Number:          **144406001**

> Customer hereby authorizes PNC Equipment Finance, LLC ("PNCEF") to initiate automated clearing house ("ACH") debit and credit entries in connection
> with payments to and/or advances from Customer's specified lease/loan account (including any payments due for prorated or interim rent, any security deposit, sales or property taxes, insurance charges, and documentation fees), all as indicated above, and to initiate, if necessary, additional entries and adjustments for any entries initiated in error, to Customer's deposit account (the "Account") at the depository bank as indicated above ("Depository"). Customer acknowledges that the origination of ACH transactions to the Account must comply with the provisions of U.S. Law. Customer agrees to be bound by and comply with the Rules of the National Automated Clearing House Association as they may be in effect from time to time. This authority will remain in full force and effect until PNCEF has received written notification from Customer of its termination, in such time and in such manner as to afford PNCEF and Depository a reasonable opportunity to act on it.

_____          _____

Authorized Signer                                         Date

_____

Printed Name

From: (412) 762-2000
charlene.swingle@pnc.com
PNC
995 Dalton Ave

CINCINNATI, OH 45203

Origin ID: CVGA  

Ship Date: 04MAY11
ActWgt: 0.5 LB
CAD: 6126720/WBUS0200

Delivery Address Bar Code

SHIP TO: (513) 455-9746        BILL SENDER
**APRIL PHILLIPS**
**PNC EQUIPMENT FINANCE, LLC**
**995 DALTON AVE**
**FL 4**
**CINCINNATI, OH 45203**

J11151102260225

Ref #        0010012545
Invoice #
PO #
Dept #

TRK#    7970 5888 1069
0201

**THU - 05 MAY  A1**
**PRIORITY OVERNIGHT**

**62 CVGA**

45203
OH-US
CVG



# FEDEX SHIPPING LABEL

### Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non−delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1−800−GO−FEDEX (1−800−463−3339).

1

T4C01422

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 05/20/2011 08:16
                                    NAME  : ACLR
                                    FAX   : 7342070410
                                    SER.# : BROH9F259205
```

```
DATE,TIME                05/20  08:14
FAX NO./NAME             18663294745
DURATION                 00:01:38
PAGE(S)                  08
RESULT                   OK
MODE                     STANDARD
                         ECM
```

T4C01423

```
                TRANSMISSION VERIFICATION REPORT

                                         TIME  : 03/28/2011 09:04
                                         NAME  : ACLR
                                         FAX   : 7342070410
                                         SER.# : BROH9F259205


         DATE,TIME              03/28  09:04
         FAX NO./NAME           18882111819
         DURATION               00:00:17
         PAGE(S)                01
         RESULT                 OK
         MODE                   STANDARD
                                ECM
```