# EXHIBIT 6

| | |
|---|---|
| **From:** | Gil Mucke |
| **To:** | Hoey, Nicole E. (CMS/OAGM) |
| **Subject:** | RE: T4C Requirements |
| **Date:** | Thursday, May 28, 2020 2:32:00 PM |

Nicole,

Based on your response to our submission, we understand the term "contract price" under our contingency fee contract to be the value of the audit or in this case the value of each audit individually. The value would be based on the contingency fee in effect at the time the audit was performed. The percentage of work performed would be taken from that value based on the terms and conditions of the contract in place at the time of the audit.

Can you confirm our understanding of your request?

Thanks, Gil