# EXHIBIT

# 7

| | |
|---|---|
| **From:** | Menefee, Justin (CMS/OAGM) |
| **Sent:** | Monday, May 18, 2015 4:27 PM |
| **To:** | Hoey, Nicole E. (CMS/OAGM); Pierre, Jeffri (HHS/OGC) |
| **Cc:** | Schultz, Theresa A. (CMS/OAGM) |
| **Subject:** | RE: Technical Direction Letter (Duplicate Payment Audit) |
| **Attachments:** | SOW 01-01-2015.docx; Contract No. GS-23F-0074W Task Order No. HHSM-500-2011-00006G - Fully Executed.pdf |

Attached is ACLR's base award with the current SOW. I will check with Sonja on funding.

Thank you,

Justin

**From:** Pierre, Jeffri (HHS/OGC)
**Sent:** Monday, May 18, 2015 12:52 PM
**To:** Hoey, Nicole E. (CMS/OAGM)
**Cc:** Schultz, Theresa A. (CMS/OAGM); Menefee, Justin (CMS/OAGM)
**Subject:** RE: Technical Direction Letter (Duplicate Payment Audit)

Unless we missed something in the contract. Forgive me if I have it, but can you please send it over?

If we T4C, we'll have to come up with some money to pay them.  Have we checked to see if any is available?

*Jeffri Pierre*
Senior Attorney
Baltimore Procurement Law Group
Department of Health and Human Services
Office of the General Counsel
General Law Division
Procurement, Fiscal & Information Law Branch
(410) 786-8876 (phone)
(410) 786-5187 (fax)

NOTICE:  The contents of this message and any attachments may be privileged and confidential.  Please do not disseminate without the approval of the Office of General Counsel.  If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate or otherwise use the information.  Also, please notify the sender that you have received this communication in error.  Your receipt of this message is not intended to waive any applicable privilege.

**From:** Hoey, Nicole E. (CMS/OAGM)
**Sent:** Monday, May 18, 2015 12:49 PM
**To:** Pierre, Jeffri (HHS/OGC)
**Cc:** Schultz, Theresa A. (CMS/OAGM); Menefee, Justin (CMS/OAGM)
**Subject:** RE: Technical Direction Letter (Duplicate Payment Audit)

Jeffri,

I believe the only option we have for this is to T4C the duplicate payment work........do you think there is another way this could be done?

Nicole

**From:** Pierre, Jeffri (HHS/OGC)
**Sent:** Monday, May 18, 2015 12:13 PM
**To:** Hoey, Nicole E. (CMS/OAGM)
**Cc:** Schultz, Theresa A. (CMS/OAGM); Menefee, Justin (CMS/OAGM)
**Subject:** RE: Technical Direction Letter (Duplicate Payment Audit)

Looping back to catch up on things that I need to do – have you decided how you'd like to approach this?

*Jeffri Pierre*
Senior Attorney
Baltimore Procurement Law Group
Department of Health and Human Services
Office of the General Counsel
General Law Division
Procurement, Fiscal & Information Law Branch
(410) 786-8876 (phone)
(410) 786-5187 (fax)

NOTICE:  The contents of this message and any attachments may be privileged and confidential.  Please do not disseminate without the approval of the Office of General Counsel.  If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate or otherwise use the information.  Also, please notify the sender that you have received this communication in error.  Your receipt of this message is not intended to waive any applicable privilege.

**From:** Pierre, Jeffri (HHS/OGC)
**Sent:** Thursday, May 14, 2015 10:42 AM
**To:** Hoey, Nicole E. (CMS/OAGM)
**Cc:** Schultz, Theresa A. (CMS/OAGM); Menefee, Justin (CMS/OAGM)
**Subject:** RE: Technical Direction Letter (Duplicate Payment Audit)

Did you want to set up a meeting to discuss this?  I'm heading to DC this afternoon, but maybe tomorrow or Monday?

*Jeffri Pierre*
Senior Attorney
Baltimore Procurement Law Group
Department of Health and Human Services
Office of the General Counsel
General Law Division
Procurement, Fiscal & Information Law Branch
(410) 786-8876 (phone)
(410) 786-5187 (fax)

NOTICE: The contents of this message and any attachments may be privileged and confidential. Please do not disseminate without the approval of the Office of General Counsel. If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate or otherwise use the information. Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege.

