IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACLR, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   No. 15-767C |
| | )   (Judge Campbell-Smith) |
| THE UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's order of October 5, 2022 (ECF No. 165), plaintiff ACLR, LLC and defendant, the United States, have conferred and respectfully file this joint status report. In its recent order, the Court identified the following three questions to which answers are required before the Court will consider the detailed evidence of costs incurred by plaintiff.

The parties propose additional filings and briefing to address the Court's questions pursuant to the following revised schedule:

| Event | Deadline |
|---|---|
| Plaintiff files a summary describing its standard record keeping systems | October 11, 2022 |
| Defendant's motion for summary judgment[1] | October 20, 2022 |
| Plaintiff's response to defendant's motion for summary judgment | November 2, 2022 |
| Defendant's reply in support of its motion for summary judgment | November 8, 2022 |
| Joint Stipulations | November 10, 2022 |
| Pretrial Conference | November 10, 2022 |
| Trial[2] | November 15 -18, 2022 |

---

[1] ACLR objects to Defendant filing a motion for summary judgment at this stage of the proceedings but agrees to the proposed schedule in the event the Court allows Defendant to proceed with a motion for summary judgment.

[2] ACLR's position is that any reduced trial schedule should be solely limited to the issues raised by the Court in its September 27, 2022 and October 5, 2022 Orders. ACLR will need additional trial time in any trial for its costs claim and ample notice of when such a trial will be held to adequately prepare and coordinate with witnesses to testify. Defendant's position is that the scope of the trial should be left to the discretion of the Court following briefing on defendant's motion for summary judgment.

Respectfully submitted,

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  |  |
|  | PATRICIA M. McCARTHY<br>Director |
|  |  |
|  |   /s/ Martin F. Hockey, Jr  <br>MARTIN F. HOCKEY, JR.<br>Deputy Director |
|   /s/ Thomas K. David  <br>THOMAS K. DAVID<br>JOHN A. BONELLO<br>David, Brody & Dondershine, LLP<br>2100 Reston Parkway, Suite 370<br>Reston, Virginia 20191<br>(703) 264-2220 (telephone)<br>(703) 264-2226 (facsimile)<br>tdavid@dbd-law.com<br>jbonello@dbd-law.com |   /s/ Joseph A. Pixley  <br>JOSEPH A. PIXLEY<br>AUGUSTUS GOLDEN<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 307-0843<br>Facsimile: (202) 307-0972 |
| Attorneys for Plaintiff | Attorneys for Defendant |

October 7, 2022

## CERTIFICATE OF FILING

I hereby certify that on the 7th day of October, 2022, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Joseph A. Pixley by Augustus Golden