# In the United States Court of Federal Claims

No. 15-767C

(E-Filed: October 12, 2022)

|  |  |
|---|---|
| ACLR, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

On October 7, 2022, the parties filed a joint status report proposing additional filings and briefing to address the court's questions identified in its October 5, 2022 order in this case. <u>See</u> ECF No. 165. Therein, plaintiff states that it "objects to [d]efendant filing a motion for summary judgment at this stage of the proceedings but agrees to the proposed schedule in the event the [c]ourt allows [d]efendant to proceed with a motion for summary judgment." <u>Id</u>. at 1 n.1.

The court has considered the parties' proposed schedule and has determined that, despite the nearness of trial, a motion for summary judgment is warranted because the contours of plaintiff's standard record-keeping system are central to the resolution of this case. That said, the court will compress the proposed schedule to afford the court time to fully consider the parties' arguments. The court also will reschedule the pretrial conference from November 2, 2022 to November 9, 2022, and will require that the parties continue to reserve all presently-scheduled trial dates.

Accordingly, for the foregoing reasons:

(1) On or before **October 14, 2022**, plaintiff is directed to **FILE** a **notice** attaching a summary describing its standard record-keeping system;

(2) On or before **October 19, 2022**, defendant is directed to **FILE** its **motion for summary judgment**;

(3) On or before **October 24, 2022**, plaintiff is directed to **FILE** its **response** to defendant's motion;

(4) On or before **October 27, 2022**, defendant is directed to **FILE** its **reply** in support of its motion;

(5) On **November 9, 2022, at 11:00 a.m. eastern time**, the court will **HOLD** the **pretrial conference** in this case via Zoom for Government, with log-in information distributed by email to the parties in advance;

(6) The parties are directed to **RESERVE all presently-scheduled trial dates**, including November 10, 14-18, and 28-30; and

(7) The clerk's office is directed to **TERMINATE** the October 26, 2022 deadline for the parties to file their stipulations and joint exhibit list. The court will set a new deadline for these filings in due course.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge
