# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| ACLR, LLC )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE UNITED STATES )<br>)<br>Defendant )<br>) | Civil Action No. 15-767<br>(Judge Campbell-Smith) |

### PLAINTIFF ACLR, LLC'S NOTICE OF SUMMARY OF ITS STANDARD RECORD KEEPING SYSTEM

Pursuant to this Court's October 12, 2022 Order, Plaintiff ACLR, LLC ("ACLR") submits the attached Declaration of Chris Mucke summarizing ACLR's standard record keeping system.

Dated: October 14, 2022

DAVID, BRODY &
DONDERSHINE, LLP


_____/s/_____
Thomas K. David
John A. Bonello
2100 Reston Parkway
Suite 370
Reston, VA 20191
Phone: 703-264-2220
Fax: 703-264-2226

tdavid@dbd-law.com
jbonello@dbd-law.com

Attorneys for Plaintiff ACLR, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October 2022, I caused a copy of the foregoing document to be emailed via the ECF system to the following:

> Joe Pixley
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> 1100 L Street NW
> Room 11020
> Washington, DC 20005

_____/s/_____
Thomas K. David