# In the United States Court of Federal Claims

No. 15-767 C

Filed: November 2, 2022

**ACLR, LLC**
  **Plaintiff**

  v.

**THE UNITED STATES**
  **Defendant**

**JUDGMENT**

  Pursuant to the court's Opinion, filed November 2, 2022, granting defendant's motion for summary judgment,

  IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant, and plaintiff's complaint is dismissed with prejudice.

        Lisa L. Reyes
        Clerk of Court

      By: s/ Debra L. Samler

        Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.