# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| **ACLR, LLC** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**THE UNITED STATES** )<br>)<br>Defendant )<br>) | **Civil Action No. 15-767**<br>(Judge Campbell-Smith) |

## NOTICE OF APPEAL

Notice is hereby given that ACLR, LLC, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on November 2, 2022, including the Court's November 2, 2022 Opinion and the Court's March 23, 2020 Opinion and Order (filed under seal) and April 6, 2020 Opinion and Order.

Dated: November 18, 2022

DAVID, BRODY &
DONDERSHINE, LLP


_____/s/_____
Thomas K. David

John A. Bonello
2100  Reston Parkway
Suite 370
Reston, VA 20191
Phone:  703-264-2220
Fax: 703-264-2226
tdavid@dbd-law.com
jbonello@dbd-law.com

Attorneys for Plaintiff ACLR, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November 2022, I caused a copy of the foregoing document to be emailed via the ECF system to the following:

Joe Pixley
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street NW
Room 11020
Washington, DC 20005

_____/s/_____
Thomas K. David