**From:** Pierre, Jeffri (HHS/OGC)
**Sent:** Tuesday, May 12, 2015 4:31 PM
**To:** Hoey, Nicole E. (CMS/OAGM)
**Cc:** Schultz, Theresa A. (CMS/OAGM); Menefee, Justin (CMS/OAGM)
**Subject:** RE: Technical Direction Letter (Duplicate Payment Audit)

This is not unexpected. We knew we were on shaky ground. So, it seems appropriate to consider what is the best thing to do about this contract. It might be a modification or it might be a T4C.

*Jeffri Pierre*
Senior Attorney
Baltimore Procurement Law Group
Department of Health and Human Services
Office of the General Counsel
General Law Division
Procurement, Fiscal & Information Law Branch
(410) 786-8876 (phone)
(410) 786-5187 (fax)

NOTICE: The contents of this message and any attachments may be privileged and confidential. Please do not disseminate without the approval of the Office of General Counsel. If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate or otherwise use the information. Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege.

**From:** Hoey, Nicole E. (CMS/OAGM)
**Sent:** Tuesday, May 12, 2015 4:28 PM
**To:** Pierre, Jeffri (HHS/OGC)
**Cc:** Schultz, Theresa A. (CMS/OAGM); Menefee, Justin (CMS/OAGM)
**Subject:** FW: Technical Direction Letter (Duplicate Payment Audit)

Hi Jeffri,

I received the following email from ACLR. It appears a modification may be needed for the duplicate payment issues. Please advise.

Thanks,
Nicole

**From:** Christopher Mucke [mailto:cmucke@aclrsbs.com]
**Sent:** Tuesday, May 12, 2015 2:41 PM
**To:** Hoey, Nicole E. (CMS/OAGM)
**Cc:** Kane, Daniel F. (CMS/OAGM); Gil Mucke
**Subject:** FW: Technical Direction Letter (Duplicate Payment Audit)

Nicole,

The attached letter indicates CMS' decision to unilaterally terminate the duplicate payment review with the attendant loss of over $2 million in fees to ACLR. I have reviewed the contract extensively and cannot identify any language where CMS reserved the right to terminate an ongoing audit. If you believe such language currently exists, please point me to the relevant SOW or TO language authorizing CMS/CPI or the COR to perform such an act. Alternatively, please provide me with the necessary contract modification authorizing such an action. Thank you, Chris.

---

**Christopher Mucke | Managing Principal | ACLR, LLC**
38705 7 Mile Rd, Ste 251 | Livonia, Michigan 48152-3975 | ☎(734) 744 - 4401 | ✆(734) 744 - 4150 |
✉ mailto:cmucke@aclrsbs.com

The information contained in this message may be privileged and confidential and protected from disclosure. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination of, distribution of, copying of, or taking action in reliance on this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer.

**From:** Brown, Sonja J. (CMS/CPI) [mailto:sonja.brown@cms.hhs.gov]
**Sent:** Friday, April 24, 2015 5:22 PM
**To:** Christopher Mucke
**Cc:** Hoey, Nicole E. (CMS/OAGM); Menefee, Justin (CMS/OAGM); Schultz, Theresa A. (CMS/OAGM); Abankwah, Rosalind M. (CMS/CPI); Brown, Camille J. (CMS/CPI)
**Subject:** Technical Direction Letter (Duplicate Payment Audit)

Chris,
Please see the attached Technical Direction Letter regarding the Duplicate Payment Audit. Please contact me with any questions that you may have.

Thanks,

*Sonja J. Brown*
Centers for Medicare & Medicaid Services
Center for Program Integrity
Investigations and Audits Group
Division of Plan Oversight and Accountability
410-786-3571 (Office)
Sonja.Brown@cms.hhs.gov

*INFORMATION NOT RELEASABLE TO THE PUBLIC UNLESS AUTHORIZED BY LAW: This information has not been publicly disclosed and may be privileged and confidential. It is for internal government use only and must not be disseminated, distributed, or copied to persons not authorized to receive the information. Unauthorized disclosure may result in prosecution to the full extent of the law.*

